# EXHIBIT 1

Registration #: *-APPLICATION-*
Service Request #: 1-6088986441

## Mail Certificate

Skadden, Arps, Slate, Meagher & Flom LLP
James Y. Pak
525 University Avenue
Palo Alto, CA 94301

Priority: Special Handling     Application Date: December 11, 2017

## Correspondent

Organization Name: Skadden, Arps, Slate, Meagher & Flom LLP
Name: Sylvia Marquez
Email: smarquez@skadden.com
Telephone: (212)735-3358
Alt. Telephone: (212)735-3000
Fax: (212)735-2000
Address: Four Times Square
New York, NY 10036-6522 United States

Exhibit 1
Page 15

Registration Number
# *-APPLICATION-*

## Title

    Title of Work: CryEngine 3

## Completion/Publication

    Year of Completion: 2012
    Date of 1st Publication: February 23, 2012
    Nation of 1st Publication: Germany

## Author

-     Author: Crytek GmbH
    Author Created: text, computer program
    Work made for hire: Yes
    Citizen of: Germany

## Copyright Claimant

    Copyright Claimant: Crytek GmbH
    Gruneburgweg 16-18, Frankfurt, 60322, Germany

## Limitation of copyright claim

    Material excluded from this claim: text, computer program

    New material included in claim: text, computer program

## Rights and Permissions

    Organization Name: Crytek GmbH
    Telephone: +496921977660
    Address: Gruneburgweg 16-18
    Frankfurt 60322 Germany

## Certification

    Name: James Y. Pak
    Date: December 11, 2017
    Applicant's Tracking Number: 206320/1

Page 1 of 2

Exhibit 1
Page 16