NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JAMES Y. PAK (State Bar No. 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

ATTORNEY(S) FOR: Crytek GmbH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CRYTEK GMBH | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:17-cv-08937 |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Crytek GmbH | Plaintiff |
| Cloud Imperium Games Corp. | Defendant |
| Roberts Space Industries Corp. | Defendant |

December 12, 2017             /s/ James Y. Pak
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Crytek GmbH

CV-30 (05/13)                 NOTICE OF INTERESTED PARTIES