1 | JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
3 | Palo Alto, CA 94301
Telephone: (650) 470-4500
4 | Facsimile: (650) 470-4570

5 | KEVIN J. MINNICK (SBN 269620)
*kevin.minnick@skadden.com*
6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
7 | Los Angeles, CA 90071
Telephone: (213) 687-5000
8 | Facsimile: (213) 687-5600

9 | P. ANTHONY SAMMI
*anthony.sammi@skadden.com*
10 | KURT WM. HEMR
*kurt.hemr@skadden.com*
11 | (motion for *pro hac vice* admission
of the foregoing attorneys forthcoming)
12 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
13 | New York, New York 10036
Telephone: (212) 735-3000
14 | Facsimile: (212) 735-2000

15 | Attorneys for Plaintiff,
Crytek GmbH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937 |
| Plaintiff, | **PLAINTIFF CRYTEK GMBH DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

# FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Crytek GmbH ("Crytek") states as follows:

Plaintiff Crytek has no parent company.  No other publicly held corporation owns a 10% or more interest in Crytek.

Dated: December 12, 2017

| | |
|---|---|
| KEVIN J. MINNICK (SBN 269620)<br>*kevin.minnick@skadden.com*<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600<br><br>P. ANTHONY SAMMI<br>*anthony.sammi@skadden.com*<br>KURT WM. HEMR<br>*kurt.hemr@skadden.com*<br>(motion for *pro hac vice* admission of the foregoing attorneys forthcoming)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | */s/ James Y. Pak*<br>JAMES Y. PAK (SBN 304563)<br>*james.pak@skadden.com*<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br>(650) 470-4570<br><br>***Attorneys for Plaintiff<br>Crytek GmbH*** |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

569101-PALSR01A - MSW