KEVIN J. MINNICK (SBN 269620)
kevin.minnick@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>Plaintiff(s)<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-08937<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hemr, Kurt Wm.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 735-3000     (212) 735-2000
*Telephone Number*    *Fax Number*
Kurt.Hemr@skadden.com
*E-Mail Address*

of Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Crytek GmbH

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Minnick, Kevin J.
*Designee's Name (Last Name, First Name & Middle Initial)*
269620     (213) 687-5272     (213) 621-5272
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
Kevin.Minnick@skadden.com
*E-Mail Address*

of Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1