| | |
|---|---|
| 1 | KEVIN J. MINNICK (SBN 269620) |
| 2 | kevin.minnick@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |
| 5 | |
| 6 | JAMES Y. PAK (SBN 304563)<br>james.pak@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400 |
| 8 | Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570 |
| 9 | |
| 10 | P. ANTHONY SAMMI (admitted *pro hac vice*)<br>anthony.sammi@skadden.com |
| 11 | KURT WM. HEMR (motion for *pro hac vice* pending)<br>kurt.hemr@skadden.com |
| 12 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square |
| 13 | New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 |
| 14 | |
| 15 | Attorneys for Plaintiff,<br>Crytek GmbH |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | | |
|---|---|---|
| CRYTEK GMBH, | ) | Case No. 2:17-cv-08937 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF FILING PROOFS OF** |
| | ) | **SERVICE RE COMPLAINT AND** |
| v. | ) | **SUPPORTING INITIATING** |
| | ) | **DOCUMENTS** |
| CLOUD IMPERIUM GAMES CORP.<br>and ROBERTS SPACE INDUSTRIES<br>CORP., | ) | |
| | ) | |
| Defendants. | ) | |

| Attorney or Party without Attorney: SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>KEVIN J. MINNICK (269620)<br>300 SOUTH GRAND AVENUE, SUITE 3400<br>LOS ANGELES, CA 90071-3144<br>Telephone No: 213- 687-5000 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Central District Of California |

| Plaintiff: CRYTEK GMBH |
|---|
| Defendant: CLOUD IMPERIUM GAMES CORP, ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-08937 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Plaintiff Crytek GMBH Disclosure Statement Pursuant To Fed.R.CIV.P.7.1, Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright, (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice, Appliccation of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice

3. a. Party served:    CLOUD IMPERIUM GAMES CORP.
   b. Person served:   LAURIE SIMUNICH, PARACORP INCORPORATED, REGISTERED AGENT., served under F.R.C.P. Rule 4.

4. Address where the party was served:   2804 Gateway Oaks Dr #200, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 13 2017 (2) at: 02:42 PM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/15/2017
(Date)

*N. graddy*
(Signature)



PROOF OF SERVICE

1867928
(3508748)

| Attorney or Party without Attorney:<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>KEVIN J. MINNICK (269620)<br>300 SOUTH GRAND AVENUE, SUITE 3400<br>LOS ANGELES, CA 90071-3144<br>  Telephone No: 213- 687-5000<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California |
|---|
| Plaintiff: CRYTEK GMBH |
| Defendant: CLOUD IMPERIUM GAMES CORP, ET AL. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-08937 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Plaintiff Crytek GMBH Disclosure Statement Pursuant To Fed.R.CIV.P.7.1, Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright, (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice, Appliccation of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice

3. a. Party served:   CLOUD IMPERIUM GAMES CORP.
   b. Person served:  MATTHEW MARZUCCO, AGENT FOR SERVICE OF PROCESS., served under F.R.C.P. Rule 4.

4. Address where the party was served:   12322 Exposition Blvd, Los Angeles, CA 90064

5. I served the party:
   a. **by substituted service.**   On: Wed, Dec 13 2017 at: 04:00 PM by leaving the copies with or in the presence of:
   LEAH ROOP-KHARASCH, OFFICE MANAGER .

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. **Person Who Served Papers:**
   a. Jonathan Solis (6303, Los Angeles)             d. *The Fee* for Service was:
   b. FIRST LEGAL                                    e. I am: A Registered California Process Server
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/15/2017                                          *Jonathan Solis*
(Date)                                              (Signature)



PROOF OF SERVICE

1867935
(3508832)

| Attorney or Party without Attorney: <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> KEVIN J. MINNICK (269620) <br> 300 SOUTH GRAND AVENUE, SUITE 3400 <br> LOS ANGELES, CA 90071-3144 <br> Telephone No: 213- 687-5000 <br><br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Central District Of California |
|---|

| Plaintiff: CRYTEK GMBH <br> Defendant: CLOUD IMPERIUM GAMES CORP, ET AL. |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-CV-08937 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Plaintiff Crytek GMBH Disclosure Statement Pursuant To Fed.R.CIV.P.7.1, Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright, (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice, Application of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice

3. a. Party served:     ROBERTS SPACE INDUSTRIES CORP.
   b. Person served:   LAURIE SIMUNICH, PARACORP INCORPORATED, REGISTERED AGENT. served under F.R.C.P. Rule 4.

4. Address where the party was served:   2804 Gateway Oaks Dr #200, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 13 2017 (2) at: 02:42 PM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/15/2017                                       *N. graddy*
(Date)                                           (Signature)



PROOF OF SERVICE

1867933
(3508817)

| Attorney or Party without Attorney:<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>KEVIN J. MINNICK (269620)<br>300 SOUTH GRAND AVENUE, SUITE 3400<br>LOS ANGELES, CA 90071-3144<br>Telephone No: 213- 687-5000<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | |
| Plaintiff: CRYTEK GMBH<br>Defendant: CLOUD IMPERIUM GAMES CORP, ET AL. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-08937 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Plaintiff Crytek GMBH Disclosure Statement Pursuant To Fed.R.CIV.P.7.1, Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright, (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice, Appliccation of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice

3. a. Party served:    ROBERT SPACE INDUSTRIES CORP.
   b. Person served:   MATTHEW MARZUCCO, AGENT FOR SERVICE OF PROCESS., served under F.R.C.P. Rule 4.

4. Address where the party was served:   12322 Exposition Blvd, Los Angeles, CA 90064

5. I served the party:
   a. **by substituted service.**   On: Wed, Dec 13 2017 at: 04:00 PM by leaving the copies with or in the presence of:
   LEAH ROOP-KHARASCH, OFFICE MANAGER

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. **Person Who Served Papers:**
   a. Jonathan Solis (6303, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/15/2017                             *Jonathan Solis*
(Date)                                  (Signature)



PROOF OF SERVICE

1867937
(3508836)

| *Attorney or Party without Attorney:*<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>KEVIN J. MINNICK (269620)<br>300 SOUTH GRAND AVENUE, SUITE 3400<br>LOS ANGELES, CA 90071-3144<br>  *Telephone No:* 213- 687-5000 | | | | **For Court Use Only** |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Central District Of California | | | | |
| *Plaintiff:* CRYTEK GMBH<br>*Defendant:* CLOUD IMPERIUM GAMES CORP, ET AL. | | | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-08937 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Plaintiff Crytek GMBH Disclosure Statement Pursuant To Fed.R.CIV.P.7.1, Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright, (Proposed) Order On Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice, Appliccation of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Dec 13, 2017
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: ROBERT SPACE INDUSTRIES CORP
      12322 Exposition Blvd, Los Angeles, CA 90064

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Dec 13, 2017 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. MARIO ALVARADO
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

12/15/2017

(Date)                               (Signature)



Judicial Council Form             PROOF OF SERVICE             1867937
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL              (3508836)