# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-447-347**

**Effective Date of Registration:**
December 11, 2017

## Title

**Title of Work:** CryEngine 3

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 23, 2012
**Nation of 1st Publication:** Germany

## Author

- **Author:** Crytek GmbH
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Crytek GmbH
Gruneburgweg 16-18, Frankfurt, 60322, Germany

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Crytek GmbH
**Telephone:** +496921977660
**Address:** Gruneburgweg 16-18
Frankfurt 60322 Germany

## Certification

**Name:** James Y. Pak
**Date:** December 11, 2017
**Applicant's Tracking Number:** 206320/1

Page 1 of 2

Exhibit 1
Page 17

**Correspondence:** Yes