**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail: jtaylor@fkks.com
        jgoldman@fkks.com
        aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR CLAIMS FOR RELIEF THEREIN OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT AND TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT (FRCP 12(B)(6), 12(E) & 12(f))** |
| Defendants. | |
| | Date: February 9, 2018 |
| | Time: 9:30 AM |
| | Courtroom: 8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Rules 12(b)(6), 12(e) and 12(f) of the Federal Rules of Civil Procedure and the Court's Initial Standing Order dated December 13, 2017, on February 9, 2018 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8C by the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (together, "Defendants") will, and hereby do, move to dismiss the First Amended Complaint dated January 2, 2018 (the "FAC") filed by Plaintiff Crytek GmbH ("Crytek" or "Plaintiff") and each of the first and second claims for relief therein, with prejudice or, in the alternative to strike certain portions of paragraph 15 of the FAC.

This motion is brought on the grounds that the FAC fails to state a claim for breach of contract or copyright infringement, that the claims for copyright infringement are so vague and ambiguous that Defendants cannot reasonably prepare a response, and that the offending allegations in paragraph 15 of the FAC should be stricken as immaterial, impertinent and scandalous.

This motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Jeremy S. Goldman filed herewith (the "Goldman Declaration"); the pleadings and papers on file herein; and upon such other matters as may be presented to the Court at the time of the hearing.

As discussed in more detail in the accompanying Goldman Declaration, on December 28, 2017, the undersigned participated in a teleconference with Crytek's counsel pursuant to Local Rule 7-3 of the Local Rules of the United States District Court for the Central District of California. During the call, the undersigned communicated numerous deficiencies with Crytek's initial complaint dated December 12, 2017 (the "Initial Complaint") that Defendants intended to raise in a motion to dismiss and strike. On January 2, 2018, Crytek filed its FAC. The FAC addressed only a few, but not most,

of the deficiencies with the Initial Complaint that the undersigned had raised during the December 28, 2017 call. This motion addresses the deficiencies that Crytek failed to remedy with its filing of the FAC.

Dated: January 5, 2018

> FRANKFURT KURNIT KLEIN & SELZ P.C.
>
> BY: */s/ Jeremy S. Goldman*
> Joseph R. Taylor (SBN 129933)
> Jeremy S. Goldman (SBN 306943)
> Azita M. Iskandar (SBN 280749)
> 2029 Century Park East, Suite 1060
> Los Angeles, California 90067
> Telephone: (310) 579-9600
> Facsimile: (347) 438-2156
> E-Mail: jtaylor@fkks.com
> jgoldman@fkks.com
> aiskandar@fkks.com
>
> Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.