## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2018, I electronically filed the foregoing NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR CLAIMS FOR RELIEF THEREIN OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT AND TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT (FRCP 12(B)(6), 12(E) & 12(f)) with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kurt Wm Hemr
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
kurt.hemr@skadden.com

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
kevin.minnick@skadden.com

James Young Pak
Skadden Arps Slate Meagher and Flom LLP
525 University Avenue Suite 1400
Palo Alto, CA 94301
James.Pak@skadden.com

Paramjeet Singh Sammi
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
anthony.sammi@skadden.com

_____
Azniv Khararjian