**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:  jtaylor@fkks.com
         jgoldman@fkks.com
         aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>  Defendants. | Case No. 2:17-CV-08937<br><br>[HON. DOLLY M. GEE]<br><br>**NOTICE OF ERRATA AND CORRECTION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR CLAIMS FOR RELIEF THEREIN OR, IN THE ALTERNATIVE, TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT**<br><br>Date:    February 9, 2018<br>Time:    9:30 AM<br>Courtroom: 8C |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. hereby provide notice of errata and correction as follows:

On January 5th, 2018, Defendants filed a motion with the title "Notice of Motion and Motion to Dismiss the First Amended Complaint or Claims for Relief Therein or, in the Alternative, for a More Definite Statement and to Strike Certain Portions of the First Amended Complaint." This title was an error. The correct title is "Notice of Motion and Motion to Dismiss the First Amended Complaint or Claims for Relief Therein or, in the Alternative, to Strike Certain Portions of the First Amended Complaint."

The correctly-titled versions of the Notice of Motion and Motion, Memorandum of Points and Authorities and the Declaration of Jeremy S. Goldman are attached hereto as Exhibit A, Exhibit B and Exhibit C, respectively.

Dated: January 5, 2018                FRANKFURT KURNIT KLEIN & SELZ P.C.

BY: */s/ Jeremy S. Goldman*
Joseph R. Taylor (SBN 129933)
Jeremy S. Goldman (SBN 306943)
Azita M. Iskandar (SBN 280749)
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail: jtaylor@fkks.com
        jgoldman@fkks.com
        aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.