**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:  jtaylor@fkks.com
         jgoldman@fkks.com
         aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **NOTICE OF INTERESTED PARTIES FOR DEFENDANTS CLOUD IMPERIUM GAMES CORP. AND ROBERTS SPACE INDUSTRIES CORP.** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, the undersigned, counsel of record for Cloud Imperium Games Corp. and Roberts Space Industries Corp., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) Crytek GmbH, plaintiff

(2) Cloud Imperium Games Corp. ("CIG"), defendant

(3) Roberts Space Industries Corp., defendant and subsidiary of CIG

(4) Ortwin Freyermuth, owner/principal of CIG

(5) Erin Roberts, owner/principal of CIG

(6) Chris Roberts, owner/principal of CIG

(7) Cloud Imperium Games LLC, subsidiary of CIG

(8) Cloud Imperium Games Texas LLC, subsidiary of CIG

(9) Cloud Imperium Rights LLC, subsidiary of CIG

(10) Gemini 42 Entertainment LLC, subsidiary of Cloud Imperium Games LLC

(11) Gemini 42 Productions LLC, subsidiary of Cloud Imperium Games LLC

(12) Cloud Imperium Games UK Limited, sister entity of CIG

(13) Roberts Space Industries International Limited, subsidiary of Cloud Imperium Games UK Limited

(14) Cloud Imperium Rights Limited, subsidiary of Cloud Imperium Games UK Limited

(15) Foundry 42 Limited, subsidiary of Cloud Imperium Games UK Limited

(16) Beazley, insurer for CIG

Dated: January 5, 2018

FRANKFURT KURNIT KLEIN & SELZ P.C.

BY: */s/ Jeremy S. Goldman*
Joseph R. Taylor (SBN 129933)
Jeremy S. Goldman (SBN 306943)
Azita M. Iskandar (SBN 280749)
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail: jtaylor@fkks.com
jgoldman@fkks.com
aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2018, I electronically filed the foregoing NOTICE OF INTERESTED PARTIES FOR DEFENDANTS CLOUD IMPERIUM GAMES CORP. AND ROBERTS SPACE INDUSTRIES CORP. with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kurt Wm Hemr
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
kurt.hemr@skadden.com

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
kevin.minnick@skadden.com

James Young Pak
Skadden Arps Slate Meagher and Flom LLP
525 University Avenue Suite 1400
Palo Alto, CA 94301
James.Pak@skadden.com

Paramjeet Singh Sammi
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
anthony.sammi@skadden.com

Azniv Khararjian