# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CRYTEK GMBH,<br><br>Plaintiff(s)<br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 17-8937-DMG (FFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hemr, Kurt Wm.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 735-3000          (212) 735-2000
*Telephone Number*       *Fax Number*

Kurt.Hemr@skadden.com
*E-Mail Address*

of Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Crytek GmbH

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Minnick, Kevin J.
*Designee's Name (Last Name, First Name & Middle Initial)*

269620          (213) 687-5272          (213) 621-5272
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Kevin.Minnick@skadden.com
*E-Mail Address*

of Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: January 5, 2018**

_/s/ Dolly M. Gee_
**Dolly M. Gee, U.S. District Judge**