**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:  jtaylor@fkks.com
         jgoldman@fkks.com
         aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **NOTICE OF APPEARANCE** |
| Defendants. | |

NOTICE OF APPEARANCE
1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Azita M. Iskandar, with the law firm of Frankfurt Kurnit Klein & Selz P.C., hereby enter my appearance as counsel in this matter on behalf of Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp. I am a member of the State Bar of California and am admitted to practice in the Central District of California. My address, telephone number, and email address are as follows:

>Azita M. Iskandar (SBN 280749)
>2029 Century Park East, Suite 1060
>Los Angeles, California 90067
>Telephone: (310) 579-9600
>Facsimile: (347) 438-2156
>E-Mail:  aiskandar@fkks.com

Dated: January 12, 2018

>FRANKFURT KURNIT KLEIN & SELZ P.C.
>
>BY:  */s/ Azita M. Iskandar*
>     Azita M. Iskandar (SBN 280749)
>
>Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kurt Wm Hemr
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
kurt.hemr@skadden.com

Kevin James Minnick
Skadden Arps Slate Meagher and Flom LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071
kevin.minnick@skadden.com

James Young Pak
Skadden Arps Slate Meagher and Flom LLP
525 University Avenue Suite 1400
Palo Alto, CA 94301
James.Pak@skadden.com

Paramjeet Singh Sammi
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036
anthony.sammi@skadden.com

Azniv Khararjian