**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:  jtaylor@fkks.com
            jgoldman@fkks.com
            aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER CONTROLLING TIMING AND SCOPE OF DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS (FRCP 26(C)(1)(B))** |
| Defendants. | |
| | Date:  April 13, 2018 |
| | Time: 9:30 a.m. |
| | Courtroom:  8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 26(c)(1)(B) of the Federal Rules of Civil Procedure, on Friday, April 13, 2018 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8C by the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (together, "Defendants") will and hereby do, move for a protective order controlling the timing and scope of discovery, including for a stay pending resolution of Defendants' motion to dismiss the First Amended Complaint ("FAC") of Plaintiff Crytek GmbH ("Crytek") for failure to state a claim.

This motion is brought on the grounds that the pending motion to dismiss, if granted, could and should dispose of all of Crytek's claims. If any portions survive, the parameters of this lawsuit, which are impossible for Defendants to discern based upon the fragmented and internally-inconsistent series of allegations in the FAC, likely will dramatically narrow. The Court should determine whether Crytek's claims are even viable (and if so, what their parameters are) before Crytek is entitled to proceed with burdensome and expensive discovery. Defendants thus seek a protective order staying commencement of discovery until thirty (30) days after joinder of issue (*i.e.*, all defendants have answered). In the event that the Court declines to grant a protective order staying discovery, Defendants request a conference before the Court so that the parties and the Court may discuss the orderly administration of discovery in this matter, including a discussion of the issues raised by Defendants in the parties' Joint 26(f) Report [ECF 28].

This motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Jeremy S. Goldman filed herewith (the "Goldman Declaration"); the pleadings and papers on file herein, including

Defendants' pending motion to dismiss [ECF 18, 19, 25, 26]; and upon such other matters as may be presented to the Court at the time of hearing.

As detailed in the accompanying Goldman Declaration, in accordance with Local Rule 7-3, on February 13, 2018, Defendants' counsel discussed with Crytek's counsel Defendants' proposal to postpone commencement of discovery until after the Court rules on the pending motion to dismiss. Crytek's counsel rejected this proposal. Defendants expressed their intent to file a motion for a protective order, and Crytek told Defendants to make their motion.

Dated: March 9, 2018          FRANKFURT KURNIT KLEIN & SELZ P.C.

BY:  */s/ Jeremy S. Goldman*
Joseph R. Taylor (SBN 129933)
Jeremy S. Goldman (SBN 306943)
Azita M. Iskandar (SBN 280749)
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:jtaylor@fkks.com
       jgoldman@fkks.com
       aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.