1  **JOSEPH R. TAYLOR** (SBN 129933)
   **JEREMY S. GOLDMAN** (SBN 306943)
2  **AZITA M. ISKANDAR** (SBN 280749)
   **FRANKFURT KURNIT KLEIN & SELZ, P.C.**
3  2029 Century Park East, Suite 1060
   Los Angeles, California 90067
4  Telephone: (310) 579-9600
   Facsimile: (347) 438-2156
5  E-Mail:  jtaylor@fkks.com
            jgoldman@fkks.com
6           aiskandar@fkks.com

7  Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
   and ROBERTS SPACE INDUSTRIES CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. FREDERICK F. MUMM] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER CONTROLLING TIMING AND SCOPE OF DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS (FRCP 26(C)(1)(B))** |
| Defendants. | Date: April 17, 2018<br>Time: 10:00 a.m.<br>Courtroom: 580 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 26(c)(1)(B) of the Federal Rules of Civil Procedure, on Tuesday, April 17, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 580 by the Honorable Frederick F. Mumm of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Defendants Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (together, "Defendants") will and hereby do, move for a protective order controlling the timing and scope of discovery, including for a stay pending resolution of Defendants' motion to dismiss the First Amended Complaint ("FAC") of Plaintiff Crytek GmbH ("Crytek") for failure to state a claim.

This motion is brought on the grounds that the pending motion to dismiss, if granted, could and should dispose of all of Crytek's claims. If any portions survive, the parameters of this lawsuit, which are impossible for Defendants to discern based upon the fragmented and internally-inconsistent series of allegations in the FAC, likely will dramatically narrow. The Court should determine whether Crytek's claims are even viable (and if so, what their parameters are) before Crytek is entitled to proceed with burdensome and expensive discovery. Defendants thus seek a protective order staying commencement of discovery until thirty (30) days after joinder of issue (*i.e.*, all defendants have answered). In the event that the Court declines to grant a protective order staying discovery, Defendants request a conference before the Court so that the parties and the Court may discuss the orderly administration of discovery in this matter, including a discussion of the issues raised by Defendants in the parties' Joint 26(f) Report [ECF 28].

This motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Jeremy S. Goldman filed herewith (the "Goldman Declaration"); the pleadings and papers on file herein, including

Defendants' pending motion to dismiss [ECF 18, 19, 25, 26]; and upon such other matters as may be presented to the Court at the time of hearing.

As detailed in the accompanying Goldman Declaration, in accordance with Local Rules 7-3 and 37-1, on February 13, 2018, Defendants' counsel discussed with Crytek's counsel Defendants' proposal to postpone commencement of discovery until after the Court rules on the pending motion to dismiss. Crytek's counsel rejected this proposal. Defendants expressed their intent to file a motion for a protective order, and Crytek told Defendants to make their motion. Given that there are no specific discovery issues in dispute here — rather, the *commencement* of discovery as a whole is in dispute — Defendants have not included with this motion a Joint Stipulation in accordance with Local Rule 37-2. However, should the Court deem a Joint Stipulation appropriate and necessary in this instance, Defendants will prepare and file one.

Dated: March 12, 2018                    FRANKFURT KURNIT KLEIN & SELZ P.C.

                                         BY: */s/ Jeremy S. Goldman*
                                         Joseph R. Taylor (SBN 129933)
                                         Jeremy S. Goldman (SBN 306943)
                                         Azita M. Iskandar (SBN 280749)
                                         2029 Century Park East, Suite 1060
                                         Los Angeles, California 90067
                                         Telephone: (310) 579-9600
                                         Facsimile: (347) 438-2156
                                         E-Mail: jtaylor@fkks.com
                                                 jgoldman@fkks.com
                                                 aiskandar@fkks.com

                                         Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.