**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH,<br><br>vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>Defendants. | Case No. 2:17-CV-08937<br><br>[HON. FREDERICK F. MUMM]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONTROLLING TIMING AND SCOPE OF DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

# [PROPOSED] ORDER

Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.'s ("Defendants") motion for protective order controlling the timing and scope of discovery came on for hearing on Tuesday, April 17, 2018 at 10:00 a.m. before the Honorable Frederick F. Mumm, in Courtroom 580 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012. Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

All discovery in this matter is stayed until thirty (30) days after joinder of issue (*i.e.*, all defendants have answered).

[In the alternative: The parties appear for a conference before the Court on _____ at _____ so that the parties and the Court may discuss the orderly administration of discovery in this matter, including a discussion of the issues raised by Defendants in the parties' Joint 26(f) Report.]

Dated: _____      _____
                                The Honorable Frederick F. Mumm
                                United States Magistrate Judge