UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-8937 DMG (FFMx) | Date | April 17, 2018 |
|---|---|---|---|
| Title | Crytek GmbH v. Cloud Imperium Games Corporation, et al. | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | CS 04/17/18 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Anthony Sammi | Azita Iskandar |
| James Pak | Jeremy Goldman |

**Proceedings:** **DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 30**

Case called. Counsel make their appearance. Court hears argument.

Defendants' motion is taken under submission as stated on the record.

:30
JM