TO

COURT REPORTING DEPT
1ST ST COURT HOUSE
350 W 1ST ST
LOS ANGELES CA 90012
(000) 000-0000
THU:
PO:

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 11 2018

CENTRAL DISTRICT OF CALIFORNIA
BY REF: _____ DEPUTY