JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
kevin.minnick@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
anthony.sammi@skadden.com
KURT WM. HEMR (admitted *pro hac vice*)
kurt.hemr@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT AND SUGGESTION THAT RULE 16 CONFERENCE BE CONVENED** |

1.      On August 14, 2018, this Court entered its Order granting in part and denying in part Defendants' motion to dismiss. (ECF No. 38.)

2.      The Court granted Defendants' motion insofar as it sought "dismissal of the aspect of Plaintiff's cause of action for breach that is based on section 2.1.2's 'exclusive' grant to embed CryEngine in the Game." (*Id.* at 21.) The Court noted that "section 2.4 may support Plaintiff's theory of breach in connection with Defendants' alleged use of another software engine in Star Citizen." (*Id.* at 11 n.6.) The Court also dismissed Crytek's prayer for punitive damages. (*Id.* at 22.)

3.      The Court denied Defendants' motion in all other respects and granted Crytek leave to file an amended complaint. (*Id.*)

4.      Today, Crytek filed its Second Amended Complaint, which addresses the relief granted by the Court's Order by (i) expressly alleging Crytek's theory of breach in connection with section 2.4 of the license agreement at issue; and (ii) removing its prayer for punitive damages. As the redline comparison attached hereto as Exhibit 1 shows, that Second Amended Complaint is otherwise substantially identical to the pleading addressed by the Court's Order.

5.      The Court stated in its Order that it "will schedule a Rule 16 Scheduling Conference once the pleadings are finalized." (ECF No. 38 at 22.) While Defendants may elect to respond to that complaint by filing another motion to dismiss, Crytek respectfully submits that in view of the Court's denial of Defendants' motion to dismiss with respect to numerous claims that are substantially unchanged in Crytek's Second Amended Complaint, that conference might be convened now so that discovery may proceed.[1]

---

[1]     Crytek is mindful of Magistrate Judge Mumm's remark in his order addressing Defendant's motion for a protective order concerning discovery that "[a]lthough early discovery is strongly encouraged, Judge Gee's policy is not to require the parties to participate in discovery until a scheduling order has issued." (ECF No. 34 at 2.)

1
PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT
AND SUGGESTION THAT RULE 16 CONFERENCE BE CONVENED

6. On December 12, 2017, Crytek commenced this action and promptly served Defendants with its Complaint. (ECF Nos. 1, 17.) On February 13, 2018, Crytek served requests for discovery on Defendants in accordance with the Federal Rules of Civil Procedure. On February 27, 2018, the parties filed a Joint Rule 26(f) Report. (ECF No. 28.) Crytek anticipates that its analysis of Defendants' source code in connection with its allegations will be time-consuming, and accordingly would like to begin that analysis as soon as possible.

7. Alternatively, Crytek respectfully submits that in lieu of convening a Rule 16 conference at this time, the parties could simply be directed to proceed with discovery now.

Dated: August 16, 2018                              Respectfully submitted,

                                                    */s/ James Y. Pak*
KEVIN J. MINNICK (SBN 269620)                       JAMES Y. PAK (SBN 304563)
*kevin.minnick@skadden.com*                         *james.pak@skadden.com*
SKADDEN, ARPS, SLATE,                               SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP                                  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400                  525 University Avenue, Suite 1400
Los Angeles, California 90071                       Palo Alto, California 94301
Telephone: (213) 687-5000                           Telephone: (650) 470-4500
Facsimile:  (213) 687-5600                          Facsimile: (650) 470-4570

P. ANTHONY SAMMI                                    ***Attorneys for Plaintiff***
(admitted *pro hac vice*)                           ***Crytek GmbH***
*anthony.sammi@skadden.com*
KURT WM. HEMR
(admitted *pro hac vice*)
*kurt.hemr@skadden.com*
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on August 16, 2018, I electronically filed the foregoing |
| 3 | document with the Clerk of Court using CM/ECF, which sent notification of such |
| 4 | filing to all counsel of record. |

By:    /s/ *James Y. Pak*
        James Y. Pak