**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA M. ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156
E-Mail:  jtaylor@fkks.com
         jgoldman@fkks.com
         aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937-DMG-FFM |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **DEFENDANTS' OPPOSITION TO PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT AND SUGGESTION THAT RULE 16 CONFERENCE BE CONVENED** |
| Defendants. | |

Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp. (collectively, "Defendants") oppose Plaintiff Crytek GMBH's ("Crytek") "suggestion" to modify the Court's order regarding the timing of a Scheduling Conference. Crytek buries its suggestion in a "Notice of Filing of Second Amended Complaint" that lacks any basis under the FRCP, the Local Rules, or the Court's Standing Order.

The Court's August 14 order on Defendants' motion to dismiss Crytek's First Amended Complaint (the "Order") provided a clear, sound decision, on a matter squarely within the Court's discretion, to schedule a Rule 16 Scheduling Conference after the pleadings are finalized. (Dkt. 38, at p. 22.) Crytek's "suggestion" that the Court immediately convene a Rule 16 conference or, alternatively, "simply . . . direct[]" the parties "to proceed with discovery now" directly challenges the Court's Order. In essence, Crytek is asking the Court to reconsider its Order. This is improper. To the extent Crytek seeks relief from the Court's Order, it may do so by filing a noticed motion pursuant to FRCP 60 and providing the necessary evidence to establish good cause for such relief.

Crytek filed its Second Amended Complaint yesterday, on August 16, 2018. As Crytek acknowledges, Defendants may elect to file a motion to dismiss Crytek's new claim added to the Second Amended Complaint. Because the outcome of that motion could again significantly impact the scope of discovery, the Court's decision to schedule a Rule 16 Schedule Conference once the pleadings are finalized was sound and should not be disturbed.

The Court should reject Crytek's improper attempt to circumvent the rules of this Court and not deviate from its sound determination to issue the Scheduling Order after the pleadings in this case are settled.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 17, 2018 | FRANKFURT KURNIT KLEIN & SELZ P.C. |
| 2 | | |
| 3 | | BY: */s/ Jeremy S. Goldman*<br>      Jeremy S. Goldman |
| 4 | | Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DEFENDANTS' OPPOSITION TO PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT AND SUGGESTION THAT RULE 16 CONFERENCE BE CONVENED
2

FKKS:1966020v.3                                                                                           26750.200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which sent notification of such filing to all counsel of record.

BY: */s/ Jeremy S. Goldman*
Jeremy S. Goldman