1  **JOSPEH R. TAYLOR** (SBN 129933)
   **JEREMY S. GOLDMAN** (SBN 306943)
2  **MARK R. SWIECH** (SBN 311601)
   **FRANKFURT KURNIT KLEIN & SELZ, P.C.**
3  2029 Century Park East, Suite 1060
   Los Angeles, California 90067
4  Telephone: (310) 579-9600
   Facsimile: (347) 438-2156
5  E-Mail:  jtaylor@fkks.com
            jgoldman@fkks.com
6           mswiech@fkks.com

7  Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
   and ROBERTS SPACE INDUSTRIES CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
|---|---|
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT IN PART (FRCP 12(B)(6))** |
| Defendants. | Date:   October 12, 2018
Time:   9:30 AM
Courtroom: 8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's Initial Standing Order dated December 13, 2017, on October 12, 2018 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8C by the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (together, "Defendants") will, and hereby do, move to dismiss in part the

Second Amended Complaint dated August 16, 2018 (the "SAC") filed by Plaintiff Crytek GmbH ("Crytek" or "Plaintiff") and the first claim for relief therein.

This motion is brought on the grounds that the SAC fails to state a claim for breach of contract with respect to Section 2.4 of the Game License Agreement between the parties because the SAC alleges no facts to support a claim that Defendants have engaged in a business that in any way competes with Crytek's game engine business.

This motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the pleadings and papers on file herein; and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 30, 2018.

Dated: September 6, 2018

        FRANKFURT KURNIT KLEIN & SELZ P.C.

BY: */s/ Jeremy S. Goldman*
    Joseph R. Taylor (SBN 129933)
    Jeremy S. Goldman (SBN 306943)
    Mark R. Swiech (SBN 311601)
    2029 Century Park East, Suite 1060
    Los Angeles, California 90067
    Telephone: (310) 579-9600
    Facsimile: (347) 438-2156
    E-Mail: jtaylor@fkks.com
           jgoldman@fkks.com
           mswiech@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.