| | |
|---|---|
| 1 | **JOSPEH R. TAYLOR** (SBN 129933) |
| 2 | **JEREMY S. GOLDMAN** (SBN 306943) |
|   | **MARK R. SWIECH** (SBN 311601) |
| 3 | **FRANKFURT KURNIT KLEIN & SELZ, P.C.** |
|   | 2029 Century Park East, Suite 1060 |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 579-9600 |
| 5 | Facsimile: (347) 438-2156 |
|   | E-Mail:  jtaylor@fkks.com |
| 6 | jgoldman@fkks.com |
|   | mswiech@fkks.com |
| 7 | Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937 |
| vs. | [HON. DOLLY M. GEE] |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT IN PART** |
| Defendants. | **(FRCP 12(B)(6))** |
| | **[NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT FILED CONCURRENTLY HEREWITH]** |
| | Date:      October 12, 2018 |
| | Time:      9:30 AM |
| | Courtroom: 8C |

# ORDER

The Motion to Dismiss the Second Amended Complaint in Part filed by Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp. (together, "Defendants") in this matter came on regularly for hearing before this Court on October 12, 2018.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff Crytek GmbH has failed to state a claim upon which relief can be granted for breach of contract based on Section 2.4 of the parties' Game License Agreement.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the Second Amended Complaint in Part is GRANTED.  Plaintiff's claim for breach of contract based on Section 2.4 of the Game License Agreement in the Second Amended Complaint is ordered dismissed [with] [without] prejudice.

Dated: _____    _____
                                      Hon. Dolly M. Gee
                                      Judge, United States District Court