JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
*kevin.minnick@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
*anthony.sammi@skadden.com*
KURT WM. HEMR (admitted *pro hac vice*)
*kurt.hemr@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO AMEND THE COMPLAINT** |

JOINT STIPULATION EXTENDING DEADLINE TO AMEND COMPLAINT

**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO AMEND COMPLAINT**

Plaintiff CRYTEK GMBH ("Plaintiff") and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. ("Defendants") by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, under the Court's Order of December 6, 2018 (ECF No. 49 at 10), Plaintiff's last day to file a Third Amended Complaint or notify Defendants and the Court that it does not intend to amend is December 27, 2018;

WHEREAS, Plaintiff's counsel is consulting with Plaintiff regarding additional factual allegations supporting a further amendment under the terms of the Court's December 6, 2018 order, and that consultation is ongoing;

WHEREAS, Plaintiff has its principal place of business in Germany, and Plaintiff's German offices will be operating during limited hours during the winter holidays as observed in Germany;

WHEREAS, Plaintiff commenced this action on December 12, 2017, and has not sought any prior extensions to facilitate amendment of its complaint;

WHEREAS, Plaintiff has no reason to believe that any party will be unduly prejudiced by the short extension requested by this Stipulation;

WHEREAS, Plaintiff therefore requests that the Court afford it an additional 21 days in which to file a Third Amended Complaint or notify Defendants and the Court that it does not intend to amend;

WHEREAS, Defendants stipulate to the requested extension;

NOW, THEREFORE, the undersigned parties stipulate and agree, subject to the Court's approval, as follows:

The December 27, 2018 deadline for Plaintiff to file a Third Amended Complaint or notify Defendants and the Court that it does not intend to amend should be extended by 21 days, to and including January 17, 2019.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Jeremy S. Goldman<br>JOSEPH R. TAYLOR (SBN 129933)<br>jtaylor@fkks.com<br>JEREMY S. GOLDMAN (SBN 306943)<br>jgoldman@fkks.com<br>MARK R. SWIECH (SBN 311601)<br>mswiech@fkks.com<br>FRANKFURT KURNIT KLEIN & SELZ, P.C.<br>2029 Century Park East, Suite 1060<br>Los Angeles, California 90067<br>Telephone: (310) 579-9600<br>Facsimile: (347) 438-2156<br><br>***Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.*** | /s/ James Y. Pak<br>JAMES Y. PAK (SBN 304563)<br>james.pak@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br>(650) 798-4570<br><br>***Attorneys for Plaintiff Crytek GmbH*** |

## **ATTESTATION**

I, James Y. Pak, attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:    /s/ *James Y. Pak*
        James Y. Pak

2
JOINT STIPULATION EXTENDING DEADLINE TO AMEND COMPLAINT