# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING PLAINTIFF'S DEADLINE TO AMEND THE COMPLAINT** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

# [PROPOSED] ORDER EXTENDING PLAINTIFF'S DEADLINE TO AMEND COMPLAINT

The Court, having reviewed the Parties' Joint Stipulation to Extend Plaintiff's Deadline to Amend the Complaint, and for good cause appearing therefore, hereby ORDERS that:

The December 27, 2018 deadline for Plaintiff to file a Third Amended Complaint or notify Defendants and the Court that it does not intend to amend is extended by 21 days, to and including January 17, 2019.

**IT IS SO ORDERED.**

DATED:

                                    Dolly M. Gee
                        UNITED STATES DISTRICT JUDGE