**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRYTEK GMBH, | Case No.: CV 17-8937-DMG (FFMx) |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S DEADLINE TO AMEND THE COMPLAINT [50]** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

The Court, having reviewed the Parties' Joint Stipulation to Extend Plaintiff's Deadline to Amend the Complaint, and for good cause appearing, hereby ORDERS that:

The December 27, 2018 deadline for Plaintiff to file a Third Amended Complaint, or notify Defendants and the Court that it does not intend to amend, is extended to and including January 17, 2019.

IT IS SO ORDERED.

DATED:  December 27, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE