JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
kevin.minnick@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
anthony.sammi@skadden.com
KURT WM. HEMR (admitted *pro hac vice*)
kurt.hemr@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | **PLAINTIFF'S NOTICE IN RESPONSE TO COURT'S DECEMBER 6, 2018 ORDER (ECF NO. 49)** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

1  Plaintiff Crytek GmbH respectfully submits this notice pursuant to the Court's
2  Orders of December 6, 2018 (ECF No. 49) and December 27, 2018 (ECF No. 51).
3  Plaintiff hereby notifies Defendants and the Court that it will not be amending the
4  Second Amended Complaint at this time.  Plaintiff reserves its rights to seek leave to
5  amend its pleading pursuant to Federal Rule of Civil Procedure 15(a)(2) at a later
6  stage of the proceedings in this action.

Respectfully submitted,

 */s/ James Y. Pak*
JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
(650) 470-4500
(650) 798-4570

*Attorneys for Plaintiff*
*Crytek GmbH*

1
PLAINTIFF'S NOTICE IN RESPONSE TO COURT'S DECEMBER 6, 2018 ORDER