Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 17-8937-DMG (FFMx)   Title: Crytek GmbH v. Cloud Imperium Games Corp. et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**    [ ] Court   [ x ] Jury<br>Duration Estimate: 5-10 days | 3-24-20<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 2-25-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 7-31-19<br>8-2-19 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 10-29-19 |
| Motion Cut-Off   (filing deadline) | 11-1-19 |
| Initial Expert Disclosure & Report Deadline | 12-24-19 |
| Rebuttal Expert Disclosure & Report Deadline | 1-21-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 2-4-20 |
| Settlement Conference Completion Date | 1-28-20 |
| Motions in Limine Filing Deadline | 2-4-20 |
| Opposition to Motion in Limine Filing Deadline | 2-11-20 |
| Joint Status Report re Settlement | 2-4-20 |
| Proposed Pretrial Conference Order | 2-4-20 |
| Contentions of Fact/Law | 2-4-20 |
| Pretrial Exhibit Stipulation | 2-4-20 |
| Joint Exhibit List | 2-4-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 2-4-20 |
| Agreed Statement of the Case | 2-4-20 |
| Proposed Voir Dire Questions | 2-4-20 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 2-4-20 |
| Verdict Forms | 2-4-20 |