1  **JOSEPH R. TAYLOR** (SBN 129933)
2  **JEREMY S. GOLDMAN** (SBN 306943)
   **AZITA ISKANDAR** (SBN 280749)
3  **FRANKFURT KURNIT KLEIN & SELZ, P.C.**
4  2029 Century Park East, Suite 1060
   Los Angeles, California 90067
5  Telephone: (310) 579-9600
6  Facsimile: (310) 579-9650
   E-Mail: jtaylor@fkks.com
7          jgoldman@fkks.com
8          aiskandar@fkks.com

9  Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
10 and ROBERTS SPACE INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>    Defendants. | Case No. 2:17-CV-08937<br><br>[HON. DOLLY M. GEE]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A BOND PURSUANT TO CAL. CIV. P. CODE § 1030**<br><br>Date:  April 26, 2019<br>Time: 9:30 AM<br>Courtroom:  8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to California Code of Civil Procedure § 1030, on April 26, 2019 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8C by the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (together, "Defendants") will, and hereby do, move for an order requiring Plaintiff Crytek GmbH ("Crytek") to post a bond in the amount of $2,193,298.45 to secure the award of attorneys' fees and costs that Defendants will be entitled to receive as the prevailing party in this action.

This motion is brought pursuant to California Code of Civil Procedure § 1030 and this Court's inherent power to require foreign plaintiffs to post a security bond for costs where there is a reasonable possibility that the defendants will obtain a judgment in the action. *See Simulnet E. Assocs. v. Ramada Hotel Operating Co.*, 37 F.3d 573, 574 (9th Cir. 1994). Here, Crytek is a foreign (German) corporation, CIG is contractually and statutorily entitled to its attorneys' fees, costs, and expenses as the prevailing party in this action, and CIG has far greater than a "reasonable possibility" of obtaining a judgment against Crytek for such an award. An adequate bond is especially warranted in this case, given the myriad reported financial problems that have plagued Crytek in recent years, and the alarming risk that Crytek will be unable to satisfy the judgment awarded to Defendants.

This motion is based upon: this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declarations of Jeremy S. Goldman, Ortwin Freyermuth, and Jay Grenier filed herewith, and the exhibits annexed thereto; the pleadings and papers on file herein; and upon such other matters as may be presented to the Court at the time of hearing.

**DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR A BOND PURSUANT TO CAL. CIV. P. CODE § 1030**

1

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 19, 2018 and January 16, 2019. As detailed in the accompanying Declaration of Jeremy S. Goldman, counsel for the parties discussed Defendants' intention to move for a bond pursuant to Cal. Civ. P. Code. § 1030 unless Crytek agreed to post a substantial bond.  Crytek's counsel stated that Crytek would not voluntarily post a bond.

Dated:  March 29, 2019

Respectfully submitted,

FRANKFURT KURNIT KLEIN & SELZ, P.C.

BY: */s/ Jeremy S. Goldman*
Joseph R. Taylor (SBN 129933)
Jeremy S. Goldman (SBN 306943)
Azita Iskandar (SBN 280749)
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone:  (310) 579-9600
Facsimile:  (310) 579-9650
E-mail:  jtaylor@fkks.com
           jgoldman@fkks.com
           aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP. and ROBERT SPACE INDUSTRIES CORP.