**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**AZITA ISKANDAR** (SBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
E-Mail: jtaylor@fkks.com
jgoldman@fkks.com
aiskandar@fkks.com

Attorneys for Defendants CLOUD IMPERIUM GAMES CORP.
and ROBERTS SPACE INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No. 2:17-CV-08937<br><br>[HON. DOLLY M. GEE]<br><br>**DECLARATION OF ORTWIN FREYERMUTH IN SUPPORT OF DEFENDANTS' MOTION FOR A BOND PURSUANT TO CAL. CIV. P. CODE § 1030**<br><br>Date:　　April 26, 2019<br>Time:　　9:30 AM<br>Courtroom: 8C |

DECL. OF O. FREYERMUTH ISO DEFS.' MOT. FOR A BOND PURSUANT TO CCP § 1030

I, ORTWIN FREYERMUTH, declare as follows:

1. I am the Co-Founder, Vice Chairman, and General Counsel of Cloud Imperium Games Corp. and Roberts Space Industries Corp. (together, "CIG" or "Defendants"), the defendants in the above-captioned action.

2. I make this declaration in support of CIG's Motion for a Bond Pursuant to California Code of Civil Procedure section 1030 (the "Motion"). I make this declaration on the basis of personal knowledge, except where indicated otherwise.

### *Star Citizen*, *Squadron 42*, and CryEngine

3. I have been at CIG since its inception.

4. Since 2012, CIG has been developing the video games *Star Citizen* and *Squadron 42*.

5. *Star Citizen* will be an online, multiplayer space adventure, trading, and dogfighting game.

6. *Squadron 42* will be a story-driven, single-player campaign set in the *Star Citizen* universe.

7. Only preliminary, so-called "alpha modes" of *Star Citizen* have been released. No part of *Squadron 42* has been released. Both games remain in development. CIG maintains the source code for *Squadron 42* in the same code base as *Star Citizen*.

8. When CIG began to develop the games, it elected to use plaintiff Crytek GmbH's ("Crytek") CryEngine video game development platform. CIG and Crytek entered into a Game License Agreement ("GLA") dated November 20, 2012, a true and correct copy of which is attached hereto as **Exhibit 1.**

### The Switch to Lumberyard

9. By an agreement dated April 30, 2016, Amazon granted CIG a license to use in *Star Citizen* and *Squadron 42* not only Lumberyard, but also the version of CryEngine that was then embedded in the games' source code. Following execution of the Amazon license, CIG began developing the games under the Amazon license. When CIG releases

1  *Squadron 42* to the public, the game engine source code will be licensed under this
2  Amazon agreement, not the GLA.

10. Attached hereto as **Exhibit 2** is a true and correct copy of a press release issued by CIG on December 23, 2016, entitled "Star Citizen and Squadron 42 Utilize Amazon Lumberyard Game Engine," which I obtained from https://robertsspaceindustries.com/comm-link/press/15660-star-citizen-and-squadron-42-utilize-amazon-lumberyard-game-engine.

### Pre-Selling of *Squadron 42*

11. Attached hereto as **Exhibit 3** is a true and correct copy of a press release issued by CIG on January 29, 2016, entitled "Roundup: Free Fly, 2.1.2 Patch and Other Updates!," which I obtained from https://robertsspaceindustries.com/comm-link/transmission/15178-Roundup-Free-Fly-212-Patch-And-Other-Updates.

12. During a February 5, 2016 phone call, I clarified to Crytek's general counsel that CIG still planned to make *Squadron 42* available only through the *Star Citizen* game client. Crytek's general counsel confirmed to me that the GLA allows CIG to sell a module like *Squadron 42* separately as long as players could access the module only through the *Star Citizen* game client.

13. Attached hereto as **Exhibit 4** is a true and correct copy of an email that I sent to Crytek's general counsel on February 7, 2016, memorializing our telephone conversation and confirming that CIG would publish a corrective statement to clarify that *Squadron 42* would remain functionally tied to *Star Citizen* and only accessible through the *Star Citizen* game client.

14. Attached hereto as **Exhibit 5** is a true and correct copy of that clarification: a press release issued by CIG on February 8, 2016 entitled "Package Split Information," which I obtained from https://robertsspaceindustries.com/comm-link/transmission/15189-Package-Split-Information. CIG began pre-selling *Squadron 42* as a separate unit on February 14, 2016.

15. Crytek did not raise any further objections and CIG considered the matter closed until Crytek filed this lawsuit almost two years later.

### Delivery of Bug Fixes

16. Attached hereto as **Exhibit 6** is a true and correct copy of an email chain dated from November 16, 2015 to December 4, 2015 between me and Crytek's general counsel regarding Crytek's request to CIG for bug fixes and optimizations pursuant to GLA paragraph 7.3.

17. Attached hereto as **Exhibit 7** is a true and correct copy of the "delivery notice" I drafted that was an attachment to the December 4, 2015 email included in Exhibit 6 to this declaration.

18. Crytek did not respond, much less object, to CIG's tender on December 4, 2015.

19. Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated November 24, 2016 that I received from Crytek, demanding delivery of the bug fixes.

20. Attached hereto as **Exhibit 9** is a true and correct copy of a letter dated November 30, 2016 that I sent to Crytek, re-tendering delivery of the bug fixes.

21. Crytek again did not object to CIG's tender on November 30, 2016.

22. Attached hereto as **Exhibit 10** is a true and correct copy of a letter dated December 2, 2016 that I received from Crytek in response to my November 30, 2016 letter.

23. Attached hereto as **Exhibit 11** is a true and correct copy of a letter dated June 22, 2017 that I received from Crytek.

24. Because Crytek refused to sign the requested delivery notice confirming that it would maintain CIG's proprietary *non-engine* game code in confidence, CIG proceeded to undertake the complex task of separating its game code from the engine code and preparing it as a compilable version.

25. Upon completion, on January 23, 2018, CIG delivered and Crytek accepted the bug fixes without condition. Attached hereto as **Exhibit 12** is a true and correct copy

of the transmittal letter, dated January 23, 2018, that CIG's counsel delivered to Crytek's counsel with the bug fixes.

26. CIG has heard nothing from Crytek regarding the bug fixes since that time.

### Crytek's Credits

27. On December 23, 2016, with CIG's release of "alpha" build version 2.6 of *Squadron 42*, CIG replaced Crytek's copyright and trademark notices on the *Star Citizen* credits splash screen with the Amazon Lumberyard copyright and trademark notices. By that time, CIG had already entered into, and was developing both *Star Citizen* and *Squadron 42* under CIG's license agreement with Amazon.

28. Crytek alleges that CIG's removal of the Crytek and CryEngine copyright and trademark notices from *Star Citizen*'s credits splash screen resulted in loss of "promotional consideration."

29. Crytek's claimed damage is belied by the fact that Crytek has been trying to disassociate itself from CIG and *Star Citizen* since 2015.

30. I personally saw on YouTube that Crytek prominently featured CIG, RSI, and *Star Citizen* in its 2013 and 2014 "Developer Showcase" videos that, upon information and belief, Crytek exhibited at the Game Developers Conference ("GDC"), an annual gathering of game development professionals held in March in San Francisco, California, which I attended. GDC is one of the gaming industry's most important trade shows and one of the largest gatherings of game development professionals each year.

31. I also personally saw on YouTube that Crytek omitted *Star Citizen* from its 2015 "Developer Showcase" video. After January 22, 2015, to the best of my knowledge, Crytek never again featured CIG, RSI, or *Star Citizen* in any of its social media, marketing, or promotional campaigns.

### "Bugsmashers" Videos

32. The "Bugsmashers" videos feature a CIG software engineer walking through how he addresses coding errors identified in the game. The videos often show footage of the engineer's screen as he addresses bugs in the code.

33. On information and belief, any snippets of CryEngine source code displayed in "Bugsmashers" videos would carry no independent utility. This is because CryEngine is a massively complex computer program comprising millions of lines of interdependent code and thousands of files divided among many different modules that all need to work in tandem to accomplish the various tasks that make a modern video game work.

### Faceware

34. On August 25, 2017, CIG announced that it had entered into an agreement with Faceware Technologies, Inc. ("Faceware") for CIG to use Faceware's facial animation and motion capture technology in *Star Citizen*.

35. To the best of my knowledge, CIG never provided Faceware with access to the CryEngine source code in any way. I confirmed this fact with CIG's Technical Director-Content, who directly supervises CIG's technical collaboration with Faceware.

### Expert Source Code Analysis

36. The source code for CryEngine, *Star Citizen*/*Squadron 42*, and Amazon Lumberyard comprises thousands of files and millions of lines of code.

37. Crytek's claims related to *Squadron 42*, the bug fixes, and the "Bugsmashers" videos likely will require source code analysis by expert software engineers.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 28, 2019 at Los Angeles, California.

_____
ORTWIN FREYERMUTH