# Exhibit 2

Exhibit 2
32



