# Exhibit 3

Exhibit 3
35



## STAR CITIZEN ALPHA 2.1.2 PATCH RELEASED

We've issued a minor patch for Star Citizen Alpha 2.1 today, focusing on a set of specific bug fixes identified during testing. Thank you as always to our talented backers who have helped us drill down on and now eliminate these bugs! You can find a complete list of changes here.

## PACKAGE SPLIT INBOUND

At the December livestream, we announced that Squadron 42 and Star Citizen will be split into two separate packages in the near future. To update on this: the split will occur on **February 14th**. Squadron 42 will be available as either a stand alone game or an optional addon for Star Citizen rather than be included by default. If you want to lock in both games for the lowest possible price, consider pledging before this deadline. You can learn more about Squadron 42, our thrilling single-player adventure, here.

## STORE CREDIT TOKENS DISTRIBUTED







Want to follow Star Citizen's development without checking the Comm-Link every day? You can access our official social media challenges here:

**Facebook**

**Cloud Imperium Games Facebook**

**Twitter**

**YouTube**

**Instagram**

Want to meet the team making the game? Check out the personal Twitter feeds below!

PLEASE NOTE: These are the personal feeds of Cloud Imperium Games' developers. The statements and opinions expressed do not represent Cloud Imperium Games, and should not be taken as the final word on any element of game design or planning. The following developers are willing to connect with backers and share information about their lives when possible:

Chris Roberts
Sandi Gardiner
Ben Lesnick
Eric Kieron Davis
Darian Vorlick
Karl Jones
David Swofford
Jared Huckaby
Alexis Lesnick
Thomas Hennessy
Calix Reneau
Tyler Witkin
Robert Gaither
Matthew Lightfoot
Patrick Probst
Romulo Espinosa
Calvin Williams
Lee Amarakoon
Ashley Canning
Rich Welsh
Brian Chambers
Matt Johns
Amanda Mitchell
Cherie Heiberg
Henry Davis
Sean Noonan
Steve Bender
Jason Cole
Keegan Standifer

// END TRANSMISSION

▶ FEEDBACK

COMMENTS 0138.0
ADD NEW COMMENT

Varian Azul | bluesheep                                    10:34pm Jan 29, 2016
Already? Damn son.

REPLY



**Varian Azul** | bluesheep

Already? Damn son.

REPLY

**Hedgehog Pro** | TheHedgehogPro

not first...

Yes, But you are the first, not first

Nikota | Nikota

REPLY

**Othium** | Othium

Donde es mi ESTARFARER?

Per RtV today, it will be in one of the next patches, but they won't say which / when.

GeraldEvans | GeraldEvans

They must have run into something that delayed it, i expect it feb now ( which is next week )

Cyberwolf | Cyberwulfe

I suspect it is the Hangar size adjustments they have to do.

[zG] Masdevallia | Cattleya

REPLY

**Rangzar** | Rangzar

Way to ruin the tradition

'Twas a silly tradition :D

Varian Azul | bluesheep

REPLY

**Baluubish** | Baluubish

What do you mean?

Wasn't expecting another free fly until the next sale, glad they had it though.

Varian Azul | bluesheep

> Wasn't expecting another free fly until the next sale.
Was expecting better notice ABOUT the sale; today, looking up the free fly details to tell a friend about it, so he can tell his friends, and got taken aback at the out of nowhere XIAN Scout concept sale, already missed "ending soon"

Grunge | Grunjoe

REPLY

**Colonel Sanders** | Colonel-Sanders

WHERED U FIND THIS

REPLY

**Dano** | DanO                                      10:39pm Jan 29, 2016

Cool thanks!

REPLY

**Idrias** | idrias                                    10:40pm Jan 29, 2016

Nice!

REPLY

**nebulr** | nebulr

Sweet!

Indeed!

Idrias | idrias

REPLY

**Another Linux Pilot** | Victor_Tramp           10:41pm Jan 29, 2016

awesome.. keep up the good work.. lookin' forward to that Linux version someday!

REPLY

**Gammett** | gammett

Vulkan support will come to us brothers!

REPLY

**MercuryXFRG** | MercuryXFRG

This will be absolutely epic! The most important thing for bringing forward the gaming industry... The holy fuckin' grail among the Graphic-API's xD

REPLY

**Oni** | Oni

+1 to that. Really looking forward to playing.
Why are they even bothering with both API's? waste of money, waste of time.

Because not everyone has your vid card

Innocence Achieved | Innocence_Achieved

REPLY





Document title: Roundup: Free Fly, 2.1.2 Patch and Other Updates! - Roberts Space Industries | Follow the development of Star Citizen and Squadron 42
Capture URL: https://robertsspaceindustries.com/comm-link/transmission/15178-Roundup-Free-Fly-212-Patch-And-Other-Updates
Capture timestamp (UTC): Tue, 26 Mar 2019 18:42:44 GMT

Exhibit 3
42

Page 7 of 9



**Belinir** | Belinir — 1:41am Jan 30, 2016
39th .. Also.. Noice!.
REPLY

**OneMoreJedi** | ZeroTheJedi — 3:15am Jan 30, 2016
So does that mean Episode 1 is coming out February?
REPLY

   **Jun'Tsu** | Leo-Cora
   No.:|
   REPLY

   **NeoIgNis** | NeoIgNis
   Don't think so :)
   REPLY

**Lietuvis** | Lietuvis — 5:00am Jan 30, 2016
hope the linux version is still in the works guys :)
REPLY

   **MercuryXFRG** | MercuryXFRG
   I don`t think so... It would make sense to begin/continue when VULKAN is implemented to that modified cryengine they use. *opens up wallet* ^^
   REPLY

**SixFootTurkey** | SixFootTurkey — 5:39am Jan 30, 2016
There are conflicting adverts regarding the free fly duration, stating on the main page that it will 'end on the 1st' or here that it will last 'for a week'; does anyone have a confirmation on which it will be?
REPLY

   **ReUser** | ReUser
   Not an expert but on the surface Feb. 1st sounds like a much more exact measurement of time than 'a week'. :)
   REPLY

**Lazer** | D3K64 — 5:54am Jan 30, 2016
MISC Reliant sale? :D
REPLY

**San Racoon** | San-Racoon — 6:59am Jan 30, 2016
Need to get my freinds in on this asap!
REPLY

   **Xak** | Xakk
   Exactly!
   REPLY

**Hawkish** | Hawkish — 8:50am Jan 30, 2016
Very happy to see promotions like this one. With early access games having such a bad wrap, letting prospective players try it for a limited time for free is a good move.
Also obligatory Xi'an Scout hype!
REPLY

**Jun** | Junski — 8:50am Jan 30, 2016
Package Split Inbound WTF ?
REPLY

   **ReUser** | ReUser
   WTF CIG?!? Stop telling us that something is coming in the future over and over for years and then suddenly telling us again that it is about to come in the future! Stop keeping secrets by making all information 'transparent' only to those who have the magic power to sift through all the information that you make 'transparent'. LMAO. (plz don't hate me Jun, I am just laughing at myself)
   REPLY

**Arctu** | Arctu — 12:24pm Jan 30, 2016
F7C military fighter - how amusing. Doesn't the C stand for civilian or did we finally give up the "no military tech in civilian hands" charade when half the ships we can buy are military versions?
REPLY

   **ReUser** | ReUser
   Ever seen a civilian driving a Hummer? O.o No seriously, I am asking because I live in a cave and have never experienced reality.
   woah...i just fell in love with your sarcasm 2 times in a row :o
      **Neuroquila** | neuroquila
      REPLY