# Exhibit 4

Exhibit 4
45

From: **Ortwin Freyermuth** ortwin@cloudimperiumgames.com
Subject: Star Citizen - Squadron 42
Date: February 7, 2016 at 7:55 PM
To: Dr. Martin Franz franz@ra-franz.eu



Hi Martin,

Thank you for your call on Friday voicing your client's concern about CIG distributing "Squadron 42" as a "standalone game."  Firstly, our apologies for the slightly overzealous and inaccurate announcement issued on the RSI site by our marketing/community department which you quoted.  It actually created also a bit of confusion wth some of our backers, so marketing will issue a clarifying statement in the next day or so to straighten this out.

"Squadron 42" is part of the Star Citizen Universe and will continue to be marketed and sold in that way, for many reasons.  It is the single player module of Star Citizen, and as such it will also include access to Arena Commander, the "flight trainer" for Star Citizen.  It continues to be marketed and accessed through our RSI site together with Star Citizen - it's simply a sub-page for greater exposure.  Effectively, given the volume and value of the Star Citizen universe we have already created, we are beginning to sell modules thereof "a la carte."  Nothing has changed from the plan communicated and agreed upon when we entered into our CryEngine license agreement.

I hope this alleviates your client's concern in this regard.  If you have further questions, please feel free to be in touch.

Best regards
Ortwin


--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

PLEASE NOTE NEW ADDRESS!
Cloud Imperium Games / Roberts Space Industries
12322 Exposition Blvd.
Los Angeles, CA 90064
P: 1-310-275-1300
F: 1-310-275-1700

Exhibit 4
46