# Exhibit 5

Exhibit 5
47



## TRANSMISSION
General

ID: 15189  COMMENTS: 228  DATE: FEBRUARY 9TH 2016

# Package Split Information

### PACKAGE SPLIT INFORMATION

**Greetings Citizens,**

Last week, we announced the date for the impending Star Citizen/Squadron 42 'package split.' Today, we'd like to clear up some confusion about exactly what's happening!

First of all: the package split does **NOT** impact any current backers. If you've already pledged for Star Citizen, you will have access to both the persistent universe and the Squadron 42 single-player campaign. All 'Squadron 42' packages sold before the split also include access to the persistent universe. The split applies only to any new packages purchased after February 14, 2016.

Additionally, we would like to announce that the current Free Fly has been extended up until February 14th. Our hope is that this will give anyone interested in Star Citizen a chance to try the game and see the progress we've made before the split occurs, letting them get in at the lower price.

Here are some other common questions we've seen in the community:

**Why split Squadron 42 and Star Citizen?**

When we started Star Citizen's crowdfunding campaign, the plan was that earlier backers would get a lower price on the Star Citizen starter package than those that backed later. The plan was to first gradually increase the price and then split up various modules for "a la carte options." This gave backers who joined the project early on and helped get it off the ground an advantage. With the package split, we're accomplishing this objective without increasing the amount of money needed to join the persistent universe. The 'package split' is the first introduction of the anticipated a la carte option: you can pick which part of the game you're interested in, for now the single player campaign or the persistent universe, and then can choose whether or not to purchase the other module as an add-on.

**Are Star Citizen and Squadron 42 still connected?**

YES! The package split does not change the fact that Star Citizen and Squadron 42 are part of the same game universe, or the fact that the games are functionally connected. You will access Squadron 42 through the same game client. And your performance in Squadron 42 will still have an impact on your career in the persistent universe, whether you buy both segments together or if you choose to add one further down the line. Finally, you



YES! The package split does not change the fact that Star Citizen and Squadron 42 are part of the same game universe, or the fact that the games are functionally connected. You will access Squadron 42 through the same game client. And your performance in Squadron 42 will still have an impact on your career in the persistent universe, whether you buy both segments together or if you choose to add one further down the line. Finally, you will receive access to Star Citizen's Arena Commander with the "Squadron 42" pledge to practice your flying skills. We continue to see Squadron 42 and Star Citizen as two modules that make up a larger whole. While we know not everyone enjoys both single and multiplayer games, we would certainly encourage you to try both for the complete Star Citizen experience!

**What will the separate games cost?**

The base price for either an Aurora starter package (with the persistent universe) or the Squadron 42 single player campaign will be $45. If you would like to add one or the other (Squadron 42 to a Persistent Universe package, or the Persistent Universe to a Squadron 42 package) it will be a $15 addon. (These prices are not final, and are subject to change with future promotions.)

**Will this impact the 'unmelt' option?**

No. If you have 'melted' an older, non-limited package, you will still have the option to restore it in the pledge buy-back area.

**How can I be absolutely certain I already have the persistent universe and Squadron 42?**

Click on the 'expand' triangle icon associated with your package in your My Hangar page to see exactly what's on your account. "Star Citizen digital download" is the Persistent Universe module, while "Squadron 42 digital download" is the single-player campaign.

// END TRANSMISSION

▶ FEEDBACK                                              COMMENTS 0228.0
                                                        ADD NEW COMMENT

**Elliott.W** | Polis_Ranger                            12:58am Feb 9, 2015
YEEYEE
                                                        REPLY

**NBnator** | NBnator
What is so "Yeeyee" about it? If they split SQ42 and the persistent universe, how will they deal with citizenship? What will those people do that "just" bought the PU and never played the campaign? Will they be no citizens? Wasn't this one of the fundamental design decisions of "Star >Citizen<"? It either de-values the campaign or causes problems with design in the PU, as they now need to change it one way or another.

you where always going to be able to skip sq42 and go straight to the pu. so you dont have to start with citizenship, infact if you really effed up sq42 you could start the pu without citizenship and still beat the game. and citizenship can be earned ot taken away within the pu.
so it doeant matter. you dont have to be a citizen,
                                                        **Freebirth** | freebirth

Just as in Starship Troopers, I'm hoping that for those folks there will be other options to work towards 'Citizenship', like being appointed a citizen for acts of, whatever.. I'm thinking there may be some folks who don't want to be 'citizens' as well, like pirates etc.
                                                        **Wrathschild** | Wrathschild

What exactly is the problem?
1. They can come up with other ways to earn Citizenship within the PU itself.
2. The split doesn't make it impossible to buy both parts and do it that way.
3. The full experience will cost $60, which is on par with any big tripleA game out there that contains both SP and MP campaigns.
4. The price increase was ALWAYS going to happen, so the full experience was ALWAYS going to cost $60 or more. With the split, you can now choose if you aren't interested in a particular part of the experience and thus save some money. A lot of people don't care about the multiplayer (PU) aspect, so it's GOOD for them to have the option to buy SQ42 cheaper than they could otherwise.
5. The value of the Singleplayer campaign is not in earning citizenship, it's in experiencing a complex single player campaign storyline with great actors and amazing gameplay.
                                                        **skuripanda** | skuripanda

i say greed is on the for front of these minds
                                                        **GRINDER** | Cow_Boy

besides i dont see how it is cheaper in anyway buying after the 14th ...as you will just loose out in the long run...just interested in single player?? still paying the same price ?..i smell bullsh1t
                                                        **GRINDER** | Cow_Boy

"a single player only package " should be cheaper then !!!
                                                        **GRINDER** | Cow_Boy

you was able to skip the squadron 42 part anyway, and that way you weren't a citizen either. Not everyone needs to be a citizen, pirates for example can't be citizen, because they would lose citizenship anyway.
                                                        **Zimmah** | Zimmah

@GRINDER Well you know there's going to be a split. You know exactly when will that happen and for how much will it sell. If you want both, buy it now. I sense much bullshit, but it's definitely not on the part of CIG.
                                                        **Qwar** | Qwar

@GRINDER Well you know there's going to be a split. You know exactly when will that happen and for how much will it sell. If you want both, buy it now. I sense much bullshit, but it's definitely not on the part of CIG.

Qwar | Qwar

If there was no whining at every drop of the hat I'd sense much bullshit, our that it isn't really a game and I'm dreaming.

awgrizzly | awgrizzly

@ Grinder - do I sense some inserting of your own morality into this? Don't worry my friends do this allll the time...

Kouin | Kouin325

LOAD MORE | REPLY

### Grove | GrOve

There seems to be some confusion here... Welcome to the "fundraiser" program where the incentive – besides paying for an awesome game – is to get early access.
Yes - they are asking for money. That's the point of the FUNDRAISER. This is how they are affording to develop the game!

They've already got more money than the development budget of almost every other game ever made. Only three games have had a larger development budget. And RSI is /still/ making millions every month (about $15 million in the last 3 months). Soon Star Citizen will have the 2nd largest development budget ever. They're not poor. They can afford to develop the game without breaking promises (see the Kickstarter page) or other sleazy crap.

Adam M. | Adam_M

I'd be curious to know exactly how much WoW and EVE Online have pulled in over the years; I'm willing to bet it far exceeds what RSI have gathered thus far.
As far as I know, RSI are not planning a Subscription model for the PU, so they need to make their money on initial buy-in

Schattenjaeger | Schatten-jaeger

Destiny cost $500 mil to make, and RSI have said there will never be any sub fees, nuff said :P

Risk.of.Injury | curtiola

How is splitting this making any dent on backers? this is for all the new people... it is not retroactive. So how is it a money grab or sleazy tactics or failing to meet backer promises?

Kyle Lewis | Teufelshund

REPLY

### Darlax | Darlax

Hello!!
I bought the Arena Commander package in the november 2014, but it seems i dont own squadron 42, since i can pledge to buy it. How can i know if i have it?
Ive been disconnected frome Star citizen for years, and im a little lost...
Thank you!!!

Forget it, ive just seen i have the two packages... reading he instructions in the article is a good idea...
Thanks again!!!

Darlax | Darlax

REPLY

### Madmartigan | KillrOy    12:58am Feb 9, 2016

1st.

REPLY

### Alastrom a.k.a Citizen Cane | Alastrom

So close, and yet so far.

To be fair, Elliott did only say YeeYee, not 1st. I stand by Madmartigan's 1st!

groaner | groaner

That would kinda be stupid because the 1st means first post not the first person to say 1st or First this is just retarded.

Jack Atom | Gumbie

"Package Split" - sounds painful.

Leonhard Seppala | Leonhard_Seppala

loool

SlashReset | SlashReset

@groaner I didn't think I had to say the inaugural "FIRST" to be first. Noted though, and I will learn from my mistakes.
-yeeyee

Elliott.W | Polis_Ranger

I have been a backer since 2013 and have always known of the split between the 2, so I don't see a problem

Caldroan1 | Caldroan1

REPLY

### uberfu | uberfu

2nd place is the first loser — just sayin ....

Your reply was the second for the second reply...

JazzPaws | JazzPaws

REPLY

### BactaTankBill | NFI-BactaTankBill

...And you never ever give a baby blackroot!

a quote from the movie "WILLOW"

Phelx | Phelx

Oh my, how long have you guys been backing this game that you can remember WILLOW?

rudeNose | rudeNose

since back when spielburg was good. ... IE; before the travesty of *cough*jarjar*cough*

Dominik Caine | DominikCaine



**dragonslayer4w** | dragonslayer4w — 1:24am Feb 9, 2016

sounds fair to me...the game in a whole will be well worth the $60 dollar price tag...

REPLY

**uberfu** | uberfu

Hell I blew past that mark with my first package purchase.

Same like 2k invested behind you

Jack Atom | Gumbie

REPLY

**Cyberwolf** | Cyberwulfe

I was expecting $45 ea if not $59.99 ea...not bad at all.

REPLY

**Adam M.** | Adam_M

According to the article, this is only the first of the price rises, so the final price will likely be significantly higher than $60.

REPLY

**TRON** | TRON — 1:31am Feb 9, 2016

Tenth! :D

REPLY

**Wildguns** | Wildguns — 1:33am Feb 9, 2016

Not smart but hey don't listen to me....Anyways will Tutorial be in SQ42 aswell ? atleast fix it and improve it.And it should have been disabled long ago as it is broken and give new players a bad impression! I hope this is the last split, and don't end up like EA games were DLC's every quarter segregating the population more and more.BTW new people don't buy the ship now you see in fly now, but the LN Aurora that isa better ship and gives you everthing you need just as fly now package.

REPLY

**uberfu** | uberfu

Umm ... first the LN IS available during the free fly promotion currently going on. Second you seem to be missing much information. Previously stated by CIG -- One time purchase for the Persistantr Universe -- aka Star Citizen -- development and future upgrades to the live / online game free thereafter. Stand-alone Single Player Games -- yes these are stand-alone independant games -- will be a future purchase for each new title / episode -- aka Squadron 42 -- this has been known for quite some time. So if you are going to compare CIG tro EA or the game to some pre-existing title -- then at least do some research and be informed before you post. As for the Tutorial -- it's currently baked into the same segment that Arena Commander is -- Electronic Access -- so no they did not specify this during this specific post butr it has been noted previously -- again something you should research. ALSO OF NOTE -- This is ALPHA Stage development currently. Nothing is functional or stable at the moment. If you are attempting to bring new players into the "game" as it were -- you really need to emphasize that it is in fact an Alpha and is undergoing active development. If you are touting to your friends that this is a finished game that is broken -- then as I've mentioned do some more research. Google works great.

All i get from this is blabla i didn't actually understand what Wildgun was saying so i'm gonna write a wall of text explaining things he already know and have known sinse 2013.Learn to read.

Wildguns | Wildguns

TLDR. You don't know what your talking about...!

Cyberwolf | Cyberwulfe

All good points in my opinion. All of this information has been given to us since the beginning. If new backers really want some good info, I highly recommend checking out the Wingman's Hangar series on YouTube from the beginning. I love Around the Verse, but Wingman's hangar was so much more informative and personal. Loved those guys. (yes, I know Wingman is gone, but his memory lives on!)

NFI-Vixen | NFI-Vixen

nothing to see here Carrie on scrolling down

Asgardia | Asgardia

hammer i totaaly agree with you i loved wingmans hanger now with the sneak peak of really nothing i dont like. but there when you could see the white board wit prototype on it that was a sneak peak. and also alot more funnyer. this is getting to commircel and like we already know that we will get that we wil get 12 chapter of Squadron 42 after a pax east or game con. dont like that befor we get ti when it was ready now we get it after big events

Nereus | yido

I kind of agree with hammeR_HehD here, this seems like grubbing an extra, unnecessary $15 from late comers. I get the desire to reward early backers but that reward has been and continues to be the ability to play around with the alpha modules as much as we like. Plus some of the backer in-game rewards, I'd rather get more of those than penalize future backers with an extra charge to play the whole game. It's a bad move, yet will still make money for CIG. But it trades goodwill from the community – and future community – for cash. I don't like it, it isn't a needed split and just reinforces the argument that SC detractors are making that SC is a bunch of split up and unrelated, incoherent modules. I'd rather not give those folks more ammo.

I'd rather they just flat out raise the price of a bottom pledge by $15 and say that time's up on the backer discount, you're now pre-ordering a AAA game. This split sends the wrong message and complicates the game more than needed.

ONEagainst | OneAgainst

REPLY

**Valaska** | Valaska

DLC doesn't typically segregate people in MMO's, as there will always be core "dungeons" etc such as FFXIV and what not. In a game like SC where you can travel freely to every available system, segregation is made even harder without lock out zones. There could be DLC content that would give you something special or what not, but not segregate, that's impossible with how the game is going to be set up.

And this " is an ex of someone who knows what he's talking about...!

Cyberwolf | Cyberwulfe

DLC segregation in the form of some kind of purchase of navigational map/equipment making it possible to "freely travel" to new sectors. For Sqn42 credentials fro accessing transports going to new missions areas. At least that my prediction on how RSI can continue getting income off of current players as they progress the game universe and story.

Rei Flexx | Reiflex

I do not see there being any DLC for Star Citizen unless its addons that we can do are self's like in world of tanks how you can change your UI , mini map, tank skin or exc . Locking areas well not happen its free roam when game comes out just do not t think a lot of people well roam in some areas because the ship wont be able to handle the attackers from the sector.



**Rei Flexx | Reiflex**

I do not see there being any DLC for Star Citizen unless its addons that we can do are self's like in world of tanks how you can change your UI, mini map, tank skin or exc. Locking areas well not happen its free roam when game comes out just do not t think a lot of people well roam in some areas because the ship wont be able to handle the attackers from the sector.

**Jack Atom | Gumbie**

Quite possibly the only thing it could limit you by is mission contacts from what I could see, and there is another MMO or... Was it a FPS... Yeah PayDay2, where basically if you don't have the pack you cannot launch missions/jobs from the DLC yourself but if you are in a party with someone who can then you can accompany them in the mission. This would really be the only way.. Not really Zone Lock as I said above being impossible, but content lock, as if the person is on the ship the game booting them out would just be horrible etc.
I don't think SC would go this route in the first place mind you, but this is keeping an open mind to what if they did. They'd have to handle it in a pretty unique/payday ish manner since you can just go where you need to go.

**Valaska | Valaska**

And there it comes. SC becomes famous and the garbage of internet start to roam the forum. The community start to go to shit like every game games before. soon will be griefers and trollers... I wish they could split early bakers in a different PUm then we would have a PU of people who actually cared for the game, not the callofduty type.

**One Shot | 9shot**

REPLY

**C_Noize35 | C_Noize35**

SC right now is not a game, yet. It's not a release for you to enjoy. It's for you to help bugfix and improve.
Not all things need to be fixed. It makes no sense to fix things, that they know of will change soon anyways. Fixing things is the last part they should focus on right now. Now it's time to implement all the features and when that's done, than they can fix all the remaining bugs, so you can have fun playing the game

REPLY

**Jack Atom | Gumbie**

Why is this not smart? Seems to me the right way to go about it most games do the same thing but the package it as a expansion with multiplayer this just lets people choose from the start if the just want to play single player game or a multiplayer game and 60$ is not a bad price I mean come on look at price of most games out there always start at 59.99$ look at Horizons expansion.

REPLY

**Brandon | Brandonchat**  1:36am Feb 9, 2016

Very clear! think you

REPLY

**Bearcat | Bearcat**  2:00am Feb 9, 2016

Wow, that's a very reasonable price. I assumed it would be $50 for each. Haha, they missed an opportunity to make the first game cost $42.

REPLY

**Cyberwolf | Cyberwulfe**

that would have been funny!

REPLY

**Rhinehard | OSGAD**

Good point.
Would be great to see a 42(whatever currency) price tag for a SciFi Game.

REPLY

**Jnoh | Jnoh**  2:02am Feb 9, 2016

Wow. I completely misread this, and totally thought it was $45/$45 - a $90 game... *whew!*
[QUESTION] – Can we add $15 packages onto an existing full package for additional character slots? Or is that going to be an even lower thing?

REPLY

**Cyberwolf | Cyberwulfe**

They have no idea ...yet..how or even If they are going to allow you to buy extra charecter slots..my money is they will , and if they do it will be less than buying one of these $15 add-ons. I could see them adding this option when we get actual persistence in the PU.

REPLY

**KOBKED-X | KOBKED-X**

Either "game" is $45, so if you get SQ42 it will cost $45, if you then decide to add on Star Citizen, it will cost you $15 more, same the other way around
[I think it should be $80 and a $50 add on]

REPLY

**Jack Atom | Gumbie**

You get extra Character slots from Multiple ship packages at this time but I am sure there well be able to purchase them in game with credits or maybe purchase them at 5-10$ a pop which is not bad price!

REPLY

**General_Jack_Oneill | General_Jack_Oneill**  2:12am Feb 9, 2016

Appreciate the info.

REPLY

**BoltAction-AUT | Shockblast**  2:35am Feb 9, 2016

ok

REPLY

**Victura | Victura**  2:45am Feb 9, 2016





$40 – $50 even $60 I love it, this whole game or games or whatever... I have put up $404 so far and if my household didn't stop paying remaining money I would be throwing my wallet at Chris and his team... Love that you all care enough to read and comment. This is the best game community I have ever been a part of and I would gladly pay more for this... call me crazy but I put my money behind what I believe in. Go CIG!

Gwyn Wynn | GwynWynn

I have a total of 224$ spent..

Cypoe | Cypoe

"CIG has been pretty straight forward and transparent about this from the start. Squadron 42 and Star Citizen are two separate game titles. It was always intended that they would be sold separately." Then where is that mentioned on the Kickstarter page? Right. Nowhere.
"I honestly thought the initial plan was to charge 40–50$ per title. I am quite excited to see they are only charging 15$ for the second. " The article says this is only the start of the price rises. The final price will be higher, so your excitement is premature.

Adam M. | Adam_M

I'm an Elite: Dangerous player, and they are NOT "flying tacos"!!! ... They are flying cheese wedges.

Captain Chaos | Captain-Chaos

REPLY

### Cyberwolf | Cyberwulfe

I actually saw an argument on massively op where a guy said he was Happy they split the 2 games as he had ZERO interest in playing the MMO or any multiplayer at all. the argument ws people urging him to buy the $45 pckg now in order to save money later..( this was before this announcement and people thought it would be $45 or $59 each) His argument was he would rather pay MORE money for Just The SQ 42 game later than pay $45 for both now...I think he's crazy..but some people feel exactly like this they don't want one of the other and don't care that the part of the game they are not and will not ever be interested in , is being separated. So basically different strokes for different folks.

I know exactly how he feels. My reasons against MMO is the whole guild up or die. And that kinda hits me personally. I grew up as a kid in LA where it was join a gang or die because other thugs and bangers see they can jack you with no retaliation from another gang.

Rei Flexx | Reiflex

Hahahah it was the same in Budapest Hungary i think its the same in every capital city im so happy those long crazy dramas fights are long behind me. For me personally i hope that space will be big enough to hide from these gangs and im fairly positive sooner or latter i will bump in to some really fun ppl. As did back in those days, I did find a gang who instead of fighting, passionately arguing about philosophy and since and we made a sport to get in to a tight situation and talk our way out.
so im willing to take the risk but i understand if someone immerse him/here self only and dont destroy or increase the experience.
The single player part gonna be so awesome any way.

Flying_Judgement | FlyingJudgemenTT

Rei Flexx....the whol "guild up or die" thing doesn't apply to Star Citizen. The universe is going to be 90% AI, 10% humans......massive. If a guild jumps you, chances are AI will come to your aid....

Rivethead318 | Rivethead318

Well if you don't want one or the other that's fine. But to pay more later for just the one, instead of paying less now and having the option to at least try the other, is pigheaded stupidity.

=OT= Uber Goober | Uber-Goober

Agreed

Forgotten | ForgOtten

Sometimes people just don't want something, and don't want to have it thrust on them in order to get something else. I kinda get it. It is analogous (ok, LOOSELY analogous) to the two types of shoppers in the world.
1) those who will pay two dollars, for something normally costing three dollars, because it is on sale and therefore they see it as saving money, even if it is something they won't need until the future.
versus
2) those who will pay $4.00 for something worth $3.00, because they happen to need it at that moment. even if it will be on sale in a few days time.
It's just a matter of perspective and priorities. Some people would rather not have something they have no intent to use, even if it is free. it is still there taking up space. And if it turns out later that they feel like using it, -then- they will buy it. More expensive or no.

Dominik Caine | DominikCaine

So this game will be the Ryanair of video games?

essi | essi

REPLY

### Grevaus | Grev

hmmm im in two minds about this, in alot of games the multiplayer was always the "add on" per se but with star citizen its the campaign thats the "add on"

This is not the case if you read the article, you can buy either SQ42 or Star Citizen and then add the other module later if you desire.

REPLY

### Jack Atom | Gumbie

Your Assumption where wrong mate, you must not be watch or reading all that gets put out there from day one that I started Pledge it has always be said that the Squadron 42 and Star Citizen PU would be split at some time and sold separate.

dont get me wrong ive only been backing for about a year or so when i first saw it and got excited for it so unfotrunately i havent seen ALL of the info about it but ive seen other peoples posts about it and even with my reservations about the split id still recommend the game even in its current state, be honest though it is a bit strange to split what is essentially a game thats been built as a whole, to be launched as one but split before it happens?

FullM3talOutlaw | FullM3talOutlaw

Maybe it's been like that since /you/ started, but it was originally presented in the Kickstarter campaign as a single game with both single- and multi-player. Not four games (multiplayer + 3-part single-player trilogy).

Adam M. | Adam_M

REPLY

### MulligansLuck | Turkeybaster    3:07am Feb 9, 2016

Thanks for clarifying this to us but that does not stop some of us patron of the arts to help feed your starving artists way above the games retail price. I have no regrets. This game is going to be the benchmark and trendsetter for which other games will be judged in the future.

REPLY

### KOBKED-X | KOBKED-X

We are not just Star Citizens, we are History being made!

REPLY

### Ferco | Ferco    3:27am Feb 9, 2016

Very nice and reasonable and still a great deal :)

