# Exhibit 6

Exhibit 6
57

**From:** Ortwin Freyermuth ortwin@cloudimperiumgames.com
**Subject:** Re: CryEngine Reverse Tech
**Date:** December 4, 2015 at 12:30 AM
**To:** Dr. Martin Franz franz@ra-franz.eu
**Cc:** Carl Jones Carl.Jones@cloudimperiumgames.com

Hi Martin,

I am attaching hereto the delivery notice for acknowledgement by Crytek regarding the CIG CryEngine code to be deliveryd. We'll be ready to deliver a download link promptly upon receipt of a counter-signed delivery notification.

By way of explanation, on closer examination it turns out that the clause in 7.3 in our license agreement should have not been included as such, but as lawyers at least I didn't have the necessary technological knowledge to recognize that.  The clause calls for delivery of a compilable version for the Reverse Tech Transfer of bug fixes and optimizations.  Unbeknownst to me at that time, the engineers can't just run a "redline" and prepare a version limited to these items and taking out all other proprietary code while still keeping it compilable.  It would take hundreds of engineering hours to create a "diff" which also compiles.  Consequently, this clause forces CIG to turn over a compilable version which includes large parts of its own proprietary and protected code and trade secrets.

Rather than questioning the reasonability of the clause, we have decided to deliver such a compilable version, but the onus will of course be on Crytek to avoid any infringement of CIG's copyrights and trade secret protections.  I has been suggested to me that in-house engineering personnel at Crytek may deal with these "code dumps" quite liberally and treat all code delivered by licensees as something Crytek can use for its own purposes, including CryEngine updates and enhancements.  We therefore want to make sure that Crytek is fully aware of the restrictions on the use of the compilable CryEngine version to be delivered by CIG, as CIG will be vigorously looking out to protect its rights in this regard.

Please let me know if you have any questions re the above or the attached, and otherwise I am looking forward to receiving the counter-signed delivery notice.  Thank you.

Kind regards
Ortwin



--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700


> On Nov 30, 2015, at 5:14 PM, Ortwin Freyermuth <ortwin@cloudimperiumgames.com> wrote:
>
> Hi Martin,
>
> yes, we have prepared a compilable version for you, which, however, includes a lot of proprietary CIG code.  I will need to draft a delivery notice pointing out the permissible use and then we'll provide you a download link.
>
> Best
> O.
> --
> Ortwin Freyermuth
> Co-Founder, Vice Chairman & General Counsel
> Ortwin@cloudimperiumgames.com

Exhibit 6
58

Ortwin@cloudimperiumgames.com
Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700

> On Nov 30, 2015, at 4:02 AM, franz@ra-franz.eu wrote:
>
> Hi Ortwin, Carl,
>
> Any news here?
>
> Best,
> Martin
>
> Dr. Martin Franz, M.A.
> Rechtsanwalt/Attorney-at-Law
> Fachanwalt für Urheber- und Medienrecht
> Nymphenburger Str. 78
> 80636 München
> Germany
> +49 (0) 170 311 7616
> franz@ra-franz.eu
> www.ra-franz.eu
>
> **From:** Ortwin Freyermuth <ortwin@cloudimperiumgames.com>
> **Date:** Wednesday 18 November 2015 at 16:38
> **To:** Martin Franz <franz@ra-franz.eu>
> **Cc:** Carl Jones <Carl.Jones@cloudimperiumgames.com>, Avni Yerli <avni@crytek.com>, Murat Erdibil <murat@crytek.com>, Frank Vitz <frankv@crytek.com>, George Scotto <georges@crytek.com>
> **Subject:** Re: CryEngine Reverse Tech
>
> Dear Martin,
>
> We are in receipt of Crytek's request two days ago, requesting a compilable version of CIG's bug fixes and optimizations of the CryEngine.  While we acknowledge the contractual obligation, we reject the one week deadline as completely unreasonable and unjustified. Needless to say that it is also not provided for in the contract, and no particular urgency exists in this regard - Crytek hasn't requested any code drop in 3 years!
>
> Our senior engineers have been out of the office for several days, but they will address the request as of tomorrow.  Our engineers will endeavor to prepare a compilable version as soon as practicable without disrupting the company's development work.

Exhibit 6
59

As Crytek is aware, CIG has made significant modifications to the CryEngine code, including building various additional systems outside of the code, which are integrated with so called hooks. As we will explain in more detail in our delivery notice, due to the requirement that the version must be compilable, the code drop will include large parts of code which are included solely for the purpose of making the delivered engine version compilable, but the Reverse Tech rights grant in our agreement will not cover these parts of the codes. Only bug fixes and optimizations are included in such grant. CIG will monitor closely Crytek's future engine updates and upgrades and will take appropriate action if such updates or upgrades infringe on CIG's proprietary code.

Thank you.

Best regards
Ortwin
--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700

> On Nov 16, 2015, at 9:38 AM, franz@ra-franz.eu wrote:
>
> Hi Ortwin, Carl,
>
> As you know we have the following reverse tech clause in the CryEngine Agreement as of November 20, 2012:
>
> 7.3 <u>Reverse Technology Transfer</u>. Annually during the Game's development period, and again upon publication of the final Game, Licensee shall provide Crytek with any bug fixes, and optimizations made to the CryEngine's original source code files (including CryEngine tools provided by Crytek) as a complete compilable version. All such technology outlined in this Section and provided by Licensee to Crytek pursuant to this section (collectively the "Reverse Technology Transfer") shall be the sole and exclusive property of Licensee. Given that such Reverse Technology Transfer is the sole and exclusive property of Licensee, Licensee hereby grants Crytek a non-exclusive, royalty-free and perpetual license to such Reverse Technology Transfer ("Reverse Technology License") solely for the purposes of (1) using the Reverse

Exhibit 6
60

> Technology Transfer internally at Crytek, (2) incorporating the Reverse Technology Transfer in future releases of the CryEngine and (3) distributing the CryEngine, with the embedded Reverse Technology Transfer to third parties without restriction and without payment of any additional fees or royalties to Licensee. Crytek acknowledges that it does not and will not obtain any rights in the Game itself.

This delivery is overdue.

Please provide the respective code at your earliest convenience but no later than the end of this week.

Thank you,
Martin


Dr. Martin Franz, M.A.
Rechtsanwalt/Attorney-at-Law
Fachanwalt für Urheber- und Medienrecht
Nymphenburger Str. 78
80636 München
Germany
+49 (0) 170 311 7616
franz@ra-franz.eu
www.ra-franz.eu

Exhibit 6
61