# Exhibit 7

Exhibit 7
62



December 3, 2015

Crytek GmbH
Grüneburgweg 16-18
60322 Frankfurt am Main
Germany

Re: CryEngine License – Reverse Tech Transfer

Dear Sirs,

You ("Crytek") have requested a compilable version of Cloud Imperium Games Corp's ("CIG") original CryEngine source code ("CIG Engine Code") pursuant to Sec. 7.3 of our CryEngine License agreement, dated as of Nov 20, 2012, as subsequently amended ("License Agreement"). We will be providing you with a download link for the CIG Engine Code to take delivery promptly upon receipt of a countersigned copy of this delivery notice acknowledging the following:

The Reverse Technology Transfer pursuant to Sec. 7.3 provides for a non-exclusive license grant to Crytek with respect to **"bug fixes and optimizations"** only (emphasis added). Due to the contractual requirement to deliver a compilable original source code version, the CIG Engine Code to be delivered will need to include, besides such bug fixes and optimizations, various additional systems and code developed by CIG ("CIG Proprietary Code"), as well as third party code, all of which is not encompassed by the Reverse Technology Transfer pursuant to Sec 7.3 of the License Agreement.

CIG Proprietary Code in the CIG Engine Code which is not covered by the Reverse Technology Transfer concerns all changes to the CryEngine code received from Crytek which do not constitute mere bug fixes and optimizations. This includes, **without limitation,**
- all parts of the CIG Engine Code marked "Copyright © 2012-2015 Cloud Imperium Games. All rights reserved,"
- all code located between comment markers CIG BEGIN and CIG END, and
- all "hooks" into the core engine related to CIG Proprietary Code.

Without limiting the generality of the foregoing, CIG Proprietary Code includes also the following systems:

- Compound Render Node
- Damage tech (damage/bone map, shield render node)
- Item Port System
- Datastore
- Game Object State Machine
- Contextual Response System
- CIG protocols and Backend

Cloud Imperium Games Corporation
9255 Sunset Boulevard, Suite 803 • West Hollywood, CA 90069 • Phone: 310.275.1300 • Fax: 310.275.1700
www.cloudimperiumgames.com • www.robertsspaceindustries.com

Exhibit 7
63

Crytek GmbH
December 3, 2015
Page 2 of 2

- Hangar System
- Vehicle Updates (for Ships, etc)
- Analytics
- Post Processing Enhancements (Scaleform, Hologram, UI, GForce)
- Input improvements (TrackIR, Raw Mouse, Joystick support).

Crytek does not have any rights whatsoever to the CIG Proprietary Code, neither under the Reverse Technology Transfer or otherwise under the License Agreement. Any use of such CIG Proprietary Code or any derivatives thereof would constitute a violation of CIG's copyrights and trade secret protections.

Please be aware that CIG will continuously monitor all future releases from Crytek, whether as part of CryEngine updates and releases or otherwise, to ensure that CIG's rights are not being infringed upon. If Crytek wishes to acquire a license to any of the CIG Proprietary Code, it may contact CIG for such discussions.

Please confirm receipt of this delivery notice by having an authorized officer of Crytek GmbH sign in the space provided for below. Thank you.

Kind regards,


Ortwin Freyermuth
Co-Founder, Vice-Chairman
& General Counsel



I have read and understood the above delivery notice with respect to Cyrtek GmbH's rights regarding to the CIG Engine Code to be delivered to Crytek.


Crytek GmH


_____
Name:
Title:

Exhibit 7
64