# Exhibit 8

Exhibit 8
65



Crytek GmbH | Grüneburgweg 16-18, 60322 Frankfurt am Main

FOUNDRY 42 Limited
Freedom House – Church Street
Wilmslow Cheshire
SK9 1AX
United Kingdom

| Unsere Nachricht vom | Ihr Zeichen, Ihre Nachricht vom | Name | Datum |
|---|---|---|---|
| | | | 24.11.2016 |

**Violation of Licensing Agreement and German unlawful competition act (UWG)**

Dear Sirs,

As we have not received the requested Reverse Technology Transfer nor an answer regarding our request, we hereby notify you that you are in breach of Section 7.3 of the Game License Agreement dated as of November 20, 2012 (the "Agreement").

We call to attention that if the breach is not cured within thirty days after receipt of this notification, we may terminate the license agreement according to Section 8.2. of the Agreement.

In addition, your company has been involved in the systematic solicitation of Crytek employees (which is ongoing), which indicates anticompetitive behavior. Specifically, the above constitutes a violation of Sec. 4 para. 4 of the German Act on Unlawful Competition (UWG) because your behavior triggered a purposeful impairment of Crytek.

Your behavior constitutes an illegal intervention into Crytek's established and operating business, meaning that your behavior also is in violation of Sec. 823 para. 1 of the German Civil Code (BGB). Furthermore, your behavior constitutes an immoral and deliberate violation of legal positions in the sense of Sec. 826 BGB.

Crytek GmbH
Grüneburgweg 16-18,
D-60322 Frankfurt am Main
Tel:  00 49 69 - 219 7766 - 0
Fax: 00 49 69 - 219 7766 - 99

http://www.crytek.de
info@crytek.de

Geschäftsführer
Cevat Yerli, Faruk Yerli, Avni Yerli

Amtsgericht Frankfurt a. M.
HRB 77322

Umsatzsteuer-ID-Nr.
DE 204324261

Steuernummer
452 309 3034

Bank (EUR)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 92005958
IBAN: DE09 7835 0000 0092005958
BIC/SWIFT Code: BYLADEM1COB

Bank (USD)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 10000479
IBAN: DE43 7835 0000 0010000479
BIC/SWIFT Code: BYLADEM1COB



Moreover, the above mentioned behavior is in bad faith regarding our ongoing business relationship with respect to the Agreement and in particular, but not limited to Sections 7.3 and 9. of the Agreement.

If you do not cure the breach, this will lead to the cancellation of your Cryengine license and the further use of the Cryengine. In addition we need your immediate compliance to stop any violations of the German Act on Unlawful Competition as described above.

If this situation is not taken care of we will take further legal action.

Crytek GmbH

Michael Labelle
IP and Legal Manager