# Exhibit 9

Exhibit 9
68



Foundry 42 Ltd
Ground Floor
Freedom House
Church Street
Wilmslow
Cheshire
SK9 1AX
**Tel:** +44(0) 161 667 2222
**Web:** www.cloudimperiumgames.com
**Web:** www.robertsspaceindustries.com

Crytek GmbH
Attn. Michael Labelle
Grüneburgweg 16-18
60322 Frankfurt am Main

November 30, 2016

Re: Your breach notice of November 24, 2016 regarding CryEngine License Agreement

Dear Mr. Labelle,

We are in receipt of your above-referenced letter. As we are setting out below, your breach notice is based on incorrect facts and inapplicable legal deliberations. Your claim of breach is completely unfounded and hereby rejected outright.

Moreover, your threat to attempt a unilateral termination of our fully paid-up license is capable of causing Foundry 42 and its affiliates severe economical harm. Unless you withdraw this threat within 48 hours after receipt of this letter, we reserve the right to take any and all pre-emptive action necessary to protect us against such attempted unilateral termination, and to recover all cost incurred in connection therewith from you as damages.

1) You are firstly claiming that we are in breach of Sec. 7.3 of our CryEngine License Agreement for failure to comply with the Reverse Technology Transfer obligations. You seem to forget conveniently that Crytek failed to respond to the latest email communication in this regard dating back almost exactly a year. I am attaching my email to your counsel, Dr. Martin Franz, of December 4, 2015 which should be self-explanatory. We have always been ready and willing to make delivery of that code drop as outlined in my email. It is Crytek that went silent a year ago and never got back to us.

2) Neither Foundry 42 nor any of its affiliates is "involved in the systematic solicitation of Crytek employees" as you are claiming without any substantiation in your letter. It is correct that a number of our employees are maintaining social contacts with Crytek employees and that they discuss the different working conditions at Crytek versus Foundry 42. It is further correct that as a consequence we are being contacted by a number of your employees who are interested in employment with us. As it is well known in the games industry, Crytek has been loosing a considerable number of valuable employees to various companies, including to Foundry 42, due to, amongst other issues, Crytek's consistent failure to pay its employees on time or at all. Obviously, your employees seeking alternative employment and Foundry 42 hiring some of them does not constitute a breach of any law or good faith obligation, in particular given these circumstances.

Foundry 42 Ltd
Ground Floor, Freedom House, Church Street, Wilmslow, Cheshire, SK9 1AX
Main: 0161 667 2222 • www.cloudimperiumgames.com • www.robertsspaceindustries.com
Company Registration Number: 08703814 • Registered Office is in England and Wales
VAT Number: 188015204 • Company Directors: Erin Roberts, Chris Roberts, Ortwin Freyermuth

Exhibit 9
69

Nov 30, 2016
Crytek GmbH

3) Crytek's claim in this regard seems particularly disingenuous since Crytek's own HR Director Kevin Moore has reached out systematically to numerous Foundry 42 employees attempting to solicit them for Crytek employment. At no point in time has our HR department ever undertaken such a blatant and consolidated effort to solicit employees from Crytek (or any other company, for that matter), yet Crytek's HR department seems to  have no hesitations in this regard. Several of our employees have turned these emails over to management, and we will be more than happy to produce them in any legal proceedings as needed.

4) To add insult to injury, your HR department has been defaming Foundry 42 in a recent email to all Crytek staff, claiming that Foundry 42 is engaging in illegal behaviour. We are expressly reserving all rights to take further action regarding these defamatory statements by a senior executive of Crytek about our company.

In summary, may we strongly suggest that Crytek proceeds to clean up its own house and solve its current problems before creating new ones for itself.

Nothing contained herein shall be considered a full statement of all relevant facts or all rights and remedies available to us at law or in equity, all of which are hereby expressly reserved.

Sincerely,

Ortwin Freyermuth, Esq.
Vice-Chairman and General Counsel

From: **Ortwin Freyermuth** ortwin@cloudimperiumgames.com 
Subject: Re: CryEngine Reverse Tech
Date: December 4, 2015 at 12:30 AM
To: Dr. Martin Franz franz@ra-franz.eu
Cc: Carl Jones Carl.Jones@cloudimperiumgames.com



Hi Martin,

I am attaching hereto the delivery notice for acknowledgement by Crytek regarding the CIG CryEngine code to be deliveryd.
We'll be ready to deliver a download link promptly upon receipt of a counter-signed delivery notification.

By way of explanation, on closer examination it turns out that the clause in 7.3 in our license agreement should have not been
included as such, but as lawyers at least I didn't have the necessary technological knowledge to recognize that. The clause calls
for delivery of a compilable version for the Reverse Tech Transfer of bug fixes and optimizations. Unbeknownst to me at that
time, the engineers can't just run a "redline" and prepare a version limited to these items and taking out all other proprietary code
while still keeping it compilable. It would take hundreds of engineering hours to create a "diff" which also compiles.
Consequently, this clause forces CIG to turn over a compilable version which includes large parts of its own proprietary and
protected code and trade secrets.

Rather than questioning the reasonability of the clause, we have decided to deliver such a compilable version, but the onus will of
course be on Crytek to avoid any infringement of CIG's copyrights and trade secret protections. I has been suggested to me that
in-house engineering personnel at Crytek may deal with these "code dumps" quite liberally and treat all code delivered by
licensees as something Crytek can use for its own purposes, including CryEngine updates and enhancements. We therefore
want to make sure that Crytek is fully aware of the restrictions on the use of the compilable CryEngine version to be delivered by
CIG, as CIG will be vigorously looking out to protect its rights in this regard.

Please let me know if you have any questions re the above or the attached, and otherwise I am looking forward to receiving the
counter-signed delivery notice. Thank you.

Kind regards
Ortwin



--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700

On Nov 30, 2015, at 5:14 PM, Ortwin Freyermuth <ortwin@cloudimperiumgames.com> wrote:

Hi Martin,

yes, we have prepared a compilable version for you, which, however, includes a lot of proprietary CIG code. I will need to draft
a delivery notice pointing out the permissible use and then we'll provide you a download link.

Best
O.
--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

Exhibit 9
71

~~Ortwin@cloudimperiumgames.com~~

Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700

On Nov 30, 2015, at 4:02 AM, franz@ra-franz.eu wrote:

Hi Ortwin, Carl,

Any news here?

Best,
Martin

Dr. Martin Franz, M.A.
Rechtsanwalt/Attorney-at-Law
Fachanwalt für Urheber- und Medienrecht
Nymphenburger Str. 78
80636 München
Germany
+49 (0) 170 311 7616
franz@ra-franz.eu
www.ra-franz.eu

**From:** Ortwin Freyermuth <ortwin@cloudimperiumgames.com>
**Date:** Wednesday 18 November 2015 at 16:38
**To:** Martin Franz <franz@ra-franz.eu>
**Cc:** Carl Jones <Carl.Jones@cloudimperiumgames.com>, Avni Yerli <avni@crytek.com>, Murat Erdibil <murat@crytek.com>, Frank Vitz <frankv@crytek.com>, George Scotto <georges@crytek.com>
**Subject:** Re: CryEngine Reverse Tech

Dear Martin,

We are in receipt of Crytek's request two days ago, requesting a compilable version of CIG's bug fixes and optimizations of the CryEngine.  While we acknowledge the contractual obligation, we reject the one week deadline as completely unreasonable and unjustified. Needless to say that it is also not provided for in the contract, and no particular urgency exists in this regard - Crytek hasn't requested any code drop in 3 years!

Our senior engineers have been out of the office for several days, but they will address the request as of tomorrow.  Our engineers will endeavor to prepare a compilable version as soon as practicable without disrupting the company's development work.

Exhibit 9
72

As Crytek is aware, CIG has made significant modifications to the CryEngine code, including building various additional systems outside of the code, which are integrated with so called hooks.  As we will explain in more detail in our delivery notice, due to the requirement that the version must be compilable, the code drop will include large parts of code which are included solely for the purpose of making the delivered engine version compilable, but the Reverse Tech rights grant in our agreement will not cover these parts of the codes.  Only bug fixes and optimizations are included in such grant.  CIG will monitor closely Crytek's future engine updates and upgrades and will take appropriate action if such updates or upgrades infringe on CIG's proprietary code.

Thank you.

Best regards
Ortwin
--
Ortwin Freyermuth
Co-Founder, Vice Chairman & General Counsel
Ortwin@cloudimperiumgames.com

Cloud Imperium Games / Roberts Space Industries
9255 Sunset Blvd., Ste. 803
W. Hollywood, CA 90069
P: 1-310-275-1300
F: 1-310-275-1700

On Nov 16, 2015, at 9:38 AM, franz@ra-franz.eu wrote:

Hi Ortwin, Carl,

As you know we have the following reverse tech clause in the CryEngine Agreement as of November 20, 2012:

7.3   Reverse Technology Transfer. Annually during the Game's development period, and again upon publication of the final Game, Licensee shall provide Crytek with any bug fixes, and optimizations made to the CryEngine's original source code files (including CryEngine tools provided by Crytek) as a complete compilable version. All such technology outlined in this Section and provided by Licensee to Crytek pursuant to this section (collectively the "Reverse Technology Transfer") shall be the sole and exclusive property of Licensee. Given that such Reverse Technology Transfer is the sole and exclusive property of Licensee, Licensee hereby grants Crytek a non-exclusive, royalty-free and perpetual license to such Reverse Technology Transfer ("Reverse Technology License") solely for the purposes of (1) using the Reverse

Exhibit 9
73

Technology Transfer internally at Crytek, (2) incorporating the Reverse Technology Transfer in future releases of the CryEngine and (3) distributing the CryEngine, with the embedded Reverse Technology Transfer to third parties without restriction and without payment of any additional fees or royalties to Licensee.  Crytek acknowledges that it does not and will not obtain any rights in the Game itself.

This delivery is overdue.

Please provide the respective code at your earliest convenience but no later than the end of this week.

Thank you,
Martin

Dr. Martin Franz, M.A.
Rechtsanwalt/Attorney-at-Law
Fachanwalt für Urheber- und Medienrecht
Nymphenburger Str. 78
80636 München
Germany
+49 (0) 170 311 7616
franz@ra-franz.eu
www.ra-franz.eu

Exhibit 9
74



December 3, 2015

Crytek GmbH
Grüneburgweg 16-18
60322 Frankfurt am Main
Germany

Re: CryEngine License – Reverse Tech Transfer

Dear Sirs,

You ("Crytek") have requested a compilable version of Cloud Imperium Games Corp's ("CIG") original CryEngine source code ("CIG Engine Code") pursuant to Sec. 7.3 of our CryEngine License agreement, dated as of Nov 20, 2012, as subsequently amended ("License Agreement"). We will be providing you with a download link for the CIG Engine Code to take delivery promptly upon receipt of a countersigned copy of this delivery notice acknowledging the following:

The Reverse Technology Transfer pursuant to Sec. 7.3 provides for a non-exclusive license grant to Crytek with respect to **"bug fixes and optimizations"** only (emphasis added). Due to the contractual requirement to deliver a compilable original source code version, the CIG Engine Code to be delivered will need to include, besides such bug fixes and optimizations, various additional systems and code developed by CIG ("CIG Proprietary Code"), as well as third party code, all of which is not encompassed by the Reverse Technology Transfer pursuant to Sec 7.3 of the License Agreement.

CIG Proprietary Code in the CIG Engine Code which is not covered by the Reverse Technology Transfer concerns all changes to the CryEngine code received from Crytek which do not constitute mere bug fixes and optimizations. This includes, **without limitation,**
- all parts of the CIG Engine Code marked "Copyright © 2012-2015 Cloud Imperium Games. All rights reserved,"
- all code located between comment markers CIG BEGIN and CIG END, and
- all "hooks" into the core engine related to CIG Proprietary Code.

Without limiting the generality of the foregoing, CIG Proprietary Code includes also the following systems:

- Compound Render Node
- Damage tech (damage/bone map, shield render node)
- Item Port System
- Datastore
- Game Object State Machine
- Contextual Response System
- CIG protocols and Backend

Exhibit 9
75

Crytek GmbH
December 3, 2015
Page 2 of 2

- Hangar System
- Vehicle Updates (for Ships, etc)
- Analytics
- Post Processing Enhancements (Scaleform, Hologram, UI, GForce)
- Input improvements (TrackIR, Raw Mouse, Joystick support).

Crytek does not have any rights whatsoever to the CIG Proprietary Code, neither under the Reverse Technology Transfer or otherwise under the License Agreement. Any use of such CIG Proprietary Code or any derivatives thereof would constitute a violation of CIG's copyrights and trade secret protections.

Please be aware that CIG will continuously monitor all future releases from Crytek, whether as part of CryEngine updates and releases or otherwise, to ensure that CIG's rights are not being infringed upon. If Crytek wishes to acquire a license to any of the CIG Proprietary Code, it may contact CIG for such discussions.

Please confirm receipt of this delivery notice by having an authorized officer of Crytek GmbH sign in the space provided for below. Thank you.

Kind regards,

Ortwin Freyermuth
Co-Founder, Vice-Chairman
& General Counsel

I have read and understood the above delivery notice with respect to Cyrtek GmbH's rights regarding to the CIG Engine Code to be delivered to Crytek.

Crytek GmH

Name:
Title:

Exhibit 9
76