# Exhibit 10

Exhibit 10
77



Crytek GmbH | Grüneburgweg 16-18, 60322 Frankfurt am Main

Foundry 42 Ltd
Ground Floor, Freedom House
Church Street
Wilmslow
Cheshire, SK9 1AX
United Kingdom



Date

December 2, 2016

**Breach notice regarding CryEngine License Agreement**

Dear Mr. Freyermuth,

We have received your letter of November 30, 2016 which was a response to our Breach notice as of November 24, 2016.

1) Reverse Technology Transfer obligation

   We acknowledge receipt of the email conversation as well as the delivery notice letter you provided us, and which we were not aware of. As you might know, our counsel Dr. Martin Franz does not represent us any more regarding matters concerning Foundry 42 / Cloud Imperium Games. However, we want to point out that George Scotto addressed the Reverse Technology Transfer topic in his email to you and Carl Jones in an email dated October 19, 2016 which was left unacknowledged. A short answer to such email could have avoided this misunderstanding. Since the circumstances have changed, we hereby withdraw the breach notice of November 24, 2016. As we will need to review the delivery notice letter, please either confirm that the terms of such are still valid or send us an updated version of the delivery notice letter for our review.

2) Solicitation of employees

   We refer to paragraph 3) of your letter. The allegations are untrue and if they were true, you can surely provide proof of such as to

Crytek GmbH
Grüneburgweg 16-18,
D-60322 Frankfurt am Main
Tel: 00 49 69 - 219 7766 - 0
Fax: 00 49 69 - 219 7766 - 99

http://www.crytek.de
info@crytek.de

Geschäftsführer
Cevat Yerli, Faruk Yerli, Avni Yerli

Amtsgericht Frankfurt a. M.
HRB 77322

Umsatzsteuer-ID-Nr.
DE 204324261

Steuernummer
452 309 3034

Bank (EUR)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 92005958
IBAN: DE09 7835 0000 0092005958
BIC/SWIFT Code: BYLADEM1COB

Bank (USD)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 10000479
IBAN: DE43 7835 0000 0010000479
BIC/SWIFT Code: BYLADEM1COB


when and how all these supposed contacts were made by Kevin Moore personally to "numerous" Foundry 42 employees. We are not interested in your employees at Foundry 42. As a matter of fact, one of your employees requested to come back to Crytek after seeing how you do things at your company.

With reference to your paragraph 4): How did you acquire confidential and internal Crytek emails? We want to make you aware that such information is covered by the Employee NDA and therefore, is also to be treated confidential by you with respect to our NDA and partnership agreements. Concerning the referenced email, this was not a defamatory statement and was not sent out to all of Crytek's employees. This is what our own employees had informed us about and that your firm is actively "headhunting" many of Crytek's staff including many artists.

We await your response regarding the validity of the delivery notice letter.

Best regards,

*[signature]*
Avni Yerli