# Exhibit 11

Exhibit 11
80


envision. enable. achieve.

Crytek GmbH | Grüneburgweg 16-18, 60322 Frankfurt am Main

**Cloud Imperium Games LLC**
Attn. Chris Roberts, Ortwin Freyermuth
12322 Exposition Blvd,
Los Angeles, CA 90064
USA

Date
June 22, 2017

**CryEngine License - Reverse Technology Transfer**

Dear Sirs,

We refer to your obligation to provide us with a Reverse Technology Transfer according to Section 7.3 of the Game License Agreement dated as of November 20, 2012 (the "License Agreement") and your delivery notice letter as of December 3, 2015 (the "Delivery Notice").

We reject to sign the Delivery Notice, the signing of which document you have made conditional before delivering us the Reverse Technology Transfer as agreed to in Section 7.3. of the License Agreement.

The signing of a Delivery Notice was not agreed in section 7.3. or any other section of the License Agreement and cannot be made a conditional requirement for providing the Reverse Technology Transfer. The definition of the term "Reverse Technology Transfer" in section 7.3. of the License Agreement already outlines to which extent Crytek is eligible to receive bug fixes and optimizations and the Reverse Technology License defines which rights are granted to Crytek with regard to such Reverse Technology Transfer.

If, as stated by you in the Delivery Notice, proprietary code of Cloud Imperium Games will also be delivered within the Reverse Technology Transfer due to the necessity of providing a complete compilable version of the bug fixes and optimizations, such code will not be included in the Reverse Technology License per definition, if it is not a bug fix or optimization subject to section 7.3. of the License

Crytek GmbH
Grüneburgweg 16-18,
D-60322 Frankfurt am Main
Tel:  00 49 69 - 219 7766 - 0
Fax: 00 49 69 - 219 7766 - 99

http://www.crytek.de
info@crytek.de

Geschäftsführer
Cevat Yerli, Faruk Yerli, Avni Yerli

Amtsgericht Frankfurt a. M.
HRB 77322

Umsatzsteuer-ID-Nr.
DE 204324261

Steuernummer
452 309 3034

Bank (EUR)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 92005958
IBAN: DE09 7835 0000 0092005958
BIC/SWIFT Code: BYLADEM1COB

Bank (USD)
Sparkasse Coburg-Lichtenfels
Empfänger: Crytek GmbH
KTO: 10000479
IBAN: DE43 7835 0000 0010000479
BIC/SWIFT Code: BYLADEM1COB

Exhibit 11
81



Agreement. As the parties have entered into a Non-Disclosure Agreement (the "NDA") dated as of March 8, 2012 and the terms of such NDA were also incorporated to the License Agreement according to section 7.1. of such License Agreement. Thus, any additional code not included in the Reverse Technology Transfer, would be covered and protected by the terms of such NDA.

Therefore, we do not see the necessity of the Delivery Notice and hereby request that you provide us with the Reverse Technology Transfer according to section 7.3 of the License Agreement.

Kindly acknowledge safe receipt of this letter.

Best Regards,

Avni Yerli