# Exhibit 12

Exhibit 12
83

# Frankfurt Kurnit Klein + Selz PC

Jeremy S. Goldman

2029 Century Park East, Suite 1060, Los Angeles, CA 90067

T (310) 579 9611    F (347) 438 2156

jgoldman@fkks.com

January 23, 2018

**VIA FEDEX & EMAIL** (james.pak@skadden.com)
James Y. Pak, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301

RE:    **Crytek GmbH ("Crytek") / Cloud Imperium Games Corp. ("CIG")**

Dear Mr. Pak:

Pursuant to Section 7.3 of the Game License Agreement dated as of November 20, 2012 between Crytek and CIG (the "GLA"), we are furnishing herewith a USB drive containing a complete compilable version of the bug fixes and optimizations (the "Bug Fixes") that CIG made to the original source code files for CryEngine through December 2, 2016.

As your client knows, CIG had tendered delivery of the Bug Fixes through December 2015 more than two years ago, and CIG has always been ready, willing and able to deliver the Bug Fixes in accordance with the GLA. The only reason Crytek did not receive the Bug Fixes for prior periods sooner is because Crytek refused to accept delivery of the Bug Fixes, and then repeatedly let the matter linger for months on end.

Specifically, CIG tendered delivery of the Bug Fixes for 2015 to Crytek on December 3, 2015, but that tender was ignored and then forgotten by Crytek. Almost a year later, on November 24, 2016, Crytek claimed that CIG was in breach of the GLA for failing to deliver the Bug Fixes, but then was forced to withdraw that claim after CIG reminded Crytek about the ignored and forgotten December 3, 2015 tender. Then another six months went by before Crytek "rejected" the tender because it included CIG's commercially-reasonable request that Crytek agree to maintain the confidentiality of CIG's proprietary code that would be included with the delivery.

Nevertheless, CIG was prepared to provide an alternative version of the Bug Fixes that did not include CIG's proprietary code, but CIG required a reasonable amount of time to free up engineering resources to prepare the alternative version. Instead of contacting CIG to discuss the feasibility and timing for that delivery which, based on Crytek's prior course of conduct, had never been a priority or urgent matter for Crytek, Crytek jumped the gun and filed a lawsuit over what amounts to a non-issue.

Exhibit 12
84

The next time an issue like this arises, we would suggest that Crytek try picking up the phone and calling our client before filing a federal lawsuit.

This letter is without waiver of, or prejudice to, any of our clients' rights and remedies in connection with this matter, both legal and equitable, all of which are expressly reserved.

Very truly yours,

Jeremy S. Goldman

Enclosure

cc:   Kevin J. Minnick, Esq. (via email at kevin.minnick@skadden.com)
      P. Anthony Sammi, Esq. (via email at anthony.sammi@skadden.com)
      Kurt Wm. Hemr, Esq. (via email at kurt.hemr@skadden.com)

Exhibit 12
85



Exhibit 12
86