# Exhibit 1

Exhibit 1
9

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Gamasutra - Amazon launches new, free, high-quality game engine: Lumberyard |
| Capture URL: | http://www.gamasutra.com/view/news/265425/Amazon_launches_new_free_highquality_game_engine_Lumberyard.php |
| Captured site IP: | 104.20.49.96 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:55:07 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:55:31 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | daa37321-d496-46c9-b31a-4b68795dd336 |
| User: | fkks-dgrove |

PDF REFERENCE #: i6LxEicJf6zhia1pYjJ7B6

Exhibit 1
10


**Chris Johnson** — 9 Feb 2016 at 2:58 am PST
Pff! Nice :)
Login to Reply or Like

**Marvin Papin** — 9 Feb 2016 at 4:27 am PST
Indeed
Login to Reply or Like

**Alan Barton** — 9 Feb 2016 at 9:41 am PST
If you are trying to find the above reference, (as I was), here it is ...

57.10 Acceptable Use; Safety-Critical Systems. Your use of the Lumberyard Materials must comply with the AWS Acceptable Use Policy. The Lumberyard Materials are not intended for use with life-critical or safety-critical systems, such as use in operation of medical equipment, automated transportation systems, autonomous vehicles, aircraft or air traffic control, nuclear facilities, manned spacecraft, or military use in connection with live combat. However, this restriction will not apply in the event of the occurrence (certified by the United States Centers for Disease Control or successor body) of a widespread viral infection transmitted via bites or contact with bodily fluids that causes human corpses to reanimate and seek to consume living human flesh, blood, brain or nerve tissue and is likely to result in the fall of organized civilization.

Here's the full info...
http://aws.amazon.com/service-terms/

and if you want some extra info, the CDC are ready as well ;) ...
http://blogs.cdc.gov/publichealthmatters/2011/05/preparedness-101-zombie-apocalypse/

Login to Reply or Like                                                3

**Gord Cooper** — 9 Feb 2016 at 9:57 am PST
Sorry, could you expand? I've not downloaded it here at work :(
^^^ answered!
Login to Reply or Like

**Christopher Myburgh** — 9 Feb 2016 at 3:11 am PST
Yet another draconian C++ engine. Woohoo...
Login to Reply or Like                                                1

**David J. Hoskins** — 9 Feb 2016 at 6:56 am PST
Draconian?
C++ is easy, fast and it's completely compiled. Not cruel or severely binding.
It has no GC, therefore no annoying pauses, or vast unwieldy memory pools.

Did you want some JIT scripts to play with?
Login to Reply or Like

**Brian Kehrer** — 9 Feb 2016 at 7:25 am PST
It also has no forward renderer.
Still, very interesting.
Login to Reply or Like

**Peter Christensen** — 9 Feb 2016 at 10:32 am PST
C++ is NOT easy. This is objectively proven. Even C# is a noticeable step towards easy to use languages. Python, Javascript, and Lua are better.

C++ has no built-in GC, but you probably still have to use one. Even UE4 has garbage collection, and it's "scripting language" is C++. I'm not saying that dealing with GC is fun, because it's not.

In the past year, I moved from a C++ engine with a Lua script system and no editor (all data definition was done in Lua) to trying Unity and Unreal. I could not be more disappointed in the terrible iteration time. The number one factor in how good your game can get is how fast your iteration time is, and C++ makes for TERRIBLE iteration time.

Of course, the flipside is that, once stable, the C++ version is much, much better for the shipping game. But that's why engine makers need to get off their butts and provide a decent pipeline for shifting code from high level script to low level engine. No one seems to be doing that. UE4, in particular, seems to expect you'll throw a giant team of programmers at the problem, so it does not matter if any one of them is grossly inefficient.

Login to Reply or Like                                                4

**Lance Thornblad** — 9 Feb 2016 at 10:49 am PST
"engine makers need to get off their butts and provide a decent pipeline for shifting code from high level script to low level engine"
+1
Login to Reply or Like

**Robert Bantin** — 9 Feb 2016 at 10:51 am PST
I don't get why you think C++ is "draconian". It's the most performant language, and in places where that matters (e.g. pre-gpu rendering, ai, audio, physics) it's still the only real choice. I've not had ONE situation with (say) Unity where I've thought "I'm so glad I can generate these vertex buffers 10x slower than with native code". Ever had to peg a region of heap

Login to Reply or Like

**Robert Bantin**  9 Feb 2016 at 10:51 am PST

I don't get why you think C++ is "draconian". It's the most performant language, and in places where that matters (e.g. pre-gpu rendering, ai, audio, physics) it's still the only real choice. I've not had ONE situation with (say) Unity where I've thought "I'm so glad I can generate these vertex buffers 10x slower than with native code". Ever had to peg a region of heap to stop GC from pulling the rug from under you? Maybe for gameplay code it's less of an issue these days, but for everything else it still is. Sorry but that's the way it is.

Login to Reply or Like

**Peter Christensen**  9 Feb 2016 at 11:55 am PST

You might think C++ is draconian too if you spent enough time in a good scripting language to write and think idiomatically in it. I was in the same boat as you. It took years of programming in Lua to rewire my thinking, but once I had, I realized what I had been missing.

There is definitely code that is meant to be in C++. I get that. Your example of generating vertex buffers is a prime example. But how much of your code really needs that treatment? I'm not advocating abandoning C++, I am advocating proving the functionality in the fastest way possible and then optimizing specific routines/structures to maintain framerate. Surely that's just good sense.

Really, engine code is the only place where C++ makes sense. Gameplay, tool, build, and server code have all moved on. I do not argue that engine code should follow, but we should learn as much as possible from the shift and apply that knowledge where useful.

Software engineering is inherently an iterative process. So is game design. That makes game programming a nested iterative process. Our jobs are N^2. The most performant dev process, then, is to shorten both iteration cycles as much as possible. C++ allows you to write the fastest code, but what allows you to make a game the fastest? I argue that focusing on engine code is myopic, and that optimizing the entire game making process is more impacting.

Login to Reply or Like                                                                 1

**Robert Bantin**  9 Feb 2016 at 12:56 pm PST

I suppose it's horses for courses, but to answer your question, almost all my code has to be native because it's time and memory critical. Even on PS4 and X1 we have to keep tight control over the heap within pools, and for that we need to manage object lifetime ourselves. Rapid prototyping calls for a more abstracted programming idiom, as does iterating on how game engine components are strung together or sequenced. In your example that makes perfect sense and I see where you are coming from. I suppose what I want in a game engine is C++ source first, and then a layer of scriptability on top to allow the high level design to take form. The video on the Lumberyard launch site shows a graphical language ala Blueprints, but I'm certain that someone will add bindings to lua (or similar) at some point so that void will be filled. I guess what I'm saying is that we're in agreement for the most part, I just objected to the word "draconian". :)

Login to Reply or Like                                                                 1

**Alan Barton**  9 Feb 2016 at 2:07 pm PST

@"C++ is draconian"

Lol! Back in my day, we wrote games in Assembly Language and considered that high level! :)

(Joking aside, years ago Assembly Language was high level. :) ... I also know a games programmer who did write published games just poking bytes into memory direct in machine code, because he had to, as no tools to do it a better way. :)

There are advantages for handling your own memory.

Login to Reply or Like                                                                 1

**Christopher Myburgh**  9 Feb 2016 at 11:57 pm PST

The single largest factor that affects an app's performance is not the language it was written in, but rather cache-coherency as determined by its memory access patterns. Granted, some languages make it more difficult to write cache-friendly code than others, which is why I never recommend languages for games that don't allow the programmer to declare their own value types eg. Java.

C# coupled with data-oriented design/programming principles makes it easy to write cache-friendly code and also goes a long way to taming the GC by drastically reducing the number of objects that are allocated on the heap. The GC is only your enemy if you make its life unnecessarily difficult with excessive allocations from an over-reliance on OOP patterns and making allocations in high-frequency events such as frame updates and collisions etc.

With its header files, macros, malloc-free and diamond-of-death bullshit, C++ is NOT easy, certainly not compared to some of its modern competitors. C/C++ is a relic that should only be considered as an alternative to assembly for bottom-level systems like drivers, OS kernels and virtual machines etc.

It's 2016, but most engine developers are still living in the 90s!

Login to Reply or Like                                                                 1

**Vasily Yourchenko**  10 Feb 2016 at 12:49 pm PST

I have a less practical reason than most for preferring C to higher level languages: I enjoy using it. I don't like memorizing enormous libraries with lots and lots of functions. K&R is 272 pages - including 3 appendices and tutorials! In comparison most other languages feel bloated and inelegant. Whenever it is feasible I'll gladly take a handful of basic building blocks over a panel with thousands and thousands of buttons.

Login to Reply or Like                                                                 2

**Robert Bantin**  10 Feb 2016 at 2:36 am PST

So apparently efficient packing of the instruction pipeline is a 90s thing? :D

I understand that C# is your thing and you've got your corner to fight, but I think we have a long way to go before we can put native game engine code to rest. You've ignored mathematical computation problems such as ray tracing and convolution in order to use examples that support your point of view, and while I really like C# I don't see it being an umbrella programming paradigm for anything that's not a bottom level system. Try writing an audio processor plug-in in C# (something with a tiny cache

Document title: Gamasutra - Amazon launches new, free, high-quality game engine Lumberyard
Capture URL: http://www.gamasutra.com/view/news/265425/Amazon_launches_new_free_highquality_game_engine_Lumberyard.php
Capture timestamp (UTC): Mon, 25 Mar 2019 17:55:31 GMT

Exhibit 1
14

Page 4 of 6





Document title: Gamasutra - Amazon launches new, free, high-quality game engine: Lumberyard
Capture URL: http://www.gamasutra.com/view/news/265425/Amazon_launches_new_free_highquality_game_engine_Lumberyard.php
Capture timestamp (UTC): Mon, 25 Mar 2019 17:55:31 GMT

Exhibit 1
16

Page 6 of 6