# Exhibit 2

Exhibit 2
17

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Crysis developer Crytek denies "verge of bankruptcy" claim • Eurogamer.net |
| Capture URL: | https://www.eurogamer.net/articles/2014-06-23-crysis-developer-crytek-claims-bankrupt-report-is-false |
| Captured site IP: | 94.198.83.18 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:25:48 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:26:57 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 13 |
| Capture ID: | 92cb67d8-7b2a-478f-9184-b7a3315b6d57 |
| User: | fkks-dgrove |

PDF REFERENCE #: k8oYhMadHtJ5Q9bfpZZdQg

PC PlayStation 4 Xbox One Switch Digital Foundry News Reviews Videos Features Guides Search

HIGHLIGHTS | Deals Forum GameDB Game release dates | Google Stadia explained Fortnite Pirate Cannon locations Best MicroSD cards for Nintendo Switch

23/06/2014
News
PC / PlayStation 4 / Xbox One

START NOW

3 Easy Steps:
1) Click 'Start Now'
2) Download on our website!
3) Get access to your inbox

My Inbox Helper

# Crysis developer Crytek denies "verge of bankruptcy" claim

But reports indicate staff have gone unpaid.

Wesley Yin-Poole
Deputy Editor
@wyp100

Crysis developer Crytek has denied claims it is on the verge of bankruptcy.

A recent report from German magazine GameStar claimed Crytek, which has its headquarters in Frankfurt, was in financial trouble and that the development of Xbox One exclusive Ryse: Son of Rome had been a "disaster".

Our colleagues at Eurogamer Germany looked into the report, and gave me the following translation:

"'The vultures are circling already,' so says a leading employee of one of the large publishers. Companies like this have already started making offers to the most talented people at Crytek, to hire them away. Such a brain drain can become dangerous for any studio, even a financially stable one.

"A takeover of Crytek would be interesting for a company, that could use the development-experience of the Crytek and doesn't want to build up such experience itself. That is why the Belarus F2P-giant Wargaming is rumoured to be a potential buyer.

"When you are reading this, there is hope that Crytek has managed to avoid disaster. A new source of money, said Avni Yerli [one of the managing directors], is in sight. When we called him in early June, the contract had not yet been signed, but will be in a short while. 'Not all is good. Our transition to become a F2P-studio had been painful. But all that is now behind us.'"

Responding to our enquiries, Crytek dismissed the GameStar report.

CRYTEK

MORE STORIES |
:: Brendan "PlayerUnknown" Greene moves on from PUBG

A Crytek spokesperson issued Eurogamer the following statement:

"Regardless of what some media are reporting, mostly based on a recent article published by GameStar, the information in those reports and in the GameStar article itself are rumors which Crytek deny.

MORE STORIES |
:: Halo: The Master Chief Collection confirmed for PC - and it's coming to Steam

"We continue to focus on the development and publishing of our upcoming titles Homefront: The Revolution, Hunt: Horrors of the Gilded Age, Arena of Fate, and Warface, as well as providing ongoing support for our CryEngine and its licensees.

"We have received a lot of positive feedback during and after E3 from both gaming press and gamers, and would like to thank our loyal employees, fans and business partners for their continuous support."

Crytek has a number of studios worldwide, and has recently announced a number of games in development, including Homefront: The Revolution at Crytek UK in Nottingham and Hunt: Horrors of the Gilded Age at Crytek USA in Austin, Texas. It also has a game engine licensing business for CryEngine.

*"We have received a lot of positive feedback during and after E3 from both gaming press and gamers, and would like to thank our*

Homefront: The Revolution - Cinemati...
Watch later
Share

Document title: Crysis developer Crytek denies "verge of bankruptcy" claim • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-23-crysis-developer-crytek-claims-bankrupt-report-is-false
Capture timestamp (UTC): Thu, 21 Mar 2019 21:26:57 GMT
Exhibit 2
19
Page 1 of 12

*feedback during and after E3 from both gaming press and gamers, and would like to thank our loyal employees, fans and business partners for their continuous support."*

*Crytek*

Subscribe to our YouTube channel

Before E3 one source told Eurogamer staff at Crytek's Sofia office in Bulgaria hadn't received salaries for the past two months.

Eurogamer has also received worrying reports coming out of Crytek UK, which is rumoured to have failed to pay employees on time. Management have been accused by some staff of a lack of transparency over these issues, and many are disgruntled, Eurogamer has heard.

But Crytek may have secured investment and thus its future - in the short term at least. The GameStar report mentions a potential buyout by World of Tanks maker Wargaming, but Eurogamer has heard investment from a Chinese firm may have been tabled.

Are you an affected Crytek developer? If so, please contact the author of this story, wesley.yinpoole@eurogamer.net to tell your side of the story in confidence.

Buy Homefront: The Revolution from Amazon[?]

*Sometimes we include links to online retail stores. If you click on one and make a purchase we may receive a small commission. For more information, go here.*

Jump to comments (87)

**GAMES IN THIS ARTICLE**

**Homefront: The Revolution**
Homefront: The Revolution Review
News (24)
Features (7)
Videos (3)
+ Follow

**Hunt: Horrors of the Gilded Age**
News (3)
Features (2)
+ Follow

**ABOUT THE AUTHOR**

**Wesley Yin-Poole**
Deputy Editor

Wesley is Eurogamer's deputy editor. He likes news, interviews, and more news. He also likes Street Fighter more than anyone can get him to shut up about it.

More articles by Wesley Yin-Poole

MTV VMAs Hottest Looks — Ad TV Guide
Respawn declares war on Apex Legends cheaters — eurogamer.net
Quiz: Your WWII Rank — Ad howstuffworks.com
Bethesda's doing E3 this year — eurogamer.net
Never Pay For TV Ever Again — Ad CeeVoo
The big interview: Phil Harrison and Majd... — eurogamer.net

**COMMENTS (87)**

Comments for this article are now closed, but please feel free to continue chatting on the forum!

Hide low-scoring comments Yes No Order Newest Oldest Best Worst Threading Expand all Collapse all

**DivisionX** | 5 years ago
Looks like they have a crysis on their hands..
Reply ▲142 ▼9

**sigridnilsen** | 5 years ago
"Yerli: Crytek plans to be fully free-to-play within 5 years"

Source: http://www.joystiq.com/2013/02/10/yerli-crytek-plans-to-be-fully-free-to-play-within-5-years/

So don't worry, they have an awsome plan.
Reply ▲63 ▼1

**Malek86** | 5 years ago
That wouldn't surprise me. Crysis 3 flopped, Ryse was probably too long in development, and big F2P games aren't easily turned into money makers.
Reply ▲42 ▼5

**ADVERTISEMENT**

**Malek86** | 5 years ago
That wouldn't surprise me. Crysis 3 flopped, Ryse was probably too long in development, and big F2P games aren't easily turned into money makers.

Reply ▲ 42 ▼ 5

**wyp100** (Staff) | 5 years ago
@rivuzu :( please don't

Reply ▲ 35 ▼ 2

**The_shlaaaag_returns** | 5 years ago
I hope this is false because people losing their jobs is never good news. However, a bit of me does think this story has legs. Crytek has ballooned in size since they started chasing the console gravy train but they've never had an enormous hit. And beyond Russia, who else plays Warface? And how well has Ryse sold? I've heard nothing so can only assume it's not been the hit they had hoped it would be.

I would love to see a return of the Crytek of old, pushing boundaries of what was possible on the PC and marrying that with truly open gameplay as they did with FarCry and the first Crysis, a game which despite being heavily pirated, still sold well above expectations. Their chasing of the money-spinning, linear, console FPS experience has been IMHO a mistake as it has shown just how unsuited their talents are to create them.

Hope the situation resolves itself swiftly and positively.

Reply ▲ 29 ▼ 3

**Eldritch** | 5 years ago
Demyse.

Reply ▲ 30 ▼ 6

**PearOfAnguish** | 5 years ago
> including Homefront: The Revolution

First THQ, now Crytek? This IP is toxic.

Reply ▲ 25 ▼ 1

**Rogueywon** | 5 years ago
A company with masses of technical expertise - I'd put only Epic and id in the same league as them there - but which consistently seems to be lacking in any real kind of creative direction. The original Crysis was a great game... everything since then has been disappointing (Crysis 2), promising but unrealised (Crysis 3) or just plain inexplicable (Ryse).

And then they seem to think the future is Free To Play. God help us.

Nevertheless, hope they do manage to find a way to stay in business. The industry would be poorer without them (making the CryEngine available for educational purposes was a pretty huge gesture). Failing that, I'm sure that there will be no shortage of competitors waiting to sweep up their technical talent.

Reply ▲ 23 ▼ 1

**wuntyphyve** | 5 years ago
Makes sense. I am a big fan of unnecessary "Y's" in names. Perhaps if they'd called their games Hymefrynt: Thy Ryvylytion and Hynt: Hyrryrs yf thy Gylded Yge then they wouldn't be in so much trouble.

Disclaimer: I didn't even read the article

Reply ▲ 22 ▼ 6

**Rob_Nomad** | 5 years ago
@sigridnilsen

> "Yerli: Crytek plans to be fully free-to-play within 5 years"

i guess they will be free to play whatever game they want, with all that free time!

Reply ▲ 16 ▼ 3

**Rivuzu** | 5 years ago
@wyp100 Don't worry, it'll be the tasteful stuff.

I'll throw in some femdom to make it gender unoppressive too!

Reply ▲ 15 ▼ 5

**PearOfAnguish** | 5 years ago
@Eldritch Bollocks. Crysis 1 was a great game, as was Crysis Warhead. The sequels were alright. Anyone saying it was "just a benchmark" never played them.

Reply ▲ 19 ▼ 8

**Cartho** | 5 years ago

@Eldritch Bollocks. Crysis 1 was a great game, as was Crysis Warhead. The sequels were alright. Anyone saying it was "just a benchmark" never played them.

Reply ▲ 19 ▼ 8

**Cartho** | 5 years ago

They'd do better if they just made engines to license out. Their games always look stunning but most have all the depth of a wet paper bag, with frequently dull gameplay and totally appalling stories. The main exception being Crysis 1, which was genuinely a great shooter.

Reply ▲ 13 ▼ 3

**truRok** | 5 years ago

Far too much management, corporate bullshit in development studios now, there is simply not enough focus on creating original, exciting ideas. I've worked at companies where there have been 5-6 producers on a project and I've been left scratching my head as to what their actual purpose was.
Free to play is not the answer either I attended a mobile gaming conference earlier in the month and they were still going on about Clash of Clans, Candy Crush & Angry Birds, games that are coming up to three years old now. Using these titles as examples of how to monetize users, there was nothing new being bandied about.

Reply ▲ 9 ▼ 1

**YorkshireTea** | 5 years ago

A crying shame.

Reply ▲ 8 ▼ 0

**mecha-B** | 5 years ago

@dbaaz Wasn't it the gameplay that let Ryse down? Many thought it repetitive. It did look amazing however.

Reply ▲ 8 ▼ 1

**BobbyDeNiro** | 5 years ago

@DivisionX
"Looks like they have a crysis on their hands.."

Yeah, it's Far Cry from the good old days. Hopefully they will Ryse from the ashes.....

I'll get my coat

Reply ▲ 6 ▼ 0

**Malek86** | 5 years ago

@bdc I think Epic will be fine. Studios will always need some big middleware. Even if they won't make as much money as they made with UE3, I doubt they will be in trouble.

Reply ▲ 8 ▼ 2

**jetsetwillie** | 5 years ago

@Nodka crysis 1 was a dam fine shooter in my opinion.2 and 3 were not so good but still good fun.

Reply ▲ 11 ▼ 5

**timbog** | 5 years ago

Yeah Crytek are lying regarding this,as the evidence points to the contrary.

1.Glasdor reviews point a very bleak picture at Crytek.
http://www.glassdoor.com/Reviews/Crytek-Reviews-E347451.htm

2.There was report back in March that no site has picked up ,about an engine developer having serious problems financially.(obvious guess is Crytek,article is behind paywall btw)

http://semiaccurate.com/2014/03/28/major-game-engine-developer-serious-problem/

3.Regarding the no payments comments.Apperantlly someone on neogaf whose friend works at crytek told him that they hadn,t gotten paid for 3 months and His head of studio is on vacation that and people are apperantlly resigning like crazy.(on page the comment should be)

http://www.neogaf.com/forum/showthread.php?t=841907&page=9

P.S Eurogamer you may ad the other source that i mentioned in point 2,because its relevant.

Reply ▲ 7 ▼ 1

**super-krel** | 5 years ago

@PearOfAnguish loved crysis and warhead up until the ceph emerged, still play through the first 3 quarters of the first crysis fairly regular as using the nanosuit to wind up the Korean troops never seems to get old !

Reply ▲ 7 ▼ 2

@PearOfAnguish loved crysis and warhead up until the ceph emerged, still play through the first 3 quarters of the first crysis fairly regular as using the nanosuit to wind up the Korean troops never seems to get old !

Reply ▲ 7 ▼ 2

**JensWeissflog** | 5 years ago
Brilliant technical know-how, but a little boring games. I think they should scale back the game development and focus on licensing CryEngine. Maybe put out a new Crysis every now and then to market a new version of the engine.

Reply ▲ 6 ▼ 1

**Carpetfluff** | 5 years ago
Many companies struggle sometimes and the second a pay cheque is late, an employee will decide to start ringing their death knell in public (happened where I used to work years ago and that company is still up and running today), so we'll just have to wait and see. One thing's for sure; some better games would have helped.

Reply ▲ 10 ▼ 5

**Eldritch** | 5 years ago
@PearOfAnguish Cheers, I do own Crysis & Crysis 2 and, yes, I even played them, so I think I'm in a position to comment on their quality, thank you.

Reply ▲ 9 ▼ 4

**melnificent** | 5 years ago
Bluster and misdirection in Cryteks statement... Other than denying the situation they offer nothing but "look at the shiny games"

Reply ▲ 4 ▼ 0

**DigitalEnemy** | 5 years ago
They can deny all they want, but there is that age old saying :- "no smoke without fire"

Reply ▲ 14 ▼ 10

**Rivuzu** | 5 years ago
Is it bad the only thing that I was tempted to do at the end of this article is sign Wes' email up to as many porno ezines as possible?

Reply ▲ 27 ▼ 23

**libretroretroarch** | 5 years ago
Another AAA dev studio bites the dust.

AAA game development is not sustainable. Face it, deal with it, adapt, evolve or die. As simple as that.

**The_shlaaaag_returns** | 5 years ago
@Deionarra Play Planetside 2 and Hawken before you dismiss F2P. They're brilliant games, especially PS2, which is the best online FPS by a country mile. F2P is a perfectly legitimate business model.

Reply ▲ 9 ▼ 6

**shruteshkumar** | 5 years ago
I doubt that it can be that bad for Crytek; dozens of big and small games are being built using CryEngine; in fact this gen there are more upcoming Cryengine games than UE4 games, and thats saying something. ;)

Reply ▲ 3 ▼ 0

**jetsetwillie** | 5 years ago
@Eldritch 'resting on there tech laurels' what does that even mean.

it sounds like the kind of thing an armchair expert might say

Reply ▲ 10 ▼ 7

**BobbyDeNiro** | 5 years ago
I'm surprised at this news. Crytek have always come across as a triple AAA first person shooter powerhouse backed by big publishers.

I was surprised when they announced they were going free to play which has lost some of it's lustre recently

Reply ▲ 2 ▼ 0

**EvilWaterman** | 5 years ago
These stories always turn out to be true don't they

Reply ▲ 4 ▼ 2

Exhibit 2
23

Reply ▲2 ▼0

**EvilWaterman** | 5 years ago
These stories always turn out to be true don't they

Reply ▲4 ▼2

**Eldritch** | 5 years ago
@Nodka Spot on. Crytek has always been a rather tech-centered studio releasing playable benchmarks. Ever since they released the original Far Cry I wished they wouldn't focus solely on pushing the envelope when it comes to their engine. Their games are great for showing off your new PC to your mates, but in the long run, that's a niche market that won't support hundreds of developers.

Reply ▲12 ▼10

**dbaaz** | 5 years ago
This is what happens when you give up on your original fan base and make compromises to appeal to a wider audience. The Crysis sequels should have been sandbox and Ryse shouldn't have been an exclusive title.

Reply ▲5 ▼3

**richcz3** | 5 years ago
The days of building benchmark game engines that crushed high end PCs ended long ago. Admittedly Crytek did adjust to the needs and trends in the console space, but their game play mechanics never really evolved. I bought every Crysis game and the feeling that graphic fidelity seemed to matter more than innovation in game play.

Reply ▲3 ▼2

**Yogafire** | 5 years ago
Ryse, and fall?

Reply ▲1 ▼0

**kristaylor** | 5 years ago
Sutely this can't be tru, they license the cry engine out to loads of games! Are they not one if the last good AAA companies to work for? Unlike EA or Activision? Small start company that made it

Reply ▲1 ▼0

**EvilWaterman** | 5 years ago
@v.profane Warframe looks amazing as does war thunder

Both F2P games

Reply ▲4 ▼3

**Negotiator** | 5 years ago
Microsoft will buy them out, they want the Ryse IP and Crytek are talented at least on a tech level.

Reply ▲1 ▼0

**Calverz** | 5 years ago
What does this mean for Timesplitters? Potentially could that IP be sold in the event of Crytek folding?

Reply ▲2 ▼1

**VANGUARD-CAT** | 5 years ago
This is why you release TimeSplitters 2 HD as a downloadable title and stop making uninspired tosh.

Reply ▲3 ▼2

**Laythe_AD** | 5 years ago
@Nodka Well, no. People moaned about Crysis 2 because it was dumbed down from the previous game, with considerably less freedom of movemement and tactical options, in order to fit those consoles you say it ran so well on.

Reply ▲1 ▼0

**Gunnyman09** | 5 years ago
Post deleted

**Rivuzu** | 5 years ago
@Arvind1324 How old is that listing? Because I can't believe Dota 2 isn't up there, and I can't believe SW:TOR is!

Reply ▲0 ▼0

**Rivuzu** | 5 years ago
@Arvind1324 How old is that listing? Because I can't believe Dota 2 isn't up there, and I can't believe SW:TOR is!

Reply ▲0 ▼0

**bobomb** | 5 years ago
@INSERT-COIN

> Oh and Crysis3 did rather well , in fact it was leagues better than Crysis2 and a great PC port to boot, it's still the nicest looking FPS game going. It was Ryse for XB1 that was absolutely dire and that was Crytek chasing the "cinematic" set piece experience with no substance that console gamers are oh so impressed by.

ryse was launch game fodder that reviewed poorly. who is impressed?

i'm sure crysis as a series has it's fans, but the games don't sell particularly well for the amount they must cost to make: http://www.gamespot.com/articles/ea-crysis-3-and-dead-space-3-did-not-meet-expectations/1100-6408060/

**philolog65** | 5 years ago
@DivisionX tee hee

Reply ▲0 ▼0

**MiY4MOTO** | 5 years ago
This is sad news, I enjoyed the Crysis series thus far and I think I must have been one of the few people that REALLY enjoyed Ryse which, for all of the furore surrounding its resolution, is *still* the best looking "next-gen" title I've played.

Reply ▲5 ▼5

**mecha-B** | 5 years ago
China's Tencent bought a 40% stake Epic games, guessing for similar reasons. Both Epic and Crytek seem to be aiming at F2P now, both having had titles that didn't do as well as hoped. With Cry engine and Unreal engine competing, an Epic/Crytek merger would make sense, although it's not on the cards.

Reply ▲2 ▼2

**Sapporodan** | 5 years ago
God no! I tell you if facebook or EA get their stinking hands in them I may have to get a bit ANGRY.......

**MiY4MOTO** | 5 years ago
@mecha-B The gameplay was much better than the videos gave it credit for. Certainly on the harder difficulties the combat felt more akin to the Batman games than QTE-like videos suggested.

Reply ▲4 ▼4

**davidknowles** | 5 years ago
@melnificent Which make sense considering that they need people to buy and play their games. An so why not take this opportunity to promote them.

Reply ▲0 ▼0

**SpaceInvader2** | 5 years ago
Ryse is a great game, which I still play very often. IMHO it got a rough ride from reviewers. They give high scores to unimaginative annual updates (COD, FIFA etc...), but don't give proper credit to a game like Ryse that attempts to do something different. The Mutliplayer on Ryse is excellent, and it's been well supported with good DLC.

Reply ▲7 ▼7

**Starmick** | 5 years ago
@Darksjeik

> Yeah sure buddy, except for the fact it had open world gameplay, intuitive controls with on the fly weapon customisation, amazing AI that would hunt you in packs, the option to play the game both stealthily and gung ho style. A good storyline and what you call "pretty graphics" was actually a groundbreaking technical achievement at the time.

Are you seriously saying that Crysis had a good storyline? Really? Crysis?

Aliens came to planet Earth before humans existed, North Korea wants to use their technology to become a superpower, US sends in generic squad with sci-fi body armor to kill Koreans, and a lot of cheesy military talk in between, like: "I can rest when I'm dead? Bullshit!"

The ancient alien technology storyline is used in everything: Starcraft, Halo, Mass Effect, Assassin's Creed, etc.

Crysis had some good ideas, some cool fairly open levels (not open world like FC3) early on, like the forest and beach level, but the majority of the game sends you through narrow paths (helicopter level, harbor level, mine level, frozen jungle level). The crappy handling of the vehicles, especially the plane towards the end didn't help

Document title: Crysis developer Crytek denies "verge of bankruptcy" claim • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-23-crysis-developer-crytek-claims-bankrupt-report-is-false
Capture timestamp (UTC): Thu, 21 Mar 2019 21:26:57 GMT
Exhibit 2
25
Page 7 of 12



when I'm dead? Bullshit!"

The ancient alien technology storyline is used in everything, Starcraft, Halo, Mass Effect, Assassin's Creed, etc.

Crysis had some good ideas, some cool fairly open levels (not open world like FC3) early on, like the forest and beach level, but the majority of the game sends you through narrow paths (helicopter level, harbor level, mine level, frozen jungle level). The crappy handling of the vehicles, especially the plane towards the end didn't help.

The nanosuit powers sounded cool on paper, but in reality you only end up using the 'maximum armor' option 90% of the time. The cloak mode is just too monotonous to use all the time, and it's useless anyway throughout the majority of the game (like when fighting vehicles or aliens at the end).

Also calling it a groundbreaking technical achievement doesn't mean much if the vast majority of the customers weren't able to run the game on high/very high settings until years later too actually see it, by then having already played the game on low/medium settings.

Crysis sold very poorly because of the immense shooter competition in late 2007, and the fact that most people couldn't run it at those groundbreaking settings to see what all the fuss was about anyway.

Reply ▲1 ▼1

**INSERT-COIN** | 5 years ago
@Nodka Please be quiet as you are talking nonsense and wasting peoples time by forcing them to spam the neg button.

Crysis 1 was NOTHING like Halo at all other than the fact that they were both played in the first person they couldn't have been more different.

Nice to see you have blamed PC gaming on Crytek's troubles when it was PC gaming that made them big in the first place.

We all know you are being a twisted little console troll, had Crytek being doing really great after making console games you would be using this as proof of how poor PC market is. LMFAO.

Also I don't think any PC gamer obsesses over tech, we obsess over great games that don't have abysmal controller latency due to shit frame rates and shimmering jagged edges all over the place, you sound jealous.

Oh and Crysis3 did rather well , in fact it was leagues better than Crysis2 and a great PC port to boot, it's still the nicest looking FPS game going. It was Ryse for XB1 that was absolutely dire and that was Crytek chasing the "cinematic" set piece experience with no substance that console gamers are oh so impressed by.

**Zaiz** | 5 years ago
hm, I was wondering if they'd collapse under the weight of all the studios they bought. It was like they went "Hey, we have a pile of money! Let's use all that money *right now!*" Shame anyways, Crysis 1 was one of the better shooters made in it's day, particularly if you (hint hint) went into the program files and adjusted the difficulty settings. Which also let you adjust the resource drain your speed, stealth and armor powers gave you. Strength was untouchable.

I also doubt Wargaming.net will buy Crytek. They have only recently bought Bigworld, who produces the engine for their own game, and Wargaming.net have a pile of studios to their name already, many of which are a year or more from launching a title and WG's only real money making title is World of Tanks.

Reply ▲0 ▼0

**Arvind1324** | 5 years ago
@Nibbles Actually f2p is very big (Jp, S korea ,China, germany russia) those f2p south korean mmo i told they make ton of money. these data fragments from a paid research website based close estimates and hypothesis

**Lemming81** | 5 years ago
As mediocre as their releases have been, I'm surprised they are that close to trouble when *id software* still manage to keep going when everything since Quake 3 has been bland, tech included.

**Liuwil** | 5 years ago
@Arvind1324 They hold 40% of the company and do not own them.

Reply ▲1 ▼1

**CosmicGypsy** | 5 years ago
@PearOfAnguish Don't mind Eldritch. His motto appears to be "If you don't have anything nice to say, pop onto Eurogamer for a bit". I think he is one of those attention seeking neg-hunters. I find it best to ignore him.

Reply ▲0 ▼0

**apoc_reg** | 5 years ago
This would be sad, crisis 1 was great and I loved their focus. 2&3 went too much for the console crowd and then this bizarre business about f2p and the awful looking Ryse... just hope they survive and go back to their roots... homefront looks cool

Reply ▲2 ▼2

Document title: Crysis developer Crytek denies "verge of bankruptcy" claim • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-23-crysis-developer-crytek-claims-bankrupt-report-is-false
Capture timestamp (UTC): Thu, 21 Mar 2019 21:26:57 GMT
Page 8 of 12

Exhibit 2
26

**apoc_reg** | 5 years ago
This would be sad, crisis 1 was great and I loved their focus, 2&3 went too much for the console crowd and then this bizarre business about f2p and the awful looking Ryse... just hope they survive and go back to their roots... homefront looks good

Reply ▲2 ▼2

**adamjorgensen** | 5 years ago
@Zaiz Wargaming bought Bigworld over a year ago, they don't have that many studios to their name and World of Tanks is a 10-ton gorilla of F2P profits.

If they wanted to buy Crytek they could probably manage the cash without sweating.

Reply ▲0 ▼0

**davidknowles** | 5 years ago
@shruteshkumar Lots of people are using it because they think it produces the prettiest graphics. Sadly many reports say that it a difficult game engine to work with and to adapt and very poorly documented.

Reply ▲0 ▼0

**Liuwil** | 5 years ago
@bdc Well, the thing is that game engines don't really come out with a bang. They're not games - it's a completely different market.
Unreal Engine 4 became officially "released for licensing" only a few months ago (although Epic did allow 3rd parties to use the engine) and projects that will eventually be released running on it are most likely still under embargo at this point.
Also, the fact that UE3 is the most successful commercial engine in existence (just for reference: there are more games running on UE3 than there are games on all versions of CryEngine) covers for any "losses". That is, after all, how busyness works - you sell a product and part of your profits will pay for the development of a new, better product.

Also, Epic is now working on 4 different games (also counting Unreal Tournament), so they're probably doing alright :)

Reply ▲0 ▼0

**lonz0r** | 5 years ago
make timesplitters 4
licence to print money

**liquidsoap89** | 5 years ago
Homefront must be cursed.

Reply ▲0 ▼0

**Arvind1324** | 5 years ago
@rivuzu jan 2014 it from one of the paid research website(superdata something). i extracted from a mirrored publication.

**Eldritch** | 5 years ago
@jetsetwillie It IS a good FPS, mind you, but, to me, it relies too much on its admittedly impressive tech. And, to me, they've been resting too much on their technichal laurels ever since.

Reply ▲5 ▼5

**imagonnawin** | 5 years ago
Will this affect the time splitters fan made reboot?

They could always take in under their wing and team fortress the multiplayer.

Reply ▲1 ▼1

**Greynarl** | 5 years ago
It seems as though the trend of multiple studios closing last generation will only be exacerbated in this generation coming, with spiralling development costs for next-generation visuals. I remember a competitive gamer saying that "More and more moderately sized studios will be forced to close because of this with only the big players being left behind like EA, Nintendo etc as they consolidate their power and purchase smaller studios with the remainder being idies". That bleak future comes closer each day and is a direct direct consequence of pushing graphics over gameplay, I think at this point the only one that truly understands this is Nintendo.

**richcz3** | 5 years ago
@bdc I can't imagine Epic's UE4 is fairing anywhere as well as UE3 did. There's been a dearth of announcements of next gen games using UE4. To stir interest, they are offering low monthly licensing for UE4 to indie developers and the next Unreal Tournament will be publicly developed.

Reply ▲1 ▼1

**zide** | 5 years ago
They've been slowly sinking for a while now with Ryse, medicore F2P shooters and

Exhibit 2
27

offering low monthly licensing for UE4 to indie developers and the next Unreal Tournament will be publicly developed.

Reply

**zide** | 5 years ago

They've been slowly sinking for a while now with Ryse, medicore F2P shooters and Crysis being turned into another CoD boogaloo.

Reply ▲0 ▼0

**Arvind1324** | 5 years ago

F2p publisher make a lot of money through microtransactions

**grimshawish** | 5 years ago

Their up coming release schedule reminds me of a good few failed games companies that just didn't focus enough. Nothing upcoming for them looks like it can sustain their growth over the past few years.

Reply ▲1 ▼1

**adamelliott1** | 5 years ago

@Malek86 I wouldnt say that, I would say that they where hoping for Cryengine to become a big retail engine like UE4 or unity but allot of EA's internal studios have adopted frostbite - And it doesnt sound like anything went wrong it sounds like someone wanted to buy them and so it happened

Reply ▲0 ▼1

**Arvind1324** | 5 years ago

@Liuwil true i was just double checking that i read that news in 2012.thanks for the clarification

**tenebrae** | 5 years ago

Their next game will be Far Cry: Boohoohoo.

Reply ▲2 ▼3

**v.profane** | 5 years ago

Do they really think making F2P games that look like Crysis is going to be a lucrative line of business? Don't most F2P games have approximately PS2 level (i.e. inexpensive) visual fidelity?

Reply ▲1 ▼2

**YGNUK-Munsen** | 5 years ago

@The_shlaaaag_returns I play Warface. Best example of F2P I've ever seen. 10x better than Battlefield/COD, 5 player Co-Op that actually needs you to play as a team to win. I hope these rumours aren't true either

Reply ▲2 ▼5

**LLJaf** | 5 years ago

Budgets are completely over the top. Bet Cryteks titles budgets more than double of the likes of Far Cry, Wolfenstein, Dark souls. Probably even Mario Kart 8.

Reply ▲0 ▼3

**Starmick** | 5 years ago

@Laythe_AD

> Well, no. People moaned about Crysis 2 because it was dumbed down from the previous game, with considerably less freedom of movemement and tactical options, in order to fit those consoles you say it ran so well on.

In what way were the 360/PS3 responsible for the dumbing down of the Crysis franchise? The open world Far Cry 3 ran on the old consoles, as did Crysis 1 itself when it was ported in 2011.

Let's face it, Crysis 1 was a mediocre, soulless shooter with pretty graphics. It came out right between much better shooters from late 2007: Bioshock, COD 4: Modern Warfare, Halo 3 and Metroid Prime 3.

Reply ▲0 ▼3

**Haydar** | 5 years ago

> VG247 has asked Crytek for a comment and was provided with the following statement:
>
> "Regardless of what some media are reporting, mostly based on a recent article published by GameStar, the information in those reports and in the Gamestar article itself are rumours which Crytek deny. We continue to focus on the development and publishing of our upcoming titles Homefront: The Revolution, Hunt: Horrors of the Gilded Age, Arena of Fate, and Warface, as well as providing ongoing support for our CryEngine and its licensees.
>
> "We have received a lot of positive feedback during and after E3 from both gaming press and gamers, and would like to thank our loyal employees, fans and business partners for their continuous support."

Regardless of what some media are reporting, mostly based on a recent article published by GameStar, the information in those reports and in the Gamestar article itself are rumours which Crytek deny. We continue to focus on the development and publishing of our upcoming titles Homefront: The Revolution, Hunt: Horrors of the Gilded Age, Arena of Fate, and Warface, as well as providing ongoing support for our CryEngine and its licensees.

"We have received a lot of positive feedback during and after E3 from both gaming press and gamers, and would like to thank our loyal employees, fans and business partners for their continuous support."

Reply ▲1 ▼4

**superkick** | 5 years ago
@All the commenters

Did you even read the article?

Reply ▲1 ▼5

**Arvind1324** | 5 years ago
Epic studios is already owned by 10 cent yup those guys that own lol .i read wargaming is eying on crytek once crytek files for bankruptcy

Low-scoring comment hidden. Show

Low-scoring comment hidden. Show

Low-scoring comment hidden. Show

Low-scoring comment hidden. Show

**FOLLOW YOUR FAVOURITE GAMES, GET INSTANT UPDATES |**

Follow the games you're interested in and we'll send you an email the instant we publish new articles about them.

**Homefront: The Revolution**
+ Follow

**Hunt: Horrors of the Gilded Age**
+ Follow

**RELATED |**

**Homefront: The Revolution review**
It's always gunny in Philadelphia.
211

**Homefront: The Revolution resurfaces, set for big March update**
PS4 Pro support, HDR and the third and final DLC.
38

**Homefront: The Revolution free to play on Steam this weekend**
Charge!
28

**Don't Starve dev's space colony sim Oxygen Not Included leaves early access in May**
With new biomes, buildings, mod support, and more.

**Warframe's first community event of 2019, Operation: Buried Debts, is here**
UPDATE: Available today on consoles.
4

**LATEST VIDEOS |**

**Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro Gameplay**

**Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro Gameplay**

**Let's Unbox Sekiro: Shadows Die Twice Collector's Edition - Sekiro Shadows Die Twice PS4 Gameplay**

**21 Things You Need To Know About Battlefield V Firestorm gameplay - BF5 FIRESTORM GAMEPLAY AND TIPS!**

**12 tips for success in The Division 2**

**Let's Play Dark Souls 3 Episode 10: CAREFUL SIPS, PORKCHOPS AND CROCODOGS, OH MY!**

**Let's Play I am Bread - Late to the Party**

Hunt: Horrors of the Gilded Age
+ Follow
RELATED |
Homefront: The Revolution review
It's always gunny in Philadelphia.
211
Homefront: The Revolution resurfaces, set for big March update
PS4 Pro support, HDR and the third and final DLC.
38
Homefront: The Revolution free to play on Steam this weekend
Charge!
28
Don't Starve dev's space colony sim Oxygen Not Included leaves early access in May
With new biomes, buildings, mod support, and more.
Warframe's first community event of 2019, Operation: Buried Debts, is here
UPDATE: Available today on consoles.
4
LATEST VIDEOS |
Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro ...
LET'S PLAY SEKIRO SHADOWS DIE TWICE
Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro Gameplay
Let's Unbox Sekiro: Shadows Die Twice Collector's Edition - Sekiro Shadows Die Twice PS4 Gameplay
21 Things You Need To Know About Battlefield V Firestorm gameplay - BF5 FIRESTORM GAMEPLAY AND TIPS!
12 tips for success in The Division 2
Let's Play Dark Souls 3 Episode 10: CAREFUL SIPS, PORKCHOPS AND CROCODOGS, OH MY!
Let's Play I am Bread - Late to the Party
More videos
Subscribe to our YouTube channel
LATEST |
Don't Starve dev's space colony sim Oxygen Not Included leaves early access in May
With new biomes, buildings, mod support, and more.
Warframe's first community event of 2019, Operation: Buried Debts, is here
UPDATE: Available today on consoles.
4
Gone Home dev's sci-fi narrative adventure Tacoma is currently free on Humble Store
Best grab it quick though.
4
Digital Foundry | Best gaming keyboard 2019: Digital Foundry's picks
Leading mechanical and non-mechanical keyboards tested.
12
There's quite a wait for Life is Strange 2's remaining episodes
May! August! December!
12
ADVERTISEMENT |
EGX REZZED
TOBACCO DOCK, LONDON
4-6 APRIL 2019
PLAY THE LATEST INDIE GAMES
BUY TICKETS NOW >
SUBSCRIBE TO THE EUROGAMER.NET DAILY |
The 10 most popular stories of the day, delivered at 5pm UK time. Never miss a thing.
Email address
Subscribe
EUROGAMER
Bad puns and video games since 1999.
This site © 2018 Gamer Network. All Rights Reserved. No part of this site or its content may be reproduced without the permission of the copyright holder.
SITE VERSION |
Mobile
Portable
Desktop
EXPLORE |
All topics
Authors
PC
PlayStation 4
Xbox One
Switch
Digital Foundry
News
Reviews
Videos
Features
Guides
HELPFUL LINKS |
Staff
Contact us
Forum
Corporate site
Policy centre
Twitter
Facebook
Careers
Discord
Latest comments
RSS
ACROSS EUROPE |
Eurogamer.cz
Eurogamer.de
Eurogamer.es
Eurogamer.it
Eurogamer.net
Eurogamer.nl
Eurogamer.pl
Eurogamer.pt
RockPaperShotgun.de
GAMER NETWORK |
GamesIndustry.biz
Gamer's Edition
Jelly Deals
Metabomb
Nintendo Life
Push Square
Rock, Paper, Shotgun
USgamer
VG247
EVENTS |
EGX
EGX Berlin
EGX Rezzed
MCM Comic-Con
PAX
Star Wars Celebration