# Exhibit 3

Exhibit 3
31

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | "The transformation was painful. We paid the price" • Eurogamer.net |
| Capture URL: | https://www.eurogamer.net/articles/2014-08-08-the-transformation-was-painful-we-paid-the-price |
| Captured site IP: | 94.198.83.18 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:29:03 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:30:19 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 33 |
| Capture ID: | 37cc0b8c-be87-4c85-bde6-0578c7336d06 |
| User: | fkks-dgrove |

PDF REFERENCE #:          8BjNpFgtFNLM2EuKNtMSMa

Exhibit 3
32





weebly
eCommerce by Square

I remember it was a couple of years ago when you said **Crytek wanted to be a free-to-play only company**. Why did you then put Ryse and Homefront in development if you were doing that?

**Cevat Yerli:** If you look back, we started with one title, Far Cry. Then we moved to Crysis. Then multiple platforms and then multiple studios. In order for the company to transition, we still had to take into account the retail market in the meantime. We couldn't just go 100 per cent full blown into free-to-play immediately.

So in a sense we used these titles to transition out of these markets. And the transitioning out is still not finished. We're still committed to retail this year and some of it will be next year. You'll hear of that soon. But the majority of our game launches this year are already games as a service, and will be more and more so in the coming years.

This transition, even though it was done as soft as we wanted it to be, we underestimated some of the additional investment required for that.



Crytek UK, once Free Radical Design, is now Deep Silver Dambuster Studios.

**Just so I'm clear, why did you sell the Homefront IP and the team to Koch?**

**Cevat Yerli:** Homefront's timeline, as well as the focus as a studio we would have needed to put behind that, would have been detrimental to the transition to us. That was the comparison: are we delaying the transition further, or are we going to do it earlier than later?

We believe in Homefront. It's a great game and we still believe in it. But we made a deal with Koch we felt comfortable with as a strategic sale of the asset, which everybody comes out of in a win/win position.

**Just to try to understand what you're saying, you think it would have taken too long to develop and as a result would have been too costly a product?**

**Cevat Yerli:** I don't want to comment on cost, but given our strategy and the focus we need right now as a company this year, launching Warface, Arena of Fate and Hunt within the next 12 months, those three games need full attention for us. Homefront would have taken a lot of attention from top down of the company across Frankfurt, UK and many more. That kind of commitment would have come at the price of focus towards the other gamer services.

We looked into an opportunity for how we could turn this into something which is in the best interest of Homefront and our other games. And then by discussing with Koch we came to a strategic sale that created a win/win situation for everybody.

**In the case of Hunt and the Austin studio, you only established that fairly recently. So the downside came as a surprise.**

**Cevat Yerli:** This was a slightly different story. A team always hinges on leadership. There were two problems. One, we need to have strong leadership in place for every studio. Just around the time we finalised the deal that brought us back to where we needed to go, there was a discussion with the studio heads about what would be the situation at the studio. We came to an agreement this wouldn't make sense for Austin because of the cost factor, the burn rates and the development costs are high in Austin compared to what we have within Europe.

So we agreed with the management there to part ways, and refocused the Austin office towards an engine business that is viable, because we have quite a few significant marquee titles out of the US that are taking support from our Austin operation. And then we decided to put some of our best people in Frankfurt on hand to make sure we do justice to the quality the Austin team has done so far, which is a very high quality. But also it's closer to the mothership and our technology R&D, so Hunt can get more attention and love from a tech perspective.

We're happy with where the gameplay is and the atmosphere. We have an experienced game director and executive producer. So we feel within our transition period this was the best choice we could have done for Hunt.

**When the studio was founded did you not realise the cost of development in Austin would be high?**

**Cevat Yerli:** To be honest, what we had forecast for cost and what we accrued was much higher. The forecast we received back then and the reality were off by a high margin.

**Why were they so off?**

**Cevat Yerli:** Things change. Costs change. Don't get me wrong, it was off, but this was not the sole reason. You never make a decision based on only one factor. The team did a great job in Austin, but in agreement... it wasn't something like, we said to the team, guys, this is what we want to do and you don't have a job any more. Rather, we talked about this. And eventually it was proposed and discussed with the executive management there that this is the best choice for Crytek. It wasn't something we imposed on the team. It was something we concluded was the best choice for Crytek.

I want to clarify: this wasn't a pure cost decision. This was a decision about being cost sensitive,

**RELATED** |

**Crysis 3 review**
Prophet or loss?
💬 158

**Ryse: Son of Rome review**
Fiddling while it burns.
💬 349

**Crytek Black Sea now a part of Total War developer Creative Assembly**
Sofia not.
💬 0

**RELATED** |

**Layoffs at Crytek**
Financial trouble continues.
💬 0

**Crytek reveals Arena of Fate for PC and consoles**
UPDATE: Part of Crytek's games-as-a-service idea.
💬 0

**The Star Citizen makers are being sued by Crytek**
But dismiss it as "meritless" and will defend "vigorously".
💬 0

sole reason. You never make a decision based on only one factor. The team did a great job in Austin, but in my opinion... it wasn't something like, we said to the team, guys, this is where we go and move to. It's more like my management team came up with it, and eventually was proposed and discussed with the executive management that yes, this is the best choice for Crytek. It wasn't something we imposed on the team. It was something we concluded was the best choice for Crytek.

I want to clarify: this wasn't a pure cost decision. This was a decision about being cost sensitive, but also - very importantly - closer to the mothership where there are more resources available. And the CryEngine team is now close to the Hunt project, allowing it to be a proper high quality PC title.







Subscribe to our YouTube channel

**I've spoken with a few dozen former and current Crytek developers who were upset about unpaid wages. Can you explain that situation?**

**Cevat Yerli:** How exactly?

**First off, why did staff go unpaid?**

**Cevat Yerli:** You have two choices, right? Either you delay payments - again delay... it's not that they didn't get paid, they got delayed - delay payments and salvage the company. Or, you push your cash flow directly to the studios and you file for insolvency. Both options are really bad. So you have to make the better of the two bad decisions.

However, like we had promised to everybody - and we said the company is not at a big risk, not a danger, it just needs more time to salvage it and that's what we did. Now, everybody got paid plus inconvenience payments additionally to that, like we promised everybody.

Some people were very impatient and got angry at the smallest delay. Also, there was a critique of us not being proactive in communication, which we don't understand, because we had been frequently in the UK as well as every other studio, talking about potentially rough times. And we had even shared with people how they should maybe work with different banks at a personal level to prepare. Or, if not, they could make a choice to resign and look for other jobs.

But our priority was to not downsize the company. Our priority was to not let anybody lose their jobs at that point. Because if a company gets into a difficult situation and you know the outcome is going to be bad, you have the choice to downsize everything. But we haven't done that because we wanted to keep everybody tied together as a team.

I was surprised and upset a little bit that the intention of us keeping together everybody upset a few of them. But I understand that situation. Some people live in very tight financial planning. That's their own privacy. They can do whatever they want. Those guys, when they get under pressure it can become emotional. We tried to individually help out. Like if somebody gets in trouble they can talk to us directly so they don't get under pressure. We tried whatever we could do. But you can't make it right for everybody.

**One thing I heard there was an erosion of trust because of a lack of communication. And in the press release you put you did acknowledge a failure of communication with your teams.**

**Cevat Yerli:** There are expectations from some staff that aren't realistic. There are expectations, for example, that we reveal the entire situation of any deal, any cash flows and P&Ls and things like that. You can't do that. That's internal. Even our investor doesn't have that level of access to be honest.

So what I want to say is, you can't make it right for everybody. The only upset we received has been from a few people. I don't want to blame the UK office as an entirety, because we're talking about a few people within the UK. The majority of the UK office, as well as any other studio, have been loyal and committed to us. These few people who brought up this topic I heard numerous times now, that we haven't communicated well, I don't know who those few people are and it doesn't really matter. I can't and I won't ever judge a team just because a few members talk bad about us.

**I've also spoken with some of your developers who have accused you and the other upper management of arrogance. One claims you went to the UK studio and told them they were lucky to get paid. What do you say to that?**

**Cevat Yerli:** I have never ever used these words before. This is complete bullshit. I would never ever say to somebody, hey guys, you're lucky you got paid. What we have communicated to the team is, we have two choices: either we let people go immediately and pay the remainder, or we can't pay you right now and we stick together. We chose - for this reason not to downsize. And the majority of the team has applauded this, rather than critique. We would have never ever said, hey guys, you are lucky you get paid. If you were arrogant like that you wouldn't be in this business for 15 years now. And people would not be loyal to us and sticking with this, like the majority of Crytek is right now.

**I understand that, but your staff see that you guys have done well out of the business while they struggle because they're not getting paid.**

**Cevat Yerli:** We didn't get paid, too.

RELATED

**Crytek breaks silence, closes multiple studios**
"Undergoing such transitions is far from easy...."

**Crytek once again in crisis**
Staff suffer delayed wages, future of company in doubt.

**Can your table run Crysis?**
Roll with it.

**I understand that, but your staff see that you guys have done well out of the business while they struggle because they're not getting paid.**

Cevat Yerli: We didn't get paid, too.

**Do your staff know this?**

Cevat Yerli: Yes. At least they know in Frankfurt. And further, by the way, we also all put private money in. As much as we could. As I said to all of the teams, we were all in. That preconception that we have been doing well out of the situation, obviously it's our company, but at the same time we were all in. As much as one can be.



Crytek founders Avni, Cevat and Faruk Yerli.

**How many people is Crytek right now?**

Cevat Yerli: Maybe 700.

**That's following the Crytek UK sale and Austin downsizing, right?**

Cevat Yerli: Yes.

**I'd heard you were about 900 to 950.**

Cevat Yerli: Yes. We're still in the process of reorganisation. But I'm happy with where we're going and with our focus. In these 700 people it's not like we're just developers. There are quite a few other departments that operating, marketing and publishing.

**Do you anticipate losing more staff? Do you anticipate further selling of studios or IP?**

Cevat Yerli: Selling studios I would think is not going happen any more. But anything else I can't say right now. My gut feeling would be maybe not, but I just can't say.

**Can you say where the money came from?**

Cevat Yerli: No, we can't go into details.

**Why not?**

Cevat Yerli: The partner and us have to agree when to announce it.

**Has Crytek been bought or is it an investment?**

Cevat Yerli: It's not an investment and Crytek has not been bought. It's revenue. It's purely revenue.

**It's a revenue deal?**

Cevat Yerli: Yeah.

**If it's a revenue deal how did you get the cash injection to pay staff?**

Cevat Yerli: It might be a larger revenue deal. Like a big one.

**So you got cash up front.**

Cevat Yerli: Usually our deals have cash up front. Yeah.

**When will you announce it?**

Cevat Yerli: I have no idea. There are no other details I can give you.

**Can you say this deal means Crytek is safe?**

Cevat Yerli: Absolutely. I can say that.

**How close to going out of business were you? Or going bankrupt?**

Cevat Yerli: Out of business or bankruptcy in my mind was never the case. We have tried to communicate this as much as we can to everybody. But I understand some employees of Crytek have been in other companies under similar situations and they have gone out of business. We have a lot of substance in Crytek. That revenue deal just underlines how much substance we have. We didn't need to sell and we didn't need an investment. We just even by securing a revenue deal saved Crytek - in your words.

Homefront: The Revolution - Cinematic trailer - Euro...    EUROGAMER

**RELATED**

**Crytek pulls websites after "suspicious activity" detected**
UPDATE: It's "possible" that passwords were accessed.

**Crysis 3 The Lost Island DLC returns series to its "spiritual roots"**
Welcome (back) to the jungle.

**EA Partners, publisher of Portal 2, Left 4 Dead, Crysis and more, is shutting down**
Fuse and Respawn's game safe though.

**MORE STORIES**

**Destiny 2 Thorn quest steps, and how to start by finding the Salt Mines location**
Destiny's Thorn finally comes to the sequel after not one but two appearances in the original game. The Exotic Hand...

RELATED |

**Crysis 3 was running on Wii U but port "had to die"**
"We were very close to launching it."

**UK chart: Crytek another bow, Crysis 3**
Tomb Raider is on its way this week.

**UK chart: Crysis 3 beats Metal Gear Rising: Revengeance**
But neither outsold Aliens: Colonial Marines' opening total.



Subscribe to our YouTube channel

**But you still needed to offload Homefront and Crytek UK.**

**Cevat Yerli:** No. We didn't need to do this. We didn't need to downsize our company. Maybe this didn't come across. We didn't need to sell Homefront. That deal would have secured Crytek's future even if it would have added another 100 people on top of where we were before we sold Homefront or changed Austin's direction. It is an optimisation stage that we said we should do strategically right now in order to focus short term our mindset on the launch of Warface, Arena of Fate and Hunt. It wasn't a pure commercial deal. It was a strategic deal for focus. We didn't need to sell Homefront or the UK office.

**Can you understand why it looks like you did? The fact that staff went unpaid and there were problems with cash flow, surely you can see why people would think you did need to sell Homefront.**

**Cevat Yerli:** Yeah, sure. We started discussing the Homefront Koch deal during this period. We didn't see a reason why not to do the deal, even after we signed the revenue deal. Even when we signed the revenue deal we looked at the Homefront deal again to see if it still made sense. Would we still sign this deal under a different context that had changed by that time? The context was, prior to the revenue deal then after the revenue deal. And still the decision was, yes, it's still better for Crytek and for Deep Silver and for everybody involved, because we can focus from top down and bottom up on making Warface, Arena of Fate and Hunt successful in the short to medium term.

I guarantee you this is the case. if anybody contradicts… I can understand there might be this perception, but it is guaranteed not the case we had to downsize. We didn't have to downsize. And we still don't have to downsize.

**But did you have to not pay your staff?**

**Cevat Yerli:** Yes. We communicated delays. And we knew the delays would be caught up.

**You understand the anger when you don't pay staff, right?**

**Cevat Yerli:** Only a few people were like this. The majority of the UK team did a great job and they were loyal. I want to say, our focus always was to not change anything, but only do it if strategically it's the best going forward. And that's what we have done. This was not a reaction to anything related to the UK. We highly respect the team still. I always spoke highly of the UK office. I always thought they were some of the best people we worked with.

**Crytek's reputation has undoubtedly been damaged through all of the negative reports about unpaid wages. Are you concerned this will affect your business?**

**Cevat Yerli:** Surely it will to some degree. But I hope through communication we will have more frequently people and gamers will understand through our words and actions we have the best interests of PC gamers. At Gamescom we will show off our games. With online services we will be equipped to better react than ever before to communities and gamer demands. That's ultimately what we want to build - the best experiences driven by the community.

That transformation was painful. We paid the price. Now we come out of it much stronger. I hope people will see through our games these are not just empty words.

**What about your personal reputation? You have been heavily criticised and accused of mismanagement.**

**Cevat Yerli:** I don't want to defend myself because defending myself would imply me talking good about myself. Let me say it this way: if I really was a bad person I don't think Crytek would have such a loyal base. Are some people upset? For sure they are, because they have been let go. Am I making the best choices? There's certainly room for improvement. Can we learn more? Sure. Every day we try to improve.

I read those comments and unfortunately I don't have channels to communicate with them more clearly, apart from press interviews right now. We make mistakes. We are human. We wake up, go to our job, eat like everybody else, then go to sleep. In general we are flawed. If I did say something in the past that came across as arrogant, maybe it's because I don't speak the native language. But I don't mean to offend people. I just mean the best for people.



ADVERTISEMENT |



More ways to pay make a shopper's day.
PayPal Checkout now offers Venmo, the payment method so many already love.





Ryse began as an Xbox 360 Kinect game, but ended up an Xbox One launch title. It's due out on PC later this year.

**I'd like to move on to Ryse. It began life as an Xbox 360 Kinect game before you moved development from Budapest to Frankfurt and switched it to an Xbox One launch title. I've heard that the development was troubled. Now the dust has settled on the release, how did it perform?**

**Cevat Yerli:** Ryse is in the forecast of what Microsoft has always shared with us, and we didn't expect more than that. Our goal always was for Ryse to be at the forefront of a next-generation console launch, which we have done. Ryse has received tremendous promotion and IP awareness. And Ryse is our IP. We do what we want to do with the future of Ryse. This is important.

There were rumours saying, hey, there were penalties if you don't release. This was all bullshit. We had agreed with Microsoft to put it out on time. In fact, we had conversations from Microsoft to us, telling us, guys, do you want to push out the game? We wouldn't be offended by that. But when we let the team choose - not the management - when we asked, guys, do you want to try to get it done by Christmas or do you want to take a bit more time, unanimously they team decided to go for the launch window of a console because that's something emotional to be a part of. To be part of an event like that, you do it once every five to 10 years. So everybody was pushing towards that. This was not an executive decision. We had a very good relationship with Microsoft on the launch of Ryse. And I would at no point want to miss that again. So if people ask me, would you do it again? I would, because the team was excited for that.

**But the game originally wasn't going to be an Xbox One title. It was an Xbox 360 Kinect game.**

**Cevat Yerli:** Yeah, but this has nothing to do with that. This was a mutual decision. We just changed course. Not because the game was troubled, but because we chose to make it a launch title for the new console of Microsoft.

**So you're saying there wasn't a troubled development? Because I've heard from a few people there were significant problems with it and Microsoft almost pulled the plug.**

**Cevat Yerli:** There is never a not troubled development. Let's be realistic. Far Cry was troubled. Crysis was troubled. Every game that wants to say it's a high quality product will have challenges that are unpredictable towards the last nine months of the project. This is the reality. And as a launch title the trouble comes from the fact that there are - there are NDA-related materials I can't talk about - but the platform is being built at the same time we are building the game.

So, was it challenging? Definitely Ryse was one of the most challenging I have been involved in. And I have been involved from Far Cry forwards. It was a very tight development and definitely had its troubles. But are looking back at is a proud achievement. That's what matters at the end of the day.

There were people saying, Crytek put them to crunch and unpaid... no, we do not make unpaid stuff. Never. We always offer the teams extra bonuses or extra vacation days. We run a company where the management on the projects decide how long certain things take, or when we want to finish this. Not the executive management. This is very important. It's a bottom up approach, not a top down approach.

For example, for any feature of a game: how long do we need for this? The management asks the team. The team responds. Then the project management says, we think we need this amount of time. The result of that is the project schedule. It's not a top down approach where I say you have to finish this game in this timeframe. It doesn't work like that. That's important to understand, and goes back to the thing about arrogance. We would not be in this business if we were not collaborative and a part of the team.

**We've heard you had the option to do Ryse 2 with Microsoft, but they wanted ownership of the IP, but you didn't want to let it go. The collapse of that deal seems to be one of the things that sparked the financial problems Crytek has had.**

**Cevat Yerli:** No. We have a good relationship with Microsoft. We are constantly looking at what we can do together. We are not 100 per cent happy with Xbox One sales right now. So we want to wait till the current gen and next gen catches up. For Ryse 2, we aren't saying it's cancelled. It's our IP. It just has to wait for the right timing. And the right timing means higher installed base across next-gen.

**Does it have to be an Xbox exclusive, or can you release it on PlayStation? Can you find another publisher, or does Microsoft have to publish it?**

**Cevat Yerli:** No. We can do whatever we want with it with whoever we want.

**So what's stopping you from trying to find a publisher for a sequel?**

**Cevat Yerli:** Focus and attention. I'm not saying it's not going to happen. Look, Ryse was maybe not the best rated game, but what we achieved for launch was a great foundation for us to build up. I know there are a lot of gamers who are contacting me through different channels who want to see Ryse 2. There is a lot of positive feedback. We're considering it. But at this point there is nothing official I can talk about.

**You sold Homefront and Crytek UK but kept hold of the Timesplitters franchise. Do you have any plans at all to do anything with Timesplitters?**

**Cevat Yerli:** At this point we don't have any plans with that because we are focused on our development and operation of our current projects that are announced. I still personally love Timesplitters and there might be a good chance of something in





RELATED |

**Three Crysis games now backwards compatible on Xbox One**
Suited and booted.

**Crytek comes forward about its recent financial woes**
But only after securing additional funding.

**Crysis developer Crytek denies "verge of bankruptcy" claim**
But reports indicate staff have gone unpaid.

RELATED |

**Crytek's Hunt: Horrors of the Gilded Age announced**
From the people who made Darksiders.

**Hitman, Dead Rising 2 headline August's Xbox Game Pass additions**
All Ryse.

**Ryse on PC won't feature micro-transactions**
Pay-to-win denarified.

What about the decision to go free-to-play? Do you feel it's paid off now you're trying to improve Warface, but I understand it's successful in Russia but has flopped everywhere else.

**Cevat Yerli:** My goal always was, and still is, to make games that are free to come in and are more like a hobby to gamers. It's like going for a run. You can walk, run, start jogging and it's all free. But if you really want to get better in your hobby, if you turn it into a hobby, you start spending based on your own pacing. You turn your hobby into your lifestyle. And you share it with your friends. That's the premise that Warface, Arena of Fate and Hunt are working with.

Is Warface delivering this year? Not 100 per cent. But it's going to deliver, because we're going to do whatever it takes. We have 30 million registered users now. Whatever the team wants to get improved we'll make it, step by step, and invest to turn it into a hobby that people want to spend money at their own pace where they feel good about it.

Are we doing a perfect job on this right now? No. It's a learning curve for us. We are improving on this. Significantly. But our intention is a good one: to make it a fair experience, a service where we constantly improve things, constantly have updates and new content that is by base value for free. Warface for us as a company is successful. We have constant revenue coming in. And the only nation we really went big - and that's where it's successful right now - is Russia. We're going to go big in the west, but we're still ironing out core issues there because we can start spending on it. In Russia we ironed out the issues about one and a half years ago, and then we went big.

It's not like Warface was running and doesn't take off. We soft-launched Warface in certain territories. We're fixing core matters relating to the audiences. Once we've fixed our core matters, then we're going to spend on promotion. But from a development perspective our spending already continues. We did that in Russia one and a half years ago. So we're confident Warface in the west on Steam, once we have done a few more months of ironing out balance issues and game design matters people are responding strongly to right now and deliver what they want, then we will start promoting the game in a big way.

**I remember when you announced to press a couple of years ago that you were going entirely free-to-play there was a lot of concern then. And now we see the problems Crytek has experienced. Can you understand the link between the two?**

**Cevat Yerli:** I completely understand how people are following that kind of thinking. But my intention and my promise is benevolent in this. I do want the best for gamers and I do want to make the best service for gamers. I want to create game experiences that get better and better. Yes, online services need a lower spec experience to begin with. However, we're fully committed to making Warface a high end experience targeting high end gamers, same as with any game we do.

We are committed to a high quality with online and free-to-play games. But also we're committed to making them a fair hobby style experience. Every game is not there yet. In this case it's going under a lot of scrutiny to make sure it turns into a hobby and does not try to sell you something constantly.

We're gamers ourselves. We don't want to play an economical store font. We want to play a game I want to spend money in. I don't like the retail market because with retail games my experience is, when I buy a game sometimes just after one or two hours I feel like I made the wrong purchase. That should not happen with an online service. An online service should allow me to test the game. If you like it you could invite your friends, turn it into a hobby, and then you can start spending money if you want to. You don't have to spend money in our games.

**MORE STORIES |**




**Brendan "PlayerUnknown" Greene moves on from PUBG**

Brendan Greene, aka PlayerUnknown, has moved on from PUBG to build a new division focused on research and game developme...

**Thanks for your time.**

Buy Crysis 3 from Amazon[?]

*Sometimes we include links to online retail stores. If you click on one and make a purchase we may receive a small commission. For more information, go here.*

**Jump to comments (192)**

**GAMES IN THIS ARTICLE |**

| Arena of Fate | Crysis 3 | Hunt: Horrors of the Gilded Age | Ryse: So |
|---|---|---|---|
| News (3) | Crysis 3 Review | News (3) | News (6) |
| Features (1) | News (29) | Features (2) | Features ( |
| + Follow | Features (6) | + Follow | + Foll |
| | Videos (5) | | |
| | + Follow | | |

**ABOUT THE AUTHOR |**



**Wesley Yin-Poole**
Deputy Editor

Wesley is Eurogamer's deputy editor. He likes news, interviews, and more news. He also likes Street Fighter more than anyone can get him to shut up about it.

**More articles by Wesley Yin-Poole**









**PayPal Business in a Box** | **The big interview: Phil Harrison and Majd...** | **Bethesda's doing E3 this year** | **Data miners think they've uncovered evidence of...** | **The Simpsons does esports this weekend...** | **The Division 2 delivers impressive tech and...**

Ad PayPal for Business | eurogamer.net | eurogamer.net | eurogamer.net | eurogamer.net | eurogamer.net

---

**COMMENTS (192)** |

Hide low-scoring comments  Yes  No    Order  Newest  Oldest  Best  Worst    Threading  Expand all  Collapse all

ADVERTISEMENT |

**Optimaximal** | 5 years ago
> Some people were very impatient and got angry at the smallest delay.

That's a horrible, self-centered and bitter thing to say.

'Some people' have their own lives to lead, possibly with things like loans and mortgages tied to their pay packet. To negotiate extensions or holidays on them is time-consuming, stressful and ultimately damaging to a persons credit rating and personal situation.

Only a multi-millionaire could think that people *wouldn't* be massively harmed by 'delayed pay'.

Fuck you Cevat - once again you prove that you're a horrible human being.

Reply                                            ▲ 224  ▼ 14

---

**Eighthours** | 5 years ago
I have to say that his attitude towards the staff who had the temerity to complain about not getting paid is one of the most disgusting things I've ever read on Eurogamer. Shameful.

Reply                                            ▲ 173  ▼ 9

---

**George-Roper** | 5 years ago
> ...and explains why he's sticking with free-to-play.

There was absolutely no reason to read on. Any company who 'transforms' to F2P is asking for trouble.

It's a fickle, entirely uncertain market and one thing you'd better have is another source of dependable income to supplement whatever F2P revenue you have coming in.

Seriously.

Edit? So yeah, I decided to read on anyway, then stopped almost immediately when...

> We knew free-to-play or games as a service - online services in general - will become the future of gaming.

Over a million sales of DayZ at £19.99 beg to differ. You're doing nothing but jumping on a non-existent bandwagon and it's ruined your business.

Well done.

Reply                                            ▲ 163  ▼ 7

---

**GooseUK** | 5 years ago
Wow Eurogamer really went hard with those questions. That was tough to read!

Reply                                            ▲ 144  ▼ 2

---

**Outpostmodern** | 5 years ago
Great interview. Asked a lot of questions that needed to be asked.

Reply                                            ▲ 128  ▼ 0

---

**Liuwil** | 5 years ago
What a dick!!!

My internet provider demands his payment to be on time. My bank requires their payment to be on time and will charge me extra if I'm late. Water and electricity payments are also expected to arrive on time. And my family expects to eat daily.

Why should I be OK with my payments being late? The employer is in no position to question my expectations of him paying me on time. When I sign a contract, it states that I'm going to get paid for the job I do. It also states when am I going to get paid and how much. Is it wrong of me to expect to get paid on time for the work I do? I don't think so.

Reply                                            ▲ 122  ▼ 0

---

**Bitsnark** | 5 years ago
"So no Crysis 4 in development right now?"

"Cevat Yerli: Don't know."

"You would know. No-one else would know."



"So no Crysis 4 in development right now?"

"Cevat Yerli: Don't know."

"You would know. No-one else would know."

Crying.

Reply                                              ▲ 92   ▼ 2

**grassyknoll** | 5 years ago

Must have been a bit harder for the workforce who had no wages with mortgages to
pay & children to feed. Hope most of them leave this sinking ship.

Reply                                              ▲ 89   ▼ 4

**Innes** | 5 years ago

twot

**jonc24** | 5 years ago

That was a seriously good interview. Wesley Yin Paxman!

Yerli's attitude is truly disgusting. He also has the cheek to say that he wasn't paid
either?! That' standard procedure for a business owner. It's heavily balanced by the
fact that when times are good, you get more than your fair share. I don't know how
you kept your cool Wesley but well done.

Reply                                              ▲ 65   ▼ 0

**LukehMuse** | 5 years ago

In fact the UK operation at one point planned to resurrect Timesplitters. But that has
now changed. So we will figure out something definitely for Timesplitters, but the
time has not come yet.

*goddamnitineedsomethingtoholdontobeforeiflipthisstupidtableoverargh*

Reply                                              ▲ 61   ▼ 0

**BarryBrummie** | 5 years ago

Great interview, didn't hold back with the questions. Good read.

Reply                                              ▲ 57   ▼ 0

**jabberwocky** | 5 years ago

we will figure out something definitely for Timesplitters, but the time has not come
yet.

A million angry gamers could tell you otherwise.

Reply                                              ▲ 54   ▼ 2

**Innes** | 5 years ago

@MalekBB Hes trying to explain away that he made the best decision out of two bad
choices. The fact is he let the UK office get to the point of having no cashflow and not
being able to pay staff for what? 2-3 months waiting on more money. This is NOT
how you do business in the real world.

Absolute shambles, must have an ego the size of the moon to come to EG and give
an interview trying to play the saviour.

**Dizzy** | 5 years ago

We knew free-to-play or games as a service - online services in general - will
become the future of gaming. We've known this for a while

Just no...

Obviously they are not the sharpest tools in the shed.

Reply                                              ▲ 52   ▼ 2

**foxdie_01** | 5 years ago

"Some people were very impatient and got angry at the smallest delay [in wages]"

That might be because they have mortgages and a family to feed.

Reply                                              ▲ 47   ▼ 0

**spamdangled** | 5 years ago

"There are expectations from some staff that aren't realistic."

Like being paid on time?

Reply                                              ▲ 45   ▼ 0

**trampstar** | 5 years ago



"There are expectations from some staff that aren't realistic."

Reply | ▲ 45 ▼ 0

**trampstar** | 5 years ago
Anybody who has suffered Warface will see that Crytek are fast going the way of the dinosaur. And if thats the future of my hobby, then I'm going to find a new one.

Reply | ▲ 43 ▼ 0

**Baihu1983** | 5 years ago
Don't think I've seen someone in the gaming industry come off as such a dick as this guy does in this interview.

Reply | ▲ 44 ▼ 1

**Sodding_Gamer** | 5 years ago
Holy crap I love you Eurogamer. You really nailed this interview and asked the questions that needed to be asked.

Really went to town on him and rightfully so. Great read.

And my conclusion from this? Cevat is a tit and has no idea what he is doing.

You should be dabbling in new markets like Free-to-play as a side project. Not focusing everything on free-to-play. But from a financial point of view you should be sticking with the safe market of normal retail games. Free to play is a really unknown future and just jumping the gun and going all in is a massively stupid decision in my opinion.

Reply | ▲ 41 ▼ 0

**Malek86** | 5 years ago
He seems a bit too full of himself. He's essentially blaming those guys who weren't getting paid for "not being patient enough".

And I would be a little more trustful of their F2P ideas if Warface had done better. It hasn't, so it's all up in the air. Maybe they can do well, but I still haven't seen anything that screams to me "hey guys, we have an idea for an awesome F2P concept that nobody has done before and will make us a lot of money!". If they can only make F2P shooters, and they don't do well, why would anyone trust them?

I'm now very curious to see what exactly is this deal that has saved the company, and who was involved. Maybe at Gamescom.

Reply | ▲ 40 ▼ 0

**Rogueywon** | 5 years ago
My god...

First of all, kudos to EG for the interview. No punches pulled on the questions - a welcome break from the usual "please tell us how great you are" exercises that passes for an interview in gaming journalism.

But oh my word that guy comes over as a very, very nasty piece of work. And I wonder whether he's cleared his answers with lawyers before he gave some of them. Because he appears to have said that the company had the ability to pay salaries (at the cost of its continued viability) but chose not to do so.

To be clear, a company has a contractual relationship with its staff and is obliged by lawe to pay them. If a company fails and goes into administration with salaries unpaid, then employees go onto the list of creditors to be dealt with in administration (where they may or may not get any money out - they come quite a way down the list of creditors, though still above end-customers).

But in this case, Crytek was not in administration and, taking this interview at face value, made a conscious decision to breach legally binding contracts. You cannot default on a contract because doing so would put you out of business; you have to go out of business first and then let the administrators decide how to manage your contract defaults.

If I was one of the former Crytek UK employees (now working for a company in different ownership), I'd certainly be taking legal advice at this point.

Of course, the interviewee might be getting the sequence of events wrong - but that's why you clear these lines with a lawyer first.

Reply | ▲ 40 ▼ 1

**monkeighy** | 5 years ago
I think categorising their staff complaining about delayed pay as an issue of loyalty and members of staff not being committed to the team is pretty insulting.

Not getting paid on time, or payments being delayed for months is a really big deal for most people, especially in a tough economic climate where most people don't have savings to fall back on. Being loyal to the company doesn't pay rent or bills and painting members of staff who complained about delays as disloyal is exactly the kind of thing that created the uproar in the first place.

> Some people live in very tight financial planning. That's their own privacy. They can do whatever they want. Those guys, when they get under pressure it can become emotional.

It is very easy for someone who earns a lot of money to look down on people who don't have the savings to provide a safety net in these kinds of situations. But the reality is that people don't generally choose to live from pay cheque to pay cheque and in a lot of cases it is a necessity.

Reply | ▲ 39 ▼ 1



emotional.

reality is that people don't generally choose to live from pay cheque to pay cheque
and in a lot of cases it is a necessity.

Reply                                                                                      ▲ 39  ▼ 1

**mathieusailtothemoon** | 5 years ago
You paid the price for your arrogance.

Reply                                                                                      ▲ 37  ▼ 0

**wyp100** (Staff) | 5 years ago
@Outpostmodern Thanks!

Reply                                                                                      ▲ 36  ▼ 0

**Darth_Flibble** | 5 years ago
What a massive egoistical twat, so up himself and blames everyone else. Also has the
nerve to blame people that not been paid. What a cunt! This piece of crap is going to
run whats left of the company into the ground. The F2p gamer is so fickle of what they
play, they play the game for a month then they will play the next shiny game.
Becoming some f2p company is a realy bad move

Reply                                                                                      ▲ 35  ▼ 0

**AgentDaleCooper** | 5 years ago
Crysis 3 flopped hard and deserved to. That's why they got into shit. The game was
an overblown tech demo half the size of the previous entries, which Yerli peddled as
being a "masterpiece".

When it comes to spin and BS, Yerli is second only to Molyneux.

Reply                                                                                      ▲ 32  ▼ 0

**Pandy** | 5 years ago
Great interview. Cheers, EG.

> We knew free-to-play or games as a service - online services in general - will
> become the future of gaming

Good luck with that.

Reply                                                                                      ▲ 31  ▼ 0

**leeroye** | 5 years ago
@bf idiotic comment. Of course our bills are our responsibilty. We work to pay them.
If we dont get paid for the work we have done how can we then pay our bills. I have
read some crap comments on here but that has to be one of the worst. Go and
educate yourself.

Reply                                                                                      ▲ 29  ▼ 0

**RoOhDaMite** | 5 years ago
"was a strategic sell as well as downsizing costs so we are better equipped towards a
future of games as a service."

That's like throwing your parachute out of the plane because it was weighing too
much.

Reply                                                                                      ▲ 28  ▼ 0

**scuffpuppies** | 5 years ago
@bf

> If your cash flow ebbs because your employer can't pay you you have to make other
> arrangements or find another employer. This is by no means easy, unemployment
> and job hunting never has been for me, but it is still your responsibility to settle your
> accounts, not your employer.

What bullshit.

If you contractually hire someone to do a job, they contractually complete the work
for that job, you are contractually obligated to pay for the work on the contractually
agreed upon time.

I understand "shit happens", to but imply that in such instances the responsibility falls
to the employee and not the employer to meet financial obligations, is bizarre.

People have mortgages, children in schools, credit cards to pay off, bank loans to
meet, all set upon an agreed time of payment. If your employer fails to pay you for
the work you've completed, the ramifications are quite damaging. To simply find a
new employer and possibly having to relocate a family is a mammoth task. Not
forgetting your wife/husbands employment possibly in the same region, and your
children's school etc. It's not an easy option.

Reply                                                                                      ▲ 28  ▼ 0

**Cartho** | 5 years ago
Superb interview.

Some pretty bad sounding stuff here. I really took away from it the sense that people
were unhappy at not being paid, and that Cevat didn't understand why. He kept
saying "it's not that that they were unpaid, we just had to delay."



Carlho | 5 years ago
Superb interview.

Some pretty bad sounding stuff here. I really took away from it the sense that people were unhappy at not being paid, and that Cevat didn't understand why. He kept saying "it's not that they were unpaid, we just had to delay."

Perhaps he doesn't realise how important getting paid at the end of the month really is for people with a house / family / mortgage / bills / mouths to feed. Having payment delayed can be almost as bad as not being paid at all in some situations, especially if the delay stretches over multiple months.

I also found this morsel very interesting:

> We are not 100 per cent happy with Xbox One sales right now. So we want to wait till the current gen and next gen catches up

Microsoft will not be happy about him saying this. He didn't say it, but was he perhaps making a subtle reference to the Xbox being trashed month for month by PS4?

I wonder how many other devs / publishers feel this way. I bet EA were thinking along those lines this Spring when they launched Titanfall - "did we bet on the wrong horse?" "Did we get enough money for that exclusivity arrangement?"

Reply                                                                          ▲ 27   ▼ 1

---

Subdominator | 5 years ago
@Optimaximal Thank you for posting what I was about to post.

All I get from this well done interview is that the inevitable is just delayed. There is no way they can pay 700 or 900 people month by month with F2P titles. And selling future revenue in advance means that at least one of those games won''t even contribute to the revenue stream. Crytek is done for, they can only survive if they concentrate on two or three studios and do what they do best: Graphically impressive singleplayer shooters. Because everything else they tried is abysmal at best.

Reply                                                                          ▲ 25   ▼ 0

---

abeeken | 5 years ago
> Some people live in very tight financial planning. That's their own privacy. They can do whatever they want.

Wow. This took me aback somewhat; I guess he meant "That's their problem"? Actually, it's not. It is up to the employer to ensure that they can LEGALLY pay the staff that they hired on contract. How self centered of this individual. I can only imagine he was still drawing a wage through all of this. Having worked for people who take a similar attitude to their workforce - "It's not my problem; do your work and quit whining." I feel genuinely upset for those people who have been affected by this.

Reply                                                                          ▲ 34   ▼ 0

---

monkeighy | 5 years ago
@bf That is exactly why notice periods exist so that if you are made redundant you have time to find other employment. That is a very different situation to suddenly finding out that you aren't going to be paid at the end of the month.

Employees have a contract that states when they are paid and companies have agreed to honour that. It is the companies responsibility to pay their employees as much as it is the employees responsibility to honour their financial commitments. You can't absolve the company of responsibility by demanding that the employee fulfil theirs.

Reply                                                                          ▲ 24   ▼ 1

---

Guy.J. | 5 years ago

I meant to do that

Reply                                                                          ▲ 20   ▼ 5

---

Photeck | 5 years ago
Post deleted

---

DaManWithManyCheeses | 5 years ago
@spamdangled Exactly, what an arrogant clown this guy is. It's amazing how quickly rich people lose sight of the value of money......



Post deleted

**DaManWithManyCheeses** | 5 years ago
@spamdangled Exactly, what an arrogant clown this guy is. It's amazing how quickly
rich people lose sight of the value of money......

"Cevat Yerli: We didn't get paid, too."

My heart bleeds. Not getting paid when you're CEO is hardly the same thing as not
getting paid when you're an employee. A lot of people live month to month, so yeah
not getting paid IS a big deal... especially when it's your employer who is in breach
of contract.

Reply                                                        ▲ 21   ▼ 0

**Deepo** | 5 years ago
Seems like Crytek is transitioning away from my wallet then.

Reply                                                        ▲ 21   ▼ 0

**Softie2k** | 5 years ago
They didn't pay the price, their employees did.

Reply                                                        ▲ 19   ▼ 0

**Lalaland** | 5 years ago
The entitlement on display from Cervat is mind boggling here, you are not entitle to
'delay' payments to staff and expect them to be cool with this. You don't get to
whine about 'loyalty' when you fail in your contractual obligations to pay people.
There is just no sense this guy is even capable of conceiving that any of this might be
the result of strategic missteps or hubris. The US market is one of the most heavily
studied for costs on earth, how did they get their sums so badly wrong?

Reply                                                        ▲ 18   ▼ 0

**wyp100** (Staff) | 5 years ago
@BarryBrummie thank you!

Reply                                                        ▲ 19   ▼ 1

**scuffpuppies** | 5 years ago
Wesley, without a doubt the best interview EG have ever published. Well done.

Reply                                                        ▲ 17   ▼ 0

**anephric** | 5 years ago
@bf Do you work for Wonga or something?

Reply                                                        ▲ 17   ▼ 0

**Archronos** | 5 years ago
Cevat Yerli definitely sounds like a trustworthy manager I could work for, if it was my
first job and I had no self respect for myself of course. What a dick. It's like witnessing
the collapse of Team Bondi all over again. Another testament to executive
management being okay as long as they have money, fuck the little guy.

Thanks for outing this Wesley, your aggressive interview style there was fantastic and
Eurogamer are privileged to have you in the ranks.

Reply                                                        ▲ 17   ▼ 0

**MrSandwichHead** | 5 years ago
What Crytek need to do is:

Release the Crysis Trilogy including all DLC on next gen consoles

Give the green light for a Timesplitters HD remake

Start programming a new Timesplitters sequel using the new Cryengine

Drop that MOBA game which is already 12 months too late as it is

Take the Crysis franchise back to its roots

Sack him

Reply                                                        ▲ 17   ▼ 0

**Valska** | 5 years ago
Holy Christ this interview is just surreal. O_O

Yerli needs to get a grip. He comes across as not giving a fuck about the people his
company employs.

I like the games they make but this interview paints such a bleak picture of Crytek's
leadership.

Reply                                                        ▲ 16   ▼ 0



company employs.

leadership.

Reply                                                    ▲ 16    ▼ 0

**paulboy81** | 5 years ago

Interesting read, nice to see Eurogamer stick it to them with the questions, even if
Yerli seems intent on dodging them where he can.

I hope for the sake of the company that his reluctance to really admit where they
went wrong is more of a face saving technique than it is a business mantra going
forward, because they're royally fucked if it's not.

We'll be having this same interview a year or two from now.

Reply                                                    ▲ 16    ▼ 0

**oldskooldeano** | 5 years ago

@wyp100 Good stuff Wes. This is the kind of thing that makes EG special.

Reply                                                    ▲ 16    ▼ 0

**jayolad** | 5 years ago

@wyp100 Probably the hardest hitting interview I have read on this site. Some
difficult questions asked without sugar coating them. Great read.

On a slight aside, I would love to know your personal feelings towards Mr. Yerli after
having spoken to him. Understand you probably can't express them, but it would be
very interesting!

Reply                                                    ▲ 16    ▼ 0

**DigitalEnemy** | 5 years ago

Wesley fucking OWNED him in that interview.

Reply                                                    ▲ 16    ▼ 0

**ziggy_played_guitar** | 5 years ago

@abeeken: Exactly. That "Some people live in very tight financial planning. That's
their own privacy. They can do whatever they want." was really bad. He means
people don't save money for these times when I decide I'm not paying for their work.
What a twat, he's almost saying it's their fault.

Note to self: don't do Crytek again.

Reply                                                    ▲ 16    ▼ 0

**MrSandwicHead** | 5 years ago

An arrogant prickWhy didn't they offload the Ryse IP to MS when they asked for it???
It's mediocre at best according to reviews and that would have generated $$$$ for
themTheir main IP's they've let go to shit or sold them on - Farcry and CrysisHe's a
fucking bad tosser and his attitude/shortsightedness will be the death of Crytek

Reply                                                    ▲ 15    ▼ 0

**jammers101** | 5 years ago

@bf So instead of staying with an employer who is telling you that you will be paid
soon (even though it could take a long time), anyone who has a pay cheque even
slightly delayed needs to walk out the door into potentially months of job hunting to
try and cover their short term bills.... Are you George Osborne or just a bit thick?

**InsanityPrelude** | 5 years ago

I'm just in utter disbelief after reading this interview. Kudos to Wesley Yin-Poole for
not holding back with the questions. Cevat Yerli must be incredibly unpleasant in
person.

Reply                                                    ▲ 15    ▼ 0

**umairkhan** | 5 years ago

So it's official , Crytek is gone . Cevat have no plans to go back to their roots . Instead
they are still chasing F2P money , which will kill their company but this guy is still too
arrogant to see that .

Can't believe he was involved in masterpiece games like Far Cry , Crysis and Crysis
Warhead .

Reply                                                    ▲ 14    ▼ 0

**wyp100** (Staff) | 5 years ago

@davidholland if you need to get anything off your chest please send me an email
wes@eurogamer.net - all off the record of course

Reply                                                    ▲ 15    ▼ 1

**imagonnawin** | 5 years ago

Great line of questioning team, unrelenting. Please take this attitude forward with

wes@eurogamer.net - all off the record of course

**imagonnawin** | 5 years ago

Great line of questioning team, unrelenting. Please take this attitude forward with other major interviews you do even if the PR people get upset. I'd much rather read a short interview terminated because they refused to answer worthwhile questions than a long interview filled with the same touchy-feely, press statement bullshit as every other site. If they want promotion they should fucking earn it.

Daily hate phrase: games as a service

Reply                                                                                           ▲ 14  ▼ 1

**Hyland** | 5 years ago

Painful read but a great interview nonetheless. Thumbs up, EG.

700 employees, sticking with F2P and shit leadership. Yep, this is going to end well. Inevitable trainwreck in 3...2...

Reply                                                                                           ▲ 14  ▼ 1

**DacoitOne** | 5 years ago

In relation to newer Crytek output however Warface is the kind of game I never thought I'd see them produce as it is nothing short of fucking horrendous. It makes Crysis 3 look like the TLOU of the fps genre.

Reply                                                                                           ▲ 13  ▼ 0

**rhyfel** | 5 years ago

crytek's problem is Cevat yerli.

Reply                                                                                           ▲ 12  ▼ 0

**Cartho** | 5 years ago

Oh, and as an aside, EG forgot to ask the MOST IMPORTANT QUESTION:

"Which tit at Crytek thought 'Warface' would be a good name for a game?"

I mean really, Warface? Honestly? That's the best they could come up with?

Reply                                                                                           ▲ 13  ▼ 1

**KissMyAssCevat** | 5 years ago

Speaking as a wife of an employee of Crytek, for now...Are you fucking kidding me? Really, management in Austin agreed to close the Austin studio? Costs were high? Production wasn't good enough? Move the game to be closer to home? He disgusts me! I don't believe a single word out of his slimy mouth. Inconvenience payments? Where, when? How bout receiving current paychecks cuz they're behind AGAIN! Oh, and let's not forget that the Austin staff are welcome to apply for a job in Frankfurt...gee thanks. Please them to apply for a job to work on Hunt in Germany that they were already doing here in Austin!

Reply                                                                                           ▲ 12  ▼ 0

**Tup3x** | 5 years ago

If they keep this free-to-play nonsense attitude I can guarantee that they will keep having lots of problems in the future.

Reply                                                                                           ▲ 12  ▼ 0

**Bennicus** | 5 years ago

Well that wasn't very convincing! He doesn't strike me as the most self-aware chap if he thought that interview was a good idea.

Reply                                                                                           ▲ 12  ▼ 0

**Calverz** | 5 years ago

Please just sell the Timesplitters franchise to somebody who will take care of it. Right now Crytek don't deserve it. The decision to make another Homefront game ahead of Timesplitters is shocking. Even an HD remake of two or three would suffice to hold people over. But no. that would make too much sense. Lets make another Crysis game and Homefront.

Reply                                                                                           ▲ 14  ▼ 2

**kangarootoo** | 5 years ago

"again delay... it's not that they didn't get paid, they got delayed"

Should I ever find myself without a monthly income, I shall tell that to my bank when they ask for a mortgage payment.

"Some people were very impatient and got angry at the smallest delay"

Calling people "very impatient" because they got pissed off when their entire wage was unpaid at the normal time, is quite something. This guy has clearly lost touch with what it is like for junior and mid people on the studio floor. Patience is a choice, fear is not, and I think he is confusing the two.

Document title: &quot;The transformation was painful. We paid the price&quot; • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-08-08-the-transformation-was-painful-we-paid-the-price
Capture timestamp (UTC): Thu, 21 Mar 2019 21:30:19 GMT

Exhibit 3
48

Calling people "very impatient" because they got pissed off when their wage was unpaid at the normal time, is quite something. This guy has clearly lost touch with what it is like for junior and mid people on the studio floor. Patience is a choice, fear is not, and I think he is confusing the two.

Reply

▲ 12 ▼ 0

**Eldritch** | 5 years ago

"That struts and frets his hour upon the stage. And then is heard no more: it is a tale. Told by an idiot, full of sound and fury, Signifying nothing."

Macbeth, Act 5, Scene 5

Reply

▲ 21 ▼ 10

**sadprogrammer** | 5 years ago

Mr. Wesley, you have a good pair of balls right there, congratulations for the interview.

I made an account here just to say that I found myself in a very similar situation a couple months ago (another company, another country, much smaller than Crytek, basically f2p crap only -and yes, it is not making them rich!-). It makes me extremely sad and frustrated that all the bullshit Cevat said is pretty much the same shit my studio director told me to my face: we are ok, the company will be ok, how comes nobody knows about the delays that everybody knew would happen, we have awesome communication with the team, we are looking for custom solutions for each individual (I have a solution for you: pay the fucking salaries on time! that will solve the problems for everybody!), we appreciate the effort, blabla bullshit bullshit.

It is so frustrating to be giving your time, your soul, all your passion to make the best thing you can and be treated like shit so hard that... it kills you slowly. Get "emotional" because you cannot sleep at nights worried about your family, because you cannot pay your rent, or even have money enough to buy food. TO BUY FOOD. Obviously it is possible to save some money, but where the fuck do these guys think that most of the savings go? Obviously not to a time deposit account with the best possible interest rate my friends, because all your savings should be always ready to be used in case you will not get paid! In our case, we received ZERO notifications previously that delays would happen. The notification came AFTER the payment time was ever. It wouldn't surprise me if it was the same on Crytek.

Fuck this shit. I managed to escape from my company (we are sadly not very easily "let go"), but seriously, this is terrible. And seeing that it's not happening on one but several companies... I wonder how many others are in similar situations. How many others have to wait (like in my case) up to 36 days or more to get paid. How many have to swallow all this shit and fear for sustaining their families while this arrogant, selfish, utter piece of shit goes claiming he is a good boy scout trying to save his company and is "a bit sad because the people are impatient to get paid". Good I don't see an interview with my ex boss, because... as they say, "God, give me patience, because if you give me strength, I will rip them all to shreds".

If any of you read this (Cevat, my ex-boss, or any other asshole of the same caliber), let me tell you one thing, you geniuses: the "company" is not the IP's, or the directors or the shareholders, the companies are us, the ones who actually put our effort and passion and energy and soul into the products you sell to feed us and your pockets. If only "a few" got pissed off at you, you can count yourself extremely lucky. Shame on you.

Reply

▲ 11 ▼ 0

**Lunatic4ever** | 5 years ago

If games like Warface are the what he calls the future of gaming...well then...we're fucked

Reply

▲ 10 ▼ 0

**ludodown** | 5 years ago

Publishers who are putting all focus and plans into free-to-play and 'games as services' are forgetting the large market for self-contained, lengthy single player focused games like Skyrim and The Last of Us. If those sort of games vanish from the gaming landscape, then that's my hobby gone too. I'm just not interested in subscriptions, micro-transactions, multiplayer-focussed etc. I work full time and like a quality, finished, good value game that I can load up when I like and return to years later, or having the option of simply not buying a new game on any given month because I'm skint (which you can't with a subscription). Clearly sales charts show a lot of people feel the same.

**gavinmillar** | 5 years ago

@Suarez07 I would expect my employer to meet the terms of my employment contract, or go bankrupt. An employee's wages should not be used to bail out a failing company. In the long term, the employees would be better off with a fair severance package and a job at a respectable company.

Reply

▲ 10 ▼ 1

**slk486** | 5 years ago

@George-Roper Whole heartedly agree. For once ;)

Reply

▲ 9 ▼ 0

**OmegaNemesis28** | 5 years ago

Shame about the Austin studio. When I heard that opened up, as a student, I tried to hop on board that train. Some good people over there. Good luck guys :)

Reply

▲ 9 ▼ 0





**OmegaNemesis28** | 5 years ago

Shame about the Austin studio. When I heard that opened up, as [...] to hop on board that train. Some good people over there. Good luck guys :)

Reply

▲ 9  ▼ 0

**gruntboy** | 5 years ago

I wish all interviews with senior industry people were as direct and downright persistant as this. Would make the typical E3 cookie-cutter interview affairs far more entertaining. Congrats to WYP for cutting to the chase.

I do think that Cevat Yerli could do with some interview training though. He might be speaking frankly, but boy does he know how to dig himself into a massive hole.

Reply

▲ 9  ▼ 0

**RGeefe** | 5 years ago

I got as far as "games as a service" and gave up

Edit: Actually read further and, having been in a SME that was facing liquidation, we were actually given the option of delayed payment with more money or immediate pay but immediate redundancy. To read Cevat's attitude as one which he was financially stable, albeit not gaining the profit he wanted, but still felt the need to delay payment brings to mind one word - **cunt**.

Reply

▲ 9  ▼ 0

**arcam** | 5 years ago

Great interview, nice one Wes!

And respect to Yerli for answering candidly, even if his answers weren't weren't what people will have wanted to hear.

Reply

▲ 11  ▼ 2

**CaptainFalcom** | 5 years ago

The best interview I've read in years.

Congratulations!

Reply

▲ 10  ▼ 2

**ollyn** | 5 years ago

Ironically if you make a game F2P it has to be excellent. Retail releases can sometimes be mediocre and still sell, but nobody is going to buy micro transactions in a F2P game that is mediocre especially when there is a lot of choice available.

If you go into F2P you have to better or at least as good as TF2, PS2, DOTA, LOL. These are games that control the space and they aren't there because they're free to play they're there because they are damn good games that lend themselves well to the sales model.

If you have a good idea and a good game that will fit with F2P that's great. If you are restructuring and manipulating a company into a position it isn't suited for then you will ultimately fail.

**wyldefire** | 5 years ago

Cevat must already regret doing this interview because this is pretty damning.

Great job EG. Articles like this are the difference between journalism, and just reporting the news.

Reply

▲ 9  ▼ 1

**bentaylor1** | 5 years ago

I wouldn't be sad if crytek were to never release a game again to be honest..

great teams like bizzare creations dissapeared and they made GREAT titles, now that I was sad about. :(

**Negotiator** | 5 years ago

Crytek will be closing for good in a year, their games are not good enough and they sell average amounts nothing more. This free to play model is not working for them because the games are not good enough to build up a following.

Reply

▲ 8  ▼ 0

**Nazo** | 5 years ago

Great job that Wes, asked the tough questions and didn't let him off the hook. You've come a long way with your interviews, well done.

Reply

▲ 8  ▼ 0

**Sapporodan** | 5 years ago

"The transformation was painful. We paid the price"

No the people who are now jobless paid the price, you nasty man.

Document title: &quot;The transformation was painful. We paid the price&quot; • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-08-08-the-transformation-was-painful-we-paid-the-price
Capture timestamp (UTC): Thu, 21 Mar 2019 21:30:19 GMT

Exhibit 3
50
Page 18 of 32



**Sapporodan** | 5 years ago
"The transformation was painful. We paid the price"

No the people who are now jobless paid the price, you nasty man.

Reply

**OptimumSlinky** | 5 years ago
Cevat is a twat, but props to EG for actually asking some tough questions.

Reply                                                    ▲ 7  ▼ 0

**Ziggy_badMonkey** | 5 years ago
Great article that gets the right questions answered.
Ridiculous situation as @Rogueywon mentioned.
You don't pay staff on time and you are in breach of your fiduciary duty as a director of the company, the company is insolvent and is illegally trading.
He comes across as someone who has few mill in the bank and can't see the problem with being paid late....
Twat of the highest order, I wouldn't even want to work with this guy running the company and would be planning an exit strategy straight away !

**docexe** | 5 years ago
The interview was interesting overall, although it confirmed the rumors I had read about this guy being a tool. In particular, those answers related to the unpaid wages really upset me. That's an incredibly disrespectful and dismissive stance on people who had to go unpaid for two freaking months. It hits specially close to home as someone who lives in a country where the vast majority of the population has to live from day to day because wages are so pathetically low while the prices for goods and services just keep raising.

It's also obvious he is sugarcoating how serious the issues of the company were. Fun fact: What matters the most for a company's financial health is the cash flow. A company can sustain years upon years of losses (even millionaire ones), but as long as it has the cash flow to keep its operations alive and active, it can carry on. If you hit a point where your only options are downsizing, filing for insolvency or stop paying your employees (and in the end you still ended downsizing and delaying payments for two months)... well, sorry to say this, but then you really screwed up and your company was in genuine danger of going bankrupt.

Reply                                                    ▲ 7  ▼ 0

**Peter_LIAR_Molyneux** | 5 years ago
Fantastic interview Eurogamer!

Reply                                                    ▲ 7  ▼ 0

**iconld** | 5 years ago
Wow, almost like an interrogation :) Cevat was really pushed here, interesting read. But what about that game service he keeps mentioning.... don't know if that sounds right... has to do with the free 2 play business becoming premium?

Reply                                                    ▲ 7  ▼ 0

**killersrquiet** | 5 years ago
Crytek ,, making the transition from shit AAA games towards shit f2p games

Reply                                                    ▲ 8  ▼ 1

**7M7** | 5 years ago
> That's ultimately what we want to build - the best experiences driven by the community.

Everything that's wrong with modern gaming, summed up in one gloriously duplicitous sentence.

But it sounds so positive doesn't it? Let's get one thing straight here: creating the BEST experience, should be driven by the professionals. They're the ones who are supposed to possess the skills and experience to deliver a quality product or service.

That's what they're paid for. Or not....

Yes that's right, services too. People don't subscribe to other services such as Netflix or even Sky expecting to help "drive the experience". You've paid for a service and you damn well expect it to work!

Don't get me wrong, dealing with consumer complaints and expanding the range of services available is really important.

But this isn't entirely true of what's happening when games are sold as a service. What's happening is they're rebranding *customer complaints* to *community feedback*. Its a PR lie and too many gamers are falling for it. Just ask yourself whether people would put up with 6 months of crap with their gas/electricity supplier like gamers did with Battlefield 4?

I don't know how the game industry has got it into its head that providing a service instead of a complete game is a greenlight treat customers like dirt, but that's where we're at.

And its precisely why I won't engage in this system of delivery until the industry acts with more integrity, or else find themselves regulated more closely. Just like any other service. Would this revolutionary transformation to service provider seem so appealing to the industry then I wonder?

Reply                                                    ▲ 7  ▼ 0

Document title: &quot;The transformation was painful. We paid the price&quot; • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-08-08-the-transformation-was-painful-we-paid-the-price
Capture timestamp (UTC): Thu, 21 Mar 2019 21:30:19 GMT

Exhibit 3
51



instead of a complete game is a greenlight treat customers like dirt, but that's where
And its precisely why I won't engage in this system of delivery until they at the acts
with more integrity, or else find themselves regulated more closely than any
other service. Would this revolutionary transformation to service provider seem so
appealing to the industry then I wonder?

Reply                                                                    ▲ 7 ▼ 0

**kangarootoo** | 5 years ago
@Suarez07

The two are not mutually exclusive. In the end, it may be said that they took the best
course, that short term hurt resulted in a more stable future for their employees. That
doesn't mean a little more understanding and respect for those most affected
wouldn't go amiss.

All I have to go on is this interview, yet just based on the words he was happy to say
in public, I am getting a read of how this guy thinks about his employees. So Christ
knows what was said behind closed doors. And when I got to the bit in the interview
about accusations of arrogance, and the suggestion that he had said people were
lucky to get paid, the faintest 'click' sound could be heard.

Reply                                                                    ▲ 7 ▼ 0

**umairkhan** | 5 years ago
@Cartho At least it wasn't CryFace or WyrFace .

Reply                                                                    ▲ 6 ▼ 0

**wyp100** (Staff) | 5 years ago
@OmegaNemesis28 you're suggesting I don't ask about Crysis?

Reply                                                                    ▲ 7 ▼ 2

**DoKtoR** | 5 years ago
@Suarez07

I don't know what you earn, but these were well paid professionals, who should be
able to have a bit stashed away or arrange temporary loan or pay with a credit card
any bills for few months. They weren't working as cake in tesco or something

I think you'll be surprised then at how little graduate programmers get paid - it's not
far off Tesco wages.

Reply                                                                    ▲ 5 ▼ 0

**wyp100** (Staff) | 5 years ago
@jonc24 Thanks!

Reply                                                                    ▲ 5 ▼ 0

**Optimaximal** | 5 years ago
@davidholland Please do. Blogger, Tumblr or Wordpress should give you a nice
platform.

Unless you're NDA'd, I guess...

Reply                                                                    ▲ 5 ▼ 0

**bobmcboomboom** | 5 years ago
I honestly thought MS was the one who bought them. Could use some more first
party studios and they do have one awesome engine capable of powerful graphics.

Reply                                                                    ▲ 5 ▼ 0

**onyxbox** | 5 years ago
Sounds like this guy went to the shitty school of management.

Reply                                                                    ▲ 5 ▼ 0

**Monkey_Chops** | 5 years ago
Love Eurogamer's "Don't give me that bullshit" interview. Good job!

Reply                                                                    ▲ 6 ▼ 1

**AkumaG** | 5 years ago
@megatronx That's pretty much what people said when the industrial revolution
happened. Have a bit of imagination, man.

Also:
"Cevat Yerli: If things go right people say, wow, amazing. If many of them go wrong
people say, wow, it was too fast."

No shit, Cevat.

Reply                                                                    ▲ 5 ▼ 1

**grover** | 5 years ago



people say, wow, it was too fast."

Reply                                                                    ▲ 5   ▼ 1

**grover** | 5 years ago
can`t imagine any other publication doing an interview as rigorous and enlightening
as this - well done wesley and eurogamer

Reply                                                                    ▲ 4   ▼ 0

**peterfil** | 5 years ago
I know I`m not adding anything new to the piece when I say "what a cunt".

Reply                                                                    ▲ 4   ▼ 0

**kangarootoo** | 5 years ago
I also want to add my words of "good job" to whoever ran the interview. Just the
right balance, not pushing enough that he would walk out, but not stepping far from
that line when needed. Really solid stuff.

Reply                                                                    ▲ 5   ▼ 1

**Bloodfont** | 5 years ago
Fantastic article, it had everything these interviews should have and more.
FANTASITC work.

Reply                                                                    ▲ 4   ▼ 0

**hal_inc** | 5 years ago
This guy has always seemed fishy to me. When he revealed Ryse at E3 doing
interviews he looked like he had five dead hookers in his hotel room.

And seriously, I hate comments like "we knew ten years ago the industry was
transforming into services and F2P". I will not buy another crytek game, mainly
because nothing I`ve seen since original Crysis, which was actually half good, looks
interesting but also because I detest their rhetoric.

Reply                                                                    ▲ 4   ▼ 0

**Bloodfont** | 5 years ago
@OmegaNemesis28 Of course he didn`t understand it. Look at his attitude to those
who were "impatient" with late payments. That is NOT ok especially when those
people may have families, mortgages and bills to pay.

Reply                                                                    ▲ 5   ▼ 1

**torment74** | 5 years ago
Far Cry and the Crysis games were good and I will respect them for that but at the
same time there pure arrogance and ignorance of what gamers really want has just
cancelled that out...sorry u fail guys.

Reply                                                                    ▲ 4   ▼ 0

**man.the.king** | 5 years ago
Great interview WYP!

This and the tough Chris Charla interview are the kind of thing I look for. And long
may it continue in EG, with everybody associated with the games industry...

**From the interview:**

> ...But our priority was to not downsize the company. Our priority was to not let
> anybody lose their jobs at that point. Because if a company gets into a difficult
> situation and you know the outcome is going to be bad, you have the choice to
> downsize everything. But we haven`t done that because we wanted to keep
> everybody tied together as a team...

Fair enough, but then you did not pay salaries and then you laid off people a few
studios anyway. So... it was not as if it was a salary-or-downsizing situation, because
Yerli did both anyway.

> Some people were very impatient and got angry at the smallest delay...
> ...Some people live in very tight financial planning. ...Those guys, when they get
> under pressure it can become emotional...

Is this Cevat Yerli?

Reply                                                                    ▲ 4   ▼ 0

**BreakAtmo** | 5 years ago
It`s always amusing to me when people bitch about 'entitled Millennials', when
interviews like this show exactly where you`ll find most of the world's entitlement - in
business owners, who seem to see the jobs they create and the pay they owe as gifts
bestowed upon the masses rather than an integral part of business that benefits
them. Cevat really doesn`t seem to get it.

Frankly, if they`re hard up for cash, they should start by making a Crysis Trilogy for
next-gen, since it likely wouldn`t be tough to make for a porting house and would
probably sell OK.

Reply                                                                    ▲ 6   ▼ 2



next-gen, since it likely wouldn't be tough to make for a porting house and would probably sell OK.

Reply

▲ 6  ▼ 2

**KnickKnack** | 5 years ago

| "The transformation was painful. We paid the price"

That's the Royal 'We ' then is it?

Reply

▲ 4  ▼ 0

**uzivatel** | 5 years ago

Makes me wonder how they plan to adapt free-to-play on Ryse ... on a second thought, not really.

Reply

▲ 4  ▼ 0

**gavinmillar** | 5 years ago

@OmegaNemesis28 Please don't put words in my mouth. The employees performance is not related to the mismanagement of a company. I think I can say pretty objectively that people are better off working for companies that treat them fairly.

Reply

▲ 4  ▼ 1

**wyp100** (Staff) | 5 years ago

@arcam thanks!

Reply

▲ 3  ▼ 0

**_tangent** | 5 years ago

Hmmm. Calling people "impatient" when they weren't paid on time is a bit much. Vanilla employees have no stake in the company (share options aside). The value of their job is their next paycheck. You cannot legitimately expect employees to share in the risk when they have no vested interest. And "we put in as much as one can" - yeah, whilst no doubt remaining privately very wealthy. As the business owner, you damn well shouldn't be taking any money out if the business is in trouble.

Employees are paid for their labour, simple as that. The health of the business is Yerli's problem, not theirs. He benefits a lot more than they do when it's strong. And he should take his lumps when it suffers. Frankly, he should have put his hand in his pocket to pay people for the time they had already given him. At least, that, imo, is the ethical thing to do.

Reply

▲ 3  ▼ 0

**robotnyk_** | 5 years ago

just reading through the first answer ruined my bullshit-o-meter and had to stop reading immediately

Reply

▲ 3  ▼ 0

**sanloc** | 5 years ago

The problem is Crytek are known for delivering visually stunning games with pretty shallow gameplay. This works fine in short bursts (like an 8-10 hour boxed product) but if they want to appeal to the hobby f2p - which is good, better DOTA than Kim Kardashian - in needs to be built off solid design with the depth to support dedicated plays for hundreds of hours. Good luck to them but nothing they've shown is massively convincing and targeting people who have the nerve to stand up against not being paid is a real scuzzy move!

Reply

▲ 3  ▼ 0

**titaniumapple** | 5 years ago

Great questioning. Well-prepared answers and sounded fairly honest

Reply

▲ 3  ▼ 0

**tidy-spidey** | 5 years ago

"Just to try to understand what you're saying, you think it would have taken too long to develop and as a result would have been too costly a product?

Cevat Yerli: I don't want to comment on cost,"

that's a yes then. unless there is a direct no to the question, the answer is yes, but they don't want to admit it

Reply

▲ 4  ▼ 1

**Ukrobert36** | 5 years ago

Basically they Tryed to grow faster than they should off......

As a company u should know what resources you have and how long them resources are gonna last you before you either ship the product or get some investors for a new product.....

After mutipule crysis games, farcry & a few others, doubt that had the money to carry the company for a year let along expand massively! With the by out of home front



**Ukrobert36** | 5 years ago

As a company u should know what resources you have and how long those resources are gonna last you before you either ship the product or get some investors for a new product.....

After mutiple crysis games, farcry & a few others, doubt that had the money to carry the company for a year let alone expand massively! With the buyout of home front and vigil games 😂 they don't have enough products coming out! And the cry engine being use in what 1 ever 1000 games made it was always gonna be gloom and doom for crytek

And for a studio of this size spred across the planet.... With no real true AAA Games.... Failing was always gonna be the end result I give crytek a couple years at best.....

Reply                                                                    ▲ 3  ▼ 0

---

**wyp100** (Staff) | 5 years ago

@riz23 thank you!

Reply                                                                    ▲ 3  ▼ 0

---

**Triggerhappytel** | 5 years ago

I really hate how dismissive and patronising he sounds towards staff expecting to receive their fucking salary each month.

*Some people live in very tight financial planning. That's their own privacy. They can do whatever they want.*

Yes, most of us selfish inconvenient folk actually rely on our fucking wage to get by. I know this may be a radical concept to someone as obviously out-of-touch as you Cevat.

Reply                                                                    ▲ 3  ▼ 0

---

**Dynasty2021** | 5 years ago

> Some people were very impatient and got angry at the smallest delay.

Yeah it's almost like they had bills and mortgages to pay, or face massive interest rates for lack of payment.

What a disgusting attitude to have.

The only way Crytek can gain respect from me again is if they ditch consoles.

Crysis fell hard from Crysis 1 and Warhead, because they dumbed the game down and made them too linear.

Reply                                                                    ▲ 18  ▼ 15

---

**daviddelf** | 5 years ago

sounds like a perfect partner for EA or MS :) evil, lying, arogance, fake, pretending

Reply                                                                    ▲ 14  ▼ 11

---

**Ryze** | 5 years ago

WYP earns his stripes on this interview. Didn't even notice who the interviewer was until I read trough the comments.

Kudos to you, and well done. More of this. He deserved to be grilled, Paxman style.

Reply                                                                    ▲ 3  ▼ 0

---

**Les** | 5 years ago

The guy comes of like a douchebag.

I'm surprised that "only a few people" were complaining about missed paychecks. I would be extremely pissed. In the end, it appears to have worked out but the employees couldn't know that upfront.

If the benefactor doesn't put proper management in place, this seems like a company to avoid working for.

Reply                                                                    ▲ 3  ▼ 0

---

**bf** | 5 years ago

@monkeighy Absolutely. I'm under the impression that the employees had a choice and chose to delay their salaries for a few months instead of being made redundant (and receiving pay). This I think is key. Just not getting paid out of the blue is unacceptable.

Reply                                                                    ▲ 3  ▼ 0

---

**bobfish09** | 5 years ago

Everyone knows there is a shift away from retail to digital distribution, but that doesn't mean it has to be F2P.

A successful non-retail focused company that is targeting core gamers is going to have premium and freemium games in their roster.

Reply                                                                    ▲ 4  ▼ 1

---



doesn't mean it has to be F2P.

Reply

**Dizz** | 5 years ago

OMG people want to get paid for work they're doing.

Shocker.

As for whining about having put in private money - that's what you do when you START YOUR OWN BUSINESS. I bet these people wanting to get paid are EMPLOYEES - which is completely different.

Reply

**bestuardo** | 5 years ago

I was excited about Hunt, in spite of it being free-to-play, because it was being developed by the Vigil team. Probably gonna skip it now.

Reply

**pantherboy** | 5 years ago

Shocking attitude to his employees, as a developer would never want to work in a studio with him in charge. Unfortunately I have worked at places managed by similar people with similar results - but maybe not so blatant as this guy.

The truth is that they would or should have seen this coming from a long way off and in a position to warn employees much in advance, but most of the employees would find out on the day the pay is missing. Unforgivable that he makes out that the ones that left and complained to be the bad guys and Crytek the victim. He needs to say sorry for his bad forecasting and management to them not victimize them for wanting a paycheck on time for their hard work.

This guy has his head in the clouds and has lost track with reality, there is a big difference between a millionaire CEO missing a few paychecks to those in the trenches making the games. What an absolute shit he is.

Reply

**septimus** | 5 years ago

Fuck F2P. Horrible idea and basing a company on skin flint customers is not a good idea.

Reply

**wedusk101** | 5 years ago

Kudos to you Eurogamer! wp!

Reply

**Thetick** | 5 years ago

That was a great interview. All this revenue based funding seems very dodgy, but then again, i am no financial expert. Anyone care to explain :)

Reply

**MrWonderstuff** | 5 years ago

Great interview. Paxman-esque. Not a fan of free-to-play either - so probably won't be buying any Crytek games hereonin.

Reply

**fr0St** | 5 years ago

i for one will not be buying another game from this company after reading this

Reply

**kangarootoo** | 5 years ago
@Suarez07

I'm paid very well, thank you for asking. I didn't realise this was all about me, but thank you all the same.

Whether people are paid well, and whether they have their own finances in order and have some savings under their belt, is hardly the point.

Calling people impatient, because they are upset that their employer didn't pay them their wages, is insensitive and frankly rude.

If you are saying that it is wise to have a few months subsistence money stashed away, I would agree with your sound financial advice. Not sure why you think it is relevant to the words used in the interview though; you surely aren't blaming the employees for any this, right?

Reply

**Silverflash** | 5 years ago
@wyp100 Late reading this piece, but that was top quality interviewing, Wesley. You

Document title: &quot;The transformation was painful. We paid the price&quot; • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-08-08-the-transformation-was-painful-we-paid-the-price
Capture timestamp (UTC): Thu, 21 Mar 2019 21:30:19 GMT

Exhibit 3
56
Page 24 of 32

**Silverflash** | 5 years ago

@wyp100 Late reading this piece, but that was top quality interviewing, Wesley. You really put him on the spot when he needed to be, but also gave him enough opportunity to say his piece.

I've yelled and ranted in a couple of earlier pieces by you where I thought you let people off easy, but I take my hat off to you here. Bookmarked for future reference when we know how Crytek's bet on F2P plays out.

Thank you.

Reply                                                                          ▲ 2   ▼ 0

**Silverflash** | 5 years ago

@cameronlourence I own a company and help run it day to day. A lot of the reaction here is not because of the business situation of lacking money, but for the manner in which he talks about it.

Sure, some of that could be down to comfort with the language, but you have to think about that before you agree to an interview, not after. And heck, he's a C level executive, demonstrating empathy in his public comments is part of his job description. And if it isn't, it should be.

As for the interviewer and his questions, I disagree that it was rude or disrespectful. I thought Wes stayed very respectful and gave him every opportunity to express his thoughts fully, but didn't shy away from asking the direct questions or calling him on an obviously lazy answer.

If the interviewee grabs that opportunity and proceeds to phrase his comments in a manner that can produce these feelings amongst readers, it is hardly EG's or Wesley's fault.

Edit: typo

Reply                                                                          ▲ 6   ▼ 2

**gjgjg** | 5 years ago

when did we decide that f2p was generally a successful bmodel that companies should transition to? i missed the meeting... last i checked it looked like the bargin bin of games.

oh and nice interrogation wyp100!

Reply                                                                          ▲ 2   ▼ 0

**wingZero21** | 5 years ago

Best Interview ever on EG....Well done.

Cevat can eat one.

wingZero

Reply                                                                          ▲ 2   ▼ 0

**HelloNo** | 5 years ago

@null He didn't, his employee's did.

Reply                                                                          ▲ 2   ▼ 0

**KissMyAssCevat** | 5 years ago

@DoRtoR
Furthermore, I think Suarez07 needs to realize that not everyone is/was a programmer, department lead etc. Factor in costs of living and some don't make it to survive. Use a credit card or line of credit for a couple of months...who's going to reimburse us on the interest? The Yerli's? Doubt it. They should've had a business line of credit, like most businesses do, to maintain the flow of business and pay the interest while invoices or "whatever it was" being negotiated.....oh yeah, selling Homefront and closing the Austin studio.

Reply                                                                          ▲ 2   ▼ 0

**RedRain** | 5 years ago

Don't care what they have too say too pay all the staff there money i bet the share holders are fine

Reply                                                                          ▲ 2   ▼ 0

**AlphaCookie** | 5 years ago

@AgentDaleCooper Pitty really, when i consider the First game a masterpiece. The company has really fell off a cliff.

Reply                                                                          ▲ 2   ▼ 0

**pantherboy** | 5 years ago

@cameronlourenco
I would rather have a severance package and get a better job but thats just me.

"There is no law that says you have to do any of the sort. I live in Canada and in North America (where most of the world's wealth is generated, mind you)"



**cameronlourenco**

@cameronlourenco

I would rather have a severance package and get a better job but hey...

"There is no law that says you have to do any of the sort. I live in Canada and in North America (where most of the world's wealth is generated, mind you)"

Well that quote just there just goes to show you don't know what you are taking about in this case - Crytek has head quarters in Germany and the studio where the wages did not get paid is in the UK.

I am pretty sure even in North America employment contracts mean something, its called breach of contract.

The point is knucklehead; that if you have cash-flow issues, don't expand beyond your means and there is a thing called forecasting, wishing and hoping to make profit doesn't mean you will, if you think it will, that is living in the land of unicorns and you need a reality check.

And since you claim to be such a big shot business guy, you still failed to tell me this amazing business you are running?

I'd pity your employees but I call bullshit on everything you have said.

I'm done with you mate.

Reply                                                                ▲ 2  ▼ 1

**anephric** | 5 years ago

@cameronlourenco Hi. You're a cunt.

Reply                                                                ▲ 4  ▼ 3

**Badassbab** | 5 years ago

Cevat could have used this interview to connect with gamers and ex staff in a positive way but just came across as what he's being accused of....an arrogant head in the sand egotistical mofo.

Reply                                                                ▲ 1  ▼ 0

**Les** | 5 years ago

"I don't know what you earn, but these were well paid professionals, who should be able to have a bit stashed away or arrange temporary loan or pay with a credit card any bills for few months. They weren't working as cake in tesco or something"

That's rather shortsighted.

Reply                                                                ▲ 1  ▼ 0

**Sgt_Big_Bubbaloola** | 5 years ago

Wow! Cevat's PR people must be having kittens right now! His lawyers must be shifting uncomfortably too.

Reply                                                                ▲ 1  ▼ 0

**ramshot** | 5 years ago

Takes quite a response to a singular question to get me to wish a poor future to a company that has produced some of my favorite games. If you are unable to pay wages, you messed up. It doesn't matter how the employees react, as long as it's not burning down the building - you messed up. Takes a real detachment from reality of the common folk to go anywhere near saying "people overreacted to not being paid their wages".

Reply                                                                ▲ 1  ▼ 0

**_tangent** | 5 years ago

@gavinmillar

Nail, head.

Reply                                                                ▲ 1  ▼ 0

**craziii** | 5 years ago

well, they try to emulate cod success by going full on console mode with crysis 2. when that didn't pan out, failed, they tried the pc crowd again with crysis 3. but the pc fans are already burned out with crysis 2. now this free to play shit. seriously, ftp are for mmos, not fps games. how many skins can you buy for a gun before the players quit? if you are going ftp, at least pick the right game genre.

Reply                                                                ▲ 1  ▼ 0

**Sodding_Gamer** | 5 years ago

@davidholland

Ooohhh please do enlighten us.

Gossip!!! :P

Reply                                                                ▲ 1  ▼ 0

**leeroye** | 5 years ago

Warflace, Arena of Fate and Hunt - what a stupid title for a game. I have never heard



**leeroye** | 5 years ago

Warface, Arena of Fate and Hunt - what a stupid title for a game. I have never heard of it until i read this article.

Reply

▲ 1 ▼ 0

**Vizzini1** | 5 years ago

Cevat Yerli: The primary cause was the transformation. We're observing where the industry is going. We knew free-to-play or games as a service - online services in general - will become the future of gaming. We've known this for a while. But we were finishing up our retail games or still had them in development, with Homefront for example.

Despite my desire to play (and physically own games) that are free on PS+ or are digital only, it is this condescending and presumptuous attitude towards the gaming consumer that has resulted in me only buying MGS GZ for my PS4. I'll completely give up console gaming before I'd accept that arcade play-to-play business model in my own property.

Many less discerning gamers, might be willing to go along with his console gaming future, but the size of that market is going to be half the size of the Ps3 generation. Gaming as a perpetually paid service is a terrible idea for someone like him that works for a company that makes bland games. When you buy a game outright; physically, there is no inherent pressure to derive enjoyment out of the game immediately, as you could buy a WiiU and 5games now, leave it boxed for 12months and still derive plenty of fun from it when you get round to. Whereas, a service cost applies more pressure on the gamer to play the game sooner, and then raise the bar higher to be sure that bland game they played was actually fun. to justify the continuation of the subscription. So from what I can see, his company should be one of the very last, to want that future to come true, as they will almost certainly go out of business quickly, by the lack of critical acclaimed games his studios produce.

**cusman** | 5 years ago

I will only care about their games that are NOT free-to-play (game design). I prefer to pay for my games when the pay model isn't integrated into the game design.

Reply

▲ 1 ▼ 0

**Machiavellian** | 5 years ago

What I got from the interview is that as a 3rd party developer, any miss projections on your funds and money you put into your expansion can have drastic effects. It appears to be very honest answers from Cervet where it doesn't appear he is trying to put the best light on their situation but instead explaining the process.

I do cautions the interviewer. There were a few questions that probably come off right like this quote

> I've also spoken with some of your developers who have accused you and the other upper management of arrogance. I heard you went to the UK studio and told them they were lucky to get paid. What do you say to that?

The tone of this statement sounds as if the interviewer already sided with his source before hearing a response from the person interviewed. Personally I like my interviewers as impartial as possible so the interview is not tainted by person opinion.

There were a few other instances in the interview where it appeared the questions were asked without the respect of the person interviewed but on a whole it was pretty solid.

Reply

▲ 8 ▼ 5

**DaltonBay** | 5 years ago

Great interview! I thought that I was reading a Metro-Gamecentral article.

**bestuardo** | 5 years ago

Good for Eurogamer for not backing away from the unpleasant questions!

Reply

▲ 1 ▼ 0

**ISeeEverything** | 5 years ago

OMG, This Cevat guy is talking nonsense, contradicting him self at some points, poor Crytek could have bright future, but now...

Reply

▲ 8 ▼ 2

**OmegaNemesis28** | 5 years ago

@gavinmillar "In the long term, the employees would be better off with a fair severance package and a job at a respectable company."

Depending on who you ask, what they're working on, how dedicated to their location/job/project that will never ever ever be an objective answer. And you also discredit the employees' work as if they're not capable of bringing in profit for Crytek, so they're better off leaving. I think thats unfair.

Reply

▲ 3 ▼ 2

**Merdalor** | 5 years ago

So instead of games they would like you to have... "(of subscription)" P-P-P

discredit the employees' work as if they're not capable of bringing in profit for
crytek, so they're better off leaving. I think thats unfair.

Reply



**Merdalor** | 5 years ago

So instead of games they would like you to buy a...Yerli subscription? :-D :-D :-D

Reply                                                                            ▲ 1  ▼ 0

**hal_inc** | 5 years ago

@Suarez07 Yeah ok, have "fun" "liking" a guy who sees no wrong in not paying his
employers wages. You, the men and women who makes him rich. Just because he
"speaks his mind". That kind of argument is reactionary and if you were American I
bet you'd vote Chris Christie into office as well.

Reply                                                                            ▲ 1  ▼ 0

**Dreamcaster-X** | 5 years ago

This guy sound's like he's trying to apologize but still comes off as an obnoxious
douche with no sense of reality.  Oh, wait, just a typical CEO then!!!

Reply                                                                            ▲ 1  ▼ 0

**hal_inc** | 5 years ago

Also, does someone here actually believe that a company the size of crytek would go
bankrupt if they didn't pay wages? The guy puts up a false dichotomy that is easy to
swallow but in reality doesn't exist.

Reply                                                                            ▲ 0  ▼ 0

**RinuCZ** | 5 years ago

I have had a pleasure to work with German departments for certain companies and
Yerli's replies seem awfully familiar through the whole article. At the first glance very
straight-forward and absolutely certain about everything yet there is that
communication dissonance.

EG: "Do your staff know this?"
Cevat Yerli: "Yes. At least they know in Frankfurt."

Right there. The sense of "well, only primitives don't know it" clashing with a reality
that they most probably failed to inform all parties - outside of Germany.

I don't need to tell how popular in the office any contact with these departments
was.

...

As for the guy himself, I don't have any strong opinion however I assume the contract
they signed under law with their employees tied them to pay X amount of euros per Y
amount of work and they didn't keep their part. I doubt anyone would treat the
interview participant leniently if sides were reversed; the employee who got X euros
and delivered 0 of Y promised hours and acted like it was a natural thing to do and
why anybody complained.

Reply                                                                            ▲ 0  ▼ 0

**apoc_reg** | 5 years ago

He sounds like such an arrogant chump, must have had a personality transplant as far
cry and crysis 1 were great.

Reply                                                                            ▲ 0  ▼ 0

**menelfirimaner** | 5 years ago

@LukehMuse
Same reaction here :-) . Luckily the table here is sort of nailed to the pavement :-) .
When I read that I couldn't help thinking that in the middle of all that ill advised and ill
planned new too big studios opening/restructuring/free to play mess they came up
with, they didn't do the only thing that would've probably been alone enough to
shield them from the financial mess they were charging headlong into, that's
revamping the timesplitters franchise.
So much for German precision planning, I guess...

Reply                                                                            ▲ 0  ▼ 0

**erikandreolsen** | 5 years ago
Post deleted

**Photeck** | 5 years ago
Post deleted

**menelfirimaner** | 5 years ago

@bentaylor1
I respectfully disagree. Certainly 1 was better, but I honestly believe the worst was 2
and I'm not the only one out there thinking that.
I might have something to say about the engine, too. It certainly is awesome, but at
what price?
There are engines almost as good (the latest frostbite, for example) that reach the
same res and fps needing almost half the amount of hardware punch. If they took
some time to optimise cryengine and make it more human rather than just awesome
they wouldn't have been wrong. Probably, if they did that already, they wouldn't



@bentaylor1

I might have something to say about the engine, too. It certainly is awesome, but at what price?

There are engines almost as good (the latest frostbite, for example) that reach the same res and fps feeding almost half the amount of hardware punch. If they took some time to optimise cryengine and make it more human rather than just awesome they wouldn't have been wrong. Probably, if they did that already, they wouldn't have needed to go free to play in the first place. I've heard of stats saying that for every legit copy of crysis 1 there were 20 pirated.

I'm was of the few sold sods still considering piracy to be illegal and wrong :-) , but in this case I must say I can't blame those who went for it. It doesn't feel right to be expected to pay willingly and cheerfully 50$/€/£ or more for a game they knew was designed from the ground up to be too good for most rigs.

Reply                                                                    ▲ 0   ▼ 0

**Guy.J.** | 5 years ago

Would someone kindly explain to me in simple words what a "revenue deal" is. Serious question.

Reply                                                                    ▲ 0   ▼ 0

**OmegaNemesis28** | 5 years ago

Post deleted

**Ryze** | 5 years ago

Just so I'm clear, why did you sell the Homefront IP and the team to Koch?

I can't help but read this as:

'Free to Play only? Games as a service? Nearly BANKRUPTING the company? STILL NO TIMESPLITTERS!!?!

N***a, you f*ckin' CRAZY?!?!???'

Ridiculous that there's been no Timesplitters for an entire generation, yet they've decided that if they do make one, or anything else, it will be pay to play nickel and diming.

I generally don't buy their product full-priced anyway, despite it being technically accomplished. Something is missing, despite them having made some very good games.

A shake up sounds good for them. Major cockup, and I feel for the staff who have suffered for the poor decisions of the management.

Reply                                                                    ▲ 0   ▼ 0

**hal_inc** | 5 years ago

Seems like you're having fun already 😊

Wait, why are you talking about Jesus?

Reply                                                                    ▲ 0   ▼ 0

**hfm** | 5 years ago

@Dynasty2021 I don't think after these types of actions, going PC only is saving any face. That doesn't even begin to matter when people are being told they should "be loyal" and "be patient".. None of the banks,utilities,credit cards,stomachs they need money for are going to be patient.

Loyal?! WTF?

Reply                                                                    ▲ 0   ▼ 0

**Machiavellian** | 5 years ago

@Machiavellian Thats my exact sentiments. It wasn't just the "is another Crysis sequal a thing? You would know after all" question and response. There were a few questions, that maybe in the write up of the article, come off in a highly negative tone. Such as "You understand the anger when you don't pay staff, right?". Perhaps naive to think this, but judging by all of his responses until this point, he already addressed this wasn't the solution they ~wanted~ to do.

Yes that quote is one of the questions I thought was very condescending. It basically come off as if the interviewer is calling Cert an idiot. I am not sure people understand this but interviews are not a place to play games. Other companies and people see such questions and think, I will never give Eurogamer an interview. Its never wise to make such comments which as it appears to me demean the person being interviewed.

The interview before this one was even worst where their was a lot of questions that basically badger the person interviewed. I believe if Eurogamer interviews continue on this route, you will not be seeing any more very soon. The person giving the interview must always be impartial and professional.

There is nothing wrong with direct questions which most of the interview does. The person being interviewed actually want to answer those question to give their side of the situation.

Reply                                                                    ▲ 0   ▼ 1

**pantherboy** | 5 years ago

Post deleted



**pantherboy** | 5 years ago
Post deleted

**TapXtoDash** | 5 years ago
Jesus christ, was this an interview or an interrogation under a very bright light?

Reply                                                                        ▲ 0  ▼ 2

**OmegaNemesis28** | 5 years ago
@wyp100 Never suggested that. But you did ask, and when he gave the obvious "I
don't know, can't say, dodge question" response you weren't going to get anything
out of him. Of course he would know if it was or wasn't, he pretty much said no
comment :P

Reply                                                                        ▲ 1  ▼ 4

**Tritium** | 5 years ago
@OmegaNemesis28 I see you actually read the whole interview and the pay
explanation, well done.

Cevat Yerli: "You have two choices, right? delay payments and salvage the
company. Or, you file for insolvency.
they could make a choice to resign and look for other jobs."

Reply                                                                        ▲ 0  ▼ 4

**OmegaNemesis28** | 5 years ago
@Bloodfont I never disagreed with the fact that the "impatient" comment made
was discerning. However, everyone seems to think this was just his executive
decision but that's almost never how companies work. He says "we" for a reason.
He's not saying it in terms of employees, he's saying it in terms of the whole board of
directors and probably investors came to decision. And it wasn't one they took
lightly so they claim. I can't imagine it otherwise frankly because its like being stuck
between a rock and hardplace!

I just don't think there is enough evidence in his responses to suggest that he was
"okay" with delaying payments. Considering how the THQ fallout went, if youre
even remotely familiar with how that whole blowout went, Crytek has come away
from this very very well. When he says "we delayed payments" thats infinitely better
than not being paid at all and just sitting at work for weeks without knowing if the
company you're at even exists anymore (which was the case with THQ for almost an
entire month I think it was). I think anyway. @Suarez07 was absolutely right yet [edit:
about the payment later vs never specifically] it was either '0ts up' or 'we'll pay you
back in full soon once we're out of this situation'. I just think as a CEO, and whoever
else was involved, they did what they needed to do okay (for now) considering how
much worse this could've been - supposedly.

Either way, here's hoping to some awesome Crytek comeback and anyone who was
unfortunately involved directly gets their pay (and then some in the future).

Reply                                                                        ▲ 1  ▼ 5

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

○ Low-scoring comment hidden.   Show

**FOLLOW YOUR FAVOURITE GAMES, GET INSTANT UPDATES** |

Follow the games you're interested in and we'll send you an email the instant we publish
new articles about them.

**Arena of Fate**
+ Follow

**Crysis 3**
+ Follow

**Hunt: Horrors of the Gilded Age**
+ Follow

**Ryse: Son of Rome**
+ Follow



