# Exhibit 4

Exhibit 4
65

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Crytek UK exodus sparks concern over Homefront: The Revolution • Eurogamer.net |
| Capture URL: | https://www.eurogamer.net/articles/2014-06-24-crytek-uk-exodus-sparks-concern-over-homefront-the-revolution |
| Captured site IP: | 94.198.83.18 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:31:16 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:32:54 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 10 |
| Capture ID: | fb01616b-9cee-41e2-8192-650febb2d0cf |
| User: | fkks-dgrove |

PDF REFERENCE #:          c1YkwL6LkN2moK5jv8EX5K

Exhibit 4
66



Homefront: The Revolution - Cinematic trailer - Eurogamer

Subscribe to our YouTube channel

Buy Homefront: The Revolution from Amazon[?]

*Sometimes we include links to online retail stores. If you click on one and make a purchase we may receive a small commission. For more information, go here.*

**Jump to comments (54)**

**More about Homefront: The Revolution**

Homefront: The Revolution Review | News (24) | Features (7) | Videos (3)

**+ Follow**

**ABOUT THE AUTHOR |**

**Wesley Yin-Poole**
Deputy Editor

Wesley is Eurogamer's deputy editor. He likes news, interviews, and more news. He also likes Street Fighter more than anyone can get him to shut up about it.

**More articles by Wesley Yin-Poole**

BEST BUY
Where do you want to start?
Shop Now

Free 3D Modeling Software
Ad Dac3D

Respawn declares war on Apex Legends cheaters
eurogamer.net

War Thunder
Ad War Thunder

The big interview: Phil Harrison and Majd...
eurogamer.net

Wild Grammy Fashion
Ad TV Guide

Bethesda's doing E3 this year
eurogamer.net

**COMMENTS (54) |**

Comments for this article are now closed, but please feel free to continue chatting on the forum!

Hide low-scoring comments  Yes  No    Order  Newest  Oldest  Best  Worst    Threading  Expand all  Collapse all

**CaimDark** | 5 years ago
You mean going all in the F2P craze wasn't the best of ideas?

Shocking.

Reply                                    ▲ 62  ▼ 14

**Darkwaknight** | 5 years ago
Oh dear, very sad and I hope all those involved find jobs soon.

It seems ego and very bad management decisions are at play here, Maybe MS should buy the engine and nab the team get a 1st party tech house, Ryse was a damn pretty game!

Reply                                    ▲ 37  ▼ 6

**lucky_jim** | 5 years ago
I don't understand why Crytek didn't just put this team onto a new Timesplitters when they acquired it.

ADVERTISEMENT |

Make it happen in 2019
weebly

Best dressed



**lucky_jim** | 5 years ago
I don't understand why Crytek didn't just put this team onto a new Timesplitters when they acquired it.

**onyxbox** | 5 years ago
:/

Reply                                                                    ▲ 37  ▼ 1

**PowderblueKes** | 5 years ago
| Over 30 staff have left Nottingham-based studio Crytek UK since development on Homefront began in 2011, according to a list of names provided to Eurogamer overnight.

| According to the official Crytek website, Crytek UK is home to 130 employees.

That's an average of just under 10% staff turnover (averaged) in the 3 years since 2011. That doesn't seem much of an exodus. Infact, it seems quite a reasonable turnover rate.

Reply                                                                    ▲ 28  ▼ 7

**Koffdrop** | 5 years ago
@HiFiHair
The closure of Free Radical marked my exit from the industry after 15 years.

I know one or two ex-FRD staff went to Realtime Worlds and saw history repeat. And now this news/rumour about Crytek UK feels horribly familiar.

Reading this stuff, I'm happy to be out of the industry - the highs are high, but the lows are very low.

I sincerely wish any affected the very best of luck.

Reply                                                                    ▲ 17  ▼ 0

**Kayin** | 5 years ago
To be honest, they're probably smart to leave early. There's a recent article about layoffs on Kotaku where developers wrote in to share their experiences as they were made redundant, and several of them were being assured that everything was fine right up until the point where they were a month or more's paycheck out and suddenly their security access badges were revoked.

Sad state of affairs, but when this situation begins it's probably best to cut their losses before the company suddenly hammers the nail down into their metaphorical coffins.

Anyone who's interested in reading more about it can find that article here:
http://kotaku.com/video-game-layoff-stories-1593420342

Reply                                                                    ▲ 13  ▼ 0

**nothough** | 5 years ago
Doesn't sound good. But you'd imagine the staff would find other work if something was to happen - their experience with the CryEngine and developing titles such as the Timesplitters and Crysis series will be invaluable.

Reply                                                                    ▲ 11  ▼ 0

**Koffdrop** | 5 years ago
@penhalion
In my experience at FRD, the management was pretty decent. The direction was lacking.

@abeeken
The games industry is harder if you have a family. Free agents who can relocate have the most options. Without question.

Generally speaking I think creativity is where you find it. Anyone can be creative with infinite time and infinite resources.

People that can be creative whilst adhering to the realities of immovable constraints on things like time, resources or technology budget are genuine talents.

Sadly, those constraints are a fact of life and even the best management in the world cannot remove them.

Reply                                                                    ▲ 9  ▼ 0

**tomdominer** | 5 years ago
@nickthegun Wow. Your complete lack of empathy makes you perfect for a life of being a lonely troll on the internet.

Reply                                                                    ▲ 8  ▼ 1

**houldendub** | 5 years ago
Some of the Glassdoor reviews aren't that fantastic either...

http://www.glassdoor.co.uk/Reviews/Crytek-UK-Reviews-EI_IE347451.0,6,_IL.7,9_IN2.htm

Reply                                                                    ▲ 7  ▼ 0



http://www.glassdoor.co.uk/Reviews/Crytek-UK-Reviews-EI_IE347451.0,6_IL.7,9_IN2.htm

Reply   ▲ 7 ▼ 0

**asphaltcowboy** | 5 years ago

30 staff leaving since 2011 is not big news. The other stuff is a little more damning.... hopefully they're OK!

Reply   ▲ 6 ▼ 0

**HiFiHair** | 5 years ago

Feel so bad for that studio if this is true. Particularly if you're an employee who survived the Free Radical closure. It must all feel like horrible deja vu.

Reply   ▲ 4 ▼ 0

**RodHull** | 5 years ago
@lancashireered

How can you be sure MS are to blame? Are you suggesting they didn't adequately reimburse Crytek for their work on Ryse?

Reply   ▲ 5 ▼ 0

**PowderblueKes** | 5 years ago
@wyp100 Noted. Just based my opinion on the facts stated.

Reply   ▲ 3 ▼ 0

**Rogueywon** | 5 years ago

If they weren't doomed before these stories, they probably were now...

As this will be the spur for any prospective creditors to refuse extensions of credit and prospective new lenders to walk away from the table.

Reply   ▲ 3 ▼ 0

**wyp100** (Staff) | 5 years ago
@PowderblueKes It's ramped up in recent months

Reply   ▲ 3 ▼ 0

**zegerman1942** | 5 years ago

30 people leaving in a 3 year period is not a lot for the games industry. People move on all the time. In that time frame they shipped stuff for Crysis 2 and Crysis 3 - so some of the staff simply might have left for normal reasons (new challenges, better paid jobs, moving up in the career ladder) after a project finished.

What you got here is some employees who are unhappy and who leak shit that sounds like a lot of hot issues, but that really amounts to not much at all. Spreading rumours is not journalism.

Reply   ▲ 3 ▼ 1

**SuperSoupy** | 5 years ago

A lot of people complaining as to how good their games are, are missing the whole point of this issue.

No matter what the critical reception is to their games, it's easy to see that they're an extremely talented bunch of people, to be able to make entire games of that standard for increasingly demanding markets. To see them have to leave (or potentially lose) their jobs because of bad financial management elsewhere, is damn saddening.

No corporate franchise is worth losing a livelihood over, and I hope all of those affected (and who will be affected) land on their feet and pull through.

Reply   ▲ 4 ▼ 1

**DanWhitehead** | 5 years ago
@asphaltcowboy "30 staff leaving since 2011 is not big news"

Depends who the staff are, though. You'd expect a certain amount of churn in junior positions, but as the story says, "the list includes staff who held key positions in art, design and programming."

That amount of staff turnover at a team leader level or higher could wreak havoc on development.

Reply   ▲ 4 ▼ 1

**Dondiggler** | 5 years ago

This is bad.... In my younger years I always thought it was cool there was a company that made games in my home town. Now it seems they may be gone soon :/ They should have continued Timesplitters!!!!!



**Dondiggler** | 5 years ago

This is bad.... In my younger years I always thought it was cool there was a company that made games in my home town. Now it seems they may be gone soon :/ They should have continued Timesplitters!!!!!

Reply                                                                                  ▲ 1   ▼ 0

**wyp100** (Staff) | 5 years ago

@PowderblueKes Also I'm not sure that 130 number is currently accurate

Reply                                                                                  ▲ 2   ▼ 0

**Dowr** | 5 years ago

Crytek: Too many studios; too many games in development; too many mediocre games; too much money being spent on said mediocre games.

Yeah, I can see why they might be struggling.

Reply                                                                                  ▲ 3   ▼ 1

**nickthegun** | 5 years ago

@tomdominer - I think you are confusing 'empathy' for 'apathy'.

And confusing 'a statement about a game' with a 'statement about a company'.

And confusing 'having an opinion' with 'being a troll'.

Other than that, great post.

Reply                                                                                  ▲ 5   ▼ 3

**Der_tolle_Emil** | 5 years ago

That really sucks for the team.

I also never expected Crytek to run into financial trouble. Granted they don't have too many games (I know Far Cry, Crysis and now also know that Homefront belongs to them) but I thought that their main series sold well and that licensing the engine should also provide a healthy income. Maybe it's just management who lets the UK subsidiary starve :/

I hope that the situation will clear up quickly for everyone involved. I obviously don't know anyone personally but some names seem to have accompanied me for years now - starting with GoldenEye on the N64 to Timesplitters and then Far Cry.

Reply                                                                                  ▲ 3   ▼ 1

**FireMonkey** | 5 years ago

30 people in 3 years at a company that size isn't 'that' odd to be honest. This industry is filled with people that move from opportunity to opportunity after all that is one of the best ways to gain experience and spread knowledge.

Crytek may be struggling, but articles like this basically put the nail in the coffin. Even if they had turned things around or the reports were made up (which, unfortunately I doubt) articles like this will make it harder for them to secure funding an very difficult to get staff. Shame really.

Reply                                                                                  ▲ 2   ▼ 0

**Jajao59** | 5 years ago

Yep Glassdoor says it all, plus there's even reports of BULLYING in the office!

Look here, I mean there's been really some bad management... plus salaries getting late? )It's possible we won't see the game see released if deepsilver doesn't step in

http://purenews.net/current-situation-crytek-uk-impacting-development-homefront-revolution-possible-release/

Reply                                                                                  ▲ 2   ▼ 0

**Malek86** | 5 years ago

@Der_tolle_Emil problem is that the last title in their main series flopped (Crysis 3), now it's Ubisoft who owns Far Cry, and the Homefront IP they only got recently from the THQ auction, so it hasn't had any time to make money yet. Assuming the new one even gets made.

Their engine also doesn't look like it was widely used. I can't remember many big titles using Cryengine last gen. Things might be better in the future (Sonic Boom is slated to use it) but it might be a little late, and besides, an engine-based economy is hard to maintain unless you have a whole lot of titles using it, like for Epic.

Reply                                                                                  ▲ 2   ▼ 0

**Bennicus** | 5 years ago

@PowderblueKes
That's an incredibly low turnover rate for the games industry.

Reply                                                                                  ▲ 2   ▼ 0

**Dantonir** | 5 years ago

I wonder if taking on the ex-Vigil team strained their resources too far. Especially if they lost a lot on Ryse's protracted development.

Document title: Crytek UK exodus sparks concern over Homefront: The Revolution • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-24-crytek-uk-exodus-sparks-concern-over-homefront-the-revolution
Capture timestamp (UTC): Thu, 21 Mar 2019 21:32:54 GMT

Exhibit 4
71

**Dantonir** | 5 years ago
I wonder if taking on the ex-Vigil team strained their resources too far. Especially if they lost a lot on Ryse's protracted development.

Ryse didn't do too well critically and if the project went as badly as reported I wouldn't be surprised if MS cancelled future projects.

**apoc_reg** | 5 years ago
Ah that really sucks, was looking positive at e3

Reply                                                    ▲ 1  ▼ 0

**muro** | 5 years ago
@Darkwaknight If I was Phil I'd be in the middle of a phone conference with my accountants and lawyers to get just that done ASAP.

Reply                                                    ▲ 1  ▼ 0

**nooneinparticular** | 5 years ago
As a programmer that left the games industry years ago (the last mass redundancy was just too much and I have a family now), it's depressing to read stories like this.

Reply                                                    ▲ 1  ▼ 0

**abeeken** | 5 years ago
@Koffdrop I spent the best part of a year trying to get a games industry job back in 2003, ultimately falling into website development instead. Despite a further year of trying to get in, I eventually moved on and I'm glad I did. I now have a family and I think that the pressures of working in games might have put a stopper in that.

The industry just seems so fickle and, from a consumer perspective, has become more focused than ever on big business in the last few years. I just don't see the creativity any more outside of the indie scene.

Reply                                                    ▲ 1  ▼ 0

**ludodown** | 5 years ago
Sad news. I want to like their games, but find Crysis soulless. They clearly come from amazing technical talent, but they always leave me cold. I'd like to see some of the fun and spirit of the first Far Cry come back in future games... if there are any. I hope so.

**lukedg** | 5 years ago
There goes any hope of a new TimeSplitters then

Reply                                                    ▲ 1  ▼ 0

**pigsy2400** | 5 years ago
They won't openly admit there is an issue as looks bad to investors who can then offer less money for more shares,Kind of sad really, I really enjoyed the editoral a few months ago on how they started out

Reply                                                    ▲ 1  ▼ 0

**Mar27w** | 5 years ago
No woman no cry

Reply                                                    ▲ 0  ▼ 0

**abeeken** | 5 years ago
Very sad - I had a very high regard for Free Radical and their IP, but CryTek seem to have muzzled them since the takeover. Another example of a smart developer full of talented people being misused by a larger publisher who has no interest in their ability to actually design and create (see also Rare).

I wish those involved well and hope they can find meaningful employment in the industry.

Reply                                                    ▲ 4  ▼ 4

**RodHull** | 5 years ago
@PowderblueKes

The UK average turnover of staff is around the 10% mark so it's about right.

Reply                                                    ▲ 1  ▼ 1

**DrStrangelove** | 5 years ago
Homefront seems to be cursed, I hope EA buys it next

Reply                                                    ▲ 0  ▼ 0

Document title: Crytek UK exodus sparks concern over Homefront: The Revolution • Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-24-crytek-uk-exodus-sparks-concern-over-homefront-the-revolution
Capture timestamp (UTC): Thu, 21 Mar 2019 21:32:54 GMT

Exhibit 4
72



**DrStrangelove** | 5 years ago

Homefront seems to be cursed, I hope EA buys it next

Reply

▲ 0 ▼ 0

**Ralek** | 5 years ago

If it weren't for Ryse I couldn't care less. Neither Homefront nor Crysis XY fill any kind of void in the market. There will always be another big AAA FPS around to give my trigger finger something to do, if the need arises.
Now Ryse on the other hand is the only game ever, at least that I am aware of, that successfully channelled the spirit of the likes of 'Gladiator' and '300'. I'm sucker for the game as I was for the movies. It was actually on of the main reasons for me to get a xbone. I absolutely need a sequel to this one, with more weapon types, enemy types (also more enemy designs), expanded and refined combat system (some inspirations e.g. from the Arkham games would go a long way, but it is solid already imho) and last but definitely not least a bigger multiplayer/co-op component.
Actually I'd be willing to buy an "Enhanced Ryse 1" all the same, even if it's $60 :-P Of course an actual sequel would be preferable, as long and this is key, they stay in the setting of good old Rome, which is woefully underused outside of the RTS genre. (Anyone feeling the need to point to GoW ... don't!)

Reply

▲ 0 ▼ 0

**SuperSoupy** | 5 years ago
@DanWhitehead

> "30 staff leaving since 2011 is not big news"

> Depends who the staff are, though.

No it doesn't. A lead coder leaving a project can be tough, but it'll be tougher if the 10+ people working under him, who have been coding work that he assigned to them for 2 years, left the studio. That's more places to fill, and 10 times the experience on a project that just walked out the door.

It doesn't matter specifically who gets caught in this firing line, each person is equally important.

Reply

▲ 0 ▼ 0

**Der_tolle_Emil** | 5 years ago

@MalekB6 I know, I also don't know too many games that use the engine. But I always thought that a few licenses would support a studio enough so that they don't have to sell a million+ copies on every game. Of course maybe Crysis isn't the best example - I don't know how much budget they had but I suspect it wasn't the cheapest game made.

Reply

▲ 0 ▼ 0

**abeeken** | 5 years ago

@Koffdrop I think the issue I have is that AAA multiglobally managed developers seem to be pushing more and more for the annual released games which add little to the franchise, and I think that's tiring me somewhat. It almost feels like it's over-saturating the market leaving little room for those special, one off experiences outside of the indie games.

I don't have an answer for it; perhaps it's my age, but I just don't think there's anything out there at the moment that's trying to raise the bar. There's been very few games over the last three or so years that have made me go "Wow! This one's a keeper!"

Reply

▲ 0 ▼ 0

**Liuwil** | 5 years ago

@Innocent_Bystander If all this has grounds in actual reality and bankruptcy is a possible outcome, it's more likely they'll get picked apart. It's cheaper and you don't have to keep the parts you don't want :/

Reply

▲ 0 ▼ 0

**Innocent_Bystander** | 5 years ago

Yet more disillusioned victims of the gaming industry meat grinder. I'll be sad to see CryTek go but maybe someone with some business sense will pick them up from bankruptcy.

Reply

▲ 0 ▼ 0

**Liuwil** | 5 years ago

@Deionarra I'd agree it is. Look at Epic games. They have more or less the same grounds: many successful and well known titles, their own commercial engine and of course, a very strong name. Yet the amount of staff at Epic games seems to be rather conservative in comparison, even tho their engine is way more successful and Epic's history dates all the way back to 1991 (8 years more than Crytek).

By the way, this is the kind of articles I'd like to read. Well written and very informative.

Reply

▲ 0 ▼ 0

**asphaltcowboy** | 5 years ago

@DanWhitehead Yeah, but 3 years in dev is quite a while. It's not like they haven't

By the way, this is the kind of articles I'd like to read. Well written and very informative.

**asphaltcowboy** | 5 years ago

@DanWhitehead Yeah, but 3 years in dev is quite a while. It's not like they haven't been outputting projects. Arguably, after 2 lots of working on Crysis multiplayer, it's entirely plausible that long-time staffers (or anyone) might get fed up or just fancy a change to work on something different...

Reply                                                                    ▲ 2  ▼ 2

**Pandy** | 5 years ago

Did I just read... journalism? Well done, EG.

On topic: I really hope for the sakes of those affected that this isn't as bad as it sounds. :(

Reply                                                                    ▲ 1  ▼ 3

○ Low-scoring comment hidden.  Show

○ Low-scoring comment hidden.  Show

○ Low-scoring comment hidden.  Show

**FOLLOW YOUR FAVOURITE GAMES, GET INSTANT UPDATES** |

Follow the games you're interested in and we'll send you an email the instant we publish new articles about them.

**Homefront: The Revolution**

+ Follow

**RELATED** |

**Homefront: The Revolution review**

It's always gunny in Philadelphia.

💬 211

**Homefront: The Revolution resurfaces, set for big March update**

PS4 Pro support, HDR and the third and final DLC.

💬 38

**Homefront: The Revolution free to play on Steam this weekend**

Charge!

💬 28

**Don't Starve dev's space colony sim Oxygen Not Included leaves early access in May**

With new biomes, buildings, mod support, and more.

**Warframe's first community event of 2019, Operation: Buried Debts, is here**

UPDATE: Available today on consoles.

💬 4

BEST BUY ◄ ▪ ► | Where do you want to start? | Shop Now
© 2019 Best Buy
AdChoices ▷

**LATEST VIDEOS** |

Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro ...

**LET'S PLAY SEKIRO SHADOWS DIE TWICE**

**Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro Gameplay**

Let's Play Sekiro: Shadows Die Twice - Sekiro Shadows Die Twice PS4 Pro Gameplay

Let's Unbox Sekiro: Shadows Die Twice Collector's Edition - Sekiro Shadows Die Twice PS4 Gameplay

21 Things You Need To Know About Battlefield V Firestorm gameplay - BFS FIRESTORM GAMEPLAY AND TIPS!

12 tips for success in The Division 2

Let's Play Dark Souls 3 Episode 10: CAREFUL SIPS, PORKCHOPS AND CROCODOGS, OH MY!

Let's Play I am Bread - Late to the Party

More videos    Subscribe to our YouTube channel

Exhibit 4
74



Document title: Crytek UK exodus sparks concern over Homefront: The Revolution - Eurogamer.net
Capture URL: https://www.eurogamer.net/articles/2014-06-24-crytek-uk-exodus-sparks-concern-over-homefront-the-revolution
Capture timestamp (UTC): Thu, 21 Mar 2019 21:32:54 GMT

Exhibit 4
75
Page 9 of 9