# Exhibit 5

Exhibit 5
76



| | |
|---|---|
| Document title: | Sources: Crytek USA's Leadership Quit Last Week |
| Capture URL: | https://kotaku.com/sources-crytek-usas-leadership-quit-last-week-1613456108 |
| Captured site IP: | 151.101.66.166 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:33:54 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:35:22 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | 7437e257-8aa7-4db5-ba7f-96f8d6be1110 |
| User: | fkks-dgrove |

PDF REFERENCE #:     baR7aZknznTapiYDvDpkDB

Exhibit 5
77

KOTAKU   THE A.V. CLUB   DEADSPIN   GIZMODO   JALOPNIK   JEZEBEL   LIFEHACKER   SPLINTER   THE ROOT   THE TAKEOUT   CLICKHOLE   THE ONION   THE INVENTORY

VIDEO   THE BESTS   COSPLAY   SNACKTAKU   HIGHLIGHT REEL   PODCAST   REVIEW   STEAMED




# Sources: Crytek USA's Leadership Quit Last Week

Jason Schreier
7/30/14 2:34pm · Filed to: CRYTEK

29.2K   65   8



This afternoon, Crytek announced that they had downsized their Texas-based USA studio and moved development of the free-to-play co-op shooter *Hunt: Horrors of the Guilded Age* to their main offices in Frankfurt, Germany.

What they didn't say is that Crytek USA's senior staff, including studio head David Adams, quit over a week ago because they weren't getting paid, according to people familiar with goings-on at the company.

As of last week, the bulk of the studio—which employed 30-35 people—was gone, and as a result of their departure, Crytek was forced to shift development of *Hunt* (pictured above) to their Frankfurt office.

It's a sad case of lightning striking twice for the folks at Crytek USA, which mostly consisted of people who worked at the studio Vigil, which dissolved when publisher THQ went bankrupt in 2012.

In May, Crytek boss Cevat Yerli visited the Austin, Texas-based Crytek USA to inform them that they were planning to put together a bank deal by June 20, according to a person who was at the studio then. Though staff at Crytek USA had not been paid on time for several weeks, Yerli assured them that the company would be receiving funds through the bank deal, and that people would be paid soon.

Around the same time, Crytek's higher-ups were saying the same thing to employees at their other studios in Frankfurt, the UK, and elsewhere, according to sources. Since March, paychecks had been missed across the company, though as of last Friday, from what I've heard, the bulk of owed payments have been made.



**Sources: Crytek Not Paying Staff On Time, *Ryse* Sequel Dropped**
Crytek, the developer behind Crysis and Xbox One launch game Ryse, is having trouble paying…

Read more

But when June 20 passed without a cash injection, Crytek USA's staff stopped going to work, sources say. And last week, the studio's senior leadership quit. Some have already taken new jobs, as I've confirmed by their Linkedins and conversations with sources.

"Everyone at that studio was incredibly talented, and they got scooped up quickly by studios that actually pay their employees," said one person connected to Crytek USA.

This afternoon, Crytek also announced that they had shut down their UK studio and sold *Homefront: The Revolution* to the publisher Deep Silver,

Share   Tweet



You may also like



Gizmodo
**Leaked Memo Shows Kickstarter Senior Staffers Are Pushing Back Against Colleagues' Union Efforts**
Bryan Menegus   Today 2:37pm



Recent from Jason Schreier



Document title: Sources: Crytek USA&#39;s Leadership Quit Last Week
Capture URL: https://kotaku.com/sources-crytek-usas-leadership-quit-last-week-1613456108
Capture timestamp (UTC): Thu, 21 Mar 2019 21:35:22 GMT

Exhibit 5
78

Page 1 of 7



**Divinity Original Sin 2 had a disastrous production,** according to director Swen Vincke, who said in a postmortem panel at the...
Jason Schreier  Today 4:15pm

**Are you at GDC in San Francisco this week?** Maddy and I will be doing a Kotaku Splitscreen meet-n-greet in the lobby of the...
Jason Schreier  Tuesday 4:52pm



**Here's What We're Hearing About Google's Plans For Gaming**
Jason Schreier   Monday 7:00pm

SPONSORED   View On Bespoke Post



**Save 25% On Your First Month Of Bespoke Post: Individually Curated Boxes For Guys**
Bespoke Post   Yesterday 2:57 pm

quickly by studios that actually pay their employees," said one person connected to Crytek USA.

This afternoon, Crytek also announced that they had shut down their UK studio and sold *Homefront: The Revolution* to the publisher Deep Silver, which will develop the game under a new company made up of former Crytek UK employees including *Homefront* director Hasit Zala.

We've reached out to Crytek for comment and will update should they add more details.

*You can reach the author of this post at jason@kotaku.com or on Twitter at @jasonschreier.*

**SHARE THIS STORY**

  https://kotaku.com/so...

**Discussion**                                           ⊕ Reply

Staff (4)   Community (8)   Pending                  Sort by:  ⭐ Popular ▾

**Hastings the Hawk** › Jason Schreier
7/31/14 2:13am

Jason, could we get a breakdown of exactly how Crytek came to be in this predicament? I'm kinda lost in the whole affair.

↳ Reply   |   2 replies

    **Jason Schreier** › Hastings the Hawk
    7/31/14 9:53am

    This is the most thorough piece so far: http://kotaku.com/sources-crytek...

    Also, for a timeline of sorts you can check out the Crytek tag on Kotaku for all of our stories since the financial issues first came to light:
    http://kotaku.com/tag/crytek

    ↳ Reply

    **Hastings the Hawk** › Jason Schreier

Show more comments ˅

---



---

SPONSORED   View On Jachs

**Pick Up Two Fleece Crewnecks Or Hoodies From Jachs For Just $40 (Over 80% Off)**
Jachs   Yesterday 2:51 pm

PROMOTED

BEST DEALS OF THE DAY » DEALS OF THE DAY

## Thursday's Best Deals: Nike, Weighted Blankets, Thermapen, and More

Chelsea Stone
Today 10:55am • Filed to: KINJA DEALS ▾     100.4K   5   1



**Best Deals of the Day**
*The best deals from around the web, updated daily.*

 Share    Tweet











**RETHINK YOUR BELT**
SHOP NOW



If you thought gaming on a normal, 21:9 ultrawide monitor was ridiculous, wait until you get a load of a 32:9 superwide. Viotek's SUW49C is a 49-inch curved "super" ultrawide display, capable of playing many games at 3840 by 1080 resolution. Too much?

Just when I thought my Ikea office desk was long enough, along comes this monster. I've long been a fan of ultrawide monitors. Given a choice between a higher resolution, 4K display and a lower resolution ultrawide with a nice refresh rate, I'll pick the ultrawide every time. I'd rather have more screen real estate without taxing my video card too terribly than try to push four times the pixels of standard HD. When Viotek offered me a chance to play with the even longer than ultrawide SUW49C, I jumped at the chance.

The SUW49C is essentially two 1920 by 1080 monitors squished together.

Continue reading

**Discussion**                                          Reply

Community (4)  Pending                          Sort by:  Popular

InvadingDuck | Zachary D Long > Mike Fahey
3/21/19 5:17pm                                                  ☆ 3

I've seen this monitor a few times now and all I can think when I see it is



Show more comments



Seemingly Unbreakable *Getting Over It* World

Share   Tweet



LG UltraWide™
Monitor Nano IPS

See More

34WK95U



## Seemingly Unbreakable *Getting Over It* World Record Turns Out To Be A Fake

Ethan Gach
59 minutes ago • Filed to: GETTING OVER IT WITH BENNET FODDY

5.2K   8   Save



In *Getting Over It with Bennett Foddy*, a man in a pot tries to climb a mountain with a sledgehammer. A Chinese speedrunner named Ccfst recently seemed to help that man climb the mountain faster than anyone before him, setting a new world record that struck some as impossible. The skeptics were right. Over the weekend, Ccfst admitted he had cheated.

On March 17, Ccfst said "I will not send a false record of goi again," according to a screenshot of a now-deleted comment on Chinese social media provided by Keronari, the chief moderator of the *Getting Over It* speedrunning records page. Ccfst has since deleted his *Getting Over It* videos hosted on the site and the moderators of the speedrunning page have removed his world record and banned him from submitting records for six months. According to a Google translation of post currently at the top of Ccfst's Bilbili page, he plans to continue speedrunning the game and eventually earn a legit record.

Ccfst did not immediately respond to a request for comment.

At the beginning of the year, the fastest anyone had completed *Getting Over It* was in one minute, 19 seconds. That record was set by Norwegian speedrunner Rengj. Then on January 31, Ccfst upended everything with a video purporting to show him completing the game in 1:13. Most of the game's records are separated by fractions of a second. Coming in several seconds ahead of the previous mark is practically unheard of.

"When he posted his 1:13 time it was pretty hard for us all to believe, because it was honestly an insane run but the run itself looked completely legit," Keronari told *Kotaku* in a Facebook message. He's not just a *Getting Over It* mod but a speedrunner. "It wasn't spliced so there were no frame cuts to spot.



Continue reading

**Discussion**   Reply

Community (2)  Pending         Sort by: Popular

cecil_banon > Ethan Gach
3/21/19 5:17pm                                6

My guess? The community will eventually Get Over It.

↳ Reply

lostinspacecamp > Ethan Gach
3/21/19 5:06pm                                2

Fortunately, the outrage will be extremely short lived.

↳ Reply

Share   Tweet

**lostinspacecamp** > Ethan Gach
3/21/19 5:06pm

Fortunately, the outrage will be extremely short lived.

Reply

---

**Jason Schreier**
Today 4:15pm · Filed to: DIVINITY ORIGINAL SIN 2

3.2K  7  Save




**Divinity Original Sin 2 had a disastrous production**, according to director Swen Vincke, who said in a postmortem panel at the Game Developers Conference in San Francisco that they didn't finish the writing until months before the game came out. They even changed a chunk of Sebille's origin story **one week** before launch. Yet it's still, somehow, one of the best RPGs ever made.

**SHARE THIS STORY**

https://kotaku.com/dt...

**ABOUT THE AUTHOR**

**Jason Schreier**

News editor. My book BLOOD, SWEAT, AND PIXELS, telling the stories behind video games like Uncharted 4, Destiny, and Star Wars 1313, is out NOW. Get it here.

Email   Twitter   Posts

**Discussion**   Reply

Staff (5)  Community (6)  Pending          Sort by: Popular



**Shabaab Kamal** > Jason Schreier
3/21/19 4:36pm
3

Woof.

I know the folks at Larian seem great and dedicated and obviously love their fans, but stuff like this needs to be a part of the crunch/labor discussion as well. This seems absolutely atrocious and irresponsible.

Reply  |  1 replies

**Jason Schreier** > Shabaab Kamal
3/21/19 4:55pm
2

Absolutely, although in fairness the whole theme of the presentation (which will hopefully be online later) was "How we must avoid this kind of production in the future"

Reply

Share  Tweet

Document title: Sources: Crytek USA&#39;s Leadership Quit Last Week
Capture URL: https://kotaku.com/sources-crytek-usas-leadership-quit-last-week-1613456108
Capture timestamp (UTC): Thu, 21 Mar 2019 21:35:22 GMT

Exhibit 5
83

Page 6 of 7







