# Exhibit 6

Exhibit 6
85



| | |
|---|---|
| Document title: | Deep Silver Buys Homefront From Crytek |
| Capture URL: | https://kotaku.com/deep-silver-buys-homefront-1613349084 |
| Captured site IP: | 151.101.130.166 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:36:45 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:37:14 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | f7fca0a4-7111-4594-9d3a-5c0e0afe11e9 |
| User: | fkks-dgrove |

PDF REFERENCE #: 5WtXycbzZzVXFvf8nyQxxk

Exhibit 6
86





Moving? Let us drive.

No Fuel to Buy. No Truck to Drive.
Move virtually anywhere in the US in
2-5 Business Days!

U-Pack   U-Pack Moving



You may also like



Gizmodo

**Leaked Memo Shows Kickstarter Senior Staffers Are Pushing Back Against Colleagues' Union Efforts**

Bryan Menegus   Today 2:37pm



Recent from Jason Schreier

# Deep Silver Buys *Homefront* From Crytek

  Jason Schreier
7/30/14 12:00pm · Filed to: HOMEFRONT ⌄     27.0K  92  7    



In the wake of Crytek's financial troubles, Deep Silver has just acquired the rights to *Homefront: The Revolution* and will develop the game under a new Nottingham-based studio, the publisher announced today.

Crytek UK, which has been rapidly losing staff over the past few months in the wake of missed paychecks and other financial troubles, will no longer work on the game. A new studio called Deep Silver Dambuster Studios will now helm development on *Homefront: The Revolution*, which is still expected for next year on Xbox One, PS4, and PC.

It's unclear whether this new Dambuster Studios is a renamed version of Crytek UK or just a new studio that employs a number of ex-Crytek UK staff, but I have heard that *Homefront: The Revolution* director Hasit Zala, who left Crytek UK a few weeks ago, will head up the game.

**UPDATE (1:09pm):** Some clarification via Crytek press release:

> Firstly, Crytek has been in extensive discussions with leading producer and distributor of digital entertainment products, Koch Media, regarding the acquisition of rights for the "Homefront" IP. On completion of the proposed acquisition, the Homefront team from Crytek's Nottingham studio would transfer their talents to Koch Media in compliance with English law and continue their hard work on upcoming shooter, "Homefront: The Revolution". Both parties hope to finalize and implement a deal soon.

Deep Silver, best known as the publisher behind *Dead Island,* was originally co-publishing the game with Crytek, but now will release *Homefront: The Revolution* on their own.

Last week, Crytek finally received a cash injection and was able to finally pay its staff at various studios after missed paychecks across the board, sources told me. The multinational company has been facing financial issues for the past few months, and cancelled a potential *Ryse* sequel earlier this year after a dispute with Microsoft over IP rights, sources said.

  **Sources: Crytek Not Paying Staff On Time,** *Ryse* **Sequel Dropped**
Crytek, the developer behind Crysis and Xbox One launch game Ryse, is having trouble paying…
Read more

 Share    Tweet

Document title: Deep Silver Buys Homefront From Crytek
Capture URL: https://kotaku.com/deep-silver-buys-homefront-1613349084
Capture timestamp (UTC): Thu, 21 Mar 2019 21:37:14 GMT

Exhibit 6
87

Page 1 of 4

**Recent** from Jason Schreier



**Divinity Original Sin 2 had a disastrous production, according to director Swen Vincke, who said in a postmortem panel at the...**
Jason Schreier   Today 4:15pm

**Are you at GDC in San Francisco this week? Maddy and I will be doing a Kotaku Splitscreen meet-n-greet in the lobby of the...**
Jason Schreier   Tuesday 4:52pm



**Here's What We're Hearing About Google's Plans For Gaming**
Jason Schreier   Monday 7:00pm

SPONSORED   View On Jachs



**Pick Up Two Fleece Crewnecks Or Hoodies From Jachs For Just $40 (Over 80% Off)**
Jachs   Yesterday 2:51 pm

---



**Sources: Crytek Not Paying Staff On Time, *Ryse* Sequel Dropped**

Crytek, the developer behind Crysis and Xbox One launch game Ryse, is having trouble paying...

Read more

Last month, as Crytek UK's staff stopped going to work following months of missed and partial paychecks, sources told me that rumors had been swirling about a Deep Silver acquisition of some sort—today it's finalized. More as we hear it.



**Sources: Crytek UK's Staff No Longer Going To Work**

There's still trouble at Crytek, the independent game developer behind games like Crysis and...

Read more

You can reach the author of this post at jason@kotaku.com or on Twitter at @jasonschreier.

**SHARE THIS STORY**

**Discussion**                                                                  Reply

Staff (2)   Community (2)   Pending                              Sort by:  Popular

**Jason Schreier** > Jason Schreier
7/30/14 1:15pm                                                                     2

Looks like Crytek Austin is basically done, too.

Some further clarity via press release from Crytek (emphasis mine):

> **Frankfurt am Main (Germany), July 30, 2014** – Crytek today offered a detailed breakdown of plans to build for the future as they complete the transition from game developer to publisher.
>
> Following on from a recent announcement that the company's long term financial status is secure, Crytek has now shared more information on changes they are implementing to optimize their business.
>
> Firstly, Crytek has been in extensive discussions with leading producer and distributor of digital entertainment products, Koch Media, regarding the acquisition of rights for the "Homefront" IP. **On completion of the proposed acquisition, the Homefront team from Crytek's Nottingham studio would transfer their talents to Koch Media in compliance with English law and continue their hard work on upcoming shooter, "Homefront: The Revolution".** Both parties hope to finalize and implement a deal soon.
>
> **The internal restructuring will also see the development of Crytek IP, "HUNT: Horrors of the Gilded Age", transferred from their studio in Austin, USA to Frankfurt. Crytek will retain a presence in Austin, with several staff members maintaining the CRYENGINE support team to assist North American licensees. Employees who are not set to be part of that support team will be invited to apply for new positions at Crytek in Germany.**
>
> Crytek founder and CEO, Cevat Yerli, said: "As we look to cement Crytek's future, this strategic deal with Koch Media would allow us to continue with our ambitious goals to become an online publisher. With Warface, Arena of Fate and HUNT, we believe we have the perfect portfolio and teams to make that happen. We would like to thank all our staff – past and present – in both Nottingham and Austin for their contributions to the company, and we wish all the very best to anyone who may no longer be under the Crytek banner moving forward."
>
> Crytek's studios in Budapest, Istanbul, Kiev and Sofia will continue to operate as usual. A closer collaboration between Crytek's studios in Shanghai and Seoul is under review.

Reply  |  3 replies

**James Baron** > Jason Schreier

                                                                          Share   Tweet



**James Baron** > Jason Schreier
7/30/14 1:24pm

Such a shame, I was really looking forward to HUNT.

the Vigil Games guys just can't seem to catch a break

↪ Reply | 2 replies

View all 92 replies

---



**SPONSORED** View On Bespoke Post

**Save 25% On Your First Month Of Bespoke Post: Individually Curated Boxes For Guys**

Bespoke Post    Yesterday 2:57 pm



## Is Super Ultrawide Too Wide?

Mike Fahey
36 minutes ago • Filed to: HARDWARE

1.9K   8   Save



If you thought gaming on a normal, 21:9 ultrawide monitor was ridiculous, wait until you get a load of a 32:9 superwide. Viotek's SUW49C is a 49-inch curved "super" ultrawide display, capable of playing many games at 3840 by 1080 resolution. Too much?

Just when I thought my Ikea office desk was long enough, along comes this monster. I've long been a fan of ultrawide monitors. Given a choice between a higher resolution, 4K display and a lower resolution ultrawide with a nice refresh rate, I'll pick the ultrawide every time. I'd rather have more screen real estate without taxing my video card too terribly than try to push four times the pixels of standard HD. When Viotek offered me a chance to play with the even longer than ultrawide SUW49C, I jumped at the chance.



f Share    y Tweet


