# Exhibit 7

Exhibit 7
91

| | |
|---|---|
| Document title: | Bundesanzeiger |
| Capture URL: | https://www.bundesanzeiger.de/ebanzwww/wexsservlet |
| Captured site IP: | 128.65.211.86 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:43:05 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:43:48 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | 3394b59b-37cf-419d-a941-f240c7085a02 |
| User: | fkks-dgrove |

PDF REFERENCE #:    tJ9wgPhVo879bMyFuMs1Cq

Exhibit 7
92



## Crytek GmbH

**Frankfurt am Main**

**Jahresabschluss zum Geschäftsjahr vom 01.01.2014 bis zum 31.12.2014**

### Lagebericht für das Geschäftsjahr 2014

der Crytek GmbH, Frankfurt am Main

#### 1. Geschäft und Rahmenbedingungen

Der weltweite Videospiel-Markt, welcher die Bereiche Konsolen- (Hardware - und Software), Online-, Mobil- und PC-Spiele enthält, hat im Jahr 2014 ca. 93 Milliarden Dollar Umsatz erreicht (Vorjahr: ca. 85 Milliarden Dollar). Durch starke Verkäufe im Mobile-Bereich, bei den Videospielen und dem Konsolen- und Software-Vertrieb, wird der Markt bis 2016 voraussichtlich 108 Milliarden Dollar erreichen.

Es wird erwartet, dass der Markt der Videospiele mit einer jährlichen Wachstumsrate von 11,5 % (Software) bzw. 8.8 % (Hardware) bis 2017 ansteigen wird. Dies ist schneller als die gesamte Branche der Unterhaltungsindustrie, für welche ein jährliches Wachstum von 5,9 % prognostiziert wird. Im Consol, TV und Onlinebereich wird eine jährliche Wachstumsrate von 11,2 % erwartet, so dass dieser Bereich bis 2017 ca. 50 % des gesamten Videospiel-Marktes ausmachen wird. Aufgrund der hohen prognostizierten Wachstumsraten im Online- und Mobile-Bereich wird auch mit einer Intensivierung des Wettbewerbsumfelds gerechnet.

Das Geschäftsmodell von Crytek weist drei Kernbereiche auf.

1. Weiterentwicklung und Direktvermarktung der Spieleentwicklungsplattform „Cryengine".
2. Entwicklung von innovativen 3D-Videospielen für PC, Spielkonsolen und Virtual Reality für Online- und Retailvertrieb.
3. Entwicklung und Vertrieb von Online- und Virtual Reality-Spielen (VR-Spielen).

Der erste Kernbereich ist die Weiterentwicklung und Direktvermarktung der von der Crytek entwickelten „Cryengine" (Lizenzgeschäft), einer führenden 3D-Technologie zur Erstellung komplexer und anspruchsvoller 3D-Spiele, an Spielehersteller und Entwickler von interaktiven Inhalten.

Im Kernbereich „Entwicklung von innovativen 3D-Videospielen" für den PC und „Next-Generation-Spielekonsolen" erfolgen Vertrieb und Vermarktung klassischer Retailspiele mit führenden Unternehmen aus dem Bereich Publishing und Distribution, Onlinespiele werden durch die eigene Publishing Plattform vertrieben.

Der dritte Kernbereich deckt den Aufbau einer eigenen Publishing Abteilung und Publishing Plattform ab, um Online- und zukünftige VR Spiele zu vermarkten. Die Entwicklung dieses Marktes hat im Verlauf des Geschäftsjahres 2014 zugenommen und wird zukünftig im weiteren Fokus der Gesellschaft stehen. Dieser Bereich fokussiert sich auf „Games as a service", welches auch das Geschäftsmodell des Free-to-Play-Marktes enthält.

Im Jahr 2014 wurde das Computerspiel „Ryse" für den PC veröffentlicht. Das Spiel „Warface" wurde weiterentwickelt und nun nach den Regionen Russland und China auch für andere Regionen (insbesondere Europa und Nordamerika) zugänglich gemacht. Um die Content Pipeline zu erweitern und um den Ausbau des Online Segmentes voranzutreiben, wurde in die Spiele wie „Hunt" oder „Arena of Fate" investiert. Die auf der eigenen Entwicklungsplattform „Cryengine" erstellten Spiele sind durch herausragende Wertungen von Kritikern und enorme Verkaufszahlen zu Auszeichnungen auf internationaler Ebene gekommen.

Basierend auf einer der technisch weltweit führenden Spiele-Engines in ihrer dritten Ausbaustufe als „Cryengine 3", sammeln die Spiele von Crytek internationales Lob und Anerkennung für die realistische Darstellung von Außenwelten und Umgebungen. Diese Eigenschaften kombiniert mit dem hohen Qualitätsanspruch von Crytek setzen die Grundsteine für das Geschäftsmodell des Unternehmens. Demzufolge ist Crytek derzeit sowohl eines der größten deutschen als auch ein weltweit bekanntes und selbständiges Entwicklungsunternehmen für interaktive Unterhaltung. Neben der normalen Lizenzierung der Cryengine wurde eine umfangreiche Lizenzvereinbarung mit einem großen Konzern für die Nutzung der Cryengine abgeschlossen.

Im zweiten Geschäftshalbjahr wurde der Fokus auf plattformübergreifende „Games as a service-Spiele" und Publishing sowie die Weiterentwicklung der Technologie Cryengine gelegt. In diesem Zusammenhang wurde das Projekt "Homefront The Revolution" sowie das zugehörige Entwicklungsstudio in Nottingham im Rahmen eines Assets Deals an die Koch Media Gruppe veräußert. Die Studioausrichtung der amerikanischen Tochtergesellschaft in Austin wurde auf Cryengine Business fokussiert. Die dort ansässige Entwicklung des Projektes „Hunt" wurde in die Firmenzentrale nach Frankfurt verlagert.

#### 2. Forschung und Entwicklung

Die Entwicklung von Softwaretechnologien und deren Umsetzung in innovative Spielkonzepte sind die Kernbereiche des Konzerns. Für die Spiele sind der Fortschritt und der technologische Vorsprung die Eigenschaften, die im Vordergrund stehen und Crytek's Geschäftsmodell prägen.

Ein Beispiel dafür ist die Game-Engine „Cryengine 3", die als technische Plattform fortlaufend weiterentwickelt und neben der Nutzung für eigene Spieletechnologien auch an Lizenznehmer vermarktet wird.

Durch die rasante Entwicklung der verschiedenen Plattformen werden Entwicklungsarbeiten auf unterschiedlichen Ebenen vorangetrieben. Dazu gehören Entwicklungsarbeiten für den PC, die Microsoft Xbox, Sony Playstation, Online-Medien, Android basierende Konsolen, sowie Virtual Reality Hardware und als Folge der stetig steigenden Bedeutung zunehmend auch Spiele für immer leistungsfähigere Endgeräte, auch mobile Endgeräte.

Neben der Entwicklung neuer Spieltitel, die die Stärken der Cryengine 3 im Echtzeit-3D Bereich nutzen, wird darüber hinaus auch auf die Entwicklung und Veröffentlichungen von Online-Spielen mit käuflichen Zusatzinhalten gesetzt. Hier trägt das Unternehmen somit dem wachsenden Markt der virtuellen Items Rechnung. Insgesamt betrachtet entwickelt sich die Spieleindustrie mit den technologischen Innovation (z. B. Virtual Reality) und Leistungsfähigkeiten (z. B. Androidbasierende Mikrokonsolen, welche konsolenqualitative Spiele auf großen Fernsehbildschirmen erlauben) zu den Stärken für Crytek, sodass Crytek sowohl mit der Content Pipeline sowie mit der Cryengine 3 Technologie gut für die Zukunft aufgestellt ist.

#### 3. Ertragslage

Die Umsatzerlöse betrugen im Geschäftsjahr 2014 TEUR 69.401 (Vorjahr: TEUR 74.995). Das Geschäft im Bereich der Spiele für PC und Spielekonsolen ist im Vergleich zum Vorjahr gesunken; im Bereich Onlinespiele blieben die umsatzabhängigen Lizenzeinnahmen weitgehend stabil. Dagegen stieg der Umsatz im Bereich Cryengine neben dem klassischen Lizenzgeschäft aufgrund eines umfangreichen Lizenzvertrages stark an.

Aus der Aktivierung selbsterstellter immaterieller Vermögensgegenstände sind andere aktivierte Eigenleistungen in Höhe von TEUR 4.663 (Vorjahr: TEUR 2.905) angefallen. Nach Abzug der zugehörigen latenten Steueraufwendungen in Höhe von TEUR 1.489 resultiert ein Ergebniseffekt in Höhe von TEUR 3.174 aus der Ausübung des Aktivierungswahlrechtes.

Der Anstieg der sonstigen betrieblichen Erträge auf TEUR 1.256 (Vorjahr: TEUR 594) resultiert im Wesentlichen aus höheren Erträgen aus Währungsumrechnungen (TEUR 843; Vorjahr: TEUR 235).

Die Materialaufwendungen betreffen wie im Vorjahr im Wesentlichen Entwicklungskosten. Die Tochtergesellschaften entwickeln auf Basis

Spielekonsolen ist im Vergleich zum Vorjahr gesunken; im Bereich Onlinespiele blieben die umsatzabhängigen Lizenzeinnahmen weitgehend stabil. Dagegen stieg der Umsatz im Bereich Cryengine neben den klassischen Lizenzgeschäft aufgrund eines umfangreichen Lizenzvertrages stark an.

Aus der Aktivierung selbsterstellter immaterieller Vermögensgegenstände sind andere aktivierte Eigenleistungen in Höhe von TEUR 4.663 (Vorjahr: TEUR 2.905) angefallen. Nach Abzug der zugehörigen latenten Steueraufwendungen in Höhe von TEUR 1.489 resultiert ein Ergebniseffekt in Höhe von TEUR 3.174 aus der Ausübung des Aktivierungswahlrechtes.

Der Anstieg der sonstigen betrieblichen Erträge auf TEUR 1.256 (Vorjahr: TEUR 594) resultiert im Wesentlichen aus höheren Erträgen aus Währungsumrechnungen (TEUR 843; Vorjahr: TEUR 235).

Die Materialaufwendungen betreffen wie im Vorjahr im Wesentlichen Entwicklungskosten. Die Tochtergesellschaften entwickeln auf Basis abgeschlossener Entwicklungsverträge, sogenannter Software Development Agreements, Computerspiele für die Crytek GmbH. Der Materialaufwand ist im Vergleich zum Vorjahr um 18 % auf TEUR 23.498 gesunken. Ursächlich hierfür war im Wesentlichen die ergriffenen Maßnahmen zur Restrukturierung in USA sowie der Asset Deal betreffend das Studio in UK zum 1.8.2014. Der Aufwand für Fremdleistungen hat sich nach der Fertigstellung des Computerspiels „Ryse" wieder verringert.

Der Personalaufwand ist von TEUR 25.360 in 2013 auf TEUR 21.969 in 2014 (-13 %) gesunken. Dies ist im Wesentlichen auf eine geringere Mitarbeiterzahl an mehreren Standorten sowie den Asset Deal betreffend das Studio in UK zurückzuführen. Im Jahresdurchschnitt verringerte sich die Anzahl der Mitarbeiter gegenüber dem Vorjahr um 378 Mitarbeiter.

Die Abschreibungen in Höhe von TEUR 3.473 (Vorjahr: TEUR 4.574) spiegeln im Wesentlichen Abschreibungen für die von verbundenen Unternehmen im Rahmen von Werkverträgen bezogenen immateriellen Vermögensgegenstände wider.

Die sonstigen betrieblichen Aufwendungen sind von TEUR 10.898 in 2013 auf TEUR 11.484 in 2014 angestiegen (+ 5 %), was im Wesentlichen auf die Verbuchung von Forderungsverlusten zurückzuführen ist.

Die Zinsaufwendungen sind auf TEUR 2.096 (Vorjahr: TEUR 3.293) gesunken, was vor allem auf den Wegfall von Zinsaufwand aufgrund der Verschmelzung der Crytek Lizenzverwaltung GmbH sowie rückläufigen Zinsbelastungen aus der Fremdfinanzierung zurückzuführen ist.

Trotz der steuerrechtlichen Verlustvorträge wurden Steuerrückstellungen für Körperschaft- und Gewerbesteuer unter Berücksichtigung der anrechnungsfähigen gezahlten Quellensteuer im Ausland gebildet, was auf die Mindestbesteuerung zurückzuführen ist. Weiterhin sind latente Steueraufwendungen (TEUR 1.489) aus den aktivierten selbst erstellten immateriellen Vermögensgegenständen angefallen. Außerdem wurden aktive latente Steuern auf Verlustvorträge aufgelöst (TEUR 4.162) und auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 54) gebildet, so dass insgesamt ein Aufwand aus latenten Steuern von TEUR 5.597 ausgewiesen wird.

Insgesamt ergab sich ein Jahresüberschuss in Höhe von TEUR 6.261 (Vorjahr: TEUR 19.196).

### 4. Finanzlage

Die Reduzierung des Zahlungsmittelbestandes im Jahr 2014 um TEUR 2.588 auf TEUR 481 resultiert im Wesentlichen aus einem negativen Cashflow aus Finanzierungstätigkeit aufgrund planmäßiger Darlehenstilgungen gegenüber Kreditinstituten und Investoren.

Der Cashflow aus laufender Geschäftstätigkeit beträgt in 2014 TEUR 13.487 (Vorjahr: TEUR 16.969). Der positive Cashflow aus laufender Geschäftstätigkeit resultiert im Wesentlichen aus den Umsatzerlöseinzahlungen mit dem resultierenden positiven Jahresergebnis sowie dem Anstieg der passivisch abgegrenzten Lizenzeinnahmen und dem Rückgang der aktiven latenten Steuern. Der Cashflow verschlechterte sich im Wesentlichen aufgrund der Zunahme der Forderungen aus Lieferungen und Leistungen.

Kurzfristiger Liquiditätsbedarf konnte unterjährig durch den Cashflow aus laufender Geschäftstätigkeit und den bestehenden Kreditlinien sowie einer Zwischenfinanzierung gedeckt werden. Zum 31. Dezember 2014 bestanden keine offenen Kreditlinien.

Der zukünftige Zahlungsmittelbedarf soll im Wesentlichen durch Royalties und Einzahlungen aus dem Onlinegeschäft sowie durch Meilensteinzahlungen aus Entwicklungsvereinbarungen finanziert werden. Darüber hinaus werden Lizenzerlöse aus der Vermarktung der Cryengine erzielt.

Mit Datum vom 22. Juli 2014 hat Crytek mit einem Kunden eine vertragliche Vereinbarung (umfangreiches Software License Agreement) unterzeichnet. Diese Vereinbarung regelt die nicht exklusive Nutzung von in diesem Vertrag spezifizierter Software, Schutzmarken und Patenten durch den Lizenznehmer sowie die Zahlungsverpflichtungen an den Lizenzgeber. Als Gegenleistung für diese Nutzung hat sich der Lizenznehmer mit diesem Vertrag dazu verpflichtet, einen hohen zweistelligen Millionenbetrag in unterschiedlichen Raten in einem Zeitraum vom 22. Juli 2014 bis zum 1. November 2015 an den Lizenzgeber zu zahlen.

Die Verringerung der Verbindlichkeiten von TEUR 49.447 auf TEUR 23.628 resultiert im Wesentlichen aus der Verringerung der Verbindlichkeiten gegenüber verbundenen Unternehmen aufgrund der Verschmelzung der Crytek Lizenzverwaltung GmbH sowie der sonstigen Verbindlichkeiten und den Verbindlichkeiten gegenüber Kreditinstituten. Die Verbindlichkeiten gegenüber Kreditinstituten sind aufgrund von planmäßigen Darlehenstilgungen auf TEUR 1.667 (Vorjahr: TEUR 3.786) gesunken. Das Tilgungsdarlehen gegenüber Kreditinstituten hat eine Laufzeit bis Oktober 2015 und ist durch eine Zession hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden abgesichert. In 2014 wurde ein kurzfristiges Darlehen aufgenommen und noch im Laufe des Jahres wieder zurückgezahlt. Der Rückgang der sonstigen Verbindlichkeiten von TEUR 9.025 auf TEUR 1.529 ist im Wesentlichen auch auf planmäßige Tilgungen des Darlehens eines Finanzinvestors zurückzuführen. Das Tilgungsdarlehen gegenüber dem Finanzinvestor hat eine Laufzeit bis April 2015 und ist durch die Rechte an einem Spieletitel abgesichert. Die Gesellschaft unterliegt keinen kreditvertraglich vereinbarten Kennzahlen (Covenants). Des Weiteren entfiel eine Darlehensverbindlichkeit aufgrund einer vereinbarten Verrechnung mit einer Forderungsposition.

Für die planmäßigen Rück- und Zinszahlungen der Darlehen in 2015 stehen neben den Erlösen aus dem Spielevertrieb und den noch ausstehenden Zahlungen aus dem genannten Software License Agreement zusätzliche Mittel aus neuen Kreditlinien zur Verfügung. Für weiteren Zufluss sorgen Engine-Lizenzverträge in mehrfachem Millionenvolumen, die zum Zeitpunkt des Berichts bereits abgeschlossen bzw. in der finalen Verhandlungsphase sind. Wir verweisen zudem auf den Risikobericht.

Die Verbindlichkeiten gegenüber verbundenen Unternehmen, welche im Wesentlichen auf Lizenzgebühren und Entwicklungsleistungen der Tochterunternehmen entfallen, reduzierten sich nach der Verschmelzung der Crytek Lizenzverwaltung GmbH auf TEUR 4.089 (Vorjahr: TEUR 20.584).

Die Verbindlichkeiten gegenüber Gesellschaftern sind aufgrund von aufgelaufenen Zinsen angestiegen.

Der Anlagendeckungsgrad II (Eigenkapital + langfristige Verbindlichkeiten/Anlagevermögen) beläuft sich zum 31. Dezember 2014 auf 159% (Vorjahr: 59 %). Die Gesellschaft wies eine Eigenkapitalquote von 12 % aus.

### 5. Vermögenslage

Die Bilanzsumme ist von TEUR 55.495 auf TEUR 41.333 gesunken.

Auf der Aktivseite sind die immateriellen Vermögensgegenstände, insbesondere aufgrund der Aktivierung von selbst erstellten Computerspielen in Höhe von TEUR 4.663 auf TEUR insgesamt 7.984 angestiegen.

Die Veränderung des Finanzanlagevermögens resultiert aus der Verschmelzung der Crytek Gface GmbH sowie der Crytek Lizenzverwaltung GmbH - mit Wirkung zum 1.1.2014 - auf die Crytek GmbH.

Die Forderungen aus Lieferungen und Leistungen sind im Vergleich zum Vorjahr auf TEUR 23.399 (Vorjahr: TEUR 9.408) gestiegen. Ursächlich dafür ist die vertragliche Vereinbarung (umfangreiches Software License Agreement) mit einem Kunden zum 22. Juli 2014. Der Rückgang der Forderungen gegen verbundene Unternehmen von TEUR 6.527 im Vorjahr auf TEUR 1.092 resultiert im Wesentlichen aus der Verschmelzung der Crytek Lizenzverwaltung GmbH und der Gface GmbH auf die Crytek GmbH zum 1.1.2014.

Aufgrund der Auflösung latenter Steuern auf Verlustvorträge (TEUR 4.162) und der Aktivierung latenter Steuern auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 53) sowie Passivierung latenter Steuern auf die Aktivierung selbst geschaffener immaterieller Vermögensgegenstände (TEUR 1.489) werden insgesamt aktive latente Steuern in Höhe von TEUR 5.658 ausgewiesen.

### 6. Vorgänge von besonderer Bedeutung nach dem Schluss des Geschäftsjahres

Mit Datum vom 27. März 2015 wurden sämtliche Anteile am Tochterunternehmen Real Time Immersive Inc. veräußert, um die strategische Fokussierung voranzutreiben.

### 7. Chancen- und Risikobericht

Im Rahmen des Risikoprofils sind das anteilige Markterfolgsrisiko sowie das Entwicklungsrisiko aufzuzeigen.

Das anteilige Markterfolgsrisiko besteht insbesondere in mangelnder Nachfrage nach einem Spiel, die in Folge zu einer frühzeitigen Reduzierung des tatsächlich erzielbaren Umsätze für Crytek führen kann. Dieses Risiko existiert grundsätzlich bei der Veröffentlichung jedes Spiels bei dem eine zumindest teilweise umsatzabhängige Vergütung vereinbart wurde. Sollte ein Spiel nicht die geplanten umsatzabhängigen Vergütungen erzielen, können sich hieraus erhebliche Auswirkungen auf die Umsatzerlöse, das Jahresergebnis und den Cashflow aus operativer Geschäftstätigkeit ergeben. Im Onlinegeschäft liegt das Risiko in der mangelnden Akzeptanz der Kunden, die sich unmittelbar auf die Höhe der Verkäufe von Zusatzinhalten auswirken kann. Das Risiko kann jedoch adressiert werden, dadurch Anwendung von Business Intelligence (Bestandteil der Publishingplattform) das Spiel fast in Echtzeit analysiert werden kann und daraufhin auf Probleme mit Updates und Nachbesserungen und/oder weiteren Inhalten eingegangen werden kann.

Das zweite wesentliche Risiko ist das Entwicklungsrisiko. Es besteht in der Nichterreichung von Meilensteinen aufgrund unplanmäßigen Projektfortschritts, den daraus resultierenden Verzögerungen der Teilabnahmen sowie der damit verbundenen Zahlungen seitens der Entwicklungspartner und im Extremfall der Einstellung eines Projekts. Die Crytek GmbH versucht durch ihr Projektmanagement das Entwicklungsrisiko zu begrenzen.

Darüber hinaus können sich aus den langfristigen Verträgen mit den Entwicklungspartnern und Lizenznehmern auch Wechselkursrisiken ergeben, sofern die vertraglich vereinbarten Zahlungen nicht in Euro erfolgen. Dies kann zu Währungsverlusten, aber auch zur Realisierung von Währungsgewinnen führen.

Bei den in Zusammenarbeit mit Entwicklungspartnern und Lizenznehmern durchgeführten Produktentwicklungen wird versucht, die voraussichtlich anfallenden Kosten durch die vertragliche Vereinbarung von Teilabnahmen und die damit verbundenen Zahlungen im Wesentlichen zu decken. Darüber hinaus werden umsatzabhängige Erlöse aus dem Vertrieb der Spiele sowie aus der Lizenzierung des Technologiekerns Cryengine generiert.

Chancen für den Konzern ergeben sich aus der stufenweisen Einführung des neuen Onlinespiels Arena of Fate (AoF) in der zweiten Hälfte 2015. Dieses Spiel wird wie Warface als Game as a Service betrieben und wird monatliche Erlöse über einen Zeitraum von mehreren Jahren generieren. Weitere Chancen bestehen durch die massive Markteinführung von Virtual Reality an Endkunden ab 2016. Dabei handelt es sich um die Darstellung und gleichzeitige Wahrnehmung einer Umgebung in einer computergesteuerten, interaktiven, virtuellen Umgebung. Crytek hat für diese Markteinführung Spiele in der Entwicklung und wird darüber hinaus Cryengine Technologie zur Lizenzierung anbieten.

Da Crytek und ihre Tochtergesellschaften insbesondere für den Online-Bereich jedoch auch Computerspiele ohne die Einbindung von Publishern entwickeln, entsteht während der Entwicklungszeit zwischenzeitlich Liquiditätsbedarf. Sollte dieser Liquiditätsbedarf im Geschäftsjahr 2015 nicht wie im Geschäftsjahr 2014 weitestgehend durch den Cashflow aus der laufenden Geschäftstätigkeit gedeckt werden können, wären zur Aufrechterhaltung der Geschäftstätigkeit weitere Liquiditätsbeschaffungsmaßnahmen erforderlich.

2015. Dieses Spiel wird wie Warface als Game as a Service betrieben und wird monatlich Erlöse über einen Zeitraum von mehreren Jahren generieren. Weitere Chancen bestehen durch die massive Markteinführung von Virtual Reality an Endkunden ab 2016. Dabei handelt es sich um eine Vielfalt und flexibles Angebot aus Hardware-, Computer- und Konsolen-Spielen, die innerhalb einer virtuellen Umgebung. Crytek hat für diese Markteinführung Spiele in der Entwicklung und wird darüber hinaus Cryengine Technologie zur Lizenzierung anbieten.

Da Crytek und ihre Tochtergesellschaften insbesondere für den Online-Bereich jedoch auch Computerspiele ohne die Einbindung von Publishern entwickeln, entsteht während der Entwicklungszeit zwischenzeitlich Liquiditätsbedarf. Sollte dieser Liquiditätsbedarf im Geschäftsjahr 2015 nicht wie im Geschäftsjahr 2014 weitestgehend durch den Cashflow aus der laufenden Geschäftstätigkeit gedeckt werden können, wären zur Aufrechterhaltung der Geschäftstätigkeit weitere Liquiditätsbeschaffungsmaßnahmen erforderlich.

Mögliche Liquiditätsbeschaffungsmaßnahmen sind die Verhandlung von Kreditlinien bei Banken, Verhandlungen mit bestehenden Gesellschaftern über zusätzliche Eigenkapitalzuführungen, Verhandlungen mit Dritten über die Zurverfügungstellung von finanziellen Mitteln sowie die Verhandlung mit Entwicklungspartnern über Vorab-Meilensteine oder Minimumgarantien für entwickelte Spiele.

Die Zukunft des Crytek Konzerns wird somit geprägt sein von Chancen und Herausforderungen in einem stetig wachsenden Marktumfeld. Sämtliche in der Entwicklung befindliche Projekte im Retailsegment, Onlinespielesegment sowie im VR Segment bilden ein zusätzliches Potenzial für uns. Hier sind neue Abschlüsse von Verträgen mit Entwicklungspartnern zu erwarten, die Meilenstein- und umsatzabhängige Zahlungen und damit die Verbesserung der Ertragslage zur Folge haben.

Die Unternehmensleitung geht auf Basis der Planung für die Geschäftsjahre 2015 und 2016 von einem ausreichend hohen positiven Cashflow aus operativer Geschäftstätigkeit aus, um die Zahlungsfähigkeit der Gesellschaft für die Jahr 2015 und 2016 (den Prognosezeitraum) zu gewährleisten. Haupteinflussfaktoren für die Planung der Zahlungsmittelzuflüsse sind die prognostizierten Erlöse im Onlinebereich, sowie die Lizenzeinnahmen aus der Lizenzierung bzw. dem Verkauf der Cryengine und die Meilensteinzahlungen aus Entwicklungsverträgen.

Wesentliche Risiken im Zusammenhang mit der Planung bestehen insbesondere darin, dass sich die Einzahlungen aus der Teilabnahme einzelner Meilensteine verzögern können, wenn die betroffenen Projekte nicht fristgerecht fertiggestellt werden. Darüber hinaus bestehen Schätzrisiken, da sowohl die Prognosen über die umsatzabhängigen Vergütungen aus der Vermarktung der Computerspiele als auch die aus der Lizenzierung der Cryengine erwarteten Erträge bzw. Zahlungsströme naturgemäß ermessensbehaftet sind und nicht auf bereits vertraglich fixierten Bestellungen beruhen. In den Segmenten der Online Spiele können Einnahmen ebenfalls nicht genau prognostiziert werden.

Die Geschäftsführung begegnet den genannten Risiken durch eine umfassende Liquiditätssteuerung und -überwachung. Zusätzlich wurden Maßnahmen eingeleietet, die genannten Liquiditätsrisiken durch weitere Liquiditätsbeschaffungen zu verringern. Hierzu zählen unter anderem Verhandlungen über neue Kreditlinien bzw. Darlehen mit Kreditinstituten und Venture Capital Gesellschaften, aber auch die mögliche Gewährung zusätzlicher Gesellschafterdarlehen.

### 8. Prognosebericht

Das Geschäftsjahr 2015 wird für Crytek geprägt sein von Chancen und Herausforderungen in einem stetig wachsenden Marktumfeld sowie der globalen Markteinführung von Virtual Reality in 2016. Mit der Veröffentlichung von neuen PC Online Spielen - wie „Arena of Fate", welches als zweites Spiel von Crytek als Online Spiel angeboten wird - sind wir sehr zuversichtlich, an den Erfolg von „Warface" anzuknüpfen und diesen zu übertreffen. Sämtliche Projekte im Off- und Onlinespielesegment sowie im VR Segment, die sich derzeit in der Entwicklungsphase befinden, bilden ein weiteres Potential für uns um Abschlüsse von Entwicklungsverträgen und Partnerschaften und damit verbunden steigende Umsatzerlöse zu erzielen. Darüber hinaus erweitert Crytek durch die Selbstvermarktung von Onlinespielen in Europa und USA ihr Geschäftsmodell und sichert sich höhere Margen und schafft eine direkten Kundenbeziehung mit den Spielern.

Aufgrund des stetig hohen Interesses an unserer führenden Entwicklungsplattform Cryengine gehen wir derzeit von einem weiterhin guten Lizenzgeschäft in den Geschäftsjahren 2015 und 2016 aus.

Der Umsatz verringerte sich gegenüber dem Vorjahr um 7,5 %. Ursächlich dafür war der Wegfall von Meilensteinzahlungen von Publishern nach Abschluss von Projekten. Dagegen konnte ein positiver Cashflow aus der operativen Geschäftstätigkeit wie prognostiziert erreicht werden (TEUR 12.677). Der Rückgang des Jahresüberschusses ist wesentlich bedingt durch die Auflösung aktiver latenter Steuern. Beim EBIT ergab sich ein deutlicher Anstieg um 153 %. Es wird mit einem deutlichen Umsatzrückgang in 2015 gerechnet. Das Umsatzvolumen aus der umfangreichen Lizenzvereinbarung im Bereich Cryengine sinkt und kann nicht vollständig mit Umsatzerlösen aus anderen Geschäftsbereichen kompensiert werden. Für 2016 wird aufgrund neuer Projekte wiederum mit Umsatzerlösen auf Niveau von 2014 geplant. Für das Geschäftsjahr 2015 plant die Geschäftsführung auf Grund der Vorfinanzierung von neuen Projekten, insbesondere VR, und einem Multiplattform Onlinespiel mit einem rückläufigen, aber erneut positiven Operativen Jahresergebnis und einem ausgeglichenen Cashflow. Sollten, wie in 2014, weitere umfangreiche Lizenzverträge abgeschlossen werden, so haben diese eine zusätzlich positive Auswirkung auf die Ertragslage. In Bezug auf mögliche Liquiditätsrisiken verweisen wir auf die Ausführungen im Risikobericht.

Frankfurt am Main, den 29. Juni 2015

*Avni Yerli*
*Faruk Yerli*
*Cevat Yerli*

### Bilanz zum 31. Dezember 2014

**Aktiva**

|  | 31.12.2014 EUR | 31.12.2013 EUR |
|---|---:|---:|
| **A. Anlagevermögen** | | |
| I. Immaterielle Vermögensgegenstände | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 7.568.170,82 | 2.904.791,55 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 415.501,00 | 3.959.683,32 |
|  | 7.983.671,82 | 6.864.474,87 |
| II. Sachanlagen | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 113.320,00 | 152.964,00 |
| 2. Betriebs- und Geschäftsausstattung | 435.156,00 | 711.608,65 |
|  | 548.476,00 | 864.572,65 |
| III. Finanzanlagen | | |
| 1. Anteile an verbundenen Unternehmen | 958.253,24 | 12.765.765,50 |
| 2. Ausleihungen an verbundene Unternehmen | 0,00 | 2.143.349,15 |
|  | 958.253,24 | 14.909.114,65 |
|  | 9.490.401,06 | 22.638.162,17 |
| **B. Umlaufvermögen** | | |
| I. Forderungen und sonstige Vermögensgegenstände | | |
| 1. Forderungen aus Lieferungen und Leistungen | 23.398.561,05 | 9.408.238,04 |
| 2. Forderungen gegen Gesellschaftern | 570,00 | 0,00 |
| 3. Forderungen gegen verbundene Unternehmen | 1.091.508,29 | 6.526.536,53 |
| 4. Sonstige Vermögensgegenstände | 1.014.053,49 | 669.496,79 |
|  | 25.504.692,83 | 16.604.271,36 |
| II. Kassenbestand und Guthaben bei Kreditinstituten | 481.045,39 | 3.069.021,19 |
| C. Rechnungsabgrenzungsposten | 198.799,26 | 525.863,56 |
|  | 26.184.537,48 | 20.199.156,11 |
| D. Aktive latente Steuern | 5.657.732,00 | 11.254.961,00 |
| E. Nicht durch Eigenkapital gedeckter Fehlbetrag | 0,00 | 1.402.769,48 |
|  | 41.332.670,54 | 55.495.048,76 |

**Passiva**

|  | 31.12.2014 EUR | 31.12.2013 EUR |
|---|---:|---:|
| **A. Eigenkapital** | | |
| I. Gezeichnetes Kapital | 89.170,00 | 89.170,00 |
| II. Kapitalrücklage | 22.991.830,00 | 22.991.830,00 |
| III. Verlustvortrag | 24.483.769,48 | 43.680.036,49 |
| IV. Jahresüberschuss | 6.261.247,16 | 19.196.267,01 |
| Zwischensumme | 4.858.477,68 | -1.402.769,48 |
| Übertrag auf die Aktivseite E. | 0,00 | 1.402.769,48 |
|  | 4.858.477,68 | 0,00 |
| **B. Rückstellungen** | | |
| 1. Steuerrückstellungen | 1.256.359,45 | 80.600,00 |
| 2. Sonstige Rückstellungen | 3.373.126,69 | 4.474.356,35 |
|  | 4.629.486,14 | 4.554.956,35 |
| **C. Verbindlichkeiten** | | |
| 1. Verbindlichkeiten gegenüber Kreditinstituten | 1.666.759,19 | 3.785.966,36 |
| 2. Verbindlichkeiten aus Lieferungen und Leistungen | 784.557,76 | 852.354,06 |
| 3. Verbindlichkeiten gegenüber Gesellschaftern | 15.558.297,59 | 15.198.878,51 |
| (davon aus Lieferungen und Leistungen: TEUR 0; Vorjahr: TEUR 1) | | |
| 4. Verbindlichkeiten gegenüber verbundenen Unternehmen | 4.089.271,01 | 20.584.478,91 |

| | | |
|---|---:|---:|
| 2. Sonstige Rückstellungen | 3.373.126,69 | 4.474.356,35 |
| C. Verbindlichkeiten | | |
| 1. Verbindlichkeiten gegenüber Kreditinstituten | 1.666.759,19 | 3.785.966,36 |
| 2. Verbindlichkeiten aus Lieferungen und Leistungen | 784.557,76 | 852.354,06 |
| 3. Verbindlichkeiten gegenüber Gesellschaftern | 15.558.297,59 | 15.198.878,51 |
| (davon aus Lieferungen und Leistungen: TEUR 0; Vorjahr: TEUR 1) | | |
| 4. Verbindlichkeiten gegenüber verbundenen Unternehmen | 4.089.271,01 | 20.584.478,91 |
| (davon aus Lieferungen und Leistungen: EUR 4.089.271,01; Vorjahr: TEUR 15.519) | | |
| 5. Sonstige Verbindlichkeiten | 1.529.460,00 | 9.025.359,23 |
| (davon aus Steuern: EUR 371.517,71; Vorjahr: TEUR 341) | | |
| (davon im Rahmen der sozialen Sicherheit: EUR 46.556,86; Vorjahr: TEUR 50) | | |
| | 23.628.345,55 | 49.447.037,07 |
| D. Rechnungsabgrenzungsposten | 8.216.361,17 | 1.493.055,34 |
| | 41.332.670,54 | 55.495.048,76 |

**Gewinn- und Verlustrechnung für die Zeit vom 1. Januar bis 31. Dezember 2014**

| | 2014 EUR | Vorjahr EUR |
|---|---:|---:|
| 1. Umsatzerlöse | 69.401.023,52 | 74.995.480,36 |
| 2. Andere aktivierte Eigenleistungen | 4.663.379,27 | 2.904.791,55 |
| 3. Sonstige betriebliche Erträge | 1.255.857,05 | 594.459,98 |
| (davon Erträge aus der Währungsumrechnung: EUR 843.403,04; Vorjahr: TEUR 235) | | |
| 4. Materialaufwand | | |
| Aufwendungen für bezogene Leistungen | 23.498.021,67 | 28.631.837,67 |
| 5. Personalaufwand | | |
| a) Löhne und Gehälter | 18.363.990,35 | 21.045.307,16 |
| b) Soziale Abgaben und Aufwendungen für Altersversorgung | 3.605.214,23 | 4.314.788,20 |
| (davon für Altersversorgung: EUR 2.200,00; Vorjahr: TEUR 1) | | |
| 6. Abschreibungen | | |
| auf immaterielle Vermögensgegenstände des Anlagevermögens und Sachanlagen | 3.472.945,14 | 4.574.037,50 |
| 7. Sonstige betriebliche Aufwendungen | 11.484.362,76 | 10.897.731,92 |
| (davon Aufwendungen aus der Währungsumrechnung: EUR 532.784,51; Vorjahr: TEUR 428) | | |
| 8. Erträge aus Beteiligungen | 0,00 | 2.527.991,97 |
| (davon aus verbundenen Unternehmen: TEUR 0; Vorjahr: TEUR 2.528) | | |
| 9. Sonstige Zinsen und ähnliche Erträge | 409.024,53 | 101.438,83 |
| (davon an verbundene Unternehmen: EUR 409.024,53; Vorjahr: TEUR 101) | | |
| 10. Zinsen und ähnliche Aufwendungen | 2.096.123,17 | 3.293.078,58 |
| (davon aus verbundenen Unternehmen: EUR 0; Vorjahr: TEUR 726) | | |
| (davon aus der Aufzinsung von Rückstellungen: EUR 19.835,52; Vorjahr: TEUR 40) | | |
| 11. Ergebnis der gewöhnlichen Geschäftstätigkeit | 13.208.627,05 | 8.367.381,66 |
| 12. Außerordentliche Aufwendungen | | |
| Verluste durch Verschmelzung u. Umwandlung | 174.340,55 | 0,00 |
| 13. Außerordentliches Ergebnis | -174.340,55 | 0,00 |
| 14. Aufwand aus Steuern vom Einkommen und vom Ertrag (Vorjahr: Steuerertrag) | 6.773.039,34 | -10.829.732,35 |
| (davon Aufwand aus latenten Steuern: EUR 5.597.229,00; Vorjahr: TEUR -11.255) | | |
| 15. Sonstige Steuern | 0,00 | 847,00 |
| 16. Jahresüberschuss | 6.261.247,16 | 19.196.267,01 |

**Anhang für das Geschäftsjahr 2014**

der Crytek GmbH, Frankfurt am Main

**1. Allgemeine Angaben zum Jahresabschluss**

Der Jahresabschluss zum 31. Dezember 2014 der Crytek GmbH, Frankfurt am Main, ist nach den Vorschriften des Handelsgesetzbuches für große Kapitalgesellschaften aufgestellt worden.

Die Gliederung von Bilanz und Gewinn- und Verlustrechnung entsprechen den §§ 266 und 275 HGB sowie § 42 GmbHG.

**2. Angaben zu Bilanzierungs- und Bewertungsmethoden**

Die Bilanzierung und Bewertung der einzelnen Posten erfolgt auf Basis der allgemeinen Bestimmungen gemäß §§ 246 bis 256a HGB sowie der speziellen Vorschriften für Kapitalgesellschaften gemäß §§ 264 bis 278 HGB.

Für die Aufstellung des Jahresabschlusses waren die nachfolgenden Bilanzierungs- und Bewertungsmethoden maßgeblich.

Die entgeltlich von Dritten erworbenen immateriellen Vermögensgegenstände werden zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen, über den Zeitraum ihrer nach Erfahrungswerten geschätzten Nutzungsdauer von drei Jahren, bewertet. Die im Geschäftsjahr 2014 zugegangenen immateriellen Vermögensgegenstände werden zeitanteilig nach der linearen Methode abgeschrieben. Die im Rahmen bestehender Werkverträge von den Tochterunternehmen entgeltlich erworbenen immateriellen Vermögensgegenstände werden zu Anschaffungskosten, vermindert um planmäßige lineare und sofern erforderlich außerplanmäßige Abschreibungen über den Zeitraum ihrer nach Erfahrungswerten geschätzten Nutzungsdauer von drei bis fünf Jahren bewertet. Die von den Tochterunternehmen entgeltlich erworbenen, in Herstellung befindlichen immateriellen

Vermögensgegenstände werden ebenfalls unter den immateriellen Vermögensgegenständen ausgewiesen und ab dem Zeitpunkt ihrer Fertigstellung nach den genannten Grundsätzen abgeschrieben.

Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens werden in Ausübung des Wahlrechts gemäß § 248 Abs. 2 S. 1 HGB aktiviert. Die Aktivierung erfolgt zu Herstellungskosten gemäß § 255 Abs. 2 Sätze 1 und 2 und Abs. 2a HGB. In die Herstellungskosten der selbst geschaffenen immateriellen Vermögensgegenstände werden die folgenden Bestandteile einbezogen: Einzelkosten, angemessene Teile der Materialgemeinkosten, der Fertigungsgemeinkosten und des Wertverzehrs des Anlagevermögens, soweit dieser durch die Entwicklung veranlasst wird. In Ausübung des Wahlrechts des § 255 Abs. 2 S. 3 HGB werden angemessene Teile der Kosten der allgemeinen Verwaltung, welche auf den Zeitraum der Herstellung entfallen, einbezogen. Planmäßige Abschreibungen wurden nicht vorgenommen, da sich die selbst geschaffenen immateriellen Vermögensgegenstände des Anlagevermögens noch in Entwicklung befinden. Anzeichen auf außerplanmäßige Abschreibungen ergaben sich nicht.

Das Sachanlagevermögen wird zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen über den Zeitraum ihrer Erfahrungswerten geschätzten Nutzungsdauern von drei bis zehn Jahren, angesetzt. Geringwertige Wirtschaftsgüter (GWG) werden sofort als Betriebsausgaben abgesetzt, wenn ihre Anschaffungs- oder Herstellungskosten bei Anschaffung bzw. Herstellung nicht mehr als netto 150 EUR betragen haben.

Die Finanzanlagen sind zu Anschaffungskosten oder dem niedrigeren beizulegenden Wert angesetzt. Der beizulegende Wert wird auf Basis zukünftiger Ertragsplanungen im Rahmen einer vereinfachten Unternehmensbewertung oder als Substanzwert ermittelt. Abschreibungen auf den niedrigeren beizulegenden Wert erfolgen nur bei voraussichtlich dauerhafter Wertminderung. Bei einer voraussichtlich nur vorübergehenden Wertminderung wird, in Nichtausübung des Wahlrechts gem. § 253 Abs. 3 HGB, der Beteiligungsbuchwert beibehalten.

Forderungen und sonstige Vermögensgegenstände sind zu Anschaffungskosten, ggf. vermindert um notwendige Wertberichtigungen, bewertet.

Liquide Mittel sind mit den beizulegenden Zeitwerten des Kassenbestandes und der Bankguthaben zum Bilanzstichtag angesetzt.

Die Steuerrückstellungen und die sonstigen Rückstellungen berücksichtigen alle ungewissen Verbindlichkeiten. Die Bewertung erfolgt in Höhe des Erfüllungsbetrags, der nach vernünftiger kaufmännischer Beurteilung erforderlich ist, um zukünftige Zahlungsverpflichtungen abzudecken. Zukünftige Preis- und Kostensteigerungen werden berücksichtigt, sofern ausreichende objektive Hinweise für deren Eintritt vorliegen. Rückstellungen mit einer Restlaufzeit von mehr als einem Jahr werden mit dem ihrer Restlaufzeit entsprechenden durchschnittlichen Marktzinssatz der vergangenen sieben Geschäftsjahre abgezinst.

Verbindlichkeiten werden mit ihren Erfüllungsbeträgen bilanziert.

Als Rechnungsabgrenzungsposten sind auf der Aktivseite Ausgaben vor dem Abschlussstichtag ausgewiesen, soweit sie Aufwand für eine bestimmte Zeit nach diesem Tag darstellen. Auf der Passivseite sind als Rechnungsabgrenzungsposten eingegangene Zahlungen für vergebene Lizenzen vor dem Abschlussstichtag ausgewiesen, soweit sie Ertrag für einen bestimmten Zeitraum nach dem Abschlussstichtag darstellen.

Die Forderungen und Verbindlichkeiten, die auf fremde Währungen lauten, werden mit dem Kurs am Tage des Geschäftsvorfalls umgerechnet. Forderungen und Verbindlichkeiten mit einer Restlaufzeit von bis zu einem Jahr werden am Bilanzstichtag einheitlich mit dem Devisenkassamittelkurs umgerechnet. Für Forderungen und Verbindlichkeiten mit einer Restlaufzeit von mehr als einem Jahr erfolgt die Umrechnung am Bilanzstichtag mit dem Devisenkassamittelkurs nur dann, wenn sich hieraus niedrigere Forderungen oder höhere Verbindlichkeiten ergeben (Imparitätsprinzip).

Latente Steuern werden auf Differenzen zwischen den handelsrechtlichen Wertansätzen und ihren steuerlichen Wertansätzen gebildet, die sich in späteren Geschäftsjahren voraussichtlich abbauen. Auf steuerliche Verlustvorträge, welche innerhalb der nächsten fünf Jahre zur Verlustverrechnung berücksichtigt werden können, werden aktive latente Steuern gebildet.

darstellen.

Die Forderungen und Verbindlichkeiten, die auf fremde Währungen lauten, werden mit dem Kurs am Tage des Geschäftsvorfalls umgerechnet. Forderungen und Verbindlichkeiten mit Restlaufzeit unter einem Jahr werden zum Devisenkassamittelkurs am Abschlussstichtag umgerechnet. Forderungen und Verbindlichkeiten mit einer Restlaufzeit von mehr als einem Jahr erfolgt die Umrechnung am Bilanzstichtag mit dem Devisenkassamittelkurs nur dann, wenn sich hieraus niedrigere Forderungen oder höhere Verbindlichkeiten ergeben (Imparitätsprinzip).

Latente Steuern werden auf Differenzen zwischen den handelsrechtlichen Wertansätzen und ihren steuerlichen Wertansätzen gebildet, die sich in späteren Geschäftsjahren voraussichtlich abbauen. Auf steuerliche Verlustvorträge, welche innerhalb der nächsten fünf Jahre zur Verlustverrechnung berücksichtigt werden können, werden aktive latente Steuern gebildet.

### 3. Angaben zur Bilanz

Die Aufgliederung und Entwicklung des Anlagevermögens ergibt sich aus dem Anlagespiegel in der Anlage zum Anhang.

Im Rahmen der abgeschlossenen Werkverträge mit den Tochterunternehmen werden Rechte und Werte sowie Lizenzen an solchen Rechten und Werten erworben. Zum 31. Dezember 2014 sind keine immateriellen Vermögensgegenstände aus den Werkverträgen mehr ausgewiesen (Vorjahr TEUR 2.229). Die aktivierten selbst erstellten immateriellen Vermögensgegenstände aus der Entwicklung eines Computerspiels belaufen sich auf TEUR 7.568 (Vorjahr: TEUR 2.905).

Anteile an verbundenen Unternehmen (Angabe gem. § 285 Nr. 11 HGB):

| Name | Sitz | Beteiligungsquote % | Eigenkapital € | Letztes Jahresergebnis € |
|---|---|---|---|---|
| Crytek Black Sea EOOD | Sofia (Bulgarien) | 100 | 367.665 | 101.224 |
| Crytek Oyszi Yazilim ve Pazarlama Limited Sirkeli | Istanbul (Türkei) | 100 | 55.173 | 15.094 |
| Crytek Ltd. | Seoul (Süd-Korea) | 100 | -894.110 | -307.891 |
| Crytek Ukraine Ltd. | Kiew (Ukraine) | 100 | 733.416 | 789.129 |
| Crytek Hungary Kft. | Budapest (Ungarn) | 100 | 279.802 | 113.274 |
| Crylek UK Ltd, | Nottingham (UK) | 100 | 2.382.134 | 1.131.025 |
| RealTime Immersive, Inc | Orlando (USA) | 100 | -71.298 | -54.043 |
| Crytek (Shanghai) Software Co., Ltd. | Shanghai (China) | 100 | 130.514 | -4.037 |
| Crytek USA Corp. | Austin (USA) | 100 | 520.148 | 10.236 |

Die Crytek Gface GmbH und die Crytek Lizenzverwaltung GmbH wurden mit Wirkung zum 1.1.2014 auf die Crytek GmbH verschmolzen.

Die Forderungen und Sonstigen Vermögensgegenstände haben wie im Vorjahr eine Restlaufzeit bis zu einem Jahr.

Das gezeichnete Kapital beträgt unverändert zum Vorjahr TEUR 89. Die Geschäftsführer sind ermächtigt, das Stammkapital in einem Zeitraum von fünf Jahren seit dem 23. Juli 2012 (Eintragung der Ermächtigung im Handelsregister) einmal oder mehrmals in einem Betrag von insgesamt bis zu EURO 1.000 durch Ausgabe neuer Geschäftsanteile gegen Bareinlagen zu erhöhen (genehmigtes Kapital). Dabei ist das Bezugsrecht der Gesellschafter ausgeschlossen.

Gemäß § 268 Nr. 8 HGB steht folgender Betrag für Ausschüttungen nicht zur Verfügung:

| | TEUR |
|---|---|
| Aus der Aktivierung selbst geschaffener immaterieller Vermögensgegenstände | 5.152 |
| Aus der Aktivierung latenter Steuern | 5.658 |
| | 10.810 |

Der Jahresüberschuss beläuft sich auf TEUR 6.261.

Steuerrückstellungen für Körperschafts- und Gewerbesteuer resultieren aus dem laufenden Geschäftsjahr und berücksichtigen anrechnungsfähige gezahlte Quellensteuern im Ausland.

In den sonstigen Rückstellungen sind als größte Posten Bonusrückstellungen in Höhe von TEUR 1.091 (Vorjahr: TEUR 1.256), Rückstellungen für mietfreie Zeit in Höhe von TEUR 507 (Vorjahr: TEUR 603), Rückstellungen für Betriebskosten in Höhe von TEUR 410 (Vorjahr: TEUR 170) sowie Rückstellungen für Urlaubsansprüche in Höhe von TEUR 325 (Vorjahr: TEUR 1.034) enthalten.

Die Verbindlichkeiten aus Lieferungen, Verbindlichkeiten gegenüber verbundenen Unternehmen sowie die Verbindlichkeiten gegenüber Kreditinstituten in Höhe von TEUR 1.667 (Vorjahr: TEUR 2.119) haben eine Restlaufzeit von bis zu einem Jahr.

Die Verbindlichkeiten gegenüber Gesellschaftern haben in Höhe von TEUR 6.558 (Vorjahr: TEUR 4.699) eine Restlaufzeit von bis zu einem Jahr. Verbindlichkeiten gegenüber Gesellschaftern mit einer Restlaufzeit von mehr als einem Jahr belaufen sich auf TEUR 9.000 (Vorjahr: TEUR 10.500). Die Verbindlichkeiten gegenüber Gesellschaftern betreffen Gesellschafterdarlehen, aufgelaufene Zinsen sowie Verbindlichkeiten aus Lieferungen und Leistungen.

Von den Sonstigen Verbindlichkeiten haben eine Restlaufzeit von bis zu einem Jahr TEUR 1.529 (Vorjahr: TEUR 7.911). Diese beinhalten hauptsächlich in Darlehen seitens eines Investors in Höhe von TEUR 1.114 (Vorjahr: TEUR 4.146).

Zur Sicherung der Darlehensverbindlichkeiten gegenüber einem Kreditinstitut, die zum Stichtag TEUR 1.667 betragen, besteht eine Zession hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden zu Gunsten des Kreditinstituts.

Das Darlehen seitens eines Investors, welches zum Stichtag TEUR 1.114 beträgt, ist durch die Rechte an einem Spieletitel der Gesellschaft abgesichert.

Der Gesamtbetrag der besicherten Verbindlichkeiten beläuft sich demnach auf TEUR 2.781.

Auf die aktivierten selbst erstellten immateriellen Vermögensgegenstände wurden passive latente Steuern gebildet. Auf die für steuerbilanzielle Zwecke nicht berücksichtigte Rückstellung für mietfreie Zeit wurden aktive latente Steuern gebildet. Auf die zum 31. Dezember 2014 bestehenden steuerlichen Verlustvorträge der Gesellschaft wurden aktive latente Steuern gebildet, soweit ein Verbrauch dieser Verlustvorträge in den nächsten fünf Jahren erwartet wird. Es erfolgt ein saldierter Ausweis auf der Aktivseite. Die Berechnung der latenten Steuern ist mit einem Steuersatz von 32% erfolgt.

**Haftungsverhältnisse**

Zum 31. Dezember 2014 bestehen keine Haftungsverhältnisse.

**Sonstige finanzielle Verpflichtungen**

Aus der Bilanz nicht ersichtliche sonstige finanzielle Verpflichtungen in Höhe von TEUR 7.535 bestehen aus Dauerschuldverhältnissen (Miet- und Leasingverträgen). Davon sind TEUR 947 in 2015 fällig, TEUR 3.863 von 2016 bis 2019 und TEUR 2.442 nach 2019.

### 4. Angaben zur Gewinn- und Verlustrechnung

Die Umsatzerlöse in Höhe von TEUR 69.401 (Vorjahr: TEUR 74.995) gliedern sich in die Tätigkeitsbereiche Spielentwicklung für PC und Konsolen (TEUR 5.191), Online-Spielentwicklung (TEUR 15.415) sowie die Vermarktung der CryEngine (TEUR 48.794) auf.

Die Umsätze gliedern sich in die geographischen Wirtschaftsräume USA/Kanada mit einem Umsatz in Höhe von TEUR 53.026, den europäischen Wirtschaftsraum mit einem Umsatz in Höhe von TEUR 3.404 und den Rest der Welt in Höhe von TEUR 12.971 auf.

Die sonstigen betrieblichen Erträge betreffen im Wesentlichen Erträge aus Kursdifferenzen in Höhe von TEUR 843 (Vorjahr: TEUR 235).

Unter den sonstigen betrieblichen Aufwendungen werden als größte Posten Werbe- und Reisekosten von TEUR 2.782 (Vorjahr: TEUR 2.984), Raumkosten von TEUR 2.208 (Vorjahr: TEUR 2.300), Forderungsverluste von TEUR 1.081 (Vorjahr: TEUR 40), Rechts- und Beratungskosten von TEUR 1.511 (Vorjahr: TEUR 1.586) sowie Verluste aus dem Abgang von Gegenständen des Anlagevermögens von TEUR 759 (Vorjahr: TEUR 0)..

Die Zinsaufwendungen enthalten Zinsen gegenüber Gesellschaftern in Höhe von TEUR 763 (Vorjahr: TEUR 699).

Im Geschäftsjahr 2014 sind Forschungs- und Entwicklungskosten in Höhe von TEUR 24.114 angefallen. Davon entfallen TEUR 4.663 auf selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens.

### 5. Sonstige Angaben

**Mitarbeiter**

Die Zahl der durchschnittlich beschäftigten Arbeitnehmer (ohne Geschäftsführer) hat sich gegenüber dem Vorjahr wie folgt verändert:

| | 2014 Anzahl | 2013 Anzahl | Veränderung |
|---|---|---|---|
| Angestellte | 378 | 385 | - 7 |

Die Crytek GmbH beschäftigt nur Angestellte, sodass eine weitere Gruppierung nach § 285 Nr. 7 HGB entfällt.

**Abschlussprüferhonorar**

Gemäß § 285 Nr. 17 letzter Satzteil HGB wird das vom Abschlussprüfer für das Geschäftsjahr 2014 berechnete Gesamthonorar nicht angegeben, da dieses im Anhang zum Konzernabschluss der Gesellschaft offengelegt wird.

**Geschäftsführung**

Im Geschäftsjahr 2014 erfolgte die Geschäftsführung der Crytek GmbH durch folgende Geschäftsführer:

— Herr Avni Yerli, Frankfurt am Main, Geschäftsführer (Operatives Geschäft);

— Herr Faruk Yerli, Frankfurt am Main, Geschäftsführer (Operatives Geschäft);

— Herr Cevat Yerli, Frankfurt am Main, Geschäftsführer (Spieleentwicklung und -produktion, Technologie und Forschung).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

Frankfurt am Main, den 29. Juni 2015

*Avni Yerli*

- Herr Faruk Yerli, Frankfurt am Main, Geschäftsführer (Operatives Geschäft);
- Herr Cevat Yerli, Frankfurt am Main, Geschäftsführer (Spieleentwicklung und -produktion, Technologie und Forschung).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

Frankfurt am Main, den 29. Juni 2015

*Avni Yerli*
*Faruk Yerli*
*Cevat Yerli*

### Entwicklung des Anlagevermögens zum 31. Dezember 2014

| | Anschaffungskosten | | | | | |
|---|---|---|---|---|---|---|
| | Stand 01.01.2014 EUR | Zugänge Verschmelzung EUR | Abgänge Verschmelzung EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2014 EUR |
| **I. Immaterielle Vermögensgegenstände** | | | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 2.904.791,55 | 0,00 | 0,00 | 4.663.379,27 | 0,00 | 7.568.170,82 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 22.899.607,02 | 2.872.614,85 | 0,00 | 256.198,63 | 1.220.471,70 | 24.807.948,80 |
| | 25.804.398,57 | 2.872.614,85 | 0,00 | 4.919.577,90 | 1.220.471,70 | 32.376.119,62 |
| **II. Sachanlagen** | | | | | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 455.642,52 | 0,00 | 0,00 | 12.210,00 | 0,00 | 467.852,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.803.777,93 | 24.329,63 | 0,00 | 75.052,63 | 0,00 | 3.903.160,19 |
| | 4.259.420,45 | 24.329,63 | 0,00 | 87.262,63 | 0,00 | 4.371.012,71 |
| **III. Finanzanlagen** | | | | | | |
| 1. Anteile an verbundenen Unternehmen | 12.765.765,50 | 0,00 | 11.807.512,26 | 0,00 | 0,00 | 958.253,24 |
| 2. Ausleihungen an verbundene Unternehmen | 2.143.349,15 | 0,00 | 2.143.349,15 | 0,00 | 0,00 | 0,00 |
| | 14.909.114,65 | 0,00 | 13.950.861,41 | 0,00 | 0,00 | 958.253,24 |
| | 44.972.933,67 | 2.896.944,48 | 13.950.861,41 | 5.006.840,53 | 1.220.471,70 | 37.705.385,57 |

| | Kumulierte Abschreibungen | | | | |
|---|---|---|---|---|---|
| | Stand 01.01.2014 EUR | Zugänge Verschmelzung EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2014 EUR |
| **I. Immaterielle Vermögensgegenstände** | | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 18.939.923,70 | 3.063.828,86 | 2.853.652,85 | 464.957,61 | 24.392.447,80 |
| | 18.939.923,70 | 3.063.828,86 | 2.853.652,85 | 464.957,61 | 24.392.447,80 |
| **II. Sachanlagen** | | | | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 302.678,52 | 51.854,00 | 0,00 | 0,00 | 354.532,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.092.169,28 | 357.262,28 | 18.572,63 | 0,00 | 3.468.004,19 |
| | 3.394.847,80 | 409.116,28 | 18.572,63 | 0,00 | 3.822.536,71 |
| **III. Finanzanlagen** | | | | | |
| 1. Anteile an verbundenen Unternehmen | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| 2. Ausleihungen an verbundene Unternehmen | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| | 22.334.771,50 | 3.472.945,14 | 2.872.225,48 | 464.957,61 | 28.214.984,51 |

| | Restbuchwerte | |
|---|---|---|
| | Stand 31.12.2014 EUR | Stand 31.12.2013 EUR |
| **I. Immaterielle Vermögensgegenstände** | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 7.568.170,82 | 2.904.791,55 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 415.501,00 | 3.959.683,32 |
| | 7.983.671,82 | 6.864.474,87 |
| **II. Sachanlagen** | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 113.320,00 | 152.964,00 |
| 2. Betriebs- und Geschäftsausstattung | 435.156,00 | 711.608,65 |
| | 548.476,00 | 864.572,65 |
| **III. Finanzanlagen** | | |
| 1. Anteile an verbundenen Unternehmen | 958.253,24 | 12.765.765,50 |
| 2. Ausleihungen an verbundene Unternehmen | 0,00 | 2.143.349,15 |
| | 958.253,24 | 14.909.114,65 |
| | 9.490.401,06 | 22.638.162,75 |

### Bestätigungsvermerk des Abschlussprüfers

Wir haben den Jahresabschluss - bestehend aus Bilanz, Gewinn- und Verlustrechnung sowie Anhang - unter Einbeziehung der Buchführung und den Lagebericht der Crytek GmbH, Frankfurt am Main, für das Geschäftsjahr vom 1. Januar bis 31. Dezember 2014 geprüft. Die Buchführung und die Aufstellung von Jahresabschluss und Lagebericht nach den deutschen handelsrechtlichen Vorschriften liegen in der Verantwortung der Geschäftsführung der Gesellschaft. Unsere Aufgabe ist es, auf der Grundlage der von uns durchgeführten Prüfung eine Beurteilung über den Jahresabschluss unter Einbeziehung der Buchführung und über den Lagebericht abzugeben.

Wir haben unsere Jahresabschlussprüfung gemäß § 317 HGB unter Beachtung der vom Institut der Wirtschaftsprüfer festgestellten deutschen Grundsätze ordnungsmäßiger Abschlussprüfung vorgenommen. Danach ist die Prüfung so zu planen und durchzuführen, dass Unrichtigkeiten und Verstöße, die sich auf die Darstellung des durch den Jahresabschluss unter Beachtung der Grundsätze ordnungsmäßiger Buchführung und durch den Lagebericht vermittelten Bildes der Vermögens-, Finanz- und Ertragslage wesentlich auswirken, mit hinreichender Sicherheit erkannt werden. Bei der Festlegung der Prüfungshandlungen werden die Kenntnisse über die Geschäftstätigkeit und über das wirtschaftliche und rechtliche Umfeld der Gesellschaft sowie die Erwartungen über mögliche Fehler berücksichtigt. Im Rahmen der Prüfung werden die Wirksamkeit des rechnungslegungsbezogenen internen Kontrollsystems sowie Nachweise für die Angaben in Buchführung, Jahresabschluss und Lagebericht überwiegend auf der Basis von Stichproben beurteilt. Die Prüfung umfasst die Beurteilung der angewandten Bilanzierungsgrundsätze und der wesentlichen Einschätzungen der Geschäftsführung sowie die Würdigung der Gesamtdarstellung des Jahresabschlusses und des Lageberichts. Wir sind der Auffassung, dass unsere Prüfung eine hinreichend sichere Grundlage für unsere Beurteilung bildet.

Unsere Prüfung hat zu keinen Einwendungen geführt.

Nach unserer Beurteilung aufgrund der bei der Prüfung gewonnenen Erkenntnisse entspricht der Jahresabschluss der Crytek GmbH, Frankfurt am Main, den gesetzlichen Vorschriften und vermittelt unter Beachtung der Grundsätze ordnungsmäßiger Buchführung ein den tatsächlichen Verhältnissen entsprechendes Bild der Vermögens-, Finanz- und Ertragslage der Gesellschaft. Der Lagebericht steht in Einklang mit dem Jahresabschluss, vermittelt insgesamt ein zutreffendes Bild von der Lage der Gesellschaft und stellt die Chancen und Risiken der zukünftigen Entwicklung zutreffend dar.

Frankfurt am Main, 30. Juni 2015

**Deloitte & Touche GmbH**
**Wirtschaftsprüfungsgesellschaft**

*Lüdke, Wirtschaftsprüfer*
*Bühler, Wirtschaftsprüfer*

### Entwicklung des Anlagevermögens zum 31. Dezember 2014

| | Anschaffungskosten | | | | | |
|---|---|---|---|---|---|---|
| | Stand 01.01.2014 EUR | Zugänge Verschmelzung EUR | Abgänge Verschmelzung EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2014 EUR |
| **I. Immaterielle Vermögensgegenstände** | | | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 2.904.791,55 | 0,00 | 0,00 | 4.663.379,27 | 0,00 | 7.568.170,82 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 22.899.607,02 | 2.872.614,85 | 0,00 | 256.198,63 | 1.220.471,70 | 24.807.948,80 |
| | 25.804.398,57 | 2.872.614,85 | 0,00 | 4.919.577,90 | 1.220.471,70 | 32.376.119,62 |
| **II. Sachanlagen** | | | | | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 455.642,52 | 0,00 | 0,00 | 12.210,00 | 0,00 | 467.852,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.803.777,93 | 24.329,63 | 0,00 | 75.052,63 | 0,00 | 3.903.160,19 |
| | 4.259.420,45 | 24.329,63 | 0,00 | 87.262,63 | 0,00 | 4.371.012,71 |
| **III. Finanzanlagen** | | | | | | |
| 1. Anteile an verbundenen Unternehmen | 12.765.765,50 | 0,00 | 11.807.512,26 | 0,00 | 0,00 | 958.253,24 |
| 2. Ausleihungen an verbundene Unternehmen | 2.143.349,15 | 0,00 | 2.143.349,15 | 0,00 | 0,00 | 0,00 |
| | 14.909.114,65 | 0,00 | 13.950.861,41 | 0,00 | 0,00 | 958.253,24 |
| | 44.972.933,67 | 2.896.944,48 | 13.950.861,41 | 5.006.840,53 | 1.220.471,70 | 37.705.385,57 |

| | Kumulierte Abschreibungen | | | | |
|---|---|---|---|---|---|
| | Stand 01.01.2014 EUR | Zugänge Verschmelzung EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2014 EUR |
| **I. Immaterielle Vermögensgegenstände** | | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 18.939.923,70 | 3.063.828,86 | 2.853.652,85 | 464.957,61 | 24.392.447,80 |
| | 18.939.923,70 | 3.063.828,86 | 2.853.652,85 | 464.957,61 | 24.392.447,80 |
| **II. Sachanlagen** | | | | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 302.678,52 | 51.854,00 | 0,00 | 0,00 | 354.532,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.092.169,28 | 357.262,28 | 18.572,63 | 0,00 | 3.468.004,19 |
| | 3.394.847,80 | 409.116,28 | 18.572,63 | 0,00 | 3.822.536,71 |
| **III. Finanzanlagen** | | | | | |
| 1. Anteile an verbundenen Unternehmen | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| 2. Ausleihungen an verbundene Unternehmen | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| | 22.334.771,50 | 3.472.945,14 | 2.872.225,48 | 464.957,61 | 28.214.984,51 |

| | Restbuchwerte | |
|---|---|---|
| | Stand 31.12.2014 EUR | Stand 31.12.2013 EUR |
| **I. Immaterielle Vermögensgegenstände** | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 7.568.170,82 | 2.904.791,55 |
| 2. Entgeltlich erworbene gewerbliche Schutzrechte und ähnliche Rechte und Werte sowie Lizenzen an solchen Rechten und Werten | 415.501,00 | 3.959.683,32 |
| | 7.983.671,82 | 6.864.474,87 |
| **II. Sachanlagen** | | |
| 1. Bauten einschließlich der Bauten auf fremden Grundstücken | 113.320,00 | 152.964,00 |
| 2. Betriebs- und Geschäftsausstattung | 435.156,00 | 711.608,65 |
| | 548.476,00 | 864.572,65 |
| **III. Finanzanlagen** | | |
| 1. Anteile an verbundenen Unternehmen | 958.253,24 | 12.765.765,50 |
| 2. Ausleihungen an verbundene Unternehmen | 0,00 | 2.143.349,15 |
| | 958.253,24 | 14.909.114,65 |
| | 9.490.401,06 | 22.638.162,17 |

### Bestätigungsvermerk des Abschlussprüfers

Wir haben den Jahresabschluss - bestehend aus Bilanz, Gewinn- und Verlustrechnung sowie Anhang - unter Einbeziehung der Buchführung und den Lagebericht der Crytek GmbH, Frankfurt am Main, für das Geschäftsjahr vom 1. Januar bis 31. Dezember 2014 geprüft. Die Buchführung und die Aufstellung von Jahresabschluss und Lagebericht nach den deutschen handelsrechtlichen Vorschriften liegen in der Verantwortung der Geschäftsführung der Gesellschaft. Unsere Aufgabe ist es, auf der Grundlage der von uns durchgeführten Prüfung eine Beurteilung über den Jahresabschluss unter Einbeziehung der Buchführung und über den Lagebericht abzugeben.

Wir haben unsere Jahresabschlussprüfung gemäß § 317 HGB unter Beachtung der vom Institut der Wirtschaftsprüfer festgestellten deutschen Grundsätze ordnungsmäßiger Abschlussprüfung vorgenommen. Danach ist die Prüfung so zu planen und durchzuführen, dass Unrichtigkeiten und Verstöße, die sich auf die Darstellung des durch den Jahresabschluss unter Beachtung der Grundsätze ordnungsmäßiger Buchführung und durch den Lagebericht vermittelten Bildes der Vermögens-, Finanz- und Ertragslage wesentlich auswirken, mit hinreichender Sicherheit erkannt werden. Bei der Festlegung der Prüfungshandlungen werden die Kenntnisse über die Geschäftstätigkeit und über das wirtschaftliche und rechtliche Umfeld der Gesellschaft sowie die Erwartungen über mögliche Fehler berücksichtigt. Im Rahmen der Prüfung werden die Wirksamkeit des rechnungslegungsbezogenen internen Kontrollsystems sowie Nachweise für die Angaben in Buchführung, Jahresabschluss und Lagebericht überwiegend auf der Basis von Stichproben beurteilt. Die Prüfung umfasst die Beurteilung der angewandten Bilanzierungsgrundsätze und der wesentlichen Einschätzungen der Geschäftsführung sowie die Würdigung der Gesamtdarstellung des Jahresabschlusses und des Lageberichts. Wir sind der Auffassung, dass unsere Prüfung eine hinreichend sichere Grundlage für unsere Beurteilung bildet.

Unsere Prüfung hat zu keinen Einwendungen geführt.

Nach unserer Beurteilung aufgrund der bei der Prüfung gewonnenen Erkenntnisse entspricht der Jahresabschluss der Crytek GmbH, Frankfurt am Main, den gesetzlichen Vorschriften und vermittelt unter Beachtung der Grundsätze ordnungsmäßiger Buchführung ein den tatsächlichen Verhältnissen entsprechendes Bild der Vermögens-, Finanz- und Ertragslage der Gesellschaft. Der Lagebericht steht in Einklang mit dem Jahresabschluss, vermittelt insgesamt ein zutreffendes Bild von der Lage der Gesellschaft und stellt die Chancen und Risiken der zukünftigen Entwicklung zutreffend dar.

Frankfurt am Main, 30. Juni 2015

**Deloitte & Touche GmbH**
**Wirtschaftsprüfungsgesellschaft**
*Lüdke, Wirtschaftsprüfer*
*Bühler, Wirtschaftsprüfer*

« Vorheriger Eintrag    » Zurück zur Ergebnisseite    Nächster Eintrag »

Impressum | Datenschutzerklärung | Rechtliches / AGB | Sicherheitshinweise

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:43:48 GMT

Exhibit 7
99

Page 7 of 7