# Exhibit 8

Exhibit 8
100

# Quick Find

## Search

keyword:

crytek

Which area would you like to search?

All areas ▼

Start new search

» Advanced Search

A full text search on the content of the publication is not possible with annual accounts, publications in accordance with §§ 264 Abs. 3, 264b HGB and payment reports.

Stored financial statements (balance sheets) are available in the business register for information purposes.

| Surname | Area | information | V. Date | relevance |
|---|---|---|---|---|
| Crytek GmbH Frankfurt am Main | Accounting / Financial Reports | Annual financial statements for the financial year from 01.01.2014 to 31.12.2014 | 03/30/2016 | 83% |

**Crytek GmbH**

**Frankfurt am Main**

**Annual financial statements for the financial year from 01.01.2014 to 31.12.2014**

**Management report for the 2014 financial year**

**Crytek GmbH, Frankfurt am Main**

**1. Business and conditions**

The global video game market, which includes the areas of console (hardware and software), online, mobile and PC games, reached approximately $ 93 billion in revenue in 2014 (previous year: approximately $ 85 billion). With strong mobile sales, video games, and console and software sales, the market is expected to reach $ 108 billion by 2016.

The video game market is expected to grow at an annual growth rate of 11.5% (software) or 8.8% (hardware) by 2017. This is faster than the entire entertainment industry, which forecasts annual growth of 5.9%. Consol, TV and online are expected to grow at an annual rate of 11.2%, meaning that this area will account for approximately 50% of the total video game market by 2017. Due to the high forecasted growth rates in the online and mobile sector, an intensification of the competitive environment is also expected.

Crytek's business model has three core areas.

1. Further development and direct marketing of the game development platform "Cryengine".

Second   Development of innovative 3D video games for PC, game consoles and virtual reality for online and retail sales.

Third   Development and distribution of online and virtual reality games (VR games).

The first core area is the further development and direct marketing of the Crytek-developed "Cryengine" (licensing business), a leading 3D technology for creating complex and demanding 3D games, to game manufacturers and interactive content developers.

In the core area of "development of innovative 3D video games" for the PC and "next-generation game consoles", the distribution and marketing of classic retail games with leading publishing and distribution companies takes place. Online games are distributed through the company's own publishing platform.

The third core area covers the creation of its own publishing and publishing platform to market online and future VR games. The development of this market has increased in the course of the 2014 financial year and will be the focus of the company in the future. This area focuses on "Garnes as a service", which also includes the business model of the free-to-play market.

Exhibit 8
101

The computer game "Ryse" was released for the PC in 2014. The game "Warface" was further developed and now made accessible to the regions of Russia and China for other regions (especially Europe and North America). In order to expand the content pipeline and to drive the expansion of the online segment, investments have been made in games such as "Hunt" or "Arena of Fate". The games created on their own development platform "Cryengine" have come through awards from critics and huge sales to awards at the international level.

Based on one of the world's leading technical game engines in their third expansion as Cryengine 3, Crytek's games garner international praise and recognition for the realistic depiction of outer worlds and environments, all of which combine with Crytek's high quality standards As a result, Crytek is currently one of the largest German as well as a worldwide known and independent development company for interactive entertainment.In addition to the normal licensing of Cryengine, an extensive license agreement was signed with a large corporation for the use of Cryengine.

In the second half of the fiscal year, the focus was on cross-platform "Garnes as a service games" and publishing, as well as the evolution of Cryengine technology, in which the Homefront The Revolution project and its development studio in Nottingham were awarded as part of an asset deal The studio alignment of the American subsidiary in Austin was focused on Cryengine Business, where the development of the project "Hunt" was relocated to the company headquarters in Frankfurt.

## 2. Research and Development

The development of software technologies and their implementation in innovative game concepts are the core areas of the Group. For the games, the advances and technological advances are the key features that shape Crytek's business model.

An example of this is the game engine "Cryengine 3", which is continuously being developed as a technical platform and marketed to licensees in addition to the use of its own gaming technologies.

The rapid development of the various platforms is driving development work at different levels. These include development work for the PC, the Microsoft Xbox, Sony Playstation, online media, Android-based consoles, and virtual reality hardware and as a result of the ever-increasing importance increasingly games for increasingly powerful devices, including mobile devices.

In addition to the development of new game titles, which use the strengths of Cryengine 3 in the real-time 3D area, is also set to the development and release of online games with additional commercial content. Here, the company is thus taking account of the growing market for virtual items. Overall, the game industry is evolving into the strengths of Crytek with technological innovation (such as virtual reality) and capabilities (such as Android-based microconsoles allowing console-quality games on large television screens).

## 3. Earnings position

Revenues amounted to EUR 69,401 thousand in the 2014 financial year (previous year: EUR 74,995 thousand). PC and game console business has declined year-over-year; In the area of online games, revenue-related license revenues remained broadly stable. By contrast, sales in the Cryengine division rose sharply in addition to the classic license business due to an extensive license agreement.

The capitalization of internally generated intangible assets resulted in other own work capitalized in the amount of TEUR 4,663 (previous year: TEUR 2,905). After deducting the associated deferred tax expenses of EUR 1,489 thousand, the result of the exercise of the capitalization option amounts to EUR 3,174 thousand.

The increase in other operating income to EUR 1,256 thousand (previous year: EUR 594 thousand) mainly results from higher income from currency translation (EUR 843 thousand; previous year: EUR 235 thousand).

As in the previous year, the cost of materials primarily relates to development costs. The subsidiaries develop computer games for Crytek GmbH on the basis of completed development contracts, so-called Software Development Agreements. The cost of materials fell by 18% from kEUR 28,632 in the previous year to kEUR 23,498. This was mainly due to the restructuring measures taken in the USA and the asset deal regarding the studio in the UK on 1.8.2014. The cost of third-party services has fallen again after the completion of the computer game "Ryse".

Personnel expenses fell from kEUR 25,360 in 2013 to kEUR 21,969 in 2014 (-13%). This is mainly due to a lower number of employees at several locations as well as the asset deal concerning the studio in the UK. On an annual average, the number of employees decreased by seven compared with the previous year to 378 employees.

Depreciation and amortization in the amount of kEUR 3,473 (previous year: kEUR 4,574) essentially reflect depreciation on intangible assets acquired from affiliated companies under plant contracts.

Other operating expenses increased from kEUR 10,898 in 2013 to kEUR 11,484 in 2014 (+ 5%), which is mainly due to the recording of losses on receivables.

Interest expenses fell to EUR 2,096 thousand (previous year: EUR 3,293 thousand), mainly due to the absence of interest expense due to the merger of Crytek Lizenzverwaltung GmbH and lower interest charges from debt financing.

Despite the tax loss carryforwards, provisions for corporate income tax and trade tax were formed, taking into account the allowable withholding tax paid abroad, which is due to the minimum taxation. Furthermore, deferred tax expenses (EUR 1,489 thousand) were incurred from capitalized internally generated intangible assets. In addition, deferred tax assets were reversed on loss carryforwards

Exhibit 8
102

(EUR 4,162 thousand) and formed on temporary differences between the commercial and tax balance sheets (EUR 54 thousand), so that a total expense of EUR 5,597 thousand from deferred taxes is recognized.

Overall, there was a net income for the year of EUR 6,261 thousand (previous year: EUR 19,196 thousand).

### 4. Financial position

The reduction in cash and cash equivalents in 2014 by kEUR 2,588 to kEUR 481 results mainly from a negative cash flow from financing activities due to scheduled loan repayments to banks and investors.

The cash flow from operating activities in 2014 amounts to TEUR 13,487 (previous year: TEUR 16,969). The positive cash flow from operating activities mainly results from the sales revenues with the resulting positive annual result as well as the increase in deferred license income and the decline in deferred tax assets. Cash flow declined mainly due to the increase in trade receivables.

Short-term liquidity needs were covered during the year by cash flow from operating activities and existing credit lines as well as interim financing. As at 31 December 2014, there were no open credit lines.

The future cash requirements are mainly to be financed by royalties and deposits from online business as well as milestone payments from development agreements. In addition, royalties are generated from the marketing of Cryengine.

As of July 22, 2014, Crytek has signed a contractual agreement with a customer (extensive Software License Agreement). This Agreement governs the non-exclusive use by Licensee of Software, trademarks and patents as specified in this Agreement, as well as any payment obligations to the Licensor. In return for this use, the licensee has committed to pay a high double-digit million amount in different installments in a period from 22 July 2014 to 1 November 2015 to the licensor

The decrease in liabilities from kEUR 49,447 to kEUR 23,628 results mainly from the reduction in liabilities to affiliated companies due to the merger of Crytek Lizenzverwaltung GmbH as well as other liabilities and liabilities to banks. Liabilities to banks declined to EUR 1,667 thousand (previous year: EUR 3,786 thousand) due to scheduled loan repayments. The repayment loan to banks has a term until October 2015 and is secured by a cession with respect to trade receivables from certain customers. In 2014, a short-term loan was taken up and repaid later in the year. The decline in other liabilities from EUR 9,025 thousand to EUR 1,529 thousand is mainly due to scheduled repayments of the loan of a financial investor. The repayment loan to the financial investor has a term until April 2015 and is secured by the rights to a game title. The Company is not subject to any covenants agreed on by credit agreement. Furthermore, a loan liability due to an agreed offsetting against a receivables item was eliminated.

For the scheduled repayments and interest payments on the loans in 2015, in addition to the proceeds from the game distribution and the outstanding payments under the aforementioned Software License Agreement, additional funds from new credit lines are available. Additional multi-million engine licensing agreements are already completed or in final negotiation at the time of the report. We also refer to the risk report.

Liabilities to affiliated companies, which mainly relate to royalties and development services of the subsidiaries, decreased to EUR 4,089 thousand (previous year: EUR 20,584 thousand) following the merger of Crytek Lizenzverwaltung GmbH.

Liabilities to shareholders increased due to accrued interest.

The asset coverage ratio II (equity + non-current liabilities / fixed assets) amounts to 159% as of December 31, 2014 (previous year: 59%). The company had an equity ratio of 12%.

### 5. Net worth

The balance sheet total fell from TEUR 55,495 to TEUR 41,333.

On the asset side, intangible assets increased in particular by the capitalization of self-created computer games in the amount of TEUR 4,663 to TEUR 7,984.

The change in financial assets resulted from the merger of Crytek Gface GmbH and Crytek Lizenzverwaltung GmbH - with effect from 1 January 2014 - on Crytek GmbH.

Trade receivables rose in comparison to the previous year to TEUR 23,399 (previous year: TEUR 9,408). The reason for this is the contractual agreement (extensive software license agreement) with a customer as of July 22, 2014. The decrease in receivables from affiliated companies from EUR 6,527 thousand in the previous year to EUR 1,092 thousand is mainly due to the merger of Crytek Lizenzverwaltung GmbH and Gface GmbH to the Crytek GmbH to 1.1.2014.

Due to the release of deferred taxes on loss carryforwards (EUR 4,162 thousand) and the capitalization of deferred taxes on temporary differences between the commercial and tax balance sheets (EUR 53 thousand) and the recognition of deferred taxes on the capitalization of internally generated intangible assets (EUR 1,489 thousand), deferred tax assets total of TEUR 5,658.

### 6. Significant events after the end of the financial year

As of March 27, 2015, all of the shares in the subsidiary Real Time Immersive Inc. were sold in order to advance the strategic focus.

### 7. Opportunity and risk report

Exhibit 8

103

Within the framework of the risk profile, the proportionate market success risk and the development risk are to be shown.

In particular, the pro-rata market risk is due to the lack of demand for a game, which can lead to an early reduction of the actual sales for Crytek. This risk basically exists in the publication of any game in which an at least partially revenue-related remuneration has been agreed. Should a match fail to achieve the planned sales-based remunerations, this could have a significant impact on revenues, net income and cash flow from operating activities. In the online business, the risk lies in the lack of acceptance by customers, which can have a direct impact on the level of sales of additional content. However, the risk can be addressed by using Business Intelligence (part of the publishing platform) to analyze the game in near real-time, and then troubleshoot updates and fixes and / or other content issues.

The second major risk is development risk. There is a failure to meet milestones due to unscheduled project progress, resulting delays in partial acceptance and related payments by development partners, and in extreme cases, termination of a project. Crytek GmbH tries to limit the development risk through its project management.

In addition, long-term contracts with development partners and licensees may also give rise to exchange rate risks, unless the contractually agreed payments are made in euros. This can lead to currency losses, but also to the realization of currency gains.

The product developments carried out in cooperation with development partners and licensees seek to cover substantially the costs likely to be incurred by the contractual agreement of partial acceptance and the related payments. In addition, revenue-related revenues are generated from the distribution of the games as well as from the licensing of the technology core Cryengine.

Opportunities for the Group arise from the phased introduction of the new online game Arena of Fate (AoF) in the second half of 2015. This game, like Warface, will run as a game as a service and generate monthly revenues over a period of several years. Other opportunities include the massive market launch of Virtual Reality to end users as of 2016. It is the representation and simultaneous perception of an environment in a computer-controlled, interactive, virtual environment.

However, since Crytek and its subsidiaries are also developing computer games without the involvement of publishers, especially for the online sector, there is a need for liquidity during the development period. If, as in the 2014 financial year, this cash flow need not be covered as far as possible by the cash flow from operating activities in the 2015 financial year, further liquidity-raising measures would be required to maintain business activity.

Possible liquidity-raising measures include negotiating credit lines with banks, negotiating with existing shareholders for additional equity injections, negotiating with third parties to provide financial resources, and negotiating with development partners on advance milestones or minimum guarantees for developed games.

The future of the Crytek Group will thus be shaped by opportunities and challenges in a steadily growing market environment. All projects under development in the retail segment, online gaming segment and the VR segment represent additional potential for us. New contracts for development partners are to be expected here, which will lead to milestone and revenue-dependent payments and thus to an improvement in earnings.

Based on the planning for the 2015 and 2016 financial years, management assumes a sufficiently high positive cash flow from operating activities to ensure the Company's ability to pay for 2015 and 2016 (the forecast period). The main factors influencing the planning of cash inflows are the forecast revenues in the online area, as well as the licensing income from the licensing or sale of Cryengine and the milestone payments from development contracts.

Significant risks in connection with the planning are, in particular, that the payments from the partial acceptance of individual milestones can be delayed if the affected projects are not completed on time. In addition, there are estimation risks, as both the forecasts of sales-related royalties from the marketing of computer games and the expected revenues or cash flows from the licensing of Cryengine are by nature discretionary and not based on already contractually fixed orders.

The management counters these risks through comprehensive liquidity management and monitoring. In addition, measures were taken to reduce the aforementioned liquidity risks through further liquidity purchases. These include negotiations on new credit lines or loans with banks and venture capital companies, as well as the possible granting of additional shareholder loans.

### 8. Forecast report

Fiscal year 2015 will be marked by opportunities and challenges for Crytek in a steadily growing market environment as well as the global launch of Virtual Reality in 2016. With the release of new PC Online games - such as "Arena of Fate", which is Crytek's second game is Online game is offered - we are very confident to build on and surpass the success of "Warface". All projects in the off- and online games segment as well as in the VR segment, which are currently in the development phase, form another potential for us to conclude contracts for development contracts and partnerships and, as a result, increasing sales revenues. In addition, by self-marketing online games in Europe and the US, Crytek is expanding its business model, securing higher margins and creating a direct customer relationship with players.

Due to the constant high interest in our leading development platform Cryengine, we currently expect a continued good license business in the financial years 2015 and 2016.

Sales decreased by 7.5% compared to the previous year. This was due to the elimination of milestone payments from publishers after completion of projects. In contrast, a positive cash flow from operating activities was achieved as forecast (TEUR 12,677). The decline in net income is largely due to the release of deferred tax assets. The EBIT showed a significant increase of 153%. It is expected that sales will decline significantly in 2015. The sales volume from the extensive license agreement in the area of Cryengine is falling and can not be fully compensated by revenues from other business areas. For 2016, revenue is again projected at 2014

Exhibit 8
104

levels due to new projects. Due to the pre-financing of new projects, in particular VR, and a multiplatform online game, the management plans for fiscal year 2015 with a declining, but again positive, annual operating result and a balanced cash flow. Should, as in 2014, Further extensive license agreements are concluded, these have an additional positive effect on the earnings situation. With regard to possible liquidity risks, we refer to the comments in the risk report.

**Frankfurt am Main, June 29, 2015**

*Avni Yerli*

*Faruk Yerli*

*Cevat Yerli*

### Balance sheet as at 31 December 2014

**assets**

|  | 31.12.2014 EUR | 31.12.2013 EUR |
|---|---|---|
| A. Fixed assets |  |  |
| I. Intangible assets |  |  |
| 1. Intangible assets of the fixed assets not yet completed | 7,568,170.82 | 2,904,791.55 |
| 2. Purchased industrial property rights and similar rights and assets as well as licenses to such rights and assets | 415,501.00 | 3,959,683.32 |
|  | 7,983,671.82 | 6,864,474.87 |
| II. Property, plant and equipment |  |  |
| 1. Buildings including buildings on foreign land | 113,320.00 | 152,964.00 |
| 2. Operating and office equipment | 435,156.00 | 711,608.65 |
|  | 548,476.00 | 864,572.65 |
| III. investments |  |  |
| 1. Shares in affiliated companies | 958,253.24 | 12,765,765.50 |
| 2. Loans to affiliated companies | 0.00 | 2,143,349.15 |
|  | 958,253.24 | 14,909,114.65 |
|  | 9,490,401.06 | 22,638,162.17 |
| B. current assets |  |  |
| I. Receivables and other assets |  |  |
| 1. Trade receivables | 23,398,561.05 | 9,408,238.04 |
| 2. Claims against shareholders | 570.00 | 0.00 |
| 3. Claims against affiliated companies | 1,091,508.29 | 6,526,536.53 |
| 4. Other assets | 1,014,053.49 | 669,496.79 |
|  | 25,504,692.83 | 16,604,271.36 |
| II. Cash on hand and bank balances | 481,045.39 | 3,069,021.19 |
| C. Prepaid expenses | 198,799.26 | 525,863.56 |
|  | 26,184,537.48 | 20,199,156.11 |
| D. Deferred tax assets | 5,657,732.00 | 11,254,961.00 |
| E. Shortfall not covered by equity | 0.00 | 1,402,769.48 |
|  | 41,332,670.54 | 55,495,048.76 |

**liabilities**

|  | 31.12.2014 EUR | 31.12.2013 EUR |
|---|---|---|
| A. Equity |  |  |
| I. Drawn capital | 89170.00 | 89170.00 |
| II. Capital reserve | 22,991,830.00 | 22,991,830.00 |
| III. loss carryforward | 24,483,769.48 | 43,680,036.49 |
| IV. Net income | 6,261,247.16 | 19,196,267.01 |
| Subtotal | 4,858,477.68 | -1402769.48 |
| Transfer to asset side E. | 0.00 | 1,402,769.48 |
|  | 4,858,477.68 | 0.00 |
| B. Provisions |  |  |

Exhibit 8
105

|  | 31.12.2014 EUR | 31.12.2013 EUR |
|---|---|---|
| 1. Tax provisions | 1,256,359.45 | 80600.00 |
| 2. Other provisions | 3,373,126.69 | 4,474,356.35 |
|  | 4,629,486.14 | 4,554,956.35 |
| C. Liabilities |  |  |
| 1. Liabilities to banks | 1,666,759.19 | 3,785,966.36 |
| 2. Trade payables | 784,557.76 | 852,354.06 |
| 3. Liabilities to shareholders | 15,558,297.59 | 15,198,878.51 |
| (thereof from deliveries and services: TEUR 0; previous year: TEUR 1) |  |  |
| 4. Liabilities to affiliated companies | 4,089,271.01 | 20,584,478.91 |
| (thereof deliveries and services: EUR 4,089,271.01, previous year: EUR 15,519k) |  |  |
| 5. Other liabilities | 1,529,460.00 | 9,025,359.23 |
| (thereof taxes: EUR 371,517.71, previous year: EUR 341k) |  |  |
| (of which under social security: EUR 46,556.86, previous year: EUR 50 thousand) |  |  |
|  | 23,628,345.55 | 49,447,037.07 |
| D. Prepaid expenses | 8,216,361.17 | 1,493,055.34 |
|  | 41,332,670.54 | 55,495,048.76 |

**Income statement for the period from 1 January to 31 December 2014**

|  | 2014 EUR | Previous year EUR |
|---|---|---|
| 1. Sales | 69,401,023.52 | 74,995,480.36 |
| 2. Other own work capitalized | 4,663,379.27 | 2,904,791.55 |
| 3. Other operating income | 1,255,857.05 | 594,459.98 |
| (thereof income from currency translation: EUR 843,403.04, previous year: EUR 235 thousand) |  |  |
| 4. Material costs |  |  |
| Expenses for purchased services | 23,498,021.67 | 28,631,837.67 |
| 5. Personnel expenses |  |  |
| a) Wages and salaries | 18,363,990.35 | 21,045,307.16 |
| b) Social security contributions and pension expenses | 3,605,214.23 | 4,314,788.20 |
| (of which for pensions: EUR 2,200.00; previous year: EUR 1 thousand) |  |  |
| 6. Depreciation |  |  |
| on intangible fixed assets and property, plant and equipment | 3,472,945.14 | 4,574,037.50 |
| 7. Other operating expenses | 11,484,362.76 | 10,897,731.92 |
| (of which expenses from currency translation: EUR 532,784.51, previous year: EUR 428 thousand) |  |  |
| 8. Income from investments | 0.00 | 2,527,991.97 |
| (thereof from affiliated companies: TEUR 0; previous year: TEUR 2,528) |  |  |
| 9. Other interest and similar income | 409,024.53 | 101,438.83 |
| (thereof to affiliated companies: EUR 409,024.53; previous year: EUR 101 thousand) |  |  |
| 10. Interest and similar expenses | 2,096,123.17 | 3,293,078.58 |
| (thereof affiliated companies: EUR 0; previous year: EUR 726k) |  |  |
| (of which the compounding of provisions: EUR 19,835.52, previous year: EUR 40 thousand) |  |  |
| 11. Result of ordinary business activity | 13,208,627.05 | 8,367,381.66 |
| 12. Extraordinary expenses |  |  |
| Losses due to merger u. conversion | 174,340.55 | 0.00 |
| 13. Extraordinary result | -174,340.55 | 0.00 |
| 14. Taxes on income (previous year: tax income) | 6,773,039.34 | -10,829,732.35 |
| (of which expenses from deferred taxes: EUR 5,597,229.00, previous year: EUR -11,255 thousand) |  |  |
| 15. Other taxes | 0.00 | 847.00 |
| 16th annual surplus | 6,261,247.16 | 19,196,267.01 |

**Notes for the 2014 financial year**

Exhibit 8

Crytek GmbH, Frankfurt am Main

## 1. General information on the annual financial statements

The annual financial statements as at 31 December 2014 of Crytek GmbH, Frankfurt am Main, have been prepared in accordance with the provisions of the German Commercial Code for large corporations.

The structure of the balance sheet and the profit and loss account comply with §§ 266 and 275 HGB and § 42 GmbHG.

## 2. Information on accounting policies

The accounting and valuation of the individual items is based on the general provisions in accordance with §§ 246 to 256a HGB and the special provisions for corporations pursuant to §§ 264 to 278 HGB.

The following accounting and valuation methods were decisive for the preparation of the annual financial statements.

The intangible assets acquired against payment by third parties are valued at acquisition cost, less scheduled straight-line depreciation, over the period of their estimated useful life of three years. The intangible assets acquired in the 2014 financial year are amortized pro rata temporis using the straight-line method. The intangible assets acquired against payment by the subsidiaries in the framework of existing service contracts are stated at acquisition cost, reduced by scheduled straight-line and, if necessary, unscheduled depreciation over the period of their estimated useful life of three to five years. The intangible assets acquired by the subsidiaries and being acquired against payment

Assets are also reported under intangible assets and amortized from the date of their completion in accordance with the aforementioned principles.

Internally generated intangible fixed assets that have not yet been completed are capitalized in accordance with the option in accordance with section 248 (2) sentence 1 HGB. Capitalization takes place at production costs in accordance with Section 255 (2) sentences 1 and 2 and Section 2a HGB. The cost of manufacturing internally generated intangible assets includes the following components: direct costs, appropriate portions of overheads, manufacturing overheads and depreciation of fixed assets to the extent that they are caused by the development. In exercising the option under section 255 (2) sentence 3 HGB, reasonable portions of the costs of general administration relating to the period of manufacture are included. Scheduled depreciation was not carried out because internally generated intangible fixed assets are still in development. There were no indications of impairment losses, since internally generated intangible fixed assets are still in development. There were no indications of impairment losses, since internally generated intangible fixed assets are still in development. There were no indications of impairment losses.

Property, plant and equipment are stated at acquisition cost less scheduled straight-line depreciation over the period of their estimated useful lives of three to ten years. Low-value assets (GWG) are immediately deducted as operating expenses if their acquisition or production costs do not exceed EUR 150 when purchased or manufactured.

Financial assets are stated at the lower of cost or fair value. The fair value is determined on the basis of future earnings planning as part of a simplified business valuation or as a net asset value. Write-downs to the lower fair value are only made if the value is expected to be permanently impaired. In the case of a presumably only temporary impairment, if the option is not exercised in accordance with Art. Section 253 (3) HGB, retaining the carrying amount of the investment.

Receivables and other assets are valued at acquisition cost, less any necessary value adjustments.

Cash and cash equivalents are recognized at the fair value of the cash on hand and bank balances as at the balance sheet date.

The tax provisions and other provisions take into account all uncertain liabilities. The valuation is made in the amount of the settlement amount that, in accordance with prudent business judgment, is required to cover future payment obligations. Future price and cost increases will be considered if there are sufficient objective indications for their occurrence. Provisions with a remaining term of more than one year are discounted at the average market interest rate for the past seven financial years corresponding to their remaining term.

Liabilities are recognized at their settlement amounts.

Deferred income includes expenses on the asset side before the balance sheet date, insofar as they represent expenses for a specific period after this date. On the liability side, payments received for accrued licenses are shown as prepaid expenses before the balance sheet date, insofar as they represent income for a certain period after the balance sheet date.

Receivables and liabilities denominated in foreign currencies are translated at the rate on the date of the transaction. Receivables and liabilities with a remaining term of up to one year are uniformly translated at the middle spot rate on the balance sheet date. For receivables and payables with a remaining term of more than one year, the conversion on the balance sheet date is only carried out using the average spot exchange rate, if this results in lower receivables or higher liabilities (imparity principle).

Deferred taxes are formed on differences between the commercial law valuations and their tax valuations, which are expected to decrease in later financial years. Deferred tax assets are formed on tax loss carryforwards that can be taken into account within the next five years to offset losses.

## 3. Details of the balance sheet

Exhibit 8

The breakdown and development of fixed assets is shown in the schedule of assets in the attachment to the notes.

Rights and values as well as licenses to such rights and assets are acquired as part of the concluded service contracts with the subsidiaries. As of December 31, 2014, no intangible assets from the service contracts have been reported (previous year: EUR 2,229 thousand). The capitalized internally generated intangible assets from the development of a computer game amount to TEUR 7,568 (previous year: TEUR 2,905).

Shares in affiliated companies (disclosure in accordance with Section 285 No. 11 HGB):

| Surname | Seat | Participation rate % | Equity € | Last year's result € |
|---|---|---|---|---|
| Crytek Black Sea EOOD | Sofia (Bulgaria) | 100 | 367665 | 101224 |
| Crytek Oyszi Yazilim ve Pazarlama Limited Sirkeli | Istanbul (Turkey) | 100 | 55173 | 15094 |
| Crytek Ltd. | Seoul (South Korea) | 100 | -894110 | -307891 |
| Crytek Ukraine Ltd. | Kiev (Ukraine) | 100 | 733416 | 789129 |
| Crytek Hungary Kft. | Budapest (Hungary) | 100 | 279802 | 113274 |
| Crytek UK Ltd, | Nottingham (UK) | 100 | 2382134 | 1131025 |
| RealTime Immersive, Inc | Orlando (USA) | 100 | -71,298 | -54,043 |
| Crytek (Shanghai) Software Co., Ltd. | Shanghai (China) | 100 | 130514 | -4,037 |
| Crytek USA Corp. | Austin (USA) | 100 | 520148 | 10236 |

Crytek Gface GmbH and Crytek Lizenzverwaltung GmbH were merged with Crytek GmbH effective January 1, 2014.

As in the previous year, receivables and other assets have a remaining term of up to one year.

The subscribed capital remains unchanged from the previous year at EUR 89 thousand. The managing directors are authorized to issue the share capital once or several times over a period of five years from 23 July 2012 (registration of the authorization in the commercial register) up to a total of EUR 1,000 to increase new shares against cash contributions (authorized capital). The subscription right of the shareholders is excluded.

Pursuant to Section 268 No. 8 HGB, the following amount is not available for distributions:

|  | thousand |
|---|---|
| From the activation of self created intangible assets | 5152 |
| From the capitalization of deferred taxes | 5658 |
|  | 10,810 |

The profit for the year amounts to TEUR 6,261.

Tax provisions for corporation tax and trade tax result from the current financial year and take into account offsettable withholding taxes paid abroad.

Other provisions include bonus provisions of TEUR 1,091 (previous year: TEUR 1,256), provisions for rent-free periods in the amount of TEUR 507 (previous year: TEUR 603), provisions for operating costs of TEUR 410 (previous year: TEUR 170) ) and provisions for vacation entitlements in the amount of TEUR 325 (previous year: TEUR 1,034).

Trade payables, liabilities to affiliated companies and liabilities to banks in the amount of EUR 1,667 thousand (previous year: EUR 2,119 thousand) have a remaining term of up to one year.

The liabilities to shareholders amounting to TEUR 6,558 (previous year: TEUR 4,699) have a remaining term of up to one year. Liabilities to shareholders with a residual term of more than one year amount to EUR 9,000 thousand (previous year: EUR 10,500 thousand). Liabilities to shareholders relate to shareholder loans, accrued interest and trade payables.

Of the other liabilities, a remaining term of up to one year is EUR 1,529 k (previous year: EUR 7,911 k). These mainly include a loan from an investor in the amount of TEUR 1,114 (previous year: TEUR 4,146).

To secure the loan liabilities to a bank, which amounted to EUR 1,667 thousand as at the balance sheet date, there is a cession with regard to trade receivables from certain customers in favor of the bank.

The loan on the part of an investor, which amounts to KEUR 1,114 on the balance sheet date, is secured by the rights to a game title of the company.

The total amount of collateralised liabilities therefore amounts to EUR 2,781 thousand.

Deferred tax liabilities were recognized on capitalized internally generated intangible assets. Deferred tax assets were recognized on the provision for rent-free periods not taken into account for tax purposes. Deferred tax assets were recognized on the company's

Exhibit 8
108

tax loss carryforwards as of December 31, 2014, provided that these loss carryforwards are expected to be used over the next five years. There is a balanced statement on the assets side. The calculation of deferred taxes was at a tax rate of 32%.

## Contingencies

As of December 31, 2014, there are no contingent liabilities.

## Other financial obligations

Other financial obligations not shown in the balance sheet in the amount of EUR 7,535,000 consist of continuing obligations (rental and leasing contracts). Of this total, kEUR 947 is due in 2015, kEUR 3,863 from 2016 to 2019 and kEUR 2,442 after 2019.

### 4. Information on the profit and loss account

Revenues of EUR 69,401 thousand (previous year: EUR 74,995 thousand) are broken down into game development for PCs and consoles (EUR 5,191 thousand), online game development (EUR 15,415 thousand) and the marketing of CryEngine (EUR 48,794 thousand).

Sales break down into the geographic economies USA / Canada with sales of EUR 53,026k, the European Economic Area with sales of EUR 3,404k and the rest of the world in the amount of EUR 12,971k.

The other operating income mainly relates to income from exchange rate differences in the amount of TEUR 843 (previous year: 235).

Advertising and travel expenses of EUR 2,782 thousand (previous year: EUR 2,984 thousand), room costs of EUR 2,208 thousand (previous year: EUR 2,300 thousand), receivables losses of EUR 1,081 thousand (previous year: EUR 40 thousand), legal and consulting costs of EUR 2,882 thousand (previous year: EUR 2,300 thousand) are reported under other operating expenses TEUR 1,511 (previous year: TEUR 1,586) and losses from the disposal of fixed assets amounting to TEUR 759 (previous year: TEUR 0).

Interest expenses include interest to shareholders in the amount of TEUR 763 (previous year: TEUR 699).

Research and development costs of kEUR 24,114 were incurred in the 2014 financial year. Of this amount, kEUR 4,663 is attributable to internally generated intangible fixed assets.

### 5. Other information

## Employee

The average number of employees (excluding directors) has changed as follows compared to the previous year:

|  | 2014 number | 2013 number | change |
|---|---|---|---|
| employee | 378 | 385 | - 7 |

The Crytek GmbH employs only employees, so that a further grouping according to § 285 no. 7 HGB is omitted.

## Auditor fees

Pursuant to section 285 no. 17 last clause HGB, the total fee charged by the auditors for the 2014 financial year is not disclosed since this is disclosed in the notes to the consolidated financial statements of the Company.

## Managing directors

In the 2014 financial year, the management of Crytek GmbH was carried out by the following managing directors:

- Mr. Avni Yerli, Frankfurt am Main, Managing Director (Operations);

- Mr. Faruk Yerli, Frankfurt am Main, Managing Director (Operations);

- Mr. Cevat Yerli, Frankfurt am Main, Managing Director (Game Development and Production, Technology and Research).

For the total remuneration of the members of the management, the protection clause of § 286 (4) HGB was used.

**Frankfurt am Main, June 29, 2015**

*Avni Yerli*

Exhibit 8

*Faruk Yerli*

*Cevat Yerli*

**Development of fixed assets as of 31 December 2014**

| | acquisition cost | | | | | |
|---|---|---|---|---|---|---|
| | As of 01/01/2014 EUR | Additions merger EUR | Departures merger EUR | Additions EUR | Departures EUR | As at 31.12.2014 EUR |
| I. Intangible assets | | | | | | |
| 1. Intangible assets of the fixed assets not yet completed | 2,904,791.55 | 0.00 | 0.00 | 4,663,379.27 | 0.00 | 7,568,170.82 |
| 2. Purchased industrial property rights and similar rights and assets as well as licenses to such rights and assets | 22,899,607.02 | 2,872,614.85 | 0.00 | 256,198.63 | 1,220,471.70 | 24,807,948.80 |
| | 25,804,398.57 | 2,872,614.85 | 0.00 | 4,919,577.90 | 1,220,471.70 | 32,376,119.62 |
| II. Property, plant and equipment | | | | | | |
| 1. Buildings including buildings on foreign land | 455,642.52 | 0.00 | 0.00 | 12210.00 | 0.00 | 467,852.52 |
| 2. Operating and office equipment | 3,803,777.93 | 24329.63 | 0.00 | 75052.63 | 0.00 | 3,903,160.19 |
| | 4,259,420.45 | 24329.63 | 0.00 | 87262.63 | 0.00 | 4,371,012.71 |
| III. investments | | | | | | |
| 1. Shares in affiliated companies | 12,765,765.50 | 0.00 | 11,807,512.26 | 0.00 | 0.00 | 958,253.24 |
| 2. Loans to affiliated companies | 2,143,349.15 | 0.00 | 2,143,349.15 | 0.00 | 0.00 | 0.00 |
| | 14,909,114.65 | 0.00 | 13,950,861.41 | 0.00 | 0.00 | 958,253.24 |
| | 44,972,933.67 | 2,896,944.48 | 13,950,861.41 | 5,006,840.53 | 1,220,471.70 | 37,705,385.57 |

| | Cumulative depreciation | | | | |
|---|---|---|---|---|---|
| | As of 01/01/2014 EUR | Additions merger EUR | Additions EUR | Departures EUR | As at 31.12.2014 EUR |
| I. Intangible assets | | | | | |
| 1. Intangible assets of the fixed assets not yet completed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Purchased industrial property rights and similar rights and assets as well as licenses to such rights and assets | 18,939,923.70 | 3,063,828.86 | 2,853,652.85 | 464,957.61 | 24,392,447.80 |
| | 18,939,923.70 | 3,063,828.86 | 2,853,652.85 | 464,957.61 | 24,392,447.80 |
| II. Property, plant and equipment | | | | | |
| 1. Buildings including buildings on foreign land | 302,678.52 | 51854.00 | 0.00 | 0.00 | 354,532.52 |
| 2. Operating and office equipment | 3,092,169.28 | 357,262.28 | 18572.63 | 0.00 | 3,468,004.19 |
| | 3,394,847.80 | 409,116.28 | 18572.63 | 0.00 | 3,822,536.71 |
| III. investments | | | | | |
| 1. Shares in affiliated companies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Loans to affiliated companies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 22,334,771.50 | 3,472,945.14 | 2,872,225.48 | 464,957.61 | 28,214,984.51 |

| | Residual values | |
|---|---|---|
| | As at 31.12.2014 EUR | As at 31.12.2013 EUR |
| I. Intangible assets | | |
| 1. Intangible assets of the fixed assets not yet completed | 7,568,170.82 | 2,904,791.55 |
| 2. Purchased industrial property rights and similar rights and assets as well as licenses to such rights and assets | 415,501.00 | 3,959,683.32 |
| | 7,983,671.82 | 6,864,474.87 |
| II. Property, plant and equipment | | |
| 1. Buildings including buildings on foreign land | 113,320.00 | 152,964.00 |
| 2. Operating and office equipment | 435,156.00 | 711,608.65 |

Exhibit 8

|  | Residual values | |
|---|---|---|
|  | As at 31.12.2014 EUR | As at 31.12.2013 EUR |
|  | 548,476.00 | 864,572.65 |
| III. investments | | |
| 1. Shares in affiliated companies | 958,253.24 | 12,765,765.50 |
| 2. Loans to affiliated companies | 0.00 | 2,143,349.15 |
|  | 958,253.24 | 14,909,114.65 |
|  | 9,490,401.06 | 22,638,162.17 |

## Auditors' report

For the financial year from January 1 to December 31, 2014, we have audited the annual financial statements - comprising the balance sheet, income statement and notes - including the bookkeeping system and the management report of Crytek GmbH, Frankfurt am Main. The accounting and the preparation of the annual financial statements and the management report in accordance with German commercial law are the responsibility of the management of the company. Our responsibility is to express an opinion on the annual financial statements, including the bookkeeping system, and the management report based on our audit.

We conducted our audit of the annual financial statements in accordance with § 317 HGB and German generally accepted standards for the audit of financial statements promulgated by the Institut der Wirtschaftsprüfer. Accordingly, the audit must be planned and conducted in such a manner that any inaccuracies and violations which have a material effect on the presentation of the net worth, financial and earnings position as conveyed by the annual financial statements in compliance with generally accepted accounting principles and the management report are sufficiently certain be recognized. When determining the audit procedures, account will be taken of knowledge of the Company's business and economic and legal environment, as well as expectations of possible errors. The effectiveness of the accounting-related internal control system and the evidence supporting the disclosures in the books and records, the annual financial statements and the management report are examined primarily on a test basis within the framework of the audit. The audit includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the annual financial statements and the management report. We believe that our audit provides a reasonable basis for our opinion.

Our audit has not led to any reservations.

In our opinion, based on the findings of our audit, the annual financial statements of Crytek GmbH, Frankfurt am Main, comply with the legal requirements and give a true and fair view of the net assets, financial position and results of operations of the Company in compliance with generally accepted accounting principles. The management report is in line with the annual financial statements, gives an overall picture of the company's position and accurately presents the opportunities and risks of future development.

**Frankfurt am Main, June 30, 2015**

**Deloitte & Touche GmbH**
**Wirtschaftsprüfungsgesellschaft**

*Lüdke, certified public accountant*

*Buhler, certified public accountant*

Exhibit 8
111