# Exhibit 9

Exhibit 9
112

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Bundesanzeiger |
| Capture URL: | https://www.bundesanzeiger.de/ebanzwww/wexsservlet |
| Captured site IP: | 128.65.211.86 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:47:44 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:48:20 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | 5b3e5f38-8c21-439b-aab8-9c1d72dbb9cc |
| User: | fkks-dgrove |

PDF REFERENCE #:    4x3KgnBDP8sbXdY4FjP6KB

Exhibit 9
113

Sie verwenden eine veraltete Browserversion, die möglicherweise Sicherheitslücken aufweist. Sie können deshalb die Plattform ggfs. nur eingeschränkt nutzen. Wir empfehlen Ihnen, den Browser auf die neueste Version zu aktualisieren.   X

Case 2:17-cv-08937-DMG-FFM   Document 57-25   Filed 03/29/19   Page 3 of 9   Page ID #:913



**Berichtigungsvermerk, hinzugefügt am 21.08.2017:**
Dieser Abschluss ist final und testiert. Die Offenlegung vom 05.05.2017 zeigt auf Grund eines Büroversehens nur den Entwurfs-Stand.

### Crytek GmbH

**Frankfurt am Main**

### Jahresabschluss zum Geschäftsjahr vom 01.01.2015 bis zum 31.12.2015

**Lagebericht für das Geschäftsjahr 2015**

**der Crytek GmbH, Frankfurt am Main**

**1. Geschäft und Rahmenbedingungen**

Der weltweite Videospiel-Markt, welcher die Bereiche Konsolen- (Hardware und Software), Online-, Mobile- und PC-Spiele enthält, hat im Jahr 2015 rd. 92 Milliarden US-Dollar (Mrd. $) Umsatz erreicht. Der größte Spielemarkt ist Asien mit rd. 43 Mrd. $, gefolgt von Amerika mit rd. 28 Mrd. $ und Europa mit rd. 21 Mrd. $. Die mit Abstand beiden größten Einzelmärkte der Welt sind gleichauf China und USA mit jeweils rd. 22 Mrd. $.

Unterteilt man den Gesamtmarkt der 92 Mrd. $ nach dem zum Spielen verwendeten Medien bzw. konkret Bildschirmen, so hat noch immer der PC mit rd. 37% den größten Anteil, gefolgt von Entertainment-Geräten wie Konsolen und TV (und neu: Virtual Reality (VR) Devices) mit rd. 27%. Die sog. „Personal Screens`, (Mobile/Smartphone) die in den letzten Jahren die höchsten Zuwächse erzielt haben, erreichen nun rd. 23%, schließlich kommen die sog. ‚Floating Screens` wie Handhelds und Tablets auf rd. 13%.

(Quelle: Newzoo Global Games Market 2015)

Crytek ist derzeit eines der größten unabhängigen europäischen und ein weltweit anerkanntes und selbständiges Entwicklungsunternehmen für interaktive Unterhaltung. Im Fokus steht der globale Markt für Videogames und digitale Spielentwicklung, traditionell mit Schwerpunkt auf PC und den o.g. Entertainment-Geräten.

Basierend auf einer der technisch weltweit führenden Spiele-Engines, mit der dann bereits als 5. Ausbaustufe im März 2016 gelaunchten „Cryengine 5", sammeln die Spiele von Crytek insbesondere internationales Lob und Anerkennung für die realistische Darstellung von Welten. Diese Eigenschaften kombiniert mit dem hohen Qualitätsanspruch, in der Branchensprache als sog. „Triple A" oder „Fullprice"-Titel klassifiziert, setzen die Grundsteine für das Geschäftsmodell des Unternehmens.

Konkret weist das Geschäftsmodell von Crytek zwei wesentliche Kernbereiche auf:

1. „Technology`: Technische Weiterentwicklung und Direktvermarktung der SoftwareSpieleentwicklungsplattform Cryengine.

2. „Content": Entwicklung von innovativen 3D-Videospielen für PC, Spielkonsolen und Virtual Reality für Online- und Retailvertrieb sowie Vermarktung der internationalen Online-Spiele in eigener Regie oder mit Partnern.

Der erste Kernbereich ist die Weiterentwicklung und Direktvermarktung der von der Crytek entwickelten Cryengine einer führenden 3D-Technologie zur Erstellung komplexer und hochwertiger 3D-Spiele, an Spielehersteller, und darüber hinausgehend allgemein Entwickler von interaktiven Inhalten. Die konkrete Umsatzrealisierung im Bereich Technology ergibt sich wesentlich durch Lizenzvermarktungserlöse, regelmäßig auch unterstützt wie verknüpft mit Support- und anderen Dienstleistungen im Zusammenhang mit der Nutzung der Engine-Technologie durch den jeweiligen Kunden.

Im Kernbereich „Entwicklung von innovativen 3D-Videospielen" für den PC und Spielekonsolen erfolgen Vertrieb und Vermarktung klassischer Retailspiele mit weltweit bekannten und führenden Unternehmen aus dem Bereich Publishing und Distribution wie Electronic Arts, oder Sony Playstation. Onlinespiele werden typischerweise über marktführende, globale Online-Plattformen wie „Steam" vertrieben oder über Kooperationen mit international tätigen Unternehmen wie z.B. Mail.ru. Die konkrete Umsatzrealisierung im dargestellten Kernbereich „Content/Games" vollzieht sich im wesentlichen durch Meilensteinzahlungen während der Entwicklungsphase auf vertraglicher Basis mit dem jeweiligen Entwicklungspartner und durch Einnahme sog. Lizenz-Royalties nach Fertigstellung bzw. Veröffentlichung des Spiels für den Endkunden. Als Besonderheit bei Online-Spielen resultieren hier diese Royalty-Umsätze oftmals aus sog. „Item"-Käufen der Endkunden; dazu beträgt der Lebenszyklus erfolgreicher Spiele im Bereich ‚free-to-play` bis zu 10 Jahre.

Die auf der eigenen Entwicklungsplattform Cryengine erstellten Spiele sind durch herausragende Wertungen von Kritikern mit sog. Blockbuster -Titeln (wie der „Crysis"-Reihe) zu mehr als 160 nationalen und internationalen Auszeichnungen gekommen. Im April 2016 wurde das erste VR-Spiel von Crytek „The Climb" veröffentlicht. Es erhielt herausragende internationale Kritiken in Fachmedien („Best VR Game so far") und im April 2016 den Deutschen Computerspielpreis in der Kategorie ‚Innovation`. Im November 2016 wurde das VR-Spiel „Robinson" auf Playstation VR veröffentlicht. Dieser Titel erhielt ebenfalls den Deutschen Computerspielpreis des Jahres 2017 in der Kategorie , audiovisuelle Darstellung'.

Die bisher vollständig eigenfinanzierten und noch nicht veröffentlichten Spiele „Hunt" und „Arena of Fate" wurden im Berichtsjahr 2015 weiterentwickelt. Die Planung geht von einer Veröffentlichung des Titels ‚Hunt' in der 2. Jahreshälfte 2017 aus. Im Projekt ‚Arena of Fate' besteht die Möglichkeit, das Spielkonzept entweder auf der Plattform „Online" oder auf ‚Mobile` auszurichten, was die Geschäftsführung unter Berücksichtigung der Marktentwicklungen im jeweiligen Endkunden sowie im Partnerbereich nach Opportunität entscheiden wird. Bei beiden Spielen werden grundsätzlich die Möglichkeiten des Self-Publishings vs. einer ‚Publisher-contracted`-Vermarktung abgewogen.

Die im Vorjahr 2014 vorgenommene strategische Ausrichtung auf den Bereich Virtual Reality wurde in 2015 deutlich intensiviert und auf Basis branchenweit vielbeachteter Entwicklungsprojekte wie „The Climb" und "Robinson" umgesetzt.

Damit wurden im Jahr 2015 die Grundlagen für längerfristig angelegte Partnerschaften mit wichtigen und aller Voraussicht nach auch zukünftig führenden Hardwareherstellern und global ausgerichteten Technologiekonzernen geschaffen, um die Spiele auf deren Plattformen bzw. Hardware anzubieten.

**2. Forschung und Entwicklung**

Die Entwicklung von Softwaretechnologien und deren Umsetzung in innovative Spielkonzepte sind die Kernbereiche der Gesellschaft. Für die Spiele sind stetiger Fortschritt und technologischer Vorsprung die Eigenschaften, die im Vordergrund stehen und Crytek's Geschäftsmodell prägen.

Im Zentrum steht dabei die Game-Engine „Cryengine", die als technische Plattform fortlaufend weiterentwickelt und neben der Nutzung für eigene Spieletechnologien auch an Lizenznehmer vermarktet wird. Hierbei, wie auch im Bereich „Content", steht die häufig als „next generation computing platform" bezeichnete „Virtual Reality" im Mittelpunkt der aktuellen R&D Aktivitäten von Crytek. Gleichzeitig wird gewährleistet, dass die Cryengine auch an der Spitze laufender Innovationen und Verbesserungen im Bereich von PC und Konsole bleibt, was sich u.a. in der Orientierung an neuen Software- Standards wie „DX12" zeigt. Die Cryengine steht somit an der technologischen Spitze im Hinblick auf die Integration zukünftiger Entwicklungsstandards für VR, Augmented Reality (AR) und sog. ‚next generation mobile' - Plattformen.

Dabei wird auch das Thema "Mobile" für die Cryengine eine wichtige Rolle spielen. Denn gerade die mobilen Endgeräte werden in den nächsten Jahren einen massiven Anstieg der absoluten Rechenperformance erleben und sich damit auch für den Einsatz der Cryengine-typischen „high-end" Anwendungen öffnen und verfügbar machen. Diese Leistungssteigerungen wird auch den großflächigen Einsatz von mobilen VR Anwendungen sowohl im Games als auch im Non-games Bereich ermöglichen und damit den strategischen Wert der Cryengine stärken.

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
114

Page 1 of 7

generation computing platform" bezeichnete „Virtual Reality" im Mittelpunkt der aktuellen R&D Aktivitäten von Crytek. Gleichzeitig wird gewährleistet, dass die Cryengine auch an der Spitze laufender Innovationen und Verbesserungen im Bereich von PC und Konsole bleibt, was sich u.a. in der Integration zukünftiger Entwicklungsstandards für VR, Augmented Reality (AR) und sog. „next generation" mobile Plattformen.

Dabei wird auch das Thema „Mobile" für die Cryengine eine wichtige Rolle spielen. Denn gerade die mobilen Endgeräte werden in den nächsten Jahren einen massiven Anstieg der absoluten Rechenperformance erleben und sich damit auch für den Einsatz der Cryengine-typischen „high-end" Anwendungen öffnen und verfügbar machen. Diese Leistungssteigerungen wird auch den großflächigen Einsatz von mobilen VR Anwendungen sowohl im Games als auch im Non-games Bereich ermöglichen und damit den strategischen Wert der Cryengine stärken.

Übergreifend betrachtet, entwickelt sich die Spieleindustrie im Jahr 2015 in Bezug auf die zu beobachtenden anspruchsvollen technologischen Innovationen und Leistungsanforderungen z. Zt. stark in Richtung der vorhandenen und vereinfacht als „High-End" zu charakterisierenden technologischen Kernkompetenzen von Crytek, so dass das Unternehmen sowohl mit der - Technologie als auch mit der Content-Pipeline gegenwärtig sehr gut für die zukünftig erwarteten Marktdynamiken aufgestellt ist. Weiter hat sich die sog. „installed base` wichtiger Konsolen- und PC Hardware im Berichtsjahr weiter verbessert, was u.a. die Vermarktungsmöglichkeiten der genannten durch Crytek selbst vorfinanzierten Spielprojekte verbessert sowie auch zukünftig Raum schafft, um das hohe Potenzial der Crytek-eigenen IP's, insbesondere der Crysis-Reihe, wieder mit neuen Spieltiteln zu aktivieren. Hierzu sind bereits konkrete Spielkonzepte ausgearbeitet worden, mit deren Umsetzung im Jahr 2017 begonnen wird.

### 3. Ertragslage

Die Umsatzerlöse betragen im Geschäftsjahr 2015 TEUR 26.141 (Vorjahr: TEUR 69.401).

Der deutliche Umsatzrückgang ist durch zwei Faktoren bedingt. Zunächst war der Umsatzniveau des Jahres 2014 durch das genannte, als tendenziell singulär einzustufende Großlizenzgeschäft für die Cryengine 3 gekennzeichnet.

Weiter stand im Zentrum des Jahres 2015 eine Strategiefokussierung auf das Zukunftsfeld VR, und zwar sowohl im Segment Technology als auch für den Content-Bereich. Aus den bereits in 2014 begonnenen R&D Aktivitäten im Bereich VR sind in 2015 dann auch Development-Verträge mit Oculus/Facebook (für den Titel „The Climb") und Sony Playstation (für den Titel „Robinson") entstanden. Höhere Umsätze aus diesen Aktivitäten sind aber erst ab dem Jahr 2016 zu erwarten, wenn u.a. diesen Titel veröffentlicht werden. Im Bereich der Onlinespiele sind die umsatzabhängigen Lizenzeinnahmen im Wesentlichen durch nachteilige Wechselkursentwicklungen des russischen Rubel zu Dollar & Euro zurückgegangen. Dieser Einflussfaktor ist deshalb signifikant, weil das Spiel ‚Warface` besonders erfolgreich in Russland ist.

Aus der Aktivierung selbsterstellter immaterieller Vermögensgegenstände (Computerspiele) sind andere aktivierte Eigenleistungen in Höhe von TEUR 7.896 (Vorjahr: TEUR 4.663) angefallen. Nach Abzug der zugehörigen latenten Steueraufwendungen in Höhe von TEUR 2.521 resultiert ein Ergebniseffekt in Höhe von TEUR 5.375 aus der Ausübung des Aktivierungswahlrechtes.

Der deutliche Anstieg der sonstigen betrieblichen Erträge auf TEUR 5.726 (Vorjahr: TEUR 1.256) resultiert ganz wesentlich aus höheren Erträgen aus Währungsumrechnungen (TEUR 4.644; Vorjahr: TEUR 843).

Die Materialaufwendungen betreffen wie im Vorjahr im Wesentlichen Entwicklungskosten. Die Tochtergesellschaften entwickeln auf Basis abgeschlossener Entwicklungsverträge, sogenannter Software Development Agreements, Computerspiele für die Crytek GmbH. Der Materialaufwand hat sich im Vergleich zum Vorjahr von TEUR 23.498 auf TEUR 13.986 deutlich verringert. Ursächlich hierfür war im Wesentlichen der Rückgang des auftrags- und umsatzbezogenen Geschäftsvolumens.

Der Materialaufwand ist deshalb nur unterproportional im Verhältnis zu den Umsatzerlösen zurückgegangen, weil den Umsatzerlösen aus dem in 2014 vollzogenen umfangreichen Großlizenzgeschäft kein entsprechender Materialaufwand gegenüberstand und somit die Jahreszahlen unter dem Aspekt nicht korrespondieren.

Der Personalaufwand ist von TEUR 21.969 in 2014 auf TEUR 20.494 in 2015 (-7%) nur leicht gesunken. Dies ist im Wesentlichen auf eine geringere Mitarbeiterzahl am Standort Frankfurt zurückzuführen. Im

Jahresdurchschnitt verringerte sich die Anzahl der Mitarbeiter gegenüber dem Vorjahr (378) um 57 auf 321 Mitarbeiter. Ein größerer Abbau der Mitarbeiterschaft aufgrund des gesunkenen Umsatzes hat in 2015 aber nicht stattgefunden, da für 2016 wieder steigende Umsätze erwartet werden. Dazu ist die Gewinnung hochqualifizierter Mitarbeiter mit IT- und oder internationalen Hintergrund dauerhaft wichtiger Bestandteil des Unternehmenserfolges.

Die Abschreibungen betragen TEUR 661 (Vorjahr: TEUR 3.473). Der deutliche Rückgang der Abschreibungen liegt an zwei Einflussgrößen: Zum einen sind die in den Vorjahren aktivierten Spiele nunmehr fast vollständig abgeschrieben. Zum anderen beginnen die Abschreibungen der sich neu in der Entwicklung befindlichen Spielprojekte i.d.R. erst mit Veröffentlichung der jeweiligen Spieleprojekte. Und die Releases von neuen Spieltiteln (wie z.B. Titel „The Climb" und „Robinson") erfolgen erst in 2016.

Die sonstigen betrieblichen Aufwendungen sind von TEUR 11.484 in 2014 auf TEUR 10.080 in 2015 unterproportional zum Umsatzrückgang gefallen (-12%), was auf den Fixkostencharakter vieler Aufwandspositionen zurückzuführen ist.

Die sonstigen betrieblichen Erträge haben sich um TEUR 4.470 auf TEUR 5.726 verbessert. Dies resultiert im Wesentlichen auf um TEUR 3.801 höhere Erträge aus der Fremdwährungsumrechnung.

Die Zinsaufwendungen sind auf TEUR 2.683 (Vorjahr: TEUR 2.096) gestiegen, was vor allem auf die Ablösung einer Sonderfinanzierung in Höhe von TEUR 1.330 zurückzuführen ist.

Trotz der steuerrechtlichen Verlustvorträge wurden Steuerrückstellungen für Körperschaft- und Gewerbesteuer unter Berücksichtigung der anrechnungsfähigen gezahlten Quellensteuer im Ausland gebildet, was auf die Mindestbesteuerung zurückzuführen ist. Weiterhin sind latente Steueraufwendungen (TEUR 2.521) aus den aktivierten selbst erstellten immateriellen Vermögensgegenständen sowie der Verringerung aktiver latenter Steuern auf Verlustvorträge (TEUR 355) angefallen. Dem gegenüber stehen Erträge aus aktiven latenten Steuern auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 94), so dass insgesamt ein Aufwand aus latenten Steuern von TEUR 2.783 ausgewiesen wird.

Insgesamt ergab sich im Geschäftsjahr ein Jahresfehlbetrag in Höhe von TEUR 7.788 (Vorjahr: Jahresüberschuss von TEUR 6.261). Ursache für den Verlust liegt zum einen in deutlich gesunkenen Umsatz. Das Niveau von 2014 konnte, wie schon erwartet, gekennzeichnet durch den Abschluss einer umfangreichen Lizenzvereinbarung in 2014, nicht aufrechterhalten werden. Zum anderen wurde in 2015 mit dem Strategiefokus auf VR vom Unternehmen weiter eine hohe R&D Leistung erbracht. Dem Unternehmen entgingen durch die negative Kursentwicklung des Rubels außerdem Umsätze und Gewinnmarge (vor Steuern) in Höhe von rd. 6 Millionen Euro.

Das niedrigere Umsatzniveau im Jahr 2015 war erwartet worden; die Ertragslage gemessen an EBITDA und EBIT wurde in 2015 zusätzlich wie beschrieben durch die schwache Rubelentwicklung deutlich negativ beeinflusst. Dazu waren industriezyklisch bedingt die Voraussetzungen für den Launch von neuen Spieletiteln im Jahr 2015 nicht in erfolgsversprechender Art und Weise gegeben, was sich aber insbesondere ab dem Jahr 2017 nun deutlich positiver darstellt.

### 4. Finanzlage

Der Zahlungsmittelbestand bewegt sich im Jahr 2015 mit TEUR 613 auf einem ähnlichen Niveau wie im Vorjahr (TEUR 481).

Der Cashflow aus laufender Geschäftstätigkeit beträgt in 2015 TEUR 5.723 (Vorjahr: TEUR 13.487). Der Rückgang des Cashflows aus laufender Geschäftstätigkeit resultiert im Wesentlichen aus den gesunkenen Umsatzeinzahlungen und dem resultierenden negativen Jahresergebnis sowie dem Rückgang der passivisch abgegrenzten Lizenzeinnahmen. Der weiterhin positive Cashflow aus der laufenden Geschäftstätigkeit resultiert insbesondere aus dem Rückgang der Forderungen aus Lieferungen und Leistungen.

Der negative Cashflow aus der Investitionstätigkeit beläuft sich auf TEUR -8.136 und resultiert im Wesentlichen aus der Erstellung von selbsterstellten immateriellen Vermögensgegenständen. Der Cashflow aus der Finanzierungstätigkeit beträgt TEUR 2.545 und resultiert zum einen aus Einzahlungen aus der Aufnahme von Darlehen bei Kreditinstituten und gegenläufig aus der Auszahlung aufgrund von planmäßigen Tilgungen von Darlehen gegenüber Kreditinstituten und Investoren.

Kurzfristiger Liquiditätsbedarf konnte unterjährig durch den Cashflow aus laufender Geschäftstätigkeit und den bestehenden Kreditlinien sowie einer Zwischenfinanzierung gedeckt werden. Zum 31. Dezember 2015 bestanden keine offenen Kreditlinien.

Der zukünftige Zahlungsmittelbedarf soll im Wesentlichen durch Royalties und Einzahlungen aus dem Onlinegeschäft sowie durch Meilensteinzahlungen aus Entwicklungsvereinbarungen finanziert werden. Darüber hinaus werden Lizenzerlöse aus der Vermarktung der Cryengine erzielt.

Die leichte Erhöhung der Verbindlichkeiten von TEUR 23.628 auf TEUR 26.274 resultiert im Wesentlichen aus einem Anstieg der Verbindlichkeiten gegenüber Kreditinstituten, welche auf TEUR 6.925 (Vorjahr: TEUR 1.667) gestiegen sind. Darlehen gegenüber Kreditinstituten haben eine Laufzeit bis 2018 und sind durch Zessionen hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden abgesichert.

Die Verbindlichkeiten gegenüber verbundenen Unternehmen, welche im Wesentlichen auf Lizenzgebühren und Entwicklungsleistungen der Tochterunternehmen entfallen, reduzierten sich weiter auf TEUR 2.261 (Vorjahr: TEUR 4.089).

Die Verbindlichkeiten gegenüber Gesellschaftern haben sich gegenüber dem Vorjahr um weniger als TEUR 50 vermindert.

Der Anlagendeckungsgrad II (Eigenkapital + langfristige Verbindlichkeiten/Anlagevermögen) beläuft sich zum 31. Dezember 2015 auf 53% (Vorjahr: 159%).

Die Gesellschaft wies einen nicht durch Eigenkapital gedeckten Fehlbetrag in Höhe von 2.929 aus. Die geschäftsführenden Gesellschafter haben auf Gesellschafterdarlehen befristet bis zum 01. Januar 2018 Rangrücktritte in Höhe von insgesamt TEUR 9.000 erklärt. Trotz der bestehenden bilanziellen Überschuldung geht die Geschäftsführung auf Basis der Unternehmens- und Liquiditätsplanung davon aus, dass die Fortführung der Unternehmenstätigkeit überwiegend wahrscheinlich ist. Hinsichtlich der bestehenden Risiken wird auf die Erläuterungen im Risiko- und Prognosebericht verwiesen.

### 5. Vermögenslage

Die Bilanzsumme ist aufgrund des dargestellten Rückgangs des Geschäftsvolumens von TEUR 41.333 auf TEUR 29.865 gesunken.

Auf der Aktivseite sind die immateriellen Vermögensgegenstände, insbesondere aufgrund der Aktivierung von selbst erstellten Computerspielen in Höhe von TEUR 7.984 auf TEUR 15.743 angestiegen. Die voraussichtlichen Fertigstellungszeitpunkte der Computerspiele liegen in den Geschäftsjahren 2016,2017 und 2018.

Die Forderungen aus Lieferungen und Leistungen sind im Vergleich zum Vorjahr auf TEUR 3.262 (Vorjahr: TEUR 23.399) stark gesunken. Ursächlich dafür ist im Wesentlichen die vollständige Begleichung einer vertraglichen Vereinbarung (umfangreiches Software License Agreement) durch einem Kunden. Die Forderungen gegen verbundene Unternehmen von TEUR 1.328 haben sich gegenüber dem Vorjahr kaum verändert (TEUR 1.092).

Aufgrund der Auflösung aktiver latenter Steuern auf Verlustvorträge (TEUR 355) und Aktivierung latenter Steuern auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 94) sowie Passivierung latenter Steuern auf aktivierte selbst geschaffener immaterieller Vermögensgegenstände (TEUR 2.521) werden insgesamt aktive latente Steuern in Höhe von TEUR 2.875 ausgewiesen.

6. Vorgänge von besonderer Bedeutung nach dem Schluss des Geschäftsjahres

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
115

Page 2 of 7

Computerspiele liegen in den Geschäftsjahren 2016/2017 und 2018.

Die Forderungen aus Lieferungen und Leistungen sind im Vergleich zum Vorjahr auf TEUR 3.262 (Vorjahr: TEUR 23.399) stark gesunken. Ursächlich dafür ist im Wesentlichen die Vollzahlung eines Meilensteins aus einem vertraglichen Abkommen mit einem Lizenznehmer ("Agreement") durch einen Kunden. Die Forderungen gegen verbundene Unternehmen von TEUR 1.329 haben sich gegenüber dem Vorjahr kaum verändert (TEUR 1.092).

Aufgrund der Auflösung aktiver latenter Steuern auf Verlustvorträge (TEUR 355) und Aktivierung latenter Steuern auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 94) sowie Passivierung latenter Steuern auf die Aktivierung selbst geschaffener immaterieller Vermögensgegenstände (TEUR 2.521) werden insgesamt aktive latente Steuern in Höhe von TEUR 2.875 ausgewiesen.

### 6. Vorgänge von besonderer Bedeutung nach dem Schluss des Geschäftsjahres

Im Jahr 2016 und 2017 wurden mit einem führenden Internetkonzern mehrere umfangreiche Vereinbarungen im höheren zweistelligen Millionen-Bereich für Lizenzvergaben und Software-Entwicklung bzgl. des Online-Erfolgsspiels „Warface"  vertraglich abgeschlossen und bereits umgesetzt. Teil dieser umfangreichen Vereinbarungen ist auch die Entwicklung eines neuen Spiels gemäß bereits definierten Milestones. Diese Produktentwicklung wird voraussichtlich im Jahr 2018 launchfertig abgeschlossen. Weiter wird durch die breitere Übernahme der Publishing-Wertschöpfungsaufgaben durch den Lizenzpartner für diese Funktion am Standort Frankfurt kein Personal mehr benötigt, wodurch es in Frankfurt zu einem Mitarbeiterabbau in diesem Bereich gekommen ist.

Im Zuge der Konzentration des Unternehmens auf hochwertige Games-Entwicklungen in den Kernstandorten Frankfurt und Kiew wurde das Studio in Budapest/Ungarn geschlossen sowie das Studio in Sofia/Bulgarien an den Sega Konzern (Japan/UK) veräußert, wobei beim Verkauf ein sechsstelliger Buchgewinn realisiert wurde.

### 7. Chancen- und Risikobericht

Im Rahmen des Risikoprofils sind für Crytek das anteilige Markterfolgsrisiko sowie das Entwicklungsrisiko aufzuzeigen.

Das anteilige Markterfolgsrisiko besteht insbesondere in mangelnder Nachfrage nach einem Spiel, die in Folge zu einer frühzeitigen Reduzierung des tatsächlich erzielbaren Umsatzes für Crytek führen kann. Dieses Risiko existiert grundsätzlich bei der Veröffentlichung jedes Spiels bei dem eine zumindest teilweise umsatzabhängige Vergütung vereinbart wurde. Sollte ein Spiel nicht die geplanten umsatzabhängigen Vergütungen erzielen, können sich hieraus erhebliche Auswirkungen auf die Umsatzerlöse, das Jahresergebnis und den Cashflow aus operativer Geschäftstätigkeit ergeben. Im Onlinegeschäft liegt das Risiko in der mangelnden Akzeptanz der Kunden, die sich unmittelbar auf die Höhe der Verkäufe von Zusatzinhalten auswirken kann. Das Risiko kann jedoch adressiert werden, da durch Anwendung von Business Intelligence (Bestandteil der Publishingplattform) das Spiel in Echtzeit analysiert werden kann und daraufhin die Key Performance Indicators („KPI's") der Spiele mit Updates und Nachbesserungen und/oder weiteren Inhalten beeinflusst und ggf. verbessert werden können.

Das zweite wesentliche Risiko ist das Entwicklungsrisiko. Es besteht in der Nichterreichung von Meilensteinen aufgrund unplanmäßigen Projektfortschritts, den daraus resultierenden Verzögerungen der Teilabnahmen sowie der damit verbundenen Zahlungen seitens der Entwicklungspartner und im Extremfall der Einstellung eines Projekts. Die Crytek GmbH begrenzt dieses Risiko durch Einsatz adäquater, moderner IT-gestützter Instrumente des Projektmanagements.

Darüber hinaus können sich aus den langfristigen Verträgen mit den Entwicklungspartnern und Lizenznehmern auch Wechselkursrisiken ergeben, sofern die vertraglich vereinbarten Zahlungen nicht in Euro erfolgen. Dies kann zu Währungsverlusten, aber auch zur Realisierung von Währungsgewinnen führen. Zur Verringerung des Wechselkursrisikos der Gesellschaft überwachen wir konsequent Geldflüsse, die nicht auf Euro lauten. Allgemein wird im Rahmen des Risikomanagements zwischen kurzfristigen (mit einer Fälligkeit innerhalb 6 Monaten) und längerfristigen Geldflüssen (mit einer Fälligkeit von mehr als 6 Monaten) unterschieden. Wenn davon ausgegangen wird, dass sich die Zu- und Abflüsse von Zahlungen in einer bestimmten Währung ausgleichen werden oder eine Fälligkeit von weniger als 6 Monaten aufweisen, werden keine Sicherungsgeschäfte abgeschlossen. Bei länger laufenden Wechselkursrisiken (Euro-USD) werden Sicherungsgeschäfte grundsätzlich geprüft.

Bei den in Zusammenarbeit mit Entwicklungspartnern und Lizenznehmern durchgeführten Produktentwicklungen wird versucht, die voraussichtlich anfallenden Kosten durch die vertragliche Vereinbarung von Teilabnahmen und die damit verbundenen Zahlungen im Wesentlichen zu decken. Darüber hinaus werden umsatzabhängige Erlöse aus dem Vertrieb der Spiele sowie aus der Lizenzierung des Technologiekerns Cryengine generiert.

Besondere Chancen für den Konzern bestehen durch die massive Markteinführung von Virtual Reality an Endkunden seit 2016. Seit vielen Jahren bereits ist das Thema Virtual Reality (VR) fester Bestandteil von Zukunfts-Prognosen als bedeutender Bereich der globalen, digitalen technischen Weiterentwicklung in der Gesellschaft.

Nach unterschiedlichen und eher „nischigen" Versuchen der Umsetzung deutet nun alles darauf hin, dass ab dem Jahr 2016 diese Prognosen „real" werden. Große und kapitalkräftige Unternehmen wie u.a. Oculus/Facebook, Sony Playstation, Google und weitere Internet- und Technologiekonzerne haben die Einführung von VR-Devices wie den sog. head mounted displays (HMD`s), also speziellen, geschlossene Brillen, für den Endkonsumenten-Massenmarkt für das Jahr 2016 bzw. folgende konkret angekündigt und zum Teil zum Zeitpunkt des Berichtes auch bereits erfolgreich im Endkundenmarkt gelauncht.

Marktstudien sehen für diesen neuen Markt ein Volumen von bis zu 150 Mrd. $ in den nächsten Jahren. (Quelle: Digi-Cap) In diesen prognostizierten Volumen sind zu großen Teilen auch „non-gaming" - Bereiche enthalten, sowie Mischtechnologien von Realität und VR, die sogenannte Augmented Reality (AR).

Allgemein wird dazu von den Marktteilnehmern übereinstimmend erwartet, dass das neue Medium „VR" über die Anwendung „Games" den Weg in die Gesellschaft nehmen wird - und das auf globaler Ebene.

Die besondere Chance „VR" für die Firma Crytek besteht heute darin, dass die vorhandene und oben beschriebene Basistechnologie „Cryengine als „High-End" System das große Potenzial hat, als eine führende technische Entwicklungs-Plattform als eine Art „Operating System" in der neuen VR-Welt zu fungieren.

Dieses Potenzial wird insbesondere durch den Aspekt gestützt, dass gerade die Stärke der Cryengine in einer neuen, rein virtuellen Welt eine zentrale Bedeutung erhält, um die sogenannte „Immersivität" zu erzeugen.

Abstrakt und übergreifend gilt VR als der benötigte und schon länger erwartete Technologiesprung, der die „lineare" Welt des Films mit der „interaktiven" Welt der Computerspiele und anderer digitaler Anwendungen verbindet. Damit bewegt sich Crytek auf der neuesten und fortschrittlichsten Evolutionsstufe in der globalen, digitalen Medientechnik.

Weiter wird die Erstellung von hochwertigem, global vermarktbaren Content/Intellectual Property (IP) finanziell zunehmend aufwändiger. Für Entwickler und Kreatoren dieser IP bedeutet es daher einen großen Fortschritt und auch Wettbewerbsvorteil, wenn sie mit Software-Tools wie der Cryengine plattformübergreifend Content erzeugen können, bzw. dieses Content auf verschiedene Plattformen hin mit relativ gesehen geringem Aufwand portieren können. Konkrete adressierbare Plattformen sind z. B. PC, Konsole, VR, Film, Video, die sämtlich von der Cryengine unterstützt werden, und das im Bereich „High End".

Um diese dargestellten Chancen in VR zu nutzen, ist die Cryengine technologisch weiterzuentwickeln.

In der Praxis bedeutet das für Crytek einen durchaus ressourcenintensiven und dauerhaften Einsatz von spezialisierten Entwicklern und Developern an der Cryengine.

Eine deutliche Risikominderung bzw. Schutz vor Fehlentwicklungen bei gleichzeitiger Realisierung von Synergien ist bei Crytek dadurch gegeben, dass die Cryengine parallel „inhouse" für die Entwicklung von Triple-A Content für die unterschiedlichen Plattformen eingesetzt wird. D.h. aktuell mit dem Projekt "The Climb" für Oculus/Facebook als auch mit dem Projekt „Robinson" für Playstation VR. Auf der anderen Seite sind - wie regelmäßig bei der Einführung neuer Technologien und Endkonsumer-Plattformen- Risiken zu berücksichtigen, die sich auf die - auch für Fachanalysten - schwer zu planende Verbreitungsgeschwindigkeit der neuartigen Hardware gründen. Weiter ist vorab kaum abzuschätzen, welche Plattformanbieter im Ergebnis die höchsten Marktanteile erreichen können. Crytek begegnet diesen Risiken vor allem dadurch, dass die Cryengine möglichst sämtliche VR-Plattformen unterstützt. Dazu werden im Content Bereich Spieltitel von vornherein plattformkompatibel aufgesetzt, um somit flexibel die Ressourcen auf diejenigen VR-Plattformen zu konzentrieren, welche die höchste Verbreitungsgeschwindigkeit am Markt tatsächlich nachweisen können.

Da Crytek jedoch auch Computerspiele ohne die Einbindung von Publishern entwickelt, und auch R&D Entwicklungen im Kernbereich Technology laufend vorfinanziert, kann während der Entwicklungszeit zwischenzeitlicher Liquiditätsbedarf entstehen. Sollte dieser Liquiditätsbedarf im Geschäftsjahr 2017 nicht schon weitestgehend durch den Cashflow aus der laufenden Geschäftstätigkeit gedeckt werden können, wären zur Aufrechterhaltung der Geschäftstätigkeit weitere Liquiditätsbeschaffungsmaßnahmen erforderlich.

Mögliche Liquiditätsbeschaffungsmaßnahmen sind Verhandlungen mit bestehenden Gesellschaftern über zusätzliche Eigenkapitalzuführungen, Verhandlungen mit Dritten über die Zurverfügungstellung von finanziellen Mitteln sowie die Verhandlung mit Entwicklungspartnern über Vorab-Meilensteine-Zahlungen oder Minimumgarantien für entwickelte Spiele. Konkret wird auch die Finanzierung einzelner Spieletitel durch strukturierte, auf die Besonderheiten der Branche zugeschnittene Projektfinanzierungen geprüft.

Darüber hinaus werden von den geschäftsführenden Gesellschaftern regelmäßig Gespräche mit investitionsinteressierten, international ausgerichteten Venture Capital- und Private Equity-Gesellschaften geführt.

Die Zukunft des Crytek Konzerns wird somit geprägt sein von Chancen und Risiken in einem sich stetig ändernden Marktumfeld. Sämtliche in der Entwicklung befindliche Projekte im Retailsegment, Onlinespielesegment sowie im VR Segment bilden ein zusätzliches Potenzial für Crytek. Hier sind neue Abschlüsse von Verträgen mit Entwicklungs- und Distributionspartnern zu erwarten, die Meilenstein- und umsatzabhängige Zahlungen und damit die Verbesserung der Ertragslage zu Folge haben.

Die Unternehmensleitung geht auf Basis der Planung für das Geschäftsjahr 2017 von einem ausreichend hohen positiven Cashflow aus operativer Geschäftstätigkeit aus, um die Zahlungsfähigkeit des Konzerns für das Jahr 2017 (den Prognosezeitraum) zu gewährleisten. Einflussfaktoren für die Planung der Zahlungsmittelzuflüsse sind die bereits vertraglich fixierten Meilensteinzahlungen aus abgeschlossenen Entwicklungsverträgen, die prognostizierten Erlöse im Onlinebereich, sowie die Lizenzeinnahmen veröffentlichter Spieletitel sowie aus der Lizenzierung der Cryengine. Bei den für 2017 in der Planung antizipierten Einzahlungen entfallen wesentliche Teile auf vertraglich abgesicherte Entwicklungs- und Vertriebsvereinbarungen mit international tätigen Marktpartnern. Diese Partner sind typischerweise Distributoren, Publisher sowie Internetkonzerne mit i.d.R. eigenen Vermarktungsplattformen. Bei geplanten Veröffentlichungen basieren die Annahmen bzgl. der Einzahlungserwartungen dabei auf Erfahrungen aus der Vergangenheit und vergleichbaren am Markt etablierten Spielen.

Wesentliche Risiken im Zusammenhang mit der Planung bestehen insbesondere darin, dass sich die Einzahlungen aus der Teilabnahme einzelner Meilensteine verzögern können, wenn die betroffenen Projekte nicht fristgerecht fertiggestellt werden. Darüber hinaus bestehen Schätzrisiken, da sowohl die Prognosen über die umsatzabhängigen Vergütungen aus der Vermarktung der Computerspiele als auch die aus der Lizenzierung der Cryengine erwarteten Erträge bzw. Zahlungsströme naturgemäß ermessensbehaftet sind und nicht auf bereits vertraglich fixierten Produkt-Bestellungen beruhen. In den Segmenten der Online Spiele können Einnahmen zwar nicht genau prognostiziert werden, jedoch können hier bei bereits veröffentlichen Spielen auf Basis von Vergangenheitswerten i.d.R. Forecasts mit ausreichender Prognosequalität erstellt werden. Diesen Unsicherheiten wurde durch angemessene Risikoabschläge Rechnung getragen.

Die Geschäftsführung der Gesellschaft begegnet den genannten Risiken durch eine fortlaufende Liquiditätssteuerung und -überwachung. Auf dieser Basis können abzeichnende Veränderungen der Risikosituationen rechtzeitig erkannt und hierauf durch adäquate Maßnahmen reagiert werden. Darüber hinaus hat die Geschäftsführung durch die Verlängerung von Kreditvereinbarungen mit adäquaten

Tilgungsvereinbarungen in 2017 die genannten Liquiditätsrisiken verringert, d.h. Tilgungen korrespondieren insoweit mindestens zeitlich mit der operative Projektentwicklungen bzw. Spielveröffentlichungen beim Spiel "Hunt".8

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
116

Page 3 of 7

aus der Lizenzierung der Cryengine erwarteten Erträge bzw. Zahlungsströme naturgemäß ermessensbehaftet sind und nicht auf bereits vertraglich fixierten Produkt-Bestellungen beruhen. In den Segmenten der Online Spiele können Einnahmen zwar nicht genau prognostiziert werden, können hier jedoch auf Grundlage der Erfahrungen aus Basis von Vergangenheitswerten und Marktdaten mit ausreichender Prognosequalität erstellt werden. Diesen Unsicherheiten wurde durch angemessene Risikoabschläge Rechnung getragen.

Die Geschäftsführung der Gesellschaft begegnet den genannten Risiken durch eine fortlaufende Liquiditätssteuerung und -überwachung. Auf dieser Basis können abzeichnende Veränderungen der Risikosituationen rechtzeitig erkannt und hierauf durch adäquate Maßnahmen reagiert werden. Darüber hinaus hat die Geschäftsführung durch die Verlängerung von Kreditvereinbarungen mit adäquaten Tilgungsvereinbarungen in 2017 die genannten Liquiditätsrisiken verringert, d.h. Tilgungen korrespondieren insoweit mindestens zeitlich mit der operative Projektentwicklungen bzw. Spielveröffentlichungen beim Spiel „Hunt".8

### 8. Prognosebericht

Das Geschäftsjahr 2017 wird für Crytek geprägt sein von Chancen und Herausforderungen in einem stetig wachsenden Marktumfeld. Der Gesamtmarkt für Videogames wächst z. Zt. mit einer durchschnittlichen Rate von 8% p.a. und wird damit bald das markante Volumen von 100 Mrd. $ erreichen und überschreiten. Innerhalb des Games-Marktes zählt der neue Bereich VR zu den wachstumsstärksten und zukunftsträchtigsten Segmenten, welcher allein gemäß Studien bis 2020 ein Volumen von 30 Mrd. $ erreichen. Mit der Veröffentlichung des Sport- und Adventurespiels „The Climb" sowie des Spieltitels „Robinson" für die neue Plattform ‚Sony Playstation VR' hat sich Crytek in diesem neuen und vielversprechenden Segment hervorragend positioniert. Sämtliche Projekte im Off- und Onlinespielesegment, die sich derzeit in der Entwicklungsphase und - wie im Fall von des Titels „Hunt" teilweise unmittelbar vor Launch befinden, bilden ein wichtiges Umsatzpotenzial für Crytek. Dazu wird aktuell an weiteren Abschlüssen von Entwicklungsverträgen im Retail- und Onlinesegement sowie an Partnerschaften gearbeitet, um damit verbunden in 2017 weiter steigende Umsatzerlöse zu erzielen.

Für das Geschäftsjahr 2016 sieht die Geschäftsführung des Konzerns durch den Launch der in 2015 vorentwickelten Projekte und die getätigten Abschlüsse von Lizenzverträgen, auf Basis der vorliegenden Management Accounts ein wieder steigendes EBITDA (im oberen einstelligen Mio. € Bereich) und leicht positives EBIT, was insgesamt zu einem ausgeglichenen Jahresergebnis 2016 führt. Für das abgeschlossene Geschäftsjahr 2016 liegen bereits vorläufige Zahlen vor, aus denen sich ein Umsatzwachstum im mittleren zweistelligen Prozentbereich ergibt.

Für das aktuell laufende Geschäftsjahr 2017 erwartet die Geschäftsführung aufgrund der bereits im I. Quartal 2017 realisierten Lizenz-Verträge sowie dem Launch des Titels ‚Hunt`im Herbst 2017 sowie den Start der Entwicklung eines neuen Titels in der Crysis - Reihe ein wesentlich besseres EBITDA (zweistelliger Mio. € Bereich) sowie wesentlich verbessertes EBIT (knapp zweistelliger Mio. € Bereich). Der Jahresüberschuss soll nach Planung der Geschäftsführung ebenso deutlich verbessert werden

(hoher einstelliger Mio. € Bereich). Sollten, wie in 2014, weitere umfangreiche Lizenzverträge für die Cryengine-Technologie abgeschlossen werden, so haben diese eine zusätzliche positive Auswirkung auf die Ertragslage. In Bezug auf mögliche Liquiditätsrisiken verweisen wir auf die Ausführungen im Risikobericht.

**Frankfurt am Main, den 7. Juni 2017**

*Avni Yerli*
*Faruk Yerli*
*Cevat Yerli*

### Bilanz zum 31. Dezember 2015

**Aktiva**

|  | 31.12.2015 EUR | 31.12.2014 EUR |
|---|---:|---:|
| A. Anlagevermögen | | |
| I. Immaterielle Vermögensgegenstände | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 15.466.049,32 | 7.568.170,82 |
| 2. Software und Lizenzen | 277.195,00 | 415.501,00 |
| | 15.743.244,32 | 7.983.671,82 |
| II. Sachanlagen | | |
| 1. Mietereinbauten | 65.740,00 | 113.320,00 |
| 2. Betriebs- und Geschäftsausstattung | 265.563,00 | 435.156,00 |
| | 331.303,00 | 548.476,00 |
| III. Finanzanlagen | | |
| 1. Anteile an verbundenen Unternehmen | 891.115,87 | 958.253,24 |
| | 16.965.663,19 | 9.490.401,06 |
| B. Umlaufvermögen | | |
| I. Forderungen und sonstige Vermögensgegenstände | | |
| 1. Forderungen aus Lieferungen und Leistungen | 3.261.560,90 | 23.398.561,05 |
| 2. Forderungen gegenüber Gesellschaftern | 0,00 | 570,00 |
| 3. Forderungen gegen verbundene Unternehmen | 1.328.150,73 | 1.091.508,29 |
| 4. Sonstige Vermögensgegenstände | 1.287.964,78 | 1.014.053,49 |
| | 5.877.676,41 | 25.504.692,83 |
| II. Kassenbestand und Guthaben bei Kreditinstituten | 613.076,88 | 481.045,39 |
| C. Rechnungsabgrenzungsposten | 603.957,78 | 198.799,26 |
| | 7.094.711,07 | 26.184.537,48 |
| D. Aktive latente Steuern | 2.875.119,04 | 5.657.732,00 |
| E. Nicht durch Eigenkapital gedeckter Fehlbetrag | 2.929.075,57 | 0,00 |
| | 29.864.568,87 | 41.332.670,54 |

**Passiva**

|  | 31.12.2015 EUR | 31.12.2014 EUR |
|---|---:|---:|
| A. Eigenkapital | | |
| I. Gezeichnetes Kapital | 89.170,00 | 89.170,00 |
| II. Kapitalrücklage | 22.991.830,00 | 22.991.830,00 |
| III. Verlustvortrag | 18.222.522,32 | 24.483.769,48 |
| IV. Jahresfehlbetrag (Vorjahr: Jahresüberschuss) | -7.787.553,25 | 6.261.247,16 |
| Zwischensumme | -2.929.075,57 | 4.858.477,68 |
| Übertrag auf die Aktivseite E. | 2.929.075,57 | 0,00 |
| | 0,00 | 4.858.477,68 |
| B. Rückstellungen | | |
| 1. Steuerrückstellungen | 5.106,64 | 1.256.359,45 |
| 2. Sonstige Rückstellungen | 3.217.528,84 | 3.373.126,69 |
| | 3.222.635,48 | 4.629.486,14 |
| C. Verbindlichkeiten | | |
| 1. Verbindlichkeiten gegenüber Kreditinstituten | 6.924.902,96 | 1.666.759,19 |
| 2. Verbindlichkeiten aus Lieferungen und Leistungen | 885.172,07 | 784.557,76 |
| 3. Verbindlichkeiten gegenüber Gesellschaftern | 15.513.054,95 | 15.558.297,59 |
| (davon aus Lieferungen und Leistungen: TEUR 0; Vorjahr: TEUR 0) | | |
| 4. Verbindlichkeiten gegenüber verbundenen Unternehmen | 2.260.505,16 | 4.089.271,01 |
| (davon aus Lieferungen und Leistungen: EUR 2.260.505,15; Vorjahr: TEUR 4.089) | | |
| 5. Sonstige Verbindlichkeiten | 690.859,11 | 1.529.460,00 |
| (davon aus Steuern: EUR 308.009,34; Vorjahr: TEUR 372) | | |
| (davon im Rahmen der sozialen Sicherheit: EUR 379.185,55; Vorjahr: TEUR 47) | | |
| | 26.274.494,25 | 23.628.345,55 |
| D. Rechnungsabgrenzungsposten | 367.439,14 | 8.216.361,17 |
| | 29.864.568,87 | 41.332.670,54 |

### Gewinn- und Verlustrechnung für die Zeit vom 1. Januar bis 31. Dezember 2015

|  | 2015 EUR | Vorjahr EUR |
|---|---:|---:|
| 1. Umsatzerlöse | 26.141.347,40 | 69.401.023,52 |
| 2. Andere aktivierte Eigenleistungen | 7.897.878,50 | 4.663.379,27 |
| 3. Sonstige betriebliche Erträge | 5.726.256,38 | 1.255.857,05 |
| (davon Erträge aus der Währungsumrechnung: EUR 4.643.824,59 Vorjahr: TEUR 843) | | |
| 4. Materialaufwand | | |
| Aufwendungen für Roh-, Hilfs- und Betriebsstoffe | 5.868,57 | 3.160,28 |
| Aufwendungen für bezogene Leistungen | 13.982.409,13 | 23.494.861,39 |
| 5. Personalaufwand | | |

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
117

Page 4 of 7

|   | EUR | EUR |
|---|---:|---:|
| 1. Umsatzerlöse | 26.141.347,40 | 69.401.023,52 |
| 2. Andere aktivierte Eigenleistungen | 900.011,59 | 3.521.537,77 |
| 3. Sonstige betriebliche Erträge | 5.726.256,38 | 1.255.857,05 |
| (davon Erträge aus der Währungsumrechnung: EUR 4.643.824,59 Vorjahr: TEUR 843) | | |
| 4. Materialaufwand | | |
| Aufwendungen für Roh-, Hilfs- und Betriebsstoffe | 5.868,57 | 3.160,28 |
| Aufwendungen für bezogene Leistungen | 13.982.409,13 | 23.494.861,39 |
| 5. Personalaufwand | | |
| a) Löhne und Gehälter | 17.302.445,74 | 18.363.990,35 |
| b) Soziale Abgaben und Aufwendungen für Altersversorgung und für Unterstützung | 3.192.003,88 | 3.605.214,23 |
| (davon für Altersversorgung: EUR 3.000,00; Vorjahr: TEUR 2) | | |
| 6. Abschreibungen | | |
| auf immaterielle Vermögensgegenstände des Anlagevermögens und Sachanlagen | 660.775,82 | 3.472.945,14 |
| 7. Sonstige betriebliche Aufwendungen | 10.079.867,00 | 11.484.362,76 |
| (davon Aufwendungen aus der Währungsumrechnung: EUR 886.344,32; Vorjahr: TEUR 533) | | |
| 8. Erträge aus Beteiligungen | | |
| (davon an verbundene Unternehmen: EUR 332.384,34; Vorjahr: TEUR 0) | 3.311.763,34 | 0,00 |
| 9. Sonstige Zinsen und ähnliche Erträge | 332.384,34 | 409.024,53 |
| (davon an verbundene Unternehmen: EUR 332.384,34; Vorjahr: TEUR 409) | | |
| 10. Zinsen und ähnliche Aufwendungen | 2.682.694,02 | 2.096.123,17 |
| (davon aus verbundenen Unternehmen: EUR 0; Vorjahr: TEUR 0) | | |
| (davon aus der Aufzinsung von Rückstellungen: EUR 17.781,84; Vorjahr: TEUR 20) | | |
| 11. Ergebnis der gewöhnlichen Geschäftstätigkeit | -4.496.434,20 | 13.208.627,05 |
| 12. Außerordentliche Aufwendungen | | |
| Verluste durch Verschmelzung u. Umwandlung | 0,00 | 174.340,55 |
| 13. Steuern vom Einkommen und vom Ertrag | 3.220.904,64 | 6.773.039,34 |
| (davon Aufwand aus latenten Steuern: EUR 2.782.612,96; Vorjahr: TEUR 5.597) | | |
| 14. Sonstige Steuern | 70.214,41 | 0,00 |
| 15. Jahresfehlbetrag (Vorjahr: Jahresüberschuss) | -7.787.553,25 | 6.261.247,16 |

### Anhang das Geschäftsjahr 2015

### der Crytek GmbH, Frankfurt am Main

#### 1. Allgemeine Angaben zum Jahresabschluss

Der Jahresabschluss zum 31. Dezember 2015 der Crytek GmbH, Frankfurt am Main, ist nach den Vorschriften des Handelsgesetzbuches für große Kapitalgesellschaften aufgestellt worden.

Die Gliederung von Bilanz und Gewinn- und Verlustrechnung entsprechen den §§ 266 und 275 HGB sowie § 42 GmbHG.

#### 2. Angaben zu Bilanzierungs- und Bewertungsmethoden

Die Bilanzierung und Bewertung der einzelnen Posten erfolgt auf Basis der allgemeinen Bestimmungen gemäß §§ 246 bis 256a HGB sowie der speziellen Vorschriften für Kapitalgesellschaften gemäß §§ 264 bis 278 HGB.

Für die Aufstellung des Jahresabschlusses waren die nachfolgenden Bilanzierungs- und Bewertungsmethoden maßgeblich.

Die entgeltlich von Dritten erworbenen immateriellen Vermögensgegenstände werden zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen, über den Zeitraum ihrer nach Erfahrungswerten geschätzten Nutzungsdauer von drei Jahren, bewertet. Die im Geschäftsjahr 2015 zugegangenen immateriellen Vermögensgegenstände werden zeitanteilig nach der linearen Methode abgeschrieben. Die von Tochterunternehmen entgeltlich erworbenen, in Herstellung befindlichen immateriellen Vermögensgegenstände werden ebenfalls unter den selbst geschaffenen immateriellen Vermögensgegenständen ausgewiesen und ab dem Zeitpunkt ihrer Fertigstellung nach den genannten Grundsätzen abgeschrieben.

Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens werden in Ausübung des Wahlrechts gemäß § 248 Abs. 2 S. 1 HGB aktiviert. Die Aktivierung erfolgt zu Herstellungskosten gemäß § 255 Abs. 2 Sätze 1 und 2 und Abs. 2a HGB. In die Herstellungskosten der selbst geschaffenen immateriellen Vermögensgegenstände werden die folgenden Bestandteile einbezogen: Material- und Fertigungseinzelkosten, angemessene Teile der Materialgemeinkosten, der Fertigungsgemeinkosten und des Wertverzehrs des Anlagevermögens, soweit dieser durch die Entwicklung veranlasst wird. In Ausübung des Wahlrechts des § 255 Abs. 2 S. 3 HGB werden angemessene Teile der Kosten der allgemeinen Verwaltung, welche auf den Zeitraum der Herstellung entfallen, einbezogen. Planmäßige Abschreibungen wurden nicht vorgenommen, da sich die selbst geschaffenen immateriellen Vermögensgegenstände des Anlagevermögens noch in Entwicklung befinden. Anzeichen auf außerplanmäßige Abschreibungen ergaben sich nicht. Die Voraussetzungen für die Abgrenzung der aktivierungsfähigen Entwicklungskosten von den nicht aktivierungsfähigen Forschungskosten sind bei Crytek dadurch gegeben, dass Entwicklungskosten sich stets auf konkret benennbare, definierte Spielprojekte beziehen. Somit geht es in dem Stadium nicht mehr um eine bloße Suche nach neuen Erkenntnissen oder Verfahren, sondern bereits um anwendungsnahe Umsetzung innovativer Konzepte mit konkretem Bezug zu einem grundsätzlich vermarktungsfähigen Endprodukt- oder Dienstleistung.

Das Sachanlagevermögen wird zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen über den Zeitraum ihrer nach Erfahrungswerten geschätzten Nutzungsdauern von drei bis zehn Jahren, angesetzt. Geringwertige Wirtschaftsgüter (GWG) werden sofort als Betriebsausgaben abgesetzt, wenn ihre Anschaffungs- oder Herstellungskosten bei Anschaffung bzw. Herstellung nicht mehr als netto 150 EUR betragen haben.

Die Finanzanlagen sind zu Anschaffungskosten oder dem niedrigeren beizulegenden Wert angesetzt. Der beizulegende Wert wird auf Basis zukünftiger Ertragsplanungen im Rahmen einer vereinfachten Unternehmensbewertung ermittelt. Abschreibungen auf den niedrigeren beizulegenden Wert erfolgen nur bei voraussichtlich dauerhafter Wertminderung. Bei einer voraussichtlich nur vorübergehenden Wertminderung wird, in Nichtausübung des Wahlrechts gem. § 253 Abs. 3 HGB, der Beteiligungsbuchwert beibehalten.

Forderungen und sonstige Vermögensgegenstände sind zu Anschaffungskosten, ggf. vermindert um notwendige Wertberichtigungen, bewertet.

Liquide Mittel sind mit den beizulegenden Zeitwerten des Kassenbestandes und der Bankguthaben zum Bilanzstichtag angesetzt.

Die Steuerrückstellungen und die sonstigen Rückstellungen berücksichtigen alle ungewissen Verbindlichkeiten. Die Bewertung erfolgt in Höhe des Erfüllungsbetrags, der nach vernünftiger kaufmännischer Beurteilung erforderlich ist, um zukünftige Zahlungsverpflichtungen abzudecken. Zukünftige Preis- und Kostensteigerungen werden berücksichtigt, sofern ausreichende objektive Hinweise für deren Eintritt vorliegen. Rückstellungen mit einer Restlaufzeit von mehr als einem Jahr werden mit dem ihrer Restlaufzeit entsprechenden durchschnittlichen Marktzinssatz der vergangenen sieben Geschäftsjahre, wie er von der Deutschen Bundesbank nach Maßgabe der Rückstellungsabzinsungsverordnung veröffentlicht wird, abgezinst.

Verbindlichkeiten werden mit ihren Erfüllungsbeträgen bilanziert.

Auf der Passivseite sind als Rechnungsabgrenzungsposten eingegangene Zahlungen für vergebene Lizenzen vor dem Abschlussstichtag ausgewiesen, soweit sie Ertrag für einen bestimmten Zeitraum nach dem Abschlussstichtag darstellen.

Die Forderungen und Verbindlichkeiten, die auf fremde Währungen lauten, werden mit dem Kurs am Tage des Geschäftsvorfalls umgerechnet. Forderungen und Verbindlichkeiten mit einer Restlaufzeit von bis zu einem Jahr werden am Bilanzstichtag einheitlich mit dem Devisenkassamittelkurs umgerechnet. Für Forderungen und Verbindlichkeiten mit einer Restlaufzeit von mehr als einem Jahr erfolgt die Umrechnung am Bilanzstichtag mit dem Devisenkassamittelkurs nur dann, wenn sich hieraus niedrigere Forderungen oder höhere Verbindlichkeiten ergeben (Imparitätsprinzip).

Latente Steuern werden auf Differenzen zwischen den handelsrechtlichen Wertansätzen und ihren steuerlichen Wertansätzen gebildet, die sich in späteren Geschäftsjahren voraussichtlich abbauen. Auf steuerliche Verlustvorträge, welche innerhalb der nächsten fünf Jahre zur Verlustverrechnung berücksichtigt werden können, werden aktive latente Steuern gebildet. Die Bewertung der temporären Differenzen und der innerhalb der nächsten fünf Jahre verrechenbaren steuerlichen Verlustvorträge erfolgt mit dem für das Geschäftsjahr geltenden Steuersatz für Körperschaftsteuer und Gewerbesteuer von 32 %

#### 3. Angaben zur Bilanz

Die Aufgliederung und Entwicklung des Anlagevermögens ergibt sich aus dem Anlagespiegel in der Anlage zum Anhang.

Die aktivierten selbst erstellten immateriellen Vermögensgegenstände aus der Entwicklung von Computerspielen haben sich deutlich erhöht und belaufen sich zum 31.12.2015 auf TEUR 15.466 (Vorjahr: TEUR 7.568).

Anteile an verbundenen Unternehmen (Angabe gem. § 285 Nr. 11 HGB):

| Name | Sitz | Beteiligungs-Quote % | Eigenkapital € | Letztes Jahresergebnis € |
|---|---|---:|---:|---:|
| Crytek Black Sea EOOD | Sofia (Bulgarien) | 100 | 473,444 | 104.937 |
| Crytek Oyun Yazilim ve Pazarlama Limited Sirketi | Istanbul (Türkei) | 100 | 76,889 | 28.021 |
| Crytek Ltd. | Seoul (Süd-Korea) | 100 | (913,314) | 17,109 |
| Crytek Ukraine Ltd. | Kiew (Ukraine) | 100 | 1,112,916 | 564.443 |
| Crytek Hungary Kft. | Budapest (Ungarn) | 100 | 9,602 | 56,675 |
| Crytek (Shanghai) Software Co., | Shanghai (China) | 100 | 241,503 | 104,713 |
| Crytek USA Corp. | Austin (USA} | 100 | 579,058 | (584) |

Die Crytek UK ltd. wurde nach dem in 2014 erfolgten Asset-Deal/Verkauf zum 31.12.2015 liquidiert.

Die Forderungen und Sonstigen Vermögensgegenstände haben wie im Vorjahr eine Restlaufzeit bis zu einem Jahr.

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
118

Page 5 of 7

| | | | | |
|---|---|---|---|---|
| Crytek Oyun Yazilim ve Pazarlama Limited Sirketi | Istanbul (Türkei) | 100 | 76.889 | 28.021 |
| Crytek Ltd. | Seoul (Süd-Korea) | 100 | (913.314) | 17.109 |
| Crytek Ukraine Ltd. | Kiew (Ukraine) | 100 | 56.477 | 56.477 |
| Crytek Hungary Kft. | Budapest (Ungarn) | 100 | 9.602 | 56.675 |
| Crytek (Shanghai) Software Co., | Shanghai (China) | 100 | 241.503 | 104.713 |
| Crytek USA Corp. | Austin (USA) | 100 | 579.058 | (584) |

Die Crytek UK ltd. wurde nach dem in 2014 erfolgten Asset-Deal/Verkauf zum 31.12.2015 liquidiert.

Die Forderungen und Sonstigen Vermögensgegenstände haben wie im Vorjahr eine Restlaufzeit bis zu einem Jahr.

Das Stammkapital beträgt unverändert zum Vorjahr TEUR 89. Die Geschäftsführer sind ermächtigt, das Stammkapital in einem Zeitraum von fünf Jahren seit dem 23. Juli 2012 (Eintragung der Ermächtigung im Handelsregister) einmal oder mehrmals in einem Betrag von insgesamt bis zu EURO 1.000 durch Ausgabe neuer Geschäftsanteile gegen Bareinlagen zu erhöhen (genehmigtes Kapital). Dabei ist das Bezugsrecht der Gesellschafter ausgeschlossen.

Gemäß § 268 Nr. 8 HGB steht folgender Betrag für Ausschüttungen nicht zur Verfügung:

| | TEUR |
|---|---|
| Aus der Aktivierung selbst geschaffener immaterieller Vermögensgegenstände | 10.527 |
| Aus der Aktivierung latenter Steuern | 2.875 |
| | 13.402 |

Steuerrückstellungen für Körperschafts- und Gewerbesteuer resultieren aus dem laufenden Geschäftsjahr und berücksichtigen anrechnungsfähige gezahlte Quellensteuern im Ausland.

In den sonstigen Rückstellungen sind als größte Posten Bonusrückstellungen in Höhe von TEUR 618 (Vorjahr: TEUR 1.091), Rückstellungen für mietfreie Zeit in Höhe von TEUR 435 (Vorjahr: TEUR 507), Rückstellungen für Betriebskosten in Höhe von TEUR 480 (Vorjahr: TEUR 410) sowie Rückstellungen für Urlaubsansprüche in Höhe von TEUR 354 (Vorjahr: TEUR 325) enthalten.

Die Verbindlichkeiten aus Lieferungen, Verbindlichkeiten gegenüber verbundenen Unternehmen sowie Verbindlichkeiten gegenüber Kreditinstituten in Höhe von TEUR 6.952 (Vorjahr: TEUR 1.667) haben eine Restlaufzeit von bis zu einem Jahr.

Die Verbindlichkeiten gegenüber Gesellschaftern bestehen in Höhe von TEUR 6.513 (Vorjahr: TEUR 5.358) mit einer Restlaufzeit von bis zu einem Jahr. Verbindlichkeiten gegenüber Gesellschaftern mit einer Restlaufzeit von mehr als einem Jahr belaufen sich auf TEUR 9.000 (Vorjahr: TEUR 9.000). Die Verbindlichkeiten gegenüber Gesellschaftern betreffen Gesellschafterdarlehen und aufgelaufene Zinsen.

Von den Sonstigen Verbindlichkeiten haben eine Restlaufzeit von bis zu einem Jahr TEUR 691 (Vorjahr: TEUR 1.529). Grund des Rückgangs ist die vollständige Rückzahlung des Darlehens an Kreos.

Zur Sicherung der Darlehensverbindlichkeiten gegenüber Kreditinstituten, die zum Stichtag insgesamt TEUR 6.925 betragen, bestehen Zessionen hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden zu Gunsten der Kreditinstitute. Der Gesamtbetrag der besicherten Verbindlichkeiten beläuft sich demnach auf TEUR 6.925.

Auf die aktivierten selbst erstellten immateriellen Vermögensgegenstände wurden passive latente Steuern gebildet. Auf die für steuerbilanzielle Zwecke nicht berücksichtigte Rückstellung für mietfreie Zeit wurden aktive latente Steuern gebildet. Auf die zum 31. Dezember 2015 bestehenden steuerlichen Verlustvorträge der Gesellschaft wurden aktive latente Steuern gebildet, soweit ein Verbrauch dieser Verlustvorträge in den nächsten fünf Jahren erwartet wird. Es erfolgt ein saldierter Ausweis auf der Aktivseite. Die Berechnung der latenten Steuern ist mit einem Steuersatz von 32% erfolgt.

**Haftungsverhältnisse**

Zum 31. Dezember 2015 bestehen keine Haftungsverhältnisse.

**Sonstige finanzielle Verpflichtungen**

Aus der Bilanz nicht ersichtliche sonstige finanzielle Verpflichtungen in Höhe von TEUR 6.324 bestehen aus Dauerschuldverhältnissen (Miet- und Leasingverträgen). Davon sind TEUR 959 in 2016 fällig, TEUR 3.936 von 2017 bis 2020 und TEUR 1.429 nach 2020.

### 4. Angaben zur Gewinn- und Verlustrechnung

Die Umsatzerlöse in Höhe von TEUR 26.141 (Vorjahr: TEUR 69.401) gliedern sich in die beiden Haupttätigkeitsbereiche Content/Games mit TEUR 18.389 und Technology/Cryengine mit TEUR 7.752. Der Contentbereich lässt sich weiter unterteilen in klassische Spielentwicklung für PC und Konsole (TEUR 1.935) der neue Bereich Virtual Reality (TEUR 7.057) sowie die Online-Spieleentwicklung und -vermarktung (TEUR 9.397).

Die Umsätze gliedern sich in die geographischen Wirtschaftsräume USA/Kanada mit einem Umsatz in Höhe von TEUR 15.491, europäischer Wirtschaftsraum mit einem Umsatz in Höhe von TEUR 1.164 und den Rest der Welt in Höhe von TEUR 9.487 auf.

Die sonstigen betrieblichen Erträge betreffen im Wesentlichen positive Erträge aus Kursdifferenzen in Höhe von TEUR 4.644 (Vorjahr: 843). Dieser hohe Anstieg erklärt sich aus dem Kursgewinn des Dollars gegenüber dem Euro in Verbindung mit in 2015 erhaltenen Zahlungen aus der in 2014 erfolgten Grosslizenzierung der CryEngine an einen amerikanischen Technologiekonzern.

Unter den sonstigen betrieblichen Aufwendungen sind als größte Posten Werbe- und Reisekosten von TEUR 2.974 (Vorjahr: TEUR 2.782), Rechts- und Beratungskosten von TEUR 2.241 (Vorjahr: TEUR 1.511), Raumkosten von TEUR 1.942 (Vorjahr: TEUR 2.208), Aufwand für Währungsumrechnung TEUR 886 sowie für Serverleasing TEUR 543 (Vorjahr: TEUR 570) zu nennen.

Die Zinsaufwendungen enthalten Zinsen gegenüber Gesellschaftern in Höhe von TEUR 713 (Vorjahr: TEUR 763).

Im Geschäftsjahr 2015 sind Forschungs- und Entwicklungskosten in Höhe von TEUR 20.147 angefallen. Davon entfallen TEUR 7.898 auf selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens.

### 5. Sonstige Angaben

**Mitarbeiter**

Die Zahl der durchschnittlich beschäftigten Arbeitnehmer (ohne Geschäftsführer) hat sich gegenüber dem Vorjahr wie folgt verändert:

| | 2015 Anzahl | 2014 Anzahl | Veränderung |
|---|---|---|---|
| Angestellte | 321 | 378 | - 57 |

75 % der Angestellten sind im Bereich Entwicklung, 11 % im Bereich Vertrieb und 14% im Bereich Administration und Verwaltung tätig.

**Abschlussprüferhonorar**

Gemäß § 285 Nr. 17 letzter Satzteil HGB wird das vom Abschlussprüfer für das Geschäftsjahr 2015 berechnete Gesamthonorar nicht angegeben, da dieses im Anhang zum Konzernabschluss der Gesellschaft offengelegt wird.

**Geschäfte mit nahestehenden Personen**

Die Gesellschafter haben Rangrücktritte für Gesellschafterdarlehen erklärt.

**Geschäftsführung**

Im Geschäftsjahr 2015 erfolgte die Geschäftsführung der Crytek GmbH durch folgende Geschäftsführer:

— Herr Avni Yerli, Frankfurt am Main,
  (Operatives Geschäft);

— Herr Faruk Yerli, Frankfurt am Main,
  (Operatives Geschäft);

— Herr Cevat Yerli, Frankfurt am Main,
  (Spieleentwicklung und -produktion, Technologie und Forschung).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

**Frankfurt am Main, den 7. Juni 2017**

*Avni Yerli*
*Faruk Yerli*
*Cevat Yerli*

### Entwicklung des Anlagevermögens zum 31. Dezember 2015

| | Anschaffungskosten | | | |
|---|---|---|---|---|
| | Stand 01.01.2015 EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2015 EUR |
| **I. Immaterielle Vermögensgegenstände** | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 7.568.170,82 | 7.897.878,50 | 0,00 | 15.466.049,32 |
| 2. Software und Lizenzen | 24.807.948,80 | 150.983,92 | 0,00 | 24.958.932,72 |
| | 32.376.119,62 | 8.048.862,42 | 0,00 | 40.424.982,04 |
| **II. Sachanlagen** | | | | |
| 1. Mietereinbauten | 467.852,52 | 4.500,00 | 0,00 | 472.352,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.903.160,19 | 149.812,90 | 0,00 | 4.052.973,09 |
| | 4.371.012,71 | 154.312,90 | 0,00 | 4.525.325,61 |
| **III. Finanzanlagen** | | | | |
| 1. Anteile an verbundenen Unternehmen | 958.253,24 | 0,00 | 67.137,37 | 891.115,87 |
| | 958.253,24 | 0,00 | 67.137,37 | 891.115,87 |

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
119

Page 6 of 7

Die Gesellschafter haben Rangrücktritte für Gesellschafterdarlehen erklärt.

**Geschäftsführung**

Im Geschäftsjahr 2015 erfolgte die Geschäftsführung der Crytek GmbH durch folgende Geschäftsführer:

- Herr Avni Yerli, Frankfurt am Main,
  (Operatives Geschäft);

- Herr Faruk Yerli, Frankfurt am Main,
  (Operatives Geschäft);

- Herr Cevat Yerli, Frankfurt am Main,
  (Spieleentwicklung und -produktion, Technologie und Forschung).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

Frankfurt am Main, den 7. Juni 2017

*Avni Yerli*
*Faruk Yerli*
*Cevat Yerli*

### Entwicklung des Anlagevermögens zum 31. Dezember 2015

| | Anschaffungskosten | | | |
|---|---:|---:|---:|---:|
| | Stand 01.01.2015 EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2015 EUR |
| I. Immaterielle Vermögensgegenstände | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 7.568.170,82 | 7.897.878,50 | 0,00 | 15.466.049,32 |
| 2. Software und Lizenzen | 24.807.948,80 | 150.983,92 | 0,00 | 24.958.932,72 |
| | 32.376.119,62 | 8.048.862,42 | 0,00 | 40.424.982,04 |
| II. Sachanlagen | | | | |
| 1. Mietereinbauten | 467.852,52 | 4.500,00 | 0,00 | 472.352,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.903.160,19 | 149.812,90 | 0,00 | 4.052.973,09 |
| | 4.371.012,71 | 154.312,90 | 0,00 | 4.525.325,61 |
| III. Finanzanlagen | | | | |
| 1. Anteile an verbundenen Unternehmen | 958.253,24 | 0,00 | 67.137,37 | 891.115,87 |
| | 958.253,24 | 0,00 | 67.137,37 | 891.115,87 |
| | 37.705.385,57 | 8.203.175,32 | 67.137,37 | 45.841.423,52 |

| | Kumulierte Abschreibungen | | | |
|---|---:|---:|---:|---:|
| | Stand 01.01.2015 EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2015 EUR |
| I. Immaterielle Vermögensgegenstände | | | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 0,00 | 0,00 | 0,00 | 0,00 |
| 2. Software und Lizenzen | 24.392.447,80 | 289.289,92 | 0,00 | 24.681.737,72 |
| | 24.392.447,80 | 289.289,92 | 0,00 | 24.681.737,72 |
| II. Sachanlagen | | | | |
| 1. Mietereinbauten | 354.532,52 | 52.080,00 | 0,00 | 406.612,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.468.004,19 | 319.405,90 | 0,00 | 3.787.410,09 |
| | 3.822.536,71 | 371.485,90 | 0,00 | 4.194.022,61 |
| III. Finanzanlagen | | | | |
| 1. Anteile an verbundenen Unternehmen | 0,00 | 0,00 | 0,00 | 0,00 |
| | 0,00 | 0,00 | 0,00 | 0,00 |
| | 28.214.984,51 | 660.775,82 | 0,00 | 28.875.760,33 |

| | Restbuchwerte | |
|---|---:|---:|
| | Stand 31.12.2015 EUR | Stand 31.12.2014 EUR |
| I. Immaterielle Vermögensgegenstände | | |
| 1. Noch nicht fertiggestellte selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 15.466.049,32 | 7.568.170,82 |
| 2. Software und Lizenzen | 277.195,00 | 415.501,00 |
| | 15.743.244,32 | 7.983.671,82 |
| II. Sachanlagen | | |
| 1. Mietereinbauten | 65.740,00 | 113.320,00 |
| 2. Betriebs- und Geschäftsausstattung | 265.563,00 | 435.156,00 |
| | 331.303,00 | 548.476,00 |
| III. Finanzanlagen | | |
| 1. Anteile an verbundenen Unternehmen | 891.115,87 | 958.253,24 |
| | 891.115,87 | 958.253,24 |
| | 16.965.663,19 | 9.490.401,06 |

### Bestätigungsvermerk des Abschlussprüfers

Wir haben den Jahresabschluss - bestehend aus Bilanz, Gewinn- und Verlustrechnung sowie Anhang - unter Einbeziehung der Buchführung und den Lagebericht der Crytek GmbH, Frankfurt am Main, für das Geschäftsjahr vom 1. Januar bis 31. Dezember 2015 geprüft. Die Buchführung und die Aufstellung von Jahresabschluss und Lagebericht nach den deutschen handelsrechtlichen Vorschriften liegen in der Verantwortung der Geschäftsführung der Gesellschaft. Unsere Aufgabe ist es, auf der Grundlage der von uns durchgeführten Prüfung eine Beurteilung über den Jahresabschluss unter Einbeziehung der Buchführung und über den Lagebericht abzugeben.

Wir haben unsere Jahresabschlussprüfung gemäß § 317 HGB unter Beachtung der vom Institut der Wirtschaftsprüfer festgestellten deutschen Grundsätze ordnungsmäßiger Abschlussprüfung vorgenommen. Danach ist die Prüfung so zu planen und durchzuführen, dass Unrichtigkeiten und Verstöße, die sich auf die Darstellung des durch den Jahresabschluss unter Beachtung der Grundsätze ordnungsmäßiger Buchführung und durch den Lagebericht vermittelten Bildes der Vermögens-, Finanz- und Ertragslage wesentlich auswirken, mit hinreichender Sicherheit erkannt werden. Bei der Festlegung der Prüfungshandlungen werden die Kenntnisse über die Geschäftstätigkeit und über das wirtschaftliche und rechtliche Umfeld der Gesellschaft sowie die Erwartungen über mögliche Fehler berücksichtigt. Im Rahmen der Prüfung werden die Wirksamkeit des rechnungslegungsbezogenen internen Kontrollsystems sowie Nachweise für die Angaben in Buchführung, Jahresabschluss und Lagebericht überwiegend auf der Basis von Stichproben beurteilt. Die Prüfung umfasst die Beurteilung der angewandten Bilanzierungsgrundsätze und der wesentlichen Einschätzungen der Geschäftsführung sowie die Würdigung der Gesamtdarstellung des Jahresabschlusses und des Lageberichts. Wir sind der Auffassung, dass unsere Prüfung eine hinreichend sichere Grundlage für unsere Beurteilung bildet.

Unsere Prüfung hat zu keinen Einwendungen geführt.

Nach unserer Beurteilung aufgrund der bei der Prüfung gewonnenen Erkenntnisse entspricht der Jahresabschluss der Crytek GmbH, Frankfurt am Main, den gesetzlichen Vorschriften und vermittelt unter Beachtung der Grundsätze ordnungsmäßiger Buchführung ein den tatsächlichen Verhältnissen entsprechendes Bild der Vermögens-, Finanz- und Ertragslage der Gesellschaft. Der Lagebericht steht in Einklang mit dem Jahresabschluss, vermittelt insgesamt ein zutreffendes Bild von der Lage der Gesellschaft und stellt die Chancen und Risiken der zukünftigen Entwicklung zutreffend dar.

Frankfurt am Main, 7. Juni 2017

**Deloitte GmbH**
**Wirtschaftsprüfungsgesellschaft**

*Lüdke, Wirtschaftsprüfer*
*Herold, Wirtschaftsprüfer*

« Vorheriger Eintrag     » Zurück zur Ergebnisseite     Nächster Eintrag »

Impressum | Datenschutzerklärung | Rechtliches / AGB | Sicherheitshinweise

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:48:20 GMT

Exhibit 9
120

Page 7 of 7