# Exhibit 10

Exhibit 10
121

# Quick Find

## Search

keyword:

[crytek]

Which area would you like to search?

[All areas ▼]

[Start new search]

» Advanced Search

A full text search on the content of the publication is not possible with annual accounts, publications in accordance with §§ 264 Abs. 3, 264b HGB and payment reports.

Stored financial statements (balance sheets) are available in the business register for information purposes.

| Surname | Area | information | V. Date | relevance |
|---|---|---|---|---|
| Crytek GmbH Frankfurt am Main | Accounting / Financial Reports | Annual financial statements for the financial year from 01.01.2015 to 31.12.2015 **Corrigendum to publication dated 05.05.2017** | 06/19/2017 | 100% |

**Amending remark, added on 21.08.2017:**

This degree is final and certified. The disclosure of 05.05.2017 shows due to a Büroversehens only the draft status.

**Crytek GmbH**

**Frankfurt am Main**

**Annual financial statements for the financial year from 01.01.2015 to 31.12.2015**

**Management report for the 2015 financial year**

**Crytek GmbH, Frankfurt am Main**

**1. Business and conditions**

In 2015, the global video game market, which includes the areas of console (hardware and software), online, mobile and PC games, had approx. $ 92 billion ($ bn) in sales. The largest game market is Asia with approx. $ 43 billion, followed by America with approx. $ 28 billion and Europe with approx. $ 21 billion. By far the two largest individual markets in the world are equal to China and the USA, each with approx. $ 22 billion.

If one divides the total market of the 92 billion $ after the media used for the games or concrete screens, then the PC still has with approx. 37%, the largest share, followed by entertainment devices such as consoles and TV (and new: Virtual Reality (VR) Devices) with approx. 27%. The so-called "personal screens" (mobile / smartphone), which have achieved the highest growth in recent years, now reach approx. 23%, after all, the so-called "floating screens" such as handhelds and tablets come to approx. 13%.

(Source: Newzoo Global Games Market 2015)

Crytek is currently one of the largest independent European and a globally recognized and independent development company for interactive entertainment. The focus is on the global market for video games and digital game development, traditionally focusing on PCs and the above-mentioned entertainment devices.

Based on one of the world's leading technical game engines, with which Crytegine 5 was launched in March 2016 as its 5th expansion stage, Crytek's games in particular garner international acclaim and recognition for the realistic representation of worlds High quality standards, classified in the branch language as so-called "Triple A" or "Fullprice" titles, set the foundation for the company's business model.

Specifically, Crytek's business model has two key areas:

1. "Technology": technical development and direct marketing of the software game development platform Cryengine.

Exhibit 10
122

Second   "Content": Development of innovative 3D video games for PC, game consoles and virtual reality for online and retail sales as well as marketing of international online games on their own or with partners.

The first core area is the further development and direct marketing of Crytek's Crytek-developed Cryengine, a leading 3D technology for the creation of complex and high-quality 3D games, to game manufacturers, and more generally, the developer of interactive content. The actual revenue recognition in the area of technology results essentially from license marketing revenues, which are also regularly supported and linked to support and other services in connection with the use of the engine technology by the respective customer.

The core area of "developing innovative 3D video games" for the PC and game consoles is the distribution and marketing of classic retail games with world-renowned and leading publishing and distribution companies such as Electronic Arts, or Sony Playstation. Distributed platforms such as "Steam" or through cooperations with international companies such as Mail.ru. The concrete revenue realization in the illustrated core area "Content / Games" is essentially achieved by milestone payments during the development phase on a contractual basis with the respective development partner and by taking so-called license royalties after completion or publication of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called "item" purchases of end customers, the life cycle of successful games in the field, free-to-play` up to 10 years. Release of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called "item" purchases of end customers, the life cycle of successful games in the field, free-to-play` up to 10 years. Release of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called "item" purchases of end customers, the life cycle of successful games in the field, free-to-play` up to 10 years.

The games created on their own development platform, Cryengine, have garnered more than 160 national and international accolades from critics with so-called blockbuster titles (such as the "Crysis" series) and in April 2016, Crytek's first VR game "The Climb" released. It received outstanding international reviews in specialist media ("Best VR Game so far") and the German Computer Game Prize in the category "Innovation" in April 2016. In November 2016, the VR game "Robinson" was released on Playstation VR.

The games "Hunt" and "Arena of Fate", which have so far been completely self-financed and not yet published, were further developed in the 2015 reporting year. The planning is based on a publication of the title 'Hunt' in the second half of 2017. In the 'Arena of Fate' project, it is possible to align the game concept either on the "Online" or "Mobile" platform, which will be decided by the management taking into account market developments in the respective end customer and partner area. In both games are basically the possibilities of self-publishing vs.. a publisher contracted marketing.

The strategic focus on virtual reality made in the previous year 2014 was significantly intensified in 2015 and implemented on the basis of industry-renowned development projects such as "The Climb" and "Robinson".

Thus, in 2015, the foundations were laid for longer-term partnerships with important and, in all likelihood, future leading hardware manufacturers and globally oriented technology groups in order to offer the games on their platforms or hardware

## 2. Research and Development

The development of software technologies and their implementation in innovative game concepts are the core areas of society. For the games, steady progress and technological advances are the key features that shape Crytek's business model.

The focus is on the game engine "Cryengine", which is continually being further developed as a technical platform and marketed to licensees in addition to the use of its own gaming technologies.This, as in the "content" area, is often referred to as the "next generation computing platform "called" Virtual Reality "at the heart of Crytek's current R & D activities. At the same time, it ensures that Cryengine remains at the forefront of ongoing innovation and enhancements in the PC and console space, among other things

The topic "mobile" will also play an important role for the Cryengine, as the mobile devices will experience a massive increase in absolute computing performance in the next few years and thus also for the use of Cryengine-typical "high-end" applications open and make available. These performance enhancements will also enable the widespread use of mobile VR applications in both games and non-games, thus strengthening the strategic value of Cryengine.

In general terms, the gaming industry is developing in 2015 in terms of the demanding technological innovations and performance requirements to be observed. Currently, strong in the direction of Crytek's existing and simpler "high-end" core technology, the company is currently very well positioned for future expected market dynamics with both the technology and the content pipeline In the reporting year, the so-called "installed base" of important console and PC hardware continued to improve, among other things improved the marketing possibilities of the mentioned Crytek self-financed game projects as well as creating space in the future to activate the high potential of Crytek's own IP's, especially the Crysis series, with new game titles. Concrete game concepts have already been developed for this purpose and their implementation will begin in 2017.

## 3. Earnings position

Revenues in the 2015 financial year amounted to KEUR 26,141 (previous year: KEUR 69,401).

The significant decline in sales is due to two factors. Initially, sales in 2014 were characterized by Cryengine 3's above-mentioned bulk licensing business, which tends to be singular.

At the center of 2015 was also a strategic focus on the future field of VR, both in the Technology segment and in the Content area. From the R & D activities in the field of VR, which had already begun in 2014, development contracts were also created in 2015 with Oculus / Facebook (for the title "The Climb") and Sony Playstation (for the title "Robinson"). However, higher sales from these

Exhibit 10
123

activities can only be expected from 2016, when, among other things, these titles are published. In the area of online games, revenue-related license revenues declined mainly due to adverse exchange rate movements of the Russian ruble to dollar & euro. This factor is significant because the game "Warface" is particularly successful in Russia.

The capitalization of internally generated intangible assets (computer games) resulted in other own work capitalized in the amount of TEUR 7,896 (previous year: TEUR 4,663). After deducting the associated deferred tax expenses of EUR 2,521 thousand, the result of the exercise of the capitalization option amounts to EUR 5,375 thousand.

The significant increase in other operating income to EUR 5,726 thousand (previous year: EUR 1,256 thousand) is largely attributable to higher income from currency translation (EUR 4,644 thousand, previous year: EUR 843 thousand).

As in the previous year, the cost of materials primarily relates to development costs. The subsidiaries develop computer games for Crytek GmbH on the basis of completed development contracts, so-called Software Development Agreements. The cost of materials decreased significantly compared to the previous year from TEUR 23,498 to TEUR 13,986. The main reason for this was the decline in order and sales-related business volume.

The cost of materials therefore declined only disproportionately in relation to revenue, because the revenue from the large-scale license business completed in 2014 was not matched by any corresponding cost of materials, and thus the years did not correspond in terms of the aspect.

Personnel expenses fell only slightly from TEUR 21,969 in 2014 to TEUR 20,494 in 2015 (-7%). This is mainly due to a lower number of employees at the Frankfurt site. in the

Year on year, the number of employees decreased by 57 compared with the previous year (378) to 321 employees. However, there was no major reduction in staff due to lower sales in 2015, as sales are expected to increase again in 2016. For this purpose, the recruitment of highly qualified employees with IT and / or international backgrounds is a permanent and important part of the company's success.

Depreciation amounts to EUR 661 thousand (previous year: EUR 3,473 thousand). The sharp decline in depreciation and amortization is due to two factors: Firstly, the games capitalized in previous years are now almost completely written off. On the other hand, the depreciation of the newly developing game projects usually begins with the release of the respective game projects. And the releases of new game titles (such as titles "The Climb" and "Robinson") will take place in 2016.

Other operating expenses fell disproportionately to the decline in revenue from EUR 11,484 thousand in 2014 to EUR 10,080 thousand in 2015 (-12%), which is attributable to the fixed cost nature of many expense items.

Other operating income improved by kEUR 4,470 to kEUR 5,726. This essentially results in higher foreign currency translation income of EUR 3,801 thousand.

Interest expenses increased to EUR 2,683 thousand (previous year: EUR 2,096 thousand), which is primarily due to the replacement of special financing in the amount of EUR 1,330 thousand.

Despite the tax loss carryforwards, provisions for corporate income tax and trade tax were formed, taking into account the allowable withholding tax paid abroad, which is due to the minimum taxation. Deferred tax expenses (EUR 2,521 thousand) from capitalized internally generated intangible assets and the reduction of deferred tax assets on loss carryforwards (EUR 355 thousand) were also incurred. This is offset by income from deferred tax assets on temporary differences between the commercial and tax balance sheets (EUR 94 thousand),

Overall, a net loss for the financial year amounted to EUR 7,788 thousand (previous year: net income of EUR 6,261 thousand). The reason for the loss is on the one hand in the significantly lower sales. As expected, the level of 2014 was not maintained by the conclusion of a comprehensive license agreement in 2014. On the other hand, the company continued to provide a high R & D performance in 2015 with the strategy focus on VR. The company also avoided sales and profit margin (before taxes) of approx.

The lower sales level in 2015 had been expected; In addition, the earnings situation measured in terms of EBITDA and EBIT was significantly adversely affected in 2015 by the weak ruble development as described. For industrial cyclical reasons, the conditions for the launch of new game titles in 2015 were not given in a promising manner, which is now much more positive, especially from 2017 onwards.

### 4. Financial position

Cash and cash equivalents in 2015 amounted to kEUR 613, similar to the previous year (kEUR 481).

The cash flow from operating activities amounts to KEUR 5,723 in 2015 (previous year: KEUR 13,487). The decline in cash flow from operating activities is mainly attributable to lower revenue from sales, the resulting negative annual result and the decline in deferred license income. The continuing positive cash flow from operating activities results in particular from the decline in trade receivables.

The negative cash flow from investing activities amounts to TEUR -8,136 and results mainly from the creation of internally generated intangible assets. The cash flow from financing activities amounts to TEUR 2,545 and results from deposits from the taking out of loans at banks and from the disbursement due to scheduled repayments of loans to banks and investors.

Exhibit 10
124

Short-term liquidity needs were covered during the year by cash flow from operating activities and existing credit lines as well as interim financing. As at 31 December 2015, there were no open credit lines.

The future cash requirements are mainly to be financed by royalties and deposits from online business as well as milestone payments from development agreements. In addition, royalties are generated from the marketing of Cryengine.

The slight increase in liabilities from kEUR 23,628 to kEUR 26,274 results mainly from an increase in liabilities to banks, which increased to kEUR 6,925 (previous year: kEUR 1,667). Loans to banks have a term until 2018 and are secured by cessions regarding trade receivables from certain customers.

Liabilities to affiliated companies, which mainly relate to royalties and development services of the subsidiaries, continued to decline to EUR 2,261 thousand (previous year: EUR 4,089 thousand).

Liabilities to shareholders decreased by less than TEUR 50 compared to the previous year.

The asset coverage ratio II (equity + non-current liabilities / fixed assets) amounted to 53% as of December 31, 2015 (previous year: 159%).

The Company reported a non-equity deficit of 2,929. The managing partners have declared subordinated resignations totaling EUR 9,000 thousand until January 1, 2018 on shareholder loans. Despite the existing over-indebtedness of the balance sheet, the management assumes on the basis of the corporate and liquidity planning that the continuation of the business is predominantly probable. With regard to the existing risks, reference is made to the explanations in the risk and forecast report.

### 5. Net worth

The balance sheet total fell from TEUR 41,333 to TEUR 29,865 due to the decline in business volume shown above.

On the asset side, intangible assets, in particular due to the capitalization of self-created computer games, increased in the amount of TEUR 7,984 to TEUR 15,743. The expected completion dates of the computer games are in the fiscal years 2016, 2017 and 2018.

Trade receivables fell sharply compared to the previous year to EUR 3,262 thousand (previous year: EUR 23,399 thousand). The reason for this is essentially the complete settlement of a contractual agreement (extensive software license agreement) by a customer. Receivables from affiliated companies amounting to EUR 1,328 thousand have hardly changed compared to the previous year (EUR 1,092 thousand).

Due to the reversal of deferred tax assets on loss carryforwards (EUR 355 thousand) and the capitalization of deferred taxes on temporary differences between the commercial and tax accounts (EUR 94 thousand) and the recognition of deferred taxes on the capitalization of internally generated intangible assets (EUR 2,521 thousand), deferred tax assets total of kEUR 2,875.

### 6. Significant events after the end of the financial year

In 2016 and 2017, several major agreements in the higher double-digit million range for licensing and software development regarding the online success game "Warface" were contracted and already implemented with a leading Internet company. Part of these extensive agreements is the development of a new game according to already defined milestones. This product development is expected to be ready to launch in 2018.

In the course of concentrating the company on high-quality games developments in the core locations of Frankfurt and Kiev, the studio in Budapest / Hungary was closed and the studio in Sofia / Bulgaria was sold to the Sega Group (Japan / UK), whereby a six-digit book profit was realized in the sale has been.

### 7. Opportunity and risk report

Within the framework of the risk profile, the proportionate market success risk and the development risk for Crytek must be shown.

The pro-rata market success risk lies in particular in the lack of demand for a game, which can subsequently lead to an early reduction of the actual achievable sales for Crytek. This risk basically exists in the publication of any game in which an at least partially revenue-related remuneration has been agreed. Should a match fail to achieve the planned sales-based remunerations, this could have a significant impact on revenues, net income and cash flow from operating activities. In the online business, the risk lies in the lack of acceptance by customers, which can have a direct impact on the level of sales of additional content. However, the risk can be addressed by using Business Intelligence (part of the publishing platform) to analyze the game in real time and then influence and, if necessary, update the Key Performance Indicators ("KPIs") of the games with updates and improvements and / or other content . can be improved.

The second major risk is development risk. There is a failure to meet milestones due to unscheduled project progress, resulting delays in partial acceptance and related payments by development partners, and in extreme cases, termination of a project. Crytek GmbH limits this risk by using adequate, modern IT-supported project management tools.

In addition, long-term contracts with development partners and licensees may also give rise to exchange rate risks, unless the contractually agreed payments are made in euros. This can lead to currency losses, but also to the realization of currency gains. To reduce the company's exchange rate risk, we consistently monitor cash flows that are not denominated in euros. In general, risk management distinguishes between short-term (maturing within 6 months) and longer-term (maturing more than 6 months). If it is assumed that the inflows and outflows of payments in a particular currency will be offsetting or have a maturity of less than 6

Exhibit 10
125

months, no hedging transactions will be concluded. For longer-term exchange rate risks (Euro-USD), hedging transactions are always checked.

The product developments carried out in cooperation with development partners and licensees seek to cover substantially the costs likely to be incurred by the contractual agreement of partial acceptance and the related payments. In addition, revenue-related revenues are generated from the distribution of the games as well as from the licensing of the technology core Cryengine.

Special opportunities for the Group exist due to the massive market introduction of Virtual Reality to end customers since 2016. For many years, Virtual Reality (VR) has been an integral part of future forecasts as a significant area of global, digital technological advancement in society.

After different and rather "niche" attempts at implementation, everything now indicates that from 2016 these forecasts will become "real". Large and financially strong companies such as Oculus / Facebook, Sony Playstation, Google and other Internet and technology companies have introduced VR devices such as the so-called head mounted displays (HMDs), ie special, closed eyewear, for the end consumer. Mass market for the year 2016 or the following specifically announced and partly at the time of the report already successfully launched in the retail market.

Market surveys predict a volume of up to $ 150 billion over the next few years for this new market. (Source: Digi-Cap) To a large extent, these predicted volumes also include "non-gaming" areas as well as mixed technologies of reality and VR, the so-called Augmented Reality (AR).

In general, the market participants are expected to agree that the new medium "VR" will make its way into society via the "Garnes" application - on a global scale.

The special opportunity "VR" for the company Crytek today is that the existing base technology described above "Cryengine as a" high-end "system has the great potential as a leading technical development platform as a kind of" operating system "in to act in the new VR world.

This potential is supported in particular by the fact that it is precisely the strength of the cryogenic engine in a new, purely virtual world that is given central importance in order to create so-called "immersiveness".

Abstract and comprehensive, VR is seen as the necessary and long awaited technological leap that connects the "linear" world of film with the "interactive" world of computer games and other digital applications. Crytek is at the cutting-edge and most advanced level of evolution in global digital media technology.

Furthermore, the creation of high-quality, globally marketable content / intellectual property (IP) financially increasingly complex. For developers and creators of this IP, it therefore represents a major step forward and also a competitive advantage, if they can create content with cross-platform software tools such as the Cryengine, or portieren this content on different platforms with relatively little effort. Concrete addressable platforms are z. PC, console, VR, movie, video, all supported by the Cryengine, in the High End section.

To exploit these opportunities presented in VR, the Cryengine is technologically evolving.

In practice, this means for Crytek a resource-intensive and permanent use of specialized developers and developers on the Cryengine.

which are based on the - also for specialist analysts - difficult to plan dissemination speed of the novel hardware. Furthermore, it is hardly possible to estimate in advance which platform providers can achieve the highest market shares in the result. Crytek counteracts these risks primarily by supporting Cryengine with as many VR platforms as possible. For this purpose, game titles are set up in the content area from the outset in a platform-compatible manner in order to flexibly concentrate the resources on the VR platforms that can actually demonstrate the highest penetration rate on the market. Which platform providers can achieve the highest market shares in the result. Crytek counteracts these risks primarily by supporting Cryengine with as many VR platforms as possible. For this purpose, game titles are set up in the content area from the outset in a platform-compatible manner in order to flexibly concentrate the resources on the VR platforms that can actually demonstrate the highest penetration rate on the market. Which platform providers can achieve the highest market shares in the result. Crytek counteracts these risks primarily by supporting Cryengine with as many VR platforms as possible. For this purpose, game titles are set up in the content area from the outset in a platform-compatible manner in order to flexibly concentrate the resources on the VR platforms that can actually demonstrate the highest penetration rate on the market. that the Cryengine supports as much as possible all VR platforms. For this purpose, game titles are set up in the content area from the outset in a platform-compatible manner in order to flexibly concentrate the resources on the VR platforms that can actually demonstrate the highest penetration rate on the market. that the Cryengine supports as much as possible all VR platforms. For this purpose, game titles are set up in the content area from the outset in a platform-compatible manner in order to flexibly concentrate the resources on the VR platforms that can actually demonstrate the highest penetration rate on the market.

However, since Crytek also develops computer games without the involvement of publishers, and also pre-finances R & D developments in the core technology area, interim liquidity requirements may arise during the development period. If this liquidity requirement can not be covered to the greatest possible extent by the cash flow from operating activities in the 2017 financial year, further liquidity-raising measures would be required to maintain business activity.

Possible liquidity-raising measures include negotiating with existing shareholders for additional capital injections, negotiating with third parties to provide funding, and negotiating with development partners for advance milestone payments or minimum guarantees for developed games. Specifically, the financing of individual game titles is also examined by structured project financing tailored to the specifics of the industry.

Exhibit 10
126

In addition, the managing partners hold regular discussions with investment-interested, internationally oriented venture capital and private equity companies.

The future of the Crytek Group will thus be shaped by opportunities and risks in a constantly changing market environment. All of the projects under development in the retail segment, online gaming segment and the VR segment represent additional potential for Crytek. Here, new contracts for development and distribution partners are to be expected, which will result in milestone and revenue-dependent payments and thus in the improvement of the earnings position.

Based on the planning for the 2017 financial year, management assumes a sufficiently high positive cash flow from operating activities to ensure the Group's ability to pay for 2017 (the forecast period). Influencing factors for the planning of cash inflows include the already contractually agreed milestones from completed development contracts, the forecasted revenues in the online area, as well as the licensing income of published game titles and the licensing of Cryengine. Significant portions of the prepayments planned for 2017 are attributable to contractually secured development and distribution agreements with international market partners. These partners are typically distributors, publishers and Internet companies with their own marketing platforms. In the case of planned publications, the assumptions regarding the deposit expectations are based on past experience and comparable games established on the market.

Significant risks in connection with the planning are, in particular, that the payments from the partial acceptance of individual milestones can be delayed if the affected projects are not completed on time. In addition, there are estimation risks, as both the forecasts of sales-related royalties from the marketing of computer games and the expected revenues or cash flows from the licensing of Cryengine are by nature discretionary and not based on already contractually fixed product orders. In the segments of the online games revenue can not be accurately predicted, however, can be created here with previously published games based on past values usually forecasts with sufficient forecast quality. These uncertainties were taken into account through appropriate risk deductions.

The management of the company counters these risks by means of ongoing liquidity management and monitoring. On this basis, emerging changes in the risk situations can be identified in good time and then responded to by appropriate measures. In addition, the management has been through the extension of credit agreements with adequate

Redemption arrangements in 2017 reduce the aforementioned liquidity risks, ie repayments correspond at least in time to the operational project developments or game releases in the game "Hunt" .8

## 8. Forecast report

The 2017 financial year will be characterized by opportunities and challenges for Crytek in a steadily growing market environment. The overall market for video games is growing z. Currently with an average rate of 8% p a. and will soon reach and exceed the striking volume of $ 100 billion. Within the games market, the new area of VR is one of the fastest-growing and most promising segments, which by study alone will reach $ 30 billion by 2020. With the release of the sports and adventure game "The Climb" and the game title "Robinson" for the new platform, Sony Playstation VR 'Crytek has positioned itself well in this new and promising segment. All projects in the off- and online games segment, which are currently in the development phase and - as in the case of the title "Hunt", partly immediately before launch - constitute an important sales potential for Crytek On-line management as well as to partnerships worked, in order to achieve in 2017 further increasing sales. Crytek has positioned itself well in this new and promising segment. All projects in the off- and online games segment, which are currently in the development phase and - as in the case of the title "Hunt", partly immediately before launch - constitute an important sales potential for Crytek On-line management as well as to partnerships worked, in order to achieve in 2017 further increasing sales. Crytek has positioned itself well in this new and promising segment. All projects in the off- and online games segment, which are currently in the development phase and - as in the case of the title "Hunt", partly immediately before launch - constitute an important sales potential for Crytek On-line management as well as to partnerships worked, in order to achieve in 2017 further increasing sales.

For the 2016 financial year, the Group's management anticipates a return to higher EBITDA (in the upper single-digit million € range) and slightly positive EBIT due to the launch of projects pre-developed in 2015 and the conclusion of license agreements based on the existing management accounts leads to a balanced 2016 annual result. Preliminary figures are already available for the closed 2016 financial year, resulting in revenue growth in the mid-double-digit percentage range.

For the current financial year 2017, the management expects significantly better EBITDA due to the license agreements already implemented in the first quarter of 2017 and the launch of the Hunt` title in autumn 2017 and the start of the development of a new security in the Crysis series ( double-digit million € range) and significantly improved EBIT (just under double-digit million € range). The profit for the year should also be significantly improved after planning by the management

(high single-digit million € range). If, as in 2014, further extensive license agreements for the Cryengine technology are completed, they will have an additional positive impact on the earnings position. With regard to possible liquidity risks, we refer to the comments in the risk report.

**Frankfurt am Main, June 7, 2017**

*Avni Yerli*

*Faruk Yerli*

*Cevat Yerli*

Exhibit 10
127

Balance sheet as at 31 December 2015

**assets**

|  | 31/12/2015 | 31.12.2014 |
|---|---:|---:|
|  | EUR | EUR |
| A. Fixed assets |  |  |
| I. Intangible assets |  |  |
| 1. Intangible assets of the fixed assets not yet completed | 15,466,049.32 | 7,568,170.82 |
| 2. Software and licenses | 277,195.00 | 415,501.00 |
|  | 15,743,244.32 | 7,983,671.82 |
| II. Property, plant and equipment |  |  |
| 1. Leasehold improvements | 65740.00 | 113,320.00 |
| 2. Operating and office equipment | 265,563.00 | 435,156.00 |
|  | 331,303.00 | 548,476.00 |
| III. investments |  |  |
| 1. Shares in affiliated companies | 891,115.87 | 958,253.24 |
|  | 16,965,663.19 | 9,490,401.06 |
| B. current assets |  |  |
| I. Receivables and other assets |  |  |
| 1. Trade receivables | 3,261,560.90 | 23,398,561.05 |
| 2. Claims against shareholders | 0.00 | 570.00 |
| 3. Claims against affiliated companies | 1,328,150.73 | 1,091,508.29 |
| 4. Other assets | 1,287,964.78 | 1,014,053.49 |
|  | 5,877,676.41 | 25,504,692.83 |
| II. Cash on hand and bank balances | 613,076.88 | 481,045.39 |
| C. Prepaid expenses | 603,957.78 | 198,799.26 |
|  | 7,094,711.07 | 26,184,537.48 |
| D. Deferred tax assets | 2,875,119.04 | 5,657,732.00 |
| E. Shortfall not covered by equity | 2,929,075.57 | 0.00 |
|  | 29,864,568.87 | 41,332,670.54 |

**liabilities**

|  | 31/12/2015 | 31.12.2014 |
|---|---:|---:|
|  | EUR | EUR |
| A. Equity |  |  |
| I. Drawn capital | 89170.00 | 89170.00 |
| II. Capital reserve | 22,991,830.00 | 22,991,830.00 |
| III. loss carryforward | 18,222,522.32 | 24,483,769.48 |
| IV. Net loss (previous year: net income) | -7787553.25 | 6,261,247.16 |
| Subtotal | -2929075.57 | 4,858,477.68 |
| Transfer to asset side E. | 2,929,075.57 | 0.00 |
|  | 0.00 | 4,858,477.68 |
| B. Provisions |  |  |
| 1. Tax provisions | 5,106.64 | 1,256,359.45 |
| 2. Other provisions | 3,217,528.84 | 3,373,126.69 |
|  | 3,222,635.48 | 4,629,486.14 |
| C. Liabilities |  |  |
| 1. Liabilities to banks | 6,924,902.96 | 1,666,759.19 |
| 2. Trade payables | 885,172.07 | 784,557.76 |
| 3. Liabilities to shareholders | 15,513,054.95 | 15,558,297.59 |
| (thereof from deliveries and services: TEUR 0; previous year: TEUR 0) |  |  |
| 4. Liabilities to affiliated companies | 2,260,505.16 | 4,089,271.01 |
| (thereof deliveries and services: EUR 2,260,505.15; previous year: EUR 4,089 thousand) |  |  |
| 5. Other liabilities | 690,859.11 | 1,529,460.00 |
| (thereof taxes: EUR 308,009.34; previous year: EUR 372,000) |  |  |
| (of which under social security: EUR 379,185.55, previous year: EUR 47 thousand) |  |  |
|  | 26,274,494.25 | 23,628,345.55 |

Exhibit 10
128

|  | 31/12/2015 | 31.12.2014 |
|---|---|---|
|  | EUR | EUR |
| D. Prepaid expenses | 367,439.14 | 8,216,361.17 |
|  | 29,864,568.87 | 41,332,670.54 |

### Income statement for the period from 1 January to 31 December 2015

|  | 2015 | Previous year |
|---|---|---|
|  | EUR | EUR |
| 1. Sales | 26,141,347.40 | 69,401,023.52 |
| 2. Other own work capitalized | 7,897,878.50 | 4,663,379.27 |
| 3. Other operating income | 5,726,256.38 | 1,255,857.05 |
| (thereof income from currency translation: EUR 4,643,824.59 previous year: EUR 843,000) |  |  |
| 4. Material costs |  |  |
| Cost of raw materials and supplies | 5,868.57 | 3,160.28 |
| Expenses for purchased services | 13,982,409.13 | 23,494,861.39 |
| 5. Personnel expenses |  |  |
| a) Wages and salaries | 17,302,445.74 | 18,363,990.35 |
| b) Social security contributions and expenses for pensions and support | 3,192,003.88 | 3,605,214.23 |
| (of which for pensions: EUR 3,000.00, previous year: EUR 2,000) |  |  |
| 6. Depreciation |  |  |
| on intangible fixed assets and property, plant and equipment | 660,775.82 | 3,472,945.14 |
| 7. Other operating expenses | 10,079,867.00 | 11,484,362.76 |
| (of which expenses from currency translation: EUR 886,344.32, previous year: EUR 533k) |  |  |
| 8. Income from investments |  |  |
| (thereof to affiliated companies: EUR 332,384.34; previous year: EUR 0) | 3,311,763.34 | 0.00 |
| 9. Other interest and similar income | 332,384.34 | 409,024.53 |
| (thereof to affiliated companies: EUR 332,384.34; previous year: EUR 409k) |  |  |
| 10. Interest and similar expenses | 2,682,694.02 | 2,096,123.17 |
| (thereof from affiliated companies: EUR 0; previous year: EUR 0) |  |  |
| (of which the compounding of provisions: EUR 17,781.84, previous year: EUR 20 thousand) |  |  |
| 11. Result of ordinary business activity | -4496434.20 | 13,208,627.05 |
| 12. Extraordinary expenses |  |  |
| Losses due to merger u. conversion | 0.00 | 174,340.55 |
| 13. Taxes on income | 3,220,904.64 | 6,773,039.34 |
| (of which expenses from deferred taxes: EUR 2,782,612.96, previous year: EUR 5,597 thousand) |  |  |
| 14. Other taxes | 70214.41 | 0.00 |
| 15. Net loss (previous year: net income) | -7787553.25 | 6,261,247.16 |

### Notes the 2015 financial year

### Crytek GmbH, Frankfurt am Main

#### 1. General information on the annual financial statements

The annual financial statements as at 31 December 2015 of Crytek GmbH, Frankfurt am Main, have been prepared in accordance with the provisions of the German Commercial Code for large corporations.

The structure of the balance sheet and the profit and loss account comply with §§ 266 and 275 HGB and § 42 GmbHG.

#### 2. Information on accounting policies

The accounting and valuation of the individual items is based on the general provisions in accordance with §§ 246 to 256a HGB and the special provisions for corporations pursuant to §§ 264 to 278 HGB.

The following accounting and valuation methods were decisive for the preparation of the annual financial statements.

The intangible assets acquired against payment by third parties are valued at acquisition cost, less scheduled straight-line depreciation, over the period of their estimated useful life of three years. The intangible assets acquired in the 2015 financial year

Exhibit 10
129

are amortized pro rata temporis using the straight-line method. Those acquired by subsidiaries against payment,

Internally generated intangible fixed assets that have not yet been completed are capitalized in accordance with the option in accordance with section 248 (2) sentence 1 HGB. Capitalization takes place at production costs in accordance with Section 255 (2) sentences 1 and 2 and Section 2a HGB. The production costs of internally generated intangible assets include the following components: direct material and production costs, appropriate portions of material overheads, production overheads and depreciation of fixed assets to the extent that they are caused by the development. In exercising the option under section 255 (2) sentence 3 HGB, reasonable portions of the costs of general administration relating to the period of manufacture are included. Scheduled depreciation was not carried out because internally generated intangible fixed assets are still in development. There were no indications of impairment losses. The prerequisites for the demarcation of capitalizable development costs from the non-capitalizable research costs are given by Crytek in that development costs always depend on concrete, refer to defined game projects. Thus, the stage is no longer about a mere search for new insights or processes, but already about application-oriented implementation of innovative concepts with a concrete reference to a basically marketable end product or service.

Property, plant and equipment are stated at acquisition cost less scheduled straight-line depreciation over the period of their estimated useful lives of three to ten years. Low-value assets (GWG) are immediately deducted as operating expenses if their acquisition or production costs do not exceed EUR 150 when purchased or manufactured.

Financial assets are stated at the lower of cost or fair value. The fair value is determined on the basis of future earnings planning as part of a simplified company valuation. Write-downs to the lower fair value are only made if the value is expected to be permanently impaired. In the case of a presumably only temporary impairment, if the option is not exercised in accordance with Art. Section 253 (3) HGB, retaining the carrying amount of the investment.

Receivables and other assets are valued at acquisition cost, less any necessary value adjustments.

Cash and cash equivalents are recognized at the fair value of the cash on hand and bank balances as at the balance sheet date.

The tax provisions and other provisions take into account all uncertain liabilities. The valuation is made in the amount of the settlement amount that, in accordance with prudent business judgment, is required to cover future payment obligations. Future price and cost increases will be considered if there are sufficient objective indications for their occurrence. Provisions with a residual term of more than one year are recognized at the average market interest rate for the past seven financial years,

Liabilities are recognized at their settlement amounts.

On the liability side, payments received for accrued licenses are shown as prepaid expenses before the balance sheet date, insofar as they represent income for a certain period after the balance sheet date.

Receivables and liabilities denominated in foreign currencies are translated at the rate on the date of the transaction. Receivables and liabilities with a remaining term of up to one year are uniformly translated at the middle spot rate on the balance sheet date. For receivables and payables with a remaining term of more than one year, the conversion on the balance sheet date is only carried out using the average spot exchange rate, if this results in lower receivables or higher liabilities (imparity principle).

Deferred taxes are formed on differences between the commercial law valuations and their tax valuations, which are expected to decrease in later financial years. Deferred tax assets are formed on tax loss carryforwards that can be taken into account within the next five years to offset losses. The valuation of the temporary differences and the tax loss carryforwards that can be offset within the next five years is based on the tax rate for corporation tax and trade tax of 32% applicable for the financial year.

### 3. Details of the balance sheet

The breakdown and development of fixed assets is shown in the schedule of assets in the attachment to the notes.

Capitalized internally generated intangible assets from the development of computer games have increased significantly and amount to EUR 15,466 thousand as of December 31, 2015 (previous year: EUR 7,568 thousand).

Shares in affiliated companies (disclosure in accordance with Section 285 No. 11 HGB):

| Surname | Seat | Beteiligungs-rate % | equity € | Last year's result € |
|---|---|---|---|---|
| Crytek Black Sea EOOD | Sofia (Bulgaria) | 100 | 473.444 | 104937 |
| Crytek Oyun Yazilim ve Pazarlama Limited Sirketi | Istanbul (Turkey) | 100 | 76.889 | 28021 |
| Crytek Ltd. | Seoul (South Korea) | 100 | (913.314) | 17.109 |
| Crytek Ukraine Ltd. | Kiev (Ukraine) | 100 | 1,112,916 | 564443 |
| Crytek Hungary Kft. | Budapest (Hungary) | 100 | 9,602 | 56.675 |
| Crytek (Shanghai) Software Co., | Shanghai (China) | 100 | 241.503 | 104.713 |
| Crytek USA Corp. | Austin | 100 | 579.058 | (584) |

Crytek UK ltd. Was liquidated after the asset deal / sale in 2014 on 31.12.2015.

As in the previous year, receivables and other assets have a remaining term of up to one year.

Exhibit 10
130

As in the previous year, the share capital amounts to EUR 89 thousand. The managing directors are authorized to issue the share capital once or several times in a total amount of up to EUR 1,000 over a period of five years from 23 July 2012 (issue of the authorization in the commercial register) Increase business shares against cash contributions (authorized capital). The subscription right of the shareholders is excluded.

**Pursuant to Section 268 No. 8 HGB, the following amount is not available for distributions:**

|  | thousand |
|---|---:|
| From the capitalization of internally generated intangible assets | 10527 |
| From the capitalization of deferred taxes | 2875 |
|  | 13402 |

Tax provisions for corporation tax and trade tax result from the current financial year and take into account offsettable withholding taxes paid abroad.

Other provisions include bonus provisions in the amount of EUR 618 thousand (previous year: EUR 1,091 thousand), provisions for rent-free periods in the amount of EUR 435 thousand (previous year: EUR 507 thousand), provisions for operating costs of EUR 480 thousand (previous year: EUR 410 thousand) ) as well as provisions for vacation entitlements in the amount of TEUR 354 (previous year: TEUR 325).

Trade payables, liabilities to affiliated companies and liabilities to banks in the amount of EUR 6,952 thousand (previous year: EUR 1,667 thousand) have a remaining term of up to one year.

Liabilities to shareholders amount to TEUR 6,513 (previous year: TEUR 5,358) with a remaining term of up to one year. Liabilities to shareholders with a remaining term of more than one year amount to TEUR 9,000 (previous year: TEUR 9,000). Liabilities to shareholders relate to shareholder loans and accrued interest.

Of the other liabilities, a residual term of up to one year is EUR 691 thousand (previous year: EUR 1,529 thousand). The reason for the decrease is the full repayment of the loan to Kreos.

To secure the loan liabilities to banks, which amounted to a total of TEUR 6,925 as at the reporting date, there are cessions with regard to trade receivables from certain customers in favor of the banks.

The total amount of collateralised liabilities therefore amounts to kEUR 6,925.

Deferred tax liabilities were recognized on capitalized internally generated intangible assets. Deferred tax assets were recognized on the provision for rent-free periods not taken into account for tax purposes. Deferred tax assets were recognized on the company's tax loss carryforwards as of December 31, 2015, provided that these loss carryforwards are expected to be used over the next five years. There is a balanced statement on the assets side. The calculation of deferred taxes was at a tax rate of 32%.

**Contingencies**

As of December 31, 2015, there are no contingent liabilities.

**Other financial obligations**

Other financial obligations in the amount of EUR 6,324,000 that are not apparent from the balance sheet consist of continuing obligations (rental and leasing contracts). Of this, EUR 959 thousand is due in 2016, EUR 3,936 thousand from 2017 to 2020 and EUR 1,429 thousand after 2020.

### 4. Information on the profit and loss account

Revenue of TEUR 26,141 (previous year: TEUR 69,401) breaks down into the two main activities Content / Games with TEUR 18,389 and Technology / Cryengine with TEUR 7,752. The content area can be further subdivided into classic game development for PCs and consoles (KEUR 1,935), the new Virtual Reality division (KEUR 7,057) and online game development and marketing (KEUR 9,397).

Sales break down into the geographic economies USA / Canada with a turnover in the amount of TEUR 15,491, European economic area with a turnover in the amount of TEUR 1,164 and the rest of the world in the amount of TEUR 9,487.

The other operating income mainly relates to positive income from exchange rate differences in the amount of TEUR 4,644 (previous year: 843). This high increase is explained by the gain in the value of the dollar against the euro in connection with payments received in 2015 from the large-scale licensing of CryEngine in 2014 to an American technology group.

Advertising and travel expenses of TEUR 2,974 (previous year: TEUR 2,782), legal and consulting costs of TEUR 2,241 (previous year: TEUR 1,511), room costs of TEUR 1,942 (previous year: TEUR 2,208), expenses for Currency translation of TEUR 886 and for server leasing TEUR 543 (previous year: TEUR 570).

Interest expenses include interest to shareholders in the amount of TEUR 713 (previous year: TEUR 763).

Research and development costs of EUR 20,147 thousand were incurred in the 2015 financial year. Of this amount, EUR 7,898 thousand relates to internally generated intangible fixed assets.

Exhibit 10
131

## 5. Other Information

### Employee

The average number of employees (excluding directors) has changed as follows compared to the previous year:

|  | 2015 number | 2014 number | change |
|---|---|---|---|
| employee | 321 | 378 | - 57 |

75% of employees work in development, 11% in sales and 14% in administration and administration.

### Auditor fees

Pursuant to section 285 no. 17 last clause HGB, the total fee charged by the auditor for the 2015 financial year is not disclosed since this is disclosed in the notes to the consolidated financial statements of the Company.

### Transactions with related persons

The shareholders have declared subordinate resignations for shareholder loans.

### Managing directors

In fiscal year 2015, the management of Crytek GmbH was carried out by the following managing directors:

- Mr. Avni Yerli, Frankfurt am Main,

    (Business operations);

- Mr. Faruk Yerli, Frankfurt am Main,

    (Business operations);

- Mr. Cevat Yerli, Frankfurt am Main,

    (Game development and production, technology and research).

For the total remuneration of the members of the management, the protection clause of § 286 (4) HGB was used.

**Frankfurt am Main, June 7, 2017**

*Avni Yerli*

*Faruk Yerli*

*Cevat Yerli*

### Development of fixed assets as of 31 December 2015

|  | acquisition cost | | | |
|---|---|---|---|---|
|  | As of 01.01.2015 EUR | Additions EUR | Disposals EUR | As at 31.12.2015 EUR |
| I. Intangible assets | | | | |
| 1. Intangible assets of the fixed assets not yet completed | 7,568,170.82 | 7,897,878.50 | 0.00 | 15,466,049.32 |
| 2. Software and licenses | 24,807,948.80 | 150,983.92 | 0.00 | 24,958,932.72 |
|  | 32,376,119.62 | 8,048,862.42 | 0.00 | 40,424,982.04 |
| II. Property, plant and equipment | | | | |
| 1. Leasehold improvements | 467,852.52 | 4,500.00 | 0.00 | 472,352.52 |
| 2. Operating and office equipment | 3,903,160.19 | 149,812.90 | 0.00 | 4,052,973.09 |
|  | 4,371,012.71 | 154,312.90 | 0.00 | 4,525,325.61 |
| III. investments | | | | |
| 1. Shares in affiliated companies | 958,253.24 | 0.00 | 67137.37 | 891,115.87 |
|  | 958,253.24 | 0.00 | 67137.37 | 891,115.87 |
|  | 37,705,385.57 | 8,203,175.32 | 67137.37 | 45,841,423.52 |

Exhibit 10
132

|  | Cumulative depreciation | | | |
|---|---:|---:|---:|---:|
|  | As of 01.01.2015 | Additions | Disposals | As at 31.12.2015 |
|  | EUR | EUR | EUR | EUR |
| I. Intangible assets | | | | |
| 1. Intangible assets of the fixed assets not yet completed | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Software and licenses | 24,392,447.80 | 289,289.92 | 0.00 | 24,681,737.72 |
|  | 24,392,447.80 | 289,289.92 | 0.00 | 24,681,737.72 |
| II. Property, plant and equipment | | | | |
| 1. Leasehold improvements | 354,532.52 | 52080.00 | 0.00 | 406,612.52 |
| 2. Operating and office equipment | 3,468,004.19 | 319,405.90 | 0.00 | 3,787,410.09 |
|  | 3,822,536.71 | 371,485.90 | 0.00 | 4,194,022.61 |
| III. investments | | | | |
| 1. Shares in affiliated companies | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 28,214,984.51 | 660,775.82 | 0.00 | 28,875,760.33 |

|  | Residual values | |
|---|---:|---:|
|  | As at 31.12.2015 | As of 31.12.2014 |
|  | EUR | EUR |
| I. Intangible assets | | |
| 1. Intangible assets of the fixed assets not yet completed | 15,466,049.32 | 7,568,170.82 |
| 2. Software and licenses | 277,195.00 | 415,501.00 |
|  | 15,743,244.32 | 7,983,671.82 |
| II. Property, plant and equipment | | |
| 1. Leasehold improvements | 65740.00 | 113,320.00 |
| 2. Operating and office equipment | 265,563.00 | 435,156.00 |
|  | 331,303.00 | 548,476.00 |
| III. investments | | |
| 1. Shares in affiliated companies | 891,115.87 | 958,253.24 |
|  | 891,115.87 | 958,253.24 |
|  | 16,965,663.19 | 9,490,401.06 |

**Auditors' report**

We have audited the annual financial statements - comprising the balance sheet, income statement and notes - including the bookkeeping system and the management report of Crytek GmbH, Frankfurt am Main, for the financial year from 1 January to 31 December 2015. The accounting and the preparation of the annual financial statements and the management report in accordance with German commercial law are the responsibility of the management of the company. Our responsibility is to express an opinion on the annual financial statements, including the bookkeeping system, and the management report based on our audit.

We conducted our audit of the annual financial statements in accordance with § 317 HGB and German generally accepted standards for the audit of financial statements promulgated by the Institut der Wirtschaftsprüfer. Accordingly, the audit must be planned and conducted in such a manner that any inaccuracies and violations which have a material effect on the presentation of the net worth, financial and earnings position as conveyed by the annual financial statements in compliance with generally accepted accounting principles and the management report are sufficiently certain be recognized. When determining the audit procedures, account will be taken of knowledge of the Company's business and economic and legal environment, as well as expectations of possible errors. The effectiveness of the accounting-related internal control system and the evidence supporting the disclosures in the books and records, the annual financial statements and the management report are examined primarily on a test basis within the framework of the audit. The audit includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the annual financial statements and the management report. We believe that our audit provides a reasonable basis for our opinion.

Our audit has not led to any reservations.

In our opinion, based on the findings of our audit, the annual financial statements of Crytek GmbH, Frankfurt am Main, comply with the legal requirements and give a true and fair view of the net assets, financial position and results of operations of the Company in compliance with generally accepted accounting principles. The management report is in line with the annual financial statements, gives an overall picture of the company's position and accurately presents the opportunities and risks of future development.

**Frankfurt am Main, June 7, 2017**

**Deloitte GmbH
auditing company**

Exhibit 10

133

*Lüdke, certified public accountant*

*Herald, certified public accountant*

Exhibit 10
134