# Exhibit 11

Exhibit 11
135

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Bundesanzeiger |
| Capture URL: | https://www.bundesanzeiger.de/ebanzwww/wexsservlet |
| Captured site IP: | 128.65.211.86 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:49:37 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:50:04 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | 3e0f602b-779d-4395-a66b-dfa0ef7315cd |
| User: | fkks-dgrove |

PDF REFERENCE #:    gga9486hvcxdKNnjxLaZCD

Exhibit 11
136



## Crytek GmbH

### Frankfurt am Main

### Jahresabschluss zum Geschäftsjahr vom 01.01.2016 bis zum 31.12.2016

#### Lagebericht für das Geschäftsjahr 2016

##### der Crytek GmbH, Frankfurt am Main

**1. Geschäft und Rahmenbedingungen**

Der weltweite Videospiel-Markt, welcher die Bereiche Konsolen- (Hardware und Software), Online-, Mobile- und PC-Spiele enthält, hat im Jahr 2016 rd. 100 Milliarden US-Dollar (Mrd. $) Umsatz erreicht. Der größte Spielemarkt ist Asien mit rd. 47 Mrd. $, gefolgt von Amerika mit rd. 29 Mrd. $ und Europa mit rd. 24 Mrd. $. Als größten Einzelmarkt der Welt hat nunmehr erstmals China (24,4 Mrd $) die USA (23,6 Mrd. $) überflügelt.

Unterteilt man den Gesamtmarkt der 100 Mrd. $ nach den zum Spielen verwendeten Medien bzw. konkret Bildschirmen, so hat — wenn auch mit degressiv-sinkenden Shares-, noch immer der PC mit rd. 32% den größten Anteil, gefolgt von Entertainment-Geräten wie Konsolen und TV (und neu: Virtual Reality (VR/AR) Devices) mit rd. 29%. Die sog. „Personal Screens", (Mobile/Smartphone) die in den letzten Jahren, wie auch im Jahr 2016, die höchsten relativen Zuwächse erzielt haben, erreichen nun rd. 27%. Schließlich stagnieren die sog. „Floating Screens" wie Handhelds und Tablets bei einem Anteil von rd. 12%.

(Quelle: Newzoo Global Games Market 2016)

Crytek ist derzeit eines der größten unabhängigen europäischen und ein weltweit anerkanntes und selbständiges Entwicklungsunternehmen für interaktive Unterhaltung. Im Fokus steht der globale Markt für Videogames und digitale Spielentwicklung, traditionell mit Schwerpunkt auf PC und den o.g. Entertainment-Geräten.

Basierend auf einer der technisch weltweit führenden Spieleentwicklungsplattform Cryengine - im September 2017 wurde die neueste Ausbaustufe „ Cryengine 5.4" gelauncht - sammeln die Spiele von Crytek insbesondere internationale Anerkennung für die realistische und komfortable Darstellung von Welten. Diese Eigenschaften kombiniert mit dem hohen Qualitätsanspruch der Entwicklung von Premium Titeln, setzen die Grundsteine für das Geschäftsmodell des Unternehmens.

Konkret weist das Geschäftsmodell von Crytek zwei wesentliche Kernbereiche auf:

1. „Technology": Technische Weiterentwicklung und Direktvermarktung der Software-Spieleentwicklungsplattform Cryengine.

2. „Content": Entwicklung von innovativen 3D-Videospielen für PC, Spielkonsolen und Virtual Reality für Online- und Retailvertrieb sowie Vermarktung der internationalen Online-Spiele in eigener Regie oder mit Partnern.

Der erste Kernbereich ist die Weiterentwicklung und Direktvermarktung der von der Crytek entwickelten Cryengine, einer führenden 3D-Technologie zur Erstellung komplexer und hochwertiger 3D-Spiele, an Spielehersteller und darüber hinausgehend allgemein Entwickler von interaktiven

Inhalten. Die konkrete Umsatzrealisierung im Bereich Technology ergibt sich wesentlich durch Lizenzvermarktungserlöse, regelmäßig auch unterstützt und verknüpft mit Support- und anderen Dienstleistungen im Zusammenhang mit der Nutzung der Engine-Technologie durch den jeweiligen Kunden.

Im Kernbereich „Entwicklung von innovativen 3D-Videospielen" für den PC und Spielekonsolen erfolgen Vertrieb und Vermarktung klassischer Retailspiele mit weltweit bekannten und führenden Unternehmen aus dem Bereich Publishing und Distribution wie Electronic Arts oder Sony Playstation. Onlinespiele werden typischerweise über marktführende, globale Online-Plattformen wie „Steam" vertrieben oder über Kooperationen mit international tätigen Unternehmen wie z.B. Mail.ru. Die konkrete Umsatzrealisierung im dargestellten Kernbereich „Content/Games" vollzieht sich im wesentlichen durch Meilensteinzahlungen während der Entwicklungsphase auf vertraglicher Basis mit dem jeweiligen Entwicklungspartner und durch Einnahme sog. Lizenz-Royalties nach Fertigstellung bzw. Veröffentlichung des Spiels für den Endkunden. Als Besonderheit bei Online-Spielen resultieren hier diese Royalty-Umsätze oftmals aus sog. ‚Item'-Käufen der Endkunden; dazu beträgt der Lebenszyklus erfolgreicher Spiele im Bereich ‚free-to-plag' bis zu 10 Jahre.

Die auf der eigenen Entwicklungsplattform Cryengine erstellten Spiele sind durch herausragende Wertungen von Kritikern mit sog. Blockbuster — Titeln (wie der „Crysis"-Reihe) zu mehr als 170 nationalen und internationalen Auszeichnungen gekommen.

Die bisher vollständig eigenfinanzierten Spielprojekte „Hunt" und „Arena of Fate" wurden im Berichtsjahr 2016 weiterentwickelt. Die Unternehmensplanung geht von einer Liveschaltung des Titels ‚Hunt` im November 2017 aus. Das Spiel wird über den Veröffentlichungsweg „Early Access" auf der weltweit größten, rein digitalen Spieleplattform „Steam" vertrieben. „Early Access" beschreibt eine moderne - und für die relevanten Zielgruppen immer beliebter werdende - Form eines Self-Publishings durch die Spiele-Entwickler selber, wie hier von Crytek.

Für die IP ‚Arena of Fate' werden verschiedene Plattformen für die Veröffentlichung geprüft, insbesondere ein Adaption auf Mobile-Plattformen. Dazu wurden im Berichtsjahr 2016 und im laufenden Geschäftsjahr Gespräche mit Ziel der Lizenzierung an mögliche Partner aus den Bereichen Publishing, Distribution sowie Internet/ Mobile-Konzerne geführt.

Als Ergebnis der in den Vorjahren erbrachten Forschungs- und Entwicklungsleistungen aus dem neuen Gebiet und Crytek-Geschäftsfeld ‚Virtual Reality' wurden im April 2016 sowie im November 2016 die branchenweit vielbeachteten Spieletitel „The Climb" und „Robinson" veröffentlicht.

Schließlich hat sich die Markt- und Wettbewerbssituation für die Crytek GmbH als Entwicklungsstudio mit Blick auf den globalen Games Markt dennoch weiter verschärft. Hierzu hat u.a. beigetragen, dass im Jahr 2016 die von wichtigen Marktteilnehmern (Hardware-, Software und Internetkonzerne) und

der großen Mehrzahl der Analysten erwarteten Absatzziele der Hardware-Devices im Bereich von VR aufgrund verschiedener Problemstellungen nicht erreicht wurden.

Die Geschäftsführung hat insofern im 4. Quartal 2016 die Entscheidung getroffen, sich im Zuge der zukünftig noch eindeutigeren Konzentration des Unternehmens auf hochwertige Games- und Technologie-Entwicklungen auf den Kernstandort Frankfurt sowie die Tochtergesellschaft in Kiew zu fokussieren. Die weiteren Studios und Tochtergesellschaften der Crytek GmbH werden veräußert bzw. geschlossen. Diese Maßnahmen sind heute inhaltlich bereits größtenteils umgesetzt worden. Gleichzeitig fokussiert sich die aktuelle und zukünftige Produktpipeline noch stärker als bisher auf die bereits von Crytek geschaffenen und vorhandenen Premium-IP's.

**2. Forschung und Entwicklung**

Die Forschung und Entwicklung im Bereich fortschrittlicher Softwaretechnologien und deren Umsetzung in innovative Spielkonzepte sind die Kernbereiche der Gesellschaft. Für die Spiele sind stetiger Fortschritt und technologischer Vorsprung die Eigenschaften, die im Vordergrund stehen und Crytek's Geschäftsmodell prägen.

Im Jahr 2016 sind TEUR 25.093 an Forschungs- und Entwicklungskosten angefallen. Davon sind im Berichtsjahr TEUR 11.601 Entwicklungskosten aktiviert worden. Grundlage der Aktivierungen sind Personalkosten der Crytek GmbH sowie Entwicklungsleistungen, welche in den Tochtergesellschaften für die Crytek GmbH erbracht wurden.

Im Zentrum der Forschung bei Cytek steht dabei die Entwicklungsplattform Cryengine, die als technische Plattform fortlaufend weiterentwickelt und neben der Nutzung für eigene Spieletechnologien auch an Lizenznehmer vermarktet wird. Hierbei nimmt die häufig als „next generation computing platform" bezeichnete „Virtual Reality" eine besondere Rolle aus der aktuellen R & D Aktivitäten von Crytek ein.

Exhibit 11
137
Page 1 of 7

Die Forschung und Entwicklung im Bereich fortschrittlicher Softwaretechnologien und deren Umsetzung in innovative Spielkonzepte sind die Kernbereiche der Gesellschaft. Für die Spiele sind stetiger Fortschritt und technologischer Vorsprung die Eigenschaften, die im Vordergrund stehen und Crytek im Geschäftsjahr 2016 antrieben.

Im Jahr 2016 sind TEUR 25.093 an Forschungs- und Entwicklungskosten angefallen. Davon sind im Berichtsjahr TEUR 11.601 Entwicklungskosten aktiviert worden. Grundlage der Aktivierungen sind Personalkosten der Crytek GmbH sowie Entwicklungsleistungen, welche in den Tochtergesellschaften für die Crytek GmbH erbracht wurden.

Im Zentrum der Forschung bei Cytek steht dabei die Entwicklungsplattform Cryengine, die als technische Plattform fortlaufend weiterentwickelt und neben der Nutzung für eigene Spieletechnologien auch an Lizenznehmer vermarktet wird. Hierbei nimmt die häufig als „next generation computing platform" bezeichnete „Virtual Reality" eine besondere Rolle der aktuellen R & D Aktivitäten von Crytek ein. Die genannten R & D Aktivitäten im Segment Cryengine werden - im Gegensatz zu den konkreten Entwicklungsprojekten für Spieletitel - nicht aktiviert.

Schliesslich hat das Jahr 2016, wenn auch die von wichtigen Marktteilnehmen und Analysten erwarteten Absatzziele der Hardware-Devices im Segment VR nicht erreicht wurden, einen technologischen Proof of Concept der Virtual Reality erbracht. Damit öffnet sich für das Thema VR - und in der direkten Folge davon für Crytek's Cryengine - ein vielfaltiges, neues Spektrum an Anwendungsfeldern.

Weiter hat sich die sog. ‚installed base' wichtiger Konsolen- und PC Hardware im Berichtsjahr weiter verbessert, was u.a. die Vermarktungsmöglichkeiten der sich in Entwicklung befindlichen Spieleprojekte verbessert sowie auch zukünftig Raum schafft, um das hohe Potenzial der Crytek-eigenen IP's wieder mit neuen Spieltiteln positiv zu nutzen. Hierzu sind bereits konkrete Spielekonzepte ausgearbeitet worden, mit deren Umsetzung im Jahr 2017 und 2018 begonnen wird.

Grundsätzlich werden Spieletitel sowohl von Crytek eigen- und vorfinanziert, als auch — branchenüblich — Finanzierungen durch Partner realisiert. Konkret wird hierzu in Bezug auf wesentliche Crytek IP's an Zusammenarbeitsvereinbarungen mit interessierten Partnern aus den Bereichen Publishing, Distribution sowie Internet/Media Konzernen gearbeitet, welche insbesondere auch die Finanzierung zum Gegenstand hat. Auch werden die Möglichkeiten von Projektfinanzierungen für einzelne Titel oder Module in Gesprächen u.a. mit darauf spezialisierten Kapitalgebern geprüft.

**3. Ertragslage**

Die Umsatzerlöse betragen im Geschäftsjahr 2016 TEUR 30.286 (Vorjahr: TEUR 26.141).

Der Umsatzanstieg von rd. 16% gegenüber dem Vorjahr 2015 ist primär und wesentlich im Segment Online free-to-play in der engen Zusammenarbeit mit international ausgerichteten Partnern im Bereich Publishing generiert worden.

Weiter konnte - nach den Vorarbeiten insbesondere im Bereich R & D - der Umsatz im noch jungen Bereich VR über die veröffentlichten Titel ‚The Climb' und ‚Robinson' gesteigert werden.

Für selbsterstellte immaterielle Vermögensgegenstände (Computerspiele) sind Herstellungskosten in Höhe von 11.601 TEUR (Vorjahr: TEUR 7.898) angefallen. Bezieht man die hierzu korrespondierenden latenten Steueraufwendungen - unter Berücksichtigung der Abschreibungen auf immaterielle Vermögensgegenstände in der Berichtsperiode - in Höhe von TEUR 3.055 mit ein, resultiert somit aus der Aktivierung ein Ergebniseffekt in Höhe von TEUR 8.546 für die Berichtsperiode.

Der leichte Rückgang der sonstigen betrieblichen Erträge auf TEUR 4.448 (Vorjahr: TEUR 5.726) resultiert ganz wesentlich aus geringeren Erträgen aus Währungsumrechnungen (TEUR 442; Vorjahr: TEUR 4.644). Dafür haben sich die Erträge aus der Auflösung von Rückstellungen auf TEUR 1.615 (Vorjahr: TEUR 670) sowie weitere periodenfremden Erträge auf TEUR 2.167 (Vorjahr: TEUR 52) jeweils erhöht. Wesentliche Positionen in den genannten periodenfremden Erträgen basieren auf Forderungsverzichten der Tochtergesellschaften gegenüber der Crytek GmbH.

Die Materialaufwendungen betreffen wie im Vorjahr im Wesentlichen Entwicklungskosten. Mit Tochtergesellschaften abgeschlossene Entwicklungsverträge, sogenannte Software Development Agreements, sind die Basis für auftragsbezogene Softwareentwicklung für die Gesellschaft. Der daraus resultierende Materialaufwand ist mit TEUR 13.840 praktisch in gleicher Höhe zum Vorjahr (TEUR 13.988) angefallen.

Der Materialaufwand wird im laufenden Geschäftsjahr 2017 aufgrund der o.g. Schließungen (Ungarn, USA, China, Korea) und Veräußerungen (Bulgarien) von Tochtergesellschaften der Crytek GmbH deutlich zurückgehen, weil als Folge davon dann auch keine Entwicklungsleistungen mehr von den Tochtergesellschaften für die Crytek GmbH erbracht werden. Die Entscheidungen für diese Maßnahmen wurden in Q4 2016 gefällt und kommuniziert, die formelle Durchführung und Umsetzung der Schritte wird auch im laufenden und kommenden Geschäftsjahr entsprechend weiterverfolgt.

Der Personalaufwand hat sich von TEUR 20.494 in 2015 auf TEUR 23.902 in 2016 leicht erhöht. Dies ist im Wesentlichen auf eine erhöhte Mitarbeiterzahl am Standort Frankfurt zurückzuführen. Im Jahresdurchschnitt erhöhte sich die Anzahl der Mitarbeiter gegenüber dem Vorjahr (321) um 47 auf 368 Mitarbeiter. Aufgrund der Reduzierung der Aktivitäten im Bereich Publishing wird im laufenden Jahr 2017 ein wieder niedriger Personalaufwand in der Crytek GmbH entstehen.

Die Abschreibungen auf immaterielle Vermögensgegenstände und Sachanlagevermögen in Höhe von TEUR 2.384 (Vorjahr: TEUR 661) spiegeln im Wesentlichen Abschreibungen für selbsterstellte und die von verbundenen Unternehmen im Rahmen von Werkverträgen bezogenen immateriellen Vermögensgegenstände wider. Der Anstieg der Abschreibungen liegt an zwei Einflussgrößen: Zum einen beginnen die Abschreibungen für die neu veröffentlichten Spieletiteln „The Climb" und „Robinson". Zum Anderen erfolgte eine außerplanmäßige Abschreibung auf eine in einer Tochtergesellschaften entwickelten Game-IP in Höhe von TEUR 1.230. Eine Weiterentwicklung des Projektes in der Crytek GmbH selber erschien aus kapazitäts- und wirtschaftlichen Gründen nicht opportun.

Die sonstigen betrieblichen Aufwendungen haben sich - unterproportional zum Umsatzanstieg - von TEUR 10.080 in 2015 auf TEUR 10.655 in 2016 in Summe kaum erhöht, was auf den Fixkostencharakter vieler Aufwandspositionen zurückzuführen ist. Als Gegenposition zu den o.g. angestiegenen periodenfremden Erträgen haben sich hierin die periodenfremden Aufwendungen auf TEUR 1.148 erhöht (Vorjahr: TEUR -2). Diese periodenfremden Aufwendungen enthalten Abschreibungen auf Forderungen der Crytek GmbH gegen Tochtergesellschaften und korrespondieren insoweit auch mit den dargestellten periodenfremden Erträgen.

Die Finanzierungskosten sind mit TEUR 1.377 auf einem deutlich niedrigeren absoluten Niveau gegenüber dem Vorjahr (TEUR 2.683). Werden die Kosten für die Ablösung einer Sonderfinanzierung in Höhe von TEUR 1.330 in 2015 berücksichtigt, hat sich das Niveau der Finanzierungskosten in 2016 aufgrund der angestiegenen Verbindlichkeiten leicht erhöht.

Es sind latente Steueraufwendungen (TEUR 3.055) aus den aktivierten selbst erstellten immateriellen Vermögensgegenständen angefallen. Gegenläufig kommen Erträge aus der Erhöhung aktiver latenter Steuern auf Verlustvorträge (TEUR 9.677) sowie aktive latente Steuern auf temporäre Differenzen zwischen Handels- und Steuerbilanz (TEUR 114) hinzu, so dass insgesamt ein Ertrag aus latenten Steuern von TEUR 6.736 ausgewiesen wird.

Insgesamt ergab sich im Geschäftsjahr 2016 ein Jahresüberschuss in Höhe von TEUR + 961 (Vorjahr: Jahresfehlbetrag von TEUR -7.788). Der Jahresüberschuss ist wie im Vorjahr im Wesentlichen durch die aktivierten Herstellungskosten für Spiele geprägt. Die deutliche Verbesserung des Jahresüberschusses ist im Wesentlichen auf die aktivierten latenten Steuern zurückzuführen. Im Vorjahr resultierte der Großteil der latenten Steueraufwendungen aus der Aktivierung der Entwicklungskosten für Spiele (TEUR 2.521) sowie aus der Auflösung aktiver latenter Steuern auf Verlustvorträge in Höhe von TEUR 355.

Für 2016 ergibt sich somit ein negatives EBITDA von TEUR 1.822, prognostiziert war ein EBITDA im oberen einstelligen Mio. € Bereich. Weiter ergibt sich für 2016 ein EBIT von TEUR -4.446, prognostiziert war ein leicht positives EBIT. Schließlich liegt der Jahresüberschuss von TEUR 961 über der Prognose eines insgesamt ausgeglichenen Jahresergebnisses. Dies ist im Wesentlichen auf die Erhöhung der aktiven latenten Steuern zurückzuführen.

Die Umsatzrentabilität betrug somit 3,2% für das Geschäftsjahr 2016, Im Vorjahr wurde ein negatives Ergebnis erwirtschaftet.

Der ausgewiesene Umsatzanstieg aus dem laufenden operativen Geschäft im niedrigen zweistelligen Bereich war noch nicht ausreichend, um das Unternehmen in die operative Gewinnzone zu führen. Konkret wurde das angestrebte und erwartete positive operative Ergebnis für das Berichtsjahr 2016 durch einen noch nicht zur finalen Exekution gebrachten Abschluss einer umfangreichen Lizenzvereinbarung für den asiatischen Markt nicht erreicht, obwohl bereits vertragliche Grundlagen hierfür im Berichtsjahr geschaffen werden konnten. Die Geschäftsführung geht davon aus, dass diese beschriebene Lizenz-Vereinbarung mit Fokus auf dem asiatischen Markt im mittleren bis oberen einstelligen Mio-€ Bereich aber noch im laufenden Geschäftsjahr 2017 abgeschlossen werden kann, so dass ein positiver Umsatz- und Ergebniseffekt insoweit dem Unternehmen dann noch zugehen wird. Diese Erträge umfassen gemäß der vorliegenden Entwürfe sowohl einen signifikanten Einmalbetrag mit dem Abschluss der Lizenzierung sowie weitere längerfristig laufende erfolgsabhängige Erträge.

**4. Finanzlage**

Der Cashflow aus laufender Geschäftstätigkeit beträgt in 2016 TEUR 4.602 (Vorjahr: TEUR 5.723). Der somit weiterhin positive Cashflow aus der laufenden Geschäftstätigkeit resultiert insbesondere aus dem Aufbau der Verbindlichkeiten aus Lieferungen und Leistungen.

Der negative Cashflow aus der Investitionstätigkeit beläuft sich auf TEUR 11.488 und resultiert im Wesentlichen aus Auszahlungen für selbsterstellte immaterielle Vermögensgegenstände. Der Cashflow aus der Finanzierungstätigkeit beträgt TEUR 6.242 und resultiert wesentlich aus Einzahlungen aus der Erhöhung von Darlehen bei Kreditinstituten.

Der Liquiditätsbedarf konnte grundsätzlich durch den Cashflow aus laufender Geschäftstätigkeit sowie im Wesentlichen aus der Ausnutzung von Kreditlinien gedeckt werden. Zum 31. Dezember 2016 bestanden keine offenen Kreditlinien. Kurzfristige Liquiditätsengpässe konnten überbrückt und beseitigt werden.

Die Finanzverbindlichkeiten sind aufgrund der Ausnutzung von Kreditlinien angestiegen. Die Verbindlichkeiten gegenüber Kreditinstituten betragen zum 31.12.2016 TEUR 12.592 im Vergleich zu EUR 6.925 im Vorjahr. Die Kontokorrentkredite und Tilgungsdarlehen gegenüber Kreditinstituten haben eine Laufzeit bis in das Jahr 2018 und sind durch Zessionen hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden abgesichert. Die Verbindlichkeiten gegenüber Kreditinstituten wurden im Zuge der Neufinanzierung im laufenden Geschäftsjahr 2017- siehe Beschreibung im Nachtragsbericht im Anhang - vollständig abgelöst. Zum 31. Dezember 2016 bestanden keine offenen Kreditlinien.

Die Erhöhung der Verbindlichkeiten von TEUR 26.274 auf TEUR 39.372 resultiert neben dem dargestellten Anstieg der Verbindlichkeiten gegenüber Kreditinstituten aus einem Anstieg der Verbindlichkeiten aus Lieferungen und Leistungen von TEUR 885 auf TEUR 4.246 durch Ausnutzung verlängerter Zahlungsziele sowie von sonstigen Verbindlichkeiten (inkl. Gesellschafterdarlehen) von TEUR 16.204 auf TEUR 19.426.

Die Verbindlichkeiten gegenüber verbundenen Unternehmen, welche im Wesentlichen aus Entwicklungsleistungen der Tochterunternehmen hervorgehen, erhöhten sich leicht auf TEUR 3.106 (Vorjahr: TEUR 2.261).

Die Verbindlichkeiten gegenüber Gesellschaftern haben sich gegenüber dem Vorjahr um TEUR 574 erhöht.

Die Gesellschaft weist einen nicht durch Eigenkapital gedeckten Fehlbetrag in Höhe von TEUR 1.968 aus. Die geschäftsführenden Gesellschafter haben sich auf Gesellschafterdarlehen befristet bis 2019 qualifizierte Rangrücktritte in Höhe von insgesamt TEUR 9.000 erklärt. Rechnet man die mit

qualifizierten Rangrücktritten versehenen Gesellschafterdarlehen dem Eigenkapital zu, ergibt sich ein wirtschaftliches Eigenkapital von TEUR 7.032.

Der Anlagendeckungsgrad II (bilanzielles Eigenkapital + langfristige Verbindlichkeiten / langfristige Vermögenswerte) beläuft sich zum 31. Dezember 2016 auf 33 % (Vorjahr: 53 %).

Das wirtschaftliche Eigenkapital im Verhältnis zur Bilanzsumme stellt sich zum 31. Dezember 2016 in ähnlicher Höhe mit 34 % (Vorjahreswert 53%) dar.

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT

Exhibit 11
138

Page 2 of 7

Die Gesellschaft weist einen nicht durch Eigenkapital gedeckten Fehlbetrag in Höhe von TEUR 1.968 aus. Die geschäftsführenden Gesellschafter haben auf Gesellschafterdarlehen befristet bis 2019 qualifizierte Rangrücktritte in Höhe von insgesamt TEUR 9.000 erklärt. Rechnet man die mit qualifizierten Rangrücktritten versehenen Gesellschafterdarlehen dem Eigenkapital zu, ergibt sich ein wirtschaftliches Eigenkapital von TEUR 7.032.

Der Anlagendeckungsgrad II (bilanzielles Eigenkapital + langfristige Verbindlichkeiten / langfristige Vermögenswerte) beläuft sich zum 31. Dezember 2016 auf 33 % (Vorjahr: 53 %).

Das wirtschaftliche Eigenkapital im Verhältnis zur Bilanzsumme stellt sich zum 31. Dezember 2016 in ähnlicher Höhe mit 34 % (Vorjahreswert 53%) dar.

Die Geschäftsführung geht auf Basis der Unternehmens- und Liquiditätsplanung davon aus, dass die Fortführung der Unternehmenstätigkeit gesichert ist. Hinsichtlich der bestehenden Risiken wird auf die Erläuterungen im Risiko- und Prognosebericht verwiesen sowie in Bezug auf die Liquidät auf den Nachtragsbericht im Anhang.

5. Vermögenslage

Die Bilanzsumme ist aufgrund des Anstiegs des Anlagevermögens und Verbindlichkeiten von TEUR 29.865 auf TEUR 41.421 angestiegen.

Auf der Aktivseite sind die immateriellen Vermögensgegenstände, insbesondere aufgrund der Aktivierung von selbst erstellten Computerspielen in Höhe von TEUR 15.743 auf TEUR 25.177 angestiegen. Die voraussichtlichen Fertigstellungszeitpunkte der Computerspiele liegen in den Geschäftsjahren 2017 und 2018. Die selbst erstellten immateriellen Computerspiele stellen 63,5% der Bilanzsumme (nach Abzug des nicht durch Eigenkapital gedeckten Fehlbetrags) dar. Der Anlagenabnutzungsgrad zum Stichtag beträgt 35,4%.

Die Forderungen aus Lieferungen und Leistungen sind im Vergleich zum Vorjahr auf TEUR 1.664 (Vorjahr: TEUR 3.262) gesunken. Aufgrund der im Bereich periodenfremde Aufwendungen benannten Abschreibungen bestehen keine Forderungen gegen verbundene Unternehmen mehr.

Die aktiven latenten Steuern haben sich um TEUR 6.736 auf TEUR 9.611 erhöht. Wesentliche Ursache hierfür ist der Verlustvortrag der Crytek GmbH, verbunden mit einer erwarteten Nutzung des Vortrages gemäß der hierfür zugrunde zulegenden 5 Jahres-Planung. Crytek plant insoweit die Nutzung der steuerlichen Verlustvorträge von TEUR 52.130 (Körperschaftsteuer) bzw. TEUR 52.130 (Gewerbesteuer). Die aktiven latenten Steuern stellen 24,4% der Bilanzsumme (nach Abzug des nicht durch Eigenkapital gedeckten Fehlbetrags) dar.

6. Chancen- und Risikobericht

Der Gesamtmarkt für Videogames wächst z. Zt. mit einer durchschnittlichen Rate von 8% p. a. und hat im Berichtsjahr das markante Volumen von 100 Mrd. $ überschritten. Sämtliche Endgeräte für die Crytek Spiele entwickelt, also PC, Konsole, VR/AR Devices, weisen weiter signifikantes Wachstum auf. Dieses Marktumfeld bietet Crytek konkrete Möglichkeiten mit den bestehenden Games IP wie auch mit neuen Spieletiteln am Marktwachstum überproportional zu partizipieren.

In diesem Zusammenhang wurde auf der wichtigen Branchen-Messe E3 in Los Angeles im Juni 2017 das Spiel „Hunt" vorgestellt.

Das vorgestellte Spielkonzept erhielt herausragende Kritiken und insgesamt 5 Auszeichnungen anerkannter internationaler Fachmedien („Best of E3 2017").

Insofern rechnet die Geschäftsführung für den Launch des neuen Spieletitels „Hunt" mit einer guten bis sehr guten Akzeptanz am Markt.

Weiter hat die im High-End Segment positionierte Cryengine alle Voraussetzungen, um weiter in der Spitzengruppe von Games-technologie Impulse zu setzen und Potenziale zu heben. Hierbei bietet auch das noch junge Segment VR ein vielfältiges, neues Spektrum an möglichen Anwendungsfeldern.

Im Rahmen des spezifischen Risikoprofils sind für Crytek u.a. das anteilige Markterfolgsrisiko sowie das Entwicklungsrisiko aufzuzeigen.

Das anteilige Markterfolgsrisiko besteht insbesondere in mangelnder Nachfrage nach einem Spiel, die in Folge zu einer frühzeitigen Reduzierung des tatsächlich erzielbaren Umsatzes für Crytek führen kann. Dieses Risiko existiert grundsätzlich bei der Veröffentlichung jedes Spiels bei dem eine zumindest teilweise umsatzabhängige Vergütung vereinbart wurde. Sollte ein Spiel nicht die geplanten umsatzabhängigen Vergütungen erzielen, können sich hieraus erhebliche Auswirkungen auf die Umsatzerlöse, das Jahresergebnis und den Cashflow aus operativer Geschäftstätigkeit ergeben. Im Onlinegeschäft liegt das Risiko in der mangelnden Akzeptanz der Kunden, die sich unmittelbar auf die Höhe der Verkäufe von Zusatzinhalten auswirken kann. Diesen Risiken begegnet die Gesellschaft durch Marktanalysen inkl. Konkurrenzprodukten, Markttestings, frühzeitige Einbindung von Usern sowie Steuerung der KPI's durch Business Intelligence. Häufig und auch von Crytek verwendete KPI-Kennzahlen sind hier z.B. DAU (Daily Active User), MAU (Monthly Active User), PCU (Peak Concurrent User) und ARPPU (Average Revenue Per Paying User), wo durch Zeitvergleiche und Benchmarking wertvolle Hinweise zur Verbesserung von Spielinhalten und Formaten sowie Anreizstrukturen im Spiel gewonnen werden, die dann über die messbaren Verbesserung dieses KPI's zu höherer Profitabilität / Wachstum führen.

Das zweite wesentliche Risiko ist das Entwicklungsrisiko. Es besteht in der Nichterreichung von Meilensteinen aufgrund unplanmäßigen Projektfortschritts, den daraus resultierenden Verzögerungen der Teilabnahmen sowie der damit verbundenen Zahlungen seitens der Entwicklungspartner und im

Extremfall der Einstellung eines Projekts. Die Gesellschaft begrenzt dieses Risiko auf der einen Seite durch Einsatz adäquater, moderner IT-gestützer Instrumente des Projektmanagements. Auf der anderen Seite können und werden auf der vertrieblichen Seite Instrumente wie der in Bezug auf den Fertigstellungsgrad der Produktentwicklung sehr frühe Veröffentlichungszeitpunkt „Early Access" eingesetzt. Hier wird durch frühzeitige Einbindung der Community die weitere Produktentwicklung mit dem direkten Feedback der Endkunden abgeglichen.

Weiter ist die Gesellschaft, insbesondere aufgrund ihrer Ausrichtung auf Premium-Titel und anspruchsvolle Technologieentwicklungen mit globaler Ausrichtung, auf eine qualifizierte und in Teilen auch spezialisierte Mitarbeiterschaft angewiesen. Crytek begegnet dieser Anforderung durch ein langfristiges, international ausgerichtetes Human Resources Management, wo die Vorzüge des multinationalen geprägten Klimas und gerade der besonders spannenden und herausfordernden Themenstellung - im Zusammenspiel mit der renommierten, Fachkräfte anziehenden Marke Crytek im Markt für Videogames - im Zentrum der Ansprache potenzieller Mitarbeiter steht. Crytek beschäftigt Mitarbeiter aus 40 Nationen.

Die Gesellschaft steht naturgemäß im Wettbewerb mit anderen Unternehmen mit gleicher oder ähnlicher Wertschöpfung. Hier ist festzustellen, dass gerade in den Haupt-Märkten USA und Asien vergleichbaren Unternehmen wesentlich höhere Summen an Kapital zur Verfügung stehen bzw. gestellt werden. Ein Risiko aus diesen unterschiedlichen Kapitalausstattungen kann sich in Preisstrukturen für Lizenzentgelte widerspiegeln, wo gerade amerikanische und asiatische Unternehmen im hier gegenständlichen Software-, Technologie- und Digitalbereich häufig über niedrige Preise - bis hin zu kostenlosen Angebotsformen - zunächst massiv Marktanteile gewinnen, um dann erst in späteren Perioden Rentabilitätsziele zu realisieren. Selbst in europäischen Ländern wie Frankreich und Großbritannien wird die Gamesbranche u.a. durch direkte Steuerförderungsprogramme insbesondere in Bezug auf peronalintensive Projekt-Entwicklungen wesentlich stärker als in Deutschland gefördert. Die Gesellschaft setzt auch deshalb auf Abgrenzung in diesem Wettbewerbsumfang durch Vorsprung und ständige Innovationen in der Technologie, welche vom Wettbewerb wesentlich schwieriger aufzunehmen sind als beispielsweise budgetgetriebene Maßnahmen im Bereich Marketing.

Aufgrund bestehender Finanzverbindlichkeiten ist ein potenzielles Zinsänderungsrisiko zu berücksichtigen. In der neu abgeschlossenen Finanzierung ist der Zinssatz längerfristig festgeschrieben; Crytek plant die Bedienung der insoweit feststehenden Zinsaufwendungen durch den operativen Cash Flow.

Des Weiteren bestehen grundsätzlich Forderungsausfallrisiken. Crytek betreibt ein Mahnwesen in dem fällige Forderungen systematisch und in engem zeitlichen Rhythmus nachverfolgt werden. Kunden und Partner der Crytek GmbH sind typischerweise international agierende Konzerne mit guter bis sehr guter Bonität, von daher bestehen in Relation zu anderen Branchen und historisch nur deutlich unterdurchschnittliche Risiken von Forderungsausfällen.

Die Risiken des Managements der Finanzanlagen mit Bezug zu deren Werthaltigkeit haben sich durch die dargestellte Fokussierung der Crytek auf das operative Kerngeschäft mit paralleler Reduzierung der Aktivitäten von Tochtergesellschaften im Berichtsjahr und des laufenden Geschäftsjahres eindeutig vermindert.

Darüber hinaus können sich aus den langfristigen Verträgen mit den Entwicklungspartnern und Lizenznehmern auch Wechselkursrisiken ergeben, sofern die vertraglich vereinbarten Zahlungen nicht in Euro erfolgen. Dies kann zu Währungsverlusten, aber auch zur Realisierung von Währungsgewinnen führen. Zur Verringerung des Wechselkursrisikos in der Gesellschaft werden Geldflüsse konsequent überwacht, die nicht auf Euro lauten. Allgemein wird im Rahmen des Risikomanagements zwischen kurzfristigen (mit einer Fälligkeit innerhalb 6 Monaten) und längerfristigen Geldflüssen (mit einer Fälligkeit von mehr als 6 Monaten) unterschieden. Wenn davon ausgegangen wird, dass sich die Zu- und Abflüsse von Zahlungen in einer bestimmten Währung ausgleichen werden oder eine Fälligkeit von weniger als 6 Monaten aufweisen, werden keine Sicherungsgeschäfte abgeschlossen. Bei länger laufenden Wechselkursrisiken (Euro-USD) und in Größenordnungen des zugrundeliegenden Basisgeschäftes ab rd. 1 Mio € werden Sicherungsgeschäfte in Form der Absicherung von Wechselkursrisiken über übliche Währungstermingeschäfte grundsätzlich geprüft.

Bei den in Zusammenarbeit mit Entwicklungspartnern und Lizenznehmern durchgeführten Produktentwicklungen wird angestrebt, die voraussichtlich anfallenden Kosten durch die vertragliche Vereinbarung von Teilabnahmen und damit verbundenen Zahlungen im Wesentlichen bereits vollständig abzudecken. Darüber hinaus werden umsatzabhängige Erlöse aus dem Vertrieb der Spiele sowie aus der Lizenzierung des Technologiekerns Cryengine generiert.

Da Crytek jedoch auch Computerspiele ohne die Einbindung von Publishern entwickelt und auch Technologieentwicklungen laufend vorfinanziert, kann während der Entwicklungszeit zwischenzeitlicher Liquiditätsbedarf entstehen. Um dieser Anforderung zu begegnen, hat die Gesellschaft im laufenden Geschäftsjahr eine umfassende mittelfristige Finanzierungsmaßnahme vertraglich abgeschlossen, welche auch einen Rahmen für Möglichkeiten einer zusätzlichen Erhöhung vorsieht. Vgl. hierzu die Ausführungen des Nachtragsberichtes im Anhang.

Mögliche Liquiditätsbeschaffungsmaßnahmen sind Verhandlungen mit bestehenden Gesellschaftern über zusätzliche Eigenkapitalzuführungen, Verhandlungen mit Dritten über die Zurverfügungstellung von finanziellen Mitteln sowie die Verhandlung mit Entwicklungspartnern über Vorab-Meilensteine-Zahlungen oder Minimumgarantien für entwickelte Spiele. Konkret wird auch die Finanzierung einzelner Spieletitel durch strukturierte, auf die Besonderheiten der Branche zugeschnittene Projektfinanzierungen geprüft.

Darüber hinaus werden von den geschäftsführenden Gesellschaftern regelmäßig Gespräche mit investitionsinteressierten, international ausgerichteten Private Equity und Private Debt- Fonds-Gesellschaften geführt.

Die Zukunft der Gesellschaft wird somit geprägt sein von Chancen und Risiken in einem sich stetig ändernden Marktumfeld. Sämtliche in der Entwicklung befindliche Projekte im Premium- und Online-Spiele-Segment bilden das zentrale Umsatz-Potenzial für Crytek. Hier sind neue Abschlüsse von Verträgen mit Entwicklungs- und Distributionspartnern zu erwarten, die Meilenstein- und umsatzabhängige Zahlungen und damit die Verbesserung der Ertragslage zu Folge haben.

Die Geschäftsführung geht auf Basis der Planung für die Geschäftsjahre 2017 und 2018 von einem ausreichend hohen positiven Cashflow aus operativer Geschäftstätigkeit aus, um die Zahlungsfähigkeit der Gesellschaft für das Jahr 2017 und 2018 (den Prognosezeitraum) zu gewährleisten. Haupteinflussfaktoren für die Planung der Zahlungsmittelzuflüsse sind die bereits vertraglich fixierten Meilensteinzahlungen aus abgeschlossenen Entwicklungsverträgen, die prognostizierten Erlöse im Onlinebereich, sowie die Lizenzeinnahmen veröffentlichter Spieletitel sowie aus der Lizenzierung der Cryengine. Bei den für 2017 und 2018 in der Planung antizipierten Einzahlungen entfallen wesentliche Teile auf vertraglich abgesicherte Entwicklungs- und Vertriebsvereinbarungen mit international tätigen Marktpartnern. Diese Partner sind typischerweise Distributoren, Publisher sowie Internetkonzerne mit i.d.R. eigenen Vermarktungsplattformen. Bei geplanten Veröffentlichungen basieren die Annahmen bzgl. der Einzahlungserwartungen dabei auf Erfahrungen aus der Vergangenheit und vergleichbaren am Markt etablierten Spielen.

Document title: Bundesanzeiger  
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet  
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT  

Exhibit 11  
139

Page 3 of 7

und damit die Verbesserung der Ertragslage zu Folge haben.

Die Geschäftsführung geht auf Basis der Planung für die Geschäftsjahre 2017 und 2018 von einem ausreichend hohen positiven Cashflow aus operativer Geschäftstätigkeit aus. Im Geschäftsjahr 2016 beträgt der Cashflow aus operativer Geschäftstätigkeit 2017 TEUR 4.643. Haupteinflussfaktoren für die Planung der Zahlungsmittelzuflüsse sind die bereits vertraglich fixierten Meilensteinzahlungen aus abgeschlossenen Entwicklungsverträgen, die prognostizierten Erlöse im Onlinebereich, sowie die Lizenzeinnahmen veröffentlichter Spieletitel sowie aus der Lizenzierung der Cryengine. Bei den für 2017 und 2018 in der Planung antizipierten Einzahlungen entfallen wesentliche Teile auf vertraglich abgesicherte Entwicklungs- und Vertriebsvereinbarungen mit international tätigen Marktpartnern. Diese Partner sind typischerweise Distributoren, Publisher sowie Internetkonzerne mit i.d.R. eigenen Vermarktungsplattformen. Bei geplanten Veröffentlichungen basieren die Annahmen bzgl. der Einzahlungserwartungen dabei auf Erfahrungen aus der Vergangenheit und vergleichbaren am Markt etablierten Spielen.

Wesentliche Risiken im Zusammenhang mit der Planung bestehen insbesondere darin, dass sich die Einzahlungen aus der Teilnahme einzelner Meilensteine verzögern können, wenn die betroffenen Projekte nicht fristgerecht fertiggestellt werden. Darüber hinaus bestehen Schätzrisiken, da sowohl die Prognosen über die umsatzabhängigen Vergütungen aus der Vermarktung der Computerspiele als auch die aus der Lizenzierung der Cryengine erwarteten Erträge bzw. Zahlungsströme naturgemäß ermessensbehaftet sind und nicht auf bereits vertraglich fixierten Produkt-Bestellungen beruhen. In den Segmenten der Online Spiele können Einnahmen zwar nicht genau prognostiziert werden, jedoch können hier bei bereits veröffentlichen Spielen auf Basis von Vergangenheitswerten i.d.R. Forecasts mit hoher Prognosequalität erstellt werden.

Die Geschäftsführung der Gesellschaft begegnet den genannten Risiken durch eine umfassende Liquiditätssteuerung und –überwachung und hat hierfür durch die im Nachtragsbericht (im Anhang) beschriebenen Abschluss einer neuen Finanzierung die finanziellen Grundlagen geschaffen.

## 7. Prognosebericht

Die Geschäftsjahre 2017 und 2018 werden für Crytek geprägt sein von Chancen und Herausforderungen in einem stetig wachsenden Marktumfeld. Sämtliche Projekte im Off- und Onlinespielesegment, die sich derzeit in der Entwicklungsphase und — wie im Fall des Titels „Hunt" -

teilweise unmittelbar vor Launch befinden, bilden ein wichtiges Umsatzpotenzial für Crytek. Dazu wird aktuell an weiteren Abschlüssen von Entwicklungsverträgen im Premium - und Onlinesegement sowie an Partnerschaften gearbeitet, um damit verbunden in 2017 und 2018 sowie in den Folgejahren weiter steigende Umsatzerlöse zu erzielen. Die Umsatzsteigerungen werden im unteren bis mittleren zweistelligen prozentualen-Bereich erwartet, was u.a. von der jeweiligen Akzeptanz neu gelaunchter Spiele-Titel abhängt.

Für das laufende Geschäftsjahr 2017 erwartet die Geschäftsführung aufgrund der bereits im I. Quartal 2017 realisierten Lizenz-Verträge und der geplanten Liveschaltung des Titels ‚Hunt` in November 2017 und Early Access sowie dem Start der Entwicklung eines neuen Titels mit einer vorhandenen Premium IP sowie des Abschlusses des o.g. Lizenzvertrages für den asiatischen Raum ein deutlich besseres EBITDA sowie deutlich verbessertes EBIT. Der Jahresüberschuss soll nach Planung der Geschäftsführung ebenso deutlich verbessert werden. Für das kommende Geschäftsjahr 2018 erwartet die Geschäftsführung ein gegenüber 2016 wesentlich besseres EBITDA sowie ebenfalls deutlich erhöhtes EBIT. Der Jahresüberschuss soll nach Planung der Geschäftsführung ebenso deutlich verbessert werden.

Frankfurt am Main, den 11. Dezember 2017

*Avni Yerli*
*Faruk Yerli*
*Ahmet Sahin*

## Bilanz zum 31. Dezember 2016

### Aktiva

|  | 31.12.2016 EUR | 31.12.2015 EUR |
|---|---|---|
| A. Anlagevermögen |  |  |
| I. Immaterielle Vermögensgegenstände |  |  |
| 1. Selbst geschaffene Immaterielle Vermögensgegenstände des Anlagevermögens | 25.035.884,32 | 15.466.049,32 |
| 2. Software und Lizenzen | 141.141,00 | 277.195,00 |
|  | 25.177.025,32 | 15.743.244,32 |
| II. Sachanlagen |  |  |
| 1. Mietereinbauten | 46.446,00 | 65.740,00 |
| 2. Betriebs- und Geschäftsausstattung | 194.042,00 | 265.563,00 |
|  | 240.488,00 | 331.303,00 |
| III. Finanzanlagen |  |  |
| 1. Anteile an verbundenen Unternehmen | 651.563,40 | 891.115,87 |
|  | 26.069.076,72 | 16.965.663,19 |
| B. Umlaufvermögen |  |  |
| I. Forderungen und sonstige Vermögensgegenstände |  |  |
| 1. Forderungen aus Lieferungen und Leistungen | 1.663.762,72 | 3.261.560,90 |
| 2. Forderungen gegen verbundene Unternehmen | 0,00 | 1.328.150,73 |
| 3. Sonstige Vermögensgegenstände | 913.799,93 | 1.287.964,78 |
|  | 2.577.562,65 | 5.877.676,41 |
| II. Kassenbestand und Guthaben bei Kreditinstituten | 657.584,38 | 613.076,88 |
| C. Rechnungsabgrenzungsposten | 537.467,96 | 603.957,78 |
|  | 29.841.691,71 | 7.094.711,07 |
| D. Aktive latente Steuern | 9.611.384,83 | 2.875.119,04 |
| E. Nicht durch Eigenkapital gedeckter Fehlbetrag | 1.968.264,46 | 2.929.075,57 |
|  | 41.421.341,00 | 29.864.568,87 |

### Passiva

|  | 31.12.2016 EUR | 31.12.2015 EUR |
|---|---|---|
| A. Eigenkapital |  |  |
| I. Gezeichnetes Kapital | 89.170,00 | 89.170,00 |
| II. Kapitalrücklage | 22.991.830,00 | 22.991.830,00 |
| III. Verlustvortrag | 26.010.075,57 | 18.222.522,32 |
| IV. Jahresüberschuss (Vorjahr: Jahresfehlbetrag) | 960.811,11 | -7.787.553,25 |
| Zwischensumme | -1.968.264,46 | -2.929.075,57 |
| Übertrag auf die Aktivseite E. | 1.968.264,46 | 2.929.075,57 |
|  | 0,00 | 0,00 |
| B. Rückstellungen |  |  |
| 1. Steuerrückstellungen | 0,00 | 5.106,64 |
| 2. Sonstige Rückstellungen | 2.037.086,39 | 3.217.528,84 |
|  | 2.037.086,39 | 3.222.635,48 |
| C. Verbindlichkeiten |  |  |
| 1. Verbindlichkeiten gegenüber Kreditinstituten | 12.592.296,88 | 6.924.902,96 |
| 2. Verbindlichkeiten aus Lieferungen und Leistungen | 4.246.374,24 | 885.172,07 |
| 3. Verbindlichkeiten gegenüber Gesellschaftern | 16.087.481,77 | 15.513.054,95 |
| (davon aus Lieferungen und Leistungen: TEUR 0; Vorjahr: TEUR 0) |  |  |
| 4. Verbindlichkeiten gegenüber verbundenen Unternehmen | 3.105.907,20 | 2.260.505,16 |
| (davon aus Lieferungen und Leistungen: EUR 3.105.907,20; Vorjahr: TEUR 2.261) |  |  |
| 5. Sonstige Verbindlichkeiten | 3.352.194,52 | 690.859,11 |
| (davon aus Steuern: EUR 917.621,27; Vorjahr: TEUR 308) |  |  |
| (davon im Rahmen der sozialen Sicherheit: EUR 379.185,55; Vorjahr: TEUR 379) |  |  |
|  | 39.384.254,61 | 26.274.494,25 |
| D. Rechnungsabgrenzungsposten | 0,00 | 367.439,14 |
|  | 41.421.341,00 | 29.864.568,87 |

### Gewinn- und Verlustrechnung für die Zeit vom 1. Januar bis 31. Dezember 2016

|  | 2016 EUR | Vorjahr EUR |
|---|---|---|
| 1. Umsatzerlöse | 30.286.051,28 | 26.141.347,40 |
| 2. Andere aktivierte Eigenleistungen | 11.601.030,00 | 7.897.878,50 |
| 3. Sonstige betriebliche Erträge | 4.447.774,70 | 5.726.256,38 |
| (davon Erträge aus der Währungsumrechnung: EUR 441.907,15 Vorjahr: TEUR 4.644) |  |  |
| 4. Materialaufwand |  |  |
| Aufwendungen für Roh-, Hilfs- und Betriebsstoffe | 0,00 | 5.868,57 |
| Aufwendungen für bezogene Leistungen | 13.839.800,55 | 13.982.409,13 |
| 5. Personalaufwand |  |  |

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT

Exhibit 11
140

Page 4 of 7

|  | EUR | EUR |
|---|---:|---:|
| 1. Umsatzerlöse | 30.286.051,28 | 26.141.347,40 |
| 2. Andere aktivierte Eigenleistungen | 19.044.658,57 | 15.348.577,– |
| 3. Sonstige betriebliche Erträge | 4.447.774,70 | 5.726.256,38 |
| (davon Erträge aus der Währungsumrechnung: EUR 441.907,15 Vorjahr: TEUR 4.644) | | |
| 4. Materialaufwand | | |
| Aufwendungen für Roh-, Hilfs- und Betriebsstoffe | 0,00 | 5.868,57 |
| Aufwendungen für bezogene Leistungen | 13.839.800,55 | 13.982.409,13 |
| 5. Personalaufwand | | |
| a) Löhne und Gehälter | 20.253.954,11 | 17.302.445,74 |
| b) Soziale Abgaben und Aufwendungen für Altersversorgung und für Unterstützung | 3.648.390,12 | 3.192.003,88 |
| (davon für Altersversorgung: EUR 3.000,00; Vorjahr: TEUR 3) | | |
| 6. Abschreibungen | | |
| auf immaterielle Vermögensgegenstände des Anlagevermögens und Sachanlagen | 2.384.270,01 | 660.775,82 |
| 7. Sonstige betriebliche Aufwendungen | 10.415.240,05 | 10.079.867,00 |
| (davon Aufwendungen aus der Währungsumrechnung: EUR 319.098,27; Vorjahr: TEUR 886) | | |
| 8. Erträge aus Beteiligungen | | |
| (davon an verbundenen Unternehmen: EUR 0.00; Vorjahr: TEUR 3.312) | 0,00 | 3.311.763,34 |
| 9. Sonstige Zinsen und ähnliche Erträge | 12.434,45 | 332.384,34 |
| (davon an verbundenen Unternehmen: EUR 0.00; Vorjahr: TEUR 332) | | |
| 10. Abschreibungen auf Finanzanlagen und auf Wertpapiere des Umlaufvermögens | 239.552,47 | 0,00 |
| 11. Zinsen und ähnliche Aufwendungen | 1.377.354,99 | 2.682.694,02 |
| (davon aus verbundenen Unternehmen: EUR 0,00; Vorjahr: TEUR 0) | | |
| (davon aus der Aufzinsung von Rückstellungen: EUR 15.645,96; Vorjahr: TEUR 18) | | |
| 12. Steuern vom Einkommen und vom Ertrag | | |
| (davon Ertrag aus latenten Steuern (Vorjahr Aufwand) : TEUR 6.736; Vorjahr: TEUR-2.782) | -6.780.671,94 | 3.220.904,64 |
| 13. Ergebnis nach Steuern | 969.400,07 | -7.717.338,84 |
| 14. Sonstige Steuern | 8.588,96 | 70.214,41 |
| 15. Jahresüberschuss (Vorjahr: Jahresfehlbetrag) | 960.811,11 | -7.787.553,25 |

**Anhang für das Geschäftsjahr 2016**

**der Crytek GmbH, Frankfurt am Main**

**1. Allgemeine Angaben zum Jahresabschluss**

Der Jahresabschluss zum 31. Dezember 2016 der Crytek GmbH mit Sitz in Frankfurt am Main, eingetragen im Handelsregister des Amtsgerichts Frankfurt am Main unter HRB 77322, ist nach den Vorschriften des Handelsgesetzbuches für große Kapitalgesellschaften aufgestellt worden.

Durch das erstmals für das Unternehmen anzuwendende Bilanzrichtlinie-Umsetzungsgesetz (BilRUG) und damit geänderte Vorschriften des HGB (insbesondere auch die Umsatzerlösdefinition) haben sich keine Ausweis-Auswirkungen ergeben.

**2. Angaben zu Bilanzierungs- und Bewertungsmethoden**

Für die Aufstellung des Jahresabschlusses waren die nachfolgenden Bilanzierungs- und Bewertungsmethoden maßgeblich.

Die entgeltlich von Dritten erworbenen immateriellen Vermögensgegenstände werden zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen, über den Zeitraum ihrer nach Erfahrungswerten geschätzten Nutzungsdauer von drei Jahren, bewertet. Die im Geschäftsjahr 2016 zugegangenen immateriellen Vermögensgegenstände werden zeitanteilig nach der linearen Methode abgeschrieben. Die von Tochterunternehmen entgeltlich erworbenen, in Herstellung befindlichen immateriellen Vermögensgegenstände werden unter den selbst geschaffenen immateriellen Vermögensgegenständen ausgewiesen und ab dem Zeitpunkt ihrer Fertigstellung nach den genannten Grundsätzen abgeschrieben. Selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens werden in Ausübung des Wahlrechts gemäß § 248 Abs. 2 S. 1 HGB aktiviert. Die Aktivierung erfolgt zu Herstellungskosten gemäß § 255 Abs. 2 Sätze 1 und 2 und Abs. 2a HGB. In die Herstellungskosten der selbst geschaffenen immateriellen Vermögensgegenstände werden die folgenden Bestandteile einbezogen: Material- und Fertigungseinzelkosten, angemessene Teile der Materialgemeinkosten, der Fertigungsgemeinkosten und des Wertverzehrs des Anlagevermögens, soweit dieser durch die Entwicklung veranlasst wird. In Ausübung des Wahlrechts des § 255 Abs. 2 S. 3 HGB werden angemessene Teile der Kosten der allgemeinen Verwaltung, welche auf den Zeitraum der Herstellung entfallen, einbezogen. Planmäßige Abschreibungen werden zeitanteilig ab Veröffentlichung linear über die voraussichtliche Nutzungsdauer vorgenommen. Die Nutzungsdauer orientiert sich an betriebsindividuellen Erfahrungswerten. Planmäßige Abschreibungen für selbstgeschaffene immaterielle Vermögensgegenstände des Anlagevermögens, die sich noch in Entwicklung befinden, werden nicht vorgenommen. Sofern Anzeichen auf dauernde Wertminderungen vorliegen, werden außerplanmäßige Abschreibungen vorgenommen. . Die Voraussetzungen für die Abgrenzung der aktivierungsfähigen Entwicklungskosten von den nicht aktivierungsfähigen Forschungskosten sind bei Crytek dadurch gegeben, dass Entwicklungskosten sich stets auf konkret benennbare, definierte Spielprojekte beziehen. D.h es geht in dem Stadium nicht mehr um eine bloße Suche nach neuen Erkenntnissen oder Verfahren, sondern bereits um anwendungsnahe Umsetzung innovativer Konzepte mit konkretem Bezug zu einem vermarktungsfähigen Endprodukt.

Das Sachanlagevermögen wird zu Anschaffungskosten, vermindert um planmäßige lineare Abschreibungen über den Zeitraum ihrer betriebsindividuellen geschätzten Nutzungsdauern von drei bis zehn Jahren, angesetzt. Geringwertige Wirtschaftsgüter (GWG) werden sofort als Betriebsausgaben abgesetzt, wenn ihre Anschaffungs- oder Herstellungskosten bei Anschaffung bzw. Herstellung nicht mehr als netto 150 EUR betragen haben.

Die Finanzanlagen sind zu Anschaffungskosten oder dem niedrigeren beizulegenden Wert angesetzt. Der beizulegende Wert wird auf Basis zukünftiger Ertragsplanungen im Rahmen einer vereinfachten Unternehmensbewertung ermittelt. Abschreibungen auf den niedrigeren beizulegenden Wert erfolgen nur bei voraussichtlich dauerhafter Wertminderung. Bei einer voraussichtlich nur vorübergehenden Wertminderung wird, in Nichtausübung des Wahlrechts gem. § 253 Abs. 3 HGB, der Beteiligungsbuchwert beibehalten.

Forderungen und sonstige Vermögensgegenstände sind zu Anschaffungskosten, ggf. vermindert um notwendige Wertberichtigungen, bewertet.

Die Steuerrückstellungen und die sonstigen Rückstellungen berücksichtigen alle ungewissen Verbindlichkeiten. Die Bewertung erfolgt in Höhe des Erfüllungsbetrags, der nach vernünftiger kaufmännischer Beurteilung erforderlich ist, um zukünftige Zahlungsverpflichtungen abzudecken. Zukünftige Preis- und Kostensteigerungen werden berücksichtigt, sofern ausreichende objektive Hinweise für deren Eintritt vorliegen. Rückstellungen mit einer Restlaufzeit von mehr als einem Jahr werden mit dem ihrer Restlaufzeit entsprechenden durchschnittlichen Marktzinssatz der vergangenen sieben Geschäftsjahre, wie er von der Deutschen Bundesbank nach Maßgabe der Rückstellungsabzinsungsverordnung veröffentlicht wird, abgezinst.

Verbindlichkeiten werden mit ihren Erfüllungsbeträgen bilanziert.

Die Forderungen und Verbindlichkeiten, die auf fremde Währungen lauten, werden mit dem Kurs am Tage des Geschäftsvorfalls umgerechnet. Forderungen und Verbindlichkeiten mit einer Restlaufzeit von bis zu einem Jahr werden am Bilanzstichtag einheitlich mit dem Devisenkassamittelkurs umgerechnet. Für Forderungen und Verbindlichkeiten mit einer Restlaufzeit von mehr als einem Jahr erfolgt die Umrechnung am Bilanzstichtag mit dem Devisenkassamittelkurs nur dann, wenn sich hieraus niedrigere Forderungen oder höhere Verbindlichkeiten ergeben (Imparitätsprinzip).

Latente Steuern werden auf Differenzen zwischen den handelsrechtlichen Wertansätzen und ihren steuerlichen Wertansätzen gebildet, die sich in späteren Geschäftsjahren voraussichtlich abbauen. Auf steuerliche Verlustvorträge, welche innerhalb der nächsten fünf Jahre zur Verlustverrechnung berücksichtigt werden können, werden aktive latente Steuern gebildet. Die Bewertung der temporären Differenzen und der innerhalb der nächsten fünf Jahre verrechenbaren steuerlichen Verlustvorträge erfolgt mit dem für das Geschäftsjahr, im Zeitpunkt der Umkehr der Differenzen bzw. Nutzung von Verlustvorträgen, voraussichtlich geltenden Steuersatz für Körperschaftsteuer und Gewerbesteuer von 32 %.

**3. Angaben zur Bilanz**

Die Aufgliederung und Entwicklung des Anlagevermögens ergibt sich aus dem Anlagespiegel in der Anlage zum Anhang.

Die aktivierten selbst erstellten immateriellen Vermögensgegenstände aus der Entwicklung von Computerspielen haben sich deutlich erhöht und belaufen sich zum 31.12.2016 auf TEUR 25.036 (Vorjahr: TEUR 15.466). Die Aktivierung entfällt in Höhe von TEUR 18.414 auf Spiele, die sich noch in der Entwicklung befinden. Die Restbuchwerte für Spiele, welche bereits veröffentlicht wurden, betragen zum Bilanzstichtag TEUR 6.622. Im Vorjahr befanden sich noch alle Spiele in der Entwicklung. Im Rahmen der abgeschlossenen Cost-Plus Agreements mit den Tochterunternehmen werden Rechte und Werte sowie Lizenzen an solchen Rechten und Werten erworben.

Anteile an verbundenen Unternehmen (Angabe gem. § 285 Nr. 11 HGB):

| Name | Sitz | Beteiligungsquote % | Eigenkapital € | Letztes Jahresergebnis € |
|---|---|---:|---:|---:|
| Crytek Bleck Sea EOOD | Sofia (Bulgarien) | 100 | 637.351 | 154.011 |
| Crytek Oyun Yazilim ve Pazarlama Limited Sirketi | Istanbul (Türkei) | 100 | 97.849 | 32.252 |
| Crytek Ltd. | Seoul (Süd-Korea) | 100 | (908.626) | 12.456 |
| Crytek Ukraine Ltd. | Kiew (Ukraine) | 100 | 1.215.357 | 202.870 |
| Crytek Hungary Kft. | Budapest (Ungarn) | 100 | (144.805) | (153.370) |
| Crytek (Shanghai) Software Co., .... | Shanghai (China) | 100 | 362.117 | 129.165 |
| Crytek USA Corp. | El Segundo (USA) | 100 | 606.872 | 7.123 |

Die Anteile von Crytek Ltd./Seoul (Süd-Korea), Crytek (Shanghai) Software Co./Shanghai (China) und Crytek USA Corp./El Segundo (USA) wurden zum 31.12.2016 aufgrund dauerhafter Wertminderung abgeschrieben.

Die Forderungen und Sonstigen Vermögensgegenstände haben wie im Vorjahr eine Restlaufzeit bis zu einem Jahr.

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT

Exhibit 11
141

Page 5 of 7

| | | | | |
|---|---|---|---|---|
| Crytek Ukraine Ltd. | Kiew (Ukraine) | 100 | 1.215.357 | 202.870 |
| Crytek Hungary Kft. | Budapest (Ungarn) | 100 | (144.805) | (153.270) |
| Crytek (Shanghai) Software Co., …. | Shanghai (China) | 100 | 362.117 | 129.165 |
| Crytek USA Corp. | El Segundo (USA) | 100 | 606.872 | 7.123 |

Die Anteile von Crytek Ltd./Seoul (Süd-Korea), Crytek (Shanghai) Software Co./Shanghai (China) und Crytek USA Corp./El Segundo (USA) wurden zum 31.12.2016 aufgrund dauerhafter Wertminderung abgeschrieben.

Die Forderungen und Sonstigen Vermögensgegenstände haben wie im Vorjahr eine Restlaufzeit bis zu einem Jahr.

Das Stammkapital beträgt unverändert zum Vorjahr TEUR 89. Die Geschäftsführer sind ermächtigt, das Stammkapital in einem Zeitraum von fünf Jahren seit dem 23. Juli 2012 (Eintragung der Ermächtigung im Handelsregister) einmal oder mehrmals in einem Betrag von insgesamt bis zu EURO 1.000 durch Ausgabe neuer Geschäftsanteile gegen Bareinlagen zu erhöhen (genehmigtes Kapital). Dabei ist das Bezugsrecht der Gesellschafter ausgeschlossen.

Gemäß § 268 Nr. 8 HGB steht folgender Betrag für Ausschüttungen nicht zur Verfügung:

| | TEUR |
|---|---|
| Aus der Aktivierung selbst geschaffener immaterieller Vermögensgegenstände | 17.043 |
| Aus der Aktivierung latenter Steuern | 9.611 |
| | 26.654 |

Steuerrückstellungen für Körperschafts- und Gewerbesteuer resultierten im Vorjahr aus dem laufenden Geschäftsjahr und berücksichtigten anrechnungsfähige gezahlte Quellensteuern im Ausland.

In den Rückstellungen sind als größte Posten Urlaubsrückstellungen in Höhe von TEUR 784 (Vorjahr: TEUR 354), Rückstellungen für Abschlusskosten in Höhe von TEUR 260 (Vorjahr: TEUR 239) sowie Rückstellungen für Boni mit TEUR 241 (Vorjahr: TEUR 618) enthalten. Unter den übrigen Rückstellungen in Höhe von TEUR 752 stellen die Rückstellungen für die mietfreie Zeit für das Bürogebäude in Höhe von TEUR 360 (Vorjahr: TEUR 435) die größte Position dar.

Die Verbindlichkeiten aus Lieferungen, Verbindlichkeiten gegenüber verbundenen Unternehmen sowie Verbindlichkeiten gegenüber Kreditinstituten in Höhe von TEUR 12.592 (Vorjahr: TEUR 6.925) haben eine Restlaufzeit bis zu einem Jahr.

Die Verbindlichkeiten gegenüber Gesellschaftern bestehen in Höhe von TEUR 7.087 (Vorjahr: TEUR 6.513) mit einer Restlaufzeit von bis zu einem Jahr. Verbindlichkeiten gegenüber Gesellschaftern mit einer Restlaufzeit von mehr als einem Jahr belaufen sich auf TEUR 9.000 (Vorjahr: TEUR 9.000). Die Verbindlichkeiten gegenüber Gesellschaftern betreffen Gesellschafterdarlehen und aufgelaufene Zinsen.

Von den Sonstigen Verbindlichkeiten haben eine Restlaufzeit von bis zu einem Jahr TEUR 3.338 (Vorjahr: TEUR 691).

Zur Sicherung der Darlehensverbindlichkeiten gegenüber Kreditinstituten, die zum Stichtag insgesamt TEUR 12.592 betragen, bestehen Zessionen hinsichtlich der Forderungen aus Lieferungen und Leistungen gegen bestimmte Kunden zu Gunsten der Kreditinstitute.

Der Gesamtbetrag der besicherten Verbindlichkeiten beläuft sich demnach auf TEUR 1.664.

Auf die aktivierten selbst erstellten immateriellen Vermögensgegenstände wurden passive latente Steuern gebildet. Auf die für steuerbilanzielle Zwecke nicht berücksichtigte Rückstellung für mietfreie Zeit wurden aktive latente Steuern gebildet. Auf die zum 31. Dezember 2016 bestehenden steuerlichen Verlustvorträge der Gesellschaft wurden aktive latente Steuern gebildet, soweit ein Verbrauch dieser Verlustvorträge in den nächsten fünf Jahren erwartet wird. Es erfolgt ein saldierter Ausweis auf der Aktivseite.

| | Stand zu Beginn des Geschäftsjahres | Veränderung | Stand zum Ende des Geschäftsjahres |
|---|---|---|---|
| Aktive latente Steuern | € 7.812.711,06 | € 9.791.379,83 | € 17.604.090,89 |
| Passive latente Steuern | € 4.937.592,03 | € 3.055.114,04 | € 7.992.706,07 |

Die Berechnung der latenten Steuern ist mit einem Steuersatz von 32% erfolgt.

**Haftungsverhältnisse**

Zum 31. Dezember 2016 bestehen keine Haftungsverhältnisse.

**Sonstige finanzielle Verpflichtungen**

Aus der Bilanz nicht ersichtliche sonstige finanzielle Verpflichtungen in Höhe von TEUR 7.903 bestehen aus Dauerschuldverhältnissen (Miet- und Leasingverträgen). Davon sind TEUR 1.112 in 2017 fällig, TEUR 4.420 von 2018 bis 2021 und TEUR 2.371 nach 2021.

**4. Angaben zur Gewinn- und Verlustrechnung**

Die Umsatzerlöse in Höhe von TEUR 30.286 (Vorjahr: TEUR 26.141) gliedern sich in die beiden Haupttätigkeitsbereiche Content/Games mit TEUR 28.891 und Technology/ Cryengine mit TEUR 1.227. Der Contentbereich lässt sich weiter unterteilen in klassische Spielentwicklung für PC und Konsole (TEUR 1.400) der neue Bereich Virtual Reality (TEUR 5.996) sowie die Online-Spieleentwicklung und -vermarktung (TEUR 20.791) und Mobile (TEUR 702). Die sonstigen Umsatzerlöse betrugen TEUR 168.

Die Umsätze gliedern sich in die geographischen Wirtschaftsräume USA/Kanada mit einem Umsatz in Höhe von TEUR 8.727, europäischer Wirtschaftsraum mit einem Umsatz in Höhe von TEUR 9.672 und den Rest der Welt in Höhe von TEUR 11.719 auf.

Die sonstigen betrieblichen Erträge betreffen mit TEUR 2.167 im Wesentlichen positive Effekte aus Forderungsverzichten von Tochterunternehmen. Daneben wurden in Höhe von TEUR 1.615 Erträge durch die Auflösung von Rückstellungen generiert. Diese stellen sogleich auch die periodenfremden Erträge dar. Die Erträge aus Währungsumrechnungen betrugen TEUR 442 (Vorjahr TEUR 4.644).

Die Abschreibungen auf immaterielle Vermögensgegenstände des Anlagevermögens und Sachanlagen enthalten außerplanmäßige Abschreibungen in Höhe von TEUR 1.230 auf eine selbsterstellte IP.

Unter den sonstigen betrieblichen Aufwendungen sind als größte Posten Werbe- und Reisekosten von TEUR 2.960 (Vorjahr: TEUR 2.974), Rechts- und Beratungskosten von TEUR 1.512 (Vorjahr: TEUR 2.241), Raumkosten von TEUR 1.728 (Vorjahr: TEUR 1.942), Serverleasing mit TEUR 396 (Vorjahr: TEUR 543) sowie Aufwand für Währungsumrechnung TEUR 319 (Vorjahr: TEUR 886). Im Geschäftsjahr sind periodenfremde Aufwendungen in Höhe von TEUR 1.037 für Abschreibungen auf Forderungen gegen verbundene Unternehmen angefallen.

Die Zinsaufwendungen enthalten Zinsen gegenüber Gesellschaftern in Höhe von TEUR 682 (Vorjahr: TEUR 713).

Im Geschäftsjahr 2016 sind Forschungs- und Entwicklungskosten in Höhe von TEUR 25.093 angefallen. Davon entfallen TEUR 11.601 auf selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens.

**5. Nachtragsbericht**

Im Oktober 2017 konnte das Unternehmen eine neue, umfangreiche Fremdfinanzierungsvereinbarung im unteren bis mittleren zweistelligen Mio-€-Bereich mit einem europäischen Fonds abschließen. Kurzfristiger Liquiditätsbedarf konnte durch diese Finanzierungsmaßnahmen ebenfalls gedeckt werden und die finanzielle Flexibilität der Gesellschaft erhöht werden. Insbesondere vor dem Hintergrund einer Laufzeit bis in das Jahr 2020 strebt Crytek hierdurch eine fristenkongruente Finanzierung an. Nach dem bereits erfolgten Abschluss dieser Maßnahme sind nach Auffassung der Geschäftsführung für das laufende und die nächste Geschäftsjahr und unter Berücksichtigung der anstehenden Veröffentlichungen von vielversprechenden Spieletiteln wie „Hunt" keine weiteren Finanzierungsmaßnahmen mehr erforderlich.

Im Zusammenhang mit dem Risikobericht im Lagebericht, wird weiter darauf hingewiesen, dass für die oben dargestellte Finanzierung marktübliche Financial Covenante vereinbart wurden. Sollten diese Financial Covenante während der Laufzeit nicht eingehalten werden, so erhält der Kreditgeber marktübliche Sonderkündigungsrechte. Die Geschäftsführung begegnet diesem Risiko durch Planung und Management der finanziellen Kennzahlen.

Die Tochtergesellschaft Crytek Black Sea EOOD/Sofia (Bulgarien) wurde nach dem Bilanzstichtag im Februar 2017 veräußert. Hieraus wurde ein Veräußerungsgewinn von ca. TEUR 400 erzielt.

**6. Sonstige Angaben**

Mitarbeiter

Die Zahl der durchschnittlich beschäftigten Arbeitnehmer (ohne Geschäftsführer) hat sich gegenüber dem Vorjahr wie folgt verändert:

| | 2016 Anzahl | 2015 Anzahl | Veränderung |
|---|---|---|---|
| Angestellte | 368 | 321 | + 47 |

73% der Angestellten waren im Bereich Entwicklung, 16% im Bereich Vertrieb und 11% im Bereich Administration und Verwaltung beschäftigt.

**Abschlussprüferhonorar**

Gemäß § 285 Nr. 17 letzter Satzteil HGB wird das vom Abschlussprüfer für das Geschäftsjahr 2016 berechnete Gesamthonorar nicht angegeben, da dieses im Anhang zum Konzernabschluss der Gesellschaft offengelegt wird.

**Geschäfte mit nahestehenden Personen**

Die Gesellschafter haben qualifizierte Rangrücktritte für Gesellschafterdarlehen erklärt.

**Geschäftsführung**

Im Geschäftsjahr 2016 erfolgte die Geschäftsführung der Crytek GmbH durch folgende Geschäftsführer:

— Herr Avni Yerli, (Technologie und Forschung);

— Herr Faruk Yerli, (Spieleentwicklung und Produktion);

— Herr Cevat Yerli, (bis 6. Oktober 2017)
   (Spieleentwicklung und -produktion, Technologie und Forschung);

— Herr Ahmet Sahin, (ab 6. Oktober 2017)
   (operatives Geschäft und Administration).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

Frankfurt am Main, den 11. Dezember 2017

*Avni Yerli*

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT

Exhibit 11
142

Page 6 of 7

**Geschäftsführung**

Im Geschäftsjahr 2016 erfolgte die Geschäftsführung der Crytek GmbH durch folgende Geschäftsführer:

- Herr Avni Yerli, (Technologie und Forschung);
- Herr Faruk Yerli, (Spieleentwicklung und Produktion);
- Herr Cevat Yerli, (bis 6. Oktober 2017) (Spieleentwicklung und -produktion, Technologie und Forschung);
- Herr Ahmet Sahin, (ab 6. Oktober 2017) (operatives Geschäft und Administration).

Für die Gesamtbezüge der Mitglieder der Geschäftsführung wurde von der Schutzklausel des § 286 Abs. 4 HGB Gebrauch gemacht.

Frankfurt am Main, den 11. Dezember 2017

*Avni Yerli*

*Faruk Yerli*

*Ahmet Sahin*

**Entwicklung des Anlagevermögens zum 31. Dezember 2016**

| | Anschaffungskosten | | | |
|---|---|---|---|---|
| | Stand 01.01.2016 EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2016 EUR |
| I. Immaterielle Vermögensgegenstände | | | | |
| 1. Selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 15.466.049,32 | 11.601.030,00 | 0,00 | 27.067.079,32 |
| 2. Software und Lizenzen | 24.958.932,72 | 4.340,50 | 0,00 | 24.963.273,22 |
| | 40.424.982,04 | 11.605.370,50 | 0,00 | 52.030.352,54 |
| II. Sachanlagen | | | | |
| 1. Mietereinbauten | 472.352,52 | 0,00 | 0,00 | 472.352,52 |
| 2. Betriebs- und Geschäftsausstattung | 4.052.973,09 | 121.865,51 | 0,00 | 4.174.838,60 |
| | 4.525.325,61 | 121.865,51 | 0,00 | 4.647.191,12 |
| III. Finanzanlagen | | | | |
| 1. Anteile an verbundenen Unternehmen | 891.115,87 | 0,00 | 0,00 | 891.115,87 |
| | 891.115,87 | 0,00 | 0,00 | 891.115,87 |
| | 45.841.423,52 | 11.727.236,01 | 0,00 | 57.568.659,53 |

| | Kumulierte Abschreibungen | | | |
|---|---|---|---|---|
| | Stand 01.01.2016 EUR | Zugänge EUR | Abgänge EUR | Stand 31.12.2016 EUR |
| I. Immaterielle Vermögensgegenstände | | | | |
| 1. Selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 0,00 | 2.031.195,00 | 0,00 | 2.031.195,00 |
| 2. Software und Lizenzen | 24.681.737,72 | 140.394,50 | 0,00 | 24.822.132,22 |
| | 24.681.737,72 | 2.171.589,50 | 0,00 | 26.853.327,22 |
| II. Sachanlagen | | | | |
| 1. Mietereinbauten | 406.612,52 | 19.294,00 | 0,00 | 425.906,52 |
| 2. Betriebs- und Geschäftsausstattung | 3.787.410,09 | 193.386,51 | 0,00 | 3.980.796,60 |
| | 4.194.022,61 | 212.680,51 | 0,00 | 4.406.703,12 |
| III. Finanzanlagen | | | | |
| 1. Anteile an verbundenen Unternehmen | 0,00 | 239.552,47 | 0,00 | 239.552,47 |
| | 0,00 | 239.552,47 | 0,00 | 239.552,47 |
| | 28.875.760,33 | 2.623.822,48 | 0,00 | 31.499.582,81 |

| | Restbuchwerte | |
|---|---|---|
| | Stand 31.12.2016 EUR | Stand 31.12.2015 EUR |
| I. Immaterielle Vermögensgegenstände | | |
| 1. Selbst geschaffene immaterielle Vermögensgegenstände des Anlagevermögens | 25.035.884,32 | 15.466.049,32 |
| 2. Software und Lizenzen | 141.141,00 | 277.195,00 |
| | 25.177.025,32 | 15.743.244,32 |
| II. Sachanlagen | | |
| 1. Mietereinbauten | 46.446,00 | 65.740,00 |
| 2. Betriebs- und Geschäftsausstattung | 194.042,00 | 265.563,00 |
| | 240.488,00 | 331.303,00 |
| III. Finanzanlagen | | |
| 1. Anteile an verbundenen Unternehmen | 651.563,40 | 891.115,87 |
| | 651.563,40 | 891.115,87 |
| | 26.069.076,72 | 16.965.663,19 |

**Bestätigungsvermerk des Abschlussprüfers**

Wir haben den Jahresabschluss — bestehend aus Bilanz, Gewinn- und Verlustrechnung sowie Anhang — unter Einbeziehung der Buchführung und den Lagebericht der Crytek GmbH, Frankfurt am Main, für das Geschäftsjahr vom 1. Januar bis 31. Dezember 2016 geprüft. Die Buchführung und die Aufstellung von Jahresabschluss und Lagebericht nach den deutschen handelsrechtlichen Vorschriften liegen in der Verantwortung der gesetzlichen Vertreter der Gesellschaft. Unsere Aufgabe ist es, auf der Grundlage der von uns durchgeführten Prüfung eine Beurteilung über den Jahresabschluss unter Einbeziehung der Buchführung und über den Lagebericht abzugeben.

Wir haben unsere Jahresabschlussprüfung nach § 317 HGB unter Beachtung der vom Institut der Wirtschaftsprüfer festgestellten deutschen Grundsätze ordnungsmäßiger Abschlussprüfung vorgenommen. Danach ist die Prüfung so zu planen und durchzuführen, dass Unrichtigkeiten und Verstöße, die sich auf die Darstellung des durch den Jahresabschluss unter Beachtung der Grundsätze ordnungsmäßiger Buchführung und durch den Lagebericht vermittelten Bildes der Vermögens-, Finanz- und Ertragslage wesentlich auswirken, mit hinreichender Sicherheit erkannt werden. Bei der Festlegung der Prüfungshandlungen werden die Kenntnisse über die Geschäftstätigkeit und über das wirtschaftliche und rechtliche Umfeld der Gesellschaft sowie die Erwartungen über mögliche Fehler berücksichtigt. Im Rahmen der Prüfung werden die Wirksamkeit des rechnungslegungsbezogenen internen Kontrollsystems sowie Nachweise für die Angaben in Buchführung, Jahresabschluss und Lagebericht überwiegend auf der Basis von Stichproben beurteilt. Die Prüfung umfasst die Beurteilung der angewandten Bilanzierungsgrundsätze und der wesentlichen Einschätzungen der gesetzlichen Vertreter sowie die Würdigung der Gesamtdarstellung des Jahresabschlusses und des Lageberichts. Wir sind der Auffassung, dass unsere Prüfung eine hinreichend sichere Grundlage für unsere Beurteilung bildet.

Unsere Prüfung hat zu keinen Einwendungen geführt.

Nach unserer Beurteilung aufgrund der bei der Prüfung gewonnenen Erkenntnisse entspricht der Jahresabschluss der Crytek GmbH, Frankfurt am Main, den gesetzlichen Vorschriften und vermittelt unter Beachtung der Grundsätze ordnungsmäßiger Buchführung ein den tatsächlichen Verhältnissen entsprechendes Bild der Vermögens-, Finanz- und Ertragslage der Gesellschaft. Der Lagebericht steht in Einklang mit dem Jahresabschluss, entspricht den gesetzlichen Vorschriften, vermittelt insgesamt ein zutreffendes Bild von der Lage der Gesellschaft und stellt die Chancen und Risiken der zukünftigen Entwicklung zutreffend dar.

Frankfurt am Main, 11. Dezember 2017

*Deloitte GmbH*
*Wirtschaftsprüfungsgesellschaft*

*(Lüdke)*
*Wirtschaftsprüfer*

*(Herold)*
*Wirtschaftsprüfer*

Document title: Bundesanzeiger
Capture URL: https://www.bundesanzeiger.de/ebanzwww/wexsservlet
Capture timestamp (UTC): Mon, 25 Mar 2019 17:50:04 GMT

Exhibit 11
143

Page 7 of 7