# Exhibit 12

Exhibit 12
144

# Quick Find

## Search

keyword:
[ crytek ]
Which area would you like to search?
[ All areas ▼ ]
[ Start new search ]

» Advanced Search

A full text search on the content of the publication is not possible with annual accounts, publications in accordance with §§ 264 Abs. 3, 264b HGB and payment reports.

Stored financial statements (balance sheets) are available in the business register for information purposes.

| Surname | Area | information | V. Date | relevance |
|---|---|---|---|---|
| Crytek GmbH Frankfurt am Main | Accounting / Financial Reports | Annual financial statements for the financial year from 01.01.2016 to 31.12.2016 | 04/23/2018 | 100% |

**Crytek GmbH**

**Frankfurt am Main**

**Annual financial statements for the financial year from 01.01.2016 to 31.12.2016**

**Management report for the 2016 financial year**

**Crytek GmbH, Frankfurt am Main**

### 1. Business and conditions

The global video game market, which includes the areas of console (hardware and software), online, mobile and PC games, in 2016 was approx. $ 100 billion ($ bn) in sales. The largest game market is Asia with approx. $ 47 billion, followed by America with approx. $ 29 billion and Europe with approx. $ 24 billion. As the largest single market in the world, for the first time China ($ 24.4 billion) has outstripped the US ($ 23.6 billion).

If one divides the total market of the $ 100 billion according to the media used for the games or concrete screens, then - albeit with decreasing shareware - the PC still has approx. 32%, the largest share, followed by entertainment devices such as consoles and TV (and new: Virtual Reality (VR / AR) Devices) with approx. 29%. The so-called 'personal screens' (mobile / smartphone), which have achieved the highest relative growth in recent years, as in 2016, now reach approx. 27%. Finally, the so-called 'floating screens' such as handhelds and tablets stagnate with a share of approx. 12%.

(Source: Newzoo Global Games Market 2016)

Crytek is currently one of the largest independent European and a globally recognized and independent development company for interactive entertainment. The focus is on the global market for video games and digital game development, traditionally focusing on PCs and the above-mentioned entertainment devices.

Based on Cryengine, one of the world's leading technical game development platforms - the latest release "Cryengine 5.4" was launched in September 2017 - Crytek's games are gaining international recognition for the realistic and comfortable presentation of worlds Premium titles set the foundation for the company's business model.

Specifically, Crytek's business model has two key areas:

 1. "Technology": technical development and direct marketing of the software game development platform Cryengine.

 Second "Content": Development of innovative 3D video games for PC, game consoles and virtual reality for online and retail sales as well as marketing of international online games on their own or with partners.

The first core area is the further development and direct marketing of the Crytek-developed Cryengine, a leading 3D technology for the creation of complex and high-quality 3D games, to game manufacturers and, more generally, to developers of interactive ones

Exhibit 12
145

Content. The actual revenue recognition in the area of technology results essentially from license marketing revenues, which are also regularly supported and linked to support and other services in connection with the use of the engine technology by the respective customer.

The core area of "developing innovative 3D video games" for the PC and game consoles is the distribution and marketing of classic retail games with world-renowned and leading publishing and distribution companies such as Electronic Arts or Sony PlayStation, typically via market-leading global online platforms as "Steam" distributed or through cooperation with international companies such as Mail.ru. The concrete revenue realization in the illustrated core area "Content / Games" is essentially achieved by milestone payments during the development phase on a contractual basis with the respective development partner and by taking so-called license royalties after completion or publication of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called, item 'purchases of end customers; The life cycle of successful free-to-plag games is up to 10 years. Release of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called, item 'purchases of end customers; The life cycle of successful free-to-plag games is up to 10 years. Release of the game for the end customer. As a special feature of online games, these royalties royalties often result from so-called, item 'purchases of end customers; The life cycle of successful free-to-plag games is up to 10 years.

The games created on their own Cryengine development platform have garnered more than 170 national and international accolades from critics with blockbuster titles (such as the "Crysis" series).

The previously completely self-financed game projects "Hunt" and "Arena of Fate" were further developed in the 2016 reporting year. The corporate planning is based on a live version of the title, Hunt` in November 2017. The game will be distributed via the "Early Access" release on the world's largest, purely digital gaming platform "Steam". "Early Access" describes a modern - and for the relevant target groups increasingly popular - form of self-publishing by the game developer himself, as here by Crytek.

For the IP, Arena of Fate 'various platforms are being reviewed for publication, in particular an adaptation to mobile platforms. For this purpose, discussions were held in the reporting year 2016 and in the current financial year with the objective of licensing to potential partners from the publishing, distribution and internet / mobile groups.

As a result of research and development in the new area and Crytek's 'Virtual Reality' business in previous years, the industry-acclaimed game titles 'The Climb' and 'Robinson' were released in April 2016 and November 2016 respectively.

After all, the market and competitive situation for Crytek GmbH as a development studio with regard to the global games market has further intensified. Contributing to this was, among other things, the fact that in 2016 the key market players (hardware, software and Internet groups) and

The vast majority of analysts expected sales targets of VR hardware devices were not met due to various issues.

In the fourth quarter of 2016, the management decided to focus on high-quality games and technology developments in the core location of Frankfurt as well as the subsidiary in Kiev as part of the company's even clearer focus on the future. The other studios and subsidiaries of Crytek GmbH will be sold or closed. These measures have already been largely implemented today.

**2. Research and Development**

Research and development in the field of advanced software technologies and their implementation in innovative game concepts are the core areas of society. For the games, steady progress and technological advances are the key features that shape Crytek's business model.

In 2016, TEUR 25,093 of research and development costs were incurred. Of this, kEUR 11,601 development costs were capitalized in the year under review. The capitalization is based on personnel costs of Crytek GmbH as well as development services rendered by the subsidiaries to Crytek GmbH.

At the center of research at Cytek is the development platform Cryengine, which is continuously being further developed as a technical platform and marketed to licensees in addition to its own gaming technology. Here, the "virtual reality", often referred to as the "next-generation computing platform", plays a special role in Crytek's current R & D activities. The aforementioned R & D activities in the Cryengine segment are - unlike the concrete development projects for game titles - not activated.

Finally, although the sales targets for the hardware devices in the VR segment, which were expected by key market participants and analysts, did not reach the year 2016, the year 2016 provided a technological proof of concept for virtual reality. This opens up a diverse, new spectrum of application fields for VR - and, as a direct consequence, for Crytek's Cryengine.

Furthermore, the so-called 'installed base' of important console and PC hardware has continued to improve in the year under review, which among other things improves the marketing possibilities of the game projects under development and also creates space in the future to redefine the high potential of Crytek's own IPs To use game titles positively. Concrete game concepts have already been developed for this, and their implementation will start in 2017 and 2018.

In principle, game titles are both self-financed and pre-financed by Crytek, as well as, as is customary in the industry, financing by partners. Specifically, in relation to key Crytek IPs, cooperation agreements are being worked on with interested partners from the areas of publishing, distribution and Internet / media groups, which in particular also deals with financing. The possibilities of project financing for individual titles or modules in discussions with, among others, specialist investors are also examined.

**3. Earnings position**

Exhibit 12
146

Revenues in the 2016 financial year amount to TEUR 30,286 (previous year: TEUR 26,141).

The increase in sales of approx. 16% compared to the previous year 2015 was generated primarily and primarily in the online free-to-play segment in close cooperation with internationally oriented partners in the publishing sector.

Furthermore, after preliminary work, especially in the area of R & D, sales in the still young VR segment could be increased via the published titles 'The Climb' and 'Robinson'.

For internally generated intangible assets (computer games), production costs of EUR 11,601 thousand (previous year: EUR 7,898 thousand) were incurred. Including the corresponding deferred tax expenses - taking into account the amortization of intangible assets in the reporting period - in the amount of EUR 3,055 thousand, the capitalization results in an earnings effect of EUR 8,546 thousand for the reporting period.

The slight decline in other operating income to EUR 4,448 thousand (previous year: EUR 5,726 thousand) is largely attributable to lower income from currency translation (EUR 442 thousand, previous year: EUR 4,644 thousand). For this, income from the reversal of provisions to TEUR 1,615 (previous year: TEUR 670) and other non-period income increased to TEUR 2,167 (previous year: TEUR 52). Significant items in the above-mentioned income are based on waivers by the subsidiaries of Crytek GmbH.

As in the previous year, the cost of materials primarily relates to development costs. Development contracts concluded with subsidiaries, known as Software Development Agreements, form the basis for order-related software development for the Company. The resulting cost of materials amounted to EUR 13,840k, which was practically the same amount as in the previous year (EUR 13,988k).

Due to the aforementioned closures (Hungary, USA, China, Korea) and divestitures (Bulgaria) of the subsidiaries of Crytek GmbH, the cost of materials will decrease significantly in the current financial year 2017, because as a result, no further development services will be provided by the subsidiaries for Crytek GmbH become. The decisions for these measures were made and communicated in Q4 2016, and the formal implementation and implementation of the steps will continue accordingly in the current and next financial year.

Personnel expenses increased slightly from TEUR 20,494 in 2015 to TEUR 23,902 in 2016. This is mainly due to an increased number of employees at the Frankfurt site. On an annual average, the number of employees increased by 47 compared to the previous year (321) to 368 employees. Due to the reduction of activities in the area of publishing, in the current year 2017, again low personnel expenses will be incurred at Crytek GmbH.

Amortization of intangible assets and property, plant and equipment of kEUR 2,384 (previous year: kEUR 661) essentially reflects depreciation for internally generated and intangible assets acquired by affiliated companies under plant contracts. The increase in depreciation is due to two factors: On the one hand, write-offs for the newly released game titles "The Climb" and "Robinson" begin. On the other hand, an impairment loss was recognized on a game IP developed in a subsidiary in the amount of EUR 1,230 thousand.

The other operating expenses - barely proportional to the increase in sales - hardly increased from TEUR 10,080 in 2015 to TEUR 10,655 in 2016, which is due to the fixed cost nature of many expense items. As an offsetting item to the above-mentioned increase in non-period income, the expenses relating to other periods increased to EUR 1,148 thousand (previous year: EUR -2 thousand). These expenses, which are not related to the period, include write-downs on claims of Crytek GmbH against subsidiaries and also correspond to the reported income from outside the Group.

Financing costs, at EUR 1,377 thousand, are at a significantly lower absolute level than in the previous year (EUR 2,683 thousand). If the costs for the replacement of a special financing amounting to EUR 1,330 thousand are taken into account in 2015, the level of financing costs in 2016 increased slightly due to the increase in liabilities.

Deferred tax expenses (EUR 3,055 thousand) from capitalized internally generated intangible assets were incurred. In contrast, income from the increase in deferred tax assets on loss carryforwards (EUR 9,677 thousand) and deferred tax assets on temporary differences between the commercial and tax balance sheets (EUR 114 thousand) are added, so that total income from deferred taxes of EUR 6,736 thousand is reported.

Overall, net income for the 2016 financial year amounted to EUR +961 thousand (previous year: net loss of EUR -7,788 thousand). As in the previous year, the net profit for the year was mainly influenced by capitalized production costs for games. The significant improvement in net income is mainly attributable to deferred tax assets. In the previous year, most of the deferred tax expenses resulted from the capitalization of development costs for games (kEUR 2,521) and from the release of deferred tax assets on loss carryforwards in the amount of kEUR 355.

For 2016, this results in a negative EBITDA of TEUR 1,822, with EBITDA forecast in the upper single-digit million Euro range. Furthermore, the EBIT for 2016 amounts to TEUR -4,446, with a slightly positive EBIT forecast. After all, the profit for the year of kEUR 961 is above the forecast for a balanced overall result for the year. This is mainly due to the increase in deferred tax assets.

The return on sales thus amounted to 3.2% for the 2016 financial year. In the previous year, a negative result was generated.

The reported double-digit revenue increase from continuing operations was not enough to bring the company into operating profit. Specifically, the targeted and expected positive operating result for the 2016 reporting year was not achieved by concluding a comprehensive license agreement for the Asian market, which has not yet been finalized, although contractual basis could already be established for this in the year under review. The management assumes However, this described license agreement with focus on the Asian market in the middle to upper single-digit million € range can be completed in the current fiscal year 2017, so that a positive

Exhibit 12
147

effect on sales and earnings will continue to be provided by the company. In accordance with the present drafts, these proceeds include both a significant one-off amount upon completion of the licensing and other longer-term performance-related revenues. so that a positive sales and earnings effect in this respect the company will then go. In accordance with the present drafts, these proceeds include both a significant one-off amount upon completion of the licensing and other longer-term performance-related revenues. so that a positive sales and earnings effect in this respect the company will then go. In accordance with the present drafts, these proceeds include both a significant one-off amount upon completion of the licensing and other longer-term performance-related revenues.

### 4. Financial position

The cash flow from operating activities amounts to EUR 4,602 thousand in 2016 (previous year: EUR 5,723 thousand). The continuing positive cash flow from operating activities results in particular from the increase in trade payables.

The negative cash flow from investing activities amounts to kEUR 11,488 and mainly results from payments for internally generated intangible assets. The cash flow from financing activities amounts to TEUR 6,242 and mainly results from proceeds from the increase of loans at banks.

The liquidity requirement could basically be covered by the cash flow from operating activities and mainly from the utilization of credit lines. As at 31 December 2016, there were no open credit lines. Short-term liquidity bottlenecks were bridged and eliminated.

Financial liabilities increased due to the utilization of credit lines. Liabilities to banks amounted to EUR 12,592 thousand as of December 31, 2016 compared to EUR 6,925 in the previous year. Current account overdrafts and repayment loans to banks have a term until 2018 and are secured by cessions regarding trade receivables from certain customers. Liabilities to banks were completely replaced in the course of the refinancing in the current financial year 2017 - see description in the Supplementary Report in the Notes -. To 31.

The increase in liabilities from kEUR 26,274 to kEUR 39,372 results, in addition to the increase in liabilities to banks, from an increase in trade payables from kEUR 885 to kEUR 4,246 through utilization of extended payment terms and other liabilities (including shareholder loans) of kEUR 16,204 to TEUR 19,426.

The liabilities to affiliated companies, which mainly result from development services of the subsidiaries, increased slightly to EUR 3,106 thousand (previous year: EUR 2,261 thousand).

Liabilities to shareholders increased by kEUR 574 compared to the previous year.

The company reports a deficit not covered by equity in the amount of TEUR 1,968. The managing partners have declared qualified subordinated resignations amounting to a total of TEUR 9,000 to shareholder loans until 2019. Are you counting those

qualified shareholder loans to shareholders' equity, this results in an economic equity of TEUR 7,032.

The asset coverage ratio II (balance sheet equity + non-current liabilities / non-current assets) was 33% as of December 31, 2016 (previous year: 53%).

As of December 31, 2016, the economic equity in relation to the balance sheet total was at a similar level of 34% (previous year: 53%).

Based on the corporate and liquidity planning, the management assumes that the continuation of the business activities is secured. With regard to the existing risks, reference is made to the explanations in the Risk and Forecast Report and, with regard to the liquidity, to the Supplementary Report in the Notes.

### 5. Net worth

The balance sheet total rose from TEUR 29,865 to TEUR 41,421 due to the increase in fixed assets and liabilities.

On the assets side, intangible assets, in particular due to the capitalization of self-created computer games, increased in the amount of TEUR 15,743 to TEUR 25,177. The expected completion dates of the computer games are in the financial years 2017 and 2018. The internally generated intangible computer games constitute 63.5% of the balance sheet total (after deducting the deficit not covered by equity). The asset utilization rate as at the reporting date is 35.4%.

Trade receivables decreased to kEUR 1,664 (previous year: kEUR 3,262) compared to the previous year. There are no receivables due from affiliated companies due to depreciation and amortization recognized in other periods.

Deferred tax assets increased by TEUR 6,736 to TEUR 9,611. The main reason for this is the loss carryforward of Crytek GmbH, combined with the expected use of the presentation in accordance with the 5-year plan for this purpose. Crytek plans to use the tax loss carryforwards of TEUR 52,130 (corporation tax) and TEUR 52,130 (trade tax). Deferred tax assets represent 24.4% of the balance sheet total (after deducting the deficit not covered by equity).

### 6. Opportunity and risk report

The overall market for video games is growing z. Currently with an average rate of 8% p a. and exceeded $ 100 billion in the year under review. All devices developed for the Crytek games, ie PC, console, VR / AR devices, continue to show significant growth. This

Exhibit 12
148

market environment offers Crytek concrete opportunities to participate disproportionately in market growth with the existing Games IP as well as with new game titles.

In this context, the game "Hunt" was presented at the important industry trade show E3 in Los Angeles in June 2017.

The presented game concept received outstanding reviews and a total of 5 awards from recognized international trade media ("Best of E3 2017").

In this respect, the management expects the launch of the new game title "Hunt" with a good to very good acceptance in the market.

Furthermore, Cryengine, which is positioned in the high-end segment, has all the prerequisites to continue providing impetus and potential in the leading group of games technology. Here, the still young VR segment offers a diverse, new spectrum of possible fields of application.

Within the scope of the specific risk profile, the pro rata market success risk and the development risk for Crytek are to be shown.

The pro-rata market success risk lies in particular in the lack of demand for a game, which can subsequently lead to an early reduction of the actual achievable sales for Crytek. This risk basically exists in the publication of any game in which an at least partially revenue-related remuneration has been agreed. Should a match fail to achieve the planned sales-based remunerations, this could have a significant impact on revenues, net income and cash flow from operating activities. In the online business, the risk lies in the lack of acceptance by customers, which can have a direct impact on the level of sales of additional content. The company counteracts these risks through market analyzes, including competitor products, market tests, early involvement of users as well as controlling the KPIs through business intelligence. Frequently and also KPI figures used by Crytek are eg DAU (Daily Active User), MAU (Monthly Active User), PCU (Peak Concurrent User) and ARPPU (Average Revenue Per Paying User),

The second major risk is development risk. It consists in the non - achievement of milestones due to unscheduled project progress, the resulting delays of the partial acceptance as well as the associated payments on the part of the development partners and in

Extreme case of hiring a project. The company limits this risk on the one hand by using adequate, modern IT-supported instruments of project management. On the other hand, on the sales side, tools such as the "early access" release stage of product development can and will be used very early, where the early involvement of the community compares the further product development with the direct feedback from end customers.

Furthermore, the company relies on a qualified and, in some cases, specialized staff, in particular because of its focus on premium titles and sophisticated technology developments with a global orientation. Crytek responds to this requirement through a long-term, internationally oriented human resources management, where the benefits of the multinational climate and the particularly exciting and challenging theme - in conjunction with the renowned, captivating brand Crytek in the video game market - are at the center of potential customer appeal Employee stands.

By its very nature, the company is in competition with other companies with the same or similar added value. It should be noted here that significantly larger sums of capital are or will be made available to comparable companies, especially in the main markets USA and Asia. A risk from these different capital endowments can be reflected in pricing structures for license fees, where American and Asian companies in the relevant software, technology and digital sectors often gain massive market share from low prices to free forms of offer. only to realize profitability targets in later periods. Even in European countries such as France and the United Kingdom, the games industry is promoted much more strongly than in Germany, for example through direct tax subsidy programs, especially with regard to intensely intensive project developments. The company therefore also sets itself apart from this scope of competition by virtue of its head start and constant innovations in technology, which are much more difficult to absorb from the competition than, for example, budget-driven measures in the area of marketing. Even in European countries such as France and the United Kingdom, the games industry is promoted much more strongly than in Germany, for example through direct tax subsidy programs, especially with regard to intensely intensive project developments. The company therefore also sets itself apart from this scope of competition by virtue of its head start and constant innovations in technology, which are much more difficult to absorb from the competition than, for example, budget-driven measures in the area of marketing. Even in European countries such as France and the United Kingdom, the games industry is promoted much more strongly than in Germany, for example through direct tax subsidy programs, especially with regard to intensely intensive project developments. The company therefore also sets itself apart from this scope of competition by virtue of its head start and constant innovations in technology, which are much more difficult to absorb from the competition than, for example, budget-driven measures in the area of marketing. promoted much more strongly than in Germany by means of direct taxpayers' programs, especially with regard to peronal-intensive project developments. The company therefore also sets itself apart from this scope of competition by virtue of its head start and constant innovations in technology, which are much more difficult to absorb from the competition than, for example, budget-driven measures in the area of marketing. promoted much more strongly than in Germany by means of direct taxpayers' programs, especially with regard to peronal-intensive project developments. The company therefore also sets itself apart from this scope of competition by virtue of its head start and constant innovations in technology, which are much more difficult to absorb from the competition than, for example, budget-driven measures in the area of marketing.

Due to existing financial liabilities, a potential interest rate risk must be considered. In the newly concluded financing the interest rate is fixed in the longer term; Crytek plans to service the fixed interest expenses due to the operating cash flow.

In addition, there are generally bad debt risks. Crytek operates a dunning system in which due claims are tracked systematically and in a timely manner. Customers and partners of Crytek GmbH are typically international corporations with good to very good credit ratings. Therefore, in relation to other sectors and historically, there are only clearly below-average risks of bad debts.

Exhibit 12
149

The risks of managing financial assets with regard to their recoverability have clearly diminished as a result of Crytek's focus on its core business, with a parallel reduction in the activities of subsidiaries in the year under review and the current financial year.

In addition, long-term contracts with development partners and licensees may also give rise to exchange rate risks, unless the contractually agreed payments are made in euros. This can lead to currency losses, but also to the realization of currency gains. In order to reduce the exchange rate risk in society, cash flows that are not denominated in euros are consistently monitored. In general, risk management distinguishes between short-term (maturing within 6 months) and longer-term (maturing more than 6 months). If it is assumed that the inflows and outflows of payments in a particular currency will be offsetting or have a maturity of less than 6 months, no hedging transactions will be concluded. In the case of longer-term exchange rate risks (Euro-USD) and in terms of the size of the underlying underlying transaction from approx. € 1 million are generally hedged in the form of hedges of exchange rate risks using standard currency forwards. No hedges will be entered into to ensure that the inflows and outflows of payments in a given currency will be balanced or have a maturity of less than 6 months. In the case of longer-term exchange rate risks (Euro-USD) and in terms of the size of the underlying underlying transaction from approx. € 1 million are generally hedged in the form of hedges of exchange rate risks using standard currency forwards. No hedges will be entered into to ensure that the inflows and outflows of payments in a given currency will be balanced or have a maturity of less than 6 months. In the case of longer-term exchange rate risks (Euro-USD) and in terms of the size of the underlying underlying transaction from approx. € 1 million are generally hedged in the form of hedges of exchange rate risks using standard currency forwards. In the case of longer-term exchange rate risks (Euro-USD) and in terms of the size of the underlying underlying transaction from approx. € 1 million are generally hedged in the form of hedges of exchange rate risks using standard currency forwards. In the case of longer-term exchange rate risks (Euro-USD) and in terms of the size of the underlying underlying transaction from approx. € 1 million are generally hedged in the form of hedges of exchange rate risks using standard currency forwards.

The product developments carried out in cooperation with development partners and licensees aim at substantially fully covering the anticipated costs through the contractual agreement of partial acceptance and related payments. In addition, revenue-related revenues are generated from the distribution of the games as well as from the licensing of the technology core Cryengine.

However, since Crytek also develops computer games without the involvement of publishers and also constantly pre-finances technology developments, interim liquidity requirements may arise during development. In order to meet this requirement, the company has entered into a comprehensive medium-term financing measure in the current financial year, which also provides for a framework for possibilities for an additional increase. See the comments in the Supplementary Report attached.

Possible liquidity-raising measures include negotiating with existing shareholders for additional capital injections, negotiating with third parties to provide funding, and negotiating with development partners for advance milestone payments or minimum guarantees for developed games. Specifically, the financing of individual game titles is also examined by structured project financing tailored to the specifics of the industry.

In addition, the managing partners hold regular discussions with investment-interested, internationally oriented private equity and private debt fund companies.

The future of the company will thus be shaped by opportunities and risks in a constantly changing market environment. All of the development projects in the premium and online games segment represent the key revenue potential for Crytek. Here, new contracts for development and distribution partners are to be expected, which will result in milestone and revenue-dependent payments and thus in the improvement of the earnings position.

Based on the planning for the financial years 2017 and 2018, the management expects a sufficiently high positive cash flow from operating activities to ensure the solvency of the company for 2017 and 2018 (the forecast period). The main factors influencing cash flow planning are the already contractually agreed milestones from completed development contracts, the projected revenues in the online area, as well as the licensing income of published game titles and the licensing of Cryengine. Significant portions of the prepayments planned for 2017 and 2018 are based on contractually secured development and distribution agreements with international market partners. These partners are typically distributors, publishers and Internet companies with their own marketing platforms. In the case of planned publications, the assumptions regarding the deposit expectations are based on past experience and comparable games established on the market. Publishers and Internet companies with their own marketing platforms. In the case of planned publications, the assumptions regarding the deposit expectations are based on past experience and comparable games established on the market. Publishers and Internet companies with their own marketing platforms. In the case of planned publications, the assumptions regarding the deposit expectations are based on past experience and comparable games established on the market.

Significant risks in connection with the planning are, in particular, that the payments from the partial acceptance of individual milestones can be delayed if the affected projects are not completed on time. In addition, there are estimation risks, as both the forecasts of sales-related royalties from the marketing of computer games and the expected revenues or cash flows from the licensing of Cryengine are by nature discretionary and not based on already contractually fixed product orders.

The Company's management counters these risks through comprehensive liquidity management and monitoring, and has created the financial foundation for this through the conclusion of new financing as described in the Supplementary Report (see Appendix).

**7. Forecast report**

The financial years 2017 and 2018 will be characterized by opportunities and challenges for Crytek in a steadily growing market environment. All projects in the off- and online games segment, which are currently in the development phase and - as in the case of the title "Hunt" -

Exhibit 12
150

partly immediately before launch, represent an important sales potential for Crytek. For this purpose, work is currently underway on further contracts for development contracts in the premium and online segmentation as well as on partnerships in order to achieve further growth in revenues in 2017 and 2018 as well as in subsequent years. The sales increases are expected in the low to mid double-digit percentage range, which depends among other things on the respective acceptance of newly launched games titles.

For the current financial year 2017 the management expects due to the license contracts already realized in the first quarter of 2017 and the planned live connection of the title, Hunt` in November 2017 and Early Access as well as the start of the development of a new title with an existing Premium IP and the Conclusion of the above-mentioned license agreement for the Asian region significantly improved EBITDA and significantly improved EBIT. The profit for the year should also be significantly improved after planning by the management. For the coming financial year 2018, the management expects a significantly better EBITDA than in 2016 as well as significantly higher EBIT. The profit for the year should also be significantly improved after planning by the management.

**Frankfurt am Main, December 11, 2017**

*Avni Yerli*

*Faruk Yerli*

*Ahmet Sahin*

**Balance sheet as at 31 December 2016**

**assets**

|  | 31.12.2016 | 31/12/2015 |
|---|---:|---:|
|  | EUR | EUR |
| A. Fixed assets |  |  |
| 1. Intangible assets |  |  |
| 1. Internally generated intangible fixed assets | 25,035,884.32 | 15,466,049.32 |
| 2. Software and licenses | 141,141.00 | 277,195.00 |
|  | 25,177,025.32 | 15,743,244.32 |
| II. Property, plant and equipment |  |  |
| 1. Leasehold improvements | 46446.00 | 65740.00 |
| 2. Operating and office equipment | 194,042.00 | 265,563.00 |
|  | 240,488.00 | 331,303.00 |
| III. investments |  |  |
| 1. Shares in affiliated companies | 651,563.40 | 891,115.87 |
|  | 26,069,076.72 | 16,965,663.19 |
| B. current assets |  |  |
| I. Receivables and other assets |  |  |
| 1. Trade receivables | 1,663,762.72 | 3,261,560.90 |
| 2. Claims against affiliated companies | 0.00 | 1,328,150.73 |
| 3. Other assets | 913,799.93 | 1,287,964.78 |
|  | 2,577,562.65 | 5,877,676.41 |
| II. Cash on hand and bank balances | 657,584.38 | 613,076.88 |
| C. Prepaid expenses | 537,467.96 | 603,957.78 |
|  | 29,841,691.71 | 7,094,711.07 |
| D. Deferred tax assets | 9,611,384.83 | 2,875,119.04 |
| E. Shortfall not covered by equity | 1,968,264.46 | 2,929,075.57 |
|  | 41,421,341.00 | 29,864,568.87 |

**liabilities**

|  | 31.12.2016 | 31/12/2015 |
|---|---:|---:|
|  | EUR | EUR |
| A. Equity |  |  |
| I. Drawn capital | 89170.00 | 89170.00 |
| II. Capital reserve | 22,991,830.00 | 22,991,830.00 |
| III. loss carryforward | 26,010,075.57 | 18,222,522.32 |
| IV. Net income (previous year: net loss) | 960,811.11 | -7787553.25 |
| Subtotal | -1968264.46 | -2929075.57 |

Exhibit 12

151

|  | 31.12.2016 | 31/12/2015 |
|---|---:|---:|
|  | EUR | EUR |
| Transfer to asset side E. | 1,968,264.46 | 2,929,075.57 |
|  | 0.00 | 0.00 |
| B. Provisions |  |  |
| 1. Tax provisions | 0.00 | 5,106.64 |
| 2. Other provisions | 2,037,086.39 | 3,217,528.84 |
|  | 2,037,086.39 | 3,222,635.48 |
| C. Liabilities |  |  |
| 1. Liabilities to banks | 12,592,296.88 | 6,924,902.96 |
| 2. Trade payables | 4,246,374.24 | 885,172.07 |
| 3. Liabilities to shareholders | 16,087,481.77 | 15,513,054.95 |
| (thereof from deliveries and services: TEUR 0; previous year: TEUR 0) |  |  |
| 4. Liabilities to affiliated companies | 3,105,907.20 | 2,260,505.16 |
| (thereof deliveries and services: EUR 3,105,907.20, previous year: EUR 2,261k) |  |  |
| 5. Other liabilities | 3,352,194.52 | 690,859.11 |
| (thereof taxes: EUR 917,621.27, previous year: EUR 308k) |  |  |
| (of which social security: EUR 379,185.55, previous year: EUR 379 thousand) |  |  |
|  | 39,384,254.61 | 26,274,494.25 |
| D. Prepaid expenses | 0.00 | 367,439.14 |
|  | 41,421,341.00 | 29,864,568.87 |

### Income statement for the period from 1 January to 31 December 2016

|  | 2016 | Previous year |
|---|---:|---:|
|  | EUR | EUR |
| 1. Sales | 30,286,051.28 | 26,141,347.40 |
| 2. Other own work capitalized | 11,601,030.00 | 7,897,878.50 |
| 3. Other operating income | 4,447,774.70 | 5,726,256.38 |
| (thereof income from currency translation: EUR 441,907.15 previous year: EUR 4,644k) |  |  |
| 4. Material costs |  |  |
| Cost of raw materials and supplies | 0.00 | 5,868.57 |
| Expenses for purchased services | 13,839,800.55 | 13,982,409.13 |
| 5. Personnel expenses |  |  |
| a) Wages and salaries | 20,253,954.11 | 17,302,445.74 |
| b) Social security contributions and expenses for pensions and support | 3,648,390.12 | 3,192,003.88 |
| (of which for pensions: EUR 3,000.00, previous year: TEUR 3) |  |  |
| 6. Depreciation |  |  |
| on intangible fixed assets and property, plant and equipment | 2,384,270.01 | 660,775.82 |
| 7. Other operating expenses | 10,415,240.05 | 10,079,867.00 |
| (thereof expenses from currency translation: EUR 319,098.27, previous year: EUR 886k) |  |  |
| 8. Income from investments |  |  |
| (thereof to affiliated companies: EUR 0.00; previous year: EUR 3,312 thousand) | 0.00 | 3,311,763.34 |
| 9. Other interest and similar income | 12434.45 | 332,384.34 |
| (thereof to affiliated companies: EUR 0.00; previous year: EUR 332k) |  |  |
| 10. Depreciation on financial assets and securities held as current assets | 239,552.47 | 0.00 |
| 11. Interest and similar expenses | 1,377,354.99 | 2,682,694.02 |
| (thereof from affiliated companies: EUR 0.00; previous year: EUR 0) |  |  |
| (of which the compounding of provisions: EUR 15,645.96, previous year: EUR 18 thousand) |  |  |
| 12. Taxes on income |  |  |
| (thereof income from deferred taxes (previous year expenses): TEUR 6,736 (previous year: TEUR-2,782) | -6780671.94 | 3,220,904.64 |
| 13. Result after taxes | 969,400.07 | -7717338.84 |
| 14. Other taxes | 8,588.96 | 70214.41 |
| 15. Net income (previous year: net loss) | 960,811.11 | -7787553.25 |

Notes for the financial year 2016

Exhibit 12

152

Crytek GmbH, Frankfurt am Main

## 1. General information on the annual financial statements

The annual financial statements as at 31 December 2016 of Crytek GmbH, Frankfurt am Main, registered in the commercial register of the Frankfurt am Main local court under HRB 77322, have been prepared in accordance with the provisions of the German Commercial Code for large corporations.

The Accounting Directive Implementation Act (BilRUG), which was introduced for the first time for the company, and thus amended provisions of the HGB (in particular, the revenue definition) did not result in any disclosure effects.

## 2. Information on accounting policies

The following accounting and valuation methods were decisive for the preparation of the annual financial statements.

The intangible assets acquired against payment by third parties are valued at acquisition cost, less scheduled straight-line depreciation, over the period of their estimated useful life of three years. The intangible assets acquired in the 2016 financial year are amortized pro rata temporis using the straight-line method. Those acquired by subsidiaries against payment, Intangible assets under construction are reported under internally generated intangible assets and amortized from the date of their completion in accordance with the aforementioned principles. Internally generated intangible fixed assets are capitalized in accordance with the option under section 248 (2) sentence 1 HGB. Capitalization takes place at production costs in accordance with Section 255 (2) sentences 1 and 2 and Section 2a HGB. The production costs of internally generated intangible assets include the following components: Material and manufacturing costs, appropriate parts of the material overheads, production overheads and depreciation of the fixed assets, as far as this is caused by the development. In exercising the option under section 255 (2) sentence 3 HGB, reasonable portions of the costs of general administration relating to the period of manufacture are included. Scheduled depreciation is carried out on a pro rata temporis basis from publication on a straight-line basis over the expected useful life. The useful life is based on company-specific empirical values. Scheduled depreciation of internally generated intangible fixed assets that are still in development is not undertaken. Unless there are indications of permanent impairment, impairment losses are recognized. , The prerequisites for the demarcation of capitalizable development costs from the non-capitalizable research costs are given by Crytek in that development costs always relate to specifically identifiable, defined game projects. D.

Property, plant and equipment are carried at cost less scheduled straight-line depreciation over the period of their estimated useful lives of three to ten years. Low-value assets (GWG) are immediately deducted as operating expenses if their acquisition or production costs do not exceed EUR 150 when purchased or manufactured.

Financial assets are stated at the lower of cost or fair value. The fair value is determined on the basis of future earnings planning as part of a simplified company valuation. Write-downs to the lower fair value are only made if the value is expected to be permanently impaired. In the case of a presumably only temporary impairment, if the option is not exercised in accordance with Art. Section 253 (3) HGB, retaining the carrying amount of the investment.

Receivables and other assets are valued at acquisition cost, less any necessary value adjustments.

The tax provisions and other provisions take into account all uncertain liabilities. The valuation is made in the amount of the settlement amount that, in accordance with prudent business judgment, is required to cover future payment obligations. Future price and cost increases will be considered if there are sufficient objective indications for their occurrence. Provisions with a residual term of more than one year are recognized at the average market interest rate for the past seven financial years,

Liabilities are recognized at their settlement amounts.

Receivables and liabilities denominated in foreign currencies are translated at the rate on the date of the transaction. Receivables and liabilities with a remaining term of up to one year are uniformly translated at the middle spot rate on the balance sheet date. For receivables and payables with a remaining term of more than one year, the conversion on the balance sheet date is only carried out using the average spot exchange rate, if this results in lower receivables or higher liabilities (imparity principle).

Deferred taxes are formed on differences between the commercial law valuations and their tax valuations, which are expected to decrease in later financial years. Deferred tax assets are formed on tax loss carryforwards that can be taken into account within the next five years to offset losses. The valuation of the temporary differences and the tax loss carryforwards that can be offset within the next five years is carried out at the rate for the financial year in which the differences were reversed or the use of loss carryforwards,

## 3. Details of the balance sheet

The breakdown and development of fixed assets is shown in the schedule of assets in the attachment to the notes.

Capitalized internally generated intangible assets from the development of computer games have increased significantly, amounting to TEUR 25,036 as of December 31, 2016 (previous year: TEUR 15,466). The capitalization of € 18,414 thousand is attributable to games that are still in development. The residual book values for games that have already been published amount to TEUR 6,622 as of the balance sheet date. In the previous year, all games were still under development. As part of the completed cost-plus agreements with the subsidiaries, rights and assets as well as licenses to such rights and assets are acquired.

Shares in affiliated companies (disclosure in accordance with Section 285 No. 11 HGB):

Exhibit 12
153

| Surname | Seat | participation rate % | equity € | Last year's result € |
|---|---|---|---|---|
| Crytek Bleck Sea EOOD | Sofia (Bulgaria) | 100 | 637351 | 154011 |
| Crytek Oyun Yazilim ve Pazarlama Limited Sirketi | Istanbul (Turkey) | 100 | 97849 | 32252 |
| Crytek Ltd. | Seoul (South Korea) | 100 | (908,626) | 12456 |
| Crytek Ukraine Ltd. | Kiev (Ukraine) | 100 | 1215357 | 202870 |
| Crytek Hungary Kft. | Budapest (Hungary) | 100 | (144,805) | (153,370) |
| Crytek (Shanghai) Software Co., …. | Shanghai (China) | 100 | 362117 | 129165 |
| Crytek USA Corp. | El Segundo (USA) | 100 | 606872 | 7123 |

The shares of Crytek Ltd./Seoul (South Korea), Crytek (Shanghai) Software Co./Shanghai (China) and Crytek USA Corp./El Segundo (USA) were written off as of December 31, 2016 due to permanent impairment.

As in the previous year, receivables and other assets have a remaining term of up to one year.

As in the previous year, the share capital amounts to EUR 89 thousand. The managing directors are authorized to issue the share capital once or several times in a total amount of up to EUR 1,000 over a period of five years from 23 July 2012 (issue of the authorization in the commercial register) Increase business shares against cash contributions (authorized capital). The subscription right of the shareholders is excluded.

Pursuant to Section 268 No. 8 HGB, the following amount is not available for distributions:

|  | thousand |
|---|---|
| From the capitalization of internally generated intangible assets | 17043 |
| From the capitalization of deferred taxes | 9611 |
|  | 26654 |

Tax provisions for corporation tax and business tax resulted in the previous year from the current financial year and took account of taxable withholding taxes paid abroad.

Provisions include vacation provisions of kEUR 784 (previous year: kEUR 354), provisions for acquisition costs of kEUR 260 (previous year: kEUR 239) and provisions for bonuses of kEUR 241 (previous year: kEUR 618). Of the other provisions in the amount of TEUR 752, the provisions for the rent-free time for the office building in the amount of TEUR 360 (previous year: TEUR 435) represent the largest item.

Trade payables, liabilities to affiliated companies and liabilities to banks in the amount of EUR 12,592 thousand (previous year: EUR 6,925 thousand) have a remaining term of up to one year.

Liabilities to shareholders amount to TEUR 7,087 (previous year: TEUR 6,513) with a remaining term of up to one year. Liabilities to shareholders with a remaining term of more than one year amount to TEUR 9,000 (previous year: TEUR 9,000). Liabilities to shareholders relate to shareholder loans and accrued interest.

Of the other liabilities, a remaining term of up to one year is EUR 3,338 thousand (previous year: EUR 691 thousand).

To secure the loan liabilities to banks, which amounted to TEUR 12,592 as of the balance sheet date, there are cessions regarding trade receivables from certain customers in favor of the banks.

The total amount of secured liabilities therefore amounts to TEUR 1,664.

Deferred tax liabilities were recognized on capitalized internally generated intangible assets. Deferred tax assets were recognized on the provision for rent-free periods not taken into account for tax purposes. Deferred tax assets were recognized on the company's tax loss carryforwards as of December 31, 2016, provided that these loss carryforwards are expected to be used over the next five years. There is a balanced statement on the assets side.

|  | Status at the beginning of the financial year | change | Status at the end of the financial year |
|---|---|---|---|
| Deferred tax assets | € 7,812,711.06 | € 9,791,379.83 | € 17,604,090.89 |
| Deferred tax liabilities | € 4,937,592.03 | € 3,055,114.04 | € 7,992,706.07 |

The calculation of deferred taxes was at a tax rate of 32%.

**Contingencies**

As at 31 December 2016, there are no contingent liabilities.

**Other financial obligations**

Exhibit 12
154

Other financial obligations not shown in the balance sheet in the amount of EUR 7,903 thousand consist of continuing obligations (rental and leasing contracts). Of this total, kEUR 1,112 is due in 2017, kEUR 4,420 from 2018 to 2021 and kEUR 2,371 after 2021.

### 4. Information on the profit and loss account

Revenue of TEUR 30,286 (previous year: TEUR 26,141) breaks down into the two main areas of activity Content / Games with TEUR 28,891 and Technology / Cryengine with TEUR 1,227. The content area can be further subdivided into classic game development for PCs and consoles (EUR 1,400 thousand), the new Virtual Reality division (EUR 5,996 thousand), and online games development and marketing (EUR 20,791 thousand) and mobile (EUR 702 thousand). Other revenues amounted to EUR 168 thousand.

Sales are broken down into the geographic economies USA / Canada with sales of EUR 8,727 thousand, European economic area with sales of EUR 9,672 thousand and the rest of the world in the amount of EUR 11,719 thousand.

At EUR 2,167,000, other operating income mainly relates to positive effects from the waiver of claims by subsidiaries. In addition, income of EUR 1,615 k was generated from the reversal of provisions. These also immediately include income from other periods. Income from currency translation amounted to kEUR 442 (previous year: kEUR 4,644).

Depreciation on intangible assets and property, plant and equipment includes impairment losses of TEUR 1,230 on a self-created IP.

The largest items included advertising and travel expenses of TEUR 2,960 (previous year: TEUR 2,974), legal and consulting fees of TEUR 1,512 (previous year: TEUR 2,241), room costs of TEUR 1,728 (previous year: TEUR 1,942), and server leasing TEUR 396 (previous year: TEUR 543) and expenses for currency translation TEUR 319 (previous year: TEUR 886). In the financial year, expenses of EUR 1,037 thousand were incurred for write-downs on receivables from affiliated companies.

Interest expenses include interest to shareholders in the amount of KEUR 682 (previous year: KEUR 713).

Research and development costs of KEUR 25,093 were incurred in the 2016 financial year. Of this, kEUR 11,601 is attributable to internally generated intangible fixed assets.

### 5. Supplementary report

In October 2017, the company signed a new, substantial debt financing agreement in the low to mid-double-digit € million range with a European fund. Short-term liquidity requirements could also be covered by these financing measures and the financial flexibility of the company increased. In particular, against the background of a term until the year 2020 Crytek strives for a maturity congruent financing.

In connection with the risk report in the management report, it is further pointed out that standard financial covenance was agreed for the financing presented above. If these financial covenants are not complied with during the term of the financing, the lender will receive special market termination rights. The management counters this risk by planning and managing financial ratios.

The subsidiary Crytek Black Sea EOOD / Sofia (Bulgaria) was sold after the balance sheet date in February 2017. This resulted in a gain of approximately TEUR 400.

### 6. Other information

**Employee**

The average number of employees (excluding directors) has changed as follows compared to the previous year:

|  | 2016 number | 2015 number | change |
|---|---|---|---|
| employee | 368 | 321 | + 47 |

73% of employees worked in development, 16% in sales and 11% in administration and administration.

**Auditor fees**

Pursuant to section 285 no. 17 last clause HGB, the total fee charged by the auditor for the 2016 financial year is not disclosed since this is disclosed in the notes to the consolidated financial statements of the Company.

**Transactions with related persons**

The shareholders have declared qualified subordination for shareholder loans.

**Managing directors**

In fiscal year 2016, the management of Crytek GmbH was carried out by the following managing directors:

- Mr. Avni Yerli, (Technology and Research);

- Mr. Faruk Yerli, (Game Development and Production);

Exhibit 12
155

- Mr. Cevat Yerli, (until October 6, 2017)
  (Game Development and Production, Technology and Research);

- Mr. Ahmet Sahin, (from 6 October 2017)
  (operations and administration).

For the total remuneration of the members of the management, the protection clause of § 286 (4) HGB was used.

**Frankfurt am Main, December 11, 2017**

*Avni Yerli*

*Faruk Yerli*

*Ahmet Sahin*

### Development of fixed assets as of 31 December 2016

|  | acquisition cost | | | |
|---|---|---|---|---|
|  | As of 01.01.2016 EUR | Additions EUR | Disposals EUR | As at 31.12.2016 EUR |
| **I. Intangible assets** | | | | |
| 1. Internally generated intangible fixed assets | 15,466,049.32 | 11,601,030.00 | 0.00 | 27,067,079.32 |
| 2. Software and licenses | 24,958,932.72 | 4,340.50 | 0.00 | 24,963,273.22 |
|  | 40,424,982.04 | 11,605,370.50 | 0.00 | 52,030,352.54 |
| **II. Property, plant and equipment** | | | | |
| 1. Leasehold improvements | 472,352.52 | 0.00 | 0.00 | 472,352.52 |
| 2. Operating and office equipment | 4,052,973.09 | 121,865.51 | 0.00 | 4,174,838.60 |
|  | 4,525,325.61 | 121,865.51 | 0.00 | 4,647,191.12 |
| **III. investments** | | | | |
| 1. Shares in affiliated companies | 891,115.87 | 0.00 | 0.00 | 891,115.87 |
|  | 891,115.87 | 0.00 | 0.00 | 891,115.87 |
|  | 45,841,423.52 | 11,727,236.01 | 0.00 | 57,568,659.53 |

|  | Cumulative depreciation | | | |
|---|---|---|---|---|
|  | As of 01.01.2016 EUR | Additions EUR | Disposals EUR | As at 31.12.2016 EUR |
| **I. Intangible assets** | | | | |
| 1. Internally generated intangible fixed assets | 0.00 | 2,031,195.00 | 0.00 | 2,031,195.00 |
| 2. Software and licenses | 24,681,737.72 | 140,394.50 | 0.00 | 24,822,132.22 |
|  | 24,681,737.72 | 2,171,589.50 | 0.00 | 26,853,327.22 |
| **II. Property, plant and equipment** | | | | |
| 1. Leasehold improvements | 406,612.52 | 19294.00 | 0.00 | 425,906.52 |
| 2. Operating and office equipment | 3,787,410.09 | 193,386.51 | 0.00 | 3,980,796.60 |
|  | 4,194,022.61 | 212,680.51 | 0.00 | 4,406,703.12 |
| **III. investments** | | | | |
| 1. Shares in affiliated companies | 0.00 | 239,552.47 | 0.00 | 239,552.47 |
|  | 0.00 | 239,552.47 | 0.00 | 239,552.47 |
|  | 28,875,760.33 | 2,623,822.48 | 0.00 | 31,499,582.81 |

|  | Residual values | |
|---|---|---|
|  | As at 31.12.2016 EUR | As at 31.12.2015 EUR |
| **I. Intangible assets** | | |
| 1. Internally generated intangible fixed assets | 25,035,884.32 | 15,466,049.32 |
| 2. Software and licenses | 141,141.00 | 277,195.00 |
|  | 25,177,025.32 | 15,743,244.32 |

Exhibit 12
156

|  | Residual values | |
|---|---:|---:|
|  | As at 31.12.2016 | As at 31.12.2015 |
|  | EUR | EUR |
| II. Property, plant and equipment |  |  |
| 1. Leasehold improvements | 46446.00 | 65740.00 |
| 2. Operating and office equipment | 194,042.00 | 265,563.00 |
|  | 240,488.00 | 331,303.00 |
| III. investments |  |  |
| 1. Shares in affiliated companies | 651,563.40 | 891,115.87 |
|  | 651,563.40 | 891,115.87 |
|  | 26,069,076.72 | 16,965,663.19 |

## Auditors' report

For the financial year from January 1 to December 31, 2016, we have audited the annual financial statements - comprising the balance sheet, income statement and notes - including the accounting records and the management report of Crytek GmbH, Frankfurt am Main. The accounting and the preparation of the annual financial statements and the management report in accordance with German commercial law are the responsibility of the legal representatives of the company. Our responsibility is to express an opinion on the annual financial statements, including the bookkeeping system, and the management report based on our audit.

We conducted our audit of the annual financial statements in accordance with § 317 HGB and German generally accepted standards for the audit of financial statements promulgated by the Institut der Wirtschaftsprüfer. Accordingly, the audit must be planned and conducted in such a manner that any inaccuracies and violations which have a material effect on the presentation of the net worth, financial and earnings position as conveyed by the annual financial statements in compliance with generally accepted accounting principles and the management report are sufficiently certain be recognized. When determining the audit procedures, account will be taken of knowledge of the Company's business and economic and legal environment, as well as expectations of possible errors. The effectiveness of the accounting-related internal control system and the evidence supporting the disclosures in the books and records, the annual financial statements and the management report are examined primarily on a test basis within the framework of the audit. The audit includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and management report. We believe that our audit provides a reasonable basis for our opinion.

Our audit has not led to any reservations.

In our opinion, based on the findings of our audit, the annual financial statements of Crytek GmbH, Frankfurt am Main, comply with the legal requirements and give a true and fair view of the net assets, financial position and results of operations of the Company in compliance with generally accepted accounting principles. The management report is in line with the annual financial statements, complies with the legal requirements, gives an overall picture of the company's situation and accurately presents the opportunities and risks of future development.

**Frankfurt am Main, December 11, 2017**

**Deloitte GmbH**
**auditing company**

*(Lüdke)*

*Auditors*

*(Herold)*

*Auditors*

Exhibit 12
157