# Exhibit 13

Exhibit 13
158

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Crytek employees say they're not being paid, again - Polygon |
| Capture URL: | https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid |
| Captured site IP: | 151.101.249.52 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:39:56 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:41:22 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | 1bd569f5-23f2-4990-8732-3aebc7e6f279 |
| User: | fkks-dgrove |



NEWS   PLAYSTATION   PC

# Crytek employees say they're not being paid, again

*Complaints recall crisis publisher faced in 2014*

By Owen S. Good | Dec 10, 2016, 2:36pm EST

f   🐦   ⊕ SHARE

31 🗨



Crytek



**Most Read**



Sekiro: Shadows Die Twice review



How much of gaming will be left after Google Stadia?



Epic locks down more store exclusives, including Obsidian's The Outer Worlds, Remedy's Control



Crytek is once again facing complaints that it isn't paying its workers, with some alleging they have not seen a paycheck in more than a month.

The complaints have appeared on social media and have spread through Reddit, all alleging delays and irregularities in meeting payroll over the past six months. In some cases, workers say they currently have not been paid in more than a month.

A person saying he is a current full-time employee contacted Polygon to say that Crytek employees have not been paid for two months, and in the preceding five, pay had been regularly delayed by two to four weeks.

Polygon has reached out to a U.S.-based representative of Crytek, which is headquartered in Germany, for a statement about the allegations.

In 2014, Crytek tottered at the edge of insolvency, requiring a dramatic reorganization, the sale of assets and studios, and the delay of paychecks to workers. Cevat Yerli, the Crytek CEO, acknowledged that the company missed making its payroll; Crytek had done so to keep itself out of bankruptcy, he said.

Yet Crytek still lopped off about 200 jobs from its workforce of 700 and unloaded both *Homefront: The Revolution* and the U.K. studio making it to Deep Silver. The studio renamed itself Dambuster Studios, an oblique reference to British air strikes on Germany during World War II.

The current complaints come from Crytek's main studio in Frankfurt. "Salaries not arriving on time since last 6 months with no heads-up from the management nor the owners," reads one at Glassdoor, a portal for people seeking work and employers looking to hire. "Every time is the 'last time.' No apologies or explanations were offered."

That employee says that "the founding brothers, [Cevat, Avni and Faruk Yerli] finally decided to address this issue on a company meeting, but dodged all the specific questions and promised that 'the situation' is now resolved once and for all." The complaint was dated Oct. 9.

The most recent complaint on the site, coming from a programmer in Frankfurt, is dated Nov. 28 and alleges that "Money for October will not be paid until sometime early December."

Document title: Crytek employees say they're not being paid, again - Polygon
Capture URL: https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid
Capture timestamp (UTC): Thu, 21 Mar 2019 21:41:22 GMT

Exhibit 13
160

Page 1 of 6

to address this issue on a company meeting, but dodged all the specific questions and concerns, the employee now reached out for all. The complaint was dated Nov. 9.

The most recent complaint on the site, coming from a programmer in Frankfurt, is dated Nov. 28 and alleges that "Money for October will not be paid until sometime early December."

A message posted as an image to Imgur said the pay crisis affects all of Crytek's studios, not just the Frankfurt HQ. Crytek has six other subsidiaries. This report, citing unnamed sources, said Crytek is looking to sell its Bulgarian studio, Crytek Black Sea, the makers of the free-to-play MOBA *Arena of Fate*.

Once known for making traditional console games sold at retail, Crytek announced plans in 2013 to transition fully to publishing free-to-play games. It recently published two virtual reality games, *The Climb* (pictured above) for Oculus Rift and *Robinson: The Journey* for PlayStation VR.

## More From Polygon

The one part of comics that the MCU can't seem to replicate

Captain Marvel's Stan Lee cameo has bold implications for the MCU

Ralph Macchio goes back to 'Miyagi World' for Cobra Kai's second season

Disney rehires James Gunn to direct Guardians of the Galaxy 3

HBO confirms the episode lengths for Game of Thrones' final season

Devil May Cry 5 is adding a stylishly messy survival mode







## SPONSORED CONTENT


If You're Over 30 And Own A Computer, This Game Is A Must-Have!
Vikings


Drivers who switch to Progressive save an average of $699
Progressive


If You're Over 50 And Own A Computer, This Game Is A Must-Have!
Throne


[Pics] The Largest Female Athlete Of All Time Is Truly Massive
Tie Breaker


eToro Officially Launches Crypto Trading Platform & Wallet in the U.S.
NEWSBTC


[Pics] Everyone Is Still Trying To Grasp Jonathan Scott's Personal Tragedy
Direct Expose

Recommended by outbrain

Document title: Crytek employees say they're not being paid, again - Polygon
Capture URL: https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid
Capture timestamp (UTC): Thu, 21 Mar 2019 21:41:22 GMT

Exhibit 13
161

Page 2 of 6



Computer, This
Game Is A Must-
Have!
Vikings

an average of $699
Progressive

Computer, This
Game Is A Must-
Have!
Throne

All Time Is Truly
Massive
Tie Breaker

Trading Platform &
Wallet in the U.S.
NEWSBTC

Jonathan Scott's
Personal Tragedy
Direct Expose

Recommended by **Outbrain** |▷

There are **31** comments.

### ASEdouard
It's pretty much the norm to be paid every month in Germany (as opposed to every two weeks). It's not surprising that people haven't been paid in more than a month if Crytek missed one payment.
Posted  on **Dec 10, 2016 | 2:54 PM**

### ASEdouard
"Too"
Posted  on **Dec 10, 2016 | 2:56 PM**

### AmiralPatate
I would assume the norm is also getting paid on time for the work you do.
Posted  on **Dec 10, 2016 | 5:59 PM**

### BonjourTristesse
Indeed, it is.
This beginning to reek of "Insolvenzverschleppung" (Masking/Delay of Bancruptcy). Again.
Posted  on **Dec 10, 2016 | 9:20 PM**

### Syntaxkita
just as long as you don't work for Crytek it seems
Posted  on **Dec 11, 2016 | 8:16 PM**

### ak-blanc
It's definitely not okay. My wife is a kindergarten teacher and hasn't been paid this school year (which began in september), which is absolutely insane! The situation should be resolved by the end of the month or so but it's lucky I have a job and we have some savings.
Not paying employees in due time is a really shitty move in general.
Posted  on **Dec 10, 2016 | 3:15 PM**

### DirkofDirges
Oh god!
I work for a school district and one of the benefits has always been the kind of stability that comes from working for a public institution. Does she work for a private/charter school, or is the local government just really out of sorts?
Posted  on **Dec 10, 2016 | 4:05 PM**

### ak-blanc
Well we live in Belgium and she's working in a public school in the french-speaking part of the country but she got her diploma in the dutch-speaking part of the country which apparently derailed some stuff that should have been automatic. It's certainly no excuse for such a delay but public bureaucracy isn't quick to fix issues.
The worst part is that we had the same issue last year when she started working in that school (right after getting her diploma). She didn't get paid until the third month I think (she got what was due for the previous months obviously). Back then, just beginning to work in that field, just got her diploma, we thought it took time to process her or whatever... even if we were already pretty pissed about it. But now, to have the same thing happen again, in the same job, in the same school, that's outrageous.
Posted  on **Dec 10, 2016 | 5:41 PM**

### CaptainDju
**Belgian facepalm**
Posted  on **Dec 12, 2016 | 3:51 AM**

### McJabberclackers
That is horrible. In case of your wife, dealing with children and all I probably wouldn't, but in any job within my working field I'd not show up anymore. No pay, no chimp.
Posted  on **Dec 12, 2016 | 2:29 PM**

### ak-blanc
That's pretty much it. She couldn't do that to the kids or her colleagues/school. Because it's not even the school's fault, it's the region (more or less like a state in the US) that's supposed to be paying her.
Posted  on **Dec 12, 2016 | 4:01 PM**

### sumthin_gud
I work at the most senior college in the largest American public university system...if we miss a payment (which is not unusual unfortunately), they add it to the next paycheck... and bump up our tax bracket as well.
Things like this is what savings are for.
Posted  on **Dec 10, 2016 | 6:01 PM**

### deletethisshit
No it's not. Savings is for emergencies, unemployment, splurges, things that are on you. It's not for being taken advantage of by your employer. You better find a new line of work if they can't pay you for work you're doing. That pretty much eliminates the usefulness of having a 'job'.
Plus, you're getting the extra kick in the nuts by being bumped up another tax bracket. What

Document title: Crytek employees say they're not being paid, again - Polygon
Capture URL: https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid
Capture timestamp (UTC): Thu, 21 Mar 2019 21:41:22 GMT

Exhibit 13
162

Page 3 of 6

No it's not. Savings is for emergencies, unemployment, splurges, things that are on you. It's not for being taken advantage of by your employer. You better find a new line of work if they can't pay you for work you're doing. That pretty much eliminates the usefulness of having a 'job'.

Plus, you're getting the extra kick in the nuts by being bumped up another tax bracket. What a scam.

Posted on **Dec 12, 2016 | 5:16 PM**

### Andreia

Just do what your colleagues did in 2014, move over to cloud imperium games to work on Star Citizen, they need Crytek devs all the time and money is not an issue.

Posted on **Dec 10, 2016 | 3:34 PM**

### Blue 100612

Jesus, that's terrifying. My work is just adjust or payroll time for two days and I'm freaking out. I can't imagine not getting paid for a couple of months.

Posted on **Dec 10, 2016 | 4:04 PM**

### Syrellaris

It is def. not okay to not pay your workers. They can actually get in serious trouble for it, by not being able to pay there bills on time etc.

Crytek needs to step up there game and actually start paying, including interest.

Posted on **Dec 10, 2016 | 5:27 PM**

### My Only Name Change

Is it lack of jobs? What compels people to put up with this shit?

Posted on **Dec 10, 2016 | 8:04 PM**

#### Strom

Fear of uncertainty. They probably live close to the office and are afraid they can't find a comparable job at a similar commuting distance.

Posted on **Dec 11, 2016 | 1:44 AM**

##### UnsightlyWalrus

In Frankfurt where Crytek HQ is, is also CiG Frankfurt, which works on Cryengine all the same and is almost entirely formed of former Crytek employees. And CiG needs people experienced in Cryengine all the time.

Posted on **Dec 11, 2016 | 3:21 AM**

#### Mike.The.Red

If you work in gaming, sadly a job change usually means a pretty significant relocation as well. The industry is spread out very thinly across much of the globe (with notable exceptions of SF, Seattle and a few others), so switching a job carries a lot of risk and out-of-pocket cost that most want to avoid until it's absolutely necessary.

I've had to move significant distances (thousands of miles) for 4 of my 7 jobs to-date. I stayed at my previous company a year longer than I should have, because I couldn't find anything "local" enough.

And while Frankfurt may have a lot of gaming companies, there may not be many looking for Crytek level talent (or be able to afford it). Europe is huge on mobile/casual right now, so even if you have 50 companies in driving distance, it doesn't mean they need your skills.

Posted on **Dec 11, 2016 | 2:00 AM**

#### GlassDragon

This exactly. Aside from all of the other problems working in gaming, being forced to move really did not sit well with me. I was basically forced to move after a layoff, if I wanted to continue working in games. I moved to a place I didn't want to be, working on games that I really didn't like. I decided that the power to live where ever you want is a wonderful thing, and something my career lacked. I don't see how people with families and a house do it. It's next to impossible to move back, because hundreds of experienced people apply for every opening (which are very few). I have worked with people that are spending months, nearly a year looking for anything they can get still within the industry. Others have wised up and moved outside.

In the game industry, you are literally one layoff away from having your entire world thrown upside down, and the struggle started. Being willing to relocate thousands of miles is one of the few ways to counteract this, but it sucks.

Posted on **Dec 12, 2016 | 12:54 PM**

### Mr.Mulderfox

><

How can this be allowed to happen with out proper explanation ?

ps. I used to be in a month late situation for 1 year but the CEO really explained why and how things was going to be fix (She kept her promise).

Posted on **Dec 10, 2016 | 9:11 PM**

### apoclypse

Crytek just can't figure out how to make money. They make a gorgeous engine and great looking games but they have no idea how to turn that into money. Not that they are alone in that department. A lot of game studios go under.

Unfortunately for Crytek they didn't get a big Chinese company to keep them afloat like EPIC did. They should have sold outright to Amazon or made a deal. They have money to burn and I think in a year or two they will be trying to enter the gaming market hard. Crytek as an Amazon 1st party dev would have kept them afloat They could have had a deal that let's them go back to being independent after they delivered a number of games or made a certain amount of money and Amazon would have a big name developer under their belt.

Posted on **Dec 10, 2016 | 9:45 PM**

### AWhiteBocs

*Complaints recall crisis publisher faced in 2014*

Clever.

Document title: Crytek employees say they're not being paid, again - Polygon
Capture URL: https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid
Capture timestamp (UTC): Thu, 21 Mar 2019 21:41:22 GMT

Exhibit 13
163

Page 4 of 6



**AWhiteBocs**
*Complaints recall crisis publisher faced in 2014*

Clever.

Posted on Dec 11, 2016 | 1:50 AM

**Lopogyn**

Wait, they expect money each month? It was rather obvious they'd be paid ... yerli.

Posted on Dec 11, 2016 | 3:31 AM

**TarToast**

From a 2014 Kotaku article.

"Three Frankfurt employees say they've watched Crytek co-founders Cevat and Avni Yerli continue to drive their Ferrari sports cars to work over the past few months, which one source called "a slap in the face" to employees who weren't getting paid on time. One former employee added that the company spent a ton of money on expensive chairs, laptop bags, and other studio perks, including first-class flight tickets for high-level employees."

That's real blood and sweat right there...

Posted on Dec 11, 2016 | 10:39 AM

**sachinbahal**
*A message posted as an image to Imgur said the pay crisis affects all of Crytek's studios, not just the Frankfurt HQ. Crytek has six other subsidiaries*

I read the imgur message and it makes no mention of this affecting all of Crytek's studios. But the **Letsplayvideogames.com** article does mention that it's only affecting the Crytek Black Sea studio.

But nonetheless, not paying your employees is never a good thing, and damn, 2016 is getting worse by the day, 2017 can't come soon enough.

The imgur message is as follows:

SHOW IMAGE

Posted on Dec 11, 2016 | 2:47 PM

**Iain Kidd**

"This isn't just here in Germany, this is in all of our offices as far as I can tell"

Posted on Dec 11, 2016 | 6:25 PM

**Syntaxkita**

time to sue the company and find a new job

Posted on Dec 11, 2016 | 8:17 PM

**MindYourMind**

It seems Crytek is experiencing a financial crisis.

Posted on Dec 11, 2016 | 11:06 PM

**polyer**

This i s sad, that people, whos working hard adn make incredible things are just beggars for thier money. This isn't first situation and CRytex haven't learn anything.

Posted on Dec 12, 2016 | 2:38 PM

Something to say?
Log in or sign up

Top of comments ▲

## The Latest



**Valve redesigns Steam game library, adding Steam Events**
By Michael McWhertor | 8 comments

**Marvel Strike Force hopes Alliance Wars keeps you playing forever**
By Cass Marshall

**Sekiro guide: Skills**
By Jeffrey Parkin

**The Division 2 guide: Occupied Dark Zone**
By Austen Goslin

**All Disneyland resort hotels are completely booked the night before Star Wars: Galaxy's Edge opens**
By Petrana Radulovic | 4 comments

That's real blood and sweat right there....

**sachinbahal**

*A message posted as an image to Imgur said the pay crisis affects all of Crytek's studios, not just the Frankfurt HQ. Crytek has six other subsidiaries*

I read the imgur message and it makes no mention of this affecting all of Crytek's studios. But the **Letsplayvideogames.com** article does mention that it's only affecting the Crytek Black Sea studio.

But nonetheless, not paying your employees in never a good thing, and damn, 2016 is getting worse by the day, 2017 can't come soon enough.

The imgur message is as follows:

[ SHOW IMAGE ]

Posted on **Dec 11, 2016 | 2:47 PM**

**Iain Kidd**

"This isn't just here in Germany, this is in all of our offices as far as I can tell"

Posted on **Dec 11, 2016 | 6:25 PM**

**Syntaxkita**

time to sue the company and find a new job

Posted on **Dec 11, 2016 | 8:17 PM**

**MindYourMind**

It seems Crytek is experiencing a financial crisis.

Posted on **Dec 11, 2016 | 11:06 PM**

**polyer**

This i s sad, that people, whos working hard adn make incredible things are just beggars for thier money. This isn't first situation and CRytex haven't learn anything.

Posted on **Dec 12, 2016 | 2:38 PM**

Something to say?
Log in or sign up

Top of comments ▲

## The Latest



**Valve redesigns Steam game library, adding Steam Events**
By Michael McWhertor  |  8 comments

**Marvel Strike Force hopes Alliance Wars keeps you playing forever**
By Cass Marshall

**Sekiro guide: Skills**
By Jeffrey Parkin

**The Division 2 guide: Occupied Dark Zone**
By Austen Goslin

**All Disneyland resort hotels are completely booked the night before Star Wars: Galaxy's Edge opens**
By Petrana Radulovic  |  4 comments

**Sekiro guide: The best skills**
By Jeffrey Parkin

▷ Ad



Terms of Use  •  Privacy Policy  •  Cookie Policy  •  GDPR Commitment
Communications Preferences
Contact  •  Send Us a Tip  •  Community Guidelines  •  Masthead  •
Editorial Ethics and Guidelines
All Systems Operational
Check out our status page for more details.


Advertise with us
Jobs @ Vox Media
© 2019 Vox Media, Inc. All Rights Reserved

Document title: Crytek employees say they're not being paid, again - Polygon
Capture URL: https://www.polygon.com/2016/12/10/13908156/crytek-employees-not-paid
Capture timestamp (UTC): Thu, 21 Mar 2019 21:41:22 GMT

Exhibit 13
165

Page 6 of 6