# Exhibit 14

Exhibit 14
166

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Crytek closing five studios, will refocus on 'premium IPs' and CryEngine - Polygon |
| Capture URL: | https://www.polygon.com/2016/12/20/14023746/crytek-studios-shutdown |
| Captured site IP: | 151.101.249.52 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:41:38 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:42:14 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 64909f55-0221-472b-8458-fc0b1978baf2 |
| User: | fkks-dgrove |

PDF REFERENCE #:    nrbgnmsyQT3PRS9rPHfGWk

Exhibit 14
167



NEWS

# Crytek closing five studios, will refocus on 'premium IPs' and CryEngine

*Only Frankfurt and Kiev studios will remain*

By **Allegra Frank** | **@LegsFrank** | Dec 20, 2016, 10:30am EST

22

SHARE



Crytek



Crytek announced a major change in structure today: The developer is shedding five of its studios, with only Crytek's Frankfurt, Germany and Kiev, Ukraine studios remaining.

In a press release, Crytek described this as part of the company's effort to "refocus on its core strengths." Although the company did not say outright that the other Crytek development studios would be shuttered completely, the announcement mentions that those employed at them are now looking for other work.

Other than Crytek's Frankfurt headquarters and Kiev studio, which develops free-to-play shooter *Warface*, the company held offices in Budapest, Hungary; Sofia, Bulgaria; Seoul, Korea; Shanghai, China; and Istanbul, Turkey. We've contacted Crytek for more on what will become of these satellite locations, as well as the reason for removing them from the Crytek umbrella.

Crytek's co-founder and managing director, Avni Yerli, said in the release that the "changes are part of the essential steps we are taking to ensure Crytek is a healthy and sustainable business moving forward that can continue to attract and nurture our industry's top talent. The reasons for this have been communicated internally along the way.

"Our focus now lies entirely on the core strengths that have always defined Crytek — world-class developers, state-of-the-art technology and innovative game development, and we believe that going through this challenging process will make us a more agile, viable, and attractive studio, primed for future success," he added.

READ MORE
The story of Crytek: From X-Isle through Redemption

## Most Read



Sekiro: Shadows Die Twice review



How much of gaming will be left after Google Stadia?



The studio will now focus on its CryEngine technology, which is used by many other developers and licensors. Crytek said it will also continue to "develop and work on premium IPs."

The developer is better known as of late for controversy. Just last week, we reported on Crytek employees' complaints that they had been paid irregularly for as long as the past six months. This has been a common refrain at Crytek, which, in 2014, underwent a major

Document title: Crytek closing five studios, will refocus on 'premium IPs' and CryEngine - Polygon
Capture URL: https://www.polygon.com/2016/12/20/14023746/crytek-studios-shutdown
Capture timestamp (UTC): Thu, 21 Mar 2019 21:42:14 GMT
Exhibit 14
168
Page 1 of 5

The studio will now focus on its CryEngine technology, which is used by many other developers and licensors. Crytek said it will also continue to "develop and work on premium IPs."

The developer is better known as of late for controversy. Just last week, we reported on Crytek employees' complaints that they had been paid irregularly for as long as the past six months. This has been a common refrain at Crytek, which, in 2014, underwent a major restructuring and admitted that it had withheld paychecks in the hopes of keeping the company out of bankruptcy.

That situation was "resolved" with major job cuts, shutting down its U.K.- and U.S.-based studios and by selling the rights to *Homefront: The Revolution* to another publisher. Crytek has continued to struggle since, with its output limited to smaller projects and virtual reality titles as of late. Most recently, the company published *Robinson: The Journey* on PlayStation VR.

### More From Polygon

The one part of comics that the MCU can't seem to replicate
Captain Marvel's Stan Lee cameo has bold implications for the MCU
Ralph Macchio goes back to 'Miyagi World' for Cobra Kai's second season
Disney rehires James Gunn to direct Guardians of the Galaxy 3
HBO confirms the episode lengths for Game of Thrones' final season
Devil May Cry 5 is adding a stylishly messy survival mode







#### SPONSORED CONTENT


[Photos] Drone Captures What No One Was Supposed to See
Ice Pop


If You're Over 50 And Own A Computer, This Game Is A Must-Have!
Vikings


Dell's Inspiron 15 7000 is an undeniable gaming laptop bargain
Dell on CNET


This $99 Mini Drone Is Selling Like Crazy In United States
blog.newsdaysguide.com


[Pics] Movie Flops That Cost The Cast Their Career
Finance 101


How to Fish for Lunkers at the Lake of the Ozarks
Visiting Lake of the Ozarks

Recommended by Outbrain

There are 22 comments

Document title: Crytek closing five studios, will refocus on 'premium IPs' and CryEngine - Polygon
Capture URL: https://www.polygon.com/2016/12/20/14023746/crytek-studios-shutdown
Capture timestamp (UTC): Thu, 21 Mar 2019 21:42:14 GMT
Exhibit 14
169
Page 2 of 5

There are 22 comments.

**wjousts**

*"changes are part of the essential steps we are taking to ensure Crytek is a healthy and sustainable business moving forward that can continue to attract and nurture our industry's top talent."*

Because laying a bunch of people off is always the best way to attract talent?

Posted on **Dec 20, 2016 | 10:43 AM**

> **AmiralPatate**
>
> Staying in business is definitely a way to attract talent.
>
> Posted on **Dec 20, 2016 | 11:12 AM**
>
>> **wjousts**
>>
>> Sure, but "what, you almost went out of business twice already? Sure, where do I sign?"
>>
>> I certainly wouldn't consider working for them unless I was only looking for something short-term.
>>
>> Posted on **Dec 20, 2016 | 4:58 PM**
>>
>>> **AmiralPatate**
>>>
>>> There are plenty of successful companies that haven't always been quite as successful. If they manage to pull themselves together and build something durable, it doesn't really matter they almost went out of business some years before.
>>>
>>> Posted on **Dec 20, 2016 | 5:20 PM**
>
> **iBibbles**
>
> You know... They pulled this shit back when Crytek USA was around and it didn't stop delusional Crytek employees from spamming positive company reviews on Glassdoor to say that "the hard times are behind us now." I'm sure they'll manage to hire a few more talented people before they crash and burn one last time.
>
> Posted on **Dec 20, 2016 | 11:17 AM**
>
> **marcushasfun**
>
> They've been struggling to pay their employees for a while. I don't think they had any choice but drastically downsizing.
>
> Posted on **Dec 20, 2016 | 1:11 PM**

**PremiereBoris**

Well, I head Star Citizen needs a bunch of devs that know Cry Engine real well.

Posted on **Dec 20, 2016 | 10:54 AM**

> **UncleHo74**
>
> AFAIK there is a bunch of ex-Crytek devs at Star Citizen already and for quite some time now .. they have rewritten a good deal of the whole engine.
>
> Posted on **Dec 20, 2016 | 12:12 PM**

**furyia**

When did the Nottingham studio bite the dust?

Posted on **Dec 20, 2016 | 10:54 AM**

> **anders.cold**
>
> That was the last time Crytek were in trouble financially.
>
> They sold off the Homefront IP to Deep Silver and most staff of the Nottingham studio joined Dambuster Studios, so you could largely say that Free Radical Design lives on as a Deep Silver studio now.
>
> Posted on **Dec 20, 2016 | 3:08 PM**

**StarSoldier**

Refocusing on Prime IPs hopefully means we'll finally see Ryse Son of Rome II at some point...

Posted on **Dec 20, 2016 | 12:06 PM**

> **Bookgrinder**
>
> I would like to see a new Crysis trilogy for PC.
>
> Posted on **Dec 20, 2016 | 1:02 PM**

**JeanClaude321**

What games did they make with all these studios? I feel like Crytek hasn't released a game since Ryse.

If they want to stay in business, I guess it's smart to focus back on CryEngine and making games. But what the hell were they focusing on before??

Posted on **Dec 20, 2016 | 12:49 PM**

> **Bookgrinder**
>
> After Ryse, they make a bunch of VR games and Warface, a MMOFPS
>
> Posted on **Dec 20, 2016 | 1:03 PM**
>
> **llamas612**
>
> I was wondering the same thing. Looking at their wiki, it seems like they've focused mostly on F2P (Warface and Arena of Fate), some VR stuff, and the Crytek engine as of late.

Exhibit 14
170

**Bookgrinder**

After all, they make a bunch of VR games and Warface, a MMOFPS.

Posted on **Dec 20, 2016 | 1:03 PM**

**llamas612**

I was wondering the same thing. Looking at their wiki, it seems like they've focused mostly on F2P (Warface and Arena of Fate), some VR stuff, and the Crytek engine as of late.

Honestly, looking at their entire catalog, it seems like they've only release Far Cry 1 (the rest were Ubisoft games), all the Crysis games and then Homefront. For a company which was able to build that many studios, you'd think they'd have made a wider array of games.

Posted on **Dec 20, 2016 | 1:04 PM**

**sizer**

Like United Front Games, they got suckered into the F2P lie that all the F2P people in the games industry were preaching high and low, that you have to go F2P or die. So they had Warface (yawn) and they've had two other unexciting ones in closed beta since 2014 (!). But it turned out F2P is an even more brutal and competitive (and soulcrushing and evil but that doesn't matter here) market so now UFG is dead and Crytek is barely hanging on.

They did two interesting pay to play VR games recently (The Climb and Robinson), so I hope they keep doing things like that.

Posted on **Dec 20, 2016 | 3:55 PM**

> **isolatedRay**
>
> The VR installed base is so small they wont make much money on these VR games.
>
> Posted on **Dec 20, 2016 | 4:18 PM**

**Lerkero**

This is just another case of a company becoming too bloated and too big for what they actually had the motivation to produce. I didn't even realize that Crytek had so many studios, and I do not recall recent games that Crytek has had success with (in the USA).

It is very unfortunate that the employees are no longer employed, and I hope they find work soon.

Posted on **Dec 20, 2016 | 12:57 PM**

**marcushasfun**

Well that explains them not being able to run payroll.

I hope everyone they've laid off gets a decent severance, but if cash is that tight I doubt they will.

Right before Christmas too 😞

Posted on **Dec 20, 2016 | 1:08 PM**

**nickpeck40**

Lol, if they are having money problems that bad I wouldn't be dumping a lot into VR games...

Posted on **Dec 20, 2016 | 4:03 PM**

> **nickpeck40**
>
> They should have done this type of trimming last time they were in big trouble as they would have been better off over the past few years instead of doing it again. Good luck to everyone getting a job quickly though.
>
> Posted on **Dec 20, 2016 | 4:05 PM**

**NdigoBoy**

New Crysis or I don't care.

Posted on **Dec 22, 2016 | 8:25 AM**

Something to say?
Log in or sign up

Top of comments ▲

## The Latest



**Valve redesigns Steam game library, adding Steam Events**
By Michael McWhertor | 8 comments



**Marvel Strike Force hopes Alliance Wars keeps you playing forever**
By Cass Marshall



**Sekiro guide: Skills**
By Jeffrey Parkin



**The Division 2 guide: Occupied Dark Zone**
By Austen Goslin



**All Disneyland resort hotels are completely booked the night before Star Wars: Galaxy's Edge opens**
By Petrana Radulovic | 4 comments

Document title: Crytek closing five studios, will refocus on 'premium IPs' and CryEngine - Polygon
Capture URL: https://www.polygon.com/2016/12/20/14023746/crytek-studios-shutdown
Capture timestamp (UTC): Thu, 21 Mar 2019 21:42:14 GMT
Exhibit 14
171
Page 4 of 5

**isolatedRay**

The VR market is super small, they should've taken a hit on their VR games.

Posted on **Dec 20, 2016 | 4:18 PM**

**Lerkero**

This is just another case of a company becoming too bloated and too big for what they actually had the motivation to produce. I didn't even realize that Crytek had so many studios, and I do not recall recent games that Crytek has had success with (in the USA).

It is very unfortunate that the employees are no longer employed, and I hope they find work soon.

Posted on **Dec 20, 2016 | 12:57 PM**

**marcushasfun**

Well that explains them not being able to run payroll.

I hope everyone they've laid off gets a decent severance, but if cash is that tight I doubt they will.

Right before Christmas too 😞

Posted on **Dec 20, 2016 | 1:08 PM**

**nickpeck40**

Lol, if they are having money problems that bad I wouldn't be dumping a lot into VR games...

Posted on **Dec 20, 2016 | 4:03 PM**

**nickpeck40**

They should have done this type of trimming last time they were in big trouble as they would have been better off over the past few years instead of doing it again. Good luck to everyone getting a job quickly though.

Posted on **Dec 20, 2016 | 4:05 PM**

**NdigoBoy**

New Crysis or I don't care.

Posted on **Dec 22, 2016 | 8:25 AM**

Something to say?
Log in or sign up

Top of comments ▲

### The Latest



**Valve redesigns Steam game library, adding Steam Events**
By Michael McWhertor | 8 comments

**Marvel Strike Force hopes Alliance Wars keeps you playing forever**
By Cass Marshall

**Sekiro guide: Skills**
By Jeffrey Parkin

**The Division 2 guide: Occupied Dark Zone**
By Austen Goslin

**All Disneyland resort hotels are completely booked the night before Star Wars: Galaxy's Edge opens**
By Petrana Radulovic | 4 comments

**Sekiro guide: The best skills**
By Jeffrey Parkin



Terms of Use · Privacy Policy · Cookie Policy · GDPR Commitment ·
Communications Preferences
Contact · Send Us a Tip · Community Guidelines · Masthead ·
Editorial Ethics and Guidelines
All Systems Operational
Check out our status page for more details.



Advertise with us
Jobs @ Vox Media
© 2019 Vox Media, Inc. All Rights Reserved

Document title: Crytek closing five studios, will refocus on 'premium IPs' and CryEngine - Polygon
Capture URL: https://www.polygon.com/2016/12/20/14023746/crytek-studios-shutdown
Capture timestamp (UTC): Thu, 21 Mar 2019 21:42:14 GMT

Exhibit 14
172

Page 5 of 5