# Exhibit 15

Exhibit 15
173



| | |
|---|---|
| Document title: | Crytek sells off Black Sea studio to Sega, Total War creators - Polygon |
| Capture URL: | https://www.polygon.com/2017/3/7/14844758/crytek-black-sea-studio-now-creative-assembly-sofia-total-war-sega |
| Captured site IP: | 151.101.249.52 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:42:36 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:43:01 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | f4abedd8-942e-41db-8b60-f3ab54c25369 |
| User: | fkks-dgrove |

PDF REFERENCE #:    4pLGQwnkj8BTQ2wVZegdEq

Exhibit 15
174

NEWS  PC  WINDOWS

# Crytek sells off Black Sea studio to Sega, Total War creators

*Say hello to Creative Assembly Sofia*

By Michael McWhertor | @MikeMcWhertor | Mar 7, 2017, 5:30pm EST


Creative Assembly

Sega Europe and Creative Assembly have acquired Crytek's Sofia, Bulgaria-based Black Sea Studio, according to an announcement from Crytek. The studio, previously known as Crytek Black Sea, will now operate as Creative Assembly Sofia.

Crytek announced in December it was closing five studios — including its Bulgaria office — with only the developer's Frankfurt, Germany and Kiev, Ukraine studios remaining. That announcement came after reports that Crytek employees were not being paid.

"In the past few weeks, we have worked closely with Creative Assembly and the team in Sofia to ensure that the talented staff at Crytek Black Sea would be well taken care of," Crytek's managing director, Avni Yerli, said in a news release. "We are delighted to be able to announce that SEGA's acquisition of Crytek Black Sea has been finalized along with the studio's transition from Crytek to Creative Assembly. This change is a part of the essential steps we are taking to re-focus on our core competencies and ensure Crytek is a healthy and sustainable business moving forward. We would like to thank the Sofia team for their passion and dedication and are looking forward to seeing them do great things as part of Creative Assembly."

Creative Assembly Sofia employs 60 people, though it was not announced what the studio will be working on under its new owners. As Crytek Black Sea, the team worked on *Arena of Fate*.

Creative Assembly's recent projects include *Total War: Warhammer*, *Halo Wars 2* and *Total War: Arena*.

## More From Polygon

The one part of comics that the MCU can't seem to replicate
Captain Marvel's Stan Lee cameo has bold implications for the MCU
Ralph Macchio goes back to 'Miyagi World' for Cobra Kai's second season
Disney rehires James Gunn to direct Guardians of the Galaxy 3
HBO confirms the episode lengths for Game of Thrones' final season
Devil May Cry 5 is adding a stylishly messy survival mode

### Most Read


Sekiro: Shadows Die Twice review


How much of gaming will be left after Google Stadia?



Document title: Crytek sells off Black Sea studio to Sega, Total War creators - Polygon
Capture URL: https://www.polygon.com/2017/3/7/14844758/crytek-black-sea-studio-now-creative-assembly-sofia-total-war-sega
Capture timestamp (UTC): Thu, 21 Mar 2019 21:43:01 GMT

Exhibit 15
175

Page 1 of 3

- Ralph Macchio goes back to 'Miyagi World' for Cobra Kai's second season
- Samsung reportedly wants Fortnite to debut Guardians for Galaxy 3
- HBO confirms the episode lengths for Game of Thrones' final season
- Devil May Cry 5 is adding a stylishly messy survival mode







**SPONSORED CONTENT**


[Pics] Roommates Buy Used Sofa. When They Sit On It They Feel Something Inside
Ice Pop


Drivers who switch to Progressive save an average of $699
Progressive


If you're over 50 and own a PC - this game is a must!
Throne


If You're Over 50 And Own A Computer, This Game Is A Must-Have!
Vikings


Little Known Trick To Avoid Gutter Cleaning For Life And Increase Home Value
leaffilterguards.com


[Pics] Couple Thought They Are Having A Baby. Husband Faints when Doctors Tell Him What It Is
Ice Pop

Recommended by Outbrain

There are 7 comments.

**mxmgodin**
> *Crytek sells of Black Sea studio to Sega, Total War creators*

"sells off"", or simply "sell".

Posted on Mar 7, 2017 | 5:37 PM

**llamas612**
Maybe they meant to say "smells"

Posted on Mar 7, 2017 | 5:43 PM

**axemtitanium**
Press F to pay respects.

Posted on Mar 7, 2017 | 5:44 PM

**Luciferous**
At least these former Crytek employees will finally get their pay!

Posted on Mar 7, 2017 | 5:46 PM

Document title: Crytek sells off Black Sea studio to Sega, Total War creators - Polygon
Capture URL: https://www.polygon.com/2017/3/7/14844758/crytek-black-sea-studio-now-creative-assembly-sofia-total-war-sega
Capture timestamp (UTC): Thu, 21 Mar 2019 21:43:01 GMT
Exhibit 15
176
Page 2 of 3









Document title: Crytek sells off Black Sea studio to Sega, Total War creators - Polygon
Capture URL: https://www.polygon.com/2017/3/7/14844758/crytek-black-sea-studio-now-creative-assembly-sofia-total-war-sega
Capture timestamp (UTC): Thu, 21 Mar 2019 21:43:01 GMT

Exhibit 15
177

Page 3 of 3