# Exhibit 16

Exhibit 16
178

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Crytek Announces New Leadership Appointment |
| Capture URL: | https://press.crytek.com/crytek-announces-new-leadership-appointment |
| Captured site IP: | 46.137.97.28 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:43:31 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:43:42 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 4ff34766-58e5-4d44-b587-f46b8fcfde8c |
| User: | fkks-dgrove |

PDF REFERENCE #:     8hRjkJq1tMFvfAQCcn7RH4

Exhibit 16
179

We would like to use cookies
We use cookies on our website. They help us get to know you a little and how you use our website. This helps us provide a more valuable and tailored experience for you and others.

Yes, you can use cookies    No, do not use cookies

You can revoke cookies at anytime at the bottom of the page.



Media gallery



## Crytek Announces New Leadership Appointment

Cevat Yerli, Crytek Founder and former CEO and President, to continue to serve as Strategic Shareholder.

Wednesday, February 28, 2018 — Frankfurt-based independent game developer, publisher, and technology developer Crytek is proud to announce the appointment of Avni Yerli and Faruk Yerli as joint CEOs.

The change in leadership follows the successful launch of the company's much-anticipated bounty hunting game, Hunt: Showdown, last week. The company will continue to focus on enhancing its industry-leading proprietary development platform CRYENGINE, as well as ongoing development and publishing for Hunt: Showdown in the Frankfurt studio and Warface in the Kiev studio. Crytek's Istanbul office will continue to be responsible for operating Warface in Turkey.

An investment made in autumn 2017 has fortified Crytek and added the necessary capital for future growth.

Former CEO and President Cevat Yerli said: "With the company in a strong position, now is the ideal time to recognize the existing leadership's excellent achievements over these past two years and formally transition executive leadership to Avni and Faruk. I have been honored to serve as CEO of the company I founded with my brothers almost 20 years ago and have seen the team accomplish breakthrough things in that time. I look forward to continue helping Crytek as a major shareholder, and I am very excited to see what tomorrow brings. I have every confidence that the company will continue to shine under the guidance of Avni, Faruk, and the rest of the leadership team."

For more information on Crytek's current products and future plans, visit www.crytek.com and www.cryengine.com.

**Jennifer Willis**
Senior PR Manager, Crytek

jenniferw@crytek.com
+49 69 219 77 66 0
www.crytek.com

**Jens Schäfer**
Head of PR, Crytek

jens@crytek.com
+49 69 219 77 66 0
www.crytek.com

### ABOUT CRYTEK

Crytek is an independent videogame developer, publisher, and technology provider dedicated to pushing the boundaries of gaming with its cutting-edge 3D game development solution CRYENGINE. With headquarters in Frankfurt am Main (Germany) and studios in Kiev (Ukraine), and Istanbul (Turkey), Crytek has created multiple award-winning titles, including the original Far Cry, the Crysis series, Ryse: Son of Rome, The Climb, Robinson: The Journey and Hunt: Showdown. Crytek delivers fun and innovative gaming experiences for PC, consoles, and VR and continues to grow its reach in the games-as-a-service market. Every Crytek game is created with CRYENGINE, which can be used by anyone to create games.

For more information visit www.crytek.com and www.cryengine.com.

**Get updates in your mailbox**

Your email address    Subscribe

crytek.com
press@crytek.com
+49 69 219 77 66 0

Crytek
Hugo-Junkers-Strasse 3
60386 Frankfurt am Main
Germany

Start using cookies

Newsroom published with Prezly: PR Software

http://prez.ly/6oD    Published with Prezly

Document title: Crytek Announces New Leadership Appointment
Capture URL: https://press.crytek.com/crytek-announces-new-leadership-appointment
Capture timestamp (UTC): Thu, 21 Mar 2019 21:43:42 GMT

Exhibit 16
180

Page 1 of 1