# Exhibit 17

Exhibit 17
181

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Hunt Showdown Losing Its Player Base, Is The Game Dying Already? \| SegmentNext |
| Capture URL: | https://segmentnext.com/2018/05/29/hunt-showdown-losing-its-player-base-is-the-game-dying-already/ |
| Captured site IP: | 207.244.124.159 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:44:06 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:44:40 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2710faf6-3c54-4680-bdc8-4f033a376200 |
| User: | fkks-dgrove |

PDF REFERENCE #:    oJvcEoNWSUWoMcTaNeGZJe

Exhibit 17
182

Video Games | Reviews | Computer Hardware   Esports | Pop Culture | Mobile Games | Best Deals

VIDEO GAMES

# Hunt Showdown Losing Its Player Base, Is The Game Dying Already?



By **Osama Niazi** | May 29, 2018

Share

**Hunt Showdown** was *one of the most anticipated game* before it rolled out and when it did, it did have a significant amount of player base. The game before release had made a lot of promises and it would be wrong if we say that it did not justify some of its promises. Although now it seems to be that the game is not doing good since it rolled out.

Based on the figures at *Steam Charts*, the game at one time had, 10,296 users, which was an all-time peak and now you would be shocked to know that the game has, at this moment about 969 concurrent players and its highest recorded 24-hour peak was 2,829 users. Keeping in view its anticipation and its player count, it only points out to the fact the game may not be doing good.

| Month | Avg. Players | Gain | % Gain | Peak Players |
|---|---|---|---|---|
| Last 30 Days | 997.1 | -14.7 | -1.45% | 2,829 |
| April 2018 | 1,011.8 | -1,468.2 | -59.20% | 2,262 |
| March 2018 | 2,480.0 | +1,086.4 | +77.96% | 8,206 |
| February 2018 | 1,393.6 | +1,393.2 | +336044.25% | 10,296 |
| January 2018 | 0.4 | -0.1 | -24.95% | 3 |
| December 2017 | 0.6 | +0.3 | +79.92% | 25 |
| November 2017 | 0.3 | +0.3 | +943.92% | 2 |
| October 2017 | 0.0 | - | - | 1 |

As you may see in the above image, the monthly trend of average players seems to be dropping significantly. The game originally rolled out in the month of February, so before that, the average numbers of players were close to zero.

Now starting off with February when the game Hunt Showdown released, there was a high average, then in the month of March, the average players increased to the highest recorded average. Following March, in April there was a significant drop of nearly 1000 average players and in the last 30 days until now, it has gone below 1000.

Similar is the case with the Peak players, in the month of the release, number of peak players was an all-time high and following that, in the month of April and the last 30 days, there has been a major drop.



So all these statistics, only seem to point out to the fact that perhaps the Hunt Showdown Player Base is going down and the game is not doing good since its release. The developers have not said anything regarding this downward trend. Not sure what they have in mind, hopefully, they are already working on finding out the reason of their player base.

What are your thoughts on the situation? Let us know in the comments below.



**Trending Videos**

FEATURED VIDEOS — Powered by [primis]



Microsoft Sets Unlimited Budget for Next Generation Console War *Go To Article*

Check out our top Videos

 Every Guest Character Released in the Mortal Kombat Franchise So Far *Watch Video*

 What's New in Pokemon Sword and Shield, Everything You Need to Know *Watch Video*



**Read More**

Doom Eternal Will Run At 4K, 60fps And HDR On Google Stadia

Google Stadia Is Already Hurting Nintendo and Sony

Xbox 360 Halo Players Plan To Use Their Old Gamertags On Halo PC To Reunite With Their Friends

T-Series Has Beaten PewDiePie To Become Youtube's #1 Channel For Now

+ Show Related Articles

H1Z1 PS4 Vehicles Guide- Best … | H1Z1 PS4 Beginners Guide – Looting …

Document title: Hunt Showdown Losing Its Player Base, Is The Game Dying Already? | SegmentNext
Capture URL: https://segmentnext.com/2018/05/29/hunt-showdown-losing-its-player-base-is-the-game-dying-already/
Capture timestamp (UTC): Thu, 21 Mar 2019 21:44:40 GMT
Page 1 of 2

Exhibit 17
183

As you may see in the above image, the monthly trend of average players seems to be going significantly. The game originally rolled out in the month of February, so before that, the average numbers of players were close to zero.

Now starting off with February when the game Hunt Showdown released, there was a high average, then in the month of March, the average players increased to the highest recorded average. Following March, in April there was a significant drop of nearly 1000 average players and in the last 30 days until now, it has gone below 1000.

Similar is the case with the Peak players, in the month of the release, number of peak players was an all-time high and following that, in the month of April and the last 30 days, there has been a major drop.

So all these statistics, only seem to point out to the fact that perhaps the Hunt Showdown Player Base is going down and the game is not doing good since its release. The developers have not said anything regarding this downward trend. Not sure what they have in mind, hopefully, they are already working on finding out the reason of their player base.

What are your thoughts on the situation? Let us know in the comments below.


H1Z1 PS4 Vehicles Guide- Best Vehicles, Police Car, ATV, Pickup Truck, Jeep


H1Z1 PS4 Beginners Guide – Looting Tips, Weapons, Gear, How To Heal

Document title: Hunt Showdown Losing Its Player Base, Is The Game Dying Already? | SegmentNext
Capture URL: https://segmentnext.com/2018/05/29/hunt-showdown-losing-its-player-base-is-the-game-dying-already/
Capture timestamp (UTC): Thu, 21 Mar 2019 21:44:40 GMT
Exhibit 17
184
Page 2 of 2