# Exhibit 18

Exhibit 18
185

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | We would like to thank all of our Warface players and fans for so many years of support. |
| Capture URL: | https://press.crytek.com/we-would-like-to-thank-all-of-our-warface-players-and-fans-for-so-many-years-of-support |
| Captured site IP: | 46.137.97.28 |
| Page loaded at (UTC): | Thu, 21 Mar 2019 21:44:53 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2019 21:45:10 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 152dab1b-2797-4e25-be7c-58801b9212cf |
| User: | fkks-dgrove |

PDF REFERENCE #:    6NM81516JEyTQU7npZGFTV

Exhibit 18
186

**We would like to use cookies**

We use cookies on our website. They help us get to know you a little and how you use our website. This helps us provide a more valuable and tailored experience for you and others.

Yes, you can use cookies     No, do not use cookies

You can revoke cookies at anytime at the bottom of the page.



CRYTEK

Media gallery



## We would like to thank all of our Warface players and fans for so many years of support.

Wednesday, February 6, 2019 — Warface turned six this year, and it has been an incredible journey for all of us – from the first beta-tests to being one of the most popular online shooters of our time. More than 65 million people around the world play Warface, and there are regular esports tournaments and festivals.

None of this would have been possible without the game's strong and devoted community. The Warface team has always appreciated and carefully considered your feedback, your criticism, and your ideas.

The Kiev studio has evolved over the years alongside the game, and we would like to announce an important strategic and structural change that will have a positive effect on how the development of the Warface franchise will be operated in the future. Warface's development team, led by the studio's Creative Director Michael Khaimzon, will be forming its own independent development studio, Blackwood Games. Blackwood will take over all further development of the Warface franchise, including all previously announced updates.

"The Warface development team has always inspired us. To go independent so as to enable a closer partnership with the game's publisher is a strategic move, and as we all agree, it is in the game's best interests. At the same time, this reorganization will allow us to focus on our own core IPs and long-term plans," said Crytek's CEO Avni Yerli.

"It was a tough decision to leave Crytek after all these years, but sometimes you need to change to continue to evolve. For us, it is very important to focus on developing Warface in a way that lives up to player expectations," said Michael Khaimzon, Blackwood Games Creative Director. "We have kept the development team intact and their expertise will allow us to move forward with our plans and ideas. And we're very thankful to Crytek for all the great years together and for their commendable support on this matter".

**Jennifer Willis**
Senior PR Manager, Crytek

jenniferw@crytek.com
+49 69 219 77 66 0
www.crytek.com

### ABOUT CRYTEK

Crytek is an independent videogame developer, publisher, and technology provider dedicated to pushing the boundaries of gaming with its cutting-edge 3D game development solution CRYENGINE. With headquarters in Frankfurt am Main (Germany) and studios in Kiev (Ukraine), and Istanbul (Turkey), Crytek has created multiple award-winning titles, including the original Far Cry, the Crysis series, Ryse: Son of Rome, The Climb, Robinson: The Journey and Hunt: Showdown. Crytek delivers fun and innovative gaming experiences for PC, consoles, and VR and continues to grow its reach in the games-as-a-service market. Every Crytek game is created with CRYENGINE, which can be used by anyone to create games.

For more information visit www.crytek.com and www.cryengine.com.

**Get updates in your mailbox**

Your email address     Subscribe

crytek.com
press@crytek.com
+49 69 219 77 66 0

**Crytek**
Hugo-Junkers-Strasse 3
60386 Frankfurt am Main
Germany

Start using cookies

Newsroom published with Prezly: PR Software

   http://prez.ly/iAT

Published with  Prezly

Document title: We would like to thank all of our Warface players and fans for so many years of support.
Capture URL: https://press.crytek.com/we-would-like-to-thank-all-of-our-warface-players-and-fans-for-so-many-years-of-support
Capture timestamp (UTC): Thu, 21 Mar 2019 21:45:10 GMT
Exhibit 18
187
Page 1 of 1