# Exhibit 19

Exhibit 19
188



| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "Read what our friends @RobertsSpaceInd are up to, and why they chose Cry Engine 3 for #StarCitizen : http://t.co/H0GsJVtQ9K" |
| Capture URL: | https://twitter.com/cryengine/status/336876254110298112 |
| Captured site IP: | 104.244.42.193 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 22:19:30 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 22:19:41 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | a89dace6-0fad-4eea-af07-aa022ecbe705 |
| User: | fkks-dgrove |

PDF REFERENCE #:  aAMcgpoZzmKM4o23eg7Xj3

Exhibit 19
189



Document title: CRYENGINE on Twitter: &quot;Read what our friends @RobertsSpaceInd are up to, and why they chose Cry Engine 3 for #StarCitizen : http://t.co/…
Capture URL: https://twitter.com/cryengine/status/336876254110298112
Capture timestamp (UTC): Wed, 12 Sep 2018 22:19:41 GMT

Exhibit 19
190

Page 1 of 1