# Exhibit 20

Exhibit 20
191



| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "Trust us: Fans of @RobertsSpaceInd and #StarCitizen don't want to miss the Live Stream of Citizen Con tonight! http://t.co/XldJ0p4ZYV" |
| Capture URL: | https://twitter.com/cryengine/status/388335185135038465 |
| Captured site IP: | 104.244.42.129 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 22:16:38 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 22:16:48 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 21f15a2b-e52e-435c-8979-7a95c0ecadb7 |
| User: | fkks-dgrove |

PDF REFERENCE #:     eqDgDcSLPeS3Ci7Ykk6BAx



Document title: CRYENGINE on Twitter: &quot;Trust us: Fans of @RobertsSpaceInd and #StarCitizen don&#39;t want to miss the Live Stream of Citizen Con tonight! htt…
Capture URL: https://twitter.com/cryengine/status/388335185135038465
Capture timestamp (UTC): Wed, 12 Sep 2018 22:16:48 GMT

Exhibit 20
193

Page 1 of 1