# Exhibit 21

Exhibit 21
194

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "Our friends @RobertsSpaceInd have released a stunning new commercial for #StarCitizen 's Anvil Aerospace Hornet: http://t.co/6g72qV2kZx" |
| Capture URL: | https://twitter.com/cryengine/status/392942572286382080 |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 22:13:20 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 22:13:31 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | db5db7f6-be03-43b5-ae23-4fbcede7a14d |
| User: | fkks-dgrove |

PDF REFERENCE #:     qSrksQnn7f789qmD42xwtQ

Exhibit 21
195



Document title: CRYENGINE on Twitter: &quot;Our friends @RobertsSpaceInd have released a stunning new commercial for #StarCitizen &#39;s Anvil Aerospace Horn…
Capture URL: https://twitter.com/cryengine/status/392942572286382080
Capture timestamp (UTC): Wed, 12 Sep 2018 22:13:31 GMT
Page 1 of 1

Exhibit 21
196