# Exhibit 22

Exhibit 22
197



| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "You can now watch Episode 1 of "The Next Great Starship", the online casting show for @RobertsSpaceInd #StarCitizen http://t.co/83ayDnkMDB" |
| Capture URL: | https://twitter.com/cryengine/status/430387091974127616 |
| Captured site IP: | 104.244.42.1 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 22:09:37 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 22:09:47 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | c356ab73-4595-403f-8d16-7db83c91d56b |
| User: | fkks-dgrove |

PDF REFERENCE #:      jSiy6VUyeN12RL7rxhrUSC

Exhibit 22
198



Document title: CRYENGINE on Twitter: &quot;You can now watch Episode 1 of &quot;The Next Great Starship&quot;, the online casting show for @RobertsSpaceInd…
Capture URL: https://twitter.com/cryengine/status/430387091974127616
Capture timestamp (UTC): Wed, 12 Sep 2018 22:09:47 GMT
Page 1 of 1

Exhibit 22
199