# Exhibit 23

Exhibit 23
200

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "Our friends @RobertsSpaceInd attended #gamescom2014 - and brought a stunning new trailer for #starcitizen http://t.co/REGhjx6hKy #CRYENGINE" |
| Capture URL: | https://twitter.com/cryengine/status/501754393130467328 |
| Captured site IP: | 104.244.42.1 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 22:00:03 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 22:00:13 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 01365149-a85a-4abb-8677-92da62fda54e |
| User: | fkks-dgrove |

PDF REFERENCE #:     n4sXJNzcuSPYoPQbxGozCd

Exhibit 23
201



Document title: CRYENGINE on Twitter: &quot;Our friends @RobertsSpaceInd attended #gamescom2014 - and brought a stunning new trailer for #starcitizen http://t.co/…
Capture URL: https://twitter.com/cryengine/status/501754393130467328
Capture timestamp (UTC): Wed, 12 Sep 2018 22:00:13 GMT

Exhibit 23
202

Page 1 of 1