# Exhibit 24

Case 2:17-cv-08937-DMG-FFM   Document 57-40   Filed 03/29/19   Page 1 of 3   Page ID #:1002

Exhibit 24
203

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "And now it is time for some #StarCitizen by @RobertsSpaceInd - all part of our 24h #ExtraLife2014 charity stream! http://t.co/feEQn1ONr3" |
| Capture URL: | https://twitter.com/cryengine/status/526086778382729216 |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 21:52:41 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 21:52:55 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 63191646-b3bd-4dae-9b4c-9cd997abbf6f |
| User: | fkks-dgrove |

PDF REFERENCE #: uGtKkPT2UNGkKbFBqiZe4r

Exhibit 24
204



Document title: CRYENGINE on Twitter: &quot;And now it is time for some #StarCitizen by @RobertsSpaceInd - all part of our 24h #ExtraLife2014 charity stream! http://…
Capture URL: https://twitter.com/cryengine/status/526086778382729216
Capture timestamp (UTC): Wed, 12 Sep 2018 21:52:55 GMT

Exhibit 24
205