# Exhibit 25

Exhibit 25
206

PAGEVAULT — WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "We're live now with #ExtraLife2014! Come join us! http://t.co/feEQn1ONr3 Here's our schedule for the next 24h. http://t.co/iVxUgSZ5CK" |
| Capture URL: | https://twitter.com/cryengine/status/525920534740336640 |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 21:55:19 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 21:55:49 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | aa78b128-6d36-47e4-bbaa-80a790ea4500 |
| User: | fkks-dgrove |

PDF REFERENCE #:   kikxnspqpWrxpUbeMnEQuS

Exhibit 25
207



Document title: CRYENGINE on Twitter: &quot;We&#39;re live now with #ExtraLife2014! Come join us! http://t.co/feEQn1ONr3 Here&#39;s our schedule for the next 24h…
Capture URL: https://twitter.com/cryengine/status/525920534740336640
Capture timestamp (UTC): Wed, 12 Sep 2018 21:55:49 GMT

Exhibit 25
208

Page 1 of 1

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "We're live now with #ExtraLife2014! Come join us! http://t.co/feEQn1ONr3 Here's our schedule for the next 24h. http://t.co/iVxUgSZ5CK" |
| Capture URL: | https://twitter.com/cryengine/status/525920534740336640 |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 21:55:19 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 21:56:04 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 08b0337b-acd9-4b26-8e0a-3b5bf74bd7b3 |
| User: | fkks-dgrove |

PDF REFERENCE #:   3zNm4J6Tsnerhx41kqR3vd

Exhibit 25
209



Document title: CRYENGINE on Twitter: "We're live now with #ExtraLife2014! Come join us! http://t.co/feEQn1ONr3 Here's our schedule for the next 24h…
Capture URL: https://twitter.com/cryengine/status/525920534740336640
Capture timestamp (UTC): Wed, 12 Sep 2018 21:56:04 GMT

Exhibit 25
210

Page 1 of 1