# Exhibit 26

Exhibit 26
211

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "This weekend, @RobertsSpaceInd and @IllFonic showed us a first glimpse of #StarCitizen FPS action http://t.co/IvSru3qAkM #CRYENGINE #PAXAus" |
| Capture URL: | https://twitter.com/cryengine/status/529318222248808448 |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 21:53:29 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 21:53:44 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | d96aa91c-f958-4b2e-b73f-6687dd00a748 |
| User: | fkks-dgrove |

PDF REFERENCE #:           juyYS9tQ2UBoZADscqbdGK

Exhibit 26
212



Document title: CRYENGINE on Twitter: &quot;This weekend, @RobertsSpaceInd and @IllFonic showed us a first glimpse of #StarCitizen FPS action http://t.co/…
Capture URL: https://twitter.com/cryengine/status/529318222248808448
Capture timestamp (UTC): Wed, 12 Sep 2018 21:53:44 GMT

Exhibit 26
213

Page 1 of 1