# Exhibit 27

Exhibit 27
214

| | |
|---|---|
| Document title: | CRYENGINE on Twitter: "Did you see the new "Arena Commander 1.0" Trailer for #starcitizen ? #CRYENGINE space combat never looked better! http://t.co/Tsv1DucUAJ" |
| Capture URL: | https://twitter.com/cryengine/status/558310567128363009 |
| Captured site IP: | 104.244.42.193 |
| Page loaded at (UTC): | Wed, 12 Sep 2018 21:41:26 GMT |
| Capture timestamp (UTC): | Wed, 12 Sep 2018 21:42:13 GMT |
| Capture tool: | v6.8.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | d3f8e961-9cc4-41ad-8dd2-c8163d8aed98 |
| User: | fkks-dgrove |

PDF REFERENCE #: xrMZrwWPUrHE3ZsVxJ1ke

Exhibit 27
215



Document title: CRYENGINE on Twitter: &quot;Did you see the new &quot;Arena Commander 1.0&quot; Trailer for #starcitizen ? #CRYENGINE space combat never…
Capture URL: https://twitter.com/cryengine/status/558310567128363009
Capture timestamp (UTC): Wed, 12 Sep 2018 21:42:13 GMT

Exhibit 27
216

Page 1 of 1