# Exhibit 28

Exhibit 28
217

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYTEK RELEASES CRYENGINE®3 SDK FREE-OF-CHARGE \| Crytek |
| Capture URL: | https://www.crytek.com/news/crytek-releases-cryengine-3-sdk-free-of-charge |
| Captured site IP: | 212.95.36.3 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:51:30 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:51:59 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | eaec96bd-afc4-4f40-9306-bb5dca88a0b0 |
| User: | fkks-dgrove |

PDF REFERENCE #:           fNBg46azjEYfj7A7CpwXox

Exhibit 28
218

CRYENGINE

Frankfurt am Main —— Aug, 17th 2011

# CRYTEK RELEASES CRYENGINE®3 SDK FREE-OF-CHARGE



All-in-one multiplatform development solution now available to everyone

Crytek GmbH ("Crytek") is excited to announce that they will release their latest all-in-one game development solution CryENGINE 3 free of charge for non-commercial use today. The award winning SDK provides the complete game engine to create AAA quality next generation games for PC, and includes the CryENGINE®3 Sandbox™ level editor, a production-proven, 3rd generation "What you see is what you play" (WYSIWYP) - tool designed by and for professional developers. The free toolset is available for download at crydev.net, the former crymod.com community portal that offers documentation written by the developers of the engine, a thriving community and a supplementary knowledge base for CryENGINE 3. The free CryENGINE SDK will be updated regularly, to make sure our community has access to all the advances we make to CryENGINE 3.

"With the release of our SDK we encourage creators to try out CryENGINE 3 and hope it will lead to new companies being formed and using our engine. More importantly we expect to increase the talent pool for CryENGINE developers, as well as boosting our online community of users. This SDK contains more toys than we've ever released before – it empowers people to create whole new games from scratch, not just mod Crytek's own games, so we encourage all aspiring and indie developers to try it out." said Carl Jones, Director of Global Business Development CryENGINE.

"For those who want to make the step into commercial gaming, we'll offer a royalty-only license model for games made with this SDK, where Crytek require only 20% of the developer's revenues from the commercial launch of their game."

For more information visit http://www.crydev.net and http://www.mycryengine.com

Share this article:
- SHARE VIA FACEBOOK
- SHARE VIA TWITTER
- SHARE VIA MAIL

Document title: CRYTEK RELEASES CRYENGINE®3 SDK FREE-OF-CHARGE | Crytek
Capture URL: https://www.crytek.com/news/crytek-releases-cryengine-3-sdk-free-of-charge
Capture timestamp (UTC): Mon, 25 Mar 2019 17:51:59 GMT
Exhibit 28
219
Page 1 of 2

for non-commercial use today. The award winning SDK provides the complete game engine to create AAA quality next generation games for PC, and includes the CryENGINE®3 Sandbox™ level editor, a production-proven, 3rd generation "What you see is what you play" (WYSIWYP) - tool designed by and for professional developers. The free toolset is available for download at crydev.net, the former crymod.com community portal that offers documentation written by the developers of the engine, a thriving community and a supplementary knowledge base for CryENGINE 3. The free CryENGINE SDK will be updated regularly, to make sure our community has access to all the advances we make to CryENGINE 3.

"With the release of our SDK we encourage creators to try out CryENGINE 3 and hope it will lead to new companies being formed and using our engine. More importantly we expect to increase the talent pool for CryENGINE developers, as well as boosting our online community of users. This SDK contains more toys than we've ever released before – it empowers people to create whole new games from scratch, not just mod Crytek's own games, so we encourage all aspiring and indie developers to try it out." said Carl Jones, Director of Global Business Development CryENGINE.

"For those who want to make the step into commercial gaming, we'll offer a royalty-only license model for games made with this SDK, where Crytek require only 20% of the developer's revenues from the commercial launch of their game."

For more information visit http://www.crydev.net and http://www.mycryengine.com

## About Crytek

Crytek GmbH ("Crytek") is one of the world's leading independent development studios for interactive entertainment. It is based in Frankfurt am Main (Germany) and has additional studios in Kiev (Ukraine), Budapest (Hungary), Sofia (Bulgaria), Seoul (South Korea) and Nottingham (UK). Crytek is dedicated to creating exceptionally high-quality video games for next-generation consoles and PC, powered by their proprietary cutting-edge 3D-Game-Technology, CryENGINE®.

Since its foundation in 1999, Crytek has created the multi-award winning PC titles Far Cry®, Crysis® (awarded best PC Game of E3 2007 and Best Technology at the 2008 Game Developers Choice Awards), Crysis Warhead® (awarded Best Graphics Technology at IGN Best of 2008 Awards) and Crysis® 2 (awarded Best Shooter of E3 2010 and Gamescom 2010).

Crytek, Crysis and CryENGINE are registered trademarks or trademarks of Crytek GmbH in the USA, Germany and/or other countries. All other trademarks are the property of their respective owners.

# CRYENGINE



**CRYTEK**
We are hiring

| COMPANY | GAMES | SUPPORT |
|---|---|---|
| News | Hunt: Showdown | Press |
| Games | The Climb | Contact |
| CRYENGINE | Robinson: the Journey | Imprint |
| Careers | Ryse: Son of Rome | Legal |
| Shop | Crysis 3 | Privacy Policy |
| Account | All Our Games | Terms of Service |
| | | Video Policy |

© 2019 CRYTEK All Rights Reserved                    Made in Frankfurt, Germany.

Document title: CRYTEK RELEASES CRYENGINE®3 SDK FREE-OF-CHARGE | Crytek
Capture URL: https://www.crytek.com/news/crytek-releases-cryengine-3-sdk-free-of-charge
Capture timestamp (UTC): Mon, 25 Mar 2019 17:51:59 GMT
Exhibit 28
220
Page 2 of 2