# Exhibit 29

Exhibit 29
221

PAGEVAULT — WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Introducing CRYENGINE V: A letter to our Community |
| Capture URL: | https://www.cryengine.com/news/introducing-cryengine-v-a-letter-to-our-community |
| Captured site IP: | 178.162.220.236 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:52:15 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:52:41 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | c87f9011-0729-4b5a-b806-99d26c67d8bf |
| User: | fkks-dgrove |

PDF REFERENCE #: wgBfJAVaj5ACwQj3Zm1UvK

Exhibit 29
222



**COMMUNITY**  MARCH 17, 2016

## Introducing CRYENGINE V: A letter to our Community

This week marks a significant new chapter in our engine, our services, and our commitment to you—the community.

At GDC in San Francisco, we announced some major updates which address some of the concerns and wishes you've expressed over the past year.

CRYENGINE V, the newest iteration of the engine is now available for a Pay What You Want model. This means developers everywhere can now name their own price for CRYENGINE and benefit from full engine source code with no royalties or obligations to use any additional services. Up to 70% of any contributions made to us under this new model can be allocated to our newly created Indie Development Fund – a program that awards grants to indie creators developing their projects with CRYENGINE. We're investing $1 million to start, and your contributions will help fund indie games far into the future. We couldn't think of a better way to align our interests with yours.

Beyond this new payment model, CRYENGINE V has new features and enhancements that developers have been requesting for some time. We've put CRYENGINE on its own launcher and created an asset Marketplace. Being C# enabled allows people without C++ knowledge, the ability to program in the engine. An optimized and customizable UI will make CRYENGINE easier to use, and our new CRYENGINE Answers on our website provides an additional resource for sharing and accumulating knowledge. There are a number of other exciting features and in the coming weeks we will provide you more info about them.

If you'd like a more detailed overview of all the changes we've introduced, a video of CRYENGINE Creative Director, Frank Vitz's full announcement speech from GDC will be posted shortly.













Document title: Introducing CRYENGINE V: A letter to our Community
Capture URL: https://www.cryengine.com/news/introducing-cryengine-v-a-letter-to-our-community
Capture timestamp (UTC): Mon, 25 Mar 2019 17:52:41 GMT
Exhibit 29
223
Page 1 of 2

