# Exhibit 30

Exhibit 30
225

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | CRYENGINE \| Cryengine V completely free? |
| Capture URL: | https://www.cryengine.com/community_archive/viewtopic.php?f=355&t=134893 |
| Captured site IP: | 178.162.220.236 |
| Page loaded at (UTC): | Mon, 25 Mar 2019 17:52:56 GMT |
| Capture timestamp (UTC): | Mon, 25 Mar 2019 17:53:26 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 8a37476c-ec71-419c-ad68-5f4bb393bcf8 |
| User: | fkks-dgrove |

PDF REFERENCE #:   wa76MEsYFHiZ3Ptj2G5zkh

Exhibit 30
226



