# Exhibit 32

Exhibit 32
251

JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
kevin.minnick@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
anthony.sammi@skadden.com
KURT WM. HEMR (admitted *pro hac vice*)
kurt.hemr@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff,
Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH**<br><br>Judge: Hon. Dolly M. Gee<br><br>Served: January 19, 2018 (by hand) |

INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH

Exhibit 32
252

## INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Crytek GmbH ("Crytek") by and through its attorneys, makes the following initial disclosures to Cloud Imperium Games Corporation ("CIG") and Roberts Space Industries Corporation ("RSI") (collectively, "Defendants").

### Reservation Of Rights

Crytek's initial disclosures are based upon information that is presently and reasonably available. As this action is in a preliminary stage, the persons, information and documents Crytek uses to support its claims may change as the case develops. Accordingly, Crytek reserves its right to revise, supplement, correct, or modify these disclosures pursuant to Fed. R. Civ. P. 26(e). Crytek further reserves the right to designate and/or call witnesses not listed herein.

### Individuals Likely To Have Discoverable Information

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Crytek identifies the following individuals likely to have discoverable information that Crytek may use to support its allegations. This list is not exhaustive; Crytek anticipates that other individuals and entities may have information relevant to the issues in this litigation, and these initial disclosures are made based upon information reasonably available to Crytek at this stage of the litigation and without prejudice to Crytek's right to identify or rely on facts provided by additional witnesses. Documents in the possession and control of Defendants and third parties to this litigation are likely to contain information identifying other witnesses Crytek may use to support its claims. Crytek reserves the right to supplement or amend the following lists as discovery proceeds and as required by Fed. R. Civ. P. 26(e)(1). Where known, Crytek has provided the addresses and telephone numbers of the listed individuals.

*Employees of Crytek*

1. <u>Avni Yerli</u>. Mr. Yerli is Managing Director of Crytek and may be contacted through Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071, telephone (213) 687-5000. Mr. Yerli may have information regarding the relationship between Crytek and Defendants.

*Former Employees of Crytek Now Working For Defendants*

2. <u>Carl Jones</u>. Upon information and belief, Mr. Jones is Chief Operating Officer and VP of Business Operations of Defendants and was formerly Director of Global Business Development of Crytek. Mr. Jones may have information regarding the relationship between Crytek and Defendants, the breach of the GLA by Defendants, infringement of Crytek intellectual property by Defendants, and Defendants' product development, business practices, and finances.

3. <u>Sean Tracy</u>. Upon information and belief, Mr. Tracy is Technical Director of Defendants and was formerly a US Engine Business Development Manager, Senior Field Applications Engineer, and Licensing Support Technician of Crytek. Mr. Tracy may have information regarding the relationship between Crytek and Defendants, the breach of the GLA by Defendants, infringement of Crytek intellectual property by Defendants, and Defendants' product development, business practices, and finances.

4. <u>Hannes Appell</u>. Upon information and belief, Mr. Appell is Director of Cinematics of Defendants and was formerly a Senior Cinematic Artist of Crytek. Mr. Appell may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

5. <u>Francesco Riziero Di Mizio</u>. Upon information and belief, Mr. Di Mizio is Senior Build Engineer of Defendants and was formerly Build Engineer of Crytek. Mr. Di Mizio may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

6. <u>Chris Nolan</u>. Upon information and belief, Mr. Nolan is Senior System Designer of Defendants and was formerly System Designer of Crytek. Mr. Nolan may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

7. <u>Marco Corbetta</u>. Upon information and belief, Mr. Corbetta is Senior Technical Director of Defendants and was formerly Senior Technical Director of Crytek. Mr. Corbetta may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

8. <u>Carsten Wenzel</u>. Upon information and belief, Mr. Wenzel is Technical Director – Engine R&D of Defendants and was formerly R&D Technical Director – CryEngine Core of Crytek. Mr. Wenzel may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

9. <u>Christopher Raine</u>. Upon information and belief, Mr. Raine is Lead R&D Physics Programmer of Defendants and was formerly Lead R&D Physics Programmer of Crytek. Mr. Raine may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

10. <u>Christopher Bolte</u>. Upon information and belief, Mr. Bolte is Senior Software Engineer of Defendants and was formerly Senior Software Engineer of Crytek. Mr. Bolte may have information regarding the

relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

11. <u>Dan Trufin</u>. Upon information and belief, Mr. Trufin is Lead System Designer of Defendants and was formerly a Senior System Designer of Crytek. Mr. Trufin may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

12. <u>Alexander Marschal</u>. Upon information and belief, Mr. Marschal is Senior Game Producer of Defendants and was formerly a Senior Project Manager of Crytek. Mr. Marschal may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

13. <u>Brian Chambers</u>. Upon information and belief, Mr. Chambers is Development Director of Defendants and was formerly a Senior Producer of Crytek. Mr. Chambers may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

14. <u>Todd Papy</u>. Upon information and belief, Mr. Papy is Design Director of Defendants and was formerly a Game Director of Crytek. Mr. Papy may have information regarding the relationship between Crytek and Defendants and Defendants' product development, business practices, and finances.

*Employees of Defendants*

15. <u>Chris Roberts</u>. Upon information and belief, Mr. Roberts is Co-Founder, Co-Chairman and CEO of Defendants. Mr. Roberts may have information regarding the relationship between Crytek and Defendants, the breach of the GLA by Defendants, infringement of Crytek

4
INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH

Exhibit 32
256

intellectual property by Defendants, and Defendants' product development, business practices, and finances.

16. <u>Ortwin Freyermuth</u>. Upon information and belief, Mr. Freyermuth is Co-Founder, Co-Chairman, and General Counsel of Defendants. Mr. Freyermuth may have information regarding the relationship between Crytek and Defendants, the breach of the GLA by Defendants, infringement of Crytek intellectual property by Defendants, and Defendants' product development, business practices, and finances.

## Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), and based on information currently and reasonably available, Crytek states that it may use hard copies or electronic (soft copies) of documents related to the following categories of information. As noted, Crytek's investigation concerning this case is ongoing, and Crytek reserves the right, pursuant to Fed. R. Civ. P. 26(e), to identify, produce, and rely upon further documents, data compilations, and tangible things as they are discovered.

The documents identified below, to the extent they are in the possession, custody or control of Crytek or its counsel, will be produced subject to the entry of an appropriate protective order. Documents may also be in the possession, custody, or control of Defendants, located at 12322 Exposition Blvd., Los Angeles, CA 90064.

| No. | Category of Document | Location |
| --- | --- | --- |
| 1. | Certain documents involving Crytek's founding, incorporation, operations, organizational structure, and finances | Will be produced by Crytek subject to the entry of an appropriate protective order. |
| 2. | Certain documents involving the research, development, and operation of Crytek's CryEngine video game engine | Will be produced by Crytek subject to the entry of an appropriate protective order. |
| 3. | Certain copyright registration documents for Crytek's "*CryEngine 3*" computer program | Will be produced by Crytek subject to the entry of an appropriate protective order. |
| 4. | Certain documents involving work performed by Crytek for Defendants | Will be produced by Crytek subject to the entry of an appropriate protective order. |

| No. | Category of Document | Location |
|---|---|---|
| 5. | Certain contracts and agreements, including but not limited to the Game License Agreement, between Crytek and Defendants | Will be produced by Crytek subject to the entry of an appropriate protective order. |
| 6. | Certain documents involving the founding, incorporation, operations, organizational structure, funding, fundraising, business transactions, and finances of Defendants | Defendants' offices |
| 7. | Certain source code in the possession of Defendants | Defendants' offices |
| 8. | Certain documents involving Star Citizen, Squadron 42, and other products | Defendants' offices |
| 9. | Certain documents and source code that are property of Crytek | Defendants' offices |

## Computation of Damages

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), Crytek expects that its damages may include, without limitation, the following categories of damages, in an amount to be determined during the pendency of the case:

1. Actual Damages;
2. Restitution;
3. Disgorgement;
4. Unjust Enrichment;
5. Punitive and Exemplary Damages;
6. Statutory Damages under 17 U.S.C. § 101 et seq.;
7. Enhanced Damages;
8. Prejudgment and Post-Judgment Interest;
9. Court Costs; and
10. Attorney Fees.

Pursuant to Fed. R. Civ. P. 26(e), Crytek reserves the right to supplement this section as additional information becomes available, including with respect to any opinions on damages rendered by experts during the course of this litigation.

7
INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH

Exhibit 32
259

## Insurance and Indemnity Agreements

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Crytek is unaware, at this time, of any indemnity or insuring obligations under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

## Expert Witnesses

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Crytek has not yet designated any expert witnesses in this action.

Dated: January 19, 2018

| | |
|---|---|
| KEVIN J. MINNICK (SBN 269620)<br>kevin.minnick@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600<br><br>P. ANTHONY SAMMI<br>(admitted *pro hac vice*)<br>anthony.sammi@skadden.com<br>KURT WM. HEMR<br>(admitted *pro hac vice*)<br>kurt.hemr@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | */s/ James Y. Pak*<br>JAMES Y. PAK (SBN 304563)<br>james.pak@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br>(650) 470-4570<br><br>*Attorneys for Plaintiff*<br>*Crytek GmbH* |

8
INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH

Exhibit 32
260

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071. My email address is nandi.berglund@skadden.com.

On **January 19, 2018**, I served documents described as:

## INITIAL DISCLOSURES OF PLAINTIFF CRYTEK GMBH

on the interested parties in this action as follows:

Jeremy S. Goldman (jgoldman@fkks.com)
Joseph R. Taylor (jtaylor@fkks.com)
Azita M. Iskandar (aiskandar@fkks.com )
Frankfurt Kurnit Klein & Selz PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

Attorneys for Defendants
Cloud Imperium Games Corp. and Roberts Space Industries Corp.

☒ **(BY HAND DELIVERY)** I served the foregoing document by placing it in an envelope addressed to the persons listed above and providing the envelope to a professional courier service for delivery.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 19, 2018**, at Los Angeles, California.

| Nandi L. Berglund | /s/ Nandi L. Berglund |
|---|---|
| Type or Print Name | Signature |