# Exhibit 35

Exhibit 35
290

# REPORT OF ANTICIPATED FEES AND EXPENSES

For Cloud Imperium Games Corp. and Roberts Space Industries Corp. (together, "CIG")

*Crytek GmbH v. Cloud Imperium Games Corp., et al.,* Case No. 2:17-CV-08937

**Attorneys Assigned to Case**

| Attorney | Years in Practice | Attorney Level | Status | Approved Rate |
|---|---|---|---|---|
| Joseph R. Taylor | 32 | 1 | Partner | $725.00 |
| Jeremy S. Goldman | 13 | 2 | Partner | $650.00 |
| Azita Iskandar | 8 | 3 | Associate | $382.50 |

**Budget for Anticipated Legal Fees**

Note: This budget does not include estimates for events that occurred prior to the date of the preparation of this budget on March 18, 2019.

| DESCRIPTION OF ACTIVITY | LEVEL 1 TIME (LOW EST.) | LEVEL 1 TIME (HIGH EST.) | LEVEL 2 TIME (LOW EST.) | LEVEL 2 TIME (HIGH EST.) | LEVEL 3 TIME (LOW EST.) | LEVEL 3 TIME (HIGH EST.) | LOW EST. COST | HIGH EST. COST |
|---|---|---|---|---|---|---|---|---|
| Fact Investigation & Development | 5 | 10 | 20 | 30 | 20 | 30 | $24,275.00 | $38,225.00 |
| Written Discovery | 10 | 20 | 20 | 40 | 30 | 40 | $31,725.00 | $55,800.00 |
| Document Production | 5 | 10 | 20 | 40 | 50 | 100 | $35,750.00 | $71,500.00 |
| Depositions – Defend (est. 10 depos) | 20 | 40 | 100 | 200 | 100 | 200 | $117,750.00 | $235,500.00 |

Page 1 of 3

Exhibit 35

291

| DESCRIPTION OF ACTIVITY | LEVEL 1 TIME (LOW EST.) | LEVEL 1 TIME (HIGH EST.) | LEVEL 2 TIME (LOW EST.) | LEVEL 2 TIME (HIGH EST.) | LEVEL 3 TIME (LOW EST.) | LEVEL 3 TIME (HIGH EST.) | LOW EST. COST | HIGH EST. COST |
|---|---|---|---|---|---|---|---|---|
| Depositions – Take (est. 10 depos) | 40 | 80 | 150 | 250 | 150 | 250 | $183,875.00 | $316,125.00 |
| Experts/Consultants | 5 | 10 | 10 | 20 | 20 | 30 | $17,775.00 | $31,725.00 |
| Expert Discovery | 5 | 10 | 10 | 20 | 20 | 30 | $17,775.00 | $31,725.00 |
| Dispositive Motions | 20 | 40 | 40 | 60 | 40 | 60 | $55,800.00 | $90,950.00 |
| Other Motions/Submissions and Court Appearances | 2 | 5 | 5 | 10 | 2 | 5 | $5,465.00 | $12,037.50 |
| Other Discovery | 5 | 10 | 10 | 20 | 10 | 20 | $13,950.00 | $27,900.00 |
| Settlement/Non-Binding ADR | 10 | 20 | 40 | 50 | 10 | 20 | $37,075.00 | $54,650.00 |
| Trial Preparation and Trial (Est. 5-10 days) | 100 | 200 | 300 | 400 | 300 | 400 | $382,250.00 | $558,000.00 |
| Communication with Carrier | 5 | 10 | 20 | 30 | 5 | 10 | $18,537.50 | $30,575.00 |
| Other Activities (e.g., communication with opposing counsel, incidental re-search) | 5 | 10 | 20 | 30 | 20 | 30 | $24,275.00 | $38,225.00 |
| | | | | | | | $966,277.50 | $1,592,937.50 |

**Budget for Anticipated Expenses**

| Expense | Low Est. | High Est. |
|---|---|---|
| Outside Printing | $1,000 | $2,500 |
| Online Research | N/A | N/A |
| Travel | $500 | $1000 |
| Court Fees | $500 | $1000 |
| Subpoena Fees | $100 | $500 |
| Witness Fees | $100 | $500 |
| Court Reporter & Videographer Services for Depositions Taken (est. 10)[1] | $33,485 | $34,357.50 |
| Deposition Transcripts for Depositions Defended (est. 10) | $8,000 | $15,000 |
| E-Discovery Vendor[2] | $56,700 | $56,700 |
| Trial Transcripts | $1,500 | $3,000 |
| Trial Exhibits | $2,500 | $5,000 |
| Trial Tech Vendor[3] | $13,025 | $23,275 |
| Experts | $25,000 | $50,000 |
| Private Investigator | N/A | N/A |
| Arbitrators/Mediators | $10,000 | $20,000 |
| Local Counsel | N/A | N/A |
| Other Professionals | N/A | N/A |
| | **$152,410.00** | **$212,832.50** |

---

[1] Estimates based on price quotes provided by Centext Legal Services.
[2] Estimates based on price quotes provided by Ernst & Young LLP.
[3] Estimates based on price quotes provided by Centext Legal Services.