# Exhibit 36

Exhibit 36
294

**EY LLP**
**Electronic Discovery Services Estimate Detail**
**Star Citizen Confidential Project - 2019/19/02**
**Privileged & Confidential**

| | Service category | Unit | Rate per unit | Estimated amount | Estimated extended cost |
|---|---|---|---|---|---|
| **Data processing** | | | | | |
| D1 | Deep ECA (Ingestion, Indexing, Culling) for data | Per GB | $ 35 | 100.0 | $ 3,500 |
| D2 | Export to review database | Per GB | $ 125 | 36.0 | $ 4,500 |
| | **Processing subtotal** | | | | $ 8,000 |
| **Hosting** | | | | | |
| H1 | Hosting in Review database | Per GB for 12 months | $ 120 | 40.0 | $ 4,800 |
| H2 | User License | Per user for 12 months | $ 900 | 3.0 | $ 2,700 |
| | **Hosting subtotal** | | | | $ 7,500 |
| **Productions and export** | | | | | |
| E1 | Production | Per GB | $ 350 | 20.0 | $ 7,000 |
| E2 | Re-production (If required) | Per GB | $ 100 | 20.0 | $ 2,000 |
| | **Production and technical support subtotal** | | | | $ 9,000 |
| **Project Management and technical support** | | | | | |
| P1 | Project management high level | Per hour | $ 150 | 5.0 | $ 750 |
| P2 | Technical support for keyword searching | Per hour | $ 150 | 10.0 | $ 1,500 |
| P3 | Relativity database support | Per hour | $ 150 | 10.0 | $ 1,500 |
| | **Project management and tech time subtotal** | | | | $ 3,750 |
| **Managed Document Review of 25,000 documents** | | | | | |
| R1 | First level Responsiveness Review | Per hour | $ 50 | 500.0 | $ 25,000 |
| R2 | MDR QC | Per hour | $ 65 | 30.0 | $ 1,950 |
| R3 | Review Management | Per hour | $ 150 | 10.0 | $ 1,500 |
| | **Managed Document Review subtotal** | | | | $ 28,450 |
| **TOTAL** | | | | | |
| | **GRAND TOTAL** | | | | $ 56,700 |

**Assumptions:**

No more than 100 GB of data would be provided for processing.
Assuming a data expansion rate of 20%, we assume the processed data will expand to 120 GB
Assuming a cull rate of 70%, we assume 36 GB data will be promoted to Relativity.
To account for database indexes and size of tiff images, a normalized size of 40 GB was assumed for Relativity hosting.
Review database will be hosted for 12 months.
Database access will be provided to 3 users for 12 months.
After review is complete, size of the production and re-production will not exceed 20 GB.
Project Management high level time spent on the project will not exceed 5 hours.
Technical time spent on the project will not exceed 10 hours.
Relativity support time spent on the project will not exceed 10 hours.
25,000 documents will be reviewed by EY MDR team for first pass responsiveness

Exhibit 36
295

| Confidential - Ernst & Young LLP<br>Discovery Services Rate Card | | |
|---|---|---|
| **Activity** | **Rate** | **Unit**<br>**(GB, Hourly, User)** |
| **Forensic Data Collection** | | |
| Collection services (devices, server data) | $200 | Hourly |
| **Preparing Data, Hosting, and Analytics** | | |
| Deep ECA (ingestion, indexing, dulling) | $35 | GB |
| Processing (metadata extraction; de-NIST; de-dupe) | $125 | GB |
| Hosting in review database | $10 | GB per month |
| Relativity user license | $75 | User per month |
| Technology assisted review/predictive coding (Brainspace) | $75 | GB |
| **Document Review** | | |
| Attorney document review (Detroit, Cleveland, NY/NJ, Charlotte, Miami) | $40-50 | Hourly |
| Attorney document review (offshore) | $35 | Hourly |
| Attorney document review QC | $65 | Hourly |
| **Project Management and Tech Time** | | |
| Project management | $150 | Hourly |
| Tech time | $150 | Hourly |
| **Production Costs** | | |
| Tiff | $350 | GB |
| Native | $225 | GB |

Exhibit 36
296