# Exhibit 37

Exhibit 37
297



# COURT REPORTING RATE SCHEDULE

## LOS ANGELES COUNTY

| | |
|---|---|
| **Original & One Copy** | |
| Personal Injury | $5.40/page |
| Business/Standard Litigation | $5.85/page |
| Technical/Expert Litigation | $6.15/page |
| | |
| CCMR (Centext Certified Master Reporter – 3 hr. minimum) | $27.50/hour |
| Videotape/Interpreter/VTC Surcharge | $0.60/page |
| Waiting Time (First 30 minutes no charge) | $65.00/hour |
| Early/Late hours (Before 8 a.m./After 5 p.m.) | $65.00/hour |
| | |
| Late Cancellation/Appearance Fee (After 5 p.m. the business day prior) | $225.00 |
| Certified Non-Appearance | $275.00 |
| | |
| Rough Draft | $1.60/page |
| Interactive Real-time | $1.85/page |

### COMPLIMENTARY CLIENT SERVICES
- **CentextWEB** gives you quick access to your deposition calendar, invoices, transcripts and more
- Luxurious conference and mediation suites with wireless internet and available break-out rooms when utilizing Centext Legal Services at our offices
- Daily luncheon buffet and refreshments for in-house depositions and mediations
- All exhibits are linked to the transcript

| EXHIBITS | | EXPEDITES | |
|---|---|---|---|
| B&W 8.5 x 11 (Scanned/Digitized) | $0.55/page | Same Day | 125% |
| Linked to transcript | No Charge | Next Day | 100% |
| | | 2-Day | 90% |
| Parking | At Cost | 3-Day | 80% |
| Handling | $45.00 | 4-Day | 70% |
| Delivery (or delivery rate if higher) | $32.00 | 5-Day | 60% |
| Centext CD (ASCII, PDF, and scanned exhibits) | $35.00 | 6-Day | 50% |
| | | 7-Day | 40% |
| | | 8-Day | 30% |
| | | 9-Day | 20% |

*Standard Transcript turnaround time is 10 business days.*
*Rates are subject to change and are to remain confidential.*
*Rates are valid for one year from the date of this proposal.*

SAN DIEGO ◆ IRVINE ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ SAN JOSE ◆ WALNUT CREEK ◆ CORONA ◆ FRESNO ◆ SEATTLE
855.CENTEXT (236.8398)
www.centextlegal.com

Exhibit 37
298

**CENTEXT LEGAL SERVICES**

# CALIFORNIA VIDEOGRAPHY RATE SCHEDULE

Centext's legal videography team utilizes only the latest state-of-the-art video production equipment and editing technology to produce the finest quality video to support your litigation needs. Our team of in-house certified legal videographers is here to ensure that the testimony given at your deposition is captured and professionally prepared for display at trial, arbitration, mediation or settlement conference.

Picture-in-picture creates a powerful tool to show the witness and the exhibit on the same screen at the same time. Digital documents, physical documents, and audio or video clips can be integrated into the deposition for a powerful effect to show the exhibit referenced and the deponent.

### HOURLY CHARGES

| | |
|---|---|
| Videographer Attendance (3-Hour Minimum) Includes Trial Ready – Transcript/Video Synchronization *Please note that set up and tear down is at no charge* | $165.00/hour |
| Early/Late Hours *Before 8 a.m./After 5 p.m.* | $200.00/hour |

### PIP CHARGES

| | |
|---|---|
| PIP – Picture-In-Picture Mixing *Includes one large monitor for viewing, video mixer, and software to provide PIP* | $325.00 |
| Laptop | $100.00/day |
| Extra Monitors for Viewing | $40.00/each |
| Amplifier (Needed for Multiple Monitors) | $32.00 |
| Elmo/Document Camera | $225.00/day |

### PRODUCTION CHARGES

| | |
|---|---|
| Video Master DVD | $50.00 |
| Production, Conversion, Synching of Media *Includes conversion from 2-hour mini media tape* | $30.00/hour |
| Clip Creation & Editing | $95.00/hour |

### ANCILLARY FEES

| | |
|---|---|
| Travel | No Charge |
| Parking | At Cost |
| Delivery and Processing | $35.00 |

SAN DIEGO ♦ IRVINE ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ SAN JOSE ♦ WALNUT CREEK ♦ CORONA ♦ FRESNO ♦ SEATTLE
855.CENTEXT (236.8398)
www.centextlegal.com

Exhibit 37
299

# CENTEXT LEGAL SERVICES

## OFFICIAL PRO TEMPORE COURT REPORTING RATES

*Page rates mandated by CA Government Codes 69950-69951*

### CALIFORNIA

| | |
|---|---|
| **Per Diem** | |
| Reporter Per Diem (Half Day) | $ 475.00 |
| Reporter Per Diem (Full Day) | $ 900.00 |
| *Northern California + $175.00 half day + $275.00 full day* | |
| | |
| **Transcripts** | |
| Original & 1 Certified Copy | $ 3.00/page |
| Certified Copy | $ 0.60/page |
| | |
| Daily Original & 1 Certified Copy | $4.50/page |
| Daily Certified Copy | $0.60/page |
| | |
| **Production/Processing** | |
| Original & 1 Certified Copy | $2.50/page |
| Certified Copy | $2.80/page |
| | |
| Daily Original & 1 Certified Copy | $5.00/page |
| Daily Certified Copy | $4.40/page |
| | |
| **Expedited Per Diem** | |
| Transcript Per Diem Surcharge | $200.00/half day |
| Transcript Per Diem Surcharge | $300/full day |
| | |
| **Rough Draft** | |
| Rough Draft | $ 1.50/page |
| Rough Draft (Without Final Transcript Order) | $ 3.00/page |
| | |
| **Realtime** | |
| Realtime Connection | $ 1.85/page |
| Realtime (Without Final Transcript Order) | $ 3.00/page |
| Realtime to Judge (Minimum Billing $100/half day) | $ 1.85/page |
| | |
| **Ancillary Charges** | |
| Production and Handling | $50.00 |
| Centext CD | $35.00 |
| Shipping | $40.00 |
| | |
| **Late Cancellation/Nonappearance** | $400.00 |

*The per diem is calculated from the scheduled time for the reporter to appear and not from the time the reporter goes on the record. Please notify Centext by 4:00 p.m. the business day prior to trial indicating the trial will not proceed to avoid cancellation fees.*

*Standard transcript turnaround time is 30 court business days.*
*Rates are subject to change and are to remain confidential.*
*Minimum Transcript fees may apply for partial transcript orders.*
*Rates are valid for one year from the date of this proposal unless changes are mandated by the court.*

855.CENTEXT (236.8398)
www.centextlegal.com

Exhibit 37
300

**Crytek GmbH v. Cloud Imperium Games Corp.**
**Cost Estimate for Court Reporting and Videographer**

| Expert Witness - 7 Hours | Total |
|---|---|
| Transcript | $ 1,506.75 |
| CCMR/Reporter Hourly Attendance | $ 192.50 |
| Exhibits (50 pages at $0.55/page) | $ 27.50 |
| Video Surcharge on Transcript | $ 147.00 |
| Parking | At Cost |
| Handling | $ 45.00 |
| Delivery | $ 32.00 |
| Centext CD | $ 35.00 |
| Estimated Total: | $ 1,985.75 |
| Estimated Total without Video Surcharge: | $ 1,924.50 |

| Fact Witness - 7 Hours | Total |
|---|---|
| Transcript | $ 1,433.25 |
| CCMR/Reporter Hourly Attendance | $ 192.50 |
| Exhibits (25 pages at $0.55/page) | $ 13.75 |
| Video Surcharge on Transcript | $ 147.00 |
| Parking | At Cost |
| Handling | $ 45.00 |
| Delivery | $ 32.00 |
| Centext CD | $ 35.00 |
| Estimated Total: | $ 1,898.50 |
| Estimated Total without Video Surcharge: | $ 1,776.00 |
| *estimate based on average of 35 pages/hour | |

| Videographer | Total |
|---|---|
| Videographer Attendance | $ 1,155.00 |
| Parking | At Cost |
| Conversion/Synching | $ 210.00 |
| Master DVD | $ 50.00 |
| Delivery | $ 35.00 |
| Estimated Total: | $ 1,450.00 |

Exhibit 37
301



February 19, 2019

Mark R. Butler-Swiech
Frankfurt Kurnit Klein & Selz PC
2029 Century Park East. Suite 1060
Los Angeles, CA 90067

**RE: Centext Gold Rate Sheet**

*Case Name: Crytek GmbH v. Cloud Imperium Games Corp. et al.*

Dear Mark,

Thank you for the opportunity to present the enclosed rates. I have included a range of costs for our trial consultant, pre-trial prep, as well as costs related to the equipment rental.

We owe our success to our dedication to offering the highest quality service possible, as well as our detail oriented approach. Our goal is to take the pressure off you, so you can focus on your examination. Our client retention and growth reflect this commitment.

We focus on presenting the most persuasive case possible for our clients at every stage of litigation. This includes, but is not limited to presenting to arbitrators, mediators and jurors. Our experienced trial consultants have extensive experience working for both Plaintiffs and Defendants. We have worked on over five hundred jury & bench trials to date. Through our hard work and dedicated approach to each case, that number continues to grow on a yearly basis.

Sincerely,

Jeff Gold
CEO/Co-Founder
Centext Gold Trial Services

LOS ANGELES ◆ SAN DIEGO ◆ IRVINE ◆ SAN FRANCISCO ◆ SAN JOSE ◆ WALNUT CREEK ◆ CORONA ◆ FRESNO ◆ LAS VEGAS
833.289.4315
www.centextgold.com

Exhibit 37
302



## Frankfurt Kurnit Klein & Selz PC
TRIAL CONSULTATION AND EQUIPMENT RATE SCHEDULE
February 19, 2019

| TRIAL CONSULTATION | |
|---|---|
| Pre-Trial Preparation | $195/hour |
| Black & White Imaging 300D DPI | By Quote |
| Color Image | By Quote |
| In-Trial Courtroom Support | $1600/Day |
| Hotel (If needed) | At Cost |
| Parking | At Cost |
| Graphics Conceptualization/Demonstratives/Exhibits & Timelines creation | $195/hour |
| Video Services: Video editing/Clip Creation/Deposition editing | $195/hour |
| Video synchronization | $55-$85/hour |
| Custom medical illustrations | By Quote |

| WEEKLY PACKAGE | |
|---|---|
| HD Projector / Project-O-Stand | $1200/week |
| Da-Lite Projection Screen | |
| Elmo Document Camera | |
| Video VGA Splitters / Switchbox | |
| Speakers system | |
| All Cabling | |
| AV Cart | |
| Delivery and Pickup (One-time charge) | $250 |
| 21.5" LED HD Monitor | $75/week |
| 75" HD 4K Television with rolling stand | $975/week |
| Delivery and Pickup (One-time charge) | $575 |

*Cancellation rate of one-day's rental will apply without 24-hour notice.*
*Rates are subject to change and are to remain confidential.*
*Rates are valid for one year from the date of this proposal.*

LOS ANGELES ◆ SAN DIEGO ◆ IRVINE ◆ SAN FRANCISCO ◆ SAN JOSE ◆ WALNUT CREEK ◆ CORONA ◆ FRESNO ◆ LAS VEGAS
833.289.4315
www.centextgold.com

Exhibit 37
303