# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>Defendants. | Case No. 2:17-CV-08937<br><br>[HON. DOLLY M. GEE]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A BOND PURSUANT TO CAL. CIV. P. CODE § 1030**<br><br>Date: April 26, 2019<br>Time: 9:30 AM<br>Courtroom: 8C |

# [PROPOSED] ORDER

Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.'s ("Defendants") motion for a bond pursuant to California Code of Civil Procedure § 1030 came on for hearing on Friday, April 26, 2019 at 9:30 a.m. before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012.  Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

Plaintiff Crytek GmbH shall post a bond in the amount of $2,193,298.45 to secure the award of attorneys' fees and costs that Defendants may be entitled to receive as the prevailing party in this action.

Dated: _____                  _____
                                        The Honorable Dolly M. Gee
                                        United States District Judge