JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
*kevin.minnick@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
*anthony.sammi@skadden.com*
KURT WM. HEMR (admitted *pro hac vice*)
*kurt.hemr@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Crytek GmbH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR BOND PURSUANT TO CAL. CODE CIV. P. 1030** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

JOINT STIPULATION TO CONTINUE HEARING DATE

## JOINT STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION FOR BOND PURSUANT TO CAL. CODE CIV. P. 1030

Plaintiff CRYTEK GMBH ("Plaintiff") and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. ("Defendants") by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, Defendants' Motion for Bond Pursuant to California Code of Civil Procedure, Section 1030 ("Motion for Bond"), is presently set for hearing on April 26, 2019 (*see* ECF No. 57);

WHEREAS, Plaintiff's opposition to the Motion for Bond is presently due April 5, 2019;

WHEREAS, the parties have conferred and agree that postponing the hearing on the Motion for Bond will facilitate the complete briefing of the Motion for Bond and the parties' ongoing efforts to resolve this matter through settlement;

WHEREAS, the parties further agree that a stay of Defendants' obligation to respond to the pending discovery is appropriate pending the resolution of the Motion for Bond;

NOW, THEREFORE, the undersigned parties stipulate and agree, subject to the Court's approval, as follows:

The hearing on the pending Motion for Bond shall be continued to June 28, 2019;

Plaintiff's opposition to the Motion for Bond shall be due on or before May 28, 2019;

Defendants' reply in support of the Motion for Bond shall be due on or before June 7, 2019; and

Defendants' deadline to respond to the outstanding discovery shall be 30 days following the earliest of (a) Plaintiff's compliance with an order GRANTING the

1

1     Motion for Bond; (b) the Court's entry of an order DENYING the Motion for Bond,

2     or (c) August 27, 2019.

3

4         IT IS SO STIPULATED.

5

6   */s/ Jeremy S. Goldman*
JOSEPH R. TAYLOR (SBN 129933)

7   *jtaylor@fkks.com*
JEREMY S. GOLDMAN (SBN

8   306943)
*jgoldman@fkks.com*

9   MARK R. SWIECH (SBN 311601)
*mswiech@fkks.com*

10   FRANKFURT KURNIT KLEIN &
SELZ, P.C.

11   2029 Century Park East, Suite 1060
Los Angeles, California 90067

12   Telephone: (310) 579-9600
Facsimile: (347) 438-2156

13   ***Attorneys for Defendants Cloud***

14   ***Imperium Games Corp. and Roberts***
***Space Industries Corp.***

15

16                **ATTESTATION**

17       I, James Y. Pak, attest that the signatories listed above, and on whose behalf

18   the filing is submitted, concur in the filing's content and have authorized the filing.

19

20

21

22

23

24

25

26

27

28

*/s/ James Y. Pak*
JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
(650) 470-4500
(650) 798-4570

***Attorneys for Plaintiff***
***Crytek GmbH***

By:  */s/ James Y. Pak*
       James Y. Pak

JOINT STIPULATION TO CONTINUE HEARING DATE