1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　　Defendants. | Case No. CV 17-8937-DMG (FFMx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR BOND PURSUANT TO CAL. CIV. PROC. CODE § 1030 [58]** |

The Court, having reviewed Plaintiff CRYTEK GMBH ("Plaintiff") and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.'s ("Defendants") Joint Stipulation to Continue Hearing on Defendants' Motion for Bond Pursuant to Cal. Civ. Proc. Code § 1030 (the "Motion for Bond"), and good cause appearing therefor, hereby ORDERS that:

The hearing on the pending Motion for Bond [ECF No. 57] is continued to **June 28, 2019 at 9:30 a.m.;**

Plaintiff's opposition to the Motion for Bond shall be due on or before May 28, 2019;

Defendants' reply in support of the Motion for Bond shall be due on or before June 7, 2019; and

Defendants' deadline to respond to any outstanding discovery shall be 30 days after the earliest of (a) Plaintiff's compliance with an order GRANTING the Motion for Bond; (b) the Court's entry of an order DENYING the Motion for Bond; or (c) August 27, 2019.

**IT IS SO ORDERED.**

DATED: April 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE