JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

KEVIN J. MINNICK (SBN 269620)
*kevin.minnick@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

P. ANTHONY SAMMI (admitted *pro hac vice*)
*anthony.sammi@skadden.com*
KURT WM. HEMR (admitted *pro hac vice*)
*kurt.hemr@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | ) Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | ) **CRYTEK GMBH'S *EX PARTE*** |
| | ) **APPLICATION FOR EXTENSION** |
| v. | ) **OF TIME TO RESPOND TO** |
| | ) **DEFENDANTS' MOTION FOR** |
| CLOUD IMPERIUM GAMES CORP. | ) **BOND** |
| and ROBERTS SPACE INDUSTRIES | ) |
| CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 7-19 Crytek

3 GmbH ("Crytek") hereby submits this *ex parte* application for an order extending the

4 time to respond to Defendants' Motion For A Bond Pursuant to Cal. Civ. P. Code §

5 1030 (ECF No. 57, "Bond Motion"). Crytek requests that the Court grant an

6 additional <u>two-and-a-half week extension</u> for Crytek to respond to that Bond Motion.

7 The new proposed deadline to respond would be <u>June 14, 2019</u>; the new deadline for

8 Defendants' reply would be <u>June 21, 2019</u>; and, the new proposed hearing date

9 would be <u>July 12, 2019</u>.

10      The application is based upon this Notice, the accompanying Memorandum of

11 Points and Authorities, and any argument or evidence presented at a hearing on this

12 matter.

13      Pursuant to Local Civil Rule 7-19, Crytek lists the counsel of record for the

14 Defendants:

15      Jeremy S. Goldman
     Frankfurt Kurnit Klein & Selz PC
16      2029 Century Park East, Suite 1060N
     Los Angeles, CA 90067
17      Tel: (310) 579-9624
     Fax: (347) 438-2149
18      Email: jgoldman@fkks.com

19      Crytek had understood, based on the parties' ongoing discussions, that

20 Defendants would agree to an extension to facilitate settlement talks. On May 23,

21 2019, counsel for Defendants indicated that they would not so stipulate, which

22 counsel for Defendants confirmed during a teleconference on the afternoon of May

23 24, 2019. Crytek filed this application promptly thereafter.

24

25

26

27

28
                                            1

1

2

Respectfully submitted,

3

4

*/s/ James Y. Pak*
JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
(650) 470-4500
(650) 798-4570

5

6

7

8

9

**Attorneys for Plaintiff**
**Crytek GmbH**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CRYTEK'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME

**1**          **MEMORANDUM OF POINTS AND AUTHORITIES**

**2**          Crytek respectfully submits this Memorandum of Points and Authorities in

**3** support of Crytek's *Ex Parte* Application For Extension of Time to Respond to

**4** Defendants' Motion For Bond.

**5**          The deadline for Crytek to respond to Defendants' Motion For A Bond

**6** Pursuant to Cal. Civ. P. Code § 1030 (ECF No. 57, "Bond Motion") is May 28,

**7** 2019.   Crytek requests that the Court grant an additional <u>two-and-a-half week</u>

**8** <u>extension</u> for Crytek to respond to that Bond Motion.  The new proposed deadline to

**9** respond would be <u>June 14, 2019</u>; the new deadline for Defendants' reply would be

**10** <u>June 21, 2019</u>; and, the new proposed hearing date would be <u>July 12, 2019</u>.

**11**          In support, Crytek states:

**12**          1.     On March 29, 2019, Defendants filed their Bond Motion.  The Bond

**13** Motion also includes references to three declarations and thirty-seven supporting

**14** exhibits.

**15**          2.     On April 4, 2019, Crytek and Defendants filed a Joint Stipulation to

**16** Continue Hearing On Defendants' Bond Motion (ECF No. 58, "Joint Stipulation").

**17** As part of that stipulation, the parties agreed that the hearing in connection with

**18** Defendants' Bond Motion be continued to June 28, 2019 and that Crytek's response

**19** to Defendants' Bond Motion would be filed by May 28, 2019.

**20**          3.     On April 5, 2019, the Court approved the Joint Stipulation filed by the

**21** parties.

**22**          4.     Since that time, the parties have been further engaged in efforts to

**23** resolve this matter through settlement.  So that the parties may complete those

**24** discussions and determine whether this matter can be resolved without further

**25** litigation, Crytek seeks an additional extension to respond to the Bond Motion.

**26**

**27**

**28**
CRYTEK'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME

5.     Defendants have indicated that they are unwilling to stipulate to such an extension.  However, Crytek submits that the time and expense required to respond to the Bond Motion under the current deadline may derail any settlement discussions at this juncture.  Therefore, a short further extension is respectfully requested.

6.     Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may extend the time for any act for "good cause" if the request is made "before the original time." "[R]equests for extension of time made before the applicable deadline has passed should 'normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citing 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).  Courts "generally will find good cause and grant the extension unless the moving party has been negligent, lacked diligence, acted in bad faith, or abused prior extensions." *Godinez v. Law Offices of Clark Garen*, Case No. 16-00828-CJC (DFMx), 2016 WL 4527512, at *1 (C.D. Cal. Aug. 30, 2016) (citing Moore's Federal Practice, § 6.06[2] (2015)). "'Good cause' is a nonrigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian*, 624 F.3d at 1259.

7.     Good cause exists here because the parties are engaged in ongoing efforts to resolve this matter through settlement.  If a settlement is ultimately reached in the coming days by the parties, then an extension of time to respond to the Bond Motion will allow the parties to avoid the incurrence of additional time and expense associated with that motion.

8.     Crytek has moved promptly and expeditiously for the extension.  Crytek had understood, based on the parties' ongoing discussions, that Defendants would agree to this extension to facilitate settlement talks.  On May 23, 2019, counsel for Defendants indicated that they would not so stipulate, which counsel for Defendants

CRYTEK'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME

1  confirmed during a teleconference on the afternoon of May 24, 2019.  Crytek
2  promptly filed its application the same day.

3      9.      No party will be prejudiced by the extension requested.  The parties
4  have previously stipulated to an extension in connection with the Bond Motion
5  already.  A further extension of two-and-a-half weeks would not prejudice Crytek or
6  Defendants.

7      Accordingly, Crytek respectfully requests that the Court grant its Application.

Respectfully submitted,

 */s/ James Y. Pak*
JAMES Y. PAK (SBN 304563)
*james.pak@skadden.com*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
(650) 470-4500
(650) 798-4570

***Attorneys for Plaintiff***
***Crytek GmbH***

CRYTEK'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME