# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**[PROPOSED] ORDER GRANTING CRYTEK GMBH'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR BOND** |

[PROPOSED] ORDER

# [PROPOSED] ORDER GRANTING CRYTEK GMBH'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR BOND

The Court, having reviewed Plaintiff's *Ex Parte* Application For Extension Of Time To Respond To Defendants' Motion For Bond, and for good cause appearing therefore, hereby ORDERS that:

Plaintiff's new deadline to respond to Defendants' pending Motion for Bond (ECF No. 57) is continued to June 14, 2019;

Defendants' deadline to file a reply in support of the pending Motion for Bond is continued to June 21, 2019; and,

The hearing on the pending Motion for Bond is reset for July 12, 2019.

**IT IS SO ORDERED.**

DATED:

_____
Dolly M. Gee
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER