UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8937-DMG (FFMx)** | Date | May 29, 2019 |
| Title | *Crytek GMBH v. Cloud Imperium Games Corp., et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION [60]**

On May 24, 2019, Plaintiff Crytek GmbH filed an *Ex Parte* Application for an extension of time to respond to the pending Motion for Bond filed by Defendants Cloud Imperium Games Corporation and Roberts Space Industries Corporation. [Doc. # 60 ("Application").] Plaintiff seeks to continue the hearing on the pending Motion for Bond from June 28, 2019 to July 12, 2019. Despite the last-minute nature of Plaintiff's Application, the Court granted an interim extension of Plaintiff's opposition deadline to June 7, 2019 and allowed Defendants to oppose a further extension. [Doc. # 61.] Defendants filed their Opposition to the Application on May 28, 2019. [Doc. # 62 ("Opp.").]

Having reviewed the parties' written submissions, the Court finds that a further extension is unwarranted. Defendants filed their pending Motion on March 29, 2019—approximately 90 days before the currently-scheduled June 28, 2019 hearing. [Doc. # 57.] That is more than ample time to brief the Motion. While Plaintiff represents that the parties need additional time to engage in settlement talks before filing additional briefs, Application at 3, Defendants indicate that Plaintiff has stalled and threatened to abandon such talks. Opp. at 3. Regardless of which side is to blame for the talks' lack of success, it does not appear that the parties are close to reaching any agreement. Nor is it clear to the Court why Plaintiff believes that briefing this Motion and pursuing an eventual settlement are mutually exclusive endeavors.

Plaintiff argues that courts generally grant extensions "unless the moving party has been negligent, lacked diligence, acted in bad faith, or abused prior extensions." Application at 4 (citing *Godinez v. Law Offices of Clark Garen*, 2016 WL 4527512, at *1 (C.D. Cal. Aug. 30, 2016)). The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-8937-DMG (FFMx)** | Date | May 29, 2019 |
| Title | ***Crytek GMBH v. Cloud Imperium Games Corp., et al.*** | Page | 2 of 2 |

Court previously granted an extension of the briefing and hearing schedule for the Motion. [Doc. # 59.] Plaintiff squandered the additional time allotted and further abused that extension when it contravened the Court's Initial Standing Order by filing an *ex parte* request for a further extension on the eve of a holiday weekend, one business day before its opposition deadline. The Court therefore declines to delay proceedings on the Motion any further.

      Plaintiff's *ex parte* application to continue the hearing on the Motion for Bond to July 12, 2019 is **DENIED**. The schedule associated with Defendants' pending Motion set forth in the Court's May 24, 2019 order shall remain in place. [Doc. # 61.] The hearing on Defendants' Motion shall go forward as scheduled at 9:30 a.m. on June 28, 2019. Plaintiff's deadline to oppose Defendants' Motion is June 7, 2019. Defendants' deadline to file a reply, if any, is June 14, 2019.

**IT IS SO ORDERED.**