

# State of Colorado,

STATE OF COLORADO, ss:

I, *Cheryl Stevens*, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Clifford Thomas Brazen**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _3rd_ day of _November_ A. D. _2014_ and that at the date hereof the said **Clifford Thomas Brazen** is in good standing at this Bar. *Attorney is inactive commencing 01/24/2018*

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this _5th_ day of _June_ A. D. _2019_

**Cheryl Stevens**, Clerk

By _[signature]_, Deputy Clerk



# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 19, 2016,

## Clifford Thomas Brazen

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 4th day of June, 2019.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*