Ben M. Davidson (SBN 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: 818-918-4622
Facsimile: 310-473-3941

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Crytek GmbH

Plaintiff(s)

v.

Cloud Imperium Games Corp. and Roberts Space Industries Corp.,

Defendant(s).

CASE NUMBER

2:17-cv-08937-DMG-FFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Brazen, Clifford T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

913-777-4500
*Telephone Number*

913-777-4601
*Fax Number*

cliff.brazen@eriseip.com
*E-Mail Address*

of

Erise Ip, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Crytek GmbH

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Davidson, Ben M.
*Designee's Name (Last Name, First Name & Middle Initial)*

181464
*Designee's Cal. Bar No.*

818-918-4622
*Telephone Number*

310-473-2941
*Fax Number*

ben@dlgla.com
*E-Mail Address*

of

Davidson Law Group, ALC
4500 Park Granada Blvd.
Suite 202
Calabasas, CA 91302

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge