Ben M. Davidson (SBN 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: 818-918-4622
Facsimile: 310-473-3941

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Crytek GmbH

v.

Plaintiff(s)

Cloud Imperium Games Corp. and Roberts Space Industries Corp.,

Defendant(s).

CASE NUMBER

2:17-cv-08937-DMG-FFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Buresh, Eric A.                of    Erise Ip, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*    7015 College Blvd.
913-777-4500    913-777-4601    Suite 700
*Telephone Number*    *Fax Number*    Overland Park, KS 66211
eric.buresh@eriseip.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Crytek GmbH

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Davidson, Ben M.    of    Davidson Law Group, ALC
*Designee's Name (Last Name, First Name & Middle Initial)*    4500 Park Granada Blvd.
181464    818-918-4622    310-473-2941    Suite 202
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Calabasas, CA 91302
ben@dlgla.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge