# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GmbH,<br><br>Plaintiff(s)<br>v.<br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>Defendant(s) | CASE NUMBER<br><br>CV 17-8937-DMG (FFMx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

CRYTEK GmbH,    [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute Ben M. Davidson who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

4500 Park Granada Boulevard, Suite 202
*Street Address*

Calabasas, CA 91302                             ben@dlgla.com
*City, State, Zip*                                    *E-Mail Address*

(818) 918-4622            (310) 473-2941          181464
*Telephone Number*       *Fax Number*           *State Bar Number*

as attorney of record instead of James Y. Pak, Kevin J. Minnick, P. Anthony Sammi, and Kurt Wm. Hemr
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    [x] GRANTED    [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  June 6, 2019

/s/ Dolly M. Gee
Dolly M. Gee, U. S. District Judge

G–01 ORDER (09/17)    **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**