# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Crytek GmbH

Plaintiff(s)

v.

Cloud Imperium Games Corp. and Roberts Space Industries Corp.,

Defendant(s).

CASE NUMBER

CV 17-8937-DMG-FFMx

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brazen, Clifford T.   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

913-777-4500   913-777-4601

*Telephone Number*   *Fax Number*

cliff.brazen@eriseip.com

*E-Mail Address*

Erise Ip, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Crytek GmbH

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Davidson, Ben M.   of

*Designee's Name (Last Name, First Name & Middle Initial)*

181464   818-918-4622   310-473-2941

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ben@dlgla.com

*E-Mail Address*

Davidson Law Group, ALC
4500 Park Granada Blvd.
Suite 202
Calabasas, CA 91302

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated: June 7, 2019

*Dolly M. Gee, U.S. District Judge*