# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crytek GmbH<br><br>Plaintiff(s)<br>v.<br><br>Cloud Imperium Games Corp. and Roberts Space Industries Corp.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 17-8937-DMG-FFMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Buresh, Eric A.                              of      Erise Ip, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*         7015 College Blvd.
913-777-4500           913-777-4601                 Suite 700
*Telephone Number*      *Fax Number*                Overland Park, KS 66211
eric.buresh@eriseip.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Crytek GmbH

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Davidson, Ben M.                             of      Davidson Law Group, ALC
*Designee's Name (Last Name, First Name & Middle Initial)*        4500 Park Granada Blvd.
  181464         818-918-4622     310-473-2941      Suite 202
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Calabasas, CA 91302
ben@dlgla.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: June 7, 2019

                                                    /s/ Dolly M. Gee
                                                    **Dolly M. Gee, U.S. District Judge**