# Exhibit A



Squadron 42: Pre-Alpha WIP Gameplay - Vertical Slice w/ Director's Commentary

212,120 views



Star Citizen
Published on Dec 22, 2017

Watch the standalone Squadron 42 Vertical Slice Gameplay Demo with commentary from Game Director Chris Roberts, Technical Director of Content Sean Tracy, and Lead Writer Dave Haddock.