Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

Attorneys for Plaintiff Crytek GmbH

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>[HON. DOLLY M. GEE]<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR BOND**<br><br>Date: June 28, 2019<br>Time: 9:30 AM<br>Courtroom: 8C |

# **[PROPOSED] ORDER**

Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.'s ("Defendants') motion for a bond pursuant to California Code of Civil Procedure § 1030 came on for hearing on Friday, June 28, 2019 at 9:30 am before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012. Upon consideration of the pleadings, the papers, and the arguments of counsel, IT IS HEREBY ORDERED that:

Defendants' motion or bond is DENIED and Plaintiff Crytek GmbH shall not be required to post a bond.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　The Honorable Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　United States District Judge