Ben M. Davidson (SBN 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, CA 91302
Telephone: 818-918-4622
Facsimile: 310-473-3941

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crytek GmbH<br><br>v.                                Plaintiff(s)<br><br>Cloud Imperium Games Corp. and Roberts Space Industries Corp.,<br><br>                                       Defendant(s). | CASE NUMBER<br><br>2:17-cv-08937-DMG-FFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Seitz, Adam P.                                                  of     Erise IP, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*        7015 College Blvd.
913-777-5600         913-777-5601                                  Suite 700
*Telephone Number*    *Fax Number*                                 Overland Park, KS 66211
adam.seitz@eriseip.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Crytek GmbH

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Davidson, Ben M.                                                of   Davidson Law Group, ALC
*Designee's Name (Last Name, First Name & Middle Initial)*           4500 Park Granada Blvd.
  181464           818-918-4622       310-473-2941                   Suite 202
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*          Calabasas, CA 91302
ben@dlgla.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                                 **U.S. District Judge/U.S. Magistrate Judge**