# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crytek GmbH<br><br>                          Plaintiff(s)<br>v.<br>Cloud Imperium Games Corp. and Roberts Space Industries Corp.,<br><br>                         Defendant(s). | CASE NUMBER<br><br>CV 17-8937-DMG (FFMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Seitz, Adam P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

913-777-5600       913-777-5601
*Telephone Number*     *Fax Number*

adam.seitz@eriseip.com
*E-Mail Address*

of

Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Crytek GmbH
*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Davidson, Ben M.
*Designee's Name (Last Name, First Name & Middle Initial)*

181464     818-918-4622     310-473-2941
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of

Davidson Law Group, ALC
4500 Park Granada Blvd.
Suite 202
Calabasas, CA 91302
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: July 12, 2019

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**