UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 17-08937-DMB-(FFMx)                Date:  July 18, 2019

Title     CRYTEK GMBH v. CLOUD IMPERIUM GAMES CORP., ET AL.

Present: The Honorable:  ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | C/S |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam P. Seitz | Jeremy S. Goldman |
| Clifford T. Brazen | Joseph R. Taylor |
| | Azita Iskandar |
| | |
| | Louisa Weix |
| | - For Beazley Insurance Co. |

**Proceedings:**  HRG: SETTLEMENT CONFERENCE

Settlement conference held. A settlement agreement is not reached. The Court understands that the parties will continue their efforts to settle the case, and they may contact the Magistrate Judge's CRD if they wish to schedule a further settlement conference.

|  | 4 : 15 |
|---|---|
| **Initials of Preparer** | igb |