Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

*Attorneys for Plaintiff Crytek GmbH*

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Azita Iskandar (SBN 280749)
*aiskandar@fkks.com*
FRANKFURT KURNIT KLEIN &
SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

*Attorneys for Defendants Cloud
Imperium Games Corp. and Roberts
Space Industries Corp.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>               Plaintiff,<br><br>       v.<br><br>CLOUD IMPERIUM GAMES CORP.<br>and ROBERTS SPACE INDUSTRIES<br>CORP.,<br><br>               Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>[HON. DOLLY M. GEE]<br><br>**JOINT REPORT REGARDING<br>ADR PROCESS**<br><br>Served: April 5, 2019 |

Pursuant to this Court's Order/Referral to ADR (Dkt. 56), the parties jointly submit the below report regarding the progress of settlement discussions.

On July 18, 2019 the parties participated in a Settlement Conference before Magistrate Judge Alexander F. MacKinnon. While the settlement negotiations were productive, ultimately the parties were not able to settle the case during the Settlement Conference. However, the parties agreed to continue settlement negotiations in good faith moving forward.

Dated: July 25, 2018

ERISE IP, P.A.

By: */s/ Eric A. Buresh*
    Eric A. Buresh (*pro hac vice*)
    Attorneys for Plaintiff
    CRYTEK GMBH

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: */s/ Jeremy S. Goldman*
    Jeremy S. Goldman
    Attorneys for Defendants Cloud
    Imperium Games Corp. and
    Roberts Space Industries Corp.

## ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 25, 2019          By: */s/ Eric A. Buresh*
                                          Eric A. Buresh