Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

*Attorneys for Plaintiff Crytek GMBH*

FILED
2019 AUG 19  AM 11:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP,<br><br>    Defendants. | Civil Action No. 2:17-cv-08937-DMG-FFM<br><br>Hon. Dolly M. Gee<br><br>**NOTICE OF POSTING OF CASHIER'S CHECK IN LIEU OF SURETY BOND** |

Notice of Posting of Cashier's Check in Lieu of Surety Bond

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN, that pursuant to the Court's Minute Order dated July 22, 2019 (Dkt. 81) and in accordance with Local Rule 65-10, Plaintiff Crytek GMBH has posted a Cashier's Check in the amount of Five Hundred Thousand Dollar ($500,000.00) in lieu of a surety bond with the Clerk, U.S. District Court on August 19, 2019. A true and correct copy of the Cashier's Check is attached hereto as Exhibit A, and the original has been hard-filed concurrently with this Notice of Posting.

Dated: August 19, 2019

Respectfully submitted,

by: /s/ Ben M. Davidson

Ben M. Davidson (Cal. Bar 181464)
DAVIDSON LAW GROUP, ALC

*Attorneys for Plaintiff Crytek GMBH*

# EXHIBIT A



```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA193020
Cashier ID: apodcash
Transaction Date: 08/19/2019
Payer Name: Eric A. Buresh

TREASURY REGISTRY
 For: Eric A. Buresh
 Case/Party: D-CAC-2-17-CV-008937-001
 Amount:        $500,000.00

CHECK
 Remitter: Erise IP, PA
 Check/Money Order Num: 660001972
 Amt Tendered:  $500,000.00

Total Due:      $500,000.00
Total Tendered: $500,000.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```