FILED

2019 AUG 19  AM 11: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: (AP)

Deposit of funds
into Account:
660001972

1  Eric A. Buresh (*pro hac vice*)
   eric.buresh@eriseip.com
2  Adam P. Seitz (*pro hac vice*)
   adam.seitz@eriseip.com
3  Clifford T. Brazen (*pro hac vice*)
4  cliff.brazen@eriseip.com
5  Erise IP, P.A.
   7015 College Blvd.
6  Suite 700
   Overland Park, KS 66211
7  Phone: (913) 777-5600
8  Facsimile: (913) 777-5601

9  Ben M. Davidson (State Bar No. 181464)
   ben@dlgla.com
10 DAVIDSON LAW GROUP, ALC
11 4500 Park Granada Blvd, Suite 202
   Calabasas, California  91302
12 Office: (818) 918-4622
   Fax: (310) 473-2941
13

14 *Attorneys for Plaintiff Crytek GMBH*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP,<br><br>Defendants. | Civil Action No. 2:17-cv-08937-DMG-FFM<br><br>Hon. Dolly M. Gee<br><br>**NOTICE OF POSTING OF CASHIER'S CHECK IN LIEU OF SURETY BOND** |

Notice of Posting of Cashier's Check in Lieu of Surety Bond

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN, that pursuant to the Court's Minute Order dated July 22, 2019 (Dkt. 81) and in accordance with Local Rule 65-10, Plaintiff Crytek GMBH has posted a Cashier's Check in the amount of Five Hundred Thousand Dollar ($500,000.00) in lieu of a surety bond with the Clerk, U.S. District Court on August 19, 2019. A true and correct copy of the Cashier's Check is attached hereto as Exhibit A, and the original has been hard-filed concurrently with this Notice of Posting.

Dated: August 19, 2019

Respectfully submitted,

by: /s/ Ben M. Davidson

Ben M. Davidson (Cal. Bar 181464)
DAVIDSON LAW GROUP, ALC
*Attorneys for Plaintiff Crytek GMBH*

---

Notice of Posting of Cashier's Check in Lieu of Surety Bond

# EXHIBIT A

