Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

*Attorneys for Plaintiff Crytek GmbH*

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Azita Iskandar (SBN 280749)
*aiskandar@fkks.com*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

*Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>    Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**[PROPOSED] ORDER**<br><br>**[Filed concurrently with Joint Stipulation for the Continuance of Trial and Related Dates]**<br><br>Judge:  Hon. Dolly M. Gee |

**[PROPOSED] ORDER**

# ORDER

Based upon the stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The trial date presently set for March 24, 2020 is continued to June 16, 2020; and

2. The dates related to the trial date, as set in the Court's March 7, 2019 Schedule of Pretrial & Trial Dates [ECF 55-1] are continued as follows:

| MATTER | COURT ORDERED DATE |
|---|---|
| Trial | June 16, 2020 8:30 am |
| Final Pretrial Conference (FPTC) | May 12, 2020 2:00 pm |
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Early Mediation Deadline  Joint Report re Results of Early Mediation | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | Feb. 4, 2020 |
| Non-Dispositive Motion Cut-Off (filing deadline) | Feb. 21, 2020 |
| Dispositive Motion Cut-Off (filing deadline) | March 31, 2020 |
| Initial Expert Disclosure & Report Deadline | Feb. 4, 2020 |
| Rebuttal Expert Disclosure & Report Deadline | Mar. 3, 2020 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Apr. 21, 2020 |
| Second Settlement Conference Completion Date | Apr. 14, 2020 |
| Motions in Limine Filing Deadline | Apr. 21, 2020 |
| Opposition to Motion in Limine Filing Deadline | Apr. 28, 2020 |
| Joint Status Report re Settlement | Apr. 21, 2020 |
| Proposed Pretrial Conference Order | Apr. 21, 2020 |
| Contentions of Fact/Law | Apr. 21, 2020 |
| Pretrial Exhibit Stipulation | Apr. 21, 2020 |
| Joint Exhibit List | Apr. 21, 2020 |
| Witness Lists & Joint Trial Witness Time Estimate Form | Apr. 21, 2020 |

| Agreed Statement of the Case | Apr. 21, 2020 |
|---|---|
| Proposed Voir Dire Questions | Apr. 21, 2020 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | Apr. 21, 2020 |
| Verdict Forms | Apr. 21, 2020 |

DATED:_____                    _____
                                   Hon. Dolly M. Gee
                                   UNITED STATES DISTRICT JUDGE