1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11   CRYTEK GMBH,                    )   Case No.: CV 17-8937-DMG (FFMx)
                                     )
12                    Plaintiff,     )   **ORDER GRANTING PARTIES'**
                                     )   **JOINT STIPULATION OF TRIAL**
13            v.                     )   **AND RELATED DATES [86]**
                                     )
14   CLOUD IMPERIUM GAMES CORP.      )
     and ROBERTS SPACE INDUSTRIES    )
15   CORP.,                          )
                                     )
16                    Defendants.    )
                                     )
17                                   )

18

19

20

21

22

23

24

25

26

27

28

                              **ORDER**

Based upon the stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.     The trial date presently set for March 24, 2020 is continued to June 16, 2020; and

2.     The dates related to the trial date, as set in the Court's March 7, 2019 Schedule of Pretrial & Trial Dates [Doc. # 55-1] are continued to the following dates:

| MATTER | COURT ORDERED DATE |
|---|---|
| Trial | June 16, 2020 8:30 am |
| Final Pretrial Conference (FPTC) | May 12, 2020 2:00 pm |
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Early Mediation Deadline Joint Report re Results of Early Mediation | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | Feb. 4, 2020 |
| Non-Dispositive Motion Cut-Off (filing deadline) | Feb. 21, 2020 |
| Dispositive Motion Cut-Off (filing deadline) | March 31, 2020 |
| Initial Expert Disclosure & Report Deadline | Feb. 4, 2020 |
| Rebuttal Expert Disclosure & Report Deadline | Mar. 3, 2020 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Apr. 21, 2020 |
| Second Settlement Conference Completion Date | Apr. 14, 2020 |
| Motions in Limine Filing Deadline | Apr. 21, 2020 |
| Opposition to Motion in Limine Filing Deadline | Apr. 28, 2020 |
| Joint Status Report re Settlement | Apr. 21, 2020 |
| Proposed Pretrial Conference Order | Apr. 21, 2020 |
| Contentions of Fact/Law | Apr. 21, 2020 |
| Pretrial Exhibit Stipulation | Apr. 21, 2020 |
| Joint Exhibit List | Apr. 21, 2020 |
| Witness Lists & Joint Trial Witness Time Estimate Form | Apr. 21, 2020 |

**ORDER**

| Agreed Statement of the Case | Apr. 21, 2020 |
|---|---|
| Proposed Voir Dire Questions | Apr. 21, 2020 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | Apr. 21, 2020 |
| Verdict Forms | Apr. 21, 2020 |

DATED:  September 16, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2

**ORDER**