| | |
|---|---|
| Eric A. Buresh (*pro hac vice*) | Joseph R. Taylor (SBN 129933) |
| eric.buresh@eriseip.com | *jtaylor@fkks.com* |
| Adam P. Seitz (*pro hac vice*) | Jeremy S. Goldman (SBN 306943) |
| adam.seitz@eriseip.com | *jgoldman@fkks.com* |
| Clifford T. Brazen (*pro hac vice*) | Azita Iskandar (SBN 280749) |
| cliff.brazen@eriseip.com | *aiskandar@fkks.com* |
| Chris R. Schmidt | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| chris.schmidt@eriseip.com | 2029 Century Park East, Suite 1060 |
| Erise IP, P.A. | Los Angeles, California 90067 |
| 7015 College Blvd. | Telephone: (310) 579-9600 |
| Suite 700 | Facsimile: (347) 438-2156 |
| Overland Park, KS 66211 | |
| Phone: (913) 777-5600 | *Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.* |
| Facsimile: (913) 777-5601 | |

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

*Attorneys for Plaintiff Crytek GmbH*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO DISMISS VOLUNTARILY AND CONTINUANCE OF TRIAL AND RELATED DATES** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | **[Filed concurrently with Proposed Order]** |
| | Judge: Hon. Dolly M. Gee |

Pursuant to Local Rules 7-1 (Stipulations) and 40-1 (Continuances), Plaintiff Crytek GmbH ("Crytek") and Defendants Cloud Imperium Games Corporation and Roberts Space Industries Corporation (together, "CIG"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The purpose of this stipulation is to memorialize the parties' agreement and seek the Court's approval of (a) a briefing schedule for Crytek's anticipated motion to dismiss this case voluntarily without prejudice; and (b) a continuance of the current trial and related dates.

## Relevant Background

2. Crytek commenced this action against CIG for breach of contract and copyright infringement on December 12, 2017.  ECF 1.

3. On March 7, 2019, after deciding two motions to dismiss [ECF 38, 49] and several other matters, the Court entered a scheduling order setting a trial date of March 24, 2020.  ECF 55.

4. On September 11, 2019, following a settlement conference [ECF 80] and the Court's grant of CIG's motion for a bond pursuant to Cal. Civ. P. Code § 1030 [ECF 81], the parties filed a joint stipulation to continue the trial date to June 16, 2020.  ECF 86.  On September 16, 2019, the Court granted the parties' joint stipulation to continue trial to June 16, 2020.  ECF 87.

5. During a telephone conference regarding settlement on December 4, 2019, counsel for Crytek noted that in addition to settlement, it was considering a motion to dismiss based on CIG's recently served objections and responses to Crytek's Interrogatories. Then, on or about December 11, 2019, Crytek's counsel indicated to CIG's counsel during a meet and confer that, based on CIG's responses to certain written discovery, which Crytek contends revealed new information regarding the ripeness of one of Crytek's existing claims, Crytek wished to voluntarily dismiss its claims against CIG without prejudice, with the intention of re-

1
**JOINT STIPULATION REGARDING BRIEIFNG SCHEDULING FOR PLAINTIFF'S MOTION TO DISMISS VOLUNTARILY AND THE CONTINUANCE OF TRIAL AND RELATED DATES**

filing the suit against CIG following the release of *Squadron 42* by CIG. The parties met and conferred to discuss the terms of a stipulated dismissal, but they were unable to reach an agreement. Crytek intends to file a motion to dismiss the case without prejudice (the "Motion to Dismiss") and CIG intends to oppose the Motion to Dismiss.

### Briefing Schedule on Anticipated Motion to Dismiss

6. The parties agree to the following briefing schedule on Crytek's anticipated Motion to Dismiss:

    a. Crytek shall file its Motion to Dismiss no later than Friday, January 3, 2020.

    b. CIG's deadline to respond to the Motion to Dismiss shall be January 24, 2020.

    c. Crytek's deadline to reply to CIG's response shall be February 7, 2020.

### Joint Request for Continuance

7. Until recently, the parties have been actively engaged in discovery, including exchanging written discovery and producing documents. CIG has reviewed tens of thousands of documents and emails and is prepared to make a significant production to Crytek. CIG noticed depositions of Crytek's CEO and corporate designee for January 8 and 9, 2020.

8. Crytek's position is that, in light of its anticipated Motion to Dismiss, it would not be an efficient use of party resources to continue serving or producing additional discovery or to move forward with the depositions CIG noticed for early January 2020. Crytek further believes that allowing the depositions to move forward would result in the duplication of efforts—including potentially requiring multiple overseas trips to facilitate depositions in a second litigation on similar claims based on similar facts—should the Court grant Crytek's motion for voluntary dismissal.

Moreover, CIG has indicated that it believes its expenses incurred to date in this lawsuit support its opposition to Crytek's motion to dismiss and, further, that CIG would seek to have the Court impose a condition on any dismissal requiring Crytek to pay some amount of attorneys' fees to CIG.  Accordingly, Crytek believes the continued incurring of attorneys' fees pending Crytek's motion is unwarranted. Crytek believes the most efficient path forward is to stay discovery and will be filing a motion to stay or, at a minimum, a motion for protective order to prevent CIG's noticed deposition from taking place if CIG intends to move forward with the currently scheduled depositions.

9. CIG's position is that, unless and until the Court grants Crytek's Motion to Dismiss or a motion for a protective order, motions which CIG intends to oppose, it is improper for Crytek to delay discovery, including by refusing to produce their CEO and corporate designees for their noticed depositions or to produce Crytek's relevant documents in advance of these noticed depositions.  CIG further believes that, in light of the existing schedule set by the Court, the parties need to proceed with the litigation and continue preparing for trial.

10. Despite these differences, and irrespective of the outcome of Crytek's anticipated Motion to Dismiss, the parties agree that a continuance of trial and related dates is necessary.  The parties believe there is good cause for the Court to grant the requested continuance because, despite the parties' best efforts, much discovery remains to be conducted in this case, Crytek intends to move to dismiss the case, and the current deadline for the parties to file discovery motions in order for them to be heard by the non-expert discovery cut-off date is **January 14, 2020**.

11. Based on the foregoing, the parties stipulate to jointly request a four-month continuance of the trial date and related dates.  The requested continuance will allow the Court adequate time to rule on the anticipated Motion to Dismiss without prejudicing the parties' ability to complete discovery and prepare for trial in the event

3

JOINT STIPULATION REGARDING BRIEIFNG SCHEDULING FOR PLAINTIFF'S MOTION TO DISMISS VOLUNTARILY AND THE CONTINUANCE OF TRIAL AND RELATED DATES

the Court either denies the Motion to Dismiss or grants the Motion to Dismiss but Crytek fails to satisfy any conditions the Court may impose for a dismissal.

12. This is the parties' second request for a continuance of the trial date and associated pre-trial deadlines in this case.

Based on the foregoing, the parties jointly request that the Court continue the current June 16, 2020 trial date to **Tuesday, October 13, 2020** or an alternative date convenient for the Court, the parties, and their counsel. The parties further jointly request that the Court continue the related dates as follows:

| MATTER | TIME COMPUTATION | JOINTLY REQUESTED DATE |
|---|---|---|
| Trial | | Oct. 13, 2020 8:30 am |
| Final Pretrial Conference (FPTC) | 4 weeks before trial | Sept. 15, 2020 2:00 pm |
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conference | N/A |
| Early Mediation Deadline Joint Report re Results of Early Mediation | | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | June 9, 2020 |
| Non-Dispositive Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | June 16, 2020 |
| Dispositive Motion Cut-Off (filing deadline) | 4 wks after Rebuttal Expert Disclosure & Report Deadline | Sept. 8, 2020 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | July 14, 2020 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | Aug. 11, 2020 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | Aug. 25, 2020 |
| Second Settlement Conference Completion Date | at least 4 wks before FPTC | Aug. 18, 2020 |

| | | |
|---|---|---|
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | Aug. 25, 2020 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | Sept. 1, 2020 |
| Joint Status Report re Settlement | | Aug. 25, 2020 |
| Proposed Pretrial Conference Order | | Aug. 25, 2020 |
| Contentions of Fact/Law | | Aug. 25, 2020 |
| Pretrial Exhibit Stipulation | | Aug. 25, 2020 |
| Joint Exhibit List | | Aug. 25, 2020 |
| Witness Lists & Joint Trial Witness Time Estimate Form | | Aug. 25, 2020 |
| Agreed Statement of the Case | | Aug. 25, 2020 |
| Proposed Voir Dire Questions | | Aug. 25, 2020 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | | Aug. 25, 2020 |
| Verdict Forms | | Aug. 25, 2020 |

///
///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 1/2/20                      ERISE IP, P.A.

*/s/ Clifford T. Brazen*
Clifford T. Brazen
Phone: (913) 777-5600
cliff.brazen@eriseip.com
*Attorneys for Plaintiff* CRYTEK GMBH

DATED: 1/2/20                      FRANKFURT KURNIT KLEIN & SELZ P.C.

*/s/ Jeremy S. Goldman*
Jeremy S. Goldman
Phone: (310) 579-9611
jgoldman@fkks.com
*Attorneys for Defendants* CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP

## ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.