# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>    Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**[PROPOSED] ORDER**<br><br>**[Filed concurrently with Joint Stipulation Regarding Briefing Scheduling for Plaintiff's Motion to Dismiss Voluntarily and Continuance of Trial and Related Dates]**<br><br>Judge: Hon. Dolly M. Gee |

**[PROPOSED] ORDER**

# ORDER

Based upon the stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. Crytek GmbH ("Crytek") shall file its anticipated motion to dismiss the case without prejudice (the "Motion") no later than Friday, January 3, 2020.

2. The deadline of Cloud Imperium Games Corporation and Roberts Space Industries Corporation (together, "CIG") to respond to the Motion shall be January 24, 2020.

3. Crytek's deadline to reply to CIG's response shall be February 7, 2020.

4. The trial date presently set for June 16, 2020 is continued to October 13, 2020; and

5. The dates related to the trial date are continued as follows:

| MATTER | COURT ORDERED DATE |
|---|---|
| Trial | Oct. 13, 2020 8:30 am |
| Final Pretrial Conference (FPTC) | Sept. 15, 2020 2:00 pm |
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | N/A |
| Early Mediation Deadline Joint Report re Results of Early Mediation | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | June 9, 2020 |
| Non-Dispositive Motion Cut-Off (filing deadline) | June 16, 2020 |
| Dispositive Motion Cut-Off (filing deadline) | Sept. 8, 2020 |
| Initial Expert Disclosure & Report Deadline | July 14, 2020 |
| Rebuttal Expert Disclosure & Report Deadline | Aug. 11, 2020 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Aug. 25, 2020 |
| Second Settlement Conference Completion Date | Aug. 18, 2020 |
| Motions in Limine Filing Deadline | Aug. 25, 2020 |

| | |
|---|---|
| Opposition to Motion in Limine Filing Deadline | Sept. 1, 2020 |
| Joint Status Report re Settlement | Aug. 25, 2020 |
| Proposed Pretrial Conference Order | Aug. 25, 2020 |
| Contentions of Fact/Law | Aug. 25, 2020 |
| Pretrial Exhibit Stipulation | Aug. 25, 2020 |
| Joint Exhibit List | Aug. 25, 2020 |
| Witness Lists & Joint Trial Witness Time Estimate Form | Aug. 25, 2020 |
| Agreed Statement of the Case | Aug. 25, 2020 |
| Proposed Voir Dire Questions | Aug. 25, 2020 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | Aug. 25, 2020 |
| Verdict Forms | Aug. 25, 2020 |

DATED:_____          _____
                         Hon. Dolly M. Gee
                         UNITED STATES DISTRICT JUDGE