Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

Attorneys for Plaintiff Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, <br><br> Plaintiff, <br><br> v. <br><br> CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., <br><br> Defendants. | Case No. 2:17-cv-08937-DMG-FFM <br><br> [HON. DOLLY M. GEE] <br><br> **CRYTEK GMBH'S NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** <br><br> DATE: February 21, 2019 <br> Time: 9:30 AM <br> Courtroom: 8C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41, on February 21, 2020 at 9:30 am, or as soon thereafter as the matter may be heard, in Courtroom 8C by the Honorable Dolly M. Gee of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Crytek GmbH ("Crytek") will, and hereby does, move for an order granting the voluntary dismissal of Plaintiff's claims without prejudice without conditions.

This motion is brought pursuant to Federal Rule of Civil Procedure 41. Crytek recently learned new information through Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.'s (collectively, "CIG") objections and responses to Crytek's Interrogatories served by CIG on November 22, 2019 regarding the ripeness of one of Crytek's existing claims.

Pursuant to Local Rule 7-3, Crytek and CIG met and conferred on December 11, 2019 to discuss Crytek's intention to file this motion. The parties had a follow up conversation to discuss Crytek's motion on December 30, 2019 and filed a joint stipulation regarding a proposed briefing schedule for the motion and for a continuance of trial and related dates on January 2, 2020.

DATED: <u>January 3, 2020</u>

                    ERISE IP, P.A.

                    By: */s/ Eric A. Buresh*
                         Eric A. Buresh (*pro hac vice*)
                         Attorneys for Plaintiff
                         CRYTEK GMBH