# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>[HON. DOLLY M. GEE]<br><br>**[PROPOSED] ORDER GRANTING CRYTEK GMBH'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>DATE: February 21, 2019<br>Time: 9:30 AM<br>Courtroom: 8C |

# [PROPOSED] ORDER

Plaintiff Crytek GmbH's ("Crytek") motion for voluntary dismissal pursuant to Federal Rule 41 came on for hearing on February 21, 2020 at 9:30 am before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012. Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that:

Crytek's motion is GRANTED and this action is hereby dismissed without prejudice and without conditions.

DATED: _____

_____
The Honorable Dolly M. Gee
United States District Judge