Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

Attorneys for Plaintiff Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | [HON. DOLLY M. GEE] |
| v. | **DECLARATION OF CLIFFORD T. BRAZEN IN SUPPORT OF CRYTEK GMBH'S MOTION FOR VOLUNTARY DISMISSAL** |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | DATE: February 21, 2019<br>Time: 9:30 AM<br>Courtroom: 8C |

I, Clifford T. Brazen, declare as follows:

1. I am an attorney licensed to practice law in the State of Kansas, admitted *pro hac vice* to practice in this Court, and am an attorney at the law firm of Erise IP, P.A., counsel of record for Crytek GmbH, the Plaintiff in the above-captioned lawsuit.

2. I make this declaration on the basis of personal knowledge, except where indicated otherwise.

3. Attached hereto as **Exhibit A** is a true and correct screenshot of a YouTube webpage hosting a video titled "Star Citizen: Full CitizenCon 2016 Presentation" uploaded to the Star Citizen YouTube page on October 10, 2016 which I obtained from: https://www.youtube.com/watch?v=XuDj5v81Nd0.

4. Attached hereto as **Exhibit B** are true and correct copies of two articles, the first titled "'Squadron 42' Nearly Finished, But Not Ready For Release in 2016" and dated October 11, 2016 which I obtained from https://www.tomshardware.com/news/squadron-42-delayed-star-citizen,32846.html; and the second titled "Star Citizen's Single-Player Game, Squadron 42, Delayed Out of 2016" dated October 10, 2016 which I obtained from https://www.gamespot.com/articles/star-citizens-single-player-game-squadron-42-delay/1100-6444340/.

5. Attached hereto as **Exhibit C** is a true and correct screenshot of a YouTube webpage hosting a video titled "Squadron 42: Pre-Alpha WIP Gameplay - Vertical Slice" uploaded to the Star Citizen YouTube page on December 22, 2017 which I obtained from: https://www.youtube.com/watch?v=BHR1aEdTA4M.

6. Included on page 3 of Crytek's Memorandum in support of Crytek's Motion for Voluntary Dismissal is a true and correct excerpt from Crytek's First Set of Interrogatories served October 16, 2019.

7. Included on page 3 of Crytek's Memorandum in support of Crytek's Motion for Voluntary Dismissal is a true and correct excerpt from CIG's Objections and Responses to Crytek's First Set of Interrogatories served by CIG on November 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2020.

Clifford T. Brazen