# **EXHIBIT A**



# Star Citizen: Full CitizenCon 2016 Presentation

829,563 views • Oct 10, 2016    👍 11K    👎 489    SHARE    SAVE

**Star Citizen** ✓
372K subscribers

SUBSCRIBE

In case you missed it, here is the full CitizenCon presentation for you to enjoy! Thank you all for making this possible. We will see you in the verse!

   Star Citizen
BROWSE GAME >

   Gaming
BROWSE ALL GAMING >

SHOW MORE

Up next                                     AUTOPLAY  ⚪

Best Features Coming in 2020 Star Citizen
Morphologis

SKIP NAVIGATION

    



### Billie Eilish Carpool Karaoke
The Late Late Show with James Corden
Recommended for you

17:05



### Meet Gaming's Most Ruthless Tyrant
IGN
1M views

7:00



### Star Citizen Squadron 42: Actors in real life vs Characters
Star Citizen France
63K views

6:46



### The Outer Worlds Developers React to 12 Minute Speedrun
IGN
Recommended for you

15:23



### Elite Dangerous Ship Scale 2019 edition
Mat Recardo
311K views

6:18



### Star Citizen: Anvil Carrack
Star Citizen
207K views

3:23



### 10 BEST Open World Games of 2019
gameranx
Recommended for you

12:49



### The Witcher Game Series Timeline | The Leaderboard
The Leaderboard
Recommended for you

23:05



### Introduction to Star Citizen
Morphologis
443K views

SKIP NAVIGATION

     

100K views

How to 3D Photoscan Easy and Free!
CG Geek
Recommended for you

The Best Space Games of 2020 - A Look At The Upcoming Titles and Updates
ObsidianAnt
240K views

Henry Cavill Talks Netlix's "The Witcher" & More with Rich Eisen | Full Interview | 12/5/19
The Rich Eisen Show
Recommended for you

Chris Roberts on Squadron 42 Demo, CitizenCon, Planets
Gamers Nexus
25K views

Talking Ship Design with Developers - Star Citizen
Morphologis
23K views

My Love/Hate Relationship With Elite Dangerous (An Informal Review)
The Gaming Discourse
205K views

An Architect Reviews the 890J Super Yacht - Star Citizen
Morphologis
419K views

BoredGamer and Morph Talk Star Citizen
Morphologis
18K views

Why the NEW Blender 2.8 is a BIG DEAL
Blender Guru
Recommended for you