# EXHIBIT B



☰    tom'sHARDWARE                                                                                              🔍

TRENDING    After-Christmas Sales    Best Raspberry Pi Projects    Windows Settings to Change    Ryzen 9 vs Core i9

Tom's Hardware is supported by its audience. When you purchase through links on our site, we may earn an affiliate commission. Learn more

# 'Squadron 42' Nearly Finished, But Not Ready For Release In 2016

By Rexly Peñaflorida    October 11, 2016

f    🐦    whatsapp    reddit    📌    ✉



At Cloud Imperium Games' (CIG) annual CitizenCon event, CEO Chris Roberts provided an update to *Squadron 42*, the standalone, single-player experience that is separate from *Star Citizen*. Even though work on *Squadron 42* is near completion, it seems like we won't get to play the game this year.

In terms of content, Roberts said that all of the game's chapters and gameplay are at the "grey-box" level, which means that development is nearly complete, but the last set of assets aren't included yet, and the developers want to give it a final polish. There are also some technical issues to solve throughout the game. This includes full animation integration, combat logic, flight AI, and of course, optimizations for a plethora of CPUs and GPUs.



Star Citizen: Full CitizenCon 2016 Presentation



Overclocked | Acer Predat.

PLAY SOUND    ▶

02:08

p. 6

Case 2:17-cv-08937-DMG-FFM Document 95-2 Filed 01/03/20 Page 3 of 11 Page ID
#:1296

However, CIG plans to show off a portion of the finished product soon. Roberts said that the team will take one chapter of the game to what he considers to be the final shipping quality. Not only does this give fans another sneak peek at the game, but it also helps the developers eliminate any technical or polishing issues.

**RECOMMENDED VIDEOS FOR YOU...**

tom's **HARDWARE**

*Squadron 42* initially started as small part of the *Star Citizen* experience. However, it eventually peeled expanded into its current state. The final product is split into 28 chapters with over 60 missions. Play spacecraft as they progress through the story, and they'll be able to participate in ship-to-ship comba atmosphere of the surrounding planets.

*Squadron 42* also boasts a cast of Hollywood stars such as Gary Oldman, Gillian Anderson, and Mark production value is high, thanks to numerous pledges from players (you can still contribute to the pr of whom want to see their investment culminate into CIG's first finished title.

Overclocked | Acer Predat.

PLAY SOUND ▶

02:08

| Game Details | |
|---|---|
| Name | *Squadron 42* |
| Type | Space, Simulation, Action |

p. 7

Game Details

| | |
|---|---|
| Developer | Cloud Imperium Games |
| Publisher | Cloud Imperium Games |
| Platforms | PC |
| Where To Buy | Cloud Imperium Games |
| Release Date | N/A |

**MORE ABOUT...**

**LATEST**

**MSI's New Optix MAG272QR Is a 27-Inch With 165 Hz Refresh Rate & QHD ▶**

**Snag This 16GB DDR4-3000 Memory Kit For Only $48 ▶**

SEE MORE RELATED ⬍

SEE MORE LATEST ▶

C

Overclocked | Acer Predat.

PLAY SOUND          

02:08

**3 COMMENTS**                                                    COMMENT FROM THE FORUMS ▶

**Poozle**   12 October 2016 02:41

I love this game. It will take time, but that is not unexpected.

REPLY ▶

---

**cats_Paw**   12 October 2016 10:55

Chris Roberts got the opportunity of a life time. If he succeeds, he may very well create a studio that will make games great again (damn you Trump, now that always sounds like a political rally).

I did not back the kick starter, but I will be looking at this game closely when it comes out. I honestly...

                                                                                    Read More

REPLY ▶

---

**HaB1971**   12 October 2016 17:53

I backed the game at around the $34 Million mark for SQ42 only... as it was when I found out about it.. The scope creep of the game and toxicity of the community has made me stay away from it for some time.. the hype train is seriously strong for Star Citizen.. if it delivers... great... should be a...

                                                                                    Read More

REPLY ▶

---

VIEW ALL 3 COMMENTS ▶

### Why I Won't Use Less Than 32GB of RAM
We keep saying 16GB is the "sweet spot," of memory capacity. So why aren't we all using it?

Tomshardware

### CPU Hierarchy 2019: Intel and AMD Processors Ranked
Tomshardware

                                                                                    C

### Ryzen 7 4700U: AMD's First Ever 8-Core APU
Tomshardware

                                              Overclocked | Acer Predat.

                                              PLAY SOUND   

                                                    02:08

### How to Get Windows 10 for Free (or Under $30)
If you need Windows for a PC build, Microsoft charges a whopping $139. Here's how to get the OS for much less or -- even free.

Tomshardware

p. 9

12/27/2019                Squadron 42: Nearly Imminent BSN2 | Roll Fed to 01/03/20 61 | Page ID over
Case 2:17-cv-08937-DMG-FFM - Document 93-2 - Filed 01/03/20 - Page 6 of 11   Page ID
#:1299

MOST POPULAR

## Samsung to Manufacture 260 TOPS Baidu Kunlun
By Arne Verheyde December 27, 2019

READ MORE ▸

## DigiTimes: Intel to Announce Advanced Thermal Module at CES
By Arne Verheyde December 27, 2019

READ MORE ▸

## Best After-Christmas Sales on Tech: CPUs, SSDs, More
By Avram Piltch December 27, 2019

READ MORE ▸

## Alienware m17 with RTX 2080, 4K Panel Drops to Just $1,699
By Avram Piltch December 26, 2019

READ MORE ▸

Overclocked | Acer Predat.

PLAY SOUND          ▶

02:08

## China's Latest Loongson CPUs Are On Par With AMD's Excavato
By Zhiye Liu December 26, 2019

READ MORE ▸

## LGA115x CPU Coolers Are Seemingly Compatible With New Comet Lake LGA1200 Socket

By Zhiye Liu December 26, 2019

READ MORE ▸

## IEEE to Develop Standard for AV Decision-Making Based on Mobileye RSS

By Arne Verheyde December 26, 2019

READ MORE ▸

## IBM Invents Heavy Metal and Cobalt-Free Battery

By Arne Verheyde December 26, 2019

READ MORE ▸

## Intel's First Discrete GPU, the DG1, Listed with 96 EUs

By Arne Verheyde December 25, 2019

READ MORE ▸

## Post-Christmas Laptop Deal: Dell XPS 13 with Core i7 Now Just $799

By Avram Piltch December 25, 2019

C

Overclocked | Acer Predat.

PLAY SOUND ▶

02:08

READ MORE ▸

## 'Twas The Night Before Tom's Christmas 2019

By The Editors of Tom's Hardware December 24, 2019

p. 11

READ MORE ▶

## Best PC Monitor Deals 2019: Sales on Gaming, 4K and More

By Scharon Harding December 24, 2019

READ MORE ▶

✉ BE IN THE KNOW

Get instant access to breaking news, in-depth reviews and helpful tips.

Your Email Address

SIGN M

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

MOST POPULAR        MOST SHARED



Overclocked | Acer Predat...

PLAY SOUND ▶

02:08

1  Best After-Christmas Sales on Tech: CPUs, SSDs, More

Case 2:17-cv-08937-DMG-FFM   Document 95-2   Filed 01/03/20   Page 9 of 11   Page ID #:1302

2   **Alienware m17 with RTX 2080, 4K Panel Drops to Just $1,699**

3   **China's Latest Loongson CPUs Are On Par With AMD's Excavator**

4   **LGA115x CPU Coolers Are Seemingly Compatible With New Comet Lake LGA1200 Socket**

5   **IEEE to Develop Standard for AV Decision-Making Based on Mobileye RSS**

Tom's Hardware is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

Terms and conditions

Privacy policy

Cookies policy

Accessibility Statement

Advertise

About us

Contact us

© Future US, Inc. 11 West 42nd Street, 15th Floor, New York, NY 10036.

c

Overclocked | Acer Predat.

PLAY SOUND    ▶

02:08

p. 13

# Star Citizen's Single-Player Game, Squadron 42, Delayed Out of 2016

gamespot.com/articles/star-citizens-single-player-game-squadron-42-delay/1100-6444340

Chris Pereira, @TheSmokingManX, Steve Watts

Squadron 42, the standalone single-player game spinoff of Star Citizen, will not be out this year as previously planned.

A delay for the game--which was originally set to be a mode within Star Citizen before being spun off on its own--was announced at the recent CitizenCon 2016 fan event. Creator Chris Roberts described Squadron 42 as having "significantly grown from when it was first pitched in 2012." He laid out the scope of the project and its story and talked about what still needs to be done. Despite what had been said previously, developer Cloud Imperium Games wasn't ready to show off a mission, which he acknowledged as a "bit of a bummer."

He then talked about wanting to do the game right, claiming that the crowdfunding model, which has raised over $127 million, allows it to do so. "We want to do it right. It's really important to do it right," he said. "What we're enabled to do by you guys is to do it right. Because if we were in the typical situation with a publisher, they would say, 'Well, no, you've got to make the Christmas [release] window; you've got to get it out. You can do some patches and the DLC and don't worry about the people who won't think it's quite as polished and it's got a bunch of bugs.'"

This served as a long-winded preface to the delay news. "As much as we wanted to have Squadron 42 for this year, it's not going to be this year. Because from the polish we need to do, it still needs a bit more time." He then promised to show a completed, polished mission "in the near future." He suggested that could happen before the end of the year, but he wouldn't commit to that time frame. He also didn't provide a new date for Squadron 42, which was at one point expected out last fall.

During the presentation, Roberts also detailed future updates to Star Citizen, including the 3.3 update that will add farming, among other content. Later, at the 1:25:20 mark of the video above, a demonstration was shown of the game's procedural generation of planets. This included a segment with a giant sand worm at the 1:54:28 mark.

Star Citizen remains unreleased almost four years after its crowdfunding campaign first began, though modular components of it have been offered to the public. One backer recently received a refund after complaining to California's Attorney General.

p. 14



Star Citizen

✚ Follow

Get the latest news and videos for this game daily, no spam, no fuss.

⌃ Collapse

GameSpot may get a commission from retail offers.

*Got a news tip or want to contact us directly? Email news@gamespot.com*

View Comments (106)

The gift-giving season is almost over, but if Santa missed anything from your list you may be able to grab it at a significant discount. Target is offering 25% off select PS4, Xbox One, and Nintendo Switch games starting Sunday, December 29.

The deal comes from its weekly circular, and applies to select games if you use the store's online order pickup option. That means ordering through Target.com and then picking your game up through customer service once it's ready. The ad doesn't detail every included game, but it does show a few examples: Madden NFL 20, FIFA 20, Star Wars Jedi: Fallen Order, Nascar Heat 4, NBA 2K20 Switch, and Just Dance 2020.

Notably, some of those games are actually already on sale at Target for even bigger discounts-- particularly the sports games. If you want to pick up Madden, FIFA, or NBA 2K, it's better to jump on them now instead of later.

This is similar to a deal the retailer offered over the summer, which gave the discounted chunk for online pickup. The move seems aimed at getting users to sample its online pickup option, which some stores are also supporting with dedicated parking spaces so you don't even have to get out of your car.

*Now Playing:* Game Of The Year 2019 | Sekiro: Shadows Die Twice

*Got a news tip or want to contact us directly? Email news@gamespot.com*

View Comments (0)

p. 15