# EXHIBIT C

Case 2:17-cv-08937-DMG-FFM   Document 93-3   Filed 01/03/20   Page 2 of 4   Page ID #:1306



## Squadron 42: Pre-Alpha WIP Gameplay - Vertical Slice

277,692 views • Dec 22, 2017     5.6K   261   SHARE   SAVE

**Star Citizen** ✓
371K subscribers                                    SUBSCRIBE

Watch the standalone Squadron 42 Vertical Slice Gameplay Demo showcasing Navy life aboard an Idris frigate and a rescue mission in an abandoned moon outpost.

  Star Citizen
BROWSE GAME >

  Gaming
BROWSE ALL GAMING >

SHOW MORE

Up next                                                       AUTOPLAY ⬤

Star Citizen AMA | Squadron 42 Teasers!
BoredGamer ✓

p. 16

     

SKIP NAVIGATION



Eddie Murphy Monologue - SNL
Saturday Night Live
Recommended for you
New



SNL Celebrates Hanukkah
Saturday Night Live
Recommended for you
New



Pastry Chef Attempts to Make Gourmet Pizza Rolls | Bon Appétit
Bon Appétit
Recommended for you
New



Adam Savage Examines the Props and Spacesuits of The Expanse!
Adam Savage's Tested
Recommended for you



Eddie Murphy Confirms Rumors and Stories About Prince, Ghostbusters and More
The Tonight Show Starring Jimmy Fallon
Recommended for you
New



Secret Word with Gwyneth Paltrow - SNL
Saturday Night Live
Recommended for you



Bronx Beat with Tina Fey - SNL
Saturday Night Live
Recommended for you



New Player Guide to Star Citizen
Morphologis
169K views

Every Stormtrooper in Star Wars Explained By Lucasfilm | WIRED
WIRED
Recommended for you

p. 17

SKIP NAVIGATION


SKIP NAVIGATION
    

Recommended for you
New

Bowen Yang's High School Classmates Predicted He Would Be on SNL
Late Night with Seth Meyers
Recommended for you

Best Features Coming in 2020 Star Citizen
Morphologis
135K views

Star Citizen Squadron 42: Actors in real life vs Characters
Star Citizen France
41K views

An Architect Reviews the 890J Super Yacht - Star Citizen
Morphologis
413K views

The Best Part of Star Citizen 3.8
Morphologis
141K views

The Best Space Games of 2020 - A Look At The Upcoming Titles and Updates
ObsidianAnt
224K views

Introduction to Star Citizen
Morphologis
442K views

Squadron 42: 2019 Visual Teaser
Star Citizen
426K views
New

Why is Hauling Really Fun? [Star Citizen]
Morphologis
208K views

p. 18