Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
7015 College Blvd. Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Plaintiff Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP., and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br>Hon. Dolly M. Gee Presiding<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Local Rule 79.5.2.2(B)]**<br><br>Date: February 21, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

Pursuant to Local Rule 79-5.2.2(b), and after considering Plaintiff's Crytek GMBH ("Crytek") Application to File Under Seal Portions of its Memorandum in Support of its Motion for Voluntary Dismissal, and for good cause shown, IT IS HEREBY ORDERED THAT portions of Plaintiff's Memorandum in Support of its Motion for Voluntary Dismissal of Claims, Dkt. 92, shall be filed under seal as follows:

| Documents or Portions Thereof to Be Filed Under Seal | Order |
|---|---|
| Portions to Plaintiff's Memorandum in Support of its Motion for Voluntary Dismissal of Plaintiff's Claims, [Dkt. 92] at page numbers 1, 3, 4, 5, 6 | Granted |

**IT IS SO ORDERED.**

Dated: _____ _____
Hon. Dolly M. Gee
United States District Judge