Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
7015 College Blvd. Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Crytek GmbH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD IMPERIUM GAMES CORP., and ROBERTS SPACE INDUSTRIES CORP.,<br><br>    Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br>Hon. Dolly M. Gee Presiding<br><br>**PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL [Local Rule 79.5.2.2(B)]**<br><br>Date: February 21, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Crytek GMBH ("Crytek"), by and through its counsel of record, respectfully submits this Application for an Order

permitting Crytek to file under seal portions of its memorandum in support of its motion for voluntary dismissal.

The portions requested to be filed under seal were marked and designated as CONFIDENTIAL by Defendants in an interrogatory response, under Federal Rule of Civil Procedure 26(c) and the Protective Order in this case. *See* Declaration of Clifford T. Brazen in Support of Plaintiff's Application to file under Seal, ¶3. The designated portions are being filed under seal to protect the asserted confidentiality of the information disclosed therein. To the extent possible, Crytek has redacted this information for filing, omitting only the portions of the documents designated confidential by Defendants. *See* Declaration of Clifford T. Brazen in Support of Plaintiff's Application to file under Seal, ¶3.

Enclosed with this Application are:

1. Unredacted versions of the documents proposed to be filed under seal. L.R. 79-5.2.2(a), cited by L.R. 79-5.2.2(b).

2. Declaration of Clifford T. Brazen in Support of this Application. *See* L.R. 79-5.2.2(b).

3. Proposed Order Granting this Application. *See* L.R. 79-5.2.2(a), cited by L.R. 79-5.2.2(b).

Crytek will provide a chambers copy of the Application and all associated documents as required by L.R. 5-4.5, with the supporting declaration and an unredacted version of documents for which sealing is sought provided in a sealed envelope, and a copy of the title page attached to the front of the envelope; and the Proposed Order provided by email to chambers as required by L.R. 5-4.4.2.

Respectfully submitted,

Dated: January 3, 2020   By:   /s/   Clifford T. Brazen

Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com

Chris R. Schmidt
chris.schmidt@eriseip.com

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

*Attorneys for Plaintiff Crytek GMBH*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 4500 Park Granada Boulevard, Suite 202, Calabasas, CA 91302.

On January 3, 2020, I served the foregoing document(s):

**PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL** on the interested parties in this action addressed and sent as follows:

Jeremy S. Goldman (jgoldman@fkks.com)
Joseph R. Taylor (jtaylor@fkks.com)
Azita M. Iskander (aiskandar@fkks.com)
Frankfurt Kurnit Klein & Selz PC
2029 Century Park East, Suite 1060 Los Angeles, California 90067

Telephone: (310) 579-9600
Facsimile: (347) 438-2156
Attorneys for Defendants
Cloud Imperium Games Corp. and Roberts Space Industries Corp.

☒ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivery such envelope(s):

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles County, California with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on the same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_x_ BY COURTESY EMAIL SERVICE: A courtesy email copy of the document is being mailed concurrently herewith to Defendnants' counsel at the email addressed above.

☒ **FEDERAL:** I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2020, at Los Angeles County, California.

                                                      /s/ Ben Davidson
                                                      Ben Davidson

**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL**