**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>            Plaintiff,<br><br>     v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>            Defendants. | Case No.: CV 17-8937-DMG (FFMx)<br><br>**ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO DISMISS CASE VOLUNTARILY [89]** |

Having reviewed and considered the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Crytek GmbH ("Crytek") shall file its motion to dismiss the case without prejudice (the "Motion") by Friday, January 3, 2020.

2. The deadline of Cloud Imperium Games Corporation and Roberts Space Industries Corporation (together, "CIG") to respond to the Motion shall be January 17, 2020.

3. Crytek's deadline to reply to CIG's response shall be January 24, 2020.

4. The hearing on the motion [Doc. # 91] shall be ADVANCED TO **February 7, 2020 at 9:30 a.m.**

5. The pretrial and trial dates and deadlines are VACATED and will be rescheduled, if necessary, after the disposition of the Motion.

DATED: January 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE