UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 17-8937-DMG (FFMx)**  Date  January 10, 2020

Title  *Crytek GmbH v. Cloud Imperium Games Corp. et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eric A. Buresh | Jeremy S. Goldman |
| Clifford T. Brazen | Joseph R. Taylor |
| | Matthew Samec |

**Proceedings:  TELEPHONIC STATUS COPNFERENCE**

The cause is called and counsel state their appearance.  The Court and counsel confer.

:07