**JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
**MATTHEW SAMET** (SBN 311865)
**FRANKFURT KURNIT KLEIN + SELZ PC**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone:  (310) 579-9600
Facsimile:   (310) 579-9650
E-Mail: jtaylor@fkks.com
         jgoldman@fkks.com
         msamet@fkks.com

Attorneys for Defendants
CLOUD IMPERIUM GAMES CORP. and
ROBERT SPACES INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>          Plaintiff,<br><br>     vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERT SPACE INDUSTRIES CORP,<br><br>          Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br><br>[HON. DOLLY M. GEE]<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS AND PORTIONS OF OPPOSITION TO CRYTEK GMBH'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Local Rule 79-5.2.2]**<br><br>Date:   February 7, 2020<br>Time:   9:30 A.M.<br>Crtrm.: 8C |

Pursuant to Local Rule 79-5.2.2, Defendants Cloud Imperium Games Crop. and Robert Space Industries Corp. (together, "CIG"), by and through its counsel of record, respectfully submits this Application for an Order Permitting CIG to File Under Seal Certain Exhibits and Portions of its Opposition to Plaintiff Crytek GmbH's ("Crytek") Motion for Voluntary Dismissal (the "Motion").

The exhibits and portions of CIG's Opposition to the Motion that CIG requests be filed under seal requested to be filed under seal are documents and information containing commercial terms and other proprietary business information that the parties designated as HIGHLY CONFIDENTIAL under the Protective Order in this case. *See* Declaration of Jeremy S. Goldman in Support of Defendants' Application to File Under Seal ¶¶ 7, 9.

Enclosed with this Application are:

1. Declaration of Jeremy S. Goldman in Support of this Application. *See* L.R. 79-5.2.2(a), (b).

2. Redacted Version of CIG's Opposition to the Motion. *See id.*

3. Unredacted Version of CIG's Opposition to the Motion. *See id.*

4. Unredacted Version of Exhibit 7 to the Declaration of Jeremy S. Goldman in Opposition to the Motion. *See id.*

5. Unredacted Version of Exhibit 10 to the Declaration of Jeremy S. Goldman in Opposition to the Motion. *See id.*

6. Unredacted Version of Exhibit 11 to the Declaration of Jeremy S. Goldman in Opposition to the Motion. *See id.*

7. Proposed Order Granting this Application. *See id.*

Pursuant to L.R. 5-4.5, CIG will provide a chambers copy of the Application and all associated documents for which sealing is sought provided in a sealed envelope, and a copy of the title page attached to the front of the envelope. CIG will also email the Proposed Order to chambers as required by L.R. 5-4.4.2.

DATED:  January 17, 2020          FRANKFURT KURNIT KLEIN + SELZ PC

By:  */s/ Jeremy S. Goldman*
Joseph R. Taylor
Jeremy S. Goldman
Matthew Samet
Attorneys for Defendants
CLOUD IMPERIUM GAMES CORP. and
ROBERT SPACES INDUSTRIES CORP.