# Exhibit 1

# [PROPOSED] ORDER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERT SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br><br>[HON. DOLLY M. GEE]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS AND PORTIONS OF DEFENDANTS' OPPOSITION TO CRYTEK GMBH'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Local Rule 79-5.2.2]**<br><br>Date:　February 7, 2020<br>Time:　9:30 A.M.<br>Crtrm.:　8C |

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.2.2, and after considering Defendants' Application to File Under Seal Certain Exhibits and Portions of Defendants' Opposition to Crytek GmbH's Motion for Voluntary Dismissal, and for good cause and compelling reasons shown, IT IS HEREBY ORDERED THAT the following exhibits and portions of Defendants' Opposition to Crytek GmbH's Motion for Voluntary Dismissal, shall be filed under seal:

| Documents or Portions Thereof to Be Filed Under Seal | Order |
|---|---|
| Portions of Defendants' Opposition to Crytek GmbH's Motion for Voluntary Dismissal, at page 2, line 2; page 3, lines 18-19; page 5, lines 11-13; page 5, lines 18-19; page 5, lines 24-28; page 6, line 1; page 6, line 3; page 11, lines 10-11 | Granted |
| Exhibit 7 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |
| Exhibit 10 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |
| Exhibit 11 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                        Hon. Dolly M. Gee
                                                                        United States District Judge