1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-CV-08937-DMG-FFM |
| Plaintiff, | [HON. DOLLY M. GEE] |
| vs. | **PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE** |
| CLOUD IMPERIUM GAMES CORP. and ROBERT SPACE INDUSTRIES CORP., | Date: February 7, 2020<br>Time: 9:30 A.M.<br>Crtrm.: 8C |
| Defendants. | |

# [PROPOSED] ORDER

Plaintiff Crytek GmbH's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 came on for hearing on February 7, 2020 at 9:30 am before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012. Upon consideration of the pleadings, the papers, and the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that:

This action is dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

Hon. Dolly M. Gee
United States District Judge