1  **JOSEPH R. TAYLOR** (SBN 129933)
**JEREMY S. GOLDMAN** (SBN 306943)
2  **MATTHEW SAMET** (SBN 311865)
**FRANKFURT KURNIT KLEIN + SELZ PC**
3  2029 Century Park East, Suite 1060
Los Angeles, California 90067
4  Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650
5  E-Mail: jtaylor@fkks.com
           jgoldman@fkks.com
6           msamet@fkks.com

7  Attorneys for Defendants
CLOUD IMPERIUM GAMES CORP. and
8  ROBERT SPACES INDUSTRIES CORP.

9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  CRYTEK GMBH,                    | Case No. 2:17-CV-08937-DMG-FFM

13        Plaintiff,                | [HON. DOLLY M. GEE]

14        vs.                       | **DECLARATION OF ORTWIN
                                       FREYERMUTH IN OPPOSITION
15  CLOUD IMPERIUM GAMES CORP.        TO CRYTEK GMBH'S MOTION
    and ROBERT SPACE INDUSTRIES       FOR VOLUNTARY DISMISSAL
16  CORP.,                            PURSUANT TO FED. R. CIV. P. 41**

17        Defendants.               | Date:   February 7, 2020
                                      Time:   9:30 A.M.
18                                    Crtrm.:  8C

19

20

21

22

23

24

25

26

27

28

DECL. OF ORTWIN FREYERMUTH IOT MOT. FOR VOLUNTARY DISMISSAL

*Frankfurt Kurnit Klein + Selz* PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

1    I, ORTWIN FREYERMUTH, declare as follows:

2    1.    I am the Co-Founder, Vice Chairman, and General Counsel of Cloud

3 Imperium Games Corp. and Roberts Space Industries Corp. (together, "CIG") the

4 defendants in the above-captioned action.

5    2.    I make this declaration in opposition to Plaintiff Crytek GmBH's

6 ("Crytek") Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41.  I make

7 this declaration on the basis of personal knowledge, except where indicated

8 otherwise.

9    ***Star Citizen*, *Squadron 42*, and CryEngine**

10    3.    Since 2012, CIG has been developing a multiplayer video game called

11 *Star Citizen* and a single-player episodic game called *Squadron 42* that takes place

12 in the *Star Citizen* universe.

13    4.    While certain playable modules of *Star Citizen* have been released, CIG

14 has not yet made any part of *Squadron 42* available to the public.

15    5.    Development of these games has been supported primarily through

16 crowdfunding.

17    6.    Attached hereto as **Exhibit 1** is a true and correct copy of a Game

18 License Agreement entered into between CIG and Crytek ("GLA").

19    **Amazon Lumberyard**

20    7.    CIG began discussing a potential license agreement with Amazon in

21 March 2015, when Amazon told CIG that it was developing Lumberyard based on

22 CryEngine.

23    8.    CIG and Amazon entered into an agreement dated April 30, 2016, a

24 copy of which is attached to the accompanying Declaration of Jeremy S. Goldman.

25    9.    After entering into the license agreement with Amazon, CIG took

26 multiple steps to ensure that it was developing *Star Citizen* and *Squadron 42* under

27 the Amazon Lumberyard license and not the GLA.

28

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579.9600

1    10.    On December 23, 2016, CIG began displaying the trademark for

2  Lumberyard instead of CryEngine on the opening splash screen for *Star Citizen*.

3    11.    Attached hereto as **Exhibit 2** is a true and correct copy of a press

4  release issued by CIG on December 23, 2016, entitled "Star Citizen and Squadron

5  42 Utilize Amazon Lumberyard Game Engine."

6    12.    Until Crytek filed this action a year later, Crytek did not object to CIG

7  about its switch to Lumberyard.

8                                  *Squadron 42*

9    13.    Attached hereto as **Exhibit 3** is a true and correct copy of a press

10  release issued by CIG on January 29, 2016, entitled "Roundup: Free Fly, 2.1.2 Patch

11  and Other Updates!"

12    14.    Prior to February 2016, CIG had included *Squadron 42* only with the

13  *Star Citizen* game packages.

14    15.    Following CIG's January 29, 2016 announcement, Crytek's General

15  Counsel contacted me to raise a concern about the announcement.  Crytek's General

16  Counsel pointed out that the GLA did not authorize content released outside of the

17  *Star Citizen* game client.  Attached hereto as **Exhibit 4** is a true and correct copy of

18  a press release issued by CIG on February 8, 2016 entitled "Package Split

19  Information," which clarified, among other things, that "[t]he package split does not

20  change the fact that *Star Citizen* and *Squadron 42* are part of the same game

21  universe, or the fact that the games are functionally connected.  You will access

22  Squadron 42 through the same game client."

23    16.    This was CIG's last public announcement about how players will

24  access *SQ42*, which remains in development.

25          I declare under penalty of perjury that the foregoing is true and correct.

26          Executed on January 17, 2020 at _Los Angeles_ , _California_____.

27  _____

28                  ORTWIN FREYERMUTH

                              3