# Exhibit 2

ROBERTS SPACE INDUSTRIES ™

**RSI**

PRIVACY POLICY:

Please read our Privacy Policy before accepting it.

**READ OUR PRIVACY POLICY** ❯ **(/PRIVACY)**

or

**ACCEPT AND CLOSE** ✓

PRESS

COOKIES:

Our website uses Google Analytics to analyze our traffic. To learn how you can control Google's use of your data and how you can opt out click here (https://www.google.com/policies/privacy/partners).

**TO CHANGE YOUR SETTINGS** ❯

**(HTTPS://WWW.GOOGLE.COM/POLICIES/PRIVACY/PARTNE**

or

**ACCEPT AND CLOSE** ✓

ID: 15660

# Star Citizen and Squadron 42 Utilize Amazon Lumberyard Game Engine

*Highly-anticipated space sim games will take advantage of Lumberyard's deep integration with Amazon Web Services (AWS) and Twitch*

ROBERTS SPACE INDUSTRIES ™

RSI

**Los Angeles, December 23, 2016** — Cloud Imperium™ Games (http://www.cloudimperiumgames.com) (CIG) announced today the company is using the Amazon Lumberyard game engine to create its ground-breaking space sim games, Star Citizen (http://www.robertsspaceindustries.com/%E2%84%A2) and Squadron 42 (http://www.robertsspaceindustries.com/Squadron42%E2%84%A2). Both games are currently in development and are backed by a record-breaking $139 million crowd funded effort.

Amazon Lumberyard (https://aws.amazon.com/lumberyard/) is a free AAA, cross-platform, 3D game engine that empowers game developers to create the highest-quality experiences, connect their games to the vast compute and storage of the AWS Cloud, and engage fans on Twitch.

"We've been working with Amazon for more than a year, as we have been looking for a technology leader to partner with for the long term future of Star Citizen and Squadron 42," said Chris Roberts, CIG's CEO and creative director. "Lumberyard provides ground breaking technology features for online games, including deep back-end cloud integration on AWS and its social component with Twitch that enables us to easily and instantly connect to millions of global gamers. Because we share a common technical vision, it has been a very smooth and easy transition to Lumberyard. In fact, we are excited to announce that our just released 2.6 Alpha update for Star Citizen is running on Lumberyard and AWS."

"Star Citizen and Squadron 42 are incredibly ambitious projects which are only possible with great engine technology paired with the transformative power of the cloud. We love how CIG's

ROBERTS SPACE INDUSTRIES ™

bold vision has already inspired a massive community, and we're thrilled to see what they create with Lumberyard, AWS, and the Twitch community," said Dan Winters, head of business development for Amazon Games. "We're excited that they've chosen Lumberyard and AWS to provide the performance and scalability they need to bring their games to a massive audience."

Added Roberts, "We are delighted to be working with a partner with the strength, vision, and resources of Amazon Web Services. We are looking forward to developing our relationship with AWS and the Lumberyard community in the future."

Star Citizen is 100% crowd funded and was officially announced on October 10, 2012. The money raised pays for the development of the game including the Roberts Space Industries platform (http://www.robertsspaceindustries.com/) where fans and backers can interact with the team, view multiple weekly webcasts about Star Citizen, learn about the story behind the game, read constant updates on the game's progress and much more. Star Citizen is recognized by Guinness World Records as the top crowd funded project and game in the world. People interested in backing the project can do so at http://robertsspaceindustries.com/pledge (http://robertsspaceindustries.com/pledge).

**About Cloud Imperium Games**

Cloud Imperium Games Corporation and its subsidiary Roberts Space Industries™ Corp. were founded in April 2012 by renowned game developer Chris Roberts (Wing Commander, Freelancer, Privateer) and his business partner and long-time international media attorney Ortwin Freyermuth. Operating from Los Angeles and Austin under Roberts' leadership and using his long-standing relationships in the game space, Cloud Imperium quickly assembled a top tier development team for the creation of art assets, story elements, and an extensive

ROBERTS SPACE INDUSTRIES™                                                          **RSI**™

prototype for Star Citizen. Once UK-based Erin Roberts joined in 2013 to contribute his extensive background in game production, the Roberts and Freyermuth added CIG's international operations in Manchester, UK to develop the mission driven Squadron 42 which is set in Star Citizen's first person universe. They added a fourth office in Frankfurt, Germany in 2015 to take advantage of the growing development talent in that region. Star Citizen and Squadron 42 are being marketed and launched via www.robertsspaceindustries.com (http://www.robertsspaceindustries.com/). More information about the company, including jobs and contact information can be found at www.cloudimperiumgames.com (http://www.cloudimperiumgames.com).

**Contact**

David Swofford

Cloud Imperium Games

david.swofford@cloudimperiumgames.com (david.swofford@cloudimperiumgames.com)

512 750-9098

###

Star Citizen, Squadron 42, Cloud Imperium, Roberts Space Industries are trademarks of Cloud Imperium Games Corporation. All other trademarks are the property of their respective owners.

# END TRANSMISSION

ROBERTS SPACE INDUSTRIES ™

**RSI** ™

 JOIN THE
UNIVERSE

 START THE
ADVENTURE

 FOLLOW THE
DEVELOPMENT

ABOUT THE GAME
(/STAR-CITIZEN)

HOW TO PLAY
(/STAR-
CITIZEN/HOWTO/1)

THE UNIVERSE
(/STAR-
CITIZEN/UNIVERSE)

MEDIA (/STAR-
CITIZEN/MEDIA)

FLY NOW (/STAR-
CITIZEN/FLY-NOW)

THE GAME
(/SQUADRON42)

ENLIST TODAY
(/SQUADRON42#ENL

STATUS
(/SQUADRON42#ROA

PLEDGE
(/PLEDGE/PACKAGES

42-STANDALONE-

PLEDGE)

HOME (/)

TRANSMISSIONS
(/COMM-LINK)

COMMUNITY
(/COMMUNITY)

DEVELOPMENT
(/ROADMAP)

Social Links ∨

Social Links ∨

PLATFORM

PLEDGE STORE
(/PLEDGE)

DOWNLOAD
(/DOWNLOAD)

UTILITIES

HELP
(//SUPPORT.ROBERTSSPACEINDUSTRIES.COM)

PRESS (/PRESS)

SPECTRUM ROBERTS SPACE INDUSTRIES ™ CAREERS

(/SPECTRUM/COMMUNITY/SC) (HTTPS://CLOUDIMPERIUMGAMES.COM/JOIN-US)

TERMS OF SERVICES

(/TOS)

PRIVACY POLICY

(/PRIVACY)



(https://cloudimperiumgames.com)

© 2012-2020 Cloud Imperium Rights LLC and Cloud Imperium Rights Ltd.