# Exhibit 3

ROBERTS SPACE INDUSTRIES ™

**PRIVACY POLICY:**

Please read our Privacy Policy before accepting it.

**READ OUR PRIVACY POLICY (/PRIVACY)**

or

**ACCEPT AND CLOSE**

# TRANSMISSION

**COOKIES**

*General*

Our website uses Google Analytics to analyze our traffic. To learn how you can control Google's use of your data and how you can opt out click here (https://www.google.com/policies/privacy/partners/).

**TO CHANGE YOUR SETTINGS (HTTPS://WWW.GOOGLE.COM/POLICIES/PRIVACY/PARTNERS/)**

or

**ACCEPT AND CLOSE**

ID: 15178

# Roundup: Free Fly, 2.1.2 Patch and Other Updates!

## FREE FLY – TRY STAR CITIZEN TODAY!



# Greetings Citizens,

On the fence about Star Citizen? Why not give it a try and see what we're building! For the next week, we're enable Free Fly access to all accounts… which means that anyone can jump in to Star Citizen Alpha 2.1.2 today! The Free Fly event gives everyone access to three unique parts of the Star Citizen experience:

> **Star Citizen Alpha 2.1.2** – Also known as Crusader or the "mini-PU," this is the nucleus of the world we're building! Featuring multiple space stations and environments, scripted missions, places to explore and more, Alpha 2.1.2 is your first look at a much larger universe!
>
> **Arena Commander** – Arena Commander is a 'game within a game' that we've used to develop our flight mechanics and ship combat balance. Take on human opponents or an AI swarm in single seat fighter.
>
> **Social Module** – Interact with other players while you explore our first landing zone, ArcCorp! The Social Module is intended as a starting point for our world building,

You can register for an account here (https://robertsspaceindustries.com/enlist) to get started. If you already have an account from a previous Free Fly, you're all set! Just log in via the Star Citizen launcher. This is the first Free Fly that includes Crusader, so there's more to explore than ever before. Free Fly accounts will have access to the Hornet F7C military fighter, the Aurora LN starter and the Mustang Delta interceptor.

Case 2:17-cv-08937-DMG-FFM   Document 107-3   Filed 01/17/20   Page 4 of 11   Page ID #:1543

# STAR CITIZEN ALPHA 2.1.2 PATCH RELEASED



We've issued a minor patch for Star Citizen Alpha 2.1 today, focusing on a set of specific bug fixes identified during testing. Thank you as always to our talented backers who have helped us drill down on and now eliminate these bugs! You can find a complete list of changes here (https://robertsspaceindustries.com/comm-link//15177-Star-Citizen-Alpha-212).

ROBERTS SPACE INDUSTRIES ™

# PACKAGE SPLIT INBOUND



At the December livestream, we announced that Squadron 42 and Star Citizen will be split into two separate packages in the near future. To update on this: the split will occur on **February 14th**. Squadron 42 will be available as either a stand alone game or an optional addon for Star Citizen rather than be included by default. If you want to lock in both games for the lowest possible price, consider pledging before this deadline. You can learn more about Squadron 42, our thrilling single-player adventure, here (https://robertsspaceindustries.com/squadron42).

# STORE CREDIT TOKENS DISTRIBUTED



Tokens allowing backers to use store credit to unmelt a single ship have been distributed to every paid account. Please note that these are single-use tokens that can be applied to only one "unmelt." Additional tokens will be attributed once every quarter (three months) to allow additional unmelts in the future. Tokens do not stack, however, so be sure you use this one before the next distribution! You can access the buy-back page (while logged in) here (https://robertsspaceindustries.com/account/buy-back-pledges).

Please note: Customer Service is not able to manually unmelt any additional ships. Please do not submit tickets with this request, as the team will be unable to assist you.

## XI'AN SCOUT SALE ENDING



Want a Xi'an Scout? The final concept sale ends on **Monday, February 1st**! You can learn more about the Scout, which will be one of the next ships added to Crusader, here() (https://robertsspaceindustries.com/pledge/ships/khartu/Khartu-Al).

*Remember: we are offering these pledge ships to help fund Star Citizen's development. The goal is to make additional ships available that give players a different experience rather than a particular advantage when the persistent universe launches. Ship types sold during limited sales will be available to earn in the finished game.*

# STAR CITIZEN ON SOCIAL MEDIA



Want to follow Star Citizen's development without checking the Comm-Link every day? You can access our official social media challenges here:

**Facebook** (https://www.facebook.com/RobertsSpaceIndustries)

**Cloud Imperium Games Facebook** (https://www.facebook.com/CloudImperiumGames)

**Twitter** (https://twitter.com/RobertsSpaceInd)

**YouTube** (https://www.youtube.com/channel/UCTeLqJq1mXUX5WWoNXLmOIA)

**Instagram** (https://instagram.com/robertsspaceind/)

Want to meet the team making the game? Check out the personal Twitter feeds below!

ROBERTS SPACE INDUSTRIES ™

PLEASE NOTE: These are the personal feeds of Cloud Imperium Games' developers. The statements and opinions expressed do not represent Cloud Imperium Games, and should not be taken as the final word on any element of game design or planning. The following developers are willing to connect with backers and share information about their lives when possible:

Chris Roberts (https://twitter.com/croberts68)

Sandi Gardiner (https://twitter.com/SandiGardiner)

Ben Lesnick (https://twitter.com/banditloaf)

Eric Kieron Davis (https://twitter.com/EricKieronDavis)

Darian Vorlick (https://twitter.com/Devourlick)

Karl Jones (https://twitter.com/karljones100)

David Swofford (https://twitter.com/davidswofford)

Jared Huckaby (https://twitter.com/discolando)

Alexis Lesnick (https://twitter.com/ballroom_blitz)

Thomas Hennessy (https://twitter.com/AngryJimmyFilms)

Calix Reneau (https://twitter.com/reaverboar)

Tyler Witkin (https://twitter.com/CaptainZyloh)

Robert Gaither (https://twitter.com/obj_calavera)

Matthew Lightfoot (https://twitter.com/mattbloomer)

Patrick Probst (https://twitter.com/patrick_cig)

Romulo Espinosa (https://twitter.com/dracmore)

Calvin Williams (https://twitter.com/calvwill)

Lee Amarakoon (https://twitter.com/gizmosan)

Ashley Canning (https://twitter.com/ashleycanninguk)

Rich Welsh (https://twitter.com/welshy31)

Brian Chambers (https://twitter.com/ChambersArt)

Matt Johns (https://twitter.com/trevelyanart)

Amanda Mitchell (https://twitter.com/manda_cig)

Cherie Heiberg (https://twitter.com/digitalgain)

Henry Davis (https://twitter.com/kraiklyn_)

Sean Noonan (https://twitter.com/seannoonan)

ROBERTS SPACE INDUSTRIES

Steve Bender (https://twitter.com/ghostmonkeyzwei)

Jason Cole (https://twitter.com/jasoncole1128)

Keegan Standifer (https://twitter.com/keeganstandifer)

# END TRANSMISSION

## FEEDBACK

()

LOADING ADDITIONAL FEEDBACK

**COMMENTS 0138.0**

ADD NEW COMMENT (/CONNECT?JUMPTO=/COMM-LINK/TRANSMISSION/15178-ROUNDUP-FREE-FLY-212-PATCH-AND-OTHER-UPDATES)


JOIN THE UNIVERSE

ABOUT THE GAME (/STAR-CITIZEN)


START THE ADVENTURE

THE GAME (/SQUADRON42)


FOLLOW THE DEVELOPMENT

HOME (/)

ROBERTS SPACE INDUSTRIES™

HOW TO PLAY (/STAR-CITIZEN/HOWTO/1)

THE UNIVERSE (/STAR-CITIZEN/UNIVERSE)

MEDIA (/STAR-CITIZEN/MEDIA)

FLY NOW (/STAR-CITIZEN/FLY-NOW)

ENLIST TODAY

ENLIST STATUS (/SQUADRON42#ENL)

ROADMAP (/SQUADRON42#ROA)

PLEDGE (/PLEDGE/PACKAGES/SQUADRON-42-STANDALONE-PLEDGE)

TRANSMISSION

COMM-LINK (/COMM-LINK)

COMMUNITY (/COMMUNITY)

DEVELOPMENT ROADMAP (/ROADMAP)

Social Links

PLATFORM

PLEDGE STORE (/PLEDGE)

DOWNLOAD (/DOWNLOAD)

SPECTRUM (/SPECTRUM/COMMUNITY/SC)

UTILITIES

HELP (//SUPPORT.ROBERTSSPACEINDUSTRIES.COM)

PRESS (/PRESS)

CAREERS (HTTPS://CLOUDIMPERIUMGAMES.COM/JOIN-US)

TERMS OF SERVICES (/TOS)

PRIVACY POLICY (/PRIVACY)

EULA (/EULA)

DMCA (/DMCA)



(https://cloudimperiumgames.com)

© 2012-2020 Cloud Imperium Rights LLC and Cloud Imperium Rights Ltd.