# Exhibit 4

ROBERTS SPACE INDUSTRIES ™

PRIVACY POLICY:
Please read our Privacy Policy before accepting it.

READ OUR PRIVACY POLICY (/PRIVACY)

or

ACCEPT AND CLOSE

## TRANSMISSION

ID: 15189

COOKIES

*General*

Our website uses Google Analytics to analyze our traffic. To learn how you can control Google's use of your data and how you can opt out click here (https://www.google.com/policies/privacy/partners/).

TO CHANGE YOUR SETTINGS (HTTPS://WWW.GOOGLE.COM/POLICIES/PRIVACY/PARTNERS/)

or

ACCEPT AND CLOSE

# Package Split Information

## PACKAGE SPLIT INFORMATION



# Greetings Citizens,

Last week, we announced the date for the impending Star Citizen/Squadron 42 'package split.' Today, we'd like to clear up some confusion about exactly what's happening!

First of all: the package split does **NOT** impact any current backers. If you've already pledged for Star Citizen, you will have access to both the persistent universe and the Squadron 42 single-player campaign. All 'Squadron 42' packages sold before the split also include access to the persistent universe. The split applies only to any new packages purchased after February 14, 2016.

Additionally, we would like to announce that the current Free Fly has been extended up until February 14th. Our hope is that this will give anyone interested in Star Citizen a chance to try the game and see the progress we've made before the split occurs, letting them get in at the lower price.

Here are some other common questions we've seen in the community:

## Why split Squadron 42 and Star Citizen?

When we started Star Citizen's crowdfunding campaign, the plan was that earlier backers would get a lower price on the Star Citizen starter package than those that backed later. The plan was to first gradually increase the price and then split up various modules for "a la carte options." This gave backers who joined the project early on and helped get it off the ground an advantage. With the package split, we're accomplishing this objective without increasing the amount of money needed to join the persistent universe. The 'package split' is the first

introduction of the anticipated a la carte option: you can pick which part of the game you're interested in, for now the single player campaign or the persistent universe, and then can choose whether or not to purchase the other module as an add-on.

## Are Star Citizen and Squadron 42 still connected?

YES! The package split does not change the fact that Star Citizen and Squadron 42 are part of the same game universe, or the fact that the games are functionally connected. You will access Squadron 42 through the same game client. And your performance in Squadron 42 will still have an impact on your career in the persistent universe, whether you buy both segments together or if you choose to add one further down the line. Finally, you will receive access to Star Citizen's Arena Commander with the "Squadron 42" pledge to practice your flying skills. We continue to see Squadron 42 and Star Citizen as two modules that make up a larger whole. While we know not everyone enjoys both single and multiplayer games, we would certainly encourage you to try both for the complete Star Citizen experience!

## What will the separate games cost?

The base price for either an Aurora starter package (with the persistent universe) or the Squadron 42 single player campaign will be $45. If you would like to add one or the other (Squadron 42 to a Persistent Universe package, or the Persistent Universe to a Squadron 42 package) it will be a $15 addon. (These prices are not final, and are subject to change with future promotions.)

## Will this impact the 'unmelt' option?

No. If you have 'melted' an older, non-limited package, you will still have the option to restore it in the pledge buy-back area.

ROBERTS SPACE INDUSTRIES ™

**How can I be absolutely certain I already have the persistent universe and Squadron 42?**

Click on the 'expand' triangle icon associated with your package in your My Hangar page to see exactly what's on your account. "Star Citizen digital download" is the Persistent Universe module, while "Squadron 42 digital download" is the single-player campaign.

END TRANSMISSION

FEEDBACK

()

LOADING ADDITIONAL FEEDBACK

COMMENTS 0228.0

ADD NEW COMMENT (/CONNECT?JUMPTO=/COMM-LINK/TRANSMISSION/15189-PACKAGE-SPLIT-INFORMATION)

JOIN THE
UNIVERSE

START THE
ADVENTURE

FOLLOW THE
DEVELOPMENT

ROBERTS SPACE INDUSTRIES™

ABOUT THE GAME (/STAR-CITIZEN)

HOW TO PLAY (/STAR-CITIZEN/HOWTO/1)

THE UNIVERSE (/STAR-CITIZEN/UNIVERSE)

MEDIA (/STAR-CITIZEN/MEDIA)

FLY NOW (/STAR-CITIZEN/FLY-NOW)

THE GAME (/SQUADRON42)

ENLIST TODAY (/SQUADRON42#ENLIST)

STATUS (/SQUADRON42#ROADMAP)

PLEDGE (/PLEDGE/PACKAGES 42-STANDALONE-PLEDGE)

Social Links

HOME (/)

TRANSMISSIONS (/COMM-LINK)

COMMUNITY (/COMMUNITY)

DEVELOPMENT (/ROADMAP)

Social Links

PLATFORM

PLEDGE STORE (/PLEDGE)

DOWNLOAD (/DOWNLOAD)

SPECTRUM (/SPECTRUM/COMMUNITY/SC)

UTILITIES

HELP (//SUPPORT.ROBERTSSPACEINDUSTRIES.COM)

PRESS (/PRESS)

CAREERS (HTTPS://CLOUDIMPERIUMGAMES.COM/JOIN-US)

TERMS OF SERVICES (/TOS)

PRIVACY POLICY (/PRIVACY)

ROBERTS SPACE INDUSTRIES (https://cloudimperiumgames.com)

EULA (/EULA)

DMCA (/DMCA)

©️ 2012-2020 Cloud Imperium Rights LLC and Cloud Imperium Rights Ltd.