# Exhibit 1

Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

Attorneys for Plaintiff
CRYTEK GMBH

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>                    Plaintiff,<br><br>       v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>                    Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**CRYTEK GMBH'S AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT CLOUD IMPERIUM GAMES CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** |

| | |
|---|---|
| PROPOUNDING PARTY: | Cloud Imperium Games Corp. ("CIG") |
| RESPONDING PARTY: | Crytek GmbH ("Crytek") |
| SET NO.: | One |

## RESPONSE TO INTERROGATORIES

**INTERROGATORY NO. 1:**

If YOU contend any version of Squadron 42 that embeds CRYENGINE was made available to the public, state in detail all facts that support or otherwise CONCERN YOUR contention, IDENTIFY all DOCUMENTS and COMMUNICATIONS CONCERNING such facts, and IDENTIFY the three (3) PERSONS at CRYTEK having the most knowledge CONCERNING such facts.

**RESPONSE TO INTERROGATORY NO. 1:**

Crytek, based on its present knowledge, does not contend that any version of Squadron 42 that embeds CryEngine has been made available to the public. However, discovery is ongoing and Crytek will supplement this response should it learn through discovery that Squadron 42 that embeds the CryEngine has been made available to the public.

**INTERROGATORY NO. 2:**

State in detail all facts that support or otherwise CONCERN YOUR contention in Paragraphs 63 through 66 of the SAC that DEFENDANTS have reproduced, displayed, and/or distributed any version of Squadron 42, IDENTIFY all DOCUMENTS and COMMUNICATIONS CONCERNING such facts, and IDENTIFY the three (3) PERSONS at CRYTEK having the most knowledge CONCERNING such facts.

**RESPONSE TO INTERROGATORY NO. 2:**

Crytek objects to Interrogatory No. 2 because it seeks information not in Crytek's possession, custody, and control. Specifically, discovery is ongoing and Crytek has yet to receive any information, documents, or communications from Defendants' concerning the extent of its internal reproduction, display, or

following the entry of the parties' stipulated Protective Order from which the information sought can be ascertained and from which the burden of identifying or ascertaining the information is the same. Crytek identifies Avni Yerli, Tobias Herrmann, and Daniel Garcia Prieto.

**INTERROGATORY NO. 8:**

If YOU contend that the GLA obligates DEFENDANTS to provide copyright and trademark notices for CRYENGINE in accordance with GLA Sections 2.8.1, 2.8.2, and 2.8.3 even if DEFENDANTS are not using CRYENGINE in the PRODUCT, taking into account the Court's holding that GLA Section 2.1.2 does not require DEFENDANTS to use CRYENGINE in the PRODUCT, state in detail all facts and law that support or otherwise CONCERN YOUR contention, IDENTIFY all DOCUMENTS and COMMUNICATIONS CONCERNING such facts, and IDENTIFY the three (3) PERSONS at CRYTEK having the most knowledge CONCERNING such facts.

**RESPONSE TO INTERROGATORY NO. 8:**

Crytek does not contend that the GLA obligates Defendants to provide copyright and trademark notices for CryEngine in accordance with GLA Section 2.8.1, 2.8.2, and 2.8.3 if Defendants are not using CryEngine in the Product. However, based on CIG's statements throughout the motion for bond briefing, CIG does not dispute that it is currently using CryEngine in the Product.

**INTERROGATORY NO. 9:**

State in detail every reason it took YOU more than eighteen months — until June 22, 2017 — to tell DEFENDANTS that YOU rejected DEFENDANTS' December 3, 2015 request to sign a "Delivery Notice" prior to DEFENDANTS' delivery of bug fixes and optimizations pursuant to Section 7.3 of the GLA ("CIG Bug Fixes"), IDENTIFY all DOCUMENTS and COMMUNICATIONS CONCERNING such facts, and IDENTIFY the three (3) PERSONS at CRYTEK having the most knowledge CONCERNING such facts.