# Exhibit 2

Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

Attorneys for Plaintiff
CRYTEK GMBH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>  Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>  Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**CRYTEK GMBH'S SECOND AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION AND INSPECTION OF DOCUMENTS AND THINGS TO PLAINTIFF** |

| | |
|---|---|
| PROPOUNDING PARTY: | Cloud Imperium Games Corp. ("CIG") and Roberts Space Industries Corp. ("RSI") (collectively, "Defendants") |
| RESPONDING PARTY: | Crytek GmbH ("Crytek") |
| SET NO.: | One |

**AMENDED RESPONSES TO REQUESTS FOR PRODUCTION NOS. 50, 55, 56, AND 112**

**REQUEST FOR PRODUCTION NO. 50:**

All DOCUMENTS and COMMUNICATIONS (whether internal to CRYTEK or between CRYTEK and DEFENDANTS or any other PERSONS) CONCERNING the alleged fact that YOU failed "to receive the balance of [YOUR] full, usual license fee" as a result of DEFENDANTS' alleged breach of GLA Sections 2.8.1, 2.8.2, and 2.8.3, as YOU contend in Paragraph 35 of the SAC.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

Crytek objects to this Request because it seeks expert discovery. Crytek will produce its expert's opinion on damages in accordance with the Court's scheduling order. Crytek states that it will produce its documents responsive to this Request once the parties' stipulated Protective Order has been entered by the Court.

**REQUEST FOR PRODUCTION NO. 55:**

All DOCUMENTS and COMMUNICATIONS (whether internal to CRYTEK or between CRYTEK and DEFENDANTS or any other PERSONS) CONCERNING the "substantial[] damage[]" YOU allegedly suffered from DEFENDANTS' alleged breach of GLA Sections 2.8.1, 2.8.2, and 2.8.3, as YOU contend in Paragraph 35 of the SAC.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

Crytek objects to this Request because it seeks expert discovery. Crytek will produce its expert's opinion on damages in accordance with the Court's scheduling order. Crytek states that, after a reasonable investigation, it has no documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 56:**

All DOCUMENTS and COMMUNICATIONS (whether internal to CRYTEK or between CRYTEK and DEFENDANTS or any other PERSONS) CONCERNING YOUR valuation of the copyright and trademark notices YOU contend YOU are entitled to have displayed in the PRODUCT pursuant to GLA Sections 2.8.1, 2.8.2, or 2.8.3.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

Crytek objects to this Request because it seeks expert discovery. Crytek will produce its expert's opinion on damages in accordance with the Court's scheduling order. Crytek states that, after a reasonable investigation, it has no documents responsive to this Request.

**REQUEST FOR PRODUCTION NO 112:**

All DOCUMENTS and COMMUNICATIONS (whether internal to CRYTEK or between CRYTEK and DEFENDANTS or any other PERSONS) CONCERNING the alleged "harm" YOU have suffered from "Defendant's past and ongoing breaches of the GLA," as YOU contend in Paragraph 60 of the SAC.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

Crytek objects to this Request because it seeks expert discovery. Crytek will produce its expert's opinion on damages in accordance with the Court's scheduling order. Crytek states that it will produce its documents responsive to this Request once the parties' stipulated Protective Order has been entered by the Court.

DATED: September 9, 2019

                ERISE IP, P.A.

          By: */s/ Clifford T. Brazen*
                Clifford T. Brazen (*pro hac vice*)
                Attorneys for Plaintiff
                CRYTEK GMBH

# PROOF OF SERVICE

STATE OF KANSAS, COUNTY OF JOHNSON

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Johnson, State of Kansas, and not a party to the above-entitled cause. I hereby certify that I am an attorney admitted *pro hac vice* to practice in this Court. On September 9, 2019, I served a true copy of CRYTEK'S SECOND AMENDED RESPONSES TO DEFENDANT CLOUD IMPERIUM'S FIRST SET OF REQUESTS FOR PRODUCTION on the interested parties in this act as follow:

Jeremy S. Goldman (jgoldman@fkks.com)

Joseph R. Taylor (jtaylor@fkks.com)

Azita M. Iskander (aiskandar@fkks.com)

Frankfurt Kurnit Klein & Selz PC

2029 Century Park East, Suite 1060 Los Angeles, California 90067

Telephone: (310) 579-9600

Facsimile: (347) 438-2156

Attorneys for Defendants

Cloud Imperium Games Corp. and Roberts Space Industries Corp.

(BY ELECTRONIC MAIL)   the foregoing document was served electronically by electronically mailing a true and correct copy through the firm's electronic mail system to the e-mail addresses, as stated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2019, at Overland Park, Kansas.

Clifford T. Brazen            */s/ Clifford T. Brazen*
Type or Print Name            Signature

3
CRYTEK'S SECOND AMENDED RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION