# Exhibit 3

**To:** Tobias Herrmann[tobiash@crytek.com]
**From:** Avni Yerli
**Sent:** Tue 07/30/2019 5:49:43 AM UTC
**Subject:** Fwd: request
**Received:** Tue 07/30/2019 5:49:45 AM UTC

FYI

All the best
Avni

Begin forwarded message:

**From:** "Connors, J.C." <jcconnor@amazon.com>
**Date:** 27. May 2019 at 23:25:51 GMT+3
**To:** Avni Yerli <avni@crytek.com>
**Subject: Re: request**

Hi Avni- sorry for the late reply as I've been traveling a bit.

Normally we wouldn't discuss a customer relationship – those relationships are confidential and we take that very seriously. However, given the circumstances, we have asked CIG for authorization to share, and they have given approval.

We can confirm that yes, Amazon did license Lumberyard to CIG in 2016, and we included Cryengine (what you licensed to us) as part of that license to CIG.

Best-

-JC

On May 27, 2019, at 6:33 AM, Avni Yerli <avni@crytek.com> wrote:

> Hi JC,
>
> I hope you are well. Do you have any updates on this subject?

All the best
Avni

**From:** Connors, J.C. [mailto:jcconnor@amazon.com]
**Sent:** Donnerstag, 23. Mai 2019 07:17
**To:** Avni Yerli <avni@crytek.com>
**Subject:** Re: request

> Hi Avni-
>
> Thanks for the note. Let me check with a few folks here and get back to you.
>
> -jc

CRYTEK001241

On May 22, 2019, at 9:08 AM, Avni Yerli <avni@crytek.com> wrote:

Hi JC,

I hope you are well.

As you might know we are in a legal dispute with CIG. One main point of this dispute is that CIG - in our opinion - does not have a sufficient license in the Cryengine at least for the development and exploitation of Squadron42.

Originally it was Cloud Imperium Games position - in our understanding - that they don´t need such a license since they have a license of Lumberyard which covers Squadron42. They now seem to have modified their argumentation and claim that they also have a license in the Cryengine itself which was granted by Amazon. At least that is our understanding of the following statement from Cloud Imperium Games:

> "In July 2014, Crytek granted Amazon a license that included Cryengine, including the rights to rebrand and resell the technology to rs. Goldman Decl. Exs. 1, 7, 8.5 On February 9, 2016, Amazon announced that it would use CryEngine as the basis for a new engine called Lumberyard. Id. Amazon made Lumberyard, including full access to the source code, available for free to all Amazon Web Services customers. Id. By agreement dated as of April 30, 2016, Amazon granted CIG a license to use in Star Citizen and Squadron 42 not only Lumberyard, but also the version of CryEngine that was embedded in the G source code. Freyermuth Decl. ¶ 9. On December 23, 2016, CIG publicly announced its switch from Cryengine to Lumberyard. Id. Ex. 2."

Since this claim deviates from CIG´s original argumentation and might potentially have quite some influence on our evaluation of the legal situation we would like to ask you whether you can confirm that Amazon licensed the Cryengine itself directly to CIG?

I look forward to hear back from you or connect me with the right person.

All the best

Avni

_____

Crytek GmbH / Hugo-Junkers-Strasse 3, 60386 Frankfurt am Main / HR B 77322
Amtsgericht Frankfurt am Main / Geschäftsführer/Managing Directors: Avni Yerli, Faruk Yerli, Ahmet Sahin / VAT-ID DE20432461 / www.crytek.com