# Exhibit 7

# REDACTED PENDING APPLICATION TO SEAL