# Exhibit 10

# REDACTED PENDING APPLICATION TO SEAL