# Exhibit 11

# REDACTED PENDING APPLICATION TO SEAL