**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERT SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No: CV 17-8937-DMG (FFMx)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS AND PORTIONS OF DEFENDANTS' OPPOSITION TO CRYTEK GMBH'S MOTION FOR VOLUNTARY DISMISSAL [104]** |

　　　　The Court has considered Defendants' Application to File Under Seal Portions of its Opposition to Plaintiff's Motion for Voluntary Dismissal ("Application") as well as Plaintiff's declaration submitted in support of the Application pursuant to Local Rule 79-5.2.2(b).  Both sides contend that there are compelling reasons to seal certain portions of Defendants' Opposition and exhibits thereto because those documents contain proprietary and confidential business information that, if publicly disclosed, could allow competitors to gain an unfair competitive advantage over them. Shielding such information from public view constitutes a compelling reason to order that the documents be filed under seal.  *See Ctr. for Auto Safety v. Chrysler Grp., LLC*,

809 F.3d 1092, 1096 (9th Cir. 2016) ("What constitutes a 'compelling reason' . . . include[s] when a court record [contains] . . . sources of business information that might harm a litigant's competitive standing.") (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-98 (1978)).

Defendants' Application is therefore **GRANTED**.  Consistent with this Order, Defendants shall e-file the documents described below pursuant to Local Rule 79-5.2.2(c) by January 28, 2020.

| **Documents or Portions Thereof to Be Filed Under Seal** | **Order** |
|---|---|
| Portions of Defendants' Opposition to Crytek GmbH's Motion for Voluntary Dismissal, at page 2, line 2; page 3, lines 18-19; page 5, lines 11-13; page 5, lines 18-19; page 5, lines 24-28; page 6, line 1; page 6, line 3; page 11, lines 10-11 | Granted |
| Exhibit 7 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |
| Exhibit 10 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |
| Exhibit 11 to Declaration of Jeremy S. Goldman in Opposition to Crytek GmbH's Motion for Voluntary Dismissal | Granted |

**IT IS SO ORDERED.**

DATED:  January 23, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE