Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
7015 College Blvd. Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Crytek GmbH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYTEK GMBH,<br><br>  Plaintiff,<br><br>  v.<br><br>CLOUD IMPERIUM GAMES CORP., and ROBERTS SPACE INDUSTRIES CORP.,<br><br>  Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br>Hon. Dolly M. Gee Presiding<br><br>**PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL**<br>**[Local Rule 79.5.2.2(B)]**<br><br>Date: February 7, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Crytek GMBH ("Crytek"), by and through its counsel of record, respectfully submits this Application for an Order permitting Crytek to file under seal portions of its reply in support of its motion for voluntary dismissal.

The portions requested to be filed under seal include information this Court has ruled sealable on January 10, 2020 (ECF 99) and January 24, 2020 (ECF 110). *See* Declaration of Clifford Brazen in Support of Plaintiff's Application to file under Seal, ¶ 3. In accordance with the Court's guidance (ECF 99, at 2), Crytek refers to the Court's January 10, 2020 Order to support this Application. The designated portions are being filed under seal to protect the asserted confidentiality of the information disclosed therein that has been deemed sealable by this Court. To the extent possible, Crytek has redacted this information for filing, omitting only the information in the document designated highly confidential by Defendants. *See* Declaration of Clifford T. Brazen in Support of Plaintiff's Application to file under Seal, ¶ 3.

Enclosed with this Application are:

1. Redacted version of the document proposed to be filed under seal.
2. Unredacted versions of the documents proposed to be filed under seal.
3. Declaration of Clifford T. Brazen in Support of this Application.
4. Proposed Order Granting this Application.

Crytek will provide a chambers copy of the Application and all associated documents as required by L.R. 5-4.5, with the supporting declaration and an unredacted version of documents for which sealing is sought provided in a sealed envelope, and a copy of the title page attached to the front of the envelope; and the Proposed Order provided by email to chambers as required by L.R. 5-4.4.2.

Respectfully submitted,

Dated: January 24, 2020   By:   /s/   Clifford T. Brazen

Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Eric A. Buresh
eric.buresh@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

*Attorneys for Plaintiff Crytek GMBH*

**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL**