Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
7015 College Blvd. Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Crytek GmbH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP., and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　Defendants. | Case No. 2:17-CV-08937-DMG-FFM<br>Hon. Dolly M. Gee Presiding<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Local Rule 79.5.2.2(B)]**<br><br>Date: February 7, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

　　Pursuant to Local Rule 79-5.2.2(b), and after considering Plaintiff Crytek GMBH's ("Crytek") Application to File Under Seal Portions of its Reply in Support

of its Motion for Voluntary Dismissal, and for good cause and compelling reasons shown, IT IS HEREBY ORDERED THAT portions of Crytek's Reply in Support of its Motion for Voluntary Dismissal shall be filed under seal as follows:

| Portions Thereof to Be Filed Under Seal | Order |
|---|---|
| Portions of Crytek's Reply in Support of its Motion for Voluntary Dismissal, at page 1, lines 7-8 and 10, page 3, lines 1-3 and 25, page 4, lines 7-8, page 4, line 27 to page 5, line 1, page 11, lines 25-26, page 12, line 1, an page 15, lines 22-23 and 25. | Granted. |

**IT IS SO ORDERED.**

Dated:_____

                                                Hon. Dolly M. Gee
                                                United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**