# EXHIBIT A

**From:** **Cliff Brazen** cliff.brazen@eriseip.com
**Subject:** Re: Crytek v. CIG - Status Conference Follow Up
**Date:** January 13, 2020 at 6:15 PM
**To:** Goldman, Jeremy S. jgoldman@fkks.com
**Cc:** Taylor, Joseph R. JTaylor@fkks.com, Ben Ben@dlgla.com, Eric Buresh eric.buresh@eriseip.com, Samet, Matthew MSamet@fkks.com, Balian, Alison ABalian@fkks.com



That works. We will call your direct line then.

Thanks,

CLIFFORD T. BRAZEN | ASSOCIATE
ERISE IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
(main) 913-777-5600
(direct) 913-777-5649
(fax) 913-777-5601
cliff.brazen@eriseip.com
www.eriseip.com

> On Jan 13, 2020, at 5:17 PM, Goldman, Jeremy S. <jgoldman@fkks.com> wrote:
>
> I could do tomorrow at 12pm PT.  Does that work?
>
> **Jeremy S. Goldman** | Frankfurt Kurnit Klein & Selz PC
> 2029 Century Park East Suite 1060N | Los Angeles, CA 90067
> t: (310) 579-9611 | f: (347) 438-2156 | jgoldman@fkks.com
>
> Frankfurt Kurnit IP and Media Law Blog: https://ipandmedialaw.fkks.com
>
> *Frankfurt Kurnit Klein & Selz Disclaimer*
>
> *This e-mail message, including any attachments hereto, is intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail message or the attached files by anyone other than the intended recipient is strictly prohibited and may be subject to legal restriction or sanction. If you have received this e-mail message in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail message and attached files from your system. Thank you.*
>
>
> **From:** Cliff Brazen <cliff.brazen@eriseip.com>
> **Sent:** Monday, January 13, 2020 12:56 PM
> **To:** Goldman, Jeremy S. <jgoldman@fkks.com>
> **Cc:** Taylor, Joseph R. <JTaylor@fkks.com>; Ben <Ben@dlgla.com>; Eric Buresh <eric.buresh@eriseip.com>; Samet, Matthew <MSamet@fkks.com>
> **Subject:** Re: Crytek v. CIG - Status Conference Follow Up
>
> 3:30 pm pacific time doesn't work today. Do you have any availability tomorrow between 8:00 am and 2:00 pm pacific time?
>
> Thanks,
>
> Clifford T. Brazen | Associate
> Erise IP, P.A.
> 7015 College Blvd.

7015 College Blvd.
Suite 700
Overland Park, KS 66211
(main) 913-777-5600
(direct) 913-777-5649
(fax) 913-777-5601
cliff.brazen@eriseip.com
www.eriseip.com

On Jan 13, 2020, at 1:47 PM, Goldman, Jeremy S. <jgoldman@fkks.com> wrote:

Late this afternoon works for me.  3:30 PM PT?

**Jeremy S. Goldman** | Frankfurt Kurnit Klein & Selz PC
2029 Century Park East Suite 1060N | Los Angeles, CA 90067
t: (310) 579-9611 | f: (347) 438-2156 | jgoldman@fkks.com

Frankfurt Kurnit IP and Media Law Blog: https://ipandmedialaw.fkks.com
*Frankfurt Kurnit Klein & Selz Disclaimer*
*This e-mail message, including any attachments hereto, is intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail message or the attached files by anyone other than the intended recipient is strictly prohibited and may be subject to legal restriction or sanction. If you have received this e-mail message in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail message and attached files from your system. Thank you.*

**From:** Cliff Brazen <cliff.brazen@eriseip.com>
**Sent:** Monday, January 13, 2020 11:45 AM
**To:** Goldman, Jeremy S. <jgoldman@fkks.com>
**Cc:** Taylor, Joseph R. <JTaylor@fkks.com>; Ben <Ben@dlgla.com>; Eric Buresh <eric.buresh@eriseip.com>; Samet, Matthew <MSamet@fkks.com>
**Subject:** Re: Crytek v. CIG - Status Conference Follow Up

Hi Jeremy,

Just wanted to touch base on my email below.

Thanks,

Clifford T. Brazen | Associate
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
(main) 913-777-5600
(direct) 913-777-5649

(direct) 913-777-5649
(fax) 913-777-5601
cliff.brazen@eriseip.com
www.eriseip.com

> On Jan 10, 2020, at 12:18 PM, Cliff Brazen <cliff.brazen@eriseip.com> wrote:
>
> Hi Jeremy,
>
> Per Judge Gee's recommendation that the parties continue working to find conditions on Crytek's motion for voluntary dismissal that are agreeable to both parties, we are generally available Monday or Tuesday to continue those discussions. Please let us know if you have availability either day for a call.
>
> Thanks,
>
> Clifford T. Brazen | Associate
> Erise IP, P.A.
> 7015 College Blvd.
> Suite 700
> Overland Park, KS 66211
> (main) 913-777-5600
> (direct) 913-777-5649
> (fax) 913-777-5601
> cliff.brazen@eriseip.com
> www.eriseip.com

Confidentiality Statement
This email message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this email message and any attached files is strictly prohibited. Erise IP, P.A. reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply email message and permanently delete the original message.

Confidentiality Statement
This email message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this email message and any attached files is strictly prohibited. Erise IP, P.A. reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply email message and permanently delete the original message.