# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUD IMPERIUM GAMES CORP., and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　Defendants. | Case No.: CV 17-8937-DMG (FFMx)<br><br>**ORDER GRANTING PLAINTIFF CRYTEK GMBH'S APPLICATION TO FILE UNDER SEAL UNREDACTED PORTION OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR VOLUNTARY DISMISSAL [115]** |

　　　　Plaintiff Crytek GMBH's Application to File Under Seal Portions of its Reply in Support of its Motion for Voluntary Dismissal indicates that Plaintiff wishes to seal certain information in its Reply that the Court has already ordered sealed. [Doc. # 115.]  Because the Court has already ruled that this information presents compelling reasons to overcome the general rule of public access to documents filed in civil actions, Plaintiff's Application is **GRANTED**.  Plaintiff shall e-file an unredacted version of its Reply containing the information described below pursuant to Local Rule 79-5.2.2(c) within two court days of the date of this Order.

**Portions Thereof to Be Filed Under Seal**

Portions of Crytek's Reply in Support of its Motion for Voluntary Dismissal, at page 1, lines 7-8 and 10; page 3, lines 1-3 and 25; page 4, lines 7-8; page 4, line

27 to page 5, line 1; page 11, lines 25-26; page 12, line 1; and page 15, lines 22-23 and 25.

**IT IS SO ORDERED.**

DATED:  January 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE