Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

**Attorneys for Plaintiff Crytek GmbH**

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Matthew Samet (SBN 311865)
*msamet@fkks.com*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

**Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Filed concurrently with Proposed Order]**<br><br>Judge:  Hon. Dolly M. Gee |

Plaintiff CRYTEK GMBH ("Plaintiff") and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP. ("Defendants") by and through their counsel of record, hereby agree and stipulate as follows:

1. Plaintiff's Motion for Voluntary Dismissal is presently set for hearing on February 7, 2020 (ECF No. 97) (the "Motion").

2. During a status conference with the Court on January 10, 2020, the Court directed the parties to meet and confer to try to resolve the Motion without Court intervention and to promptly notify the Court if they were successful.

3. As requested by the Court, the parties have been working to resolve the Motion, have made significant progress, and believe they are close to reaching a resolution of the Motion.

4. In light of the above, the parties jointly request that the hearing set for February 7, 2020 be continued to February 21, 2020 or to such later date set by the Court.

5. The parties will promptly notify the Court if and when they resolve the Motion prior to the rescheduled hearing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 6, 2020         ERISE IP, P.A.

                                 /s/ Clifford T. Brazen
                                Clifford T. Brazen
                                Phone: (913) 777-5600
                                cliff.brazen@eriseip.com
                                *Attorneys for Plaintiff* CRYTEK GMBH


DATED: February 6, 2020         FRANKFURT KURNIT KLEIN & SELZ P.C.

                                 /s/ Jeremy S. Goldman
                                Jeremy S. Goldman
                                Phone: (310) 579-9611

1
**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

jgoldman@fkks.com
*Attorneys for Defendants* CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP

2
**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**