**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRYTEK GMBH, | Case No.: CV 17-8937-DMG (FFMx) |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE HEARING ON MOTION FOR VOLUNTARY DISMISSAL [121]** |
| v. | |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | |
| Defendants. | |

The Court has considered the parties' stipulation, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The hearing currently set for February 7, 2020 is VACATED;
2. The motion for voluntary dismissal [Doc. # 91] is taken under submission; and
3. The Court will issue its ruling on the pending motion after February 21, 2020, unless the parties inform the Court that they have resolved the motion.

DATED: February 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE