Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

**Attorneys for Plaintiff Crytek GmbH**

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Matthew Samet (SBN 311865)
*msamet@fkks.com*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

**Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>       Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>       Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**<br><br>**[Filed concurrently with Proposed Order]**<br><br>Judge: Hon. Dolly M. Gee |

Pursuant to C.D. Cal. L.R. 40-2, Plaintiff CRYTEK GMBH and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., by and through their counsel of record, hereby notify the Court that they have reached an agreement in principle of terms to settle this action in its entirety and are working to document the terms of their agreement. Following execution of the agreement, the parties will promptly file a joint stipulation of dismissal. The parties respectfully request that the Court allow the parties thirty (30) days to document and execute their agreement and to file the joint stipulation of dismissal.

Respectfully,

DATED: February 20, 2020         ERISE IP, P.A.

 /s/ Clifford T. Brazen
Clifford T. Brazen
Phone: (913) 777-5600
cliff.brazen@eriseip.com
*Attorneys for Plaintiff* CRYTEK GMBH

DATED: February 20, 2020         FRANKFURT KURNIT KLEIN & SELZ P.C.

 /s/ Jeremy S. Goldman
Jeremy S. Goldman
Phone: (310) 579-9611
jgoldman@fkks.com
*Attorneys for Defendants* CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP

1
**NOTICE OF SETTLEMENT PURSUANT TO C.D. CAL. L.R. 40-2**