| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES—GENERAL | JS-6 |

| Case No. | **CV 17-8937-DMG (FFMx)** | Date | February 20, 2020 |
|---|---|---|---|
| Title | *Crytek GmbH v. Cloud Imperium Games Corp. et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of the parties' notice of settlement, indicating that the case has settled in its entirety and that the parties are finalizing their written settlement agreement, this action is placed in inactive status. By March 23, 2020, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of March 24, 2020.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Plaintiff's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 [Doc. # 91] is hereby DENIED as moot.

IT IS SO ORDERED.