| | |
|---|---|
| Eric A. Buresh (*pro hac vice*) | Joseph R. Taylor (SBN 129933) |
| eric.buresh@eriseip.com | jtaylor@fkks.com |
| Adam P. Seitz (*pro hac vice*) | Jeremy S. Goldman (SBN 306943) |
| adam.seitz@eriseip.com | jgoldman@fkks.com |
| Clifford T. Brazen (*pro hac vice*) | Matthew Samet (SBN 311865) |
| cliff.brazen@eriseip.com | msamet@fkks.com |
| Chris R. Schmidt | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| chris.schmidt@eriseip.com | 2029 Century Park East, Suite 1060 |
| Erise IP, P.A. | Los Angeles, California 90067 |
| 7015 College Blvd. | Telephone: (310) 579-9600 |
| Suite 700 | Facsimile: (347) 438-2156 |
| Overland Park, KS 66211 | |
| Phone: (913) 777-5600 | |
| Facsimile: (913) 777-5601 | ***Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.*** |

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

***Attorneys for Plaintiff Crytek GmbH***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>          Plaintiff,<br><br>    v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>          Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**[Filed concurrently with Proposed Order]**<br><br>Judge: Hon. Dolly M. Gee |

**JOINT STIPULATION OF DISMISSAL**

In accordance with this Court's Order (ECF No. 124) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CRYTEK GMBH and Defendants CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., by and through their counsel of record, jointly stipulate as follows:

(1) The dismissal with prejudice of this Action; and

(2) Each party is to bear its own respective attorneys' fees and costs.

Respectfully,

DATED: March 23, 2020           ERISE IP, P.A.

　　　　　　　　　　　　　　　　/s/ Clifford T. Brazen
　　　　　　　　　　　　　　　　Clifford T. Brazen
　　　　　　　　　　　　　　　　Phone: (913) 777-5600
　　　　　　　　　　　　　　　　cliff.brazen@eriseip.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff* CRYTEK GMBH

DATED: March 23, 2020           FRANKFURT KURNIT KLEIN & SELZ P.C.

　　　　　　　　　　　　　　　　/s/ Jeremy S. Goldman
　　　　　　　　　　　　　　　　Jeremy S. Goldman
　　　　　　　　　　　　　　　　Phone: (310) 579-9611
　　　　　　　　　　　　　　　　jgoldman@fkks.com
　　　　　　　　　　　　　　　　*Attorneys for Defendants* CLOUD
　　　　　　　　　　　　　　　　IMPERIUM GAMES CORP. and
　　　　　　　　　　　　　　　　ROBERTS SPACE INDUSTRIES CORP

**JOINT STIPULATION OF DISMISSAL**