| | |
|---|---|
| Eric A. Buresh (*pro hac vice*) | Joseph R. Taylor (SBN 129933) |
| eric.buresh@eriseip.com | *jtaylor@fkks.com* |
| Adam P. Seitz (*pro hac vice*) | Jeremy S. Goldman (SBN 306943) |
| adam.seitz@eriseip.com | *jgoldman@fkks.com* |
| Clifford T. Brazen (*pro hac vice*) | Matthew Samet (SBN 311865) |
| cliff.brazen@eriseip.com | *msamet@fkks.com* |
| Chris R. Schmidt | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| chris.schmidt@eriseip.com | |
| Erise IP, P.A. | 2029 Century Park East, Suite 1060 |
| 7015 College Blvd. | Los Angeles, California 90067 |
| Suite 700 | Telephone: (310) 579-9600 |
| Overland Park, KS 66211 | Facsimile: (347) 438-2156 |
| Phone: (913) 777-5600 | |
| Facsimile: (913) 777-5601 | ***Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.*** |
| Ben M. Davidson (Cal. Bar. No. 181464) | |
| ben@dlgla.com | |
| Davidson Law Group, a Law Corporation | |
| 4500 Park Granada Boulevard, Suite 202 | |
| Calabasas, CA 91302 | |
| Telephone: (818) 918-4622 | |
| Facsimile: (310) 473-2941 | |

***Attorneys for Plaintiff Crytek GmbH***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH, | Case No. 2:17-cv-08937-DMG-FFM |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | **[Filed concurrently with Joint Stipulation of Dismissal]** |
| CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP., | Judge: Hon. Dolly M. Gee |
| Defendants. | |

**[PROPOSED] ORDER**

**ORDER**

Pursuant to the joint stipulation between the parties, and for good cause shown,

**IT IS HEREBY ORDERED**:

(1) The case is dismissed with prejudice.

(2) The parties are to bear their own respective attorneys' fees and costs.

DATED: _____            _____
                                                    Hon. Dolly M. Gee
                                                    UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**