**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRYTEK GMBH,<br><br>          Plaintiff,<br><br>     v.<br><br>CLOUD IMPERIUM GAMES CORP.<br>and ROBERTS SPACE INDUSTRIES<br>CORP.,<br><br>          Defendants. | Case No.: CV 17-8937-DMG (FFMx)<br><br>**ORDER RE DISMISSAL OF ACTION [126]** |

Pursuant to the joint stipulation between the parties, and for good cause shown,

**IT IS HEREBY ORDERED that**:

(1) The above-captioned action is dismissed with prejudice.

(2) The parties are to bear their own respective attorneys' fees and costs.

DATED: March 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE