Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

*Attorneys for Plaintiff Crytek GmbH*

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Matthew Samet (SBN 311865)
*msamet@fkks.com*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

*Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLOUD IMPERIUM GAMES CORP.<br>and ROBERTS SPACE INDUSTRIES<br>CORP.,<br><br>                    Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**STIPULATION RELEASING FUNDS POSTED IN LIEU OF SURETY BOND**<br><br>**[Filed concurrently with [Proposed] Order]**<br><br>Judge:  Hon. Dolly M. Gee |

**STIPULATION RELEASING FUNDS POSTED IN LIEU OF SURETY BOND**

**STIPULATION**

It is hereby stipulated by and among Plaintiff Crytek GmbH ("Crytek") and Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp. (collectively, "CIG"), and the parties respectfully request, that the following Order Releasing Funds Posted In Lieu Of Surety Bond be entered by the Court without further notice or process:

1.　　On July 22, 2019, the Court issued a Minute Order granting CIG's Motion for a Bond and ordering Crytek to post a bond in the amount of Five Hundred Thousand Dollars ($500,000.00).  (Dkt. 81.)

2.　　On August 19, 2019, in lieu of a surety bond, Crytek posted a Cashier's Check (Check No. 660001972) in the amount of Five Hundred Thousand Dollars ($500,000.00) with the Clerk, U.S. District Court, in accordance with Local Rule 65-10.  (Dkt. 85.)

3.　　This case having been fully settled and resolved, Crytek and CIG hereby stipulate to the Court's entry of this Order releasing and returning to Crytek, via its counsel of record, the Five Hundred Thousand Dollars ($500,000.00) deposited by Crytek with the Clerk in lieu of a surety bond. Said funds should be remitted and made payable to Crytek's counsel of record, Erise IP, P.A., Attn. Eric Buresh, 7015 College Blvd., Suite 700, Overland Park, KS 66211.

4.　　Crytek and CIG further stipulate and agree that no claims have been made, or will be made, against the funds posted in lieu of a surety bond.

Respectfully,

DATED: <u>March 26, 2020</u>　　　　ERISE IP, P.A.

　<u>/s/ Clifford T. Brazen</u>　　　
　Clifford T. Brazen
　Phone: (913) 777-5600
　cliff.brazen@eriseip.com
　*Attorneys for Plaintiff* CRYTEK GMBH

**STIPULATION RELEASING FUNDS POSTED IN LIEU OF SURETY BOND**

1

2  DATED: March 26, 2020                    FRANKFURT KURNIT KLEIN & SELZ P.C.

3                                            /s/ Jeremy S. Goldman

4                                           Jeremy S. Goldman
                                            Phone: (310) 579-9611
5                                           jgoldman@fkks.com
                                            *Attorneys for Defendants* CLOUD
6                                           IMPERIUM GAMES CORP. and
7                                           ROBERTS SPACE INDUSTRIES CORP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RELEASING FUNDS POSTED IN LIEU OF SURETY BOND**