Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Adam P. Seitz (*pro hac vice*)
adam.seitz@eriseip.com
Clifford T. Brazen (*pro hac vice*)
cliff.brazen@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Erise IP, P.A.
7015 College Blvd.
Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Ben M. Davidson (Cal. Bar. No. 181464)
ben@dlgla.com
Davidson Law Group, a Law Corporation
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (818) 918-4622
Facsimile: (310) 473-2941

**Attorneys for Plaintiff Crytek GmbH**

Joseph R. Taylor (SBN 129933)
*jtaylor@fkks.com*
Jeremy S. Goldman (SBN 306943)
*jgoldman@fkks.com*
Matthew Samet (SBN 311865)
*msamet@fkks.com*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (347) 438-2156

**Attorneys for Defendants Cloud Imperium Games Corp. and Roberts Space Industries Corp.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>    Defendants. | Case No. 2:17-cv-08937-DMG-FFM<br><br>**[PROPOSED] ORDER**<br><br>**[Filed concurrently with Stipulation Releasing Funds Posted In lieu of Surety Bond]**<br><br>Judge: Hon. Dolly M. Gee |

**[PROPOSED] ORDER**

## ORDER

Having reviewed the Stipulation of the Parties concerning the funds posted in lieu of a surety bond by Plaintiff Crytek GmbH and for good cause shown, **IT IS HEREBY ORDERED** that the Five Hundred Thousand Dollars ($500,000.00) deposited by Plaintiff Crytek GmbH with the Clerk in lieu of a surety bond on August 19, 2019 (Dkt. 85) shall be remitted and made payable to its counsel of record as follows:

> Erise IP, P.A.
> Attn. Eric Buresh
> 7015 College Blvd., Suite 700
> Overland Park, KS 66211.

DATED: _____          _____
                              Hon. Dolly M. Gee
                              UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**