# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRYTEK GMBH,<br><br>   Plaintiff,<br><br>   v.<br><br>CLOUD IMPERIUM GAMES CORP. and ROBERTS SPACE INDUSTRIES CORP.,<br><br>   Defendants. | Case No.: CV 17-8937-DMG (FFMx)<br><br>**ORDER RE SURETY FUNDS [128]** |

Having reviewed the Parties' Stipulation concerning the funds posted in lieu of a surety bond by Plaintiff Crytek GmbH and for good cause shown, **IT IS HEREBY ORDERED** that the Five Hundred Thousand Dollars ($500,000.00) deposited by Plaintiff Crytek GmbH with the Clerk in lieu of a surety bond on August 19, 2019 [Doc. # 85] shall be remitted and made payable to its counsel of record as follows:

> Erise IP, P.A.
> Attn. Eric Buresh
> 7015 College Blvd., Suite 700
> Overland Park, KS 66211

DATED:  March 31, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Services